UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, and   CASE # 8:19-cv-00423
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

Plaintiffs

v.

WILLIAM LEVINSON,
 et al.

Defendants

_____/

## NOTICE OF FILING EXHIBITS

COMES NOW the Plaintiffs, Christopher Mark Paris and Oxebridge Quality Resources International, LLC, through undersigned counsel, and files this notice of filing exhibits.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and complete copy of this document was electronically filed with the clerk of courts in Middle District of Florida on the 19th day of February 2019.

Respectfully submitted,

Shrayer Law Firm, LLC.
912 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel.   (954) 601-3732
Email: ghs@shrayerlaw.com


**/s/Glen H. Shrayer**

 Glen H. Shrayer, Esq.
 Fl Bar No. 57253