# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

## Oxebridge Quality Resources International

**Reg. No. 5,353,823**

**Registered Dec. 12, 2017**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

Oxebridge Quality Resources International LLC (FLORIDA LIMITED LIABILITY COMPANY)
Suite 36
1503 South Us Highway 301
Tampa, FLORIDA 33619

CLASS 42: Technology supervision and inspection in the field of quality control, quality assurance and quality management for aerospace manufacturers, commercial and industrial hardware manufacturers, and related industries

FIRST USE 1-1-2010; IN COMMERCE 1-1-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "QUALITY RESOURCES INTERNATIONAL"

SER. NO. 87-339,460, FILED 02-17-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 2



**ARBITRATION
AND
MEDIATION CENTER**

**ADMINISTRATIVE PANEL DECISION**

Oxebridge Quality Resources International LLC v. Internet Domain Service
BS Corp aka Whois Privacy Corp. and William A. Levinson
Case No. D2018-0106

**1. The Parties**

The Complainant is Oxebridge Quality Resources International LLC of Tampa, Florida, United States of
America ("USA" or "US"), internally represented.

The Respondents are Internet Domain Service BS Corp aka Whois Privacy Corp. of Nassau, Bahamas, and
William A. Levinson of Wilkes Barre, Pennsylvania, USA, self-represented.

**2. The Domain Name and Registrar**

The disputed domain name <oxebridge.biz> (the "Domain Name") is registered with Internet Domain Service
BS Corp (the "Registrar").

**3. Procedural History**

The Complaint was filed with the WIPO Arbitration and Mediation Center (the "Center") on January 19, 2018.
On January 19, 2018, the Center transmitted by email to the Registrar a request for registrar verification in
connection with the Domain Name.  On January 22, 2018, the Registrar transmitted by email to the Center
its verification response confirming that the Respondent is listed as the registrant and providing the contact
details.  The Complainant filed an amended Complaint on January 29, 2018.

The Center verified that the Complaint together with the amended Complaint satisfied the formal
requirements of the Uniform Domain Name Dispute Resolution Policy (the "Policy" or "UDRP"), the Rules for
Uniform Domain Name Dispute Resolution Policy (the "Rules"), and the WIPO Supplemental Rules for
Uniform Domain Name Dispute Resolution Policy (the "Supplemental Rules").

In accordance with the Rules, paragraphs 2 and 4, the Center formally notified the Respondent of the
Complaint, and the proceedings commenced on January 30, 2018.  In accordance with the Rules, paragraph
5, the due date for Response was February 19, 2018.  The Response was filed with the Center on
February 1, 2018.

The Center appointed W. Scott Blackmer as the sole panelist in this matter on February 8, 2018.  The Panel finds that it was properly constituted.  The Panel has submitted the Statement of Acceptance and Declaration of Impartiality and Independence, as required by the Center to ensure compliance with the Rules, paragraph 7.


**4. Factual Background**


The Complainant is a limited liability company organized under the laws of the US State of Florida and headquartered in Tampa, Florida, USA.  It appears from the Complainant's website that the Complainant is a consultancy that assists clients in implementing ISO and aerospace industry quality management, quality assurance, conformity assessment, and information technology service management standards.  The Complainant restructured in 2009 under its current name.  The Complainant or its predecessor company, both owned by the same principal, Mr. Paris, has operated a commercial website at "www.oxebridge.com" since 1999.

The Complainant holds US Trademark Registration Number 5353823 for OXEBRIDGE QUALITY RESOURCES INTERNATIONAL as a standard character mark (registered December 12, 2017).

The Complainant also claims common law protection for OXEBRIDGE as an unregistered service mark in use since 1998 or 1999.  The Panel notes that a trademark symbol appears on the Complainant's website after the stylized OXEBRIDGE logo.

The Domain Name was created on March 11, 2017 and registered in the name of a domain privacy service established in the Bahamas.  The Complainant identified the registrant as the Respondent Mr. Levinson, an individual residing in the State of Pennsylvania, USA.  The domain privacy service has expressed no interest in the Domain Name, and Mr. Levinson has filed a Response in this proceeding.  Accordingly, Mr. Levinson will be referred to hereafter in the Decision as the Respondent.

The Respondent is an individual who resides in the State of Pennsylvania, USA.  From attachments to the Response, it appears that he is also a consultant in the fields of quality management and risk management. It is evident from the Complaint and Response, and from the content formerly posted on the Respondent's website associated with the Domain Name (the "Respondent's former website"), screenshots of which are attached to the Complaint, that the Complainant and the Respondent have long been embroiled in a personal and professional feud.  The Respondent himself characterizes the website as a "gripe site", and metadata labelled it, "Christopher Paris/ Oxebridge Quality Resources International LLC Fake News Warning".  The Respondent reports that he took down the website "well before April 2017", which means that it was published for less than a month.  The Domain Name does not resolve to an active website at the time of this Decision.  The Respondent has also filed a defamation lawsuit against the Complainant, based on material that the Complainant published about the Respondent on the Complainant's website and in social media.  The parties agree that the Domain Name is not at issue in that litigation.

The screenshots of the Respondent's former website, furnished with the Complaint, show that it was indeed devoted to criticism.  The website offered rebuttals to the Complainant's published attacks on the Respondent and made a variety of accusations against the Complainant, often referred to by its initials, "OQR", and its principal Mr. Paris.  Website pages were headed with unmistakably critical legends and disclaimers:

"Chris Paris and Oxebridge Call ISO 9001 and AS9100 Scams, but Will Help Implement Them Anyway"

"NOTICE:  This Web site does NOT belong to OQR International LLC, and it is NOT controlled by Christopher Paris."

The screenshots do not expressly identify the Respondent as the website operator or author, although that could have been inferred by linking the very specific rebuttals with the cited portions of the Complainant's website.  Instead, the contact information displayed was an email address in a privacy domain.

The Respondent's former website criticized the Complainant's professionalism and ethics.  It did not advertise the Respondent's own consulting services, link to the Respondent's professional website or social media pages, or advertise third-party goods or services.  There were apparently no pop-up or banner ads. At several points the website listed third-party alternatives to the Complainant's consulting services and even the Complainant's side business, Gourmetours Peru, stressing that these suggestions were not paid advertisements but attempted to list sources that were more "reputable" or better than the Complainant.

### 5. Parties' Contentions

#### A. Complainant

The Complainant asserts that the Domain Name "adopts" the OXEBRIDGE brand name, in which the Respondent has no rights or legitimate interests.

The Complainant argues that the Respondent registered and used the Domain Name in bad faith, for the sole purposes of "defaming and harming" the OXEBRIDGE mark.  The Complainant argues that the "domain trades exclusively in the dissemination of intentionally false and disparaging material openly aimed at causing harm" to the Complainant, including publication without permission of personally identifiable information, copyrighted material and trademarks, and materials that were sealed under court order in litigation involving the Complainant and a third party, all in an effort to "disrupt the business and harm the reputation of the Complainant."

#### B. Respondent

The Respondent challenges the Complainant's claim to OXEBRIDGE as an unregistered mark and observes that OXEBRIDGE QUALITY RESOURCES INTERNATIONAL was registered as a mark after the Domain Name was registered and, in fact, after the Respondent's former website was taken down.  The Respondent accepts the "trademark status" of the registered mark OXEBRIDGE QUALITY RESOURCES, INC. but relies on its prominent disclaimers of affiliation to argue that it had no intent to misrepresent the Respondent's former website as a website associated with the Complainant.

The Respondent claims a legitimate noncommercial or fair use of the Domain Name, "without intent for commercial gain misleadingly to divert consumers".  The Respondent denies directing users to any site in which the Respondent has a financial interest.

According to the Respondent, "[t]he domain was registered for the express purpose of using it as a 'gripe site' whose mission was to discredit the disparaging and defamatory material that Complainant has published about Respondent and others."  The Respondent denies any intent to sell the Domain Name and has attempted to cancel it (the Domain Name is locked while this proceeding is pending).

### 6. Discussion and Findings

Paragraph 4(a) of the Policy provides that in order to divest a respondent of a disputed domain name, a complainant must demonstrate each of the following:

(i) the disputed domain name is identical or confusingly similar to a trademark or service mark in which the complainant has rights;  and

(ii) the respondent has no rights or legitimate interests in respect of the disputed domain name;  and

(iii) the disputed domain name has been registered and is being used in bad faith.

Under paragraph 15(a) of the Rules, "A Panel shall decide a complaint on the basis of the statements and documents submitted and in accordance with the Policy, these Rules and any rules and principles of law that it deems applicable."

## A. Identical or Confusingly Similar

Setting aside the contested claim for common law protection of OXEBRIDGE, the Complainant indisputably holds a registered trademark that includes the distinctive and arbitrary element OXEBRIDGE, which is identical to the Domain Name, disregarding the ".biz" generic top-level domain name that is a necessary functional part of the URL address.  The first element of a UDRP complaint "serves essentially as a standing requirement" and entails "a straightforward visual or aural comparison of the trademark with the alphanumeric string in the domain name".  See WIPO Overview of WIPO Panel Views on Selected UDRP Questions, Third Edition ("WIPO Overview 3.0"), section 1.7.

The Panel concludes under this test that the Domain Name is confusingly similar to the Complainant's mark for purposes of the first element of the Policy.

## B. Rights or Legitimate Interests

Paragraph 4(c) of the Policy gives non-exclusive examples of instances in which the Respondent may establish rights or legitimate interests in the Domain Names, including this one on which the Respondent relies:

(iii) the Respondent is making a legitimate noncommercial or fair use of the Domain Names, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue.

In this case, the Respondent's former website did not advertise the Respondent's services or promote commercial interests in which the Respondent had an interest.  However, the Respondent was identifiable from the content on the website, and the Respondent appears to be a competitor in the market for certain consulting services, such as those involving the ISO 9001 standard, so the Respondent could conceivably benefit commercially from diverting Internet users to the criticism site and disparaging the Complainant's services.  The Panel also notes that the website referred to third-party alternatives to the Complainant.

An intent to "tarnish" the Complainant's mark for commercial gain similarly could be inferred, based on the same competitive posture of the parties, although the Panel subscribes to the analysis of tarnishment found in *Britannia Building Society v. Britannia Fraud Prevention*, WIPO Case No. D2001-0505:

"Tarnishment in this context refers to such unseemly conduct as linking unrelated pornographic, violent or drug-related images or information to an otherwise wholesome mark.  See, *e.g.*, *Nicole Kidman v. John Zuccarini d/b/a Cupcake Party*, WIPO Case No. D2000-1415 (January 23, 2001);  *cf. Etam, plc v. Alberta Hot Rods*, WIPO Case No. D2000-1654 (January 31, 2001).  In contrast, fair-use criticism, even if libelous, does not constitute tarnishment and is not prohibited by the Policy, the primary concern of which is cybersquatting.  *Cf. Wal-Mart Stores, Inc. v. Richard MacLeod d/b/a For Sale*, WIPO Case No. D2000-0662 (September 19, 2000) (protection for genuine criticism sites is provided by Policy's legitimate interest and bad faith prongs).  Claims sounding in commercial libel must be brought in other legal venues."

It appears from the record that the Complainant and the Respondent have accused each other of unethical, unprofessional, and even illegal conduct.  This UDRP proceeding is not the appropriate forum for testing the truth or falseness of those claims, as would be required in a libel trial.

There are conflicting views on whether a general right to legitimate criticism necessarily extends to registering or using a domain name identical to a trademark, because of the risk of initial confusion, even where such a domain name is used in relation to genuine noncommercial free speech.  See WIPO Overview 3.0, section 2.6.2.  Here, the Domain Name is identical to the distinctive element of the Complainant's trademark and does not include words that would clearly identify it as unaffiliated with, or critical of, the Complainant, as in the "sucks" cases.  See WIPO Overview 3.0, section 2.6.3.  Moreover, for the purposes of the Policy, the Panel cannot consider a criticism site entirely "noncommercial" in purpose or effect when it is operated, as in this case, by a competitor and lists third-party alternatives to the Complainant.  It is essentially inconsistent with the concept of "fair use" (see id., section 2.5) to make misleading use of a competitor's trademark in a domain name in this manner.

The Panel concludes that the Complainant prevails on the second element of the Complaint.

### C. Registered and Used in Bad Faith

The Policy is designed to redress bad faith exploitation of trademarks, and the Complainant's current US trademark registration, while sufficient to provide standing for this UDRP proceeding, was obtained after the Respondent registered the Domain Name.  However, as noted above, the Complainant or its predecessor has operated an "Oxebridge" business since 1999 and claims common law rights in OXEBRIDGE as a service mark.  The Complainant also held another US registered trademark incorporating the "Oxebridge" name, which was cancelled in 2013 after the Complainant's business was restructured into its current form.  The Panel finds little historical evidence in the record extending back to 1998 or 1999 concerning the use of "Oxebridge" as a mark, but the record does indicate that by the time the Respondent registered the Domain Name in 2017 the Complainant was known in the US by the OXEBRIDGE mark for quality standards consulting services and was claiming the same as a common law mark with the appropriate trademark symbol on its website.  Certainly, the Respondent itself was well aware of the Complainant and referred to the Complainant in several places on the Respondent's former website by the short form of the Complainant's name corresponding to that mark.  Accordingly, the Panel finds that the Complainant has established OXEBRIDGE as a relevant, common law mark for purposes of determining whether the Respondent registered and used the Domain Name in bad faith within the meaning of the Policy.

The Policy, paragraph 4(b), furnishes a non-exhaustive list of circumstances that "shall be evidence of the registration and use of a domain name in bad faith".  The Complainant cites none of these explicitly but refers to an inferred intent on the part of the Respondent to "disrupt the business and harm the reputation of the Complainant", which could be viewed as consistent with paragraph 4(b)(iii), "you have registered the domain name primarily for the purpose of disrupting the business of a competitor", as it appears that the Respondent and the Complainant have consulted in the same field.  The list in paragraph 4(b) is not exclusive, however, and the Complainant also argues that the Respondent demonstrated bad faith by displaying without permission on the Respondent's former website the Complainant's trademarks, copyrighted material, and personal information, as well as by making false and defamatory statements and reproducing material that was under seal in a court proceeding.

The latter allegations are not as persuasive, and the Respondent makes a case for copyright fair use and for reproducing materials that are actually in the public domain.  The content of the Respondent's former website is not misleading as to source or affiliation, judging from the screenshots provided with the Complaint, as it is plainly critical and replete with disclaimers of affiliation.

However, for essentially the same reasons that the Panel rejects the Respondent's claim of fair use under the second element of the Complaint, the Panel finds bad faith within the meaning of the Policy, in the sense of an intent to disrupt the business of a competitor.  The Panel does not doubt that the Respondent was affronted by the Complainant's attacks and sincerely questioned the Complainant's merits.  But the Complainant is a competitor, and the Respondent's own words, both in the Response and on the pages of the Respondent's former website, manifest a desire to diminish the Complainant's business.  The Policy and US law recognize that the Respondent has rights of free expression to criticize the Complainant, bounded by

defamation law that can be applied to the facts in another forum.  The UDRP, however, does not permit the Respondent to appropriate a competitor's trademark in order to misdirect Internet users to the site criticizing the competitor and include references to third-party alternatives to the Complainant's services.

The Respondent argues that the Domain Name was not registered "primarily" to disrupt the Complainant's business;  he chiefly wanted to defend himself from the Complainant's false and defamatory statements. That is certainly a major theme of the Respondent's former website, but the headers and much of the content in the screenshots concern the Complainant's consulting business and its principal's perceived errors.  The Panel finds it inconsistent with good faith, within the meaning of the Policy, to use a domain name misleadingly similar to a competitor's trademark for a website largely devoted to disparaging the competitor's business.

The Panel concludes that the third element of the Complaint, bad faith, has been established.

## 7. Decision

For the foregoing reasons, in accordance with paragraphs 4(i) of the Policy and 15 of the Rules, the Panel orders that the Domain Name, <oxebridge.biz>, be transferred to the Complainant.

**W. Scott Blackmer**
Sole Panelist
Date:  February 22, 2018

# EXHIBIT 3



**William A. Levinson** @levinson_bill · 25m

@ASQ Saw Oxebridge tweet. See oxebridge.com/emma/irs-confi... for what he says about ASQ.

**William A. Levinson** @levinson_bill · 24h

@ASQ Re: Oxebridge tweets about me. Here's what he says about ASQ: oxebridge.com/emma/irs-confi...

**William A. Levinson** @levinson_bill · 24h

@QualityDigest Saw Chris Paris tweeting to you about me. He has also targeted ASQ and the entire AQI conference.

**William A. Levinson** @levinson_bill · 24h

@SeicheSand Sorry Chris Paris is involving you in his defamation campaign. Contact me (wlevinson@verizon.net) if you want details.

**William A. Levinson** @levinson_bill · 24h

@SeicheSand Saw Oxebridge tweets about me. See Oxebridge.com for defamation of ASQ (reported to ASQ attorney) and others.

In reply to Oxebridge

**William A. Levinson** @levinson_bill · 24h

@Oxebridge @ASQ Referring to ISIS/Daesh. See Oxebridge.com for defamatory remarks about ASQ and misuse of company logos.

In reply to Oxebridge

**William A. Levinson** @levinson_bill · 24h

@Oxebridge @ASQ @SeicheSand Oxebridge defamatory Web site smears ASQ. Successful action against it for IP misuse. Bankrupt per screenshot.

**William A. Levinson** @levinson_bill · 24h

@SeicheSand I said ISIS/Daesh is a Dark Age culture. Chris Paris, however, considers it and Iran's rulers Muslims.
twitter.com/Oxebridge/stat...

*This Tweet is unavailable.*

In reply to Oxebridge

**William A. Levinson** @levinson_bill · 24h

@Oxebridge Page 13. This screenshot of it might help.

In reply to Oxebridge

**William A. Levinson** @levinson_bill · Jan 25

@Oxebridge You've filed a lot of complaints. How many (zero, zip, nil, or nada?) were successful?

In reply to Oxebridge

**William A. Levinson** @levinson_bill · Jan 25

@Oxebridge @ASQ @SeicheSand @QualityDigest clm.com/docs/yir2013.p... page 26 Law firm says it compelled Chris Paris to stop misusing ISO's IP

**William A. Levinson** @levinson_bill · Jan 25

clm.com/docs/yir2013.p... page 26 Law firm says it compelled Chris Paris to stop misusing ISO's intellectual property.
twitter.com/Oxebridge/stat...

*This Tweet is unavailable.*

**William A. Levinson** @levinson_bill · Jan 25

Chris Paris says plainsite.org/dockets/downlo... (page 13) that Oxebridge is a bankrupt empty storefront. twitter.com/Oxebridge/stat...

*This Tweet is unavailable.*

In reply to Oxebridge

**William A. Levinson** @levinson_bill · Jan 25

@Oxebridge @ASQ @SeicheSand @QualityDigest plainsite.org/dockets/downlo... page 13 Chris Paris says Oxebridge is bankrupt empty storefront

**William A. Levinson** @levinson_bill · Jan 24

@danielcid Will be sending you cert. mail regarding terms of service violations by your customer Oxebridge.com

# EXHIBIT 4

2/8/2017                    Amazon.com: Chris Paris' review of RISK BASED THINKING HANDBOOK: Perfect Compan...

Case 8:19-cv-00423-WFJ-SPF   Document 4-1   Filed 02/19/19   Page 14 of 200 PageID 87

Try Prime          Kindle Store ▾

                                                                        Hello, CHRISTOPH...          1
Departments ▾          Browsing History ▾     CHRISTO...'s Amazon.com      Account & Lists ▾   Orders   Try Prime ▾      Cart

Buy a Kindle     Kindle eBooks     Kindle Unlimited     NEW! Prime Reading     Advanced Search     Kindle Book Deals     Free Reading Apps     Kindle Singles

# Customer Review

0 of 2 people found the following review helpful

★☆☆☆☆   Agonizing slog offering little practical advice, February 2, 2017

By Chris Paris

[Edit review]  [Delete review]

Verified Purchase  (What's this?)

This review is from: RISK BASED THINKING HANDBOOK: Perfect Companion for ISO 9001:2015 (Kindle Edition)

The book is an agonizing slog into the personal and dated interests of its author, framed as a book on ISO 9001, but which offers little useful advice for users, instead treading in exhausted and debunked concepts of risk management as peddled by someone who seems to know little about the subject. To be clear: like so many of his ISO 9001 consultant peers, Levinson has no formal degree in risk management, and no demonstrable evidence of having worked in a professional risk management capacity (e.g., as a RM department staffer or manager) in his previous employment history. He has worked as an engineer for IBM and Fairchild, according to his LinkedIn profile, and then as a private consultant since the early 2000's. So he comes to the risk game late, but this is a truism in which he is joined by the authors of ISO 9001 itself, none of whom have any such experience either.

The book starts off with one dramatic flaw, making one wonder if the author did any "risk-based thinking" in its preparation. Levinson claims the ISO 9001: 2015 definition of risk is "the effect of uncertainty on an expected result," but Levinson's definition comes, instead, from the early "DIS" draft of ISO 9001, circulated in 2014 and later revised -- twice -- before publication of the final version. This means Levinson's book is based on a version of ISO 9001 that was never even published. It's not confidence inspiring if the author gets the definition of his key concept wrong right at the start.

Levinson then conflates the implementation of Failure Mode Effects Analysis (FMEA) with his faulty definition, by placing them next to each other in the same paragraph. He uses this to say that "risk is essentially the product of likelihood and the consequences," invoking the FMEA mathematical calculation that is not adopted universally within the risk management profession, and which was soundly debunked. FMEA fails because it is based on a mathematical fallacy: it relies on applying multiplication to concepts ranked by ordinal-scale data, when the process requires ratio-scale data in order to get the math to actually work. Mathematician Dennis Wheeler famously wrote, in Quality Digest, "This is why any attempt to use [risk priority number] values is an exercise in absurdity. Their use in the same room with a mathematician will tend to produce a spontaneous explosion. They are utter and complete nonsense." As I wrote in my book, RPN is simply the assignment of numbers to Tarot cards, in order to give divination the appearance of science. Yet Levinson bases his entire concept of Risk-Based Thinking on RPN, occasionally quoting a US Army handbook in order to justify it.

It gets worse. Levinson continues to borrow the worst memes and oft-repeated clunkers of the profession. He literally writes, "'Say what you do, and do what you say.' This is the foundation of ISO 9001," invoking the ancient -- and utterly derided -- quote that led so many to criticize ISO 9001 in the 1990's. It was this false meme that led to the mythology that said ISO 9001 certified companies could manufacture "cement life vests" and which led to the dramatic reboot that ISO 9001 underwent in its 2000 edition. In truth, it's always been "ISO says what to do, and you do it." Those -- like Levinson -- repeating the meme only display a gross misunderstanding of how standards work.

If you manage a national military organization, like an army, you might get value from this book. Levinson's obsession with military applications, military hardware and quoting military officials is on full display. He quotes Sun Tzu, General Patton, and includes photos of weapons, as if every user of ISO 9001 is involved in some great imaginary war effort funded by war bonds. He quotes the Army's risk management document ATP 5-19 quite a lot, and helps spread the erroneous claim that ATP 5-19 is "synergistic with ISO 31000," ISO's standard on risk management. The truth is that ATP 5-19 actually and totally contradicts ISO 31000, and never actually mentions it once. The myth that ATP 5-19 is somehow a cousin of ISO 31000 has been spread by many ISO 31000 consultants, who seek to reassure their clients by misleading them into thinking the Army has embraced the ISO standard; one such consultant is even quoted in Levinson's book a few times.

Next, despite ISO 9001 clearly titling it's clause on risk-based thinking "Actions to Address Risks and Opportunities," Levinson misses the latter half nearly entirely. "Opportunity" under RBT is the opposite side of the coin: the pursuit of potentially beneficial effects of uncertainty. In Levinson's book, opportunity is simply a reframing of negative risk, the occasional side effect of reducing a risk, such as the reduction of waste (muda). Levinson discusses not at all the pursuit of pure opportunities, unrelated to negative risk, such as pursuing new contracts, expanding business

## Review Details

### Item

RISK BASED THINKING HANDBOOK: Perfect Companion for ISO 9001:2015

★★☆☆☆ (3 customer reviews)

5 star      33%
4 star      0%
3 star      0%
2 star      0%
1 star      67%

$24.95

[Add to Wish List]

### Reviewer

Chris Paris

Top Reviewer Ranking: 28,517,870

See all 4 reviews

into new markets, pursuing customer referrals. The term "opportunity" appears only occasionally in the book, and nearly always framed as a means of reducing the negative risk of muda. He, like so many other sudden risk-based experts, is stuck in a reactive mode, scrambling to find ways to reduce scrap, while ignoring an entire constellation of possibilities under the pursuit of "pure opportunity." It's the natural environment for a low level engineer, but it alienates utterly any upper manager that might read the book.

The most egregious sin Levinson commits, however is his unending and often exhausting tendency to quote people and invoke historical scenarios that nearly never have anything to do with the subject. It's clear that Levinson likes military history, and wants you to know he's a student of this subject. However, many of his quotes appear lifted from Bartlett's or Google, since they aren't accompanied by any personal or deep interpretation, and they nearly never provide a useful context for his target audience, the users of ISO 9001. He also name-drops, incessantly, his chief obsession, Henry Ford. The book, therefore, appears to have been written in some time-twisted era between 1900 and 1950, but might equally be useful for anyone still struggling with the same problems faced by widget-makers during the Industrial Revolution. We're supposed to think Ford is still relevant, and that somehow when ISO 9001's authors invented "risk based thinking" over a weekend in 2013, they were invoking Ford. That's ludicrous.

This egotistical self-satisfying approach results in a book that is decidedly backwards-facing, constantly invoking an ancient past, without providing meaning or context for those living in a post-1950 world. It's thus not useful for those of us in the 21st century, facing a reality that is far different than what Levinson sees on The History Channel on Sunday afternoons.

In short, the book is an agonizing slog through the particular and limited interests of the author, using "risk-based thinking" as a means to an end to discuss those interests, but failing entirely to address the subject named on the cover. Worse, when RBT is discussed, it's done so in an overly complicated manner that is utterly out of context with what could be useful to a modern ISO 9001 user, and is mired in off-topic military history. For the average machine shop, this will make ISO 9001 look like advanced particle physics combined with science fiction rocketry; for the average service provider who doesn't do manufacturing at all, the book offers nothing at all in the way of advice.

If you run an army, though, you might get some use out of it.

Why no voting buttons? We don't let customers vote on their own reviews, so the voting buttons appear only when you look at reviews submitted by others.     Permalink

[ Add a comment ]

## Comments

You are tracking comments on your reviews Cancel
Tracked by 1 customer

| Showing 1-1 of 1 posts in this discussion | Sort: Oldest first \| Newest first |

Initial post: Feb 8, 2017, 8:45:30 AM PST
Last edited by the author 5 minutes ago

William A. Levinson says:

This is a malicious review by Christopher Mark Paris, who is engaged in a defamation campaign against not only me but dozens of other quality management professionals, numerous registrars, ISO, ANSI, and the American Society for Quality. As long as it stays online (and Amazon did not remove the other malicious review that Mr. Paris solicited--I have the LinkedIn screenshot to prove it) then so will this response.

A Google search on "Christopher Mark Paris" will show him to be a bankrupt loser, and he is a bankrupt loser because he posts items like the review shown above (note its personal attacks on me as well as a dishonest review of the book) and also false accusations of crimes and unprofessional conduct against dozens of quality professionals and also organizations like major registrars, ANSI, ANAB, ISO, and the American Society for Quality. Who wants to hire somebody like that?

Re: "Blaming me for this, he has since launched a disturbing "doxing" campaign in which he released my personal finances online, and is harassing me on my personal Facebook and other social medial platforms." No, when you initiate a conflict on social media platforms by defaming another person and using his picture without permission--by the way, did FB give you a time out for that one?--he is not "harassing" you when he answers you with truth for lies, just as the kid you hit on the school playground did not "assault" you when he hit you back. And no, bankruptcy proceedings are not your "personal finances," they are public records by law. And yes, I do blame you because you posted a threat of reputational harm to me on FB , and I have the screenshot.

As for "I am at the center of a controversy regarding the author, who was

discovered publishing some controversial "alt right" political pieces that resulted in his losing a key speaker slot at a convention." Yes, Mr. Paris' previous (alleged in the G31000 lawsuit against him) sabotage of another organization's conference forced the organizers to de-list me for fear of similar disruption, but that is a very minor inconvenience. (I have some webinars lined up where I can use my presentation.) Mr. Paris' "achievement" may (based on the sudden disappearance of all his SpaceX related pages) have cost him his relationship with SpaceX.

<u>Reply to this post</u>

Permalink | Report abuse | Ignore this customer
Do you think this post adds to the discussion? Yes   No

‹ Previous 1 Next ›

Back to top

## Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

## Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook Publishing
Made Easy

**Alexa**
Actionable Analytics
for the Web

**Amazon Business**
Everything For
Your Business

**AmazonFresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Handpicked Pros
Happiness Guarantee

**Amazon Inspire**
Free Digital Educational
Resources

**Amazon Rapids**
Fun stories for
kids on the go

**Amazon Restaurants**
Food delivery from
local restaurants

**Amazon Video Direct**
Video Distribution
Made Easy

**Amazon Web Services**
Scalable Cloud
Computing Services

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Casa.com**
Kitchen, Storage
& Everything Home

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
& recommendations

**IMDb**
Movies, TV
& Celebrities

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Prime Now**
FREE 2-Hour Delivery
on Everyday Items

**Prime Photos**
Unlimited Photo Storage
Free With Prime

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**TenMarks.com**
Math Activities
for Kids & Schools

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Whispercast**
Discover & Distribute
Digital Content

**Woot!**
Deals and
Shenanigans

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

# EXHIBIT 5

2/8/2017     Amazon.com: Chris Paris's review of RISK BASED THINKING HANDBOOK: Perfect Companion f...

Case 8:19-cv-00423-WFJ-SPF    Document 4-1    Filed 02/19/19    Page 18 of 200  PageID 91

Try Prime

Kindle Store ▾

Hello, CHRISTOPH...
Account & Lists ▾      Orders      Try Prime ▾      🛒 Cart   1

Departments ▾          Browsing History ▾    CHRISTO...'s Amazon.com

Buy a Kindle      Kindle eBooks      Kindle Unlimited      NEW! Prime Reading      Advanced Search      Kindle Book Deals      Free Reading Apps      Kindle Singles

## Customer Review

### Review Details

**Item**



RISK BASED THINKING
HANDBOOK: Perfect
Companion for ISO
9001:2015

★★☆☆☆ (3 customer reviews)

$24.95

| | |
|---|---|
| 5 star | 33% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 67% |

**Add to Wish List**

**Reviewer**

Chris Paris

Top Reviewer Ranking: 28,517,870

See all 4 reviews

---

0 of 2 people found the following review helpful

★☆☆☆☆    **Agonizing slog offering little practical advice**, February 2, 2017

By **Chris Paris**

[Edit review]  [Delete review]

**Verified Purchase** (What's this?)

This review is from: RISK BASED THINKING HANDBOOK: Perfect Companion for ISO 9001:2015 (Kindle Edition)

The book is an agonizing slog into the personal and dated interests of its author, framed as a book on ISO 9001, but which offers little useful advice for users, instead treading in exhausted and debunked concepts of risk management as peddled by someone who seems to know little about the subject. To be clear: like so many of his ISO 9001 consultant peers, Levinson has no formal degree in risk management, and no demonstrable evidence of having worked in a professional risk management capacity (e.g., as a RM department staffer or manager) in his previous employment history. He has worked as an engineer for IBM and Fairchild, according to his LinkedIn profile, and then as a private consultant since the early 2000's. So he comes to the risk game late, but this is a truism in which he is joined by the authors of ISO 9001 itself, none of whom have any such experience either.

The book starts off with one dramatic flaw, making one wonder if the author did any "risk-based thinking" in its preparation. Levinson claims the ISO 9001: 2015 definition of risk is "the effect of uncertainty on an expected result," but Levinson's definition comes, instead, from the early "DIS" draft of ISO 9001, circulated in 2014 and later revised -- twice -- before publication of the final version. This means Levinson's book is based on a version of ISO 9001 that was never even published. It's not confidence inspiring if the author gets the definition of his key concept wrong right at the start.

Levinson then conflates the implementation of Failure Mode Effects Analysis (FMEA) with his faulty definition, by placing them next to each other in the same paragraph. He uses this to say that "risk is essentially the product of likelihood and the consequences," invoking the FMEA mathematical calculation that is not adopted universally within the risk management profession, and which was soundly debunked. FMEA fails because it is based on a mathematical fallacy: it relies on applying multiplication to concepts ranked by ordinal-scale data, when the process requires ratio-scale data in order to get the math to actually work. Mathematician Dennis Wheeler famously wrote, in Quality Digest, "This is why any attempt to use [risk priority number] values is an exercise in absurdity. Their use in the same room with a mathematician will tend to produce a spontaneous explosion. They are utter and complete nonsense." As I wrote in my book, RPN is simply the assignment of numbers to Tarot cards, in order to give divination the appearance of science. Yet Levinson bases his entire concept of Risk-Based Thinking on RPN, occasionally quoting a US Army handbook in order to justify it.

It gets worse. Levinson continues to borrow the worst memes and oft-repeated clunkers of the profession. He literally writes, "'Say what you do, and do what you say.' This is the foundation of ISO 9001," invoking the ancient -- and utterly derided -- quote that led so many to criticize ISO 9001 in the 1990's. It was this false meme that led to the mythology that said ISO 9001 certified companies could manufacture "cement life vests" and which led to the dramatic reboot that ISO 9001 underwent in its 2000 edition. In truth, it's always been "ISO says what to do, and you do it." Those -- like Levinson -- repeating the meme only display a gross misunderstanding of how standards work.

If you manage a national military organization, like an army, you might get value from this book. Levinson's obsession with military applications, military hardware and quoting military officials is on full display. He quotes Sun Tzu, General Patton, and includes photos of weapons, as if every user of ISO 9001 is involved in some great imaginary war effort funded by war bonds. He quotes the Army's risk management document ATP 5-19 quite a lot, and helps spread the erroneous claim that ATP 5-19 is "synergistic with ISO 31000," ISO's standard on risk management. The truth is that ATP 5-19 actually and totally contradicts ISO 31000, and never actually mentions it once. The myth that ATP 5-19 is somehow a cousin of ISO 31000 has been spread by many ISO 31000 consultants, who seek to reassure their clients by misleading them into thinking the Army has embraced the ISO standard; one such consultant is even quoted in Levinson's book a few times.

Next, despite ISO 9001 clearly titling it's clause on risk-based thinking "Actions to Address Risks and Opportunities," Levinson misses the latter half nearly entirely. "Opportunity" under RBT is the opposite side of the coin: the pursuit of potentially beneficial effects of uncertainty. In Levinson's book, opportunity is simply a reframing of negative risk, the occasional side effect of reducing a risk, such as the reduction of waste (muda). Levinson discusses not at all the pursuit of pure opportunities, unrelated to negative risk, such as pursuing new contracts, expanding business

into new markets, pursuing customer referrals. The term "opportunity" appears only occasionally in the book, and nearly always framed as a means of reducing the negative risk of muda. He, like so many other sudden risk-based thinking experts, is stuck in a reactive mode, scrambling to find ways to reduce scrap, while ignoring an entire constellation of possibilities under the pursuit of "pure opportunity." It's the natural environment for a low level engineer, but it alienates utterly any upper manager that might read the book.

The most egregious sin Levinson commits, however is his unending and often exhausting tendency to quote people and invoke historical scenarios that nearly never have anything to do with the subject. It's clear that Levinson likes military history, and wants you to know he's a student of this subject. However, many of his quotes appear lifted from Bartlett's or Google, since they aren't accompanied by any personal or deep interpretation, and they nearly never provide a useful context for his target audience, the users of ISO 9001. He also name-drops, incessantly, his chief obsession, Henry Ford. The book, therefore, appears to have been written in some time-twisted era between 1900 and 1950, but might equally be useful for anyone still struggling with the same problems faced by widget-makers during the Industrial Revolution. We're supposed to think Ford is still relevant, and that somehow when ISO 9001's authors invented "risk based thinking" over a weekend in 2013, they were invoking Ford. That's ludicrous.

This egotistical self-satisfying approach results in a book that is decidedly backwards-facing, constantly invoking an ancient past, without providing meaning or context for those living in a post-1950 world. It's thus not useful for those of us in the 21st century, facing a reality that is far different than what Levinson sees on The History Channel on Sunday afternoons.

In short, the book is an agonizing slog through the particular and limited interests of the author, using "risk-based thinking" as a means to an end to discuss those interests, but failing entirely to address the subject named on the cover. Worse, when RBT is discussed, it's done so in an overly complicated manner that is utterly out of context with what could be useful to a modern ISO 9001 user, and is mired in off-topic military history. For the average machine shop, this will make ISO 9001 look like advanced particle physics combined with science fiction rocketry; for the average service provider who doesn't do manufacturing at all, the book offers nothing at all in the way of advice.

If you run an army, though, you might get some use out of it.

Why no voting buttons? We don't let customers vote on their own reviews, so the voting buttons appear only when you look at reviews submitted by others.   |   Permalink

[ Add a comment ]

## Comments

You are tracking comments on your reviews   Cancel
Tracked by 1 customer

| Showing 1-1 of 1 posts in this discussion | Sort: Oldest first \| Newest first |
| --- | --- |

Initial post: Feb 8, 2017, 9:48:24 AM PST
Last edited by the author 48 minutes ago

William A. Levinson says:

This is a malicious review by Christopher Mark Paris, who is engaged in a defamation campaign against not only me but dozens of other quality management professionals, numerous registrars, ISO, ANSI, and the American Society for Quality. As long as it stays online (and Amazon did not remove the other malicious review that Mr. Paris solicited--I have the LinkedIn screenshot to prove it) then so will this response.

With regard to the merits of Mr. Paris' actual review, by the way, "The truth is that ATP 5-19 actually and totally contradicts ISO 31000, and never actually mentions it once" shows that he never read ATP 5-19. It does not mention ISO 31000, but its structure is very similar, and it emphatically does not contradict it. This underscores Mr. Paris' status as a liar, along with his accusation that somebody or something is under investigation by the IRS because the IRS does not disclose this information. Somebody who is ethically capable of lying to Amazon readers and to the audience of his Web site is ethically capable of lying to customers, peers, and clients, which is probably why few people will hire this individual after they see his Web and social media postings.

A Google search on "Christopher Mark Paris" is highly informative. Mr. Paris is a loser precisely because of what he has done here and because of the content of his Web site, which is the most undignified and unprofessional one I have ever seen. It includes false accusations of crimes and professional misconduct directed at dozens of quality professionals as well as certification bodies and organizations like ANSI, ANAB, ISO, and the American Society for Quality. It also includes the addition of a four letter word to a prominent company's logo, similar to what a teenager in Mommy's basement playing with Photoshop might do. When you go around badmouthing dozens of other quality

management professionals along with ASQ, ISO, ANSI, ANAB, IAQG, and
others too countless to name, it comes as no surprise that nobody wants to
hire you even if you are W. Edwards Deming, Joseph Juran, Henry Ford, and
Taiichi Ohno rolled into one, which Christopher Paris is not--nobody is.
Oxbridge might in fact be deemed the Westboro Baptist Church ("God hates
everybody but the Phelps family") of the ISO 9001 community, where self-
proclaimed "Quality Supergod" (his words, not mine) Chris Paris hates
everybody but himself.

By the way, Chris, you can delete your post to get rid of mine all you want, and
then re-post your review, but then I will re-post what I said here.

Reply to this post

Permalink | Report abuse | Ignore this customer
Do you think this post adds to the discussion? Yes No

‹ Previous 1 Next ›

Back to top

## Get to Know Us

Careers

About Amazon

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Free Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Woot!
Deals and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use  Privacy Notice  Interest-Based Ads  © 1996-2017, Amazon.com, Inc. or its affiliates

# EXHIBIT 6



Try Prime

Kindle Store ▾

Browsing History ▾    CHRISTO…'s Amazon.com    Hello, CHRISTOPH…
Account & Lists ▾    Orders    Try Prime ▾    1 Cart

Departments ▾

Buy a Kindle    Kindle eBooks    Kindle Unlimited    NEW! Prime Reading    Advanced Search    Kindle Book Deals    Free Reading Apps    Kindle Singles

# Customer Review

0 of 4 people found the following review helpful

⭐☆☆☆☆ Awful, January 25, 2017

By Amazon Customer

This review is from: RISK BASED THINKING HANDBOOK: Perfect Companion for ISO 9001:2015 (Kindle Edition)

How can people like you live in this century?
You are disgusting

Help other customers find the most helpful reviews        Report abuse | Permalink

Was this review helpful to you?    Yes    No

Add a comment

## Review Details

### Item



RISK BASED THINKING HANDBOOK: Perfect Companion for ISO 9001:2015

⭐⭐☆☆☆ (3 customer reviews)

| 5 star | 33% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 67% |

$24.95

Add to Wish List

### Reviewer



Amazon Customer

Top Reviewer Ranking: 46,988,020

See all 4 reviews

# Comments

Track comments by e-mail

Tracked by 2 customers

Showing 1-1 of 1 posts in this discussion        Sort: Oldest first | Newest first

Initial post: Jan 27, 2017, 7:14:24 PM PST
Last edited by the author on Feb 7, 2017, 11:24:00 PM PST

William A. Levinson says:

This malicous review was solicited by Christopher Mark Paris at LinkedIn, and I have the screen shot to prove it. Christopher Mark Paris is apparently now persona non grata at SpaceX (my educated speculation) because of his juvenile (and much worse) postings on his corporate Web site. In case Mr. Paris takes down his own review to get rid of my response to it, here it is for the record.

This is a malicious review by Christopher Mark Paris, who is engaged in a defamation campaign against not only me but dozens of other quality management professionals, numerous registrars, ISO, ANSI, and the American Society for Quality. As long as it stays online (and Amazon did not remove the other malicious review that Mr. Paris solicited--I have the LinkedIn screenshot to prove it) then so will this response.

A Google search on "Christopher Mark Paris" is highly informative. Mr. Paris is a loser precisely because of what he has done here and because of the content of his Web site, which is the most undignified and unprofessional one I have ever seen. It includes false accusations of crimes and professional misconduct directed at dozens of quality professionals as well as certification bodies and organizations like ANSI, ANAB, ISO, and the American Society for Quality. It also includes the addition of a four letter word to a prominent company's logo, similar to what a teenager in Mommy's basement playing with Photoshop might do. When you go around badmouthing dozens of other quality management professionals along with ASQ, ISO, ANSI, ANAB, IAQG, and others too countless to name, it comes as no surprise that nobody wants to hire you even if you are W. Edwards Deming, Joseph Juran, Henry Ford, and Taiichi Ohno rolled into one, which Christopher Paris is not--nobody is. Oxbridge might in fact be deemed the Westboro Baptist Church ("God hates everybody but the Phelps family") of the ISO 9001 community, where self-proclaimed "Quality Supergod" (his words, not mine) Chris Paris hates everybody but himself.

Nor is he as smart as he thinks he is. One of his tirades blamed auditors, with language implying incompetence or worse, for a SpaceX rocket failure. "ISO Certification Bodies Must Be Held Accountable for Their Clients' Disasters" says "But SpaceX is AS9100 certified. Why does their certification body get a free pass?" and then "Christopher Paris implemented ISO 9001 at SpaceX in 2006,

2/9/2017                    Amazon.com: SPF Customer Review of RISK BASED THINKING AND THE HARM BOOK of McComb...

Case 8:19-cv-00423-WFJ-SPF   Document 4-1   Filed 02/15/19   Page 23 of 200   PageID 96

and later AS9100 in 2011. He was AS9100 Specialist in residence for most of 2013, and led internal QMS audits during that period." Res ipsa loquitur, the thing speaks for itself.

Somebody at SpaceX must have come across this Web page during the past couple of days and read Chrissy the riot act because he took the page down today along with EVERY ONE of his other SpaceX pages. I can only speculate that he is now persona non grata at SpaceX, and with excellent reason--posting an article that blames others for a problem is not something with which any client wants to associate its name. Anybody who wants to see Mr. Paris emulate Constable "Forget not that I am an ass" Dogberry from Much Ado About Nothing can however Google on "ISO Certification Bodies Must Be Held Accountable for Their Clients' Disasters" to find the page in question in Google cache.

Re: "Blaming me for this, he has since launched a disturbing "doxing" campaign in which he released my personal finances online, and is harassing me on my personal Facebook and other social medial platforms." No, Chrissy, when you initiate a conflict on social media platforms by defaming another person and using his picture without permission--by the way, did FB give you a time out for that one?--he is not "harassing" you when he answers you with truth for lies, just as the kid you hit on the school playground did not "assault" you when he hit you back. And no, bankruptcy proceedings are not your "personal finances," they are public records by law. And yes, I do blame you because you posted a threat of reputational harm to me on FB , and I have the screenshot.

As for "I am at the center of a controversy regarding the author, who was discovered publishing some controversial "alt right" political pieces that resulted in his losing a key speaker slot at a convention." Yes, Mr. Paris' previous (alleged in the G31000 lawsuit against him) sabotage of another organization's conference forced the organizers to de-list me for fear of similar disruption, but that is a very minor inconvenience. (I have some webinars lined up where I can use my presentation.) Mr. Paris' "achievement" may (based on the sudden disappearance of all his SpaceX related pages) have cost him his relationship with SpaceX. If that is indeed what happened, this line from King Henry V comes to mind this evening, and I liked both Sir Laurence Olivier and Kenneth Branagh in that role.

So get you hence in peace; and tell the Dauphin
His jest will savour but of shallow wit,
When thousands weep more than did laugh at it.

Reply to this post

Permalink | Report abuse | Ignore this customer
Do you think this post adds to the discussion?   Yes   No

‹ Previous  1  Next ›

Back to top

Get to Know Us                Make Money with Us            Amazon Payment Products            Let Us Help You

Careers                       Sell on Amazon                Amazon Rewards Visa Signature Cards    Your Account

About Amazon                  Sell Your Services on Amazon  Amazon.com Store Card                 Your Orders

Investor Relations            Sell on Amazon Business       Amazon.com Corporate Credit Line      Shipping Rates & Policies

Amazon Devices                Sell Your Apps on Amazon      Shop with Points                      Amazon Prime

                              Become an Affiliate           Credit Card Marketplace               Returns & Replacements

                              Advertise Your Products       Reload Your Balance                   Manage Your Content and Devices

                              Self-Publish with Us          Amazon Currency Converter             Amazon Assistant

                              Become an Amazon Vendor                                             Help

                              › See all

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Free Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Woot!
Deals and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

# EXHIBIT 7

**Christopher Paris**

---

| | |
|---|---|
| **From:** | Amazon.com Customer Service <community-help@amazon.com> |
| **Sent:** | Tuesday, February 14, 2017 3:59 AM |
| **To:** | chris@oxebridge.com |
| **Subject:** | Your Amazon.com Communities Inquiry |

                                                                                      Your Account  |  Amazon.com

## Message From Customer Service

Hello,

This is Nicolene from the Communities team here at Amazon.com. I hope this email finds you well.

I've reviewed the comment by William A. Levinson on your review titled "Agonizing slog offering little practical advice"  and confirmed it's outside our posted guidelines. This will be removed shortly.

If you see a post that appears to violate our guidelines, please click the "Report abuse" link on the post. You also have the option to vote "No" if you feel the post doesn't contribute to the discussion. Here's a link to our guidelines for reference:

http://www.amazon.com/help/customer-reviews-guidelines

I hope this helps. We look forward to seeing you again soon.

We'd appreciate your feedback. Please use the links below to tell us about your experience today.

Best regards,
Nicolene

---

**Thank you for your inquiry. Did I solve your problem?**

Yes  No

---

Your feedback is helping us build Earth's Most Customer-Centric Company.

Thank you.

**Amazon.com**

# EXHIBIT 8



**Oxebridge Watch** @Oxebridge_Watch · 22h                                    ⌄

#oxebridge  reinforces (19/02/18) implied excuses for Hamas terrorism:  "Defends this  accusation because, well, Kirk Douglas got shot in a  movie once." Mickey Marcus (played by Douglas) got shot for real for  accidentally  disobeying sentry's order jewishvirtuallibrary.org/mickey-marcus

                    

# EXHIBIT 9



# EXHIBIT 10



# EXHIBIT 11



Home 11 Notifications Messages Search Twitter Tweet

Tweets 55 Followers 1 Follow

## Oxebridge Watch

@Oxebridge_Watch

The Other Sides of the Stories Told by OQR

Joined August 2017

Tweet to Message

12 Photos and videos

Tweets | Tweets & replies | Media

**Oxebridge Watch** @Oxebridge_Watch · Mar 5

Wisconsin Consumer Protection Bureau given heads-up re: #oxebridge abuse of DICWP to threaten others with sanctions. Extensive detail provided to Bureau about CP's abusive activities.

**Oxebridge Watch** @Oxebridge_Watch · Mar 4

comicskingdom.com/katzenjammer-k... "Free" lemonade!

Katzenjammer Kids Comic Strip for March 04, 2018

The Katzenjammer Kids is the longest-running strip in history and stars two twin boys, Hans and Fritz, who misbehave and rebel against any sort of a...

comicskingdom.com

**Oxebridge Watch** @Oxebridge_Watch · Mar 3

#oxebridge's latest: "ISO 9001 Verified," "Testing, analysis, and evaluation of QUALITY MANAGEMENT SYSTEMS for the purpose of certification and re-certification" REALLY add-on to ISO 9001 instead. He says, we don't believe.

Show this thread

**Oxebridge Watch** @Oxebridge_Watch · Feb 24

comicskingdom.com/katzenjammer-k... Der Kapitan at der end of der rainbow.

Translate from Danish

Oxebridge Watch (@Oxebridge_Watch) / Twitter

---

**Oxebridge Watch** @Oxebridge_Watch · Feb 23   ⌄

If use of child soldiers a war crime, what is Hamas' use of child suicide bombers?

Show this thread

**Oxebridge Watch** @Oxebridge_Watch · Feb 22   ⌄

Laugh for the day urbandictionary.com/define.php?ter… 😆😆😆😆😆

**Oxebridge Watch** @Oxebridge_Watch · Feb 19   ⌄

There are no depths to which #oxebridge won't stoop to smear ISO CBs. Blames one (14/02/18) for not catching the drug traffickers, and another (18/02/18) for not catching the safety problems of a company's trucks.

**Oxebridge Watch** @Oxebridge_Watch · Feb 18   ⌄

Does @DoD_IG know #oxebridge's Chris Paris, not a Federal employee, is telling ppl he is covered by DICWP & threatening DICWP sanctions vs non-Federal entities? Who do I contact to report formally? oxebridge.com/emma/oxebridge…

**Oxebridge Watch** @Oxebridge_Watch · Feb 17   ⌄

⤺    ⇄    ♡    ✉

**Oxebridge Watch** @Oxebridge_Watch · Feb 14                                          ⌄
#Oxebridge 14/02/18 says "…  that should then begin the conversation of making
the unaccredited certificate mills illegal."  trademarkia.com/iso-9001-verif…
update at osteinfo.net/certificate_mi…

💬  1          ⇄          ♡          ✉

Show this thread

**Oxebridge Watch** @Oxebridge_Watch · Feb 13                                          ⌄
comicskingdom.com/katzenjammer-k…  Katzenjammer Kids, latest

🌐 Translate from German

💬          ⇄          ♡          ✉

**Oxebridge Watch** @Oxebridge_Watch · Feb 3                                           ⌄
comicskingdom.com/katzenjammer-k…  Der Kapitan asks for too much table
service.

**Oxebridge Watch** @Oxebridge_Watch · Feb 2

Classic Katzenjammer Kids, just like original

**Oxebridge Watch** @Oxebridge_Watch · Jan 23

#oxebridge interviews Chris Paris, live on YouTube! youtu.be/NB2CNr692RE?t=...
"The nasty, tricksy, ISO scheme operators and certificate mills stole the Preciousss from us!" 😄😄😄😄😄 (CP, as OQR, often interviews himself online.)

**Oxebridge Watch** @Oxebridge_Watch · Jan 20

Tax time on der tropical island!



**Oxebridge Watch** @Oxebridge_Watch · Jan 19

stopbullying.gov/what-is-bullyi... and there are "men" in their mid-50s who have not outgrown this. "Telling other children not to be friends with someone [or else]." (threatening others' clients/advertisers) "Spreading rumors about someone." "Embarrassing someone in public."

**Oxebridge Watch** @Oxebridge_Watch · Jan 19

sociopathicstyle.com/psychopathic-t... Pathological lying, feels free to harm others, failure to accept responsibility for own actions, lack of remorse & guilt, grandiose self-image (delusions of godhood), these ppl need pro. mental health assistance.

**Oxebridge Watch** @Oxebridge_Watch · Jan 17

Primary def. of c word--to women what N is to Black people

> ↩ Reply    🗑 Trash    More ▾                          ‹ Prev    Next ›
>
> From LinkedIn
>
> **RE: Chris your are yet again mistaken on all counts. I am not giving advice as this is called a discussion group nor am I an auditor. I did...**
>
> Christopher Paris VP Operations at Oxebridge Quality Resources International LLC
>
> August 8, 2014 7:17 AM
>
> For a social justice fighter who calls the verb "bitch" a sexist profanity...
>
> 4 letter C word (noun) replaced with **** for public viewing
>
> You're such a drunk ****. I am well within my rights to delete you here, too. Get your ****together or you are out. I don't care if that makes me a hypocrite. I'll risk it in your case.    4 letter word for feces, replaced



**Reply**

This was sent to us by another CP victim but no reason to doubt its authenticity.

Show this thread

**Oxebridge Watch** @Oxebridge_Watch · Jan 13
comicskingdom.com/katzenjammer-k... Still a classic.

**Oxebridge Watch** @Oxebridge_Watch · Jan 12
Our opinion on why #oxebridge had to take down its SpaceX pages in early 2017.
Also dguberman.com/warning-about-... Update: Jan. 8, 2017: "SpaceX slams Oxebridge owner Chris Paris."

Accountable for Their Clients' Disasters

by Christopher Paris | Jul 15, 2015 | Best Of, Opinion |

. . .

Now they have their first major disaster, and while no one was hurt, those thoughts are on everyone's mind since a crewed Dragon is coming, and they recently announced the first team of astronauts who will board it.

So much scrutiny will be placed on the design team, production processes, etc. As there should be.

But SpaceX is AS9100 certified. Why does their certification body get a free pass?

But Chris (see below) says he implemented AS 9100 at SpaceX. Why does he get a pass?

3 major standards and quality orgs.

. . .

The next thing is the official marketing spin. The whackjob troika of _____ have created a single, monolithic script that insists such certifications "do not guarantee product quality." In fact, they say, they don't even guarantee the QMS they certified is particularly good, but just that it seemed okay during the "sample" time spent by an auditor, who was on site for a few days once. They've even hardcoded this "get out of jail free card" into the various standardss, such as ISO 17021-1.

CP seems to think everybody but himself is whackjob, he's the only sane one involved.

The problem is that the resulting certificates don't actually include any such disclaimers. Instead, they boldly declare the entire QMS "meets the requirements of ISO 9001" without any caveats or wiggle words. The words "it was just a sample" don't appear anywhere on the certificates, which are what face the supply chain, and the public. Buyers add suppliers

Everyone in quality knows audits are samples, not 100% inspections!



## Who to follow ·

Refresh · View all

Followed by BowlEcho and others

Tea Pain ...

Follow

Followed by Austin Fuller

Christal H...

Follow

Followed by West Volusia Beacon and others

Quality Q...

Follow

Find people you know

## Trends for you ·

Change

**Champions**
188K Tweets

**Swedish PM**
3,012 Tweets

**#PsgRealMadrid**
10.2K Tweets

**Kellyanne Conway**
91.6K Tweets

**#NationalOreoDay**
22.8K Tweets

**#ThingsIAlwaysAvoid**
3,976 Tweets

**Ready Player One**
7,868 Tweets

**Christopher Robin**
14K Tweets

**#OneDirectionBestFans**
2.62M Tweets

**#BackInTimefortea**
1,807 Tweets

© 2018 Twitter About
Help Center Terms
Privacy policy Cookies
Ads info

# EXHIBIT 12

| **From:** | Jon Young |
|---|---|
| **To:** | Chris Paris (chris@oxebridge.com) |
| **Subject:** | FW: Christopher Mark Paris reference |
| **Date:** | Wednesday, February 15, 2017 2:30:46 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

--
**Jon Young** | VP GM | 720-386-5835 | **Vforge, Inc.**

**From:** WILLIAM LEVINSON [mailto:wlevinson@verizon.net]
**Sent:** Wednesday, February 15, 2017 4:16 PM
**To:** Jon Young <jyoung@vforge.com>
**Subject:** Christopher Mark Paris reference

Dear Mr. Young,

Chris Paris of Oxebridge Quality Resources International LLC lists you as a reference. I am writing to ask that, as long as he uses your name and your company as a reference, that he desist from circulating disparaging and quite possibly defamatory material about me and also about quality management professionals whom I know. It is of course up to you how you want to address similar disparaging material he publishes about certification bodies (including those of his own clients), ISO, ANAB, ANSI, and the American Society for Quality.

Mr. Paris' disparagement includes not only reckless accusations of unprofessional conduct but also reckless accusations of crimes. Mr. Paris uses words like "jail" and "felony" very freely on his Web site while he talks about identifiable people and organizations. He accused an auditor of one certification body, and I told that CB about it, of demanding sex in exchange for not issuing nonconformances. (I have downloaded all the relevant Web pages in case they are ever needed as proof.) His company Web site meanwhile levels false and malicious accusations against professional colleagues whom I know personally such as Jack West, Charles Cianfrani, Denise Robitaille (whose physical appearance Mr. Paris belittles here https://www.oxebridge.com/emma/2013-robitaille-article-the-fat-lady-sung/),* Lorri Hunt, Charli Hoialmen, Dan Reid, Lisa Uhrig, Alan Daniels, and AQI leader Sermin Vanderbilt. (I already copied her on this material, so there is no need to swamp her with cc:s, but she is fully aware of the problem.)

I just learned that he has published the following fake news about me on LinkedIn. The first two items come across as bordering on false accusations of crimes. I have meanwhile sent all of this to abuse at LinkedIn, and a hard copy to LinkedIn by certified mail to reinforce the need to enforce LinkedIn's Terms of Service.

.

**Christopher Paris** Pretty sure there isn't a preponderance of ISO 9001 speakers who have publicly ==incited racist violence==. You dilute the horror of his writing by suggesting it's no different than what "anyone might have done in their past." Clearly that's not the case here.

==Hint: calling for the murder of other people isn't acceptable professional behavior in any setting.==

(The pink box contains my comment on what I sent to LinkedIn.)

## ISO 9000 Conference May Not Have Dropped Controversial Speaker Levinson After All

Still investigating, but it seems the American Quality Institute (AQI) may not have dropped controversial "risk based thinking" speaker William A. Levinson after all. If you recall, Levinson was dropped from the speaker roster of the upcoming ISO 9000 World Conference after it was discovered he had written ==years of political writings that were inciting comments of racist violence against non-white people. His articles advocated for the "justifiable" murder of Blacks, and compared Muslims to feces and Blacks to apes, resulting in his readers openly discussing racist murder.==

> I did compare ISIS, Hamas, and Al Qaida to excrement—if Mr. Paris wants to call terrorists Muslims, that's up to him. I have no editorial control over what universally anonymous visitors post on the site—we get them at my local newspaper's Web site too.

AQI pulled Levinson's name from the roster and replaced the ad for his book with a statement about diversity, but now they have left his former speaker slot open with an announcement that the actual speaker "will be announced." One source tells me that AQI still intends to have Levinson speak, but that they simply pulled his name off the website because of the racist backlash.

==Oxebridge called for a boycott of the ISO 9000 World Conference==

Note his call to boycott Dr. Vanderbilt's conference the way he is credibly alleged to have harmed another. (New York Southern District Court Case No. 1:14-cv-03885-VEC G31000 North America, Inc. et al v. Paris et al, specific complaint starting on line 34. This was dismissed not for lack of merit but for lack of jurisdiction. The case reads from bottom to top chronologically at G31000 North America, Inc. et al v. Paris et al.)

Murder is never justifiable, and these are the actual words that Mr. Paris distorts to accuse me of inciting the racist murder of people who are exercising their First Amendment rights (he actually cites the First Amendment) right to "protest." The behavior to which I referred, however, involved menacing people on the street, arson, and trying to drag people from their cars—none of which are protected by the First Amendment.

> "…It is very easy to cross the line at which the law's hypothetical reasonable person believes his or her life to be in danger.  The aggressor needs to do exactly two simple things to step over this line to be legally shot dead, or put in the hospital, on the spot.  ==The first is to make a verbal or visual threat== ("I'm going to kill you!," "Give me your wallet!," or menace another person with a deadly weapon), ==and the second is to display a credible means of putting that threat into effect.=="

This is in fact the law in almost every state, and this is what I learned from three self-defense courses that were taught by law enforcement professionals and professional firearm instructors. They made it clear that the LAST thing you ever want to do is to get into an armed confrontation because, if you win, you simply get to keep what you already have (your life and your physical safety) and you may still have to justify your actions to the police or a court.

As another example of Mr. Paris' fake news about me: https://www.oxebridge.com/emma/iso-9000-conference-speaker-asq-fellow-once-argued-for-justifiable-homicide-of-blacks/

> Chris Paris: "He claimed First Lady Michelle Obama promoted "date rape" ==because she likes rap music.=="

What I actually wrote: "Michelle and Barack Obama have openly ==promoted rap artists who glorify misogyny, sexual objectification of women, and even date rape=="  The last one refers to Rick Ross' "U.O.N.E.O." which includes, "Put molly all in her champagne/ She ain't even know it / I took her home and I enjoyed that/ She ain't even know it." The issue is not who we voted for (or against) in November but rather the issue of Mr. Paris' publication of the same kind of fake news that drew the United States into the Spanish-American War and First World War, and induced Henry Ford to publish *The International Jew* (http://www.jewishvirtuallibrary.org/the-ldquo-protocols-rdquo-come-to-america).

To put this in perspective,



"Cadets violate the Honor Code by lying if they deliberately deceive another by stating an untruth or by any direct form of communication to ==include the telling of a partial truth and the vague or ambiguous use of information or language with the intent to deceive or mislead==." (U.S. Government photo, public domain)

Mr. Paris has published this kind of material not only about me but about others on Facebook (which deleted some of the postings as Community Standards violations), Twitter, and on his corporate Web site. Here is a page where he blames his client's AS9100 certification body for loss of a SpaceX rocket while he uses his association with SpaceX to promote himself, and he also uses SpaceX as a reference. https://webcache.googleusercontent.com/search?q=cache:wx2lIT5Cdw4J:https://www.oxebridge.com/emma/iso-certification-bodies-must-be-held-accountable-for-their-clients-disasters/+&cd=1&hl=en&ct=clnk&gl=us This is how he talks about his own client's certification body.

Now they have their first major disaster, and while no one was hurt, those thoughts are on everyone's mind since a crewed Dragon is coming, and they recently announced the first team of astronauts who will board it.

So much scrutiny will be placed on the design team, production processes, etc. As there should be.

==But SpaceX is AS9100 certified. Why does their certification body get a free pass?==

…The next thing is the official marketing spin. ==The whackjob troika of ISO, the IAF and CASCO== have created a single, monolithic script that insists such certifications "do not guarantee product quality." In fact, they say, they don't even guarantee the QMS they certified is particularly good, but just that it seemed okay during the "sample" time spent by an auditor, who was on site for a few days once. They've even hardcoded this "get out of jail free card" into the various standardss, such as ISO 17021-1.

…I know from first hand experience — witnessing audits with my own eyes, reading over audit reports, ==seeing the horrid performance of the near-criminally incompetent auditors== — that there is a direct responsibility to be had by certification bodies. Furthermore, questions must be asked as to why the Federal government can continue, with any seriousness, to require ANAB-accredited ISO certifications if the end result is just a shuffling of taxpayer or customer money through two conduits — the client and the registrar — up to ANAB, and having stuff blow up anyway. Why pay

ANAB at all?

*…Christopher Paris implemented ISO 9001 at SpaceX in 2006, and later AS9100 in 2011. He was AS9100 Specialist in residence for most of 2013, and led internal QMS audits during that period.*

The bottom line is that Mr. Paris has told provable falsehoods about me and about others. He has even badmouthed me to at least two people (a LinkedIn member and the editor of ASQ Quality Progress) while saying even worse things about them behind their backs on his Web site. I made sure both these individuals learned of this, and the same for the other quality management professionals, certification bodies, and professional societies involved.

**Requested Action**

I request that, as long as Mr. Paris uses you as a reference, that he not indulge in this behavior toward me or toward people I know, and I do not think he should do it to others either.

Regards,

--Bill Levinson

William A. Levinson
Levinson Productivity Systems, P.C.
6 Lexington Court
Wilkes-Barre PA 18702
570-824-1986
wlevinson@verizon.net or TheBoss@ct-yankee.com


\* I need to lose about 10 to 15 pounds myself, and my variable height desk is helping. I am actually standing right now while I work, and it really increases my productivity.

# EXHIBIT 13

| From: | Herb Lustig |
|---|---|
| To: | Christopher Paris |
| Subject: | Fwd: Followup re: ISO Certification Bodies Must Be Held Accountable for Their Clients" Disasters by Christopher Paris (Oxebridge) |
| Date: | Wednesday, February 22, 2017 11:23:37 AM |

-----

***EuroAvionics USA***

2480 Fruitville Rd
Sarasota FL 34237

M 941.735.0245
W 941.214.1129
hlustig@euroavionicsusa.com

ISO9001:2008/AS9100C Certified Quality System; FAA Certified Repair Station
#8EUR314C

*We look forward to seeing you at Heli-Expo*
*March 6 – 9, 2017 – Booth 8730 in Dallas TX*

SECURITY NOTICE: This communication, including any accompanying document(s) is meant for the sole use of the intended recipient and may be a communication privileged by law, subject to export control restrictions or may otherwise contain confidential information. The unauthorized use, distribution or disclosure, or any action taken or not taken relying on this communication, is prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by return e-mail or telephone and permanently delete or destroy all electronic and hard copies of this facsimile. Thank you for your cooperation.

Begin forwarded message:

**From:** "WILLIAM LEVINSON" <wlevinson@verizon.net>
**Subject: Followup re: ISO Certification Bodies Must Be Held Accountable for Their Clients' Disasters by Christopher Paris (Oxebridge)**
**Date:** February 22, 2017 at 3:14:37 PM GMT-5
**To:** <hlustig@euroavionicsusa.com>

Dear Mr. Lustig,

I wrote to you originally to complain about what Mr. Paris is doing not only to me but to numerous other people, some of whom I know, while listing you as a reference. His actions include publication of fake news, extending to reckless and false accusations of unprofessional conduct and even crimes, against individuals, ISO 9001 and AS9100 certification bodies (including those of his own clients and/or employers), and professional societies. He has published this fake news not only on his Web site but also in LinkedIn, Facebook, and Twitter. I have sent a complaint by certified mail to LinkedIn.

I also shared with you a link to "ISO Certification Bodies Must Be Held Accountable for Their Clients' Disasters" in which he apparently blames his own client's AS9100 certification body for losing a Falcon rocket.  The indicated Google cache of  this Web page was scrubbed a few days after I wrote to you, but the information I gave you was accurate at the time. You can verify this because (1) the same material is on the Oxebridge blog as of today (link provided below) and (2) I can send you the downloaded Web page (from Google cache) as a pdf file upon request.

http://www.oxebridge.com/emma/the-o-forum/as9100-qms-for-aviation-space-and-defense/iso-certification-bodies-must-be-held-accountable-for-their-clients-disasters/

Now they have their first major disaster, and while no one was hurt, those thoughts are on everyone's mind since a crewed Dragon is coming, and they recently announced the first team of astronauts who will board it.

So much scrutiny will be placed on the design team, production processes, etc. As there should be.

But SpaceX is AS9100 certified. Why does their certification body get a free pass?

…The next thing is the official marketing spin. The whackjob troika of ISO, the IAF and CASCO have created a single, monolithic script that insists such certifications "do not guarantee product quality." In fact, they say, they don't even guarantee the QMS they certified is particularly good, but just that it seemed okay during the "sample" time spent by an auditor, who was on site for a few days once. They've even hardcoded this "get out of jail free card" into the various standardss, such as ISO 17021-1.

…I know from first hand experience — witnessing audits with my own eyes, reading over audit reports, seeing the horrid performance of the near-criminally incompetent auditors — that there is a direct responsibility to be had by certification bodies. Furthermore, questions must be asked as to why the Federal government can continue, with any seriousness, to require ANAB-accredited ISO certifications if the end result is just a shuffling of taxpayer or customer money through two conduits — the client and the registrar — up to ANAB, and having stuff blow up anyway. Why pay ANAB at all?

…*Christopher Paris implemented ISO 9001 at SpaceX in 2006, and later AS9100 in 2011. He was AS9100 Specialist in residence for most of 2013, and led internal QMS audits during that period.*

This is apparently (does not constitute engineering or consulting advice from me) what Mr. Paris blamed on his client's AS9100 certification body.
http://www.space.com/29994-spacex-rocket-explosion-cause-faulty-strut.html

"It's not something that should have ever failed at this force level," he [Elon Musk] said. The strut "would appear to be incorrectly made, but there was no visible way of telling that from the outside."

SpaceX sources these struts from an outside company and will probably change suppliers now, Musk added. In addition, SpaceX plans to individually test and certify every strut that will fly, to ensure that no faulty ones make it on board, he said.


Regards,

Bill Levinson

# EXHIBIT 14

**From:** Jon Young
**To:** Chris Paris
**Subject:** Fwd: Christopher Paris/Oxebridge promote intellectual property infringement
**Date:** Tuesday, February 28, 2017 8:02:17 PM
**Attachments:** image007.png
image008.png
image001.png

--
Jon

**From:** WILLIAM LEVINSON <wlevinson@verizon.net>
**Sent:** Tuesday, February 28, 2017 9:57:43 PM
**To:** Jon Young
**Subject:** Christopher Paris/Oxebridge promote intellectual property infringement

Dear Mr. Young,

To recap what I sent you earlier:
   (1) The fact that Mr. Paris has attacked my reputation on his Web site and in LinkedIn, Facebook, and
       Twitter for the openly stated purpose of damaging a professional conference at which I was an
       invited speaker makes this my business.
       •   He has similarly attacked the reputations of other people, professional bodies, and
           certification bodies—including those of his own clients. His false accusations range from
           unprofessional conduct to crimes.
   (2) The fact that he lists you as a professional reference makes this your business.

I am accordingly bringing to your attention his Web page which encourages people to upload single-user
licensed copies of ISO standards to cloud servers in explicit contravention of the licensing agreement
shown below. Even if he means this as a joke, it's a very irresponsible one given the potentially serious
legal consequences to anybody who acts on it—and, as shown below, he actually did this with an ISO
9001:2015 draft standard as alleged by ISO's attorney.

https://www.oxebridge.com/emma/7318-2/  (Online as of February 28 2017—I have also downloaded it in case
it is ever needed as proof, and I have also forwarded it to copyright @ iso.org).



https://www.oxebridge.com/emma/7318-2/ Hosted at Oxebridge Quality Resources International LLC as of Feb. 28 2017

https://www.iso.org/terms-conditions-licence-agreement.html#Electronic-copies for the license agreement

4. Electronic copies

You may download copies of the electronic copy(ies) of ISO publication(s) you've purchased on all your personal devices (desktop computer, laptop, tablet, e-reader, smartphone, etc.) Printing is permitted for your personal use only. Sharing or posting the ISO publication(s) on your company's intranet is not permitted under this Licence Agreement, so please contact us or your ISO Member if you would like to.

Here are the potential legal consequences for anybody who acts on "Yay, cloud":
http://www1.villanova.edu/villanova/unit/policies/AcceptableUse/copyright.html
For "willful" infringement, a court may award up to $150,000 per work infringed. A court can, in its discretion, also assess costs and attorneys' fees. For details, see Title 17, United States Code, Sections 504, 505.
Willful copyright infringement can also result in criminal penalties, including imprisonment of up to five years and fines of up to $250,000 per offense.

Mr. Paris has actually been in trouble with ISO over intellectual property before.
http://www.clm.com/docs/yir2013.pdf "On behalf of the International Organization for Standardization (ISO), we successfully stopped trademark and copyright infringement at oxebridge.com." In addition, this letter from ISO's attorney—hosted on his own Web site—shows that he actually hosted copyrighted material on his Web site at one time without the owner's authorization.

https://www.oxebridge.com/downloads/candd.pdf

Your infringement of the ISO Copyrights at the Website consists of the copying, display, publishing and distribution of ISO standards to consumers via the Website, including, but not limited to ISO 9001 standards offered at http://www.oxebridge.com/downloads/ISO90012015CD.pdf and via third-party links (see http://www.oxebridge.com/emma/?p=1416). Such unauthorized copying, display, publishing and distribution of ISO standards constitutes infringement of ISO's copyright rights under the United States Copyright Act. We request that any and all of ISO's standards be removed from the Website, including the standards listed above, pursuant to the Digital Millennium Copyright Act and your own copyright policies.

and this Web page (http://www.ifsqn.com/forum/index.php/topic/20679-draft-of-iso-90012015-has-been-published-for-consultation/ , which I downloaded in case it is ever needed as proof) indicates that Oxebridge did in fact once host ISO's intellectual property.

Posted 01 July 2013 - 03:32 PM

Hi Simon

Where can I obtain a copy of the Draft?

Posted 10 July 2013 - 06:34 PM

Available here http://www.oxebridge.com/emma/?p=1416

William A. Levinson
Levinson Productivity Systems, P.C.
6 Lexington Court
Wilkes-Barre PA 18702
570-824-1986
wlevinson@verizon.net

# EXHIBIT 15

misc.industry.quality ›

ANAB Submits Findings to BSI from Oxebridge Complaint

4 posts by 3 authors ⊙  G+1

| ☆ | **Oxebridge** [Reprinted with permission to misc.industry.quality. (c) 2005 OQR, Inc.] ANAB Submits Findings to BSI from Oxebridge Complaint September 13, 2005 | 9/13/05 |

| ☆ | **Oxebridge** Comments welcome. | 9/13/05 |

| **Oxebridge** This message has been hidden because you reported it for abuse. To see it anyway, click here. | Jan 23 |

**wlev...@verizon.net**                                                                      Feb 16

☆   Christopher Mark Paris of Oxebridge Quality Resources International LLC has a long and proven track record of publishing fake news on his company Web site, and on LinkedIn, Twitter, and Facebook. This fake news includes reckless accusations of professional misconduct, incompetence, and even crimes. It has been directed at literally dozens of quality management professionals, certification bodies, and professional organizations.

I know absolutely nothing good or bad about the actual quality of Mr. Paris' work, but the bottom line is that he has proven himself ethically capable of lying to and about peers, sometimes both at the same time. As an example, he was badmouthing me to to other people while saying far worse things about them behind their backs on his Web site. I made sure they found out. I also made sure ANSI, ANAB, ASQ, and BSI (named above) all found out what he says about them.

# EXHIBIT 16

# He Calls ISO 9001 and AS9100 Scams, but Will Help Implement Them Anyway

NOTICE: This Web site does NOT belong to OQR International LLC, and it is NOT controlled by Christopher Paris.

<table>
<tr><td rowspan="99" valign="top">

Home

This Page:

Site Mission

 Reputable AS9100 training providers that don't disrupt other people's conferences, promote illegal file sharing, or encourage illegal tax deductions

Other Pages

Promotion of illegal file sharing and illegitimate tax deductions. Don't be that guy!

Disruption of professional conferences

How this individual uses LinkedIn and other social media platforms

Previous clients have apparently disowned him

Denounces as scams and schemes the very standards (ISO 9001 and AS9100) he helps companies

</td>
<td colspan="2">

- Would you attend a martial arts school whose instructor tells you, "This martial art is trash, but I'll teach it to you anyway?"
- Would you attend a house of worship that is run by a clergyman who does not believe in the religion?
- This is what OQR tells you about quality standards but he will help your company implement them anyway.

</td></tr>
<tr><th>OQR says:</th><th>Our Comments</th></tr>
<tr><td valign="top">

Web site: "The Case Against "Improvement" in ISO 9001" "Standards are used to compare other things against, in order to determine their compliance. How can you compare a thing against a moving target? Short answer: you can't. As a result, selling ISO 9001 certification as "universally accepted" is one of the biggest scams running." To which he adds, "Improving for the sake of improvement goes by another name: wasting time."

Oxebridge Report #38: "In reality, a better solution would be for registrars to continue to offer certification to older editions, and let the supply chain decide on which one to certify to. If Boeing says "ISO 9001:2000" is fine, their suppliers can opt for that, or any later edition."

</td>
<td valign="top">

The standard is the best current known way of doing a job (or running a quality management system). When a better way of doing a job is discovered, the standard is changed accordingly to hold the gains and prevent backsliding. "Hold the gains" is according to Joseph Juran, but the concept dates back to Frederick Winslow Taylor if not earlier.

If standards did not change, there would be no progress. ISO 9001:1987 did not address the process approach; ISO 9001:2000 did. ISO 9001 is, like other standards, being standardized upward but, as shown at left, this individual does not seem to believe in this.

</td></tr>
<tr><td valign="top">

Another Web page (since taken down) adds, "It's a sad day when the main objective of the ISO certification scheme is "let's try not to blow anything up today."

Yet another page refers to ISO 9001 and "related schemes"

"Oxebridge has called for a 10-year moratorium on the requirement of ISO quality certifications as a condition of bidding on any US Federal government contract..."

</td>
<td valign="top">

But he will take your money to help you implement ISO 9001 and AS9100 anyway.

This is emphatically not a statement, by the way, that he can't help you implement them--the technical material on his Web site gives us nothing but a favorable impression. Our problem is entirely with his ethics and character and, given his technical competence, he does himself a terrible disservice by suggesting that organizations register to long-obsolete versions of standards.

</td></tr>
</table>

3/14/2017    ISO 9001, David L. Paul, and SPIC Pride Consulting, ISO 9001 and AS9100 Consulting, Oil Hell, Angeles, CA The ISO Company

Case 8:19-cv-00423-WFJ-SPF Document 41 Filed 02/19/19 Page 58 of 200 PageID 131

| implement | And another, "The problems facing the ISO 9001 and AS9100 certification schemes are many..." | |
|---|---|---|
| | Depicts ISO 14001 as a "scheme" | Anything we throw away, whether or not it is environmental waste, represents wasted material and wasted money. The principles behind ISO 14001 and ISO 50001 help organizations avoid waste (muda) and improve their bottom lines. |
| | 1. "Oxebridge has published a new "Public Call" document calling on ISO, IAF and IAQG to delay the mandatory transition of ISO 9001 and AS9100 certifications until September 2020" and adds that companies will have to "rush" to implement the new standards.<br>2. This company meanwhile offers a 40 day ISO 9001 implementation from scratch. | He speaks with forked tongue.<br><br>1. We believe that ISO 9001 can in fact be implemented from scratch in 40 days (or fewer) for a medium or small shop if management provides the necessary time and resources.<br>2. If an ISO 9001:2008 system is in place, the organization is about 90% of the way to ISO 9001:2015 noting that there is no need to restructure or renumber the documented procedures.<br><br>The bottom line is that (1) ISO 9001 can be implemented from scratch in 40 days or (2) organizations need another 3.5 years to transition from an existing ISO 9001:2008 system to ISO 9001:2015. These statements are mutually exclusive.<br><br>This individual actually does himself an enormous disservice here because we believe he can in fact implement ISO 9001 from scratch in 40 days--we have no reason whatsoever to doubt his technical competence, and what we have seen on his Web site impresses us favorably. He should therefore stop bitching and get with the program by offering to help clients make the transition smoothly. |

Site Mission

The key purpose of this site is to make this individual's statements about us or indeed anybody else not credible. This requires us to discredit this individual rather than re-post his accusations and then defend against them. We will not help propagate the damage this individual seeks to cause by repeating any of his accusations, even for the purpose of condemnation. We will instead, as shown on the [home page](#), demonstrate that nothing this

individual says about us or any of his other victims is worthy of notice.

Joe McCarthy was reputed to smear his enemies by saying "I don't believe So-and-So is a Communist," thus raising the previously nonexistent question as to whether So-and-So is a Communist. We will similarly not post anything to the effect, "Chris Paris is lying about So-and-So doing such and such" because this statement, even for the purpose of condemnation, raises the previously nonexistent question as to whether So-and-So is doing such-and-such. Visitors to this individual's Web site may have seen the false and malicious accusations, but we will not repeat them here. People who have seen accusations on his site and then visit this one, however, will learn quickly how he has abused their trust.

Reputable AS9100 Rev. D Training Providers

All these reputable alternatives to the "Braindump Course" on AS9100 Revision D are internationally recognized and, unlike this individual, do not encourage their customers to take illegal tax deductions. (These are not paid advertisements nor do these organizations endorse any of the content of this site.)

SAE International  Implementing AS9100 Rev. D

Bureau Veritas AS9100:2016 (Rev. D) Transition. April 10-11 2017 Orlando Florida, not far from Cocoa Beach and Florida space centers. Also available elsewhere.

BSI AS9100 Rev. D Transition

SAI Global  Preparing for the AS9100 Rev. D Transition April 13 and June 12 2017 (Orlando, not far from Cocoa Beach and Merritt Island), and also available elsewhere.

# EXHIBIT 17

# Christopher Paris/ Oxebridge Quality Resources International LLC  Fake News Warning

| **This Page**<br>Site Mission<br><br>Site Policy:<br>We do not name victims<br><br>Examples of this entity's commercial disparagement and defamation<br><br>Expert witness against you in court?<br><br>Alternatives to Gourmetours Peru<br><br>Other Pages<br><br>Promotion of illegal file sharing and illegitimate tax deductions. Don't be that guy!<br><br>Disruption of professional conferences<br><br>How this individual uses LinkedIn and other social media platforms<br><br>Previous clients have apparently disowned him<br><br>Denounces as scams and schemes the very standards (ISO 9001 and AS9100) he helps companies implement<br><br>Reputable AS9100 Rev. D Training Providers<br><br>All these reputable alternatives to "Braindump | <div align="center">Fake news is no joke</div> |
|---|---|

## Site Mission and Introduction

NOTICE: This Web site does NOT belong to OQR LLC

We do not, in contrast to the individual under discussion here, effectively sign other people's names to statements created by himself. Black propaganda (signing somebody else's name to your statement) is inherently dishonest regardless of the merits of the argument. We are not that guy so hence the disclosure--this is emphatically NOT his Web site and he did not create ANY of its content.

This Web site's purpose is to defend the targets of Christopher Mark Paris' commercial disparagement campaign by exposing the falsity of his statements and his proven dishonesty. He has been distributing fake news on his corporate Web site and through E-mail, LinkedIn, Facebook, and Twitter for the express purpose of damaging his potential competitors (including the owner of this site) and a 2017 professional conference the way he (as alleged in the complaint in New York Southern District Court Case No. 1:14-cv-03885-VEC G31000 North America, Inc. et al v. Paris et al, specific complaint lines 33 and following) damaged another after threatening the conference organizers.

Site Policy: Victims will not be named explicitly.

This individual has published the following fake news (Oxebridge Web site as of Feb. 13 2017, and the pages have been downloaded as evidence in case of deletion.). We have not included details simply because we won't identify the targets of this material even for the purpose of condemning his attacks on them. Joe McCarthy was reputed to smear his enemies by saying "I don't believe So-and-So is a Communist," thus raising the previously nonexistent question as to whether So-and-So is a Communist. We will similarly not post anything to the effect, "Chris Paris is lying about So-and-So doing such and such" because this statement, even for the purpose of condemnation, raises the previously nonexistent question as to whether So-and-So is doing such-and-such. Visitors to this individual's Web site may have seen the false and malicious accusations, but we will not repeat them here. People who have seen accusations on his site and then visit this one, however, will learn quickly how this individual has abused their trust. We will publish enough detail here so anybody who has seen those allegations from ihs site will recognize them, but not enough for anybody who has not seen  his allegations to recognize his victims.

Here is the kind of fake news you may have seen on the Web site in question:

1. Reckless accusations that other quality management professionals put false information on their resumes and use the ISO standards as a source of profit.
2. A reckless accusation that a major certification body's quality auditor demanded sex from a female quality manager in exchange for not writing nonconformances.
3. Reckless accusations and imputations of crimes, including statements that identifiable people might go to jail, statements that he has filed criminal complaints against organizations, and use of the word "felony" with regard to specific people and organizations.
4. Disparagement of his own clients' ISO 9001 and AS9100 certification bodies, including reckless allegations that may be libelous.
5. A false allegation that our Internal Revenue Service confirmed that it is investigating somebody or something. It is against the IRS's regulations to disclose this.

He has also circulated accusations of this nature on LinkedIn, Twitter, and Facebook. These malicious and reckless accusations have all been brought to the attention of the dozens of relevant interested parties for which contact information could be found to facilitate appropriate legal action against him and his company. Some of them have indicated that they have heard of him, and not in a good context.

We also recognize that "anonymous" does not mean "not accountable" on the Internet. If we had no concerns abour propagating this individual's defamation of the site owner, we would sign this without hesitation the way we have signed our real name to complaints to his employers and clients, and to those to whom he has circulated his material about us. We have not and will not say anything on this site that we cannot prove in court, and we have in fact downloaded and backed up every single one of his Web pages, along with screenshots of his social media postings, in case we or anybody else ever need them for that purpose.We discourage any of our readers from saying anything about this individual (or indeed anybody else) that they cannot prove with objective evidence--this is both wrong and self-destructive. This person did him own reputation enormous damage when he circulated material about us that his readers could easily verify was false and malicious, so don't be that guy. The anonymous contact information for this site does go to a real person.

oxebridge.biz-tech-0ywr "at" customers.whoisprivacycorp.com

Examples of commercial disparagement against his competitors and others



"Cadets violate the Honor Code by lying if they deliberately deceive another by stating an untruth or by any direct form of communication to include the telling of a partial truth and the vague or ambiguous use of information or language with the intent to deceive or mislead." Christopher Paris and OQR are MAJOR NONCONFORMANCES when audited against this leadership character standard.

U.S. Government photo, public domain

| Christopher Paris' Statement | The Truth |
|---|---|
| Accuses the author of a political opinion piece of advocating the "justifiable murder" of Black people for protesting, for the express purpose of portraying a professional conference as a host for racism. | The opinion piece said that Black people who act on incitement to violence (not protest) could create a lawful use of deadly force situation, and the same for white supremacists who put an armed Black person in reasonable fear for his or her life. |
| Says the Internal Revenue Service confirmed that it is investigating a person or organization. | Form 13909 response from IRS: "The disclosure of the status of an investigation is prohibited by section 6103(b)(2)(A) of the Internal Revenue Code." |
| Accuses the author of a political opinion piece of comparing Muslims to excrement, again for the openly stated purpose of damaging a professional conference the way he is alleged to have wrecked another conference per specific complaint lines 33 and following. | The author stands behind his/her depiction of the depraved ideology of Hamas, ISIS/Daesh, Al Qaida, Boko Haram, and the government of Iran as excrement. These entitites are as dangerous to Muslims as they are to Jews, Christians, women, and LGBT people.<br><br>• The Jordanian pilot who was burned alive by ISIS was a Muslim.<br>• Women who are stoned to death in Iran are Muslims.<br>• Gay people who are hanged in Iran or thrown from rooftops by ISIS are Muslims.<br><br>If this individual wants to call the perpetrators of these atrocities Muslims, perhaps he is the one who has problems with all of Islam. |
| Accuses a named person of misogyny for saying "bitching" is not sexist, and with the express purpose of damaging the reputation of a major professional organization and also an upcoming professional conference in March. | The verb "bitch" means to gripe or complain, and has no application to women. In addition, two of his own Web pages use the same verb in the same context (to gripe or complain). The following are direct quotes not from the individual whom he smears as sexist, but from himself:<br><br>• "...while simultaneously claiming their operations comply with the same international standards they bitch about." |

Course" on AS9100 Revision D are internationally recognized and, unlike this company, do not encourage their customers to take illegal tax deductions or engage in illegal file sharing. (These are not paid advertisements nor do these organizations endorse any of the content of this site.)

SAE International Implementing AS9100 Rev. D

Bureau Veritas AS9100:2016 (Rev. D) Transition. April 10-11 2017 Orlando Florida, not far from Cocoa Beach and Florida space centers. Also available elsewhere.

BSI AS9100 Rev. D Transition

SAI Global Preparing for the AS9100 Rev. D Transition April 13 and June 12 2017 (Orlando, not far from Cocoa Beach and Merritt Island), and also available elsewhere.

| | |
|---|---|
| | • "Make a phone call and try to resolve (or just bitch about) the complaint without any record."<br><br>which proves that his allegation against the person in question is knowingly and willfully malicious, and has no purpose other than to damage his/her reputation and that of two associated professional organizations. |
| Accuses the author of a political opinion piece of condemning a public figure for promoting date rape because "she likes rap music." | The opinion piece in question complains that the public figure promoted rap artists whose lyrics include misogynist and sexually degrading lyrics, including a song about putting Ecstasy (a well known date rape drug) into a woman's drink. This individual might just as well accuse an author of accusing a public figure of promoting racism because the public figure "likes heavy metal music" when the real issue is the public figure's promotion of a white power band. |
| "NASA blew up the Colombia shuttle while certified to AS9100, which included the ISO 9001 requirements for improvement. Their 'corrective action' was to launch the shuttle, have it roll over for a visual inspection of tiles at the ISS, presumably so if any tiles were found missing the astronauts had time to alert their wives that they would be burning to death upon re-entry." | http://www.dailymail.co.uk/sciencetech/article-1389407/Space-shuttle-undergoes-inflight-inspection-photos-reveal-damage-heat-shield-tiles.html  "NASA can repair damaged tiles using a souped-up version of a caulking gun during a spacewalk." |

Expert Witness Service
This individual's Web site offers expert testimony on ISO 9001 and AS9100. Regardless of a witness' technical qualifications, his character also is relevant to any court proceedings and a proven liar is not likely to be credible. We encourage anybody who is affected by him to go through his entire Web site for evidence of dishonesty and grossly unprofessional conduct. You won't have to look far.

Alternatives to Gourmetours Peru

This individual also runs a division of Oxebridge known as Gourmetours Peru. It offers, as the name implies, gourmet food tours of the Lima Peru area. We know nothing good or bad about the quality of the tours or the food. There is no reason to believe that he is not familiar with the area and is not qualified to deliver exactly the service he offers. There are, however, reputable and far less expensive alternatives with far longer track records, and are not operated by the moral equivalent of a terrorist who tries to wreck other people's careers and organizations for the sake of wrecking them. When we say "moral equivalent of a terrorist," remember that Imperial Japan had a rational (self-interest) motive for bombing Pearl Harbor; namely, control of the South Pacific and its resources. It didn't work out very well for the warlords, but the bottom line is that they at least had a rational reason for the act of destruction. Osama bin Laden and Al Qaida, on the other hand, perpetrated 9/11 for the sole purpose of murdering 3000 innocent people without the apparent prospect of gaining anything (other than devastating retaliation from the United States). This individual similarly defames and harasses other people and organizations for no identifiable purpose other than sheer malice.

The bottom line is, however, the quality you get for your money. Gourmetours' prices start at $5570 per individual, or $9950 per couple (does not include air fare) for a three day gourmet tour. Compare to these 4 to 5 (closer to 5) star rated tours from organizaitons with long track records and good ratings on Tripadvisor.com. The following are not paid ads nor do the advertised companies endorse the content of this Web site.

- Lima Gourmet Company, top rated (5 star) food tour for $265 a day (lunch and dinner) or $795 for three days
- Delectable Peru Gourmet Food Tours
- More top-rated Lima gourmet tours at Tripadvisor.com

Contact us here: oxebridge.biz-tech-0ywr "at" customers.whoisprivacycorp.com

# EXHIBIT 18

# How OQR Uses LinkedIn and Other Social Media

NOTICE: This Web site does NOT belong to Oxebridge Quality Resources International LLC, and it is NOT controlled by Christopher Paris.



**Home**

This Page:
**Beavis and Butthead** found a Computer

**Explicit threats** to others

Possible **forgeries** of other people's statements

**More**

**Site Mission**

**Reputable AS9100 training providers** that don't disrupt other people's conferences, promote illegal file sharing, or encourage illegal tax deductions

Other Pages

Promotion of **illegal file sharing and illegitimate tax deductions**. Don't be that guy!

**Disruption of professional conferences**

**How this person uses LinkedIn** and other social media platforms

Previous clients have apparently **disowned** him

Denounces as scams and schemes the **very standards** (ISO 9001 and

---

**Beavis and Butthead found a Computer: Huh huh huh huh huh**

This is how Christopher Paris uses the LinkedIn ISO 9001 professional networking group. LinkedIn told us, in response to abuse complaints, that this material is no longer on LinkedIn. We reported another abusive posting on March 11 2017 and it is quite likely that he will lose his account as a result.

Note, by the way, that the Jordanian pilot who was burned alive by ISIS, women who were stoned to death by Iranian religious courts, gays who were hanged by Iran or thrown off buildings by ISIS, were all Muslims and the same goes for Muslims whose mosques are blown up by terrorists who regard them as the wrong kinds of mosques. This individual's ethics would allow him to similarly accuse somebody who said something bad about the Westboro Baptist Church ("God hates everybody but the Phelps family"), and we have plenty bad to say about WBC, of attacking the Christian religion.

A threat made to another person on LinkedIn; this is how this individual uses a professional networking site.

**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC

Be very, very careful.

**Reply to Christopher**

AS9100) he helps companies implement

**Explicit threats to others on Facebook**

> **Oxbridge Quality Resources** ████████ I'm offended beyond words. My maternal grandparents were German Jews, and my grandmother had escaped a concentration camp. The rest of their family was wiped out utterly. To have ████ invoke Nazism in a cavalier "Godwins Law" manner is disgusting in the extreme, and deflates his entire history of defending Israel. He's a disgusting monster who deserves every bit of the reputational hell he's about to get.
> Like · Reply · 47 mins

**Screenshot taken January 23 2017 02:15**

The context of the "Nazi" remark was not, by the way, a Godwin's Law comparison of this individual to a Nazi, but rather recitation of Air Marshal Sir Arthur Harris' statement "The Nazis entered this war under the rather childish delusion that they were going to bomb everyone else, and nobody was going to bomb them. At Rotterdam, London, Warsaw and half a hundred other places, they put their rather naive theory into operation. They sowed the wind, and now they are going to reap the whirlwind," and that he was under the similar delusion that he was going to attack the reputations of dozens of other people and organizations and that nothing, such as legal action for defamation, would be done about it. The bottom line is, however, that he made an overt threat that is now on file as evidence of malice in any defamation lawsuit against him--noting his similar threats to others in the past.

**Possible Forgery of Other People's Statements**
This individual has been known to alter statements made by others to meet his own needs. We have deleted the name associated with this purported LinkedIn posting but note that the last sentence is totally out of context with the rest of the statement. This suggests that he wrote that last sentence himself.

> " Please note what the standard actually says: "The organization shall continually improve the suitability, adequacy and effectiveness of the quality management system." This requirement is not about general improvement, but relates to how the organization makes the QMS better. If there is no improvement, the QMS stagnates.
> BTW, 3rd party auditors are audited both by their CB and by the AB. Also, please don't go oxbridge, they declared bankruptcy. "

However, as long as this individual wants to bring up the financial situation of OQR (as of April 2016), the following is from a public document (by law) and not his "personal finances."

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them....................

Official Form 106A/B                    Schedule A/B: Property                    page 3
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

---

Case 8:16-bk-03463-KRM   Doc 1   Filed 04/24/16   Page 13 of 46          **Value of assets**

| Debtor 1 | Christopher Mark Paris | Case number (if known) | |
| | Name of entity | % of ownership: | |
| | Oxebridge Quality Resources International, LLC | 100% % | $0.00 |

The reason his company was an empty storefront (at least as of April 24 2016) doubtlessly has to do with his grossly dishonest, unethical, and unprofessional "business practices" as described on this site and as practiced not only against the owner of this site but against dozens of others as well.

**More Examples of This Person's Maturity**
This is good for somebody who calls other people Islamophobes.



And tweeting about his clients' confidential business:

## Site Mission

The key purpose of this site is to make this individual's statements about us or indeed anybody else not credible. This requires us to discredit this individual rather than re-post his accusations and then defend against them. We will not help propagate the damage this individual seeks to cause by repeating any of his accusations, even for the purpose of condemnation. We will instead, as shown on the home page, demonstrate that nothing this individual says about us or any of his other victims is worthy of notice.

> Joe McCarthy was reputed to smear his enemies by saying "I don't believe So-and-So is a Communist," thus raising the previously nonexistent question as to whether So-and-So is a Communist. We will similarly not post anything to the effect, "This individual is lying about So-and-So doing such and such" because this statement, even for the purpose of condemnation, raises the previously nonexistent question as to whether So-and-So is doing such-and-such. Visitors to this individual's Web site may have seen the false and malicious accusations, but we will not repeat them here. People who have seen accusations on his site and then visit this one, however, will learn quickly how he has abused their trust.

Reputable AS9100 Rev. D Training Providers

All these reputable alternatives to the "Braindump Course" on AS9100 Revision D are internationally recognized and do not encourage their customers to take illegal tax deductions. (These are not paid advertisements nor do these organizations endorse any of the content of this site.)

SAE International  Implementing AS9100 Rev. D

Bureau Veritas AS9100:2016 (Rev. D) Transition. April 10-11 2017 Orlando Florida, not far from Cocoa Beach and Florida space centers. Also available elsewhere.

BSI AS9100 Rev. D Transition

SAI Global  Preparing for the AS9100 Rev. D Transition April 13 and June 12 2017 (Orlando, not far from Cocoa Beach and Merritt Island), and also available elsewhere.

# EXHIBIT 19

# Past Clients Disown Chris Paris

NOTICE: This Web site does NOT belong to Oxebridge Quality Resources International LLC, and it is NOT controlled by Christopher Paris.

| | |
|---|---|
| Home<br><br>This Page:<br><br><br>Reputable AS9100 training providers that don't disrupt other people's conferences, promote illegal file sharing, or encourage illegal tax deductions<br><br><br>Other Pages<br><br>Promotion of illegal file sharing and illegitimate tax deductions. Don't be that guy!<br><br>disruption of professional conferences<br><br>How this person uses LinkedIn and other social media platforms<br><br>Previous clients have apparently disowned this individual<br><br>Denounces as scams and schemes the very standards (ISO 9001 and AS9100) he helps companies | It is our inference from recent events (such as the sudden removal of dozens of Web pages related to one very prominent ISO 9001 and AS9100 client) that some of this individual's former clients told him he was no longer welcome to use them as references. The causes in question could include:<br><br>• Vicious, unprovoked, and defamatory attacks on other quality management professionals and professional organizations<br>• False and almost certainly defamatory remarks about his own clients' ISO 9001 and/or AS9100 certification bodies on his company's Web site. (As with everything else on this site, we can prove this and we also turned all the information over to the certification bodies in question.)<br>• Promotion of intellectual property theft, specifically illegal file sharing. This refers to a meme on a Web page that suggests--and, if it's a joke, it's a bad one--that his visitors share single user licensed documents on a cloud server. ("Yay, cloud.") He also refers to the owner's digital property rights notice as "ridiculous." Anybody who acts on "Yay, cloud" could be fired, sued, and/or prosecuted. Don't be that guy!<br><br>Site Mission<br><br>The key purpose of this site is to make this individual's statements about us or indeed anybody else not credible. This requires us to discredit this individual rather than re-post his accusations and then defend against them. We will not help propagate the damage this individual seeks to cause by repeating any of his accusations, even for the purpose of condemnation. We will instead, as shown on the home page, demonstrate that nothing this individual says about us or any of his other victims is worthy of notice.<br><br>    Joe McCarthy was reputed to smear his enemies by saying "I don't believe So-and-So is a Communist," thus raising the previously nonexistent question as to whether So-and-So is a Communist. We will similarly not post anything to the effect, "This individal is lying about So-and-So doing such and such" because this statement, even for the purpose of condemnation, raises the previously nonexistent question as to whether So-and-So is doing such-and-such. Visitors to this individual's Web site may have seen the false and malicious accusations, but we will not repeat them here. People who have seen accusations on his site and then visit this one, however, will learn quickly how he has abused their trust.<br><br>Reputable AS9100 Rev. D Training Providers<br><br>All these reputable alternatives to this individual's "Braindump Course" on AS9100 Revision D are internationally recognized and, unlike this individual, do not encourage their customers to take illegal tax deductions. (These are not paid advertisements nor do these organizations endorse any of the content of this site.)<br><br>SAE International  Implementing AS9100 Rev. D |

3/14/2017 Oxebridge's Disown Chris Paris and Oxebridge Quality Resources International

| | |
|---|---|
| implement | Bureau Veritas AS9100:2016 (Rev. D) Transition. April 10-11 2017 Orlando Florida, not far from Cocoa Beach and Florida space centers. Also available elsewhere.<br><br>BSI AS9100 Rev. D Transition<br><br>SAI Global  Preparing for the AS9100 Rev. D Transition April 13 and June 12 2017 (Orlando, not far from Cocoa Beach and Merritt Island), and also available elsewhere. |

# EXHIBIT 20

**Oxebridge Quality Resources International, Inc. Liner X from Apologists for Palestinian Terrorism**

## OQR Insults Islam by calling terrorists & extremists "innocent Muslims"

Chris Paris recently accused someone he is fighting of advocating the "murder" of a teenage Palestinian girl when the girl (1) carried a backpack to an area where she did not belong, (2) disobeyed a police or military order to move, (3) yelled in Arabic what they did not understand, and (4) threw her backpack at the cops/soldiers. **Either Chris Paris has no clue about military security or he decides to ignore it to stain his enemies, using the same arguments as apologists for terrorist violence against Israelis.** (This is not accusation that he supports violence, but he does use some of the talking points like those who do.)

1. Israeli hero Mickey Marcus (portrayed by Kirk Douglas in Cast a Giant Shadow) was shot dead when he didn't understand a sentry's challenge.
   - "As an American Jew, Marcus knew very little Hebrew and failed to understand the Hebrew challenge, and Linski did not understand Marcus who responded in English."
2. Vietnam War: "Children were trained by the Communists to throw grenades, not only for the terror factor, but so the government or American soldiers would have to shoot them. Then the Americans feel very ashamed. And they blame themselves and call their soldiers "war criminals.""
3. What happens when the sentry doesn't shoot quickly enough (Beirut, 1983).

'At The Gate
by L. Neil Smith

There is an old Air Force fable my father liked to tell, possibly apocryphal, about a young Air Policeman, standing duty at the entrance to his Strategic Air Command base when a jeep came blasting through the gate. He hesitated only a moment, then fired a shot at the jeep from his 1911A1 or his M-1 Carbine. The jeep, 100 yards inside the base, slammed to a halt, then backed up to the gate. The sergeant was afraid he was in trouble for firing on the jeep. Out stepped General Curtis LeMay, later of Strategic Air Command, and ripped a stripe off of the Air Policeman's uniform. **"That's for missing!"** growled Gen. Lemay.

```
        U.S. Marine Corps interior guard manual ☐ United States.
        Marine Corps (1980)


A. GENERAL.

    Deadly force is defined as that force which a person uses with the purpose of causing or
which he knows or should reasonably know, would create substantial risk of causing death or
serious bodily harm. Deadly force is justified only under conditions of extreme necessity and
only as a last resort when all lesser means have failed or cannot reasonably be employed. The
firing of weapons at another person by a member of the guard is considered justified only under
one or more of the circumstances listed below.

B. APPLICATION.

    1. In self-defense. When deadly force reasonably appears to be necessary to protect
military law enforcement or security personnel who reasonably believe themselves to be in imminent
danger or death or serious bodily harm.

    2. In defense of property involving national security. When deadly force reasonably
appears necessary:

        a. To prevent the threatened theft of, damage to, or espionage aimed at property or
information specifically designated by the commanding officer or other competent authority as
vital to the national security.

        b. To prevent the actual theft of, damage to, or espionage aimed at property or infor-
mation which, though not vital to the national security, has been specifically designated by the
commanding officer or other competent authority to be of substantial importance to the national
security.

    3. In defense of property not involving national security but inherently dangerous to
others. When deadly force reasonably appears to be necessary to prevent the actual theft or
sabotage of property, such as operable weapons or ammunition, which is inherently dangerous to
others; i.e., presents a substantial potential danger of death or serious bodily harm to others.

    4. To prevent or interrupt serious offenses against persons. When deadly force reasonably
appears to be necessary to prevent or interrupt the commission of a serious offense observed by
the sentry which threatens death or serious bodily harm to other persons. Such offenses are,
but not limited to, murder, rape, or armed robbery.

...

C. ADDITIONAL INSTRUCTIONS INVOLVING FIREARMS.

    1. If in any of the circumstances set forth above, it becomes necessary to use a firearm,
the following precautions will be observed, provided it is possible to do so consistent with the
prevention of death or serious bodily harm:

        a. An order to halt shall be given in English and the native language of the country,
when applicable, and a shot will not be fired unless it is reasonably apparent that the order is
being disregarded. Warning shots will not be fired.

        b. Shots shall not be fired if they are likely to endanger the safety of innocent by-
standers except when attempts of penetration into Exclusion Areas containing nuclear weapons and
seizure of those weapons by militant, terrorists, or other criminal elements occurs. Under no
circumstances will an unauthorized penetrating force be permitted to remove any material from an
Exclusion Area containing nuclear weapons. Every means available shall be used to preclude such
an occurrence.

        c. Shots shall be aimed to disable. However, if circumstances render it difficult to
direct fire with sufficient precision to assure that the person will be disabled rather than
killed, such circumstances will not preclude the use of a firearm provided such use is otherwise
authorized by these instructions or by other competent authority.
```

**Why the Israelis Shoot:**

1. Palestinian 13-year-old girl with knife tries to stab guard in West Bank, is killed.
2. "She was then to dress as a pregnant Jewish woman and detonate an explosive belt in Tel Aviv, the Shin Bet said in a statement."
3. "But that wasn't all the young woman was armed with. She carried a 20-pound bomb inside her underwear. Her target was the outpatient clinic of Soroka hospital and, inevitably, the doctor who saved her life."

**But Chris Paris does not know, or more likely, he knows but he does not care, and so he puts his consulting practice on the same side as apologists for Palestinian terrorism.**

Chris Paris and Oxebridge are already known for **having defined terrorist organizations such as Hamas, Al Qaeda, and ISIS (Daesh), and the Iranian repressive government as "innocent Muslims"** in order to defame the victim X as an Islamophobe. From an OQR article in January 2017:

"I didn't post X's ...comparison of **innocent Muslims** with feces."

1930s version: "I didn't post X's ...comparison of **innocent Germans** with feces."

X compared the ideology of ISIS (Daesh), Hamas, Al Qaeda and Iran with excrement and made it clear that Muslims do not support this degenerate ideology and in fact are often their victims. The identity of the "innocent Germans" from the 1930s is obvious. Nazis were as dangerous for genuine innocent Germans as they were for Jews, Slavs, Gypsies and homosexual, just like militant Islamists are dangerous for innocent Muslims.

## Chris Paris' & Oxebridge insult Islam by calling these extremists "innocent Muslims."

- ISIS (Daesh) slaughters 305 genuine Muslims for being the wrong kinds of Muslims
- ISIS (Daesh) blows up a mosque for belonging to the wrong kinds of Muslims
- ISIS (Daesh) saws heads off Christians, burns Muslim pilot alive in cage, throws gay people off rooftops
- Al Qaida allies blow up another mosque
- Iran hangs Bahai'i women for being Bahai's
- Iran sentences (Muslim) woman to death by stoning
- Al Qaida Islamists murdered about four dozen Muslims (among the 3000 victims) on 11/09/11

## This is what "innocent Muslims" do.

- UK Muslims protest Islamist violence "Our faith is being abused, defiled, insulted and distorted into something unrecognisable by this. Let us put a powerful sign against violence and terror."
- "Barcelona attack: Thousands of Muslims march against terrorism"
- "Thousands of Muslims protest against Isis and terrorism in London"
- "Hasan Askeri - A Muslim saves a Jew" More about this here.
- Islamic Schindler: "Muslim boss hid Christian workers from ISIS-affiliated militants in Philippines" "Norodin Alonto Lucman says the militants would get to them 'over his dead body"
- "Muslim Teacher Sacrifices Life To Protect Christians During Attack"
- "UK Muslim leaders condemn 'cowardly' London attack"

What you want to get from this website is your own decision but that no one who makes outrageous allegations like those of Oxebridge deserves your faith. This serves to protect the dozens of people and organizations that Christopher Paris tries to hurt with his website and his social media. *Falsus in Uno, Falsus in Omnibus* means that **none of the bad things he says about other people and organizations deserve your trust.**

Home

# EXHIBIT 21

# Debunking Chris Paris & Oxebridge Quality Resources

Based on dwindling participation in O-Forum and Oxebridge's Twitter, we doubt that many people are interested in this website (or in Chris Paris's deranged ravings of "Katzenjammer Kids = KKK," "My house was vandaled but I never reported it to the polizei," "Anyone who buys electronic ISO standard violates the copyright," and "I'm the only non-Federal employee covered by DICWP"). At this point, we can say the site's mission, concluding that the bad things Oxebridge and Chris Paris publish about us and others deserve no belief (falsus in uno, falsus in omnibus), has been achieved--not because of this site which has gotten almost no visits except from us & Oxebridge but instead Oxebridge's self-contradictory and    incredible answers   to it, posted for all its website visitors to see.

Contact ulysses @ osteinfo.net

# EXHIBIT 22

G31000 vs Oxebridge

Public court records allege Chris Paris and Oxebridge harm other people and organizations without any reason.
Conclude from this evidence that Oxebridge has a long track record of harming others for no reason at all, and simply continues this behavior in 2018, so you should not believe in the bad things he says about others today.
Complaint  download here  Dismissal  for "lack of personal jurisdiction," not for "junk lawsuit" as Paris says.

### Paris states his intention of causing damage to Plaintiffs

31. Upon information and belief, on or about February 23, 2014 Paris' contributions to one of the LinkedIn groups was considered by Dali, the moderator, to spread false information on the history of the ISO 31000 standard. After receiving a warning. Paris continued to spread additional false information, creating a controversy about the ISO 31000 standard among members. He was then placed under moderation after not responding to a request for explanation and to move a comment to the appropriate topic.

32. In umbrage, Defendants embarked upon a malicious campaign of unlawfully defaming and spreading mistruths about Plaintiffs.

33. The attacks by Defendants are carried out with the stated cause of imposing financial and professional harm on Plaintiffs.

34. Paris made it clear to Dali that he was out to harm Plaintiffs in stating via email "Your comments to me were very expensive. You are just not bright enough to realize it".

<div align="center">7</div>

Case 1:14-cv-03885-VEC   Document 1   Filed 05/30/14   Page 8 of 30

35. Paris was bolder in another email by stating "I intend on making sure this costs you money."

36. Paris even gleefully followed with specifics such as "I have advised my aerospace client to seek Risk Management training from another provider. That just cost your, by my estimate, $67,500 in in-house training."

37. An acquaintance of Plaintiffs recently sent an email to Plaintiff making the unfortunate damage clear by "Hi Alex and Allen, I came across these blogs today from Christopher Paris. I wonder if there is any damage limitation possible? They come up on the first page of google search for G31000."

### The Libelous Attacks Have Damaged and Continue to Cause Damage to Plaintiffs

38. The attacks have already caused untold damage to Plaintiffs as Paris' attempts to harm are not limited to publishing libelous statements but he also threatens individuals and businesses around the Plaintiff with the aim of causing them to cut ties with the Plaintiffs.

#38; he also threatened a popular quality discussion forum's advertisers' reputations while falsely claiming that the forum attacked his website and helped murder police. Readers of his LinkedIn article (May) know what we mean.

Names concealed here but public record in lawsuit:

**Paris seeks to have ████ fired from his job**

**as a professor at ████████**

46. In another brazen and tortuous action, Paris sought out ████ his employer attempting to have ████ dismissed from his adjunct professor position at ████████, where ████ teaches risk management.

47. When ████ was not initially removed, Paris sought to expand his reach to publishing comments about ████'s employer.

**Paris' efforts to damage Plaintiffs by targeting**

**corporate sponsorships and conferences attendance**

52. As part of their campaign, Defendants have directly and indirectly contacted Plaintiffs' customers, sponsors, affiliates, employees, potential customers, potential sponsors, potential affiliates, and potential employees to spread false and defamatory information about Plaintiffs.

53. In fact, all the libel and inference has caused Plaintiffs' many program presenters to refuse to present in fear of harassment from Paris.

54. A further collateral result of Defendants' attacks have been the participants of Plaintiffs' conferences who are concerned with signing up for fear of being targeted personally. Many conference attendees are public and government officials that are justifiably cautious to the potential for reputational harm that can be caused by Defendants simply for attending a conference presented by G31000. Plaintiffs have thus lost hundreds of thousands of dollars from a drop in conference attendance and sponsorship.

55. Currently, Plaintiffs are concerned with publicizing the names of conference speakers and partners for a conference in New York in July 2014, in order to protect them from Paris' propensity for unwarranted *ad hominem* attacks. At least four of the July 2014 conference speakers have withdrawn or have failed to commit because of a fear of reprisal from Paris.

### G31000 conference in Paris

58. In March 2014, a speaker at the Paris 2012 Conference, told ▓▓▓ that he can no longer speak at the 2014 Conference because of the liability created by Christopher Paris' smear campaign. He elaborated that in his position he could lose his job overnight if he were similarly besmirched.

59. Another longtime G31000 sponsor similarly instructed after being made aware of the recent libelous statement by defendants, that "... my firm does not wish to continue as a partner ..."

60. Another corporate Director of G31000 North America, Inc. similarly reached out to Dali stating "Alex, I have to say that this has really worried me and I have had a few sleepless nights ... or I feel that I will have little choice but to resign as I'm not in a position where I can cope with a significant financial or reputational hit."

13

Case 1:14-cv-03885-VEC  Document 1  Filed 05/30/14  Page 20 of 30

81. In addition to the publishing on Defendants website, the vitriol has spread to other websites as well.

82. When Paris is informed that he has posted false information, he simply responds "Please be aware that we cannot know everything about everything before posting. So mistakes will slip through. You shouldn't attribute that to some nefarious scheme to 'sharing false information.' Consider it... a 'risk' of operating in a public forum. Risks are inevitable, after all ... or so I am told."

[Dismissal](#) download here



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

G31000 NORTH AMERICA, INC.,
ALLEN GLUCK,
ALEXIS DALI,

Plaintiffs,

-against-

CHRISTOPHER M. PARIS,
OXEBRIDGE QUALITY RESOURCES, INT'L, INC.,:

Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2014

14-CV-3885 (VEC)

OPINION & ORDER

VALERIE CAPRONI, United States District Judge:

Plaintiffs G31000 North America, Inc. ("G31000"),
("Plaintiffs") allege that Christopher Paris and Oxebridge Quality Resources International, LLC
("Oxebridge") (collectively "Defendants") have embarked on a smear campaign to harm the
individual plaintiffs and G31000's business.[1] Defendants move to dismiss the case for lack of
subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1), for lack of personal jurisdiction under
Fed. R. Civ. P. 12(b)(2), and for improper venue under Fed. R. Civ. P. 12(b)(3).[2] Defendants'
motion to dismiss the First Amended Complaint ("FAC") is GRANTED because the Court lacks
personal jurisdiction.[3]

Compare to Oxebridge claim:

## Quick hit: Court Throws Out Bogus G31000 Suit Against Oxebridge

by Christopher Paris | Nov 21, 2014 | News, Opinion |

goodnewsJust received word that the United States District Court in New York has thrown out the bogus lawsuit filed by                    of G31000 North Ame
by reporting on G31000 and

You'd have thought these risk management giants might have assessed the risk of filing a junk suit to begin with, but what do I know?

What you want to get from this website is your own decision that no one who makes outrageous allegations like those of Oxebridge deserves your faith. This serves to
protect the dozens of people and organizations that Christopher Paris tries to hurt with his website and his social media. Falsus in Uno, Falsus in Omnibus means that
none of the bad things he says about other people and organizations deserve your          trust .

Home

# EXHIBIT 23

## More questionable (at best) statements from Oxebridge

Remember that Chris Paris and Oxebridge have made terrible allegations against dozens of people and organizations by name. The credibility of what you see here should tell you something about the accuracy of these allegations . Although we can not prove that these are lies without a reasonable doubt, we have invited our readers to look at them and draw their own conclusions. Also Chris Paris as El Supr emo (The Almighty) and 50-something teenage cyberbully .

1. CP criticizes NASA and AS9100 for no reason, just to hear the sound of his voice and score points with his worshipers.
2. CP says auditor (visitor) harassed quality manager in her hotel.
3. "(The auditor) made sexist comments about women, but these were sly enough that no one seemed to notice."
4. CP channels Joe McCarthy
5. CP gets reports from (we think) imaginary friends
6. CP says U.S. Internal Revenue Service confirmed it is investigating X.



CP criticizes NASA and AS9100 for no reason, just to hear the sound of his voice and score points with his O-Fans.

### The Case Against "Improvement" in ISO 9001
by Christopher Paris | Oct 22, 2012 | Opinion |

NASA blew up the Colombia shuttle while certified to AS9100, which included the ISO 9001 requirements for improvement. Their "corrective action" was to launch the shuttle, have it roll over for a visual inspection of tiles at the ISS, presumably so if any tiles were found missing the astronauts had time to alert their wives that they would be burning to death upon re-entry. Is that "improvement?"

NASA: No Heat Shield Repair Required for Shuttle Endeavour says damaged tiles ar e repairable .
"Once there, they would swing behind Endeavour's underbelly, coat the dinged tiles with a heat-resistant paint and then fill the divot with a caulk-like ablative goo known as STA-54 while taking extreme care not to cause additional damage to the shuttle's heat shield. ...NASA developed the inspection boom and both repair techniques after its fatal 2003 Columbia catastrophe, but only the paint fix - known as an emmitance wash - has been tested in space."

CP says auditor (visitor) harassed quality manager in her hotel.

### Auditor Incompetence Plagues Industry, Industry Yawns
by Christopher Paris | Aug 18, 2011 | Opinion |

Or the ███ auditor who demanded to audit the female QA Manager at 1 AM in her hotel room, freaking her out to such a degree she had to book a hotel room under a different name?

Does not the auditor (visitor) usually stay in the hotel?

The auditor (visitor) usually stays in hotel, auditee employee stays at home!

"He made sexist comments about women, but these wer e sly enough that no one seemed to notice."

### Auditor Slept While CB Violated Accreditation Rules Eighteen Times
by Christopher Paris | Apr 23, 2016 | Opinion |

The audit was an unmitigated disaster. The auditor was an arrogant, bloviating racist, who made openly disparaging remarks against Muslims, which was all the more shocking since the CFO of the company — the guy who paid the registrar's bill — is Muslim. He made sexist comments about women, but these were sly enough that no one seemed to notice.

Chris is the only one who noticed!

CP is the only one who noticed! Remember he accuses people and orgs. of racism, sexism, hating Muslims .

CP channels Joe McCarthy

### Walking to Congress – The First Tentative Steps
by Christopher Paris | Apr 9, 2015 | Opinion |

Meaning that if found guilty of such a thing, ███ executives would literally go to jail.

Now, yes, it's a stretch. But it's also not impossible, and with every passing year becomes more possible. (To the extent that I have personally recommended to ██████████████ they consider early retirement before these questions start raining down on them.)

What's the evidence? Too much to publish here, for sure. But suffice it to say, a consistent

Joe McCarthy: "I have here in my hand a list of 205--a list of names that were made known to the Secretary of State as being members of the Communist Party and who nevertheless are still working and shaping policy in th State Department."

Joe McCarthy: "I have here in my hand a list of 205--a list of names that were m to the Secretary of State as being members of the Communist Party and who nev still working and shaping policy in the State Department."

CP gets r eports fr om (we think) imaginary friends

CP says U.S. Internal Revenue Service confirmed it is investigating X
This routine form letter, Chris???

## Sexism in the ISO 9001 Certification Scheme – Part 2

by Christopher Paris | Oct 25, 2015 | Opinion |

- - -

The second set of comments came from women who pointed out, to my surprise, that there's no known documented reporting of sexism in the ISO certification scheme *at all... ever... anywhere*. Go ahead and test it: Google "ISO 9001 sexism" and all you will see is stuff I wrote. Even I can't believe that I'm the first person to be publicly talking about this.

I'm shocked that this has been an issue for so long and yet has remained so neatly kept out of any public discussion. I'm also horrified by some of the stories coming in from women about their experiences, nearly all submitted to me anonymously, for fear of retribution.

*by imaginary friends, we think*

Funny but not funny--he accused people and orgs. of racism and sexism.

Dear Sir or Madam:

Thank you for the information you submitted regarding The Internal Revenue Service has an ongoing examination program to ensure that exempt organizations comply with the applicable provisions of the Internal Revenue Code. The information you submitted will be considered in this program.

Internal Revenue Code section 6103 protects the privacy of tax returns and tax return information of all taxpayers. Therefore, we cannot disclose the status of any investigation. If, at a later date, you have additional information that you believe is relevant to this matter, please attach a copy of this letter to the information and send it to the address shown above.

We appreciate your concern in bringing this matter to our attention. If you have additional questions, please call Customer Account Services at (877) 829-5500.

"Not to love Chris Paris is a gr   eat disgrace..."  CP as El Supremo (The Almighty)

## The Hilariously Over-the-Top Self Promotion of the ████████ Leadership

by Christopher Paris | Jan 15, 2017 | Humor |

- - -

So it's clear that the only way to compete with these self-declared geniuses, is to go one step further and adopt the same approach. Thus, effectively immediately, I have declared myself the *World's Only Living Quality Supergod*, and I have the graphic and hyperbolic bulleted list to prove it:



*Under his pen name Mark Spittle:*

Discussion:
Mark Spittle: They Shoot Mentally Ill Airline Passengers, Don't They?

M***@yahoo.com

Another blog entry from Afghanistan, reprinted here with permission from Spittle and Ink, the only secular political blog written by a living God.

Permalink (no photos in this one, though)
http://www.spittleandink.com/simpleblog/default.asp?view=plink&id=193

Oxebridge Related News
Discussions about Oxebridge, your loving Overseers

*O-Forum. "Oxebridge, your loving Overseers."*

Mark Spittle: They Shoot Mentally Ill Airline Passengers, Don't They? See also Mark Spittle's words on gays, autism.
El Supremo from Horatio Hornblower starring Gregory Peck.  "Don Julian announced to his followers that he was divine, and insisted on being called El Supremo."

The Great Quality Supergod's remaining worshipers... No "likes," total of 1 response



**Oxebridge Related News**
Discussions about Oxebridge, your loving Overseers
Forum RSS

| Topic | Posts / Views | First Post | Last Post |
|---|---|---|---|
| Oxebridge Securing Whistleblower Protections Under US Federal Law | Posts 1 Views 9 0 | First Post OQRI 2 days ago | Last Post OQRI 2 days ago |
| [redacted] Hosting Speech [redacted] | Posts 1 Views 11 0 | First Post Christopher Paris 3 days ago | Last Post Christopher Paris 3 days ago |
| [redacted] Made Video Explaining Standards, Using Vomiting Sockpuppets | Posts 2 Views 29 0 | First Post Christopher Paris 2 weeks ago | Last Post Darryly 4 days ago |
| No, Oxebridge Never Hacked Its Own Website | Posts 1 Views 12 0 | First Post Christopher Paris 6 days ago | Last Post Christopher Paris 6 days ago |
| [redacted] Launches Third Anti-Oxebridge Defamation Website | Posts 1 Views 12 0 | First Post Christopher Paris 7 days ago | Last Post Christopher Paris 7 days ago |
| [redacted] Descends to New Lows, Flirts With Anti-Semitic Revisionism | Posts 1 Views 23 0 | First Post Christopher Paris 1 week ago | Last Post Christopher Paris 1 week ago |
| Following Pressure From Oxebridge, [redacted] Updates Code of Ethics to Prohibit Discrimination | Posts 1 Views 24 0 | First Post Christopher Paris 3 weeks ago | Last Post Christopher Paris 3 weeks ago |

50-something teenage [cyberbully](#)

| | |
|---|---|
| From Oxebridge.com<br><br>Face removed for victim's privacy<br><br>Subtle, understated, and tasteful. These words aren't quite accurate to describe this quickie 'shop of [redacted]<br><br>Her reaction to CP's messages as posted by CP: "Please delete me fr om your email contacts. I do not wish to be contacted by you Mr . Paris. " And from another person, "Please r emove my name fr om your website " and yet another, " [X] also demanded I not write her back... " | Chris Paris in an online fight with a man, a fight that Paris apparently has started (to the best of our knowledge), and threatens his wife by naming her, publishing her photo on the same web page without her permission , and naming her employer- an obvious implicit threat of trying to get her sacked [as he did to others](#). We do not name the web page in this case to protect the woman's privacy.<br><br>"His wife [X] works for [Y]..."<br><br>Also attacks X "and his wife, Y" on another OQR page.<br><br>Chris Paris also mocks the weight problem of a woman. We do not post the screenshot, otherwise our readers may identify her, but diligent Oxebridge visitors know what we mean. Is not laughing at the appearance of people what little cyberbullies do ?. |

What you want to get from this website is your own decision that no one who makes outrageous allegations like those of Oxebridge deserves your faith. This serves to protect the dozens of people and organizations that Christopher Paris tries to hurt with his website and his social media. Falsus in Uno, Falsus in Omnibus means that none of the bad things he says about other people and organizations deserve your trust .

[Home](#)

# EXHIBIT 24

REGISTER (/GO/REGISTER)    LOGIN (/GO/LOGIN)    ☰

**Ripoff Report**
(/)

(/file-report)

Company Name or Report #

Review Latest Reports (/reports/latest-reports)    Advanced Search (/reports/advanced)    Browse Categories (/categories)

Latest Reports (/reports/latest-reports)    |    Advanced Search (/reports/advanced)

---

Report: #1062892

Complaint Review:   Oxebridge Quality Resources

---

Submitted:  Fri, June 28, 2013    Updated:  Fri, June 28, 2013    Reported By:  Brian McDougle — Miami Florida

---

Oxebridge Quality Resources
1503 South US Highway 301 Suite 36
Tampa, Florida
USA
Phone:
Web:  (http://)
Category:  Business Consulting (http://www.ripoffreport.com/reports/services/business-consulting)



(//www.google.com/maps/place/1503+South+US+Highway+301+Suite+36%2C+Tampa%2C+Florida%2C+33619%2C+USA)

### Oxebridge Quality Resources AKA Certificate Mill, Chris Paris, Christopher Paris, Oxebridge, Oxebridge Quality  , ISO ISO Fraud!! Chris Paris of Oxebridge T   ampa Florida

*General Comment: I don't agree with most of this review, but Oxebridge has real problems

👍 Like 0    G+    🐦 Tweet

---

REBUTTAL BOX™ | Respond to this Report!    (/file/comment/1062892)   |  Consumer Comment   (/file/comment/1062892)   ❓



(/corporate-advocacy-program/change-report-from-negative-to-positive)  ❓ (/corporate-advocacy-program/change-report-from-negative-to-positive)

Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (http://www.ripoffreport.com/file/comment/1062892)   ❓

File New Report (/file-report)   ❓

WARNING!! Chris Paris (Oxebridge Quality Resources) is operating a fraud quality management company backed by Mary Winch, an RABQSA Certified QMS Lead Auditor- ISO9001:2008, ISO 17025 Lab Quality Manager, TL9000 V4 at Motorola Enterprise Mobility. These two people (Chris Paris and Mary Winch) are both sociopaths. Just look at the attack articles on the Oxebridge website and the material Mary Winch published on Linkedin.

CHRIS PARIS / OXEBRIDGE (ISO Shyster of the Decade!!)

* Christopher Paris (owner of Oxebridge) claims to be a chemical process engineer on his website. To call oneself an engineer, one has to be academically qualified.

Paris is a NOT an engineer... he is a liar!! Don't get any ISO from this crook.

---

* Christopher Paris (owner of Oxebridge) has no experience in the aviation industry and yet is acting as consultant for aviation companies. [continued below]....

Report Attachments:



[(/1024x768/docs/r1062892-](/1024x768/docs/r1062892-)
2u266x-
gwcjyvnfsf.png)

..... THESE COMPANIES BEING CONSULTED BY CHRIS PARIS SHOULD BE FINED for not researching the qualifications of theis shyster Chris Paris! I'm looking now into all the companies Paris works for and will let them know he is a fraud!

* Christopher Paris (owner of Oxebridge) first degree is in English and Film from Long Island University C.W. Yet is states on his website, he worked for 3M & Pure Tech, as Chemical Process Engineer. Both 3M and Pure Tech should be sued for this!

* On the linkedin page of Christopher Paris (owner of Oxebridge) he claims to be working for `Pulse Medical' since 2004, whereas, Pulse Medical is one of his customers. This is a lie!

Christopher Paris (owner of Oxebridge) is mostly consulting for AS projects. What makes him competent, to consult them without even a single day of working experience in aviation industry? All this crook has is a degree in English/Film. I guess his acting skills are really good because he sure is fooling companies in the Aerospace Industry!! This is not only pathetic... it's utterly dangerous!

Christopher Paris (owner of Oxebridge) offers on his `Rapid ISO 9001 Implementation with a promise of implementation in 40 days and company ready for certification. In my over over 30 years of professional life, I came across many Consultants, Org.'s and CB's, but I am short of word to express my disgust, after reading the Rapid 40-Days Implementation. In detailed information the rapid implementation period of 40 days is linked with number of employees as per given table. It's not impossible for a management system development and implementation to be done in 40 days (400 hours as stated by Chris Paris). Further proof this guy is a crook!

## Is this Ripoff Report About you?

### Ripoff Report A business' first line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)

Does your business have a bad reputation? Fix it the right way. Corporate Advocacy Program™    (/corporate-advocacy-program/why-corporate-advocacy)

Set the record straight: Arbitration Program (/arbitration)

SEO Reputation Management at its best! (/reputation)

This report was posted on Ripoff Report (http://www.ripoffreport.com) on 06/28/2013 01:05 PM and is a permanent record located here: http://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 (/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www.edmagedson.com/did-you-know/)

Click Here to read other Ripoff Reports on Oxebridge Quality Resources (/reports/specific_search/Oxebridge+Quality+Resources)

---

Search for additional reports
If you would like to see more Rip-off Reports on this company/individual, search here:

| Oxebridge Quality Resources |
|---|

| Search |
|---|

---

## Report & Rebuttal

Respond to this report!                                                                          ⌃

| File a Rebuttal | ? |
|---|---|

**Also a victim?**

| File a Report | ? |
|---|---|

**Repair Your Reputation!**

| Get Started | ? |
|---|---|

**Updates & Rebuttals**

REBUTTALS & REPLIES:

| 0 | 1 | 0 |
|---|---|---|
| Author | Consumer | Employee/Owner |

#1 General Comment

# I don't agree with most of this review , but Oxebridge has real problems

AUTHOR: Oxebridge_T arget - (USA)

SUBMITTED: Tuesday, February 21, 2017

I have a lot of problems with Chris Paris and Oxebridge Quality Resources International LLC, but I would not have brought his associate or his clients into this. First, RABQSA does not hand out the Certified QMS Lead Auditor credential like a prize in a Cracker Jack box; it has to be earned. Second, Mr. Paris' clients are innocent neutral third parties that have earned ISO 9001 registration from impartial certification bodies. This may be because of Mr. Paris' work or in spite of it, but the bottom line is that they met the requirements. Third, I have seen no evidence that Christopher Paris himself lacks technical qualifications to implement ISO 9001, and he probably did a good job for both these clients. I was, on the contrary, favorably impressed by the technical material I saw on the Oxebridge site. I would normally be inclined to write Chris Paris a good recommendation based solely on what I have seen of his technical competence, but his ethics make that impossible.

(On a side note, the industrial exemption in many states allows an employer to call anybody an engineer so, as long as Mr. Paris was working as an employee, he is allowed to say that this was his job title. This assumes that the employer is a manufacturer and not an engineering consulting firm--in the latter case, "engineers" must be licensed professional engineers in most or all states. Does not constitute legal advice, I am not a lawyer.)

The issue therefore has nothing to do with Christopher Paris' competence and everything to do with his character. The Oxebridge site serves as a fake news platform from which he attacks the reputations of other people and other organizations. He has published false and reckless accusations of unprofessional conduct and even crimes against literally dozens of people and organizations. He has published numerous willful falsehoods about me and about many people I know. He has even disparaged his own clients' ISO 9001 and AS9100 certification bodies along with the very standards he helps his clients implement.

Nor has Christopher Paris limited this conduct to his Oxebridge site. He has published similar fake news on LinkedIn, Facebook, and Twitter with reckless indifference as to what might happen to the careers of others who believe and act on his fake news. As an example, somebody could get into very serious trouble with his or her employer for propagating Chris Paris' falsehoods with the employer's name on it, but Mr. Paris nonetheless circulated this misinformation to LinkedIn's very large ISO 9001 group (of which he is the moderator, which means there is nobody to whom to complain).

https://www.plainsite.org/dockets/download.html?id=167580833&z=9ca38f27 (https://www.plainsite.org/dockets/download.html?id=167580833&z=9ca38f27) lines 34 and following are a complaint in a lawsuit that accuse him of threatening an organization and then damaging a professional conference. This complaint is consistent with what I have seen of his conduct toward me and toward others. The suit was dismissed not for lack of merit but for lack of jurisdiction as shown here. https://www.plainsite.org/dockets/2an9k2v36/new-york-southern-district-court/g31000-north-america-inc-et-al-v-paris-et-al/ (https://www.plainsite.org/dockets/2an9k2v36/new-york-southern-district-court/g31000-north-america-inc-et-al-v-paris-et-al/)

 I also caught him badmouthing me to two other people whom he was badmouthing behind their backs on his Web site. This stopped as soon as I told them what he was saying about them. The bottom line is that somebody, regardless of his technical qualifications, is ethically capable of lying about me or somebody else to you as Christopher Paris has done, is ethically capable of lying to and/or about you.

Report Attachments:



(/1024x768/docs/r1062892-ojkv5q-q2qilrsgdb.png)

---

Respond to this report!

| File a Rebuttal | ? |
|---|---|

---

Featured Ripoff Reports (/reports/featured-reports)



downloadinstant.com MinuteDownload.com Microsoft Office rip off Washington District of Columbia (//reports/downloadinstantcom/washington-district-of-columbia-20008/downloadinstantcom-minutedownloadcom-microsoft-office-rip-off-washington-district-of-col-1415096)

Online Payment to New York and Wisconsin Thieves WILO RENE AND MARK JOHNSON MARK JOHNSON WILO RENE AND Fake Drugs Manufacturers and Suppliers in New... (/reports/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson/appleton-wisconsin-54915/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson-mark-johnson-1415089)

# EXHIBIT 25

## Oxebridge Quality Resources International LLC: Quality's Late-Night Talk Radio





★☆☆☆☆  1.0  Details                                                                    0 comments

I / We could be any of the dozens of people and organizations that Christopher Mark Paris of Oxebridge Quality Resources International LLC has accused publicly of being part of an "accreditation scheme", "unaccredited certificate mills," racists, sexists, computer hackers, vandals, criminals, fraudsters, telephone harassers, and so on.If you receive the Oxebridge Report, read Paris's LinkedIn articles or visit the Oxebridge site, you have seen all this material and you do not need to take our word for it.

We would usually prefer to ignore Chris Paris, but as he continues trying to hurt us and dozens of others and even brags about his capacity to cause further injuries to innocent people & orgs. False Accusations of Crimes Let's first look at the Oxebridge ISO Standards Users Legal Defense Fund. It said as at 16/02/18, "Several sites have opened up to accuse Oxebridge and supporters of its broad reform efforts. They blame innocent people for crimes ..." A Google search on the site:oxebridge.com and keywords such as "jail", "crime", "criminal," "fraud," and "felony" show that Oxebridge itself creates wild accusations of this kind.

Oxebridge has also accused people of involvement in vandalism, computer hacking and filing of fake reports with federal law enforcement agencies, all of which are crimes. Unauthorized Use of Other People's Photographs Oxebridge visitors also can see Oxebridge's unauthorized use of other people's pictures. Copyright belongs to the photographer who took the picture. We seriously doubt that Chris Paris has permission to use the dozens of photos of other people he uses on his site.

He accuses others of copyright infringement and plagiarism so he needs to clean-up his own website first. Among these photos, which Chris Paris is not authorized to use, is an indecent photo manipulation of a woman (middle finger gesture), the kind of photo manipulation that a teenage cyberbully living in his mother's cellar might publish. Yet another adds a 4-letter word for excrement to the logo of a reputable ISO 9001 certification body. This is on Chris Paris's corporate website at Oxebridge.

Chris Paris and Oxebridge were Sued for Attacking a Professional Conference See https://www.plainsite.org/dockets/download.html?id=167580833&z=9ca38f27 (starting at #31 for details). As for #53, "All the libel and inference has caused Plaintiff's many program presenters to refuse to present in fear of harassment from Paris," Paris bragged openly about getting one speaker to drop out: "Obama Risk Advisor Dropped from G31000 Speaker Lineup by Christopher Paris | Jul 2, 2014 | News | " This litigation was dismissed not as Paris claims because it was a junk litigation but because it was filed in the wrong jurisdiction. https://www.plainsite.org/dockets/download.html?id=2363008528z=4a4c9900 for court decision He also went to one of the conference organizer's employers to try to get him fired - a pattern of behavior he has often repeated. He published (without permission) the photograph of a man's wife with the name of her employer, as he has had a long-term conflict with her husband he (Paris) seems to have started, and made it clear that he would try to get her fired.

We do not want to give the Oxebridge link because the site names the woman and her employer. If you are a regular visitor to Oxebridge ("O-Fan"), you have already seen it though. Malicious Statements about ISO and AS Certification Bodies A recent Oxebridge article alleges an ISO 9001 Certification Body issued an ISO 9001 certification for a drug smuggling ring. (Oxebridge readers have seen this.) What actually happened was that the employees in the company were accused of using it as the front for drug smuggling by hiding drugs in furniture parts.

Does Chris Paris really believe that the CB had any way to know what the smugglers did? Do drug smugglers usually tell everyone around them that they smuggle with drugs? Another Oxebridge web site accuses his own client's or employer's ISO 9001 CB's auditor of demanding sex from a female quality manager to keep the auditor from issuing nonconformances. Yet another Oxebridge website blamed the AS 9100 certification body of another of Oxebridge's clients or employers for a major loss in the same AS 9100 system that Chris Paris said he implemented and then monitored.

Based on what we have read, the problem was due to a defective supplier part and no fault in the AS 9100 system itself. This is how Chris Paris talks about his own clients' or employers' CBs on his company's website. Was Chris Paris' House Vandalized? Oxebridge Report #40 asked for donations to the Oxebridge ISO Standards Users Legal Defense Fund while claiming, "It's gotten so bad, my house has been vandalized and I'm receiving threatening phone calls..." and implying that four of his self-made enemies were somehow involved in this.

"[Name hidden to protect victim] *** of Oxebridge Isn't Their First Run-In with the Law" published on 31/05/17 at Oxebridge said, "My house was vandalized four times, and my children harassed online." Mr. Paris, however, reported no vandalism or phone threats at his home address (or cyberbulling of family members) to his local police as of 31/05/17. Oxebridge Advocated Registration to Obsolete Standards Oxebridge Report # 38 recommended companies to sign up for outdated quality standards if their customers agreed. "The only reason most companies update is because of the arbitrary 3-year deadline."

In reality, a better solution would be for registrars to continue to offer certification to older editions, and let the supply chains decide on which one to certify to. If Boeing says "ISO 9001:2000" is fine, their suppliers can opt for that, or any later edition." From what we have seen of Oxebridge's technical content - and we have nothing bad to say about it - we seriously doubt that Chris Paris actually believes we should have a "Tower of Babel" where organizations register to ISO 9001:1987, ISO 9001:1994, ISO 9001:2000, ISO 9001:2008 or ISO 9001:2015, and where certification bodies should know how to audit all of these.

Conclusion Oxebridge's free downloadable ISO 9001 template packages provide value.Oxebridge's controversial material is otherwise best suited to very late night-time talk radio shows, and should be taken as seriously as ghost sightings, paranormal observations, and 9/11 conspiracy theories.

Reason of review: Online abusive conduct by company.

Preferred solution: Stop abusive conduct.

I didn't like: Abuse of people and orgs.

Review #1191606 is a subjective opinion of Anonymous_OQR_Victim

Private message    f    🐦              Helpful?  Yes 0   No 0   ⚐ Report

★★★★★   Write a review

# EXHIBIT 26

**Ripoff Report**
(/)

(/file-report)

Company Name or Report #

Review Latest Reports (/reports/latest-reports)    Advanced Search (/reports/advanced)    Browse Categories (/categories)

Latest Reports (/reports/latest-reports)    Advanced Search (/reports/advanced)

Report: #1041805

## Complaint Review:    Chris Paris "Quality" Resources

Submitted: Mon, April 08, 2013    Updated: Mon, April 29, 2013    Reported By: Richard Kennedy — Atlanta Georgia

Chris Paris "Quality" Resources
1503 South US Highway 301 Suite 36
Tampa, Florida
United States of America
Phone: (863) 651-3750
Web: (http:// )
Category: Business Consulting (http://www.ripoffreport.com/reports/services/business-consulting)

### Chris Paris "Quality" Resources Christopher Paris, Chris Paris Florida, Quality Resources International WARNING! Don't Get ISO From Chris Paris Oxebridge (Tampa, FL) Tampa, Florida

*General Comment: Christopher Paris and Oxebridge were sued for defamation

*General Comment: The issue with Oxebridge is not competence but character.

*General Comment: Oxebridge's unprofessional Web site

*REBUTTAL Individual responds: 40-Day ISO 9001 is Proven; Critics, Not So Much

*Author of original report: More on Christopher Paris, Owner of Oxebridge Quality Resources, Tampa, FL

Like 0    G+    Tweet

REBUTTAL BOX™ | Respond to this Report!    (/file/comment/1041805) | Consumer Comment    (/file/comment/1041805)   ?

Repair your reputation the right way **Corporate Advocacy Program** (/corporate-advocacy-program/change-report-from-negative-to-positive)  ? (/corporate-advocacy-program/change-report-from-negative-to-positive)

Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (http://www.ripoffreport.com/file/comment/1041805)    ?

File New Report (/file-report)    ?

Oxebridge Quality Resources, International in Tampa, FL is a SCAM! Their so-called Rapid ISO 9001 and AS9100 Implementation    is a joke and RIPOFF!!. I thought these clowns went away 9 years ago but apparently they are back once again pushing their useless service to businesses. This company was exposed back in 2004 by the Web's leading quality systems management forum at http://elsmar.com/Forums/showthread.php?t=8692 (http://elsmar.com/Forums/showthread.php?t=8692) Unfortunately, it looks like Oxebridge is at it again trying to scam companies to pay for its bogus ISO service.  Click the previous link to see the complaints about Oxebridge Quality Resources   . Better yet, here is a example of the complaints against Christopher Paris, owner of Oxebridge published in the above forum, among other sites all over the Web...

"My first reaction is "Oh God, what an idiot". Obviously he (Chris Paris / Oxebridge) doesn't have enough to do, and is bored and trying to stir up something from nothing. He wins first prize for DA of the month"

"Wow! Just imagine if you had urinated on Chris's shoe! I think he'd probably want you up for capital punishment. I'm surprised old legal eagle Chris hasn't quite figured out the difference between slander and libel. "Religious slurs"? I do note you have been particularly bigoted toward us Huguenots. (Nothing new - we  survived St Bartholomew's Day Massacre; we can take anything.)"

"I was briefly lost for words there... when I saw Christopher Paris Registered 4 Days Ago. I found this yesterday, and wondered why on earth he registered. Obviously

not to take part in the contest. I didn't think he wanted to have anything to do with us? Now I realize what he was up to.... I have little knowledge of U.S. law, but I know one thing: I know a personal vendetta when I see one. Tragic....

"I am at a complete loss. Does he (Chris Paris of Oxebridge Quality) think we are some covert terrorism sponsor??? Does he think that people from other countries ...Maybe he just doesn't think he could write a good enough article. The next thing you know he will say that people are soliciting when they tell us about their fund raising for cancer or other causes. Surely the power that be in Ohio have far better things to occupy their time. Does Mr Paris live in Ohio?? I hope he puts the same efforts into trying to close down the Pornography and Spams sites around America."

"Chris Paris, in his complaint, states "...many individuals..." are banned. Mr. Paris himself registered in the forums recently and Mr. Paris - Oxebridge - knows no one is banned from the site. Mr. Paris is
aware that Jim Wade can register again and participate if he apologises and explains why he did what he did. Mr. Paris is outright lying and knowingly gave false testimony to the Ohio Attorney General's office in his complaint."

"I do believe that the issue of the 40 day wonder is moot, and Chrissy has done himself more damage than we could ever do (as if we ever wanted to). Would you let this guy into YOUR plant, to talk to YOUR employees and set up YOUR system? I think not. He ought to provide some mustard
along with this baloney."

"...I was wrong.... Christopher Paris Street Address and telephone number is public information in the complaint. I have removed them from this post. Winter Haven, FL 33881 (Same address as Oxebridge Quality)

"Given he used an Oxebridge email address, his employer is implicated. Is this guy a senior exec at Oxebridge? Can a phone call to the Pres. there resolve the matter, possibly have the individual terminated for this obnoxious behavior?" (Unfortunately these little weasel Chris Paris is the owner of Oxebridge)

"Good point, but I'll leave it to Chris Paris to deal with his employer - if he has one. As far as I know Chris Paris is Oxbridge. I haven't investigated what his position is there. Personally I consider his
complaint silly. I think Chris 'shot himself in the foot' by filing the complaint. I don't particularly want Chris 'terminated' but I do want to ensure the public knows of the complaint and its content. Once I hear back from the Ohio Attorney General's office I will post my reply to them here and in the quality NG."

"This guy Paris is, in my personal opinion, a whiny, cowardly, nut who apparently cannot stand criticism, so he shamelessly wastes vauluable government resources to pursue a baseless and trivial personal vendetta. I'm sure you're reading this, Paris, so let me say this to you directly: Grow up. Grow a spine while you are at it. Complain to Mommy if you want about how unfair you think life is, but stop wasting the taxpayer's money on frivolous things like this. There are people out there with legitimate and serious claims who are waiting longer to get justice because of idiots like you."

"The "blah"s Chris Paris entered stood out and I looked and lo and behold it was Chris Paris. I went to his user record in the control panel and replaced the "blah"s with what I felt more appropriate. His company is Oxebridge (or Oxbridge?), for example. I put "rival" in that slot because - well, I thought it fit. So I take the blame for changing the entry from "blah" to "rival" - which I did because he thinks he is."

"Why does this guy go out of his way to try to attack anyone whom he considers superior to himself? (One possibility after looking at his photo is he is a little man with small man complex?). You'd think any potential customer/employer who did a Google search and came up with this kinda stuff would put lots of distance between themselves and Chris. And I hope that is exactly what happens."

"Chris Paris [the real and only brain and voice behind Oxebridge] is quite an enigma... On the other hand, he is a Don Quixote personality, picking "fights" with ISO, accrediting bodies, registrars, etc. Somehow, he imagines himself the "defender" of all quality folk everywhere, seeing conspiracies against us quality professionals everywhere. Along the way, he has managed to convince enough companies to pay him money to keep the game going." (READ THAT AGAIN!!!)

"... So if you do business with Oxebridge and Chris Paris, you are a fool."

THERE ARE HUNDREDS OF OTHER COMMENTS ABOUT THE SCAMMER CHRIS PARIS (AKA Chrissy the Sissy) and his bogus company Oxebridge "No-Quality." Google it. Everything posted here has been found on other websites from many different people complaining about      Chrissy the Sissy Paris   .

## Is this Ripoff Report About you?

## Ripoff Report A business' first line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)

Does your business have a bad reputation? Fix it the right way. Corporate Advocacy Program™ (/corporate-advocacy-program/why-corporate-advocacy)

Set the record straight: Arbitration Program (/arbitration)

SEO Reputation Management at its best! (/reputation)

This report was posted on Ripoff Report (http://www.ripoffreport.com) on 04/08/2013 11:02 PM and is a permanent record located here: http://www.ripoffreport.com/reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805 (/reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www.edmagedson.com/did-you-know/)

Click Here to read other Ripoff Reports on Chris Paris "Quality" Resources (/reports/specific_search/Chris+Paris+"%22Quality%22+Resources)

---

### Search for additional reports

If you would like to see more Rip-off Reports on this company/individual, search here:

| Chris Paris |
|---|

| Search |
|---|

---

### Report & Rebuttal

**Respond to this report!**

| File a Rebuttal |   ❓ |
|---|---|

**Also a victim?**

| File a Report |   ❓ |
|---|---|

**Repair Your Reputation!**

| Get Started |   ❓ |
|---|---|

---

### Updates & Rebuttals

REBUTTALS & REPLIES:

| 1 | 3 | 1 |
|---|---|---|
| Author | Consumer | Employee/Owner |

---

#1 General Comment

## Christopher Paris and Oxebridge were sued for defamation

AUTHOR: Oxebridge_T arget - (USA)

SUBMITTED: Wednesday, February 22, 2017

I am emphatically not supporting the content of the original report, because I have zero evidence that Oxebridge Quality Resources International LLC and Christopher Mark Paris provide anything but competent ISO 9001 implementation services. From what I have seen of the Oxebridge Web site, the quality of the company's services cannot be honestly challenged.

This does not change the fact that Oxebridge and Chris Paris conduct themselves in a grossly unethical and unprofessional manner by posting fake news about individual quality management practitioners, certification bodies (including those of Oxebridge's own clients) and professional societies. This fake news extends to reckless and false accusations of crimes. The bottom line is that somebody who is ethically capable of lying to Web site visitors and to peers on social media is ethically capable of lying to a client or a customer, regardless of his technical qualifications.

plainsite.org/dockets/download.html?id=167580833&z=9ca38f2 (https://www.plainsite.org/dockets/download.html?id=167580833&z=9ca38f27) lines 34 and following are a complaint in a lawsuit that accuse Oxebridge of threatening an organization and then damaging a professional conference. This complaint is consistent with what I have seen of his conduct toward me and toward others. The suit was dismissed not for lack of merit but for lack of jurisdiction as shown here.
plainsite.org/dockets/2an9k2v36/new-york-southern-district-court/g31000-north-america-inc-et-al-v-paris-et-al/

The only reason I don't sign my real name to this is, by the way, that it would give "legs" to the material Mr. Paris is circulating about me and about others. That is, I am not going to give his garbage any more visibility, in contrast to his idiotic practice of re-posting others' accusations about him on his own company Web site. (Constable Dogberry from Much Ado About Nothing comes to mind here.) I have signed my real name in complaints about this person and added that those to whom I was complaining were free to show him what I said. If I won't say it to his face, I shouldn't say it behind his back (in contrast to him badmouthing me to two people whom he was badmouthing behind their backs on the Oxebridge Web site). In this case, the public document linked above speaks for itself.

Report Attachments:

(/1024x768/docs/r1041805-
hi3tjz-
g5qpdgttqo.png)

---

**Respond to this report!** | File a Rebuttal |   ❓

#2 General Comment

## The issue with Oxebridge is not competence but character     .

AUTHOR: Oxebridge_T arget - (USA)

SUBMITTED: Thursday, February 16, 2017

A company might be able to implement ISO 9001 from scratch in 40 days with competent guidance and enough time and effort by the necessary people. A small shop might be able to implement a system in even less time. From what I can see from the technical material on the Oxebridge web site, it is impossible to honestly challenge Mr. Paris' claim that he can do what he says--implement a functioning ISO 9001 quality system in 40 days.

Oxebridge Quality Resources International LLC also offers under a Creative Commons license an ISO template kit that might make a from-scratch implementation easier. I have looked at only a few of the forms and records but I don't see anything wrong with them. I might even be able to learn some new ideas from Mr. Paris' material myself (and I downloaded it for this express purpose), so it saddens me that he has chosen to make it impossible for his peers to trust him in any kind of professional or collegial relationship. Had he chosen differently, I would have probably enjoyed exchanging ideas with him.

Chris Paris' corporate Web site at Oxebridge Quality Resources International LLC serves as a platform for fake news similar to the kind (yellow journalism) that started the Spanish-American War, and similar to the  Protocols of the Elders of Zion that led to the publication of The International Jew. Recent examples of fake news involve allegations that the Twin Towers were destroyed by the United States, Barack Obama was born in Kenya, and that the United States created the AIDS virus. Christopher Mark Paris' fake news includes reckless accusations of professional misconduct and incompetence, and even implications of crimes, directed at quality management professionals, certification bodies, and major professional organizations.

I am not going to quote the specifics here, not because I haven't downloaded and backed up every single Web page in question in case they are ever needed as evidence, but rather because I don't want to repeat Mr. Paris' irresponsible allegations even for the purpose of condemnation. Anybody who is familiar with his Web site can see plenty of objective evidence.

Oxebridge is even on record as badmouthing the certification bodies of its own clients. Christopher Paris' "journalism" includes the distortion of other people's statements, or even out of context reporting of those statements, to make them look bad. He has also used LinkedIn, Twitter, and Facebook to propagate his fake news to peers in the quality management profession with total disregard for the possible professional consequences to them for acting on it. Many employers have strict policies about the use of social media when the employer's name is attached to what the employee publishes.

I personally caught Christopher Paris badmouthing me to two other people on Twitter and LinkedIn. I let those people know what Mr. Paris was meanwhile saying about them behind their backs on his Oxebridge Web site. Somebody who is capable of lying about somebody else to your face is ethically capable of lying about you behind your back, which Mr. Paris has been proven to have done.

For all I know, Christopher Paris and Oxebridge may do adequate work, good work, or even outstanding work. The U.S. Military Academy will however expel the cadet at the top of his or her class for lying just as quickly as it will expel the cadet at the bottom of the class for lying. I find it very sad that somebody with Mr. Paris' apparent technical competence found it necessary to disqualify himself from any position of trust or responsibility with this kind of dishonest and dishonorable conduct.

---

Respond to this report!    File a Rebuttal   

#3 General Comment

## Oxebridge's unprofessional W    eb site

AUTHOR: Oxebridge_T arget - (USA)

SUBMITTED: Thursday, January 26, 2017

I know nothing, whether good or bad, about the quality of Christopher Mark Paris' consulting services. All I know is that he operates a grossly unprofessional Web site that includes:

(1) Unauthorized display of other business' trademarks and logos, including derisive and scatalogical photomanipulations of same, along with screenshots of brochures that do not belong to him.

(2) Disparaging and almost certainly defamatory statements about individual quality professionals, businesses, and organizations.

(3) Unauthorized use of photographs of other people (not public figures), generally lifted from other Web sites that are authorized to use them.

I have NEVER seen a Web site this juvenile, immature, and defamatory for any other quality-related consulting firm, business, or organization, or indeed any business at all. Mr. Paris has also indulged this behavior on Twitter and LinkedIn, which doubtlessly alienates countless potential customers and clients on first sight.

---

Respond to this report!    File a Rebuttal   

#4 REBUTTAL Individual responds

## 40-Day ISO 9001 is Proven; Critics, Not So Much

AUTHOR: Christopher Paris -  ()

SUBMITTED: Monday, April 29, 2013

The reports herein come on the heels of reporting by Oxebridge on the unaccredited ISO 9001 registrars, or "certificate mills." Oxebridge is a running a series of articles on these organizations, which print fake ISO 9001 certificates in contradiction to international accreditation rules. Client companies using such fake certificates are later shocked to discover that their customers, such as those in automotive or aerospace, do not recognize the certificate, and they are then forced to obtain a new certificate with an accredited registrar.

The reporting can be found here (http://www.oxebridge.com/emma/?tag=indefensibles).

Oxebridge has offered Rapid 40-Day ISO 9001 Implementation for over a decade, and does so by adopting a compressing traditional consulting techniques into a shorter time period, and utilizing new approaches to offload typical client work back to the Implementation Specialist. Traditional consultants instead rely on long-term contracts, with many month-long pauses built into the contract, often in order to extend the contract length, and thus the fee. Oxebridge eliminates these pauses and reduces the

overall contract length.

For example, Oxebridge also does not waste time on training clients how to write documents, but instead writes custom procedures and manuals based on in depth interviews. No "boilerplate" documents are used. Even graphics and illustrations are custom-made. Traditional consultants train clients on how to write, and then come back over and over, over a period of months, to advise the client on how to edit the document. We view this as wasteful.

Next, we "live" at the company for the 40-day period, often working 10 - 12 hour days.

There are 400 hours available in a 40-day (2 month) period of time. One must ask why a consulting firm cannot implement ISO 9001 with 400 man-hours available to them.

The program has been confirmed over and over by actual clients. For example, Tech Source achieved ISO 9001 (http://www.oxebridge.com/emma/?p=943) in the 40-day period. As did OakTree Solutions (http://www.oxebridge.com/emma/?p=887). Another firm, SaiTech (http://www.oxebridge.com/emma/?p=276), underwent a dramatic 30-day program, requiring Oxebridge to stress its implementation methods even further.

All cases may be confirmed directly with the client organizations themselves.

In all cases, the clients were registered by accredited ISO 9001 certification bodies who, themselves, are accredited by an IAF signatory, according to official ISO standards and rules. Oxebridge does not partner with any certification body, and makes no recommendations to clients as to which registrar to use. It does, however, refuse to work with any client that uses an unaccredited "certificate mill" printing service.

40-Day implementation requires, however, 40-day payment of fees. And so often clients will elect, at their own discretion, to expand the

Controversy over Oxebridge is nothing new. Since the 1990's a handful of traditional consultants have complained against the company, and the quotes given are mostly from such companies. There are no complaints issued by actual clients of Oxebridge, and none of the quotes are from any present or former client. Simply clicking on the links of the complaints will show that they are, instead, from a handful of individuals who see themselves as competitors.

The reporting done by Oxebridge on its website seeks to improve ISO 9001 by exposing certificate mills, improper behavior of certification body auditors, problems within ISO itself, and other issues which aim to hurt the value and validity of accredited certifications. As a result, Oxebridge is the frequent target of threats, complaints, nuisance calls, and other forms of intimidation by all sorts of stakeholders within the ISO community, including registrars, auditors, accrediting body representatives, etc. However, there is one group that has never filed a single complaint against Oxebridge in its entire history: the clients of Rapid ISO 9001 Implementation.

Readers are asked to verify Oxebridge's abilities and services with its clients, directly, and to judge the merits of any "complaints" such as this by asking where they come from (whether by anonymous parties, discredited certificate mills, or competitors) to make an informed decision on their own.

For a list of clients with which to verify Oxebridge's marketing, contact OQR@oxebridge.com (mailto:OQR@oxebridge.com) or call 863-651-3750.
▶ (/consumers-say-thank-you/ripoff-report-in-the-media)   f (https://www.facebook.com/RORSocialMedia/)   🐦 (https://twitter.com/ripoffreport)

For more about Rapid ISO 9001, including a table that shows the typical implementation times by employee count, click here (http://www.oxebridge.com/emma/?page_id=3).

---

Respond to this report!    [ File a Rebuttal ]   ❓

#5 Author of original report

# More on Christopher Paris, Owner of Oxebridge Quality Resources, T      ampa, FL

AUTHOR: Richard Kennedy -   ()

SUBMITTED: Monday, April 15, 2013

Here is some more information on Christopher Paris (Chris Paris) owner of the scam ISO consultancy firm known as Oxebridge Quality Resources at http://theautonomist.wordpress.com/2006/08/23/christopher-paris-owner-of-oxebridge-quality-resources-aka-mark-spittle-the-case-of-the-wrecked-mailbox/ (http://theautonomist.wordpress.com/2006/08/23/christopher-paris-owner-of-oxebridge-quality-resources-aka-mark-spittle-the-case-of-the-wrecked-mailbox/)

Yesterday, struggling ISO consultant, Disney Haunted Mansion afficianado, leftist moonbat and former Communist Party member Christopher Paris (also known as Mark Spittle
and the superhero, Blackstar ) accused me of being responsible for (get this) the destruction of the mailbox in front of his house in  Florida! You cant make this stuff up.

From Pariss Spittle and Ink weblog:

So I guess now it starts. Thanks to Rocco DiPippo posting a bounty for my personal information,
Ive now had the pleasure of having to clean up this mess on my front lawn. It seems some patriotic American good-old boy thought he would send me an appropriate message of terror by tearing up my lawn, smashing apart my mailbox including the wooden post used to anchor it and
demolishing my city garbage container.

Gee, it was Paris who chose to reveal his real identity and list his real address on his Spittle and Ink
siteas if anyone really cares that he did. And perhaps there are other potential suspects in the case of the mysteriously nuked mailbox:

According to a post on his site, Paris recently chased down and harassed the driver of a construction truck who allegedly cut him off while he was driving. Then he wrote a predictably nasty article on the
Florida-based contracting company that owned the vehicle, publishing it on his Spittle and Ink website.                                                          ⌃

Now I know from experience that men in the construction business dont take kindly to nasty, freaky man-children like the Disney-worshiping Paris. Still, the contractors that Paris abused probably had nothing to do with wrecking the mailboxone of Floridas numerous octagenarian drivers probably did.

Nevertheless, when you delight in tormenting, harrassing and abusing people like Christopher Paris, owner of Oxebridge Quality Resources in Florida (T        el: (863) 651-3750) paranoia might play a large role in your day-to-day existence. No doubt, Christopher Paris a/k/a Mark Spittle has many enemies, most notably his self. (Talk about a rat chewing on its own tail. . .)

As a compassionate Conservative, I hope that Mr. Paris finds inner peaceperhaps hell find comfort from the latest rightwing plot to terrorize him by traveling to Disney World and collapsing into the

warm embraces of Mickey Mouse, Snow White, Goofy and the friendly ghosts at the Haunted Mansion, as he so often does. Well, maybe the not-so-friendly ghosts...

Last year, Paris was injured while playing at his beloved Haunted Mansion when someone dressed up as the Headless Horseman hurled a prop pumpkin at him, striking him in the chest. (I did

not make this up.  ) Could the Mossad have been involved? Has it now plotted with neocons in the Bush Administration to wreck Pariss mailbox? Whats next in the rightwing plot to neutralize him?a

night-time raid to salt his front lawn with grubworms?

Christopher Paris a/k/a Mark Spittle, and owner of Oxebridge Quality Resources now joins the illustrious Kurt Nimmo and Justin Raimondo on the list of impotent, semiliterate clowns and crackpots we joyously mock.

Respond to this report!    | File a Rebuttal |  (?)

---

<u>Featured Ripoff Reports</u> (//reports/featured-reports)




downloadinstant.com MinuteDownload.com Microsoft Office rip off Washington District of Columbia (//reports/downloadinstantcom-minutedownloadcom-microsoft-office-rip-off-washington-district-of-col-1415096)


Online Payment to New York and Wisconsin Thieves WILO RENE and MARK JOHNSON MARK JOHNSON WILO RENE AND Fake Drugs Manufacturers and Suppliers in New... (//reports/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson/appleton-wisconsin-54915/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson-mark-johnson-1415089)


ShopBitmain Market Never Shipped 3 Antminer S9 for Bitcoin Mining Order. Phone Out of Service. Emails go Unanswered. Can not log into back office Hung... (//reports/shopbitmainmarket/hung-hom-kowloon-city/shopbitmainmarket-never-shipped-3-antminer-s9-for-bitcoin-mining-order-phone-out-of-ser-1415041)


TechnologyBillionaires.com. Derrick Walker Silicon Coast 2017 siliconcoast2017.com secure.siliconcoast.events/event//Silicon-Coast-2017Derrick Walker... (//reports/technologybillionairescom-derrick-walker/irvine-california/technologybillionairescom-derrick-walker-silicon-coast-2017-siliconcoast2017com-secure-1408958)


Facebook.com Mark Zuckerberg Founder, Chairman and CEO. Facebook Marc Andreessen Co-founder and General Partner. Andreessen Horowitz Susan... (//reports/facebookcom/menlo-park-california-94025/facebookcom-mark-zuckerberg-founder-chairman-and-ceo-facebook-marc-andreessen-1415003)


Fun Bike Store Tiey took out 159.00 out of my checking and never got product or email confirmation. Tried to get hold of the Co. with no luck cant believe... (//reports/fun-bike-store/nationwide/fun-bike-store-tiey-took-out-15900-out-of-my-checking-and-never-got-product-or-email-con-1414968)


NLOP National League of Poker Cafrino I do not have the $75.00 I won or answers why I do not have $75.00 I won. Costa Mesa California (//reports/nlop/costa-mesa-california-92626/nlop-national-league-of-poker-cafrino-i-do-not-have-the-7500-i-won-or-answers-why-i-1414961)


Wetter Solutions Hd Cameras USA Roger DP Enterprises, INc Paid For One Thing, Was Provided Something Else Orlando Florida (//reports/wetter-solutions/orlando-florida-32826/wetter-solutions-hd-cameras-usaroger-dp-enterprises-inc-paid-for-one-thing-was-provid-1414939)

Michael P. Goldowsky Gold Medical Technologies, Inc. GMT Heart, Inc. Gold Medical Technologies Heart, Inc. Perpetrated a pre-meditated fraud in order... (//reports/michael-p-goldowsky-gold-medical-technologies-incgmt-heart-incgold-medical-techno-1414851)


Ellys World Ripped me off Internet (//reports/ellys-world/internet/ellys-world-ripped-me-off-internet-1414901)


I Love Jewelry I Love Jewelry Auctions Shop I Love Jewelry Facebook's #1 Online Site I Love Jewelry AuctionsShop I Love JewelryFacebook's #1... (//reports/i-love-jewelry/florida/i-love-jewelry-auctionsshop-i-love-jewelryfacebooks-1-online-site-i-1414899)


Sale Guru They failed to provide product and/or return money Internet (//reports/sale-guru/internet/sale-guru-they-failed-to-provide-product-andor-return-money-internet-1414871)

Michael P Hicks Mike Hicks Took a substantial deposit of 4k for roofing work and did not complete the work and did not provide a refund Matawan New J... (//reports/michael-p-hicks/matawan-new-jersey-07747/michael-p-hicks-mike-hicks-took-a-substantial-deposit-of-4k-for-roofing-work-and-did-not-1414825)

# EXHIBIT 27

REGISTER (/GO/REGISTER)    LOGIN (/GO/LOGIN) ☰

**Ripoff Report**
(/)

(/file-report)

[ Company Name or Report # ]

Review Latest Reports (/reports/latest-reports)    Advanced Search (/reports/advanced)    Browse Categories (/categories)

Latest Reports (/reports/latest-reports)      Advanced Search (/reports/advanced)

Report: #1355981

## Complaint Review:   Oxebridge Quality Resources International LLC

Submitted:   Tue, February 14, 2017    Updated:   Tue, February 14, 2017    Reported By:   Oxebridge_Target — (Possible retaliation target)    USA

Oxebridge Quality Resources International LLC
1503 South US Highway 301 Suite 36
Tampa, Florida
USA
Phone:
Web: (http://)
Category:   Manufacturers (http://www.ripoffreport.com/reports/services/manufacturers)

(//www.google.com/maps/place/1503+South+US+Highway+301+Suite+36%2C+Tampa%2C+Florida%2C++33619%2C+USA)

## Oxebridge Quality Resources International LLC /Christopher Mark Paris Publishes fake news to attack other people, businesses, and professional societies T     ampa Florida

*Consumer Comment: Oxebridge Owner Chris Paris is Broke!

*General Comment: It only takes a little investigation. ...

👍 Like 0    G+    🐦 Tweet

REBUTTAL BOX™ | Respond to this Report!    (/file/comment/1355981) | Consumer Comment    (/file/comment/1355981)   ❓

Repair your reputation the right way
Corporate Advocacy Program (/corporate-advocacy-program/change-report-from-negative-to-positive) ❓ (/corporate-advocacy-program/change-

report-from-negative-to-positive)
Show customers why they should trust your business over your competitors...

| Add Rebuttal to this Report (http://www.ripoffreport.com/file/comment/1355981) | ❓ |

| File New Report (/file-report) | ❓ |



I will start this complaint by stating emphatically that I cannot say anything good or bad about the actual quality of Christopher Mark Paris' consulting services because I know nothing about it. I can however see, and anybody else can see it as well, the fake news that he propagates on his Web site and through LinkedIn, Facebook, and Twitter. This material consists of reckless and baseless allegations, half-truths, distortions, and out of context statements that he directs at quality management professionals, certification bodies, and professional societies. To put this in perspective, the U.S. Military Academy's Honor Code (https://en.wikipedia.org/wiki/Cadet_Honor_Code#Definitions_of_the_tenets_of_the_Honor_Code) defines a lie not only as a flat-out falsehood but "the telling of a partial truth and the vague or ambiguous use of information or language with the intent to deceive or mislead ."

I will not give two of Mr. Paris' specific false accusations any more "legs" than they already have by quoting them here. The following examples, however, exemplify those two allegations while having the Westboro Baptist Church and a generic white power music group represent the entities that Mr. Paris' target actually criticized in online opinion columns. Mr. Paris then distorted what his target actually said to define it as hate speech against an entire religion and a public figure.

- Fake news distortion:   "The writer equates Christians to excrement."
- Actual statement:   "The Westboro Baptist Church's hate speech under color of Christianity is excrement." [If you want a real laugh, take a look at WBC's Web site which counts "people whom God has cast into hell since you loaded this page."]
- Fake news distortion:   "The writer accused public figure X of promoting racism because X likes rock music."
- Actual statement:   "Public figure X promoted racism by inviting a white power band to a public function."

The next one is an actual quote from Oxebridge Quality Resources International LLC.

- Chris Paris:   "[NASA's] 'corrective action' was to launch the shuttle, have it roll over for a visual inspection of tiles at the ISS, presumably so if any tiles were found missing the astronauts had time to alert their wives that they would be burning to death upon re-entry."
- Facts:  http://www.space.com/4234-nasa-heat-shield-repair-required-shuttle-endeavour.html (NASA: No Heat Shield Repair Required for Shuttle Endeavour by Tariq Malik, Space.com Managing Editor | August 16, 2007 11:18pm ET) describes how astronauts can repair damaged tiles that are discovered by the inspection. Other genuine news articles back this up.

This is but the tip of the iceberg, noting that Oxebridge Quality Resources International LLC has published false, disparaging, derogatory, and quite possibly defamatory allegations about numerous quality management professionals, certification bodies, accreditation bodies, and professional societies. These include not only reckless allegations of unprofessional conduct but also crimes. Mr. Paris even disparages his own clients' certification bodies while touting his association with the same clients and using them as references. "ISO Certification Bodies Must Be Held Accountable for Their Clients' Disasters" (he took down the Web page but it is available in Google cache as of Feb. 14 2017) says of his client's economic loss, "Why does their certification body get a free pass?"

Christopher Mark Paris' technical work might be adequate, good, or even world class, but remember this. The USMA will expel a cadet with a 4.0 average for lying just as quickly as it will expel a cadet at the bottom of his or her class for lying. Somebody who is ethically capable of lying to visitors to his Web site and lying to peers in social media is ethically capable of lying to you.

## Is this Ripoff Report About you?

## Ripoff Report A business' first line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)

Does your business have a bad reputation? Fix it the right way. Corporate Advocacy Program™ (/corporate-advocacy-program/why-corporate-advocacy)

Set the record straight: Arbitration Program (/arbitration)

SEO Reputation Management at its best! (/reputation)

This report was posted on Ripoff Report (http://www.ripoffreport.com) on 02/14/2017 10:00 AM and is a permanent record located here: http://www.ripoffreport.com/reports/oxebridge-quality-resources-international-llc/tampa-florida-33619/oxebridge-quality-resources-international-llc-christopher-mark-paris-publishes-fake-news-1355981 (/reports/oxebridge-quality-resources-international-llc/tampa-florida-33619/oxebridge-quality-resources-international-llc-christopher-mark-paris-publishes-fake-news-1355981). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www.edmagedson.com/did-you-know/)

Click Here to read other Ripoff Reports on Oxebridge Quality Resources International LLC (/reports/specific_search/Oxebridge+Quality+Resources+International+LLC)

### Search for additional reports

If you would like to see more Rip-off Reports on this company/individual, search here:

| Oxebridge Quality Resources International LLC |
|---|

| Search |
|---|

### Report & Rebuttal

Respond to this report!

| File a Rebuttal | ? |
|---|---|

Also a victim?

| File a Report | ? |
|---|---|

Repair Your Reputation!

| Get Started | ? |
|---|---|

Updates & Rebuttals

---

**REBUTTALS & REPLIES:**

| 0 | 2 | 0 |
|---|---|---|
| Author | Consumer | Employee/Owner |

---

#1 Consumer Comment

## Oxebridge Owner Chris Paris is Broke!

AUTHOR: Harold  - (USA)

SUBMITTED: Friday, March 17, 2017

It's laughable how Chris Paris writes on his blog as if he actually has an audience. In reality, he has no known customers or even a single testimonial after 20+ years in business! The guy is a real nut case. The innocent people he attacks in his numerous smear campaigns should ban together and sue him in a class action lawsuit. A court order and financial settlement is the only way to get rid of this dirtbag. I doubt little Chrissy wants to violate a court order and find himself in the arms of his new husband -- behind bars!

Paris is bankrupt (Chapter 7) and you can get any money out of the scum bag. However, you can get a court order to garnish is income.. when he gets one! He may still be empoyed by or work for Pulse Medical, Inc. in Georgia.

Paris screwed creditors out of $600,000! It's unfortunate that people supporting Paris will be brought into this mess, but that's exactly how Paris operates. He goes after family members, employers and business associates of every one of his defamation targets. His objective is to destroy careers, get people fired from their jobs, embarrass people to their families that search them online, and destroy the reputation of competitors so he can take their customers. However, he has failed at every level. As they say, the only difference between stupidity and genuis, is genuis has its limits.

Paris is a classic narcissist... just read any one of his fake news articles on his Oxebridge blog and you'll see he has all the symptons of narcissism. Chris clearly has an excessive need for admiration, disregard for others' feelings and livelihood. And most of all Christopher Mark Paris has proven over and over again he has an inability to handle any criticism, while having a bizzare sense of entitlement.

I feel bad for the current wife of Christopher Mark Paris. The poor Peruvian woman probably has no idea she married a complete whack job. She most likely does not speak or read English, because any decent woman that sees his ongoing attempts to destroy families will run away as fast as she can. know immediately he neither acts or thinks like a grown man. Paris is a feminine character, a little man and weak minded. No decent person would ever defend or support such a scum bag.

---

Respond to this report!    [ File a Rebuttal ]   ⓘ

#2 General Comment

## It only takes a little investigation. ...

AUTHOR: Target # 42 - ()

SUBMITTED: Tuesday, February 28, 2017

 Mr Paris seems to specialize in taking a few words out of context and respinning them with an inflammatory title to attack individuals. His website is full of them. It has been interesting to see websites like www.oxebridge.co spring up to refute him and to debunk some of his "stories", the majority of which he really has no personal knowledge of. This is hardly how a credible defender would operate. His demise seems to be drawing near.

---

Respond to this report!    [ File a Rebuttal ]   ⓘ

---

**Featured Ripoff Reports (/reports/featured-reports)**



downloadinstant.com MinuteDownload.com Microsoft Office rip off Washington District of Columbia (/reports/downloadinstantcom/washington-district-of-columbia-20008/downloadinstantcom-minutedownloadcom-microsoft-office-rip-off-washington-district-of-col-1415096)

Online Payment to New York and Wisconsin Thieves WILO RENE AND MARK JOHNSON MARK JOHNSON WILO RENE AND Fake Drugs Manufacturers and Suppliers in New... (/reports/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson/appleton-wisconsin-54915/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson-1415089)

⌃

ShopBitmain.Market Never Shipped 3 Antminer S9 for Bitcoin Mining Order. Phone Out of Service, Emails go Unanswered. Can not log into back office Hung... (/reports/shopbitmainmarket/hung-hom-kowloon-city/shopbitmainmarket-never-shipped-3-antminer-s9-for-bitcoin-mining-order-phone-out-of-ser-1415041)

# EXHIBIT 28

REGISTER (/GO/REGISTER)    LOGIN (/GO/LOGIN)   ☰

**Ripoff Report**
(/)

(/file-report)

Company Name or Report #

Review Latest Reports (/reports/latest-reports)    Advanced Search (/reports/advanced)    Browse Categories (/categories)

Latest Reports (/reports/latest-reports)

Advanced Search (/reports/advanced)

---

Report: #1335453

## Complaint Review:   Oxebridge / Christopher Paris

---

Submitted: Fri, October 28, 2016    Updated: Fri, October 28, 2016    Reported By: Gregory Shea — California   USA

---

Oxebridge / Christopher Paris
1503 South US Highway 301. Suite 36
Tampa, Florida
USA
Phone:
Web: (http://)
Category: Business Consulting (http://www.ripoffreport.com/reports/services/business-consulting)



(//www.google.com/maps/place/1503+South+US+Highway+301.+Suite+36%2C+Tampa%2C+Florida%2C+33619%2C+USA)

### Oxebridge / Christopher Paris Oxebridge Quality Resources International Oxebridge, Bankruptcy , Chapter 7, Christopher Paris T ampa Florida

*General Comment: Chris Paris and Oxebridge promote intellectual property misuse and illegal tax deductions

*General Comment: Paris told court his company was worthless

*Consumer Comment: It must be cold ....

*REBUTTAL Individual responds: Chris Mark Paris of Oxebridge

Like 0    G+    Tweet

---

REBUTTAL BOX™ | Respond to this Report!  (/file/comment/1335453) | Consumer Comment  (/file/comment/1335453) ?

Repair your reputation the right way
**Corporate Advocacy Program** (/corporate-advocacy-program/change-report-from-negative-to-positive) ? (/corporate-advocacy-program/change-report-from-negative-to-positive)

Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (http://www.ripoffreport.com/file/comment/1335453)   ?

File New Report (/file-report)   ?

˄

Oxebridge Owner Christopher Paris Files For Chapter 7 Bankruptcy

---

The Owner of Oxebridge Quality Resources International, Christopher Mark Paris has filed for the embarrasing Chapter 7 bankruptcy (See http://www.plainsite.org/dockets/30qwijh5k/florida-middle-bankruptcy-court/christopher-mark-paris/ (http://www.plainsite.org/dockets/30qwijh5k/florida-middle-bankruptcy-court/christopher-mark-paris/))

CHAPTER 7 BANKRUPTCY
Christopher Mark Paris
Oxebridge Quality Resources
United States Bankruptcy Court Middle District of
Florida (Case number: 8:16-bk-03463-KRM)

Although Chris Paris, the owner of Florida-based Oxebridge Quality Resources wants people to believe his business is a success. In reality, he is bankrupt! Chris Paris filed for Chapter 7 on August 2016 to find relief and protection from creditors that trusted Paris to pay them as agreed. Chapter 7, also known as liqudation bankruptcy, is commonly used by shady individuals to shed there debt, in other words, screw creditors.

In the filing, the Oxebridge owner listed assets to be from over $100,000 and liabilities to be a whopping 628,652.00. His current monthly income is listed at just $3,500 in the Chapter 7 filing... quit pathetic for someone owing nearly $1 million dollars. Court records indicate Mr. Paris has 100% ownership of Oxebridge Quality Resources International, LLC, so he is the sole debtor.

Chapter 7 filings are commonly used by shady busines people like Chris Paris to eliminate their legal obligation to pay a debt that is discharged. Most, but not all, types of debts under Chapter 7 are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankrup).

It appears Paris really screwed his creditors. Court records show the filing of the case may have imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect the money he owes, or his property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect

from him. Creditors cannot even demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. Basically, Chris Paris is what creditors indicate as a "deadbeat debtor."

Ironically, on August 22, 2016, Christopher Paris was required by the courts as terms of his Chapter 7 filing to complete an online course on personal financial management given by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Florida. This is comical because Chris Paris, as the owner of Oxebridge Quality Resources is supposedly in the business of giving financial ans management advice as a quality consultant. And yet, the guy can't even pay his bills, and still he's teaching others about quality? You can't make this stuff up! Any idiot stupid enough to take advice from this bankrupted consultant may as well file Chapter 7 themselves. Hey, maybe dear old Chris will now offer a new certificatiom program on his website Oxebridge.com on how to file Chapter 7 and screw creditors! What a dirtbag.

Many agree Chris got what he deserved going bankrupt, so nobody will be shedding a tear over his Chapter 7 filing. After all, as they say, Karma is a bi***. It must be sweet revenge for the many people and businesses Chris Paris has attempted to destroy. For years Mr. Paris has been publishing defamatory content targeting hard working members of ASQ (American Society For Quality) as well as quality consultants, registrars, and anyone he sees as a competitor.

Think about it. How many so-called businesses turn out to be profitable by engaging in constant attacks on their competitors? I'll tell you how many... NONE! The owner of Oxebridge Quality Resources International going Bankrupted is a perfect example of how NOT to run a business. But will he learn? Of course.... "The difference between stupidity and genius is that genius has its limits." - Albert Einstein.

## Is this Ripoff Report About you?

---

## Ripoff Report A business' first line of defense on the Internet.

---

If your business is willing to make a commitment to customer satisfaction Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)

---

Does your business have a bad reputation? Fix it the right way. Corporate Advocacy Program™ (/corporate-advocacy-program/why-corporate-advocacy)

---

Set the record straight: Arbitration Program (/arbitration)

---

SEO Reputation Management at its best! (/reputation)

---

This report was posted on Ripoff Report (http://www.ripoffreport.com) on 10/28/2016 09:23 AM and is a permanent record located here: http://www.ripoffreport.com/reports/oxebridge-christopher-paris/tampa-florida-33619/oxebridge-christopher-paris-oxebridge-quality-resources-international-oxebridge-bankru-1335453 (/reports/oxebridge-christopher-paris-oxebridge-quality-resources-international-oxebridge-banku-1335453). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www.edmagedson.com/did-you-know/)

^

12/5/2017     Ripoff Report | Oxebridge Christopher | Complaint Review | 33619...

Case 8:19-cv-00423-WFJ-SPF Document 4-1 Filed 02/19/19 Page 104 of 200 PageID 177

Click Here to read other Ripoff Reports on Oxebridge / Christopher Paris (/reports/specific_search/Oxebridge+%2F+Christopher+Paris)

### Search for additional reports

If you would like to see more Rip-off Reports on this company/individual, search here:

Oxebridge / Christopher Paris

Search

---

### Report & Rebuttal

**Respond to this report!**

File a Rebuttal    ⑦

**Also a victim?**

File a Report    ⑦

**Repair Your Reputation!**

Get Started    ⑦

---

### Updates & Rebuttals

REBUTTALS & REPLIES:

| 0 | 3 | 1 |
|---|---|---|
| Author | Consumer | Employee/Owner |

---

#1 General Comment

## Chris Paris and Oxebridge promote intellectual property misuse and illegal tax deductions

AUTHOR: Oxebridge_T arget - (USA)

SUBMITTED: Tuesday, March 07, 2017

Anybody who even begins to believe the fake news that is propagated by Christopher Mark Paris and Oxebridge Quality Resources LLC needs to realize that Chris Paris has recklessly endangered the professional careers and even the legal well-being of his own "O-Fans" as he calls them. As but one example, somebody who propagated his fake news on social media apparently got into trouble with his/her employer because the employer's name was attached to the posting. Chris Paris simply does not care how his actions affect others, even his "O-Fans," as shown by his apparent promotion of intellectual property misuse and illegitimate tax deductions.

Oxebridge's Encouragement of Intellectual Property Misuse

 A meme near the bottom of the Oxebridge Web page, "Looking Back at Some of Oxebridge's Humor Graphics [Adult Language]" comes across as encouraging intellectual property theft. Even if Mr. Paris means this as a joke, it's a very irresponsible one because anybody who acts on it could get into very serious civil and perhaps even criminal trouble. The meme (online as of March 7 2017, and we've downloaded the entire Oxebridge Web site in case it is ever needed to prove any of this in court) says,

 "ISO says I can't put their standards on my server. Yay, cloud." "For a while, these "Yay, cloud" Microsoft ads ran on TV, and ISO's ridiculous digital rights management rules fell right into our lap at the time."

 This page has been reported to ISO's copyright department for encouraging people to violate the licensing terms for single-user electronic copies and, as shown below, Christopher Mark Paris' name is well known to ISO's attorneys. iso.org/terms-conditions-licence-agreement.html#Electronic-copies (https://www.iso.org/terms-conditions-licence-agreement.html#Electronic-copies) for what Mr. Paris calls ISO's "ridiculous digital rights management rules."

 4. Electronic copies

   Printing is permitted for your personal use only. Sharing or posting the ISO publication(s) on your company's intranet is not permitted under this Licence Agreement, so please contact us or your ISO Member if you would like to.

villanova.edu/villanova/unit/policies/AcceptableUse/copyright.html (http://www1.villanova.edu/villanova/unit/policies/AcceptableUse/copyright.html) Here are the potential legal consequences for anybody who acts on "Yay, cloud":

   For "willful" infringement, a court may award up to $150,000 per work infringed. A court can, in its discretion, also assess costs and attorneys' fees. For details, see Title 17, United States Code, Sections 504, 505.

   Willful copyright infringement can also result in criminal penalties, including imprisonment of up to five years and fines of up to $250,000 per offense.

The latter warning also appears on every movie DVD we buy in stores. "Yay, cloud" is simply promotion of similar illegal file sharing. (its.yale.edu/secure-computing/security-standards-and-guidance/data-and-application-security/illegal-file-sharing (https://its.yale.edu/secure-computing/security-standards-and-guidance/data-and-application-security/illegal-file-sharing)) If it's a joke, it's a very irresponsible and reckless one. People have gotten into very serious trouble for sharing music, let alone copies of ISO standards, on file sharing networks.

In addition, Mr. Paris hosted on his own Oxebridge site a letter from Carter, Ledyard and Milburn LLP dated July 12 2013 that says "We were seriously concerned to learn of your intentional and willful infringement of our clients' intellectual property on your Web site." The letter adds that Mr. Paris had in fact been warned about this before, and had taken down the allegedly infringing material, but then put it back online. The letter adds that what looks like a Digital Millennium Copyright Act takedown notice because it includes a signature under penalty of perjury that the sender has the right to represent the owner of the intellectual property in question.

We don't want to post any links to his fake news site, but here is another publication by a law firm about Chris Paris' habits. http://www.clm.com/docs/yir2013.pdf

"On behalf of the International Organization for Standardization (ISO), we successfully stopped trademark and copyright infringement at oxebridge…"

Any of Chris Paris' "O-Fans" who are even thinking of acting on "Yay, cloud" need to recognize that doing so could get them fired on the spot by any responsible employer, sued, and/or prosecuted criminally.

Christopher Mark Paris and Oxebridge Promote Illegitimate T     ax Deduction

Oxebridge's Web site advertises (March 7 2017) as AS9100 "Brain Dump" event in Cocoa Beach was forwarded to us with the introduction, "a remarkable 2-day 'Braindump Course' implementing the new AS9100 Revision D standard without driving yourself insane or ruining your company's QMS in the process."

Here is what Chris Paris and Oxebridge tout as a bonus even though any of his customers or O-Fans—the people who trust him enough to pay to hear him speak—who acts on this could get hit with back taxes, penalties, and maybe even worse. This underscores Mr. Paris' habit of publishing not only fake news but also reckless advice that could get his readers into very serious legal trouble for misuse of intellectual property and taking illegitimate tax deductions.

LOCATION: Hilton Cocoa Beach Oceanfront, Cocoa Beach FL. Literally a few seconds' walk to the gorgeous Atlantic Ocean, and just an hour away from Walt Disney World. Bring the family and write the entire weekend off as a business trip.

We are not tax professionals and cannot give legal or tax advice, but here is what the Internal Revenue Service says about mixing business and pleasure. irs.gov/publications/p463/ch01.html#en_US_2016_publink100033773 (https://www.irs.gov/publications/p463/ch01.html#en_US_2016_publink100033773)

Jerry drives to Chicago on business and takes his wife, Linda, with him. Linda isn't Jerry's employee. Linda occasionally types notes, performs similar services, and accompanies Jerry to luncheons and dinners. The performance of these services doesn't establish that her presence on the trip is necessary to the conduct of Jerry's business. Her expenses aren't deductible.

Jerry pays $199 a day for a double room. A single room costs $149 a day. He can deduct the total cost of driving his car to and from Chicago, but only $149 a day for his hotel room. If he uses public transportation, he can deduct only his fare.

Reputable Alternatives

There are reputable and internationally recognized AS9100 training providers that do not engage in commercial disparagement and defamation of their competitors and their own clients' ISO 9001 and AS9100 certification bodies, publication of fake news, promotion (even as a joke, if Mr. Paris means it as a joke) of intellectual property theft, and promotion of illegal tax deductions. SAI Global and Bureau Veritas will offer AS9100 training for the latest revision (D) in Orlando Florida during the next few months, and SAE International and BSI also offer AS9100 Rev. D training. Other reputable and mainstream organizations also offer training in this area.

Report Attachments:



(/1024x768/docs/r1335453-
gg10hh-
hd8vg9tklo.png)

---

Respond to this report!    | File a Rebuttal |   ⑦

#2 General Comment

## Paris told court his company was worthless

AUTHOR: Oxebridge_T arget - (USA)

SUBMITTED: Wednesday, January 25, 2017

plainsite.org/dockets/download.html?id=238383951&z=07d0ef0a (https://www.plainsite.org/dockets/download.html?id=238383951&z=07d0ef0a)(This is a PUBLIC RECORD, not private information).

Official Form 106A/B Schedule A/B: Property on page 13 of 46

Name of entity: % of ownership:
Oxebridge Quality Resources International, LLC 100% % $0.00

so, if he wants to sue anybody for defaming Oxebridge by saying it had zero assets, he should start by suing himself.

---

Respond to this report!    | File a Rebuttal |   ⑦

#3 Consumer Comment

## It must be cold ....

AUTHOR: Target # 42 - ()

SUBMITTED: Tuesday, January 03, 2017



I see that he is now using his website claiming there is no such bankruptcy. I'm not sure why one would do that when the facts are a matter of public record and easily verified. Having one's own website DOES make it easy to control that part of the dialogue. His attacks against others take place in this manner too. We should all be cautious to fully research anyone we contact online about entering into a business arrangement. A fragile ego and bullying behaviors when coupled with disregard for the truth and attempts at self-promotion may not be what you really want. Do your homework.

Respond to this report!    | File a Rebuttal |   ⑦

#4 REBUTTAL Individual responds

## Chris Mark Paris of Oxbridge

AUTHOR: Mark Smith -  (USA)

SUBMITTED: Thursday, December 22, 2016

This made my Christmas! Chris Paris is a piece of garbage. It's so funny to read the scum is bankrupt! No suprise though, I seen him speak at an ASQ meeting in Alabama a few months ago and he is a complete fraud! Now that he filed bankruptcy it goes to show you he's a FRAUD!! Happy Holidays Chris! LOL!



Respond to this report!    | File a Rebuttal |   ⑦

Featured Ripoff Reports (/reports/featured-reports)


downloadinstant.com MinuteDownload.com Microsoft Office rip off Washington District of Columbia (/reports/downloadinstantcom/washington-district-of-columbia-20008/downloadinstantcom-minutedownloadcom-microsoft-office-rip-off-washington-district-of-col-1415096)


Online Payment to New York and Wisconsin Thieves WILO RENE AND MARK JOHNSON MARK JOHNSON WILO RENE AND Fake Drugs Manufacturers and Suppliers in New... (/reports/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson/appleton-wisconsin-54915/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson-johnson-1415089)


ShopBitmain.Market Never Shipped 3 Antminer S9 for Bitcoin Mining Order, Phone Out of Service, Emails go Unanswered. Can not log into back office Hung... (/reports/shopbitmainmarket/hung-hom-kowloon-city/shopbitmainmarket-never-shipped-3-antminer-s9-for-bitcoin-mining-order-phone-out-of-ser-1415041)


TechnologyBillionaires.com, Derrick Walker Silicon Coast 2017 siliconcoast2017.com secure.siliconcoast.events/event/Silicon-Coast-2017Derrick Walker... (/reports/technologybillionairescom-derrick-walker/irvine-california/technologybillionairescom-derrick-walker-silicon-coast-2017-siliconcoast2017com-secure-1408958)


Facebook.com Mark Zuckerberg Founder, Chairman and CEO, Facebook Marc Andreessen Co-founder and General Partner, Andreessen Horowitz Susan... (/reports/facebookcom/menlo-park-california-94025/facebookcom-mark-zuckerberg-founder-chairman-and-ceo-facebook-marc-andreessen-1415003)

Fun Bike Store Tiey took out 159.00 out of my checking and never got product or email confirmation. Tried to get hold of the Co. with no luck cant believe... (/reports/fun-bike-store/nationwide/fun-bike-store-tiey-took-out-15900-out-of-my-checking-and-never-got-product-or-email-con-1414968)


NLOP National League of Poker Cafrino I do not have the $75.00 I won or answers why I do not have $75.00 I won. Costa Mesa California (/reports/nlop/costa-mesa-california-92626/nlop-national-league-of-poker-cafrino-i-do-not-have-the-7500-i-won-or-answers-why-i-1414961)


Wetter Solutions Hd Cameras USA Roger DP Enterprises, INc Paid For One Thing, Was Provided Something Else Orlando Florida (/reports/wetter-solutions/orlando-florida-32826/wetter-solutions-hd-cameras-usaroger-dp-enterprises-inc-paid-for-one-thing-was-provid-1414939)

Michael P. Goldowsky Gold Medical Technologies, Inc. GMT Heart, Inc. Gold Medical Technologies Heart, Inc. Perpetrated a pre-meditated fraud in order... (/reports/michael-p-goldowsky-gold-medical-technologies-inc/myrtle-beach-south-carolina-29579/michael-p-goldowsky-gold-medical-technologies-incgmt-heart-incgold-medical-techno-1414851)


Ellys World Ripped me off Internet (/reports/ellys-world/internet/ellys-world-ripped-me-off-internet-1414901)


I Love Jewelry I Love Jewelry Auctions Shop I Love Jewelry Facebook's #1 Online Site I Love Jewelry AuctionsShop I Love JewelryFacebook's #1... (/reports/i-love-jewelry/florida/i-love-jewelry-i-love-jewelry-auctionsshop-i-love-jewelryfacebooks-1-online-site-i-1414899)

Sale Guru They failed to provide product and/or return money Internet (/reports/sale-guru/internet/sale-guru-they-failed-to-provide-product-andor-return-money-internet-1414871)


Michael P Hicks Mike Hicks Took a substantial deposit of 4k for roofing work and did not complete the work and did not provide a refund Matawan New J... (/reports/michael-p-hicks/matawan-new-jersey-07747/michael-p-hicks-mike-hicks-took-a-substantial-deposit-of-4k-for-roofing-work-and-did-not-1414825)

# EXHIBIT 29

REGISTER (/GO/REGISTER)    LOGIN (/GO/LOGIN)    ☰

**Ripoff Report**
(/)

(/file-report)

Company Name or Report #

Review Latest Reports (/reports/latest-reports)    Advanced Search (/reports/advanced)    Browse Categories (/categories)

Latest Reports (/reports/latest-reports)    Advanced Search (/reports/advanced)

Report: #1368478

## Complaint Review:   Susan Hicks

Submitted:  Wed, April 19, 2017    Updated:  Wed, April 19, 2017    Reported By:  Harold B — Florida  USA

Susan Hicks
1025 LAKE HAMILTON DR
Winter Haven, Florida
USA
Phone:
Web:  http://www.Oxebridge.com (http://www.Oxebridge.com)
Category:  Business Consulting (http://www.ripoffreport.com/reports/services/business-consulting)



(//www.google.com/maps/place/1025+LAKE+HAMILTON+DR%2C+Winter+Haven%2C+Florida%2C+33881%2C+USA)

### Oxebridge Resources President, Susan Hicks Susan Paris, Susan Jean Hicks, Susan J Paris Request For V ictims T o Seek Damages From Susan Hicks, Former President of Oxebridge Quality Resources W  inter Haven Florida

ff Like 0    G+1    🐦 Tweet

REBUTTAL BOX™ |  Respond to this Report!    (/file/comment/1368478)  |  Consumer Comment    (/file/comment/1368478)   ❓

Repair your reputation the right way
**Corporate Advocacy Program**    (/corporate-advocacy-program/change-report-from-negative-to-positive)  ❓ (/corporate-advocacy-program/change-report-from-negative-to-positive)

Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (http://www.ripoffreport.com/file/comment/1368478)   ❓

File New Report (/file-report)   ❓

The former President of the fake news website Oxebridge.com, believed to have fled Florida after numerous complaints against her company Oxebridge Quality Resources, has been found in Robbinsville, North Carolina. Susan Hicks, formerly Susan J. Paris, the ex-wife of Christopher Paris (https://osteinfo.com (http://osteinfo.com)), the current President (Company Officer) of Florida based Oxebridge Quality Resources served in leadership roles of the company for several years before fleeing out of state to North Carolina.



Oxebridge Quality Resources is being investigated for engaging in numerous defamation charges, character assassination campaigns against

business owners, publishing racially-motivated material against Jews and other minorities, as well as copyright violations, and most recently publishing fake news to harm business competitors involved in ISO certification. [continued below]....

Report Attachments:

[(/1024x768/docs/r1368478-7dskmc-



nis Paris     Susan Hicks

upjwyzbxig.png)

.....

It is not yet known if Mrs. Hicks was aware of her ex-husband's activities. However, as the President of the company during the time Oxebridge Quality Resources is being accused of these activities, she is responsible along with her ex-husband for publishing fake news, slander, defamation, and copyright infringement. In the summer of last year, Oxebridge.com
fled to numerous web hosts after receiving dozens of complaints against for stealing copyrighted material.

Chris Paris (aka Christoper Erwin), the founder and current owner of Oxebridge Quality Resources filed for Chapter 7 Bankruptcy with Susan Hicks to wipe out a $600,000 debt owed to creditors. He currently utilizes Oxebridge.com and his linkedin account to continue his character assassination campaigns against his business competitors. Anybody that does a quick Google search for the word "Oxebridge" can find dozens of complaints against the company and its owner Christoper Mark Paris.

Susan Hicks (https://www.meetup.com/Robbinsville-Meditation-Meetup/members/146176022 (https://www.meetup.com/Robbinsville-Meditation-Meetup/members/146176022)) was born in 1973. Susan currently lives in Robbinsville. Before that, she lived in Winter Haven, FL from 2000 to 2012. Ms. Hicks attended Gainesville High School in Gainesville,
FL and graduated class of 1991.

This Ripoff Report was posted to inform all of those under attack by Chris Paris to be informed that his ex-wife, a former Officer of Oxebridge Quality Resources International, and possibly a profiteer of the Oxebride scheme, should also be held responsible for his activities since she served as President of Oxebridge during much of the company's fake news attacks on innocent, law abiding business people, Jews, Veterans and others that have been defamed by Christopher Mark Paris in effort to promote himself.

## Is this Ripoff Report About you?

## Ripoff Report A business' first line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)

Does your business have a bad reputation? Fix it the right way. Corporate Advocacy Program™    (/corporate-advocacy-program/why-corporate-advocacy)

Set the record straight: Arbitration Program (/arbitration)

SEO Reputation Management at its best! (/reputation)

This report was posted on Ripoff Report (http://www.ripoffreport.com) on 04/19/2017 08:03 AM and is a permanent record located here: http://www.ripoffreport.com/reports/susan-hicks/winter-haven-florida-33881/oxebridge-resources-president-susan-hicks-susan-paris-susan-jean-hicks-susan-j-paris-r-1368478 (/reports/susan-hicks/winter-haven-florida-33881/oxebridge-resources-president-susan-paris-susan-jean-hicks-j-paris-1368478). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www.edmagedson.com/did-you-know/)

Click Here to read other Ripoff Reports on Susan Hicks (/reports/specific_search/Susan+Hicks)

Search for additional reports
If you would like to see more Rip-off Reports on this company/individual, search here:

| Susan Hicks |
| --- |

| Search |
| --- |

# EXHIBIT 30



**FundRazr**

View as **Owner** | Public

Christopher, this is your campaign admin panel. Tell me more · Where's my campaign?

**Messages (7)** ▾     **Tools** ▾

| | | |
|---|---|---|
| Our coaches will help you | | ⚲ ☐ |
| Like this milestone: We have 25 contributors! | | ☐ |
| Your campaign needs you! | | ☐ |
| Add a video for your campaign | | ☐ |
| Ask friends & family first | | ☐ |

Show more



## Oxebridge ISO Standards Users Legal Defense Fund



OXEBRIDGE

# ISO STANDARDS USERS LEGAL DEFENSE FUND

*Fighting back to ensure the public's safety.*

Add pictures & videos

| **$4,005** | **30** | **2** |
|:---:|:---:|:---:|
| Raised | Contributors | Years running |

**Contribute**

by **Oxebridge Quality Resources International LLC**
Organization campaign · *Keep it all* · Tampa, FL, US

Oxebridge is a leading defender of the rights of ISO standards users. Help us fight back, in court, against the ISO incumbents,

including certification bodies, standards publishers, consultants and corrupt self-accredited certificate mill operators.

| Share | Tweet | Share | Email | Link | More |
|---|---|---|---|---|---|

Like  4    ✔ Following

**Story**    **Updates**    **Activity**



Write a comment …

☑ Post to Facebook

**Quality in Action Inc**  contributed $20
Mar 2

Go get 'em Christopher!

👍 Like    💬 Comment    📇 Contribute    ➤ Share    🗑 Delete    ♡ Send thanks

**Prince Dakkar**
Feb 15

This Fundrazr page is not honest with prospective donors. To begin: "Multiple sites have opened up defaming Oxebridge and supporters of its industry-wide reform efforts. They accuse innocent people of crimes..."

A Google search on the site: oxebridge.com and "jail", "crime", "criminal" and "felony" reveal that Oxebridge is the one that does this. Chris Paris and Oxebridge also accuse people and organizations of doing or being accomplices of crimes such as (1) vandalizing Paris' home, (2) hacking their website, and (3) filing false reports with the Justice Department to get Paris investigated. False accusations of crimes are defamatory.

He was sued for disrupting a professional conference by driving away speakers and also trying to get one of the organizers out of his job. Here's the link, start on line 33.

 PLAINSITE

Read this on plainsite.org >

Outcome at

 PLAINSITE

Read this on plainsite.org >

👍 Like · 💬 Comment · 🖼 Contribute · ➦ Share · 🗑 Delete

 **Prince Dakkar** · Mar 5

The DICWP Claim

"Oxebridge has begun the process to secure protection under US Federal Whistleblower Protection laws, and more specifically those administered by the US. Dept of Defense (DoD) under the Defense Intelligence Community Whistleblower Protection



(DICWP). Oxebridge is under increased harassment, ..." and Oxebridge Twitter: '#Oxebridge secures whisteblower protections ..."

http://www.dodhotline.dodig.mi... DICWP protects Federal employees from retaliation by Federal employers. Chris Paris is not a Federal employee.

👍 Like · 🗑 Delete

**Prince Dakkar** · Mar 7

The Vandalism Claim

Chris Paris told you (Oxebridge Report) his home was vandalized. Said elsewhere house was vandalized 4 times. Winter Haven police and Polk Co. Sheriff have no vandal complaints from him on file. You can verify yourself.

👍 Like · 🗑 Delete

**Prince Dakkar** · Mar 7

The Computer Hacking Claim (2015)
http://www.archive.org/downloa... line 13
http://www.archive.org/downloa... Exhibit H and L (corrected-- should have been Document 122-1, not 123-1)

Evidence also that May 2017 hack was fabricated to blame others and ask for money. Two people could access the Oxerbridge web pages while the site was reportedly down and Paris subsequently told dubious stories about the incident. If site was hacked, why could people access home page that said it was hacked?

👍 Like · 🗑 Delete

Write a comment ...



**Rick Pepper** contributed $125

Jan 12

Keep it up, Chris.

👍 Like · 💬 Comment · ◲ Contribute · ➦ Share · 🗑 Delete · ♡ Send thanks

---



Anonymous contributed $50

Jan 2

👍 Like · 💬 Comment · ◲ Contribute · ➦ Share · ♡ Send thanks

---



**Prince Dakkar**

Jan 1

Why Oxebridge REALLY needs money for lawyers:

 PLAINSITE

**Read this on plainsite.org >**

starting on line 33, and see especially line 38. Damaging other people's professional conferences and trying to get their employers to sack them. The latter Chris Paris has done to many people, doing it even now. This lawsuit was not rejected as junk, as Oxebridge claims, but for "lack of personal jurisdiction."

PLAINSITE

Read this on plainsite.org >

Also accuses quality forum (2015, 2017) and others (2017) of sabotaging the Oxebridge Web site.





line 13 and





line 16 suggest fabrication in 2015. Oxebridge Twitter follower says
he accessed site with no trouble during May 2017 "attack."

👍 Like · 💬 Comment · 🔲 Contribute · ➤ Share · 🗑 Delete

**Kamal Haddad** contributed $10

Sep 16, 2017

Good Luck

👍 Like · 💬 Comment · 🔲 Contribute · ➤ Share · 🗑 Delete · 💛 Send thanks

**Gordon Nelson** contributed $50

Sep 8, 2017

👍 Like · 💬 Comment · 🔲 Contribute · ➤ Share · 💛 Send thanks

**rick@ammetal.com** contributed $1,000

Aug 14, 2017

Keep up the fight!

👍 Like · 💬 Comment · 🔲 Contribute · ➤ Share · 🗑 Delete · 💛 Send thanks



Anonymous contributed
Jun 24, 2017

Like · Comment · Contribute · Share · Edit

Anonymous contributed
May 31, 2017

Best of luck

Like · Comment · Contribute · Share · Delete · Send thanks

Anonymous contributed
May 31, 2017

Like · Comment · Contribute · Share · Send thanks

MB Margarethe B. contributed $200
May 26, 2017

Hoping the U.S.A. court will do justice! Good Luck !

Like · Comment · Contribute · Share · Delete · Send thanks



**Josef Slany** contributed $20

May 24, 2017

Good Luck!

👍 Like · 💬 Comment · 📷 Contribute · ➤ Share · 🗑 Delete · ♡ Send thanks

---

Anonymous contributed

May 24, 2017

I wish you success at the courts. Identify the root cause for the persecution and pursue the corrective action accordingly.

👍 Like · 💬 Comment · 📷 Contribute · ➤ Share · 🗑 Delete · ♡ Send thanks

---

Anonymous contributed $100

May 23, 2017

👍 Like · 💬 Comment · 📷 Contribute · ➤ Share · ♡ Send thanks

---

**David Sanchez** contributed $10

May 19, 2017

Your a good man Chris. wish I can give more!!!

👍 Like · 💬 Comment · 📷 Contribute · ➤ Share · 🗑 Delete · ♡ Send thanks



**Anonymous** contributed

May 16, 2017

don't let the bastards grind you down

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · 🗑 Delete · ♡ Send thanks

---

**Anonymous** contributed

May 16, 2017

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · ♡ Send thanks

---

**Christine Sigler** contributed

May 15, 2017

you are amazing.

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · 🗑 Delete · ♡ Send thanks

---

**Anonymous** contributed

May 13, 2017

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · ♡ Send thanks



Anonymous contributed $100
May 12, 2017

Hang in there!

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · 🗑 Delete · ♡ Send thanks

---

Anonymous contributed
May 12, 2017

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · ♡ Send thanks

---

Donald Wood contributed $10
May 12, 2017

Keep it up, Chris!

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · 🗑 Delete · ♡ Send thanks

---

Mary Winch contributed $100
May 11, 2017

I will share the threatening voice mails left by the racist supported by ISO promoter organizations as yet unnamed - but not for long.

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · 🗑 Delete · ♡ Send thanks

RP

**Rick Pepper** contributed $200

Aug 17, 2016

👍 Like · 💬 Comment · 🔲 Contribute · ➡ Share · 🤍 Send thanks

Show more



## People just like you

People just like you have raised $119,000,000+ for causes they and their friends care about.

Start your own campaign

## Fund anything

Personal Fundraising

Nonprofit Crowdfunding

Business and CSR

Sports Fundraising

School Fundraising

I want to donate

Learn more

Platform Tour

Success Stories

Pricing and Fees

FAQ

Blog

Support

Company info

About FundRazr

Contact Us

Countries and Currencies

Media Coverage

Press Kit

Partners

PayPal

Chase-WePay

Facebook Fundraising

Partner Sign Up

Request a Demo

Follow us!

      



Like   Share   Mary Winch and 126K others like this.

Contact this campaign     Support     Terms of service     Privacy policy

Copyright ©2009-2018 ConnectionPoint Systems Inc. (CPSI) · FundRazr™ and the FundRazr™ logo are trademarks of CPSI.

# EXHIBIT 31

3/23/2019                    Illegal File Sharing? Don't Be That Guy! | LinkedIn

Case 8:19-cv-00423-WFJ-SPF    Document 4-1    Filed 02/19/19    Page 130 of 200 PageID 203



Sign in    Join now

The current page could have changed in the meantime. Learn more

Full version    Text-only version    View source                    Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

# Illegal File Sharing? Don't Be That Guy!

Published on March 14, 2017



**William Levinson**  |  Follow
Principal Consultant at Levinson Productivity Systems

It is quite frankly astounding that these issues should even have to be discussed among mature quality management professionals, noting that almost all college students get explicit warnings against illegal file sharing (generally related to movies and music). I saw, however, several posts in the LinkedIn ISO 9001 group that reference a CORPORATE Web site that disparages ISO's digital rights license terms as "ridiculous," and adds "Yay, cloud" as a recommendation for the site's visitors to share electronic ISO standards that are licensed for single users.

https://www.iso.org/terms-conditions-licence-agreement.html#Electronic-copies for ISO's licensing terms.

DON'T BE THAT GUY. Intellectual property theft is cause for dismissal from any job because no employer wants to be held accountable for tens of thousands of dollars (if not more) in damages for copyright infringement. Anybody who acts on this Web site's advice can also be sued personally or even prosecuted criminally as warned by the notice on every movie DVD we buy in stores. Any sharing must be in accordance with the terms of the license.

 As but one example of the possible consequences for acting on "Yay, cloud," http://abcnews.go.com/Business/story?id=8226751 "Jurors ordered Tenenbaum to pay $22,500 for each incident of copyright infringement, effectively finding that his actions were willful."  This related to illegal sharing of music, but the same could easily apply to anybody who illegally shares electronic ISO standards on a company server or in the cloud. Acting on "Yay, cloud" could indeed provide proof of willfulness, which increases the possible civil penalties.

The same corporate Web site advertises an AS9100 training event that encourages attendees to bring their families, stay on the weekend after the training event, and write the entire trip off as a business expense. This company is again advising its prospective customers to do something that can get them into very serious trouble. I would encourage people very strongly to seek reputable and internationally recognized alternatives, of which many are available.



Sign in Join now

**William Levinson**
Principal Consultant at Levinson Productivity Systems
3 articles

Follow

Looking for more of the latest headlines on LinkedIn?

Discover more stories

Sign up | Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | SlideShare | Online Learning
LinkedIn Updates | LinkedIn Influencers | Search Jobs | Directories Members | Jobs | Pulse | Topics | Companies | Groups | Universities | Titles | ProFinder
© 2017 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe

# EXHIBIT 32

Domain: oxfake.com
Record Date: 2017-03-17
Registrar: INTERNET DOMAIN SERVICE BS CORP
Server: whois.internet.bs
Created: 2017-03-18
Updated: 2017-03-18
Expires: 2018-03-18

Record:
Domain Name: OXFAKE.COM
Registry Domain ID: 2105914722_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.internet.bs
Registrar URL: http://www.internetbs.net
Updated Date: 2017-03-18T01:29:19Z
Creation Date: 2017-03-18T01:29:18Z
Registrar Registration Expiration Date: 2018-03-18T01:29:18Z
Registrar: Internet Domain Service BS Corp.
Registrar IANA ID: 2487
Registrar Abuse Contact Email: abuse@internet.bs
Registrar Abuse Contact Phone: +1.5167401179
Reseller:
Domain Status: clientTransferProhibited - http://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Privacy Department
Registrant Organization: OrangeWebsite.com
Registrant Street: Klapparstigur 7
Registrant City: Reykjavik
Registrant State/Province: IS
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.8466244
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: wlevinson@verizon.net
Registry Admin ID:
Admin Name: Privacy Department
Admin Organization: OrangeWebsite.com
Admin Street: Klapparstigur 7
Admin City: Reykjavik
Admin State/Province: IS
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.8466244
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: wlevinson@verizon.net
Registry Tech ID:
Tech Name: Privacy Department
Tech Organization: OrangeWebsite.com
Tech Street: Klapparstigur 7
Tech City: Reykjavik

Tech State/Province: IS
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.8466244
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: wlevinson@verizon.net
Name Server: dns1.orangewebsite.com
Name Server: dns2.orangewebsite.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

# EXHIBIT 33

| Line | Date Published / | Title of Post / Article | URL | Author(s) |
|---|---|---|---|---|
| 1 | No date (currently live) | Chris Paris of Oxebridge Verbally Attacks Veteran Supporter Daryl Guberman and VOB 9009 For Promoting Independence | http://vob9009.com/chris-paris-of-oxebridge-attacks-veteran-supporter-daryl-guberman-and-vob-9009/ | Daryl Guberman / Don Labelle |
| 2 | No date (currently live) | Fraud Alerts and Information | http://www.g-pmc.com/fraud-alerts-and-information/ | Daryl Guberman / Don Labelle |
| 3 | No date (currently live) | Management Team | http://www.g-pmc.com/management/ | Daryl Guberman / Don Labelle |
| 4 | No date (currently live) | Oxebridge owner Chris Paris sued Elsmar Cove and they went out of business | https://www.reddit.com/r/elsmarcove/comments/57pmz2/oxebridge_owner_chris_paris_sued_elsmar_cove_and/ | Marc Smith |
| 5 | No date (currently live) | Warning About Oxebridge Quality Resources and Its Owner Chris Paris | https://www.reddit.com/user/smatshd/comments/6umqq/warning_about_oxebridge_quality_resources_and_its/ | Daryl Guberman / Don Labelle |
| 6 | No date (currently live) | Daryl Guberman reveals all about Oxebridge and Christopher Paris | https://www.reddit.com/user/smatshd/comments/6umqcy/daryl_guberman_reveals_all_about_oxebridge_and/ | Daryl Guberman / Don Labelle |
| 7 | No date (currently live) | TAG-176 Chairman Paul Palmes Asks Daryl Guberman For Assistance With Copyrighted Material Stolen By Christopher Mark Paris of Oxebridge.com | https://www.reddit.com/user/smatshd/comments/6umqyb/tag176_chairman_paul_palmes_asks_daryl_guberman/ | Daryl Guberman / Don Labelle |
| 8 | No date (currently live) | YOUTUBE TEAM reply -About Oxebridge Quality Resources- Owner Chris Paris- PART 3 - | https://www.dailymotion.com/video/x5xcxx8 | Daryl Guberman / Don Labelle |
| 9 | No date (currently live) | Warning About Oxebridge Quality Resources and Its Owner Chris Paris | https://www.reddit.com/search?q=oxebridge%20quality%20resources | Daryl Guberman / Don Labelle |
| 10 | No date (currently live) | Scams In ISO Certification, Chris Paris and Oxebridge | https://sumotri.com/video/view/?id=v31075498c43 | Daryl Guberman / Don Labelle |
| 11 | No date (currently live) | iso watch | http://prsync.com/iso-watch/ | Daryl Guberman / Don Labelle |
| 12 | No date (currently live) | Indecopi Exposed: Oxebridge Owner Chris Paris & Wife Behind Foreign Scam | http://howtovips.club/indecopi-exposed-oxebridge-owner-chris-paris-wife-behind-foreign-scam_HddXKMcHS93o.html | Daryl Guberman / Don Labelle |
| 13 | No date (currently live) | ANAB's New Desperate Defense In The Chris Paris (Oxebridge) Debacle | http://howtovips.club/anabs-new-desperate-defense-in-the-chris-paris-oxebridge-debacle_HMdcauw0wpL0.html | Daryl Guberman / Don Labelle |
| 14 | No date (currently live) | New Website Exposes Oxebridge Con-Artist (Chris Paris) Lawsuits | http://howtovips.club/new-website-exposes-oxebridge-con-artist-chris-paris-lawsuits_HLMbAD25SYdA.html | Daryl Guberman / Don Labelle |
| 15 | No date (currently live) | ANAB's Randy Dougherty's Connection To Oxebridge Con-Artist Chris Paris | http://howtovips.club/anabs-randy-doughertys-connection-to-oxebridge-con-artist-chris-paris_HuwuM4YLq7s0.html | Daryl Guberman / Don Labelle |
| 16 | No date (currently live) | Chris Paris (Oxebridge) Fails To Stop ANAB's Main Competition ABAC | http://howtovips.club/chris-paris-oxebridge-fails-to-stop-anabs-main-competition-abac_HTOyb6gj6sDA.html | Daryl Guberman / Don Labelle |
| 17 | No date (currently live) | IAF & ANAB's Flunky Chris Paris (Oxebridge) Poster Child For Assclown | http://howtovips.club/iaf-anabs-flunky-chris-paris-oxebridge-poster-child-for-assclown_HPA097ogX8Dw.html | Daryl Guberman / Don Labelle |
| 18 | No date (currently live) | Alka Jarvis Copyright Compliant Against Con-Artist Chris Paris (Oxebridge) | http://howtovips.club/alka-jarvis-copyright-compliant-against-con-artist-chris-paris-oxebridge_HW6c0PcA6N4.html | Daryl Guberman / Don Labelle |
| 19 | No date (currently live) | Alka Jarvis Does Her Best To Stop Con-Artist Chris Paris From Speaking At ASQ | http://howtovips.club/alka-jarvis-does-her-best-to-stop-con-artist-chris-paris-from-speaking-at-asq_HIGmZ5fQABHw.html | Daryl Guberman / Don Labelle |
| 20 | No date (currently live) | Accreditation Scam: Oxebridge, Chris Paris, Offshore ISO Certification Scams | http://aboac.org/accreditation-scam-oxebridge-chris-paris-offshore-iso-certification-scams/ | Daryl Guberman / Don Labelle |
| 21 | No date (currently live) | CHRIS PARIS, OWNER OF OXEBRIDGE GOES ON A BIZARRE AND SAD RANT OF THREATS | http://dguberman.com/chris-paris-oxebridge-rant-threats/ | Daryl Guberman / Don Labelle |
| 22 | No date (currently live) | Oxebridge.com Owner Chris Paris Flees To Offshore Web Host After Receiving Over 50 Complaints of Copyright Violations | http://industrialpr.net/oxebridge-com-owner-chris-paris-flees-to-offshore-web-host-after-receiving-over-50-complaints-of-copyright-violations | Daryl Guberman / Don Labelle |
| 23 | No date (currently live) | OXEBRIDGE SCAM NOTICE: Christopher Paris Investigated For Fraud, Copyright Theft, Certification Scams | http://mfgpartners.net/oxebridge-scam-notice-christopher-paris-investigated-for-fraud-copyright-theft-certification-scams/ | Daryl Guberman / Don Labelle |
| 24 | No date (currently live) | ASQ's Support of Business Defamer Christopher Paris May Be Its Own Downfall | https://www.forpressrelease.com/forpressrelease-334419-asqs-support-of-business-defamer-christopher-paris-may-be-its-own-downfall.html | Daryl Guberman / Don Labelle |
| 25 | No date (currently live) | All about Guberman | https://www.guberman-quality.com/daryl-guberman-ceochallenges-iso-propagandist-chris-paris-oxebridge-to-a-live-debate/ | Daryl Guberman / Don Labelle |
| 26 | No date (currently live) | FRAUD NOTICE: OXEBRIDGE, CHRIS PARIS, SCAMS AND ACCREDITATION, ISO FRAUDSTERS | https://dguberman.com/fraud-notice-oxebridge-chris-paris-scams-and-accreditation-iso-fraudsters/ | Daryl Guberman / Don Labelle |
| 27 | No date (currently live) | Oxebridge Owner Christopher Paris Exposed As A Fraud By Industry Insiders | http://www.viv-media.com/infoox-92101-Oxebridge-Owner-Christopher-Paris-Exposed-As-A-Fraud-By-Industry-Insiders-.html | Daryl Guberman / Don Labelle |
| 28 | No date (currently live) | ISO Headquarters Denounces Oxebridge, Chris Paris; Banned From ISO Website | http://hdvds9.com/video/file/ISO-Headquarters-Denounces-Oxebridge%2C-Chris?id=D2uCLHxFqDg | Daryl Guberman / Don Labelle |
| 29 | No date (currently live) | Indecopi Exposed: Oxebridge Owner Chris Paris & Wife Behind Foreign Scam | http://hdvds9.com/video/file/Indecopi-Exposed%3A-Oxebridge-Owner-Chris?id=ddXKMcHS93o | Daryl Guberman / Don Labelle |
| 30 | No date (currently live) | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud, & Copyright Thief Part-3 | http://hdvds9.com/video/file/ANAB-TAG-176-Slams-Oxebridge-Owner?id=8qEhQSwPgEo | Daryl Guberman / Don Labelle |
| 31 | No date (currently live) | TAG 176 - ASKS GUBERMAN-PMC FOR ASSISTANCE WITH DEFAMER- | http://hdvds9.com/video/file/TAG-176-ASKS-GUBERMAN-PMC?id=2Valoc2CTBE | Daryl Guberman / Don Labelle |
| 32 | No date (currently live) | Indecopi Exposed: Oxebridge Owner Chris Paris & Wife Behind Foreign Scam from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-indecopi-exposed-oxebridge-owner-chris-paris-wife-behind-foreign-scam.lZWiX6UeYRqZKA.html | Daryl Guberman / Don Labelle |
| 33 | No date (currently live) | Daryl Guberman-CEO,Challenges ISO Propagandist Chris Paris Oxebridge To "A Live Debate from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-daryl-guberman-ceochallenges-iso-propagandist-chris-paris-oxebridge-to-a-live-debate.hiehpJuHoI82q3o.html | Daryl Guberman / Don Labelle |
| 34 | No date (currently live) | Daryl Guberman-CEO opens up about RANDY DOUGHTERY-ANAB- and Chris Paris PART 2 from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-daryl-guberman-ceo-opens-up-about-randy-doughtery-anab-and-chris-paris-part-2.nXOof4aae4SDcol.html | Daryl Guberman / Don Labelle |
| 35 | No date (currently live) | ANAB's Randy Dougherty's Connection To Oxebridge Con-Artist Chris Paris from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-anab39s-randy-dougherty39s-connection-to-oxebridge-con-artist-chris-paris.pqimfmWKf3aJooGE.html | Daryl Guberman / Don Labelle |
| 36 | No date (currently live) | New Website Exposes Oxebridge Con-Artist (Chris Paris) Lawsuits from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-new-website-exposes-oxebridge-con-artist-chris-paris-lawsuits.fX6TcnVjhGaK0tI.html | Daryl Guberman / Don Labelle |
| 37 | No date (currently live) | ANAB's New Desperate Defense In The Chris Paris (Oxebridge) Debacle from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-anab39s-new-desperate-defense-in-the-chris-paris-oxebridge-debacle.fpWUkqaoYaihFWE.html | Daryl Guberman / Don Labelle |
| 38 | No date (currently live) | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud & Copyright Thief from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-anab-tag-176-slams-oxebridge-owner-chris-paris-as-a-liar-fraud-copyright-thief.doeYgZR2ZaKiqn4.html | Daryl Guberman / Don Labelle |
| 39 | No date (currently live) | ANAB-IAF Mole Reveals Disturbing Information About ANAB-IAF Leadership from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-anab-iaf-mole-reveals-disturbing-information-about-anab-iaf-leadership.lzW3hWehfpuhn3Y.html | Daryl Guberman / Don Labelle |
| 40 | No date (currently live) | Tag 176 source says Oxebridge is getting financed from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-tag-176-source-says-oxebridge-is-getting-financed.lpOWXmaUgXqBomk.html | Daryl Guberman / Don Labelle |
| 41 | No date (currently live) | How To Get Iso Certified Daryl Guberman | https://zmp3.icu/mp3/how-to-get-iso-certified-daryl-guberman.html | Daryl Guberman / Don Labelle |
| 42 | No date (currently live) | Chris Paris of Oxebridge Verbally Attacks Veteran Supporter Daryl Guberman and VOB 9009 For Promoting Independence | http://vob9009.com/tag/oxebridge-quality/ | Daryl Guberman / Don Labelle |
| 43 | No date (currently live) | SpaceX Slaps Down Troubled Owner of Oxebridge Quality Resources | http://aboac.org/news-reviews/ | Daryl Guberman / Don Labelle |

| 44 | No date (currently live) | Oxebridge Fake News WARNING! | http://aboac.org/news-review/ | Daryl Guberman / Don Labelle |
|---|---|---|---|---|
| 45 | No date (currently live) | WARNING ABOUT OXEBRIDGE QUALITY RESOURCES AND ITS OWNER CHRIS PARIS | http://dguberman.com/tag/christopher-paris/ | Daryl Guberman / Don Labelle |
| 46 | No date (currently live) | WARNING ABOUT OXEBRIDGE QUALITY RESOURCES AND ITS OWNER CHRIS PARIS | http://dguberman.com/tag/daryl-guberman/ | Daryl Guberman / Don Labelle |
| 47 | No date (currently live) | Accreditation Scam: Oxebridge, Chris Paris, Offshore ISO Certification Scams | http://aboac.org/tag/oxebridge/ | Daryl Guberman / Don Labelle |
| 48 | No date (currently live) | ABAC Completes Sting Of Generic Management Services & Its Accreditation Body | http://www.g-pmc.com/abac-completes-sting-of-the-romanian-accreditation-association-renar-for-accrediting-bogus-companies/ | Daryl Guberman / Don Labelle |
| 49 | 8/17/2004 to present | Chris Paris - Oxebridge - Interesting... | https://groups.google.com/forum/#!topic/misc.industry.quality/D1KUH8Ll2gO | Marc Smith |
| 50 | 4/8/2016 | Oxebridge and Oxebridge Quality Resources | https://rutube.ru/video/02f423035b02ead85ee5c8fa25427b68/ | Daryl Guberman / Don Labelle |
| 51 | 4/8/2013 to present | Complaint Review: Chris Paris "Quality" Resources - Tampa Florida | https://www.ripoffreport.com/reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805 | Guberman / Smith |
| 52 | 11/4/2013 | SPACE EXPLORATION TECHNOLOGIES (SpaceX) | https://www.yellowbot.com/space-exploration-technologies-hawthorne-ca-1.html | Daryl Guberman / Don Labelle |
| 53 | 3/3/2015 | Elsmar Cove is dood, lange leve Elsmar Cove | https://qualitybs.wordpress.com/2015/08/03/elsmar-cove-is-dood-lange-leve-elsmar-cove/ | Jan van der Kuil via Marc Smith |
| 54 | 10/28/2016 | Complaint Review: Oxebridge / Christopher Paris - Tampa Florida | https://www.ripoffreport.com/reports/oxebridge-christopher-paris/tampa-florida-33619/oxebridge-christopher-paris-oxebridge-quality-resources-international-oxebridge-bankru-1335453 | Daryl Guberman / Don Labelle |
| 55 | 1/8/2017 | WARNING ABOUT OXEBRIDGE QUALITY RESOURCES AND ITS OWNER CHRIS PARIS | http://dguberman.com/warning-about-oxebridge-quality-resources-and-its-owner-chris-paris/ | Daryl Guberman / Don Labelle |
| 56 | 2/14/2017 | Complaint Review: Oxebridge Quality Resources International LLC - Tampa Florida | https://www.ripoffreport.com/reports/oxebridge-quality-resources-international-llc/tampa-florida-33619/oxebridge-quality-resources-international-llc-christopher-mark-paris-publishes-fake-news-1355981 | Daryl Guberman / Don Labelle |
| 57 | 5/6/2017 | ISOQAR Inc | http://www.yscam.com/isoqar-inc-47 | Daryl Guberman / Don Labelle |
| 58 | 5/9/2017 | Lawsuit Against Oxebridge Owner Christopher Paris Could Hold ASQ and ANAB Libel | https://issuu.com/isowatch2017/docs/lawsuit_against_oxebridge_owner_chr/2 | Daryl Guberman / Don Labelle |
| 59 | 5/11/2017 | ASQ's Support of Business Defamer Christopher Paris May Be Its Own Downfall | https://issuu.com/isowatch2017/docs/asq_s_support_of_business_defamer_c | Daryl Guberman / Don Labelle |
| 60 | 5/12/2017 | ASQ's Support of Business Defamer Christopher Paris May Be Its Own Downfall | http://pressreleaseping.com/pressrelease/238029.html | Daryl Guberman / Don Labelle |
| 61 | 5/18/2017 | The Oxebridge Scam: Christopher Mark Paris Exposed As scammer | http://www.authorstream.com/Presentation/bugfixing-3171765-oxebridge-scam-christopher-mark-paris-exposed-scammer/ | Daryl Guberman / Don Labelle |
| 62 | 5/29/2017 | Call For Class Action Lawsuit Against Oxebridge, Chris Paris, Ex-Wife Susan Hicks | http://www.mynewsdesk.com/uk/pressreleases/call-for-class-action-lawsuit-against-oxebridge-chris-paris-ex-wife-susan-hicks-1990597 | Daryl Guberman / Don Labelle |
| 63 | 5/29/2017 | Call For Class Action Lawsuit Against Oxebridge, Chris Paris, Ex-Wife Susan Hicks | https://issuu.com/isowatch2017/docs/call_for_class_action_lawsuit_again | Daryl Guberman / Don Labelle |
| 64 | 5/30/2017 | Bankrupt owner Chris Paris of Oxebridge Quality Resources drags ex-wife into his online scam. | http://www.pressbox.co.uk/cgi-bin/links/page.cgi?g=1888870.html;d=1 | Daryl Guberman / Don Labelle |
| 65 | 5/30/2017 | ANAB's Randy Dougherty, and ISOQAR's Chris Paris; A Marriage of Misconceptions | http://www.mynewsdesk.com/uk/pressreleases/anabs-randy-dougherty-and-isoqars-chris-paris-a-marriage-of-misconceptions-1992369 | Daryl Guberman / Don Labelle |
| 66 | 5/30/2017 | ANAB's Randy Dougherty, and ISOQAR's Chris Paris; A Marriage of Misconceptions | https://www.freeprnow.com/pr/anabs-randy-dougherty-and-isoqars-chris-paris-a-marriage-of-misconceptions | Daryl Guberman / Don Labelle |
| 67 | 6/9/2017 | Oxebridge Owner Christopher Paris Exposed As A Fraud By Industry Insiders | http://www.mynewsdesk.com/uk/pressreleases/oxebridge-owner-christopher-paris-exposed-as-a-fraud-by-industry-insiders-2010373 | Daryl Guberman / Don Labelle |
| 68 | 6/9/2017 | Oxebridge Owner Christopher Paris Exposed As A Fraud By Industry Insiders | http://www.prfree.org/news-oxebridge-owner-christopher-paris-exposed-as-a-fraud-by-industry-insiders-406413.html | Daryl Guberman / Don Labelle |
| 69 | 6/9/2017 | OXEBRIDGE OWNER CHRISTOPHER PARIS EXPOSED AS A FRAUD BY INDUSTRY INSIDERS | https://www.prnewsdistribution.co.uk/oxebridge-owner-christopher-paris-exposed-fraud-industry-insiders/ | Daryl Guberman / Don Labelle |
| 70 | 5/22/2017 | Daryl Guberman - Chris Paris, Owner of Oxebridge Goes On A Bizzare and Sad Rant of Threats | http://darylguberman.blogspot.com/2017/06/chris-paris-owner-of-oxebridge-goes-on.html | Daryl Guberman / Don Labelle |
| 71 | 6/27/2017 | The Oxebridge Scam: Christopher Mark Paris Exposed As scammer | http://www.slidesearch.net/slide/the-oxebridge-scam-christopher-mark-paris-exposed-as-scammer | Daryl Guberman / Don Labelle |
| 72 | 7/4/2017 | Daryl Guberman-CEO opens up about RANDY DOUGHERTY-ANAB and Chris Paris Oxbridge | https://www.youtube.com/watch?v=0wsKaqffVlQ | Daryl Guberman / Don Labelle |
| 73 | 7/5/2017 | Daryl Guberman-CEO opens up about RANDY DOUGHERTY-ANAB and Chris Paris Oxbridge | https://clip4all.com/watch.php?v=0wsKaqffVlQ | Daryl Guberman / Don Labelle |
| 74 | 7/6/2017 | Daryl Guberman-CEO opens up about RANDY DOUGHERTY-ANAB- and Chris Paris PART 2 | https://www.youtube.com/watch?v=IBwNUJiSRAQ | Daryl Guberman / Don Labelle |
| 75 | 7/10/2017 | TAG 176 - ASKS GUBERMAN-PMC FOR ASSISTANCE WITH DEFAMER- | https://www.youtube.com/watch?v=ZValooZCf8E | Daryl Guberman / Don Labelle |
| 76 | 8/1/2017 | Conservative businessman accuses Tampa rival of faking liberal outrage to steal business | http://saintpetersblog.com/conservative-businessman-accuses-tampa-rival-faking-liberal-outrage-steal-business/ | Guberman / Labelle/Levinson |
| 77 | 8/8/2017 | OXEBRIDGE QUALITY RESOURCES HARESSES OUR CUSTOMERS | https://vid.me/vLoZh | Daryl Guberman / Don Labelle |
| 78 | 8/10/2017 | Tag 176 source says Oxebridge is getting financed | https://www.youtube.com/watch?v=e6e-ScPIPq8 | Daryl Guberman / Don Labelle |
| 79 | 8/18/2017 | TAG 176 - ASKS GUBERMAN-PMC FOR ASSISTANCE WITH DEFAMER- | //videos.sapo.cv/T4ZAot4Lg7fH4TFSOT.mi | Daryl Guberman / Don Labelle |
| 80 | 8/18/2017 | Chris Paris and Oxebridge Quality Resources | https://www.metatube.com/en/videos/356539/Chris-Paris-and-Oxebridge-Quality-Resources/ | Daryl Guberman / Don Labelle |
| 81 | 8/18/2017 | Guberman meets senior executives | https://www.youtube.com/watch?v=ONtihVU4BGM | Daryl Guberman / Don Labelle |
| 82 | 8/18/2017 | Scams In ISO Certification, Chris Paris and Oxebridge | //videos.sapo.pt/ZS0Qdf3vT2VPQiQKNnG8 | Daryl Guberman / Don Labelle |
| 83 | 8/18/2017 | Chris Paris and Oxebridge Quality Resources | https://www.dailymotion.com/video/x5xcxi2 | Daryl Guberman / Don Labelle |
| 84 | 8/18/2017 | Chris Paris and Oxebridge Quality Resources | https://www.metatube.com/es/videos/356539/Chris-Paris-and-Oxebridge-Quality-Resources/ | Daryl Guberman / Don Labelle |
| 85 | 8/19/2017 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://rutube.ru/video/6dd62440e40226d5d90c44bd60932b4b9/ | Daryl Guberman / Don Labelle |
| 86 | 8/19/2017 | YOUTUBE TEAM reply -About Oxebridge Quality Resources- Owner Chris Paris- PART 3 | https://rutube.ru/video/0f14d7c350d62e0b118a323c93c6630f/ | Daryl Guberman / Don Labelle |
| 87 | 8/29/2017 | OXEBRIDGE QUALITY RESOURCES HARESSES OUR CUSTOMERS | https://www.youtube.com/watch?v=UzQOyfC9jx8 | Daryl Guberman / Don Labelle |

| 88 | 9/6/2017 | ISO CERTIFICATION MILLS - WHO? ANSWER - ANSI-ASQ ANAB & IAF | https://www.youtube.com/watch?v=c0UDZALg81c | Daryl Guberman / Don Labelle |
| 89 | 12/4/2017 | ISO Certificate Mill Scam: How The Term Is Used By Fake News Website Oxebridge To Mislead Businesses | https://www.youtube.com/watch?v=WW2bKuey2hs | Daryl Guberman / Don Labelle |
| 90 | 1/1/2018 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://www.reddit.com/user/g-pmc/comments/7p9vci/spacex_dumps_ashamed_chris_paris_owner_of_the/ | Daryl Guberman / Don Labelle |
| 91 | 1/1/2018 | Oxebridge's Chris Paris Envious of Bill Levinson and Other Successful P... | https://www.reddit.com/user/g811/comments/7nwj5b/oxebridges_chris_paris_envious_of_bill_levinson/ | Daryl Guberman / Don Labelle |
| 92 | 1/3/2018 | Oxebridge's Chris Paris Envious of Bill Levinson and Other Successful People | https://www.youtube.com/watch?v=9f6dlNC5uqE | Daryl Guberman / Don Labelle |
| 93 | 1/9/2018 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://www.youtube.com/watch?v=AXHl5N5TuLM | Daryl Guberman / Don Labelle |
| 94 | 1/18/2018 | ELON MUSK "WHY? SpaceX Zuma Mission "Total Loss" – By Daryl Guberman-CEO, GUBERMAN-PMC,LLC | https://www.guberman-quality.com/elon-musk-why-spacex-zuma-mission-total-loss-by-daryl-guberman-ceo-guberman-pmcllc/ | Daryl Guberman / Don Labelle |
| 95 | 2/5/2018 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://www.guberman-quality.com/spacex-dumps-ashamed-chris-paris-owner-of-the-oxebridge-scam-debacle-2/ | Daryl Guberman / Don Labelle |
| 96 | 3/1/2018 | Daryl Guberman Challenges ISO Propagandist Chris Paris To 'A Live Debate On Youtube" | https://www.reddit.com/user/g-pmc/comments/81n2o/daryl_guberman_challenges_iso_propagandist_chris/ | Daryl Guberman / Don Labelle |
| 97 | 3/1/2018 | Daryl Guberman-CEO,Challenges ISO Propagandist Chris Paris Oxebridge To "A Live Debate" | https://www.reddit.com/user/g-pmc/comments/81rqxk/daryl_gubermanceochallenges_iso_propagandist/ | Daryl Guberman / Don Labelle |
| 98 | 3/1/2018 | Daryl Guberman-CEO,Challenges ISO Propagandist Chris Paris Oxebridge To "A Live Debate" | https://www.guberman-quality.com/daryl-guberman-ceochallenges-iso-propagandist-chris-paris-oxebridge-to-a-live-debate/ | Daryl Guberman / Don Labelle |
| 99 | 4/20/2018 | Oxebridge Quality Resources Reviews | http://www.yscam.com/oxebridge-quality-resources-10 | Daryl Guberman / Don Labelle |
| 100 | 4/26/2018 | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud & Copyright Thief | https://www.youtube.com/watch?v=EVgPcE4qXyM | Daryl Guberman / Don Labelle |
| 101 | 4/27/2018 | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud & Copyright Thief-Part 2 | https://www.youtube.com/watch?v=9TIs1oIiEY | Daryl Guberman / Don Labelle |
| 102 | 4/30/2018 | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud & Copyright Thief-3 | https://www.youtube.com/watch?v=BqEhQSwPgEo | Daryl Guberman / Don Labelle |
| 103 | 4/30/2018 | ISO Headquarters Denounces Oxebridge, Chris Paris; Banned From ISO Website | https://www.youtube.com/watch?v=O2uCLHIxFQg | Daryl Guberman / Don Labelle |
| 104 | 5/1/2018 | is Randy Doughterty Technical Adviser, Secretly The President Of ANAB? | https://www.youtube.com/watch?v=aKK5u9c1q6I | Daryl Guberman / Don Labelle |
| 105 | 5/1/2018 | ANAB's Randy Doughtery Technical Adviser, Lapdog of Chris Paris Oxbridge | https://www.youtube.com/watch?v=Wm4pCksnALW8 | Daryl Guberman / Don Labelle |
| 106 | 5/1/2018 | The Secret Relationship Between ANAB's Randy Doughtery & Oxebridge's Chr... | https://www.reddit.com/user/g-pmc/comments/8k70do/the_secret_relationship_between_anabs_randy/ | Daryl Guberman / Don Labelle |
| 107 | 5/3/2018 | Daryl Guberman-CEO,Challenges ISO Propagandist Chris Paris Oxebridge To "A Live Debate" | https://www.youtube.com/watch?v=5VpsJVsOEzI | Daryl Guberman / Don Labelle |
| 108 | 5/9/2018 | ANAB-IAF Mole Reveals Disturbing Information About ANAB-IAF Leadership | https://www.youtube.com/watch?v=eTXT6pMjpnE | Daryl Guberman / Don Labelle |
| 109 | 5/10/2018 | A.M. Metal Finishing, Jim Hunter, Chris Paris - Orlando Florida | https://31711577.com/reports/am-metal-finishing-jim-hunter-chris-paris/orlando-florida-32809/am-metal-finishing-jim-hunter-chris-paris-oxebridge-metal-finishing-chris-paris-meta-1442282 | Daryl Guberman / Don Labelle |
| 110 | 5/10/2018 | The Quality Management Shill Game "Mark Erwin AKA "Christopher Paris-Oxebridge Quality Resources" | https://www.youtube.com/watch?v=8iq_MyTOqJI | Daryl Guberman / Don Labelle |
| 111 | 5/10/2018 | Complaint Review: A.M. Metal Finishing, Jim Hunter, Chris Paris - Orlando Florida | http://31711577.com/reports/am-metal-finishing-jim-hunter-chris-paris/orlando-florida-32809/am-metal-finishing-jim-hunter-chris-paris-oxebridge-metal-finishing-chris-paris-meta-1442282 | Daryl Guberman / Don Labelle |
| 112 | 5/14/2018 | ANAB's Randy Doughtery, Condones Intimidation of Woman By Oxebridge's Chris Paris | https://www.youtube.com/watch?v=AFEksKRQvZw | Daryl Guberman / Don Labelle |
| 113 | 5/17/2018 | The Secret Relationship Between ANAB's Randy Doughterty & Oxebridge's Chris Paris | https://www.youtube.com/watch?v=PuIzivmu_9UQ | Daryl Guberman / Don Labelle |
| 114 | 5/17/2018 | ANAB's Randy Doughterty, and ISOQAR's Chris Paris;A Marriage of Misconceptions | https://www.youtube.com/watch?v=sIp6zBpvqTE | Daryl Guberman / Don Labelle |
| 115 | 5/18/2018 | is A.M. Metal Finishing A Victim of Con Artist Chris Paris, Oxebridge? | https://www.youtube.com/watch?v=_ha4v6D5Itk | Daryl Guberman / Don Labelle |
| 116 | 5/18/2018 | Elmsar Cove Members Exposed Con Artist Chris Paris, Oxebridge Owner | https://www.youtube.com/watch?v=AC1wsSaLkno | Daryl Guberman / Don Labelle |
| 117 | 5/18/2018 | is A.M. Metal Finishing A Victim of Con Artist Chris Paris, Oxebridge? | https://brittanyrubio.page.tl/Is-A--M--Metal-Finishing-A-Victim-of-Con-Artist-Chris-Paris%2C-Oxebridge-f-.htm | Daryl Guberman / Don Labelle |
| 118 | 5/18/2018 | is A.M. Metal Finishing A Victim of Con Artist Chris Paris, Oxebridge? | https://www.facebook.com/industrialpr | Daryl Guberman / Don Labelle |
| 119 | 5/20/2018 | is A.M. Metal Finishing A Victim of Con Artist Chris Paris, Oxebridge? | https://rutube.ru/video/afe805ea4af7aa66de09ed22519dec27/ | Daryl Guberman / Don Labelle |
| 120 | 5/20/2018 | is A.M. Metal Finishing A Victim of Con Artist Chris Paris, Oxebridge? | https://www.idesene.com/video/is-am-metal-finishing-a-victim-of-con-artist-chris-paris-oxebridge/10287395 | Daryl Guberman / Don Labelle |
| 121 | 5/23/2018 | Elmsar Cove Members Exposed Con Artist Chris Paris, Oxebridge Owner | https://www.guberman-quality.com/elmsar-cove-members-exposed-con-artist-chris-paris-oxebridge-owner/ | Daryl Guberman / Don Labelle |
| 122 | 5/23/2018 | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud & Copyright Thief | https://www.guberman-quality.com/anab-tag-176-slams-oxebridge-owner-chris-paris-as-a-liar-fraud-copyright-thief/ | Daryl Guberman / Don Labelle |
| 123 | 5/23/2018 | ANAB's Randy Doughterty Technical Adviser, Lapdog of Chris Paris Oxbridge | https://www.guberman-quality.com/anabs-randy-doughterty-technical-adviser-lapdog-of-chris-paris-oxbridge/ | Daryl Guberman / Don Labelle |
| 124 | 5/26/2018 | American Society for Quality | http://www.yscam.com/american-society-for-quality-7a | Daryl Guberman / Don Labelle |
| 125 | 5/26/2018 | Alka Jarvis Does Her Best To Stop Con-Artist Chris Paris From Speaking At ASQ | https://www.youtube.com/watch?v=iGmZSfQA8Hw | Daryl Guberman / Don Labelle |
| 126 | 5/26/2018 | Alka Jarvis Copyright Compliant Against Con-Artist Chris Paris Oxebridge | https://www.youtube.com/watch?v=W6clPcA6N4 | Daryl Guberman / Don Labelle |
| 127 | 5/30/2018 | is Oxebridge Owner Chris Paris Hiding Compensation From ANAB-IAF | https://www.youtube.com/watch?v=hz_SIwuBbBk | Daryl Guberman / Don Labelle |
| 128 | 5/31/2018 | The Quality Management Shill Game "Mark Erwin AKA "Christopher Paris-Oxebridge Quality Resources" | https://www.guberman-quality.com/the-quality-management-shill-game-mark-erwin-aka-christopher-paris-oxebridge-quality-resources/ | Daryl Guberman / Don Labelle |
| 129 | 6/15/2018 | ag 176's Alka Jarvis sticks her foot in her mouth. Fired ! | https://www.youtube.com/watch?v=cqRdT_oQzoo | Daryl Guberman / Don Labelle |
| 130 | 6/18/2018 | IAF & ANAB's Flunky Chris Paris (Oxebridge) Poster Child For Assclown | https://www.youtube.com/watch?v=PAD97ogXBDw | Daryl Guberman / Don Labelle |
| 131 | 6/28/2018 | YOUTUBE TEAM reply -About Oxebridge Quality Resources- Owner Chris Paris- PART 3 - | https://www.youtube.com/watch?v=hznCujidyuE | Daryl Guberman / Don Labelle |

| # | Date | Description | URL | Name |
|---|---|---|---|---|
| 132 | 8/28/2018 | Complaint Review: Oxebridge Quality Resources - Tampa Florida | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | |
| 133 | 8/1/2018 | Oxebridge (Christopher Mark Paris) Lawsuits | http://www.oxebridgequalitylawsuits.com/ | Marc Smith |
| 134 | 8/1/2018 | Index of /oxebridge-2014-GS3100-lawsuit/ | http://www.oxebridgequalitylawsuits.com/oxebridge-2014-GS3100-lawsuit/ | Marc Smith |
| 135 | 8/1/2018 | Index of /Christopher-Mark-Paris-Bankruptcy/ | http://www.oxebridgequalitylawsuits.com/Christopher-Mark-Paris-Bankruptcy/ | Marc Smith |
| 136 | 8/18/2018 | Scams In ISO Certification, Chris Paris and Oxebridge.MP4 | http://www.metacafe.com/watch/11546124/scams-in-iso-certification-chris-paris-and-oxebridge-mp4/ | Daryl Guberman / Don Labelle |
| 137 | 8/18/2018 | Scams In ISO Certification, Chris Paris and Oxebridge | https://www.dailymotion.com/video/x5xcxn8 | Daryl Guberman / Don Labelle |
| 138 | 8/22/2018 | Indecopi Exposed: Oxebridge Owner Chris Paris & Wife Behind Foreign Scam | https://www.youtube.com/watch?v=ddXXMcH5930 | Daryl Guberman / Don Labelle |
| 139 | 8/22/2018 | ANAB's Randy Dougherty's Connection to Oxebridge Con-Artist Chris Paris | https://www.youtube.com/watch?v=uwuM4YLq7o0 | Daryl Guberman / Don Labelle |
| 140 | 8/22/2018 | ANAB's Randy Dougherty's Connection To Oxebridge Con-Artist Chris Paris | http://showtodaytv.com/play-clip-anab39-s-randy-dougherty39-s-connection-to-oxe_tvuwuM4YLq7o0 | Daryl Guberman / Don Labelle |
| 141 | 8/27/2018 | ANAB's New Desperate Defense In The Chris Paris (Oxebridge) Debacle | http://showtodaytv.com/play-clip-anab39-s-new-desperate-defense-in-the-chris-pari_tvMdcauw0wpL0 | Daryl Guberman / Don Labelle |
| 142 | 8/27/2018 | Chris Paris (Oxebridge) Fails To Stop ANAB's Main Competition ABAC | http://showtodaytv.com/play-clip-chris-paris-oxebridge-fails-to-stop-anab39-s-m_tvTOy66g66sDA | Daryl Guberman / Don Labelle |
| 143 | 8/27/2018 | New Website Exposes Oxebridge Con-Artist (Chris Paris) Lawsuits | https://www.youtube.com/watch?v=LMbADZ5SY6A | Daryl Guberman / Don Labelle |
| 144 | 8/27/2018 | Chris Paris (Oxebridge) Fails To Stop ANAB's Main Competition ABAC | https://www.youtube.com/watch?v=TOy66g66sDA | Daryl Guberman / Don Labelle |
| 145 | 8/27/2018 | ANAB's New Desperate Defense In The Chris Paris (Oxebridge) Debacle | https://www.youtube.com/watch?v=Mdcauw0wpL0 | Daryl Guberman / Don Labelle |
| 146 | 8/28/2018 | Indecopi Exposed: Oxebridge Owner Chris Paris & Wife Behind Foreign Scam | http://godlaly.com/video/ddXXMcH5930/indecopi-exposed-oxebridge-owner-chris-paris-&-wife-behind-foreign-scam | Daryl Guberman / Don Labelle |
| 147 | 8/28/2018 | YOUTUBE TEAM reply -About Oxebridge Quality Resources- Owner Chris Paris- PART 3 | http://godlaly.com/video/hznCujdyuE/youtube-team-reply--about-oxebridge-quality-resources--owner-chris-paris--part--- | Daryl Guberman / Don Labelle |
| 148 | 8/28/2018 | Daryl Guberman-CEO opens up about RANDY DOUGHTERY-ANAB- and Chris Paris Oxbridge | http://godlaly.com/video/0wcKaqfFVlQ/daryl-guberman-ceo-opens-up-about-randy-doughtery-anab--and-chris-paris-oxbridge | Daryl Guberman / Don Labelle |
| 149 | 8/28/2018 | ANAB's Randy Dougherty's Connection To Oxebridge Con-Artist Chris Paris | http://godlaly.com/video/uwuM4YLq7o0/anab's-randy-dougherty's-connection-to-oxebridge-con-artist-chris-paris | Daryl Guberman / Don Labelle |
| 150 | 8/28/2018 | Tag 176's Alka Jarvis sticks her foot in her mouth. Fired ! | http://godlaly.com/video/cqRdT_oQzoo/tag-%E2%80%99s-alka-jarvis-sticks-her-foot-in-her-mouth.-fired-! | Daryl Guberman / Don Labelle |
| 151 | 8/28/2018 | ANAB's New Desperate Defense In The Chris Paris (Oxebridge) Debacle | http://godlaly.com/video/Mdcauw0wpL0/anab's-new-desperate-defense-in-the-chris-paris-(oxebridge)-debacle | Daryl Guberman / Don Labelle |
| 152 | No date (currently live) | Debunking Chris Paris & Oxebridge Quality Resources | http://osteinfo.net/ | Bill Levinson |
| 153 | No date (currently live) | Plainsite.org | https://www.plainsite.org/dockets/30qwjh5k/florida-middle-bankruptcy-court/christopher-mark-paris/ | Bill Levinson / Marc Smith |
| 154 | No date (currently live) | Elsmar is back online! | https://sundaybizsys.com/elsmar-is-back-online/ | Sunday Business Systems / Smith |
| 155 | 2/22/2018 | Chris Paris: The Jeff Rense of Quality Management | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | Bill Levinson |
| 156 | 2/17/2018 | Oxebridge and DICWP, and how we know his home was not vandalized | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | Bill Levinson |
| 157 | 2/16/2018 | Oxebridge ISO Standards Users Legal Defense Fund, Questionable Solicitation | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | Bill Levinson |
| 158 | 2/21/2017 | I don't agree with most of this review, but Oxebridge has real problems | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | Bill Levinson |
| 159 | 2/21/2017 | Oxebridge Quality Resources AKA Certificate Mill, Chris Paris, Christopher Paris, Oxebridge, Oxebridge Quality, ISO ISO Fraud!! Chris Paris of Oxebridge Tampa Florida | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | Daryl Guberman |
| 160 | 12/12/2018 | #MAGA Traitors: 10 Most Wanted For Betraying America Chris Paris - Oxebridge- #10 | https://www.youtube.com/watch?v=A4OsC4wqrko | Daryl Guberman |
| 161 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 1 to 5 | https://www.youtube.com/watch?v=oxebridge-nazi-begs-anab-to-sue-daryl-guberman-for-exposing-antisemitism-part-1-to-5/ | Daryl Guberman |
| 162 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 1 | https://youtu.be/zud2jnxEuhQ | Daryl Guberman |
| 163 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 2 | https://youtu.be/hfyOJfm7xKI | Daryl Guberman |
| 164 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 3 | https://youtu.be/RjNR2aUVb-I | Daryl Guberman |
| 165 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 4 | https://youtu.be/TTDxwK9JfPk | Daryl Guberman |
| 166 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 5 | https://youtu.be/PSiYK613UGQ | Daryl Guberman |
| 167 | 5/23/2018 | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud & Copyright Thief | https://www.guberman-quality.com/anab-tag-176-slams-oxebridge-owner-chris-paris-as-a-liar-fraud-copyright-thief/ | Daryl Guberman |
| 168 | 5/23/2018 | ISO Headquarters Denounces Oxebridge, Chris Paris; Banned From ISO Website | https://www.guberman-quality.com/iso-headquarters-denounces-oxebridge-chris-paris-banned-from-iso-website/ | Daryl Guberman |
| 169 | 5/22/2018 | ANAB's Randy Dougherty, Condones Intimidation of Woman By Oxebridge's Chris Paris. | https://www.guberman-quality.com/anabs-randy-dougherty-condones-intimidation-of-woman-by-oxebridges-chris-paris/ | Daryl Guberman |
| 170 | 5/22/2018 | The Secret Relationship Between ANAB's Randy Dougherty & Oxebridge's Chris Paris | https://www.guberman-quality.com/the-secret-relationship-between-anabs-randy-dougherty-oxebridges-chris-paris/ | Daryl Guberman |
| 171 | 5/22/2018 | Is A.M. Metal Finishing A Victim of Con Artist Chris Paris, Oxebridge? | https://www.guberman-quality.com/is-a-m-metal-finishing-a-victim-of-con-artist-chris-paris-oxebridge/ | Daryl Guberman |
| 172 | 5/22/2018 | Elmsar Cove Members Exposed Con Artist Chris Paris, Oxebridge Owner | https://www.guberman-quality.com/elmsar-cove-members-exposed-con-artist-chris-paris-oxebridge-owner/ | Daryl Guberman |
| 173 | 3/31/2018 | The Quality Management Shill Game "Mark Erwin AKA "Christopher Paris-Oxebridge Quality Resources" | https://www.guberman-quality.com/the-quality-management-shill-game-mark-erwin-aka-christopher-paris-oxebridge-quality-resources/ | Daryl Guberman |
| 174 | 3/9/2018 | Daryl Guberman-CEO,Challenges ISO Propagandist Chris Paris Oxebridge To "A Live Debate" | https://www.guberman-quality.com/daryl-guberman-ceochallenges-iso-propagandist-chris-paris-oxebridge-to-a-live-debate/ | Daryl Guberman |
| 175 | 2/5/2018 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://www.guberman-quality.com/spacex-dumps-ashamed-chris-paris-owner-of-the-oxebridge-scam-debacle-2/ | Daryl Guberman |

| 176 | 2/3/2018 | Oxebridge's Chris Paris Envious of Bill Levinson and Other Successful People | https://www.guberman-quality.com/oxebridges-chris-paris-envious-of-bill-levinson-and-other-successful-people/ | Daryl Guberman |
| 177 | 1/18/2018 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://www.guberman-quality.com/spacex-dumps-ashamed-chris-paris-owner-of-the-oxebridge-scam-debacle/ | Daryl Guberman |
| 178 | 10/6/2017 | Tag 176 source says Oxebridge is getting financed | https://www.guberman-quality.com/tag-176-source-says-oxebridge-is-getting-financed/ | Daryl Guberman |
| 179 | 10/6/2017 | YOUTUBE TEAM reply -About Oxebridge Quality Resources- Owner Chris Paris- PART 3 – | https://www.guberman-quality.com/youtube-team-reply-about-oxebridge-quality-resources-owner-chris-paris-part-3/ | Daryl Guberman |
| 180 | 5/23/2018 | Is Randy Dougherty Technical Advisor, Secretly The President Of ANAB? | https://www.guberman-quality.com/is-randy-dougherty-technical-advisor-secretly-the-president-of-anab/ | Daryl Guberman |
| 181 | 5/23/2018 | ANAB's Randy Doughtery Technical Adviser, Lapdog of Chris Paris Oxbridge | https://www.guberman-quality.com/anabs-randy-doughtery-technical-adviser-lapdog-of-chris-paris-oxbridge/ | Daryl Guberman |
| 182 | 5/22/2018 | ANAB-IAF Mole Reveals Disturbing Information About ANAB-IAF Leadership | https://www.guberman-quality.com/anab-iaf-mole-reveals-disturbing-information-about-anab-iaf-leadership/ | Daryl Guberman |
| 183 | 5/22/2018 | ANAB's Randy Dougherty, and ISOQAR's Chris Paris;A Marriage of Misconceptions | https://www.guberman-quality.com/anabs-randy-dougherty-and-isoqars-chris-parisa-marriage-of-misconceptions/ | Daryl Guberman |
| 184 | 3/31/2018 | ASQ's Ties To Terror States Iran & Pakistan: Ignorance Precedes Carelessness For Money | https://www.guberman-quality.com/asqs-ties-to-terror-states-iran-pakistan-ignorance-precedes-carelessness-for-money/ | Daryl Guberman |
| 185 | 3/31/2018 | ANSI's Ties To Terror States, Iran & Pakistan: Ignorance Precedes Carelessness For Money" | https://www.guberman-quality.com/ansis-ties-to-terror-states-iran-pakistan-ignorance-precedes-carelessness-for-money/ | Daryl Guberman |
| 186 | 3/31/2018 | China-Led-IAF, Ties To Terror States Iran & Pakistan: Ignorance Precedes Carelessness For Money | https://www.guberman-quality.com/china-led-iaf-ties-to-terror-states-iran-pakistan-ignorance-precedes-carelessness-for-money/ | Daryl Guberman |
| 187 | 3/30/2018 | Conartist Elon Musk Neglects Warnings Of Quality Failures & ISO Certification Corruption | https://www.guberman-quality.com/conartist-elon-musk-neglects-warnings-of-quality-failures-iso-certification-corruption/ | Daryl Guberman |
| 188 | 11/14/2017 | Paul Palmes TAG 176 Chairman works to untangle-2016 – internet defamer protected by ISO & ASQ | https://www.guberman-quality.com/paul-palmes-tag-176-chairman-works-to-untangle-2016-internet-defamer-protected-by-iso-asq/ | Daryl Guberman |

# EXHIBIT 34

**Subject:** [DigitalOcean] New Ticket # 1132418 : DCMA -LISA UHRIG-- #1
**From:** DigitalOcean <support@support.digitalocean.com>
**Date:** 7/18/2016 10:46 PM
**To:** <cparis@oxebridge.com>

DMCA NOTICE
Digital Ocean
Abuse Department
101 Ave of the Americas
New York, NY 10013

This letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and I seek the removal of the aforementioned infringing material from your servers owned and managed by Digital Ocean, and hosted on the domain Oxebridge.com

Page where copyrighted image is hosted on Oxebridge.com without permission:https://www.oxebridge.com/emma/another-ustag-member-wants-to-hide-from-constituents/ [https://www.oxebridge.com/emma/another-ustag-member-wants-to-hide-from-constituents/]

Link where copyrighted image is hosted on Oxebridge.com without permission:http://videos.asq.org/validation-survey-offers-broader-view [http://videos.asq.org/validation-survey-offers-broader-view] (PLEASE GIVE THE VIDEO A CHANCE TO START)

I request that you immediately notify the infringer of this notice and inform them of their duty to remove the infringing material immediately, and notify them to cease any further posting of infringing material to your server in the future.

Please also be advised that law requires you, as a service provider, to remove or disable access to the infringing materials upon receiving this notice.

Under US law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and ultimately remove or otherwise disable the infringing material from your servers with all due speed should the direct infringer, your client, not comply immediately.

I am providing this notice in good faith and with the reasonable belief that rights my company owns are being infringed. Under penalty of perjury I certify that the information contained in the notification is both true and accurate, and I have the authority to act on behalf of the owner of the copyright(s) involved.

I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am the owner, or authorized to act on behalf of the owner, of the copyright or of an exclusive right under the copyright that is allegedly infringed.

Should you wish to discuss this with me please contact me directly.

Daryl Guberman

Daryl Guberman-CEO
203-556-1493
www.dguberman.com [http://www.dguberman.com/]

email-ceo@dguberman.com [mailto:ceo@dguberman.com]
GUBERMAN-PMC, LLC

* See my Latest Endorsements from Company Presidents and Managers in the Manufacturing
Community at:
http://dguberman.com/Endorsements.html [http://dguberman.com/Endorsements.html]

""It is not the certificate that makes the company, it is the company that makes the
certification."
-Daryl Guberman-
" We are as good as our name"
-Daryl Guberman-
"The bitterness of poor quality remains long after the sweetness of a low price is
forgotten"
- Benjamin Franklin-
"It is impossible to calculate the moral mischief, if I may so express it, that mental
lying has produced in society. When a man has so far corrupted and prostituted the
chastity of his mind as to subscribe his professional belief to things he does not
believe, he has prepared himself for the commission of every other crime".

Thomas Paine
This e-mail and any attachments are for the intended recipient(s) only and may contain
proprietary, confidential material. If you are not the intended recipient, (even if the
email address above is yours) do not use, retain, copy or disclose any part of this
communication or any attachment as it is strictly prohibited and may be unlawful. If
you believe that you have received this e-mail in error, please notify the sender
immediately and permanently delete.

Please login to view the ticket:
https://www.digitalocean.com/support/tickets

Thanks so much,
DigitalOcean

# EXHIBIT 35

**Subject:** [DigitalOcean] New Ticket # 1132419 : DCMA -DENISE ROBITALLE- #1
**From:** DigitalOcean <support@support.digitalocean.com>
**Date:** 7/18/2016 10:46 PM
**To:** <cparis@oxebridge.com>

DMCA NOTICE

Digitial Ocean
Legal Department
101 Ave of the Americas
New York, NY 10013

This letter is official notification under Section 512(c) of the Digital Millennium
Copyright Act ("DMCA"), and I seek the removal of the aforementioned infringing
material from your servers owned and managed by Digital Ocean, and hosted on the
domainhttps://www.oxebridge.com/emma/2013-robitaille-article-the-fat-lady-sung/
I request that you immediately notify the infringer of this notice and inform them of
their duty to remove the infringing material immediately, and notify them to cease any
further posting of infringing material to your server in the future.
Please also be advised that law requires you, as a service provider, to remove or
disable access to the infringing materials upon receiving this notice.
Under US law a service provider, such as yourself, enjoys immunity from a copyright
lawsuit provided that you act with deliberate speed to investigate and rectify ongoing
copyright infringement. If service providers do not investigate and remove or disable
the infringing material this immunity is lost. Therefore, in order for you to remain
immune from a copyright infringement action you will need to investigate and ultimately
remove or otherwise disable the infringing material from your servers with all due
speed should the direct infringer, your client, not comply immediately.
I am providing this notice in good faith and with the reasonable belief that rights my
company owns are being infringed. Under penalty of perjury I certify that the
information contained in the notification is both true and accurate, and I have the
authority to act on behalf of the owner of the copyright(s) involved.
I hereby state that the information in this Notice is accurate and, under penalty of
perjury, that I am the owner, or authorized to act on behalf of the owner, of the
copyright or of an exclusive right under the copyright that is allegedly infringed.
Should you wish to discuss this with me please contact me directly.
(ELECTRONIC SIGNATURE below IS A TESTAMENT AS IF I HAVE SIGNED IT-203-556-1493)

Daryl Guberman

Daryl Guberman-CEO
203-556-1493
www.dguberman.com [http://www.dguberman.com/]

email-ceo@dguberman.com [mailto:ceo@dguberman.com]
GUBERMAN-PMC, LLC

* See my Latest Endorsements from Company Presidents and Managers in the Manufacturing
Community at:
http://dguberman.com/Endorsements.html [http://dguberman.com/Endorsements.html]

""It is not the certificate that makes the company, it is the company that makes the
certification."
-Daryl Guberman-

" We are as good as our name"
-Daryl Guberman-
"The bitterness of poor quality remains long after the sweetness of a low price is forgotten"
- Benjamin Franklin-
"It is impossible to calculate the moral mischief, if I may so express it, that mental lying has produced in society. When a man has so far corrupted and prostituted the chastity of his mind as to subscribe his professional belief to things he does not believe, he has prepared himself for the commission of every other crime".

Thomas Paine
This e-mail and any attachments are for the intended recipient(s) only and may contain proprietary, confidential material. If you are not the intended recipient, (even if the email address above is yours) do not use, retain, copy or disclose any part of this communication or any attachment as it is strictly prohibited and may be unlawful. If you believe that you have received this e-mail in error, please notify the sender immediately and permanently delete.
This email may be a personal communication from the sender and as such does not represent the views of the company.

Please login to view the ticket:
https://www.digitalocean.com/support/tickets

Thanks so much,
DigitalOcean

# EXHIBIT 36

**Subject:** [DigitalOcean] New Ticket # 1132486 : DCMA -ALKA JARVIS- #2
**From:**    DigitalOcean <support@support.digitalocean.com>
**Date:**    7/18/2016 11:32 PM
**To:**      <cparis@oxebridge.com>

DMCA NOTICE
Digital Ocean
Abuse Department
101 Ave of the Americas
New York, NY 10013

This letter is official notification under Section 512(c) of the Digital Millennium
Copyright Act ("DMCA"), and I seek the removal of the aforementioned infringing
material from your servers owned and managed by Digital Ocean, and hosted on the domain
Oxebridge.com

Page where copyrighted image is hosted on Oxebridge.com without
permission:https://www.oxebridge.com/emma/quality-digests-reporting-of-alka-jarvis-
election-in-2005/ [https://www.oxebridge.com/emma/quality-digests-reporting-of-alka-
jarvis-election-in-2005/%C2%A0]

Link where copyrighted image is hosted on Oxebridge.com without
permission:http://www.qualitydigest.com/inside/standards-news/news-us-tag-tc-176
[http://www.qualitydigest.com/inside/standards-news/news-us-tag-tc-176]

I request that you immediately notify the infringer of this notice and inform them of
their duty to remove the infringing material immediately, and notify them to cease any
further posting of infringing material to your server in the future.

Please also be advised that law requires you, as a service provider, to remove or
disable access to the infringing materials upon receiving this notice.

Under US law a service provider, such as yourself, enjoys immunity from a copyright
lawsuit provided that you act with deliberate speed to investigate and rectify ongoing
copyright infringement. If service providers do not investigate and remove or disable
the infringing material this immunity is lost. Therefore, in order for you to remain
immune from a copyright infringement action you will need to investigate and ultimately
remove or otherwise disable the infringing material from your servers with all due
speed should the direct infringer, your client, not comply immediately.

I am providing this notice in good faith and with the reasonable belief that rights my
company owns are being infringed. Under penalty of perjury I certify that the
information contained in the notification is both true and accurate, and I have the
authority to act on behalf of the owner of the copyright(s) involved.

I hereby state that the information in this Notice is accurate and, under penalty of
perjury, that I am the owner, or authorized to act on behalf of the owner, of the
copyright or of an exclusive right under the copyright that is allegedly infringed.

Should you wish to discuss this with me please contact me directly.
(ELECTRONIC SIGNATURE IS AS IF I signed it -203-556-1493)


Daryl Guberman

Daryl Guberman-CEO
203-556-1493
www.dguberman.com [http://www.dguberman.com/]

email-ceo@dguberman.com [mailto:ceo@dguberman.com]
GUBERMAN-PMC, LLC

* See my Latest Endorsements from Company Presidents and Managers in the Manufacturing
Community at:
http://dguberman.com/Endorsements.html [http://dguberman.com/Endorsements.html]

""It is not the certificate that makes the company, it is the company that makes the
certification."
-Daryl Guberman-
" We are as good as our name"
-Daryl Guberman-
"The bitterness of poor quality remains long after the sweetness of a low price is
forgotten"
- Benjamin Franklin-
"It is impossible to calculate the moral mischief, if I may so express it, that mental
lying has produced in society. When a man has so far corrupted and prostituted the
chastity of his mind as to subscribe his professional belief to things he does not
believe, he has prepared himself for the commission of every other crime".

Thomas Paine

This e-mail and any attachments are for the intended recipient(s) only and may contain
proprietary, confidential material. If you are not the intended recipient, (even if the
email address above is yours) do not use, retain, copy or disclose any part of this
communication or any attachment as it is strictly prohibited and may be unlawful. If
you believe that you have received this e-mail in error, please notify the sender
immediately and permanently delete.
This email may be a personal communication from the sender and as such does not
represent the views of the company.

Please login to view the ticket:
https://www.digitalocean.com/support/tickets

Thanks so much,
DigitalOcean

# EXHIBIT 37



Inicio    Preguntas Frecuentes - FAQ    Contáctenos    Cuenta

# Ver Ticket #414051

### Re: segundo aviso de archivos con copyright.

| Enviado | Departamento | Status |
|---|---|---|
| | Operaciones | Cerrado |

« Atrás    Reply

**Jhosep Quiñonez || Empleado**      10/08/2016 13:25

Estimado,

Ok quedamos ateneos a su actualización en el caso.

Saludos Cordiales
Soporte - Inkahosting.com.pe

¿Cómo calificaría esta respuesta? **Pobre**      **Excelente**

**Christopher Mark Paris || Cliente**      10/08/2016 11:25

Por la ley de DMCA,
tengo 5 dias para responder con un Counter Notice oficial. No
puedes hacer nada antes.
La notificacion abajo
es falsa. La direccion de "Donald LaBelle" no existe, y la foto
de Paul Palmes no es la propiedad de LaBelle. Mi abogado esta
preparando un Counter Notice oficial.
CP


On 8/10/2016 8:57 AM, Empresas de
Hosting de Peru wrote:


body,td { font-family: verdana; font-size: 11px; font-weight: normal; }
a { color: #0000ff; }


Estimado Christoper:

Nuevamente hemos recibido un aviso de imagenes con copyright
alojados, en su sitio web, razon por la cual, nos vimos en la
obligacion de bloquearlas. Le solicitamos encarecidamente, que se
abstenga de subir este tipo de archivos a nuestro servidor, ya
que; esto nos genera problemas. Cumplo con informar, que si esto
vuelve a ocurrir; nos veremos en la obligacion de bajar su sitio
web completo. A continuacion adjunto un extracto del mail recibido
el dia de hoy.


DMCA NOTICE
This letter is a Notice of Infringement as authorized in § 512(c)
of the U.S. Copyright Law under the Digital Millennium Copyright
Act (DMCA). I wish to report an instance of Copyright
Infringement. The infringing material appears on a website for
which you are the designated host.
The copyrighted material, which I contend appears illegally on the
website for which you provide hosting services, is the following:

Photograph (Head shot) of Paul Palmes being used without
permission by your client Christopher Paris of Oxebridge.com
It appears at:
https://www.oxebridge.com/emma/wp-content/uploads/2015/03/206e735.jpg
The page infringing the copyrighted work appears at:
https://www.oxebridge.com/emma/new-tag-176-problems-paul-palmes-exaggerated-work-history-by-23-years/
I have a good faith belief that use of the copyrighted materials
as described above is not authorized by the copyright owner, its
agent, or the law.
I swear, under penalty of perjury, that the information in the
notification is accurate and that I am the copyright owner or am
authorized to act on behalf of the owner of an exclusive right
that is allegedly infringed.


DMCA NOTICE #2
To Whom It May Concern,
This letter is a Notice of Infringement as authorized in § 512(c)
of the U.S. Copyright Law under the Digital Millennium Copyright
Act (DMCA). I wish to report an instance of Copyright
Infringement. The infringing material appears on a website for
which you are the designated host.
The copyrighted material, which I contend appears illegally on the
website for which you provide hosting services, is the following:
Photograph taken by camera of a building (The Plastic Factory),
I'm the photographer of the image illegally posted on your
client's website. The image also includes the coporate logo of our
company being used without permission by your client.
It appears at:
https://www.oxebridge.com/emma/wp-content/uploads/2014/11/plasticsfactory.jpg
My contact information is as follows:
Donald LaBelle
244 Fifth Avenue, Suite C-166
New York, NY 10001
617-335-9142

Esperando una buena acogida.

Atte.
Fabian Castillo
Operaciones - Inkahosting.com.pe

[ « Atrás ]  [ Reply ]

**Idioma:** [ Spanish ▼ ]                    Copyright © 2011 Empresas de Hosting de Peru. All Rights Reserved.

# EXHIBIT 38



# EXHIBIT 39

**Lawsuit Against Oxebridge Owner Christopher Paris Could Hold ASQ and ANAB Libel**

**Legal action may reveal collusion between Oxebridge, ISOQAR, ANAB and IAF, which has gone largely unnoticed.**

**Clearwater, Florida --** Quality professionals across the country may hold the American Society for Quality (ASQ) and The ANSI-ASQ National Accreditation Board (ANAB) equally responsible for the business defamation and copyright infringement activities of Christopher Mark Paris, owner of the failing company Oxebridge Quality Resources, which was recently reported to be a fake news website by ISO policy makers at http://www.osteinfo.com

An online petition is calling for a class action lawsuit against ASQ and ANAB for its support of Christopher Paris and his company Florida-based Oxebridge Quality Resources International. The petition cites ASQ leadership provides financial support for Mr. Paris by providing him speaking engagements to promote his organization which engages in smear campaigns against quality managers and business owners, particularly organizations in competition with ASQ-ANSI-ANAB and the International Accreditation Forum (IAF).

An active lawsuit against Paris resulted in a recent cancellation of an ASQ speaking engagement in Tampa, Florida which he announced on the Oxebridge website which he utilizes to smear business competitors. Paris attempts to make excuses for the termination by publishing the following misleading statement:

"Sorry to say I will not be appearing at the coming ASQ Tampa event, as I am currently being sued by an ASQ Fellow and Section Chair from another part of the country. The litigation has nothing to do with ASQ Tampa, but given the role ASQ is playing in the litigation, it's unwise for me to continue to appear at ASQ events in any capacity."

Paris, in his own words, admits ASQ is playing a role in the matter, and therefore, an increasing number of business owners are calling for ASQ-ANSI-ANAB to be held libel due to its role of willingly and knowing providing Paris a platform to promote his defamation campaigns. To win a defamation case, a plaintiff must show four things: 1) a false statement purporting to be fact; 2) publication or communication of that statement to a third person; 3) fault amounting to at least negligence; and 4) damages, or some harm caused to the person or entity who is the subject of the statement.

Christopher Mark Paris filed for Chapter 7 Bankruptcy shortly after legal troubles with businesses in New York and Ohio (https://www.plainsite.org/dockets/30qwijh5k/florida-middle-bankruptcy-court/christopher-mark-paris/).

The situation looks brim for not only Paris, but also ASQ and ANAB. Both organizations have been informed several times about his activities. Numerous complaints about Oxebridge have been filed from various organizations and individuals, including TAG-176 Chairman Paul Palmes, and fellows Lori Hunt, Alka Jarvis, Jack West, and dozens of others in the quality community. In all cases, ASQ-ANAB-IAF leadership failed to take action, and continued to provide Paris a platform to promote his smear campaigns.

Despite dozens of complaints of copyright infringement, business defamation, ongoing character assassination campaigns, and writing disturbing material about minority-owned and Jewish-owned businesses, Chris Paris continues to be allowed to speak on behalf of the American Society for Quality. ISO Watch is investigating if the speaking engagements given to Paris was awarded to him as compensation for the smear campaign he engages in to discredit organizations in competition with ASQ affiliates, primarily ANAB and IAF.

The liability factor for ANAB may rise significantly if Christopher Paris is shown to be behind the certificate mill ISOQAR of Bonita Springs, Florida. The organization is promoting itself as being a member of IAF, and so-called "accredited" by ANAB. ISO Watch is investigating the actual ownership of ISQQAR and Chris Paris, and its oversight body, The ANSI-ASQ National Accreditation Board (ANAB). The only individual found on the ISOQAR website is Christopher Paris. ISO Watch will release the outcome of the investigation to the public shortly.

**About ISO Watch:**
Launched in April 2017, ISO Watch investigates and reports on matters associated with the ISO certification and accreditation industry. As an independent over-seer for the quality community, ISO Watch investigates complaints on accredited and unaccredited certification bodies, bogus accreditation schemes, dishonest consultants, anti-competitive business practices, crony capitalism, as well as individuals engaged in questionable activities in the certification and accreditation of quality management systems in private and governmental sectors. Website coming soon.

Distributed by ISO Watch
London, England
United Kingdom

# EXHIBIT 40

# Call For Class Action Lawsuit Against Oxebridge, Chris Paris, Ex-Wife Susan Hicks

### *Bankrupt owner Chris Paris of Oxebridge Quality Resources drags ex-wife into his online scam.*

**Winter Haven, FL / Robbinsville, NC --** ISO Watch recently discovered an online complaint and petition calling for a class action lawsuit against the disturbed owner of Oxebridge Quality Resources Christopher Mark Paris and his ex-wife Susan Hicks of Robbinsville, North Carolina. The complaint cites, Mrs Hicks, the former President of the fake news website Oxebridge.com, is believed to have fled Florida after numerous complaints against her company Oxebridge Quality Resources. It's current President is her ex-husband Chris Paris, also known as Chris Erwin and Christine Erwin (Paris) according to some reports. Mr. Paris is a small man in stature with a feminine nature, he is believed to suffering from a personality disorder, common among narcissist. Narcissism is the pursuit of gratification from vanity or egotistic admiration of one's own attributes. See http://www.osteinfo.com

 

**Chris Paris**        **Susan Hicks**

Mr. Paris filed for Chapter 7 Bankruptcy in 2016 to evade paying creditors over $600,000 owed in rising business, personal and legal expenses. He is currently being sued for numerous defamation charges and character assassination campaigns against his competitors. He is notorious for publishing racially-motivated material against Jews and other minorities, and he has been accused of dozens of copyright violations by members of the quality community.

Chris Paris has become the poster child of failure in the quality community. Ironically, he pretends to be a success despite operating a bogus business with no known customers, or even a single endorsement. Chris Paris has become a joke of the quality community among those that know his antics. In response, Paris has turned to literally begging for money on Linkedin and other social media sites begging for others to pay for his legal endeavors. (https://www.scribd.com/document/330740419/Oxebridge-Bankruptcy-Christopher-Paris-Document-Gov-uscourts-flmb-1206603-14-0).

Unfortunately, a class action lawsuit against Paris could also drag his ex-wife Susan Hicks into court for the simple reason that she served as President of the company during much of the alleged defamation and copyright infringement of Oxebridge.com. As the former President of the company, Mrs Hicks could still be held libel even if the defamation, threats, and copyright infringement was discretely executed by her husband without Ms. Hicks being aware of his bizarre activities.

Susan Hicks was born in 1973 and is believed to be currently living in Robbinsville, North Carolina. Before that, she lived in Winter Haven, Florida from 2000 to 2012. Ms. Hicks attended Gainesville High

School in Gainesville, Florida and graduated class of 1991. The former President of Oxebridge Quality Resources appears to be currently.

Mr. Paris is re-married to a Peruvian woman. She does not appear to be involved in the Oxebridge scam, so ISO Watch will not reveal her name as she appears to be an innocent bystander in his actions. In any case, it's more than likely the new Mrs. Paris is not aware of her husband's ongoing legal and financial troubles, or his ongoing attacks on Jewish business owners and woman-owned businesses.

Peru is one of many countries in Latin America that has recently become a haven for financially struggling men in the United States, particularly middle aged divorcees unable to relate or accept more independent-minded liberated American women. The embarrassment that Mr. Paris probably brings to his wife's family from his ongoing defamatory attacks on innocent people, including women and minorities struggling to compete in the business world is frankly shameful, and unfortunate for her family's name.

ISO Watch is in the process of tracking down other scammers involved in or supporting the Oxebridge scam. Complete stories of these individuals will be released after the investigation.

**Distributed by ISO Watch**
London, England
United Kingdom

# EXHIBIT 41

**Christopher Paris**

| | |
|---|---|
| **From:** | Chuck Stohlman <charles@cstohlmanlaw.com> |
| **Sent:** | Thursday, February 02, 2017 11:41 PM |
| **To:** | Christopher M. Paris |
| **Cc:** | James.Hubbard11@gmail.com |
| **Subject:** | FWD to Client : US Trustee Request for  production of documents in case no. 8:16-03463-KRM Paris |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Chris, I believe those jerks contacted the United States Trustee's Office at the Department of Justice and made the same false allegations. Unfortunately as a result of the claim they filed the US Trustee's Office is investigating the allegations. There shouldn't be anything to worry about but there will be the inconvenience of providing the documentation they requested. I did ask the bankruptcy analyst to at least look into the possibility of bringing separate charges against the individual(s) who filed the claims against you if it turns out that those allegations were totally false and they were just manipulating the court system as a means of harassing you.

Charles T Stohlman, Esq.
*The Stohlman Law Firm, LLC*
120 E. Pine St., Suite #7
Lakeland, FL 33801
Phone: 863-603-0856 Fax: 863-603-9677
E-mail: Charless@cstohlmanlaw.com
Firm Website: www.CStohlmanLAW.com

The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.

**From:** Don LaBelle [mailto:mfgpartners.net@gmail.com]
**Sent:** Thursday, January 26, 2017 9:43 PM
**To:** Christopher Paris <chris@oxebridge.com>; 'Daryl Guberman-CEO' <ceo@dguberman.com>
**Subject:**

Chris we came across additional content you wrote about us and you continue to engage in copyright infringement of our material. Thus we have the legal right to respond to you.

We become aware you may have concealed assets and income in your Chapter 7 filing. This is to inform you we are contacting your creditors to inform them you are claiming Oxebridge is financially stable. You claimed your ex-wife Susan Hicks is living with you at the time of your bankruptcy filing, and you further claimed you have not lived anywhere else within the last three years.

We have learned you are hiding assets and concealing income from your creditors. I suggest you turn yourself over to the authorities. It appears you ate guilty of perjury in the court of law.

And I remind you â€Žonce again, you are using our copyrighted material without authorization.

Goodnight Chris, sleep well

**From:** Sox, Jill W. (USTP) [mailto:Jill.W.Sox@usdoj.gov]
**Sent:** Thursday, February 02, 2017 3:11 PM
**To:** Charless@cstohlmanlaw.com
**Subject:** 8:16-03463-KRM Paris - document request

Chuck,

1

As discussed this afternoon, we recently received additional information which may affect the bankruptcy case. Pursuant to 28 U.S.C. § 586, the United States Trustee is responsible for supervising the administration of bankruptcy cases, which includes taking such action as is appropriate to ensure compliance with the provisions contained in the United States Bankruptcy Code and Rules. Please have your client provide the following information no later than February 23rd.

- Copies of bank statements for all accounts on which the debtor had signatory authority for the period 5/1/14 – present. Include business, personal and all accounts closed during that time period.
- Check register, copies of cancelled checks or accounting ledger which details all disbursements in excess of $500 in the above statements ( date, check #, payee, amount, etc.)
- Copies of 2014, 2015 and 2016 individual and business Federal tax returns **with** all W-2s,1099s attachments and schedules

Please contact me if you have any questions. We appreciate your client's cooperation in this matter.

Thank you,

**Jill W. Sox, CPA**

Bankruptcy Analyst

U.S. Department of Justice

Office of the United States Trustee

501 East Polk Street, Suite 1200

Tampa, Florida 33602-3945

(813) 228-2119

jill.w.sox@usdoj.gov

# EXHIBIT 42



# EXHIBIT 43



§ SCRIBD    Explore    Search                    Upload    Saved

Lawyer

👍 0   👎 0   0 views

**Download**

**Save for Later**

f  ✕  in  ✉  ↔ Embed

**Description:** This document provides 100% FACTUAL VERIFIABLE EVIDENCE about the known scammer Christopher Mark Paris...

**View More**

Read anywhere with the Scribd app

Documents About Settlement (Litigation)

VW Diesel case: Motion for Settlement Motion for Final Approval August 26
by AutoblogGreen

### Description

This document provides 100% FACTUAL VERIFIABLE EVIDENCE about the known scammer Christopher Mark Paris who operates a fake company disguised as a news site. Chris Paris has no customers, was outcast by SpaceX for racial slurs, and was caught numerous times stealing copyrighted images from other websites. Now the Oxebridge owner is trying to conceal his bankruptcy to make people believe he's a "success." Here's the evidence you need to protect yourself from this scammer.

**Copyright:** © All Rights Reserved

**Download** as PDF, TXT or read online from Scribd

Flag for inappropriate content

Christopher Paris (Oxebrid "Lawyers Up" *18 May 2017 U Paris requests additional time "Answer" the complant. Imlementation Consultant needs more time.*

Only I Can Defend You

SpaceX Slaps Down Chris Paris

Oxebridge Services - **The Peru**

hris Paris has a Meltdown - esorts to "EmailChimp" email Blast" with more efamation/libel and outright lies **14 May 2017** ile under Fake News

Oxebridge - Still Begging for Money - So many donations over 82 weeks (How many years is that?) "MailChimp" Email "Blast" has

Does Chris Paris' "O-Forum" have a (if not more than one) Sock Puppet? Who is David Leary? Another "John Drake"? - 15 May 2017

The Daryl Guberman -

# EXHIBIT 44

← **(203) 556-1493** 📞 ⋮

Wednesday · 4:36 PM

Chris we're going to be putting out an article that we offered to donate to your bankruptcy would you like to have an interview

https://www.plainsite.org/dockets/30qwijh5k/florida-middle-bankruptcy-court/christopher-mark-paris/

9:33 AM

U are BROKE

Chris if you need any money let Us know we can donate to charities are you a not-for-profit

9:33 AM

Type an SMS message 😊 ➤ SMS

# EXHIBIT 45

IMPORTANT!: Please be aware of a Christopher Paris, owner of the bogus offshore operation Oxebridge Quality Resources. Mr. Paris has been harassing several of our board members and threatening our leadership team after we reported his bogus ISO certification enterprise to authorities. If you receive a harassing or threatening call or email from Mr. Paris, please report the incident to Florida Attorney General Pam Bondi, and the Stratford, CT Police Department at (203) 385-4100 (Case # 16-13405), which is investigating. Mr. Paris is currently under investigation by the Anti-Defamation League (ADL) for racists remarks and threats against Jewish businessman Daryl Guberman, one of our founders.

# EXHIBIT 46

 **Industrialpr.net**
January 18 · 🌐

Known Copyright Infringer Oxebridge.com slammed for closing Elsmar Cove
Forum http://oxebridge.co/

 Like    Comment    Share   

Chronological ▾

 **Daryl Guberman** I contacted Mr. Paris and offered him a donation for his
bankruptcy about 2 weeks ago and he broke down crying and his words were
so choked that I could hardly understand him- Chris I know your reading this if
you still need money for food, to assist your family in anyway please call me
203-556-1493 You write about me almost daily attacking my character but I
forgive you Chris.
Like · Reply · April 18 at 1:19pm

# EXHIBIT 47

HOME   SERVICES   REQUEST QUOTE   ENDORSEMENTS   BOARD OF ADVISORS   WE TRAIN VETERANS   PHONE CONSULTATION   BLOG   MEET THE PRESIDENT   CONTACT US

Daryl Guberman – Quality and
Manufacturing Consultant

HOME

SERVICES

REQUEST QUOTE

ENDORSEMENTS

BOARD OF ADVISORS

WE TRAIN VETERANS

PHONE CONSULTATION

BLOG

MEET THE PRESIDENT

CONTACT US

# WARNING ABOUT OXEBRIDGE QUALITY RESOURCES AND ITS OWNER CHRIS PARIS







**Update: May 5, 2018:** Chris Paris attacks another Jewish business owner in effort to put him out of business. Jews, minorities and woman-owned businesses seem to be the primary target of the **Hate Group Oxebridge** and its owner Christopher Mark Paris.

**Update: May 2, 2018:** Another business owner Debunking Con-Artist Chris Paris & Oxebridge Quality Resources

**Update: June 21, 2017:** Daryl Guberman launches a tell-all video about Chris Paris, the owner of Oxebridge who has been harrassing Daryl's family, business partners, Jewish staff members, and minorities serving on our board of advisors... many of whom are military veterans and women in leadership roles. Watch the video and you'll learn the kind of disturbed person Chris Paris is and his hatred for people with different beliefs. His website Oxebridge.com is nothing more than attacks on people and businesses in competition with his bogus operation. What kind of business does that? The buck stops here, Chris. You have been exposed. Police

## CONSULTATION SERVICES:

**ISO 9001** – Quality Management System

**ISO 16949** – Automobile Related Products

**ISO 14001** – Environmental Management System

**ISO 13485** – Medical Devices

**AS 9100 Rev C** – Aerospace Industry

**GMP 2015** – Good Manufacturing Practices

**VOB 9009** – Veteran-Owned Business

**CWOB 9009** – Woman-Owned Business

**MOSB 9009** – Minority Owned Small Business

**ARM 9009** – Firearms and Armoring Systems

**CAN 9009** – Medical Cannabis Testing

**KOSH 9009** – Kosher Foods & Processing

**ISO 17664** – Sterilizations of Medical Devices

**ISO 26000** – Social Responsibility

**MOD 9009** – Modular Building Systems

**ISO 20000** – Information Technology

**ISO 27001** – Information Security Management

**FSM 22000** – Food Safety Management

**CE Mark** – Product Certification

**Global GAP/QC** – Good Agricultural Practices

**R2 Certification** – Responsible Recycling

**OHSAS 18001:2007** – Occupational Health & Safety Assessment Series

**BSCI** – Business Social Conformance Initiative

**HACCP** – Hazard Analysis Critical Control Point

Update: June 20, 2017 - Chris Paris, owner of the bogus operation Oxebridge Resources was caught trying to scam a Connecticut business that happens to be one of our customers... and the whole incident was caught on tape! This morning Christopher Mark Paris called another customer of ours and advisor of ABAC attempting to mislead her about the services of G-PMC Group and its accreditation body ABAC. Basically, he tried to scam her out of her company's fully-accredited and 100% valid ISO certification issued by G-PMC Group. The conversation started with Paris attempting to intimidate the innocent woman by acting like an an "authority" of some kind. Listen to the audio below...



You can hear his voice nervously shaking, common among liars, as he kept stumbling on on his words, unsure of what to say in his desperate attempt to deceive her. Paris continued to press her for answers with his usual lies about certification, unaware she was already pre-warned about his bogus operation. Suddenly, and here comes the good part... Chris Paris had no idea Daryl Guberman was sitting in the room listening to the conversation the entire time. You can hear the shock in the voice of Chris Paris when he learned of Guberman's presence. Daryl slammed him for lying to the business owner and called him out for his threats. It was a classic ass whipping! Paris desperately tried to recover, trying to reflect the conversation to another topic. You gotta love when a scammer is caught in the act! You can hear the anger in Chris' voice, while he accused people for saying things that hurt his feelings. Are you kidding me? What kind of man gets his feelings hurt from words? Frankly, Chrissy sounded like a little child at the playground who just got his toy taken away by his daddy... and his daddy was Daryl Guberman! This poor excuse of a man Chris Paris became uncomfortable for being caught attempting to scam an innocent woman business owner. Then he went on his usual rant of suing everybody. Meanwhile Guberman remained cool, calm and collected. The conversation ended with Paris hanging up in frustration for being caught trying to scam yet another business. **Final note**: If you ever get a phone call from Chris Paris, the owner of the fake news website Oxebridge, and he claims your certification is "invaid" or "not accredited," we highly suggest you report him to Florida Attorney General Pam Bondi at http://www.myfloridalegal.com. Meanwhile call Daryl Guberman while you have Chris on the phone at 203-556-1493 and we guarantee you little Chrissy will get another ass whipping for his scams... Guberman style!

Update: Jan. 8, 2017: SpaceX slams Oxebridge owner Chris Paris. The copyright infringer just took down 200 SpaceX related pages along with his list of client "references" from his trashy website. Paris claimed to have implemented ISO 9001 at SpaceX in 2006, and later AS9100 in 2011. He further claimed to be an AS9100 Specialist in residence for most of 2013 for SpaceX, and also claimed to have led internal QMS audits during that period. However, it appears the gig is up for Chris Paris. A Google search on https://www.google.com/search?q=site%3Aoxebridge.com+spacex&ie=utf-8&oe=utf-8 (site:Oxebridge.com and SpaceX) shows more than 200 pages deleted over night by Paris, doubtlessly because he is so proud to have "worked" for them. It's reasonable to assume he is now persona non grata at SpaceX, and they had enough of his racially-motivated rages.

FROM THE DESK OF DARYL GUBERMAN

IMPORTANT Letter To All Those That Have Been Harassed By Oxebridge Owner Chris Paris

This letter is to inform our staff, customers, board members, ISO consultants and certification bodies about a very disturbed individual by the name of Chris Paris, the owner of Oxebridge.com. Along with dozens of other business people, I've also been a subject of harassment from Chris Paris for three years know. It's time to expose him for what he is, and what he's doing to hardworking

people of integrity in the ISO community. After reading this letter you will understand everything you must know about Chris Paris so [...]                                      us of [...] of Quality Resources International.

By way of introduction, the best illustration I can give of the harm he does is to relate what Chris Paris does in his ongoing attempts to destroy my good name and to ruin my business. Although he has failed miserably, it's important you are aware your good name and business could also find its way to the target rack of Paris. Paris constantly writes deceiving articles about me on the web in attempts to financially harm my organization by ruining my reputation. Unfortunately, I am only one of many victims of this detestable gad fly. My name for example can be found over 700 times on his hate site. That's right, 700 times. He writes about my religious believes (I'm Jewish), about my late mother (God, rest her soul), and my friends and family. This is the kind of sick individual Chris Paris had been to me and many others. Recently as a guest speaker for the American Society for Quality (ASQ) I hired an armed police officer because of the threats that I received from Paris. There are times when it becomes prudent to consider the safety of your family and friends.

### Oxebridge Quality Resources Is a Bogus Operation

Behind his obsession with defamation of his perceived competitors stands his front company, Oxebridge Quality Resources. His primary occupation is ridicule of Quality professionals. In reality, the man is a sociopath. Chris Paris wants you to believe that his business, Oxebridge Quality Resources, is a highly "successful" operation. However, nobody can find a single customer or client endorsement for Oxebridge Quality Resources on his website or anywhere on the Web. A recent lawsuit against Paris by G31000 revealed his "company" has no customers or assets, and therefore no money. This is no surprise of course because anyone visiting the Oxebridge.com website can immediately see that it offers nothing more than personal attacks and smear campaigns against hard working individuals in the ISO community. There are no posted references to satisfied clientele. There are no review. No endorsements. This ought to tell you something.

Therefore, it's obvious why nobody does business with this guy. Deliberation on his activities draws one to conclude that Chris Paris may have a serious mental illness. Comments from Paris found online evoke a mental situation showing he has a classic case of narcissism with a grandiose view of his identity and desperate-like need for admiration. Even more bizarre, Paris writes as if he actually has an audience supporting his paranoid behavior and irrational beliefs. We found no followers, shares or comments on the Oxebridge blog other than the ones from Paris himself.

The ongoing threats, whackery comments about minorities and people of different religious backgrounds show signs he may unfortunately be suffering from a serious Bipolar disorder, also known as manic-depressive. I'm saying this not to be sarcastic, but to point out that it seems he clearly needs psychological help. It's actually sad because he does appear to be an intelligent person in some areas. But he clearly does more harm to himself than anybody else.

### Oxebridge: The Self-Appointed Overseer of NOBODY

It's important for everybody to know Chris Paris is nothing more than a self-appointed overseer of ISO certification. In fact, I personally received an email from Randy Dougherty, Vice President of ANSI-ASQ American National Accreditation Board (ANAB), stating that he sees Chris Paris as nothing more than a self-appointed overseer of the ISO community, and thus, if this be true, has no authority whatsoever. An investigation by the American Board of Accredited Certifications (ABAC), concluded that the primary objective of Chris Paris is to harm the reputation of independent certification bodies in an effort force prospective customers toward his failing organization. His modus operandi is clear: destroy anyone and anything that allows businesses to be certified and accredited by independent entities other than the

ones that he alone promotes. **NOTE:** Never forget businesses have every right to choose the certification and accreditation body of their choice. Oxebridge and its owner ISO consultant Chris Paris is a con artist. All accreditation myths spun by Chris Paris have been debunked here: http://aboac.org/accreditation-myths/

**Chris Paris Sued Elsmar Cove and The Forum Was Forced Out of Business**

The former Elsmar Cove forum was one of the most informative forums online for quality professionals to share information, network and ask questions about quality management. Chris Paris sued Elsmar Cove because of the dozens of complaints against his organization Oxebridge Quality Resources. However due to the exorbitant legal expenses, the owners of the site decided that it was prudent to simply take down the forum and therefore no legal determination was made. Thousands of quality professionals worldwide that used the forum was hurt in the process because of this one disturbed individual. *(See below what Elsmar Cove members are saying about Chris Paris that he did not want you to know.)*

Here is the State of Florida Court Document of the Lawsuit Oxebridge slapped on Elsmar Cove:
https://dockets.justia.com/docket/florida/flmdce/8:2015cv00011/3 05950

Owner Chris Paris, Alias Mark Spittle (This guy is a real winner... you got to read this!)
http://dguberman.com/Oxebridge_Chris_Paris_Alia_Mark_Spittle.pd f

Oxebridge Quality Resources AKA Certificate Mill
http://www.ripoffreport.com/r/Oxebridge-Quality-Resources/Tampa-Florida-33619/Oxebridge-Quality-Resources-AKA-Certificate-Mill-Chris-Paris-Christopher-Paris-Oxebrid-1062892

Accreditation Scam: Oxebridge, Chris Paris, Offshore ISO Certification Scammer
http://aboac.org/accreditation-scam-oxebridge-chris-paris-offshore-iso-certification-scams/

Chris Paris and His Bizarre Obsession With Disney Characters (You Can't Make This Up!)
http://dguberman.com/Chris_Paris_Oxebridge_Mailbox.pdf

Oxebridge Quality Resources Accused of Engaging in Telemarketing Fraud
http://www.g-pmc.com/fraud-alerts-and-information/

ISO Scam Alerts: Oxebridge Quality Resources
http://dguberman.com/fraud-notice-oxebridge-chris-paris-scams-and-accreditation-iso-fraudsters/

American Manufacturing Trade Associations Warns U.S. Manufacturers About Oxebridge
http://mfgpartners.net/oxebridge-scam-notice-christopher-paris-investigated-for-fraud-copyright-theft-certification-scams/

Oxebridge Owner Chris Paris Flees To Offshore Web Host After Receiving 50+ Copyright Complaints From TAG-176 Quality Group
http://industrialpr.net/oxebridge-com-owner-chris-paris-flees-to-offshore-web-host-after-receiving-over-50-complaints-of-copyright-violations/

Ripoff Report Complaint Against Chris Paris and Oxebridge Quality Resources
http://www.ripoffreport.com/r/Chris-Paris-Quality-Resources/Tampa-Florida-33619/Chris-Paris-Quality-Resources-Christopher-Paris-Chris-Paris-Florida-Quality-Resources-1041805

**Google Petition To Delist Oxebridge**

There is a petition from another party for Google, Inc. to delist Oxebridge.com due to its owner Chris Paris engaging in bullying practices, copyright violation, telemarketing fraud, and running

practices, copyright violation, telemarketing fraud, and running smear campaigns, slander to financially harm dozens of hard working people and businesses. Oxebridge is run by Chris Paris moving his website Oxebridge.com offshore away from U.S. jurisdiction to use a foreign web host that obviously does not adhere to U.S. law. Even ISO leadership themselves took Chris Paris to task for copyright infringement of their logo. Therefore, since Oxebridge victims have no recourse the petition is asking Google to delist the website. Those that wish to be added to the petition please our legal department at petition@dguberman.com

### Complaints & Comments On Elsmar Cove About Chris Paris

Below are just a few of hundreds of comments found on the former Elsmar Cove about Chris Paris and Oxebridge Quality Resources. These comments clearly show what people in the quality community think of Chris Paris. His lawsuit against Marc Smith, former owner of Elsmar Cove was to silence the quality community that was exposing this guy as a whack job. Well, if you think that's harsh, just read what others are saying about this disturbed individual.

See:
https://groups.google.com/forum/#!topic/misc.industry.quality/K1F
zct15CgA

"My first reaction is "Oh God, what an idiot". Obviously he (Chris Paris / Oxebridge) doesn't have enough to do, and is bored and trying to stir up something from nothing. He wins first prize for DA of the month" – MP

"Wow! Just imagine if you had urinated on Chris's shoe! I think he'd probably want you up for capital punishment. I'm surprised old legal eagle Chris hasn't quite figured out the difference between slander and libel. "Religious slurs"? I do note you have been particularly bigoted toward us Huguenots. (Nothing new – we survived St Bartholomew's Day Massacre; we can take anything.)" – KW

"I was briefly lost for words there... when I saw Christopher Paris Registered 4 Days Ago. I found this yesterday, and wondered why on earth he registered. Obviously not to take part in the contest. I didn't think he wanted to have anything to do with us? Now I realize what he was up to.... I have littleknowledge of U.S. law, but I know one thing: I know a personal vendetta when I see one. Tragic...." – SL

"I am at a complete loss. Does he (Chris Paris of Oxebridge Quality) think we are some covert terrorism sponsor??? Does he think that people from other countries ...Maybe he just does not think he could write a good enough article. The next thing you know he will say that people are soliciting when they tell us about their fund raising for cancer or other causes. Surely the power that be in Ohio have far better things to occupy their time. Does Mr. Paris live in Ohio?? I hope he puts the same efforts into trying to close down the Pornography and Spam sites around America." – JC

"Chris Paris, in his complaint, states "...many individuals..." are banned. Mr. Paris himself registered in the forums recently and Mr. Paris – Oxebridge – knows no one is banned from the site. Mr. Paris is aware that Jim Wade can register again and participate if he apologizes and explains why he did what he did. Mr. Paris is outright lying and knowingly gave false testimony to the Ohio Attorney General's office in his complaint." – DG

"I do believe that the issue of the 40-day wonder is moot, and Chrissy has done himself more damage than we could ever do (as if we ever wanted to). Would you let this guy into YOUR plant, to talk to YOUR employees and set up YOUR system? I think not. He ought to provide some mustard along with this baloney."- RP

"Given he used an Oxebridge email address, his employer is implicated. Is this guy a senior exec at Oxebridge? Can a phone call to the Pres. there resolve the matter, possibly have the individual terminated for this obnoxious behavior?" (Unfortunately these little weasel Chris Paris is the owner of Oxebridge) – JC

"Good point, but I'll leave it to Chris Paris to deal with his employer – if he has one. As far as I know Chris Paris is Oxbridge. I haven't

investigated what his position is there. Personally I consider his complaint. I don't particularly want Chris 'terminated' but I do want to ensure the public knows of the complaint and its content. Once I hear back from the Ohio Attorney General's office I will post my reply to them here and in the quality NG." – MJ

"This guy Paris is, in my personal opinion, a whiny, cowardly, nut who apparently cannot stand criticism, so he shamelessly wastes valuable government resources to pursue a baseless and trivial personal vendetta. I'm sure you're reading this, Paris, so let me say this to you directly: Grow up.

Grow a spine while you are at it. Complain to Mommy if you want about how unfair you think life is, but stop wasting the taxpayer's money on frivolous things like this. There are people out there with legitimate and serious claims who are waiting longer to get justice because of idiots like you." – SK

"The "blah"s Chris Paris entered stood out and I looked and lo and behold it was Chris Paris. I went to his user record in the control panel and replaced the "blah"s with what I felt more appropriate. His company is Oxebridge (or Oxbridge?), for example. I put "rival" in that slot because – well, I thought it fit. So I take the blame for changing the entry from "blah" to "rival" – which I did because he thinks he is." DN

"Why does this guy go out of his way to try to attack anyone whom he considers superior to himself? (One possibility after looking at his photo is he is a little man with small man complex?). You'd think any potential customer/employer who did a Google search and came up with this kinda stuff would put lots of distance between themselves and Chris. And I hope that is exactly what happens." – MH

"Chris Paris [the real and only brain and voice behind Oxebridge] is quite an enigma... On the other hand, he is a Don Quixote personality, picking "fights" with ISO, accrediting bodies, registrars, etc. Somehow, he imagines himself the "defender" of all quality folk everywhere, seeing conspiracies against us quality professionals everywhere. Along the way, he has managed to convince enough companies to pay him money to keep the game going." – JP

PREVIOUS POST
Implementing ISO Quality Management Certification

NEXT POST
Chris Paris, Owner of Oxebridge Goes On A Bizarre and Sad Rant of Threats

PAGES

Blog
Board Of Advisors
Contact Us
Endorsements
Meet The President
Phone Consultation
Request Quote
Services
We Train Veterans

WORDS OF WISDOM

"It is not the certificate that makes the company, it is the company that makes the certification."
- Daryl Guberman

"Quality, is about following a standard, being accredited and making the process of attaining, maintaining and sustaining the system with symplicicity rather than complexity and not overcharging the company/customer
- Daryl Guberman

"The bitterness of poor quality remains long after the sweetness of a low price is forgotten"
- Benjamin Franklin

"Reason obeys itself; and ignorance submits to whatever is dictated to it."
- Thomas Paine

"Along habit of not thinking a thing wrong, gives it a superficial appearance of being right, and raises at first a formidable outcry in defense of custom. But the tumult soon subsides. Time makes more converts than reason."
- Thomas Paine

QUALITY STANDARDS SUPPORTED



CONTACT INFORMATION

Phone:
203-556-1493

Email:
daryltqrs@yahoo.com

Office:
Guberman-PMC, LLC
1538 West Broad Street
Stratford, CT 06615

Copyright Guderman FMC, LLC

# EXHIBIT 48

**Oxebridge Quality (Christopher Mark Paris) Lawsuits**
Case 8:19-cv-00423-WFJ-SPF   Document 4-1   Filed 02/19/19   Page 183 of 200 PageID 256

(Or... How Chris Paris makes himself look Stupid {Again, and Again})

Mr. Christopher Mark Paris (dba Oxebridge Quality Resources LLC) has only filed 1 lawsuit against any person or company... Two lawsuits have been filed *against* Mr. Paris.

First of all, Christopher Mark Paris, a one person "company" (aka Oxebridge) has only 3 lawsuits which we could find.

*NOTE: Documents posted here are publicly accessible -They are not "sealed". Mr. Christopher "Oxebridge" Paris has at various times claimed that various legal documents about his lawsuit(s) posted around the internet are "sealed" or other some such crap - They are not. They are available to anyone, anywhere, in the US's PACER system and elsewhere.*

To clarify, court documents posted herein are publicly available on PACER (Public Access to Court Electronic Records), but they do charge to access documents. You can get them for **free** from Court Listener. For a while, some documents were sealed, including the Mediation Settlement Agreement. All were eventually unsealed, in part because Mr. William "Bill" Wohlsifer threw his client Mr. Paris "under the bus" by agreeing when the Federal Magistrate Judge asked if he had any objection during a telephone "hearing", as we understand the circumstances.

**1. AGAINST** OXEBRIDGE - **July 2014** - G31000 North America, Inc. et al v. Paris et al, 1:14-cv-03885-VEC - Case 1:14-cv-03885-VEC - Filed 07/10/14. This lawsuit against Mr. "Oxebridge" Paris was dismissed solely for Lack of Jurisdiction. The lawsuit never went to trial.

**2. BY** OXEBRIDGE - **January 2015** - Christopher Mark Paris sued Marc Smith, personally, *(not "Elsmar")* in January of 2015. Case: 8:cv-00011-EAK-TBM - A Federal **Civil** Lawsuit filed in the Middle District of Florida. The lawsuit did **not** go to trial. The lawsuit was **settled out of court prior to a trial** and the lawsuit was terminated by the Judge **"with prejudice"**. And, although Christopher Mark Paris has claimed that his lawsuit against "Elsmar" was "successful", *Paris never sued Elsmar, Elsmar.com or any such rubbish.* Paris sued Marc Smith, *personally,* as well as a long defunct DBA Mr. Smith ceased to use in 2001. Mr. Paris and his lawyer Mr. William Wohlsifer put together a really stupid, outdated lawsuit considering they were stupid enough to file against a nonexistent DBA. *Other than for the Mediation Settlement meeting, where Smith needed a good contract attorney, Mr. Smith was a "per se" defendant who did all his own legal work which saved him tens of thousands of dollars!* This, of course, made Paris' "lawyer" (essentially an ambulance chaser who caught Mr. Paris) Mr. Wohlsifer look like a poor attorney, we opine that he is. And, in fact, the Judge commented about Mr. William "Bill" Wohlsifer's motions: "...The pleadings filed in this case are not at a level appropriate for federal court. This applies equally to the Defendant, who is proceeding pro se, and the Plaintiffs, who are not."- See the bottom of page 10. It's understandable that Mr. Smith's pleadings are *"...not at a level appropriate for federal court."* Mr. Smith had (well, now he has some...) absolutely no background in law, and as such can not be expected to be knowledgeable in law, but as to Mr. Wohlsifer, a licensed, practicing attorney (Ha!) who has a "federal court level" approval to plead in, shows Mr. Wohlsifer to be a total joke.

Technically *the lawsuit was settled out of court* (too expensive to continue, we assume) on 5 June 2015. In early July of 2015 the court accepted the settlement and dismissed the lawsuit *With Prejudice* as it **CAN NEVER** be reopened.

In the end, Mr. Paris actually lost money in the lawsuit, and of course the final blow after the "Violation of Stipulation on Injunction" hearing of March 2016, Paris (aka Oxebridge) declared bankruptcy.

If you have followed Christopher Paris' posts on his website, Twitter, Linkedin and such, you will notice that, as stated above, Mr. Paris refers to the lawsuit against Marc Smith as a lawsuit against Elsmar which is knowingly false. Elsmar has never been sued by anyone or any company. Why does Mr. Paris keep referring to Elsmar? We'll explain in detail soon on another page (court case documents 122 and 123 explain Smith's position), but it started as an attempt by Mr. Paris trying to hide the lawsuit from the public. Much to his surprise, the world would soon know about every aspect of the lawsuit. Karma.

The lawsuit face page:



Case 8:15-cv-00011-EAK-TBM   Document 1   Filed 01/05/15   Page 1 of 21 PageID 1

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA   2015 JAN -5 PM 1:26
TAMPA DIVISION

**OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,**

Plaintiffs,                                8:15 cv 11 T17 tsm.
CASE NO.:

vs.

**MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,**

**Nope - Nothing about
Elsmar or Elsmar.com**

Defendants.

**Oxebridge couldn't compete with a retired fellow...**
**COMPLAINT FOR UNFAIR COMPETITION UNDER 15 U.S.C. 1125; VIOLATION OF
§§ 772.102(1)(a)(26), 772.104(1) AND 836.05, FLORIDA STATUTES (EXTORTION);
DEFAMATION *PER SE*; DEFAMATION; LIBEL; INJURIOUS FALSEHOOD; AND
INJUNCTIVE RELIEF**

COMES   NOW   the   Plaintiffs,   OXEBRIDGE   QUALITY   RESOURCES

INTERNATIONAL, LLC ("OXEBRIDGE") and CHRISTOPHER PARIS ("PARIS")

14. Elsmar.com is not a passive website nor is it merely interactive, because it requires original

input each and every time Elsmar.com and the requesting party engage in industry-specific

consultation. Further, "premium file access" can be purchased where editable Master Data

File Sets are transmitted to "premium members", some of which in the State of Florida.

15. SMITH and CAYMAN's clients within the State of Florida use Elsmar.com to access

training manuals and materials essential to Defendants' services.

Page 3 of 21
William R. Wohlsifer, PA
1100 E Park Ave, Ste B, Tallahassee, FL 32301-2651 (850) 219-8888 - FAX (866) 829-8174

Chris Paris believes there should not be competition…
When someone complains like this, they obviously provide
inferior products and/or services.

16. SMITH's actual interactions establish a physical presence within the State of Florida. The commercial quality and interaction with businesses and individuals within the State of Florida of Elsmar.com establish a "plus" factor to establish sufficient minimum contacts. *Cf.* Roblor Mktg. Group, Inc. v. Gps Indus., Inc., 645 F. Supp. 2d 1130 (S.D. Fla. 2009)

17. This action seeks to collect an amount exceeding $75,000 and there is complete diversity between the parties; jurisdiction is proper under 28 U.S.C. §1332.

18. This Court has original jurisdiction over Plaintiffs' Federal Unfair Competition Claim, pursuant to 28 U.S.C. § 1121, and supplemental jurisdiction over Plaintiffs' state law claims, pursuant to 28 U.S.C. 1367.

It is correct to say Paris (Oxebridge) couldn't compete with a person who had retired around 2001. From what we have read we understand why.

12. SMITH owns, operates and maintains Elsmar.com, which offers a free alternative to standards consulting services to potential paying clients, of which SMITH derives income.

13. Many Florida businesses and individuals have requested and received assistance for industry standards in place of normally paid consulting services from Elsmar.com for example;

Fighting against free information on the internet, in this day and age, is just outright stupid.

3. **AGAINST** OXEBRIDGE and Mr. Christopher Paris personally - **April 2017** - William Levinson sued Christopher Mark Paris (and Oxebridge, Paris' company, as well) for libel in 2017 in the Florida State court system, in Hillsborough County court, (Case: 17-CA-003804 or Florida's "Uniform Case Number" 292017CA003804A001HC). This lawsuit, claiming Libel, was filed in Florida state court so it is not available in PACER (a federal court documents system). You have to Search for it by Company in the Hillsborough County (Florida) Court records.

The status of the case as of **October 2018**: Paris (Oxebridge) countered with a SLAPP motion against Mr. Levinson's filing. The Judge in the case ruled that Levinson's lawsuit was not a SLAPP lawsuit. As of this writing, the Judge has not formally entered a Judgement against Christopher Paris, but Florida law is that when a SLAPP motion fails, the party which brought the SLAPP motion pays the other party's attorney fees to defend against the SLAPP motion (in this case Mr. Paris will owe Mr. Levinson's lawyer fees).

4. **BY** OXEBRIDGE - **TBD (2018, or just a threat?)** - None filed at this time, however Mr. Paris is threatening to sue the ASQ (American Society for Quality). It is doubtful that Mr. Paris will actually file a lawsuit, but this remains to be seen.

Christopher Paris has also threatened to file a federal lawsuit against Mr. Levinson, but it is beyond us what his grounds to do so would be. Not to mention the currently ongoing lawsuit against Paris/Oxebridge by Mr. Levinson. Paris has also threatened Daryl Guberman, who is also a bit nutty in our opinion, with a lawsuit, yet none has been filed. Mr. Paris' various and sundry threats over the years against so many people, organizations and companies are legendary.

And then there is the 2016 Christopher Mark Paris (Oxebridge) bankruptcy.
Easy access: Christopher Mark Paris Bankruptcy Documents.

Also: About Oxebridge's Fundrazr page - Collected, as of this writing, $4007.00 over an almost 3 year run.



Tear
Vics "Vapo" Rub

**Fair Use Screen Capture of "Christopher Mark Paris" (or Erwin or whatever...)**

SpaceX?

Guberman-PMC, LLC – Quality Begins Here

MEET THE PRESIDENT    CONTACT US

HOME

SERVICES

REQUEST QUOTE

ENDORSEMENTS

BOARD OF
ADVISORS

WE TRAIN
VETERANS

PHONE
CONSULTATION

BLOG

MEET THE
PRESIDENT

## QUALITY RESOURCES AND
## ITS OWNER CHRIS PARIS

**Update: Jan. 8, 2017**: SpaceX slams Oxebridge owner Chris Paris. The copyright infringer just took down 200 SpaceX related pages along with his list of client "references" from his trashy web-site. Paris claimed to have implemented ISO 9001 at SpaceX in 2006, and later AS9100 in 2011. He further claimed to be an AS9100 Specialist in residence for most of 2013 for SpaceX, and also claimed to have led internal QMS audits during that period. However, it appears the gig is up for Chris Paris. A Google search on https://www.google.com/search?q=site%3Aoxe-bridge.com+spacex&ie=utf-8&oe=utf-8 (site:Oxebridge.com and SpaceX) shows more than 200 pages deleted over night by Paris, doubtlessly because he is so proud to have "worked" for them. It's reasonable to assume he is now persona non grata at SpaceX, and they had enough of his racially-motivated rages.

FROM THE DESK OF DARYL GUBERMAN

**In Process - October 2018**

# EXHIBIT 49

**From:** CJ Fig <caleb@dcs-support.com>
**Date:** March 8, 2017 at 8:40:09 AM EST
**To:** Barbara Boyce <BBoyce@pulsemedical.net>
**Subject: Re: Block Levinson emails on our server please asap.**


Done.  You will need to call TDS.

On Tue, Mar 7, 2017 at 5:37 PM, Barbara Boyce <BBoyce@pulsemedical.net>
wrote:

> Caleb, Please make sure that all of Mr. Levinson's emails bounce back to him.  I do
> not want them getting through our server to me or Anyone any more.  He is stalking
> us we do not want to have anything to do with him. I do not want anyone here to
> accidently respond to him.  j Also,  I have to block his phone number as well. . . . Can
> you block him through our voice over IP or do I have to call our phone company?
>
> Barb
>
> –
>
> **From:** William Levinson [mailto:william.levinson1@gmail.com]
> **Sent:** Tuesday, March 07, 2017 4:59 PM
> **To:** Barbara Boyce
> **Subject:** More abuse from Mr. Paris/ Paris encourages illegal tax deductions
>
> –
>
> Dear Ms. Boyce,
>
> Mr. Paris took down several of his Web pages that were directed at me. I don't
> know whether you told him to do this but, if he told you he took them all down,
> he did not tell you the truth. A Webinar provider for whom I work forwarded
> this material to me today. As Mr. Paris was responsible for it, please feel free to
> tell him that I replied not only that the material is false and malicious as shown
> by the attachment, but also that Mr. Paris' Web site encourages intellectual
> property theft (I shared that Web page with you as proof) and that his recent
> promotion that was forwarded to me encourages people to deduct personal
> travel expenses as business expenses. The purpose of all this is drive home the

# EXHIBIT 50

**From:** Erma Lambert <erma@pulsemedical.net>
**Date:** March 8, 2017 at 9:45:50 AM EST
**To:** "gary.morton@tdstelecom.com" <gary.morton@tdstelecom.com>
**Cc:** Barbara Boyce <BBoyce@pulsemedical.net>
**Subject: Number Block**

Hi Gary.

Thank you for speaking with me this morning about requesting a number be blocked from access to all Pulse Medical Inc. business phone and fax lines.  The caller is William (Bill) Levinson. He is calling very frequently about a consultant we use and this consultants  alleged actions not pertaining to Pulse Medical business.  He has been asked to stop calling but he continues to do so.  The number we request to be blocked is 570-824-1986.  In a return call from you this morning you were putting in a "Call Rejection Request to block this caller.  Please confirm this request has been issued providing either a copy of the email, document, or request/ticket # and effective date when the request is made by you and follow up information is available. This will be a permanent block correct?

With kind regards!

Ermelleana Lambert
Purchasing-Material Management
erma@pulsemedical.net

# Pulse Medical Inc.

1130 Ada Street Suite B
Blue Ridge GA 30513
Direct: 706-632-1376
www.pulsemedical.net

# EXHIBIT 51

**From:** WILLIAM LEVINSON <wlevinson@verizon.net>
**Date:** February 22, 2017 at 1:12:21 PM EST
**To:** <bboyce@pulsemedical.net>
**Subject: Pulse Medical Employee: "Christopher Paris: Risk-Based Debunker at Oxebridge Quality Resources International LLC. "**

Dear Mr. and Ms. Boyce,

I am not sure how LinkedIn shows employees of companies—that is, did Pulse Medical list him in this manner, or did he list himself as a Pulse Medical employee with the accompanying description? If so, is he supposed to advertise himself as "Risk-Based Debunker at Oxebridge Quality Resources International LLC" while also representing himself as your employee?

cid:image003.png@01D28CBD.BBF68A90



--Bill Levinson

# EXHIBIT 52



**Oxebridge Watch** @Oxebridge_Watch · Feb 17

Disturbing. #oxebridge

joins supporters of Palestinian terrorism by calling it "murder" when a soldier or cop shoots someone for reasonable belief that the person is about to detonate a bomb. What happens when cop or sentry doesn't shoot:



**A look back at the deadly 1983 Marine barracks bombing in Beirut**
The 1983 bombing that killed more than 200 U.S. Marines in Beirut.
abcnews.go.com

 1             ♡         

Show this thread

# EXHIBIT 53

 **Oxebridge Watch** @Oxebridge_Watch · Jan 19

youtu.be/4ypxzcYvYZo "Man" throws stones at dogs for no reason (like rabid dog himself), wonders why he gets bit.

 **Man throwing rocks at dogs and owner, gets attack…**

WARNING: Disturbing footage for some viewers…( Morocco) Of course no one wants to see a human being getting ripped apart by dogs, but when you throw rocks …

youtube.com

 1                      

# EXHIBIT 54

 **Mike Miller** · 10 months ago

Ben, a client of Digital Ocean, Chris Paris of Oxebridge.com stole multiple images from us and we had to file over 20 DMCA notices with Digital Ocean. The copyrighted material were personal photos of my friends, business partners and associates used in articles to defame competitors of Oxebridge.com. The copyright troll (Oxebridge) counter claimed every DMCA saying he owns photos of all of us. So Digital Ocean is still keeping this scum Oxebridge.com as their customer. We are now forced to take legal action. So Ben, I guess if somebody wants to steal photos of people and put them on their website to destroy the reputation of competitors... your company Digital Ocean looks like the web host to use!

1 ∧ | ∨ · Reply · Share ›

 **Bill_Levinson** → Mike Miller · 4 months ago

I understand that Christopher Mark Paris and Oxebridge Quality Resources International LLC were eventually kicked off Digital Ocean, but I am quite familiar with the issues you are discussing. He still posts pictures of other people in derogatory and defamatory contexts while posting reckless and false accusations of crimes and professional misconduct on his Web site. He also uses the logos of others (trademarks and logos are not however subject to DMCA) on his Web site, which is the most undignified and unprofessional one I have ever seen.

He has also gotten into serious legal trouble with ISO over intellectual property, and has been sued for threatening to damage the reputations of others and for trying to wreck a professional conference. That one was dismissed not for lack of merit but for lack of jurisdiction. (https://www.plainsite.org/d..., see the one at the bottom for details of the original complaint). Regardless of his technical qualifications and skills, somebody who behaves in this manner is ethically capable of lying to a customer or a client, or abusing the trust of another quality professional--which he has.

∧ | ∨ · Reply · Share ›

# EXHIBIT 55

**From:** WILLIAM LEVINSON [mailto:wlevinson@verizon.net]
**Sent:** Monday, January 23, 2017 7:27 AM
**To:** 'abuse@web.com'
**Subject:** Oxebridge.com used for apparent commercial disparagement of organizations and individuals

 This Web site levies a very wide array of accusations that range from professional misconduct (acting as "certificate mills," the counterpart of diploma mills, plagiarism, conflicts of interest, incompetence, resume padding) to accusations of crimes as shown by the first entry. The relevant terms of service are

https://www.web.com/legal/

Utilize the Services in connection with any tortious or actionable activity. Without limiting the general application of this rule, Users may not:

- utilize the Services to publish or disseminate information that (1) constitutes slander, libel or defamation, (2) publicizes the personal information or likeness of a person without that person's consent, or (3) otherwise violates the privacy rights of any person; or

The following are but a few examples. This individual has also attacked me personally but he has not accused me of a crime or professional misconduct (both automatically libel). I have notified the organizations and individuals whom he has accused of crimes, incompetence, conflicts of interest, and so on so they can take whatever action they deem necessary.

https://www.oxebridge.com/emma/oxebridge-preps-ftc-complaint-against-us-tag-176-alleging-criminal-sherman-act-violations/

Oxebridge Quality Resources International is submitting a formal complaint against the ANSI US Technical Advisory Group to TC 176, responsible for development of the ISO 9000 family of standards. The complaint is being filed with the US Federal Trade Commission (FTC) and Antitrust Division of the US Department of Justice, and alleges criminal violations of the Sherman Antitrust Act.

http://www.oxebridge.com/emma/wp-content/uploads/2015/08/saecrash.jpg Derisive photomanipulation of the Society of Aerospace Engineer's logo (their intellectual property)

https://www.oxebridge.com/emma/the-o-forum/iso-9001-quality-management-system/this-guy-summed-up-the-problems-in-the-iso-9001-scheme-back-in-2002-and-hes-not-even-in-quality/

So in the end, LRQA, UKAS and IAF all colluded to help the counterfeiter conceal their criminal actions by issuing a rushed "Valid" ISO certificate which was issued in violation of at number of accreditation rules. Since the enforcement agencies were involved, there's no other recourse but to sue the lot of them. The question is under what venue? And who pays for it?

https://www.oxebridge.com/emma/walking-to-congress-the-first-tentative-steps/

This puts ANAB in a tricky spot. If it fails to uphold its role as registrar overseer, fails to comply with ISO 17011, and fails to enforce ISO 17021, it not only becomes subject to possible antitrust and deceptive marketing claims under the Federal Trade Commission, it also can be seen as attempting to defraud the US government, which is a felony crime. Meaning that if found guilty of such a thing, *ANAB executives would literally go to jail.*

Now, yes, it's a stretch. But it's also not impossible, and with every passing year becomes more possible. (To the extent that I have personally recommended to the ANAB leadership they consider early retirement before these questions start raining down on them.)

https://www.oxebridge.com/emma/the-indefensibles-unaccredited-iso-9001-certificate-mills-part-1/ "Certificate mills" (similar to diploma mills)

https://www.oxebridge.com/emma/unaccredited-registrar-del-straight-calls-critics-sex-offenders-drunks-and-terrorists/ more "certificate mills" accusations

https://www.oxebridge.com/emma/why-paul-palmes-resume-problem-is-hurting-the-us-position-in-iso/ Accusation of resume padding

https://www.oxebridge.com/emma/irs-confirms-tax-investigation-into-asq-over-us-tag-176-donations/ Allegation that the IRS is investigating a major professional organization for violating U.S. tax laws. That's interesting because IRS Form 13909, which is used to file complaints against tax exempt organizations (https://www.irs.gov/pub/irs-pdf/f13909.pdf) says at the bottom, "8. Note: Federal law prohibits the IRS from providing you with status updates or information about specific actions taken in response to the information you submit." Oxebridge.com therefore has no grounds for saying this organization is under investigation by the IRS.

https://www.oxebridge.com/emma/tuv-threatens-nonconformities-if-you-dont-adopt-their-approach-to-risk-based-thinking/ Disparagement of registrar TUV, and derisive photomanipulation of the company logo (intellectual property) as shown on the Web page.

--Bill Levinson


6 Lexington Court

Wilkes-Barre PA 18702

570-824-1986

wlevinson@verizon.net