# EXHIBIT 56



Website Monitoring      Website Firewall      Website Backups

Support      

| Product Support | FAQ |
|---|---|



Site down - error 502
Closed

Ticket ID: 14954770172804

**You**                                                                     22 May 2017
Site: oxebridge.com (Firewall active)
Site hosting IP: 185.145.128.190

 My site at Oxebridge.com website is down and reporting the following:

Error Code: HTTP 502
Error Message: Backend or gateway connection timeout.
Origin server might be down
Sucuri Network blocked by Origin Firewall

I use Sucuri for my wordpress installation.

I'm not sure if the site is intermittent or fully down. I have opened a ticket
with my host as well, just in case.

Please advise, and thanks.

Ticket has been moved to the Website Firewall Support department

**Ponti D.**                                                                22 May 2017

Hi there,

I've verified and it seems these issues are coming from your Hosting Server.

It seems the SSL certificate installed on the Hosting has expired.

Since there is a redirect from HTTP to HTTP on the Hosting, we can't set the option "SSL Mode" on your Dashboard as "Partial HTTPS (in this way, the connection to your website would be: Client <===HTTPS===> Sucuri Firewall <===HTTP===> Hosting Server).

Could you please ask your Hosting Provider to renew your SSL certificate?

Thanks in advance!

If you need any further assistance, please let us know.

Regards,

Ponti

**You**                                                                 22 May 2017

I checked and our SSL certificate is current. I manually installed the certificate myself and cPanel is reporting it's fine. I checked with Namecheap/Comodo and they also report it's fine.

**Rafael C.**                                                           22 May 2017

Hello,

It seems your hosting is blocking some of our IPs:

2017/05/22 16:49:35 [error] 9526#9526: *5942291181 connect() failed (110: Connection timed out) while connecting to upstream, client: 131.167.254.95, server: oxebridge.com, request: "GET /emma/wp-content/uploads/2015/08/interestedpartiestable2.jpg HTTP/1.1", upstream: "https://185.145.128.190:443/emma/wp-content/uploads/2015/08/interestedpartiestable2.jpg", host: "www.oxebridge.com", referrer: "http://www.bing.com/images/search?view=detailV2&ccid=APKBHaJd&id=935B2A34705B7AC6847ADD6F8625110C7D5A194B&thid=OIP.APKBHaJdOxSbSN6Uxbp0UgEsCY&q=as9100+context+of+the+organization+worksheet&simid=608001473186628750&selectedindex=9&mode=overlay&first=1"

2017/05/22 16:49:40 [error] 9528#9528: *5942295514 connect() failed (110: Connection timed out) while connecting to upstream, client: 104.129.194.66, server: oxebridge.com, request: "GET /emma/wp-content/uploads/2015/01/qmanual.png HTTP/1.1", upstream: "http://185.145.128.190:80/emma/wp-content/uploads/2015/01/qmanual.png", host: "www.oxebridge.com"

2017/05/22 16:49:40 [error] 9510#9510: *5942295515 connect() failed (110: Connection timed out) while connecting to upstream, client: 104.129.194.66, server: oxebridge.com, request: "GET /emma/wp-content/uploads/2015/01/interp2.jpg HTTP/1.1", upstream: "http://185.145.128.190:80/emma/wp-content/uploads/2015/01/interp2.jpg", host: "www.oxebridge.com"

2017/05/22 16:49:40 [error] 9519#9519: *5942295512 connect() failed (110: Connection timed out) while connecting to upstream, client: 104.129.194.66, server: oxebridge.com, request: "GET /emma/wp-content/uploads/2015/01/thinkaboutrisk.jpg HTTP/1.1", upstream: "http://185.145.128.190:80/emma/wp-content/uploads/2015/01/thinkaboutrisk.jpg", host: "www.oxebridge.com"

2017/05/22 16:49:39 [error] 9515#9515: *5942295513 connect() failed (110: Connection timed out) while connecting to upstream, client: 104.129.194.66, server: oxebridge.com, request: "GET /emma/wp-content/uploads/2015/01/interp1.jpg HTTP/1.1", upstream: "http://185.145.128.190:80/emma/wp-content/uploads/2015/01/interp1.jpg", host: "www.oxebridge.com"

2017/05/22 16:49:40 [error] 9529#9529: *5942281721 connect() failed (110: Connection timed out) while connecting to upstream, client: 104.129.194.66, server: oxebridge.com, request: "GET /emma/wp-content/themes/Divi/core/admin/fonts/modules.eot? HTTP/1.1", upstream: "https://185.145.128.190:443/emma/wp-content/themes/Divi/core/admin/fonts/modules.eot?", host: "www.oxebridge.com", referrer: "https://www.oxebridge.com/emma/iso-90012015-wont-require-a-quality-manual-heres-what-to-replace-it-with/"

Could you please ask them to whitelist our IPs:

192.88.134.0/23
185.93.228.0/22
2a02:fe80::/29
66.248.200.0/22

Thanks

**You**                                                                  26 May 2017

We believe our site was hacked and the hacker manipulated the Sucuri settings. We published a story about it, and the site suddenly became responsive again. We have the site hosted on new hardware with improved protections, so I hope that's the end of it.

Having said that, I received an email from someone claiming to be "Celise Davison" of Sucuri, with the email address happiness@sucuri.net. Is that a valid employee address? She mentioned an email she received, and I suspect it may have been sent from the hacker himself. I want to reach out to her, but not if she is not a real employee.

I am being cautious because of the current scrutiny my site is under by the hackers. I don't want to add a phishing event to the mix.

Let me know of Celise is a real employee.

**Marc K.**                                                              26 May 2017

Hi,

Yes, that is correct, happiness@ will have reached out to you, and we did recive some odd email that concerned us, she will discuss that with you,

to re-enable the firewall, you should

Change the DNS A record for oxebridge.com to go
from 185.142.239.169
to 192.124.249.18

You should also look to enable our 2FA protection on your account to secure it better, you can do that here:

https://login.sucuri.net/settings/2fa/

You should also change any email passwords,

If you need any assistance, please let us know,

Regards,

**You**                                                                  26 May 2017

Thanks, I am requesting a copy of that email. I'm also reinitiating the firewall.
We were waiting for the site to finalize on the new host. I will also look into
the 2FA protection, thanks.

This whole thing has been very troubling.

**Jarret C.**                                              26 May 2017
Alright, sounds good. If you have any other questions or issues in the future
please let us know.

Ticket already closed. Please open a new ticket if you're still experiencing issues.

Questions? **Ask Support**        |        

© 2018 Sucuri Inc. All rights reserved.        Terms        Privacy

# EXHIBIT 57

**Christopher Paris**

| | |
|---|---|
| **From:** | Barbara Boyce <BBoyce@pulsemedical.net> |
| **Sent:** | Wednesday, April 13, 2016 4:42 PM |
| **To:** | Christopher Paris |
| **Cc:** | Monte Jr., Alfred J. [AMonte@foxrothschild.com] |
| **Subject:** | RE: Darryl Guberman phone call |

Chris,

At 348 pm a man called my receptionist  and asked for our legal department.  Paige did inquire and receive his name  and transferred to him to Gordy.  He was reluctant to tell Gordy who he was or what company he was with.  He began to question Gordy about an employee by the name of Chris Paris.  He expressed that you,  were making anti sematic comments about him and his wife.  I believe that this is someone you are having other legal issues with this.

Gordy was vague and expressed he was not sure and went on to explain that we have many employees and independent contractors.  Mr. Gubermen then said "*what are you that stupid that you do not know who your employees are*?"  Gordy expressed surprise at his comment by saying "excuse me"?? .  Then another voice on the phone said "*just hang upDarryl " "he's an asshole*!".  And they hung up.

I intend to refer him to our lawyer if he continues to harass my company.  This is the second time he called. The first call was 6 months ago.   We will protect your rights as our employee.  We do not give out information on any of our employees or contractors.  If you have an address for this person, please let me know and I may have our attorney send him a letter to stop harassing us about  employee information.

Furthermore please confirm if this is the same person who included the Pulse Medical name in conjunction with your name on the Internet "Rip Off Report".
The phone number that he called from was 2035561493.

Thank you!

Barb Boyce

President
Pulse Medical Inc
706-632-1373 (direct)
954-683-7253 (office)
bboyce@pulsemedical.net
www.pulsemedical.net

# EXHIBIT 58

To: Christopher Mark Paris and Oxebridge
Quality Resources International LLC
1503 South US Highway 301
Suite 36
Tampa FL 33619 USA
7016 0910 0001 7690 6746

via Attorney John Zielinski, NeJame Law, P.A.
as Defedants' attorney of record via E-mail
john@nejamelaw.com

From: William A. Levinson and Levinson
Productivity Systems PC
6 Lexington Court  Wilkes Barre PA 18702
570-824-1986

cc: Attorney Mark Tischhauser
6301 Memorial Highway  Suite 203
Tampa, Florida 33615 by fax

November 13 2017

**Subject: Pre-Suit Notice for update to "About Christopher Paris"**

We saw your recent update to https://www.oxebridge.com/emma/about-christopher-paris/

> "In 2017, ASQ Section 209 Chair William Levinson engaged in a months-long
> <u>defamation campaign</u> against Oxebridge and Paris, <u>claiming the company was bankrupt
> and that it was engaged in "illegal file sharing" and promoting illegal tax deductions.</u> …

You initiated a totally unprovoked defamation campaign against me in January, and perpetuated
it through mid-October with no end in sight. Most of your readers know the chronology so you
have yet again proven your dishonesty to your Web site visitors, but your false accusations of not
only defamation (lying about others—your character defect and not mine) but also being the
initial aggressor (!) are nonetheless defamatory so you are on notice for this in accordance with
FL Statute 770.01.

This is what your bankruptcy filing, a public record, says about Oxebridge:

19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture
☐ No
■ Yes. Give specific information about them……………

| Official Form 106A/B | Schedule A/B: Property | page 3 |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Current value of the
portion you own

Case 8:16-bk-03463-KRM    Doc 1    Filed 04/24/16    Page 13 of 46

| Debtor 1 | Christopher Mark Paris | Case number (if known) |
|---|---|---|
| | Name of entity | % of ownership |
| | Oxebridge Quality Resources International, LLC | 100%  % | $0.00 |

With regard to illegal file sharing, also known as copyright piracy,

1. A posting on a quality discussion group (see image below) provided a link to your Web site where people could download ISO's copyrighted intellectual property without paying for it.

2. A screenshot you hosted on your Web site proves that you saw the copyrighted status of the intellectual property you gave away on your company Web site (page 3).

3. Unless Carter, Ledyard & Milburn LLC lied under penalty of perjury, you chose willfully to disregard this copyright statement, and not once but twice, to engage in illegal file sharing (page 3).

4. Carter, Ledyard & Milburn LLC's 2013 annual report said they stopped copyright and trademark infringement at Oxebridge.com (page 4).



The fact that you uploaded https://www.oxebridge.com/emma/wp-content/uploads/2013/07/1-660x300.png shows that you read the copyright notice you then violated intentionally:



**"Reproduction for sales purposes may be subject to royalty payments or a licensing agreement"**

You were not a participant in the ISO 9001:2015 development process, nor were the people who downloaded the copyrighted committee draft from your Web site. You didn't bother to request permission, obtain a licensing agreement, or pay royalties because Carter, Ledyard & Milburn LLC sent you the following, <u>sworn under penalty of perjury</u>:

We were seriously concerned to learn of your intentional and willful infringement of our clients' intellectual property on your website http://www.oxebridge.com/ ("Website"). You are clearly well aware of our client's rights in the ISO Copyrights and ISO Marks as you were instructed on May 10, 2013 by Holger Gehring of ISO to take-down the following material from your Website, which you promptly did:
http://www.oxebridge.com/downloads/ISO900l2015CD.pdf ("Infringing Material"). However, to our client's surprise, after notice of your infringing activities, you have now re-posted our client's standards and continue to use ISO Marks throughout your website without permission. This letter shall serve as notice to you and your Website have been infringing our clients' copyrights and trademarks.

**Your Web site**

**Their copyrighted intellectual property, made available for direct download**

In addition, from Carter, Ledyard & Milburn LLC's 2013 annual report; "…we successfully stopped trademark and copyright infringement at oxebridge.com." They later removed this statement, possibly because ISO asked them to not draw further attention to Oxebridge.com, but you cannot blame me for relying on this credible statement along with the even stronger corroborating evidence shown above.

## Trademark, Certification Mark, Domain Name, and Copyright

For the Estate of Syd Solomon, we successfully required the take-down of unauthorized online postings of copyrighted works by a number of art galleries and auction houses. We assisted client Citadel Capital SAE in amicably resolving its dispute with Citadel LLC. On behalf of the International Organization for Standardization (ISO), we successfully stopped trademark and copyright infringement at oxebridge.com.



You also encouraged Brain Dump attendees to write off unrelated family travel and weekend lodging expenses as business costs:

**LOCATION:** Hilton Cocoa Beach Oceanfront, Cocoa Beach FL. Literally a few seconds' walk to the gorgeous Atlantic Ocean, and just an hour away from Walt Disney World. Bring the family and write the entire weekend off as a business trip. Smack dab in on the Space Coast, visit the Kennedy Visitor Center and Cape Canaveral.

The bottom line is that I said nothing about you that is not true (as courts of law define truth, in contrast to the half-truths you tell) so you are on notice pursuant to FL Statute 770.01 for your statement that I defamed (lied about) you.

**You published**:

Levinson circulated dozens of emails to between 30-40 Oxebridge clients…

If you publish defamatory material about me, I have the right to tell my side of the story—a side that must by necessity expose you as a liar—to everybody to whom you have told your side of

the story. When you make it your business as to whether I speak at a conference, write for a trade journal, or work with Compliance4All, your relationship with any O-Fans who might act to support that agenda becomes my business.

1. I asked your references—not ordered or threatened them the way you threatened AQI, ASQ, QD's advertisers, Elsmar's advertisers, Manhattanville College, and various ISO certification bodies—to ask you to desist from your attacks on me and preferably others as a condition of remaining your references.
2. You incited your O-Fans to propagate your defamatory communications about me to AQI and ASQ, so I needed you to have fewer O-Fans. This was achieved largely by making them aware of your dishonesty but, in one case (a participant in one of your LinkedIn discussions about me), I showed him/her what you said about him/her on your Web site.

These defensive countermeasures were taken only after you wrecked my speaking engagement, announced openly your intention to cause me more damage, and did your best to cause the damage in question. The bottom line is however that you have falsely and publicly accused me of contacting your clients for no reason whatsoever, again as if I was somehow the perpetrator and initial aggressor, for which you are now on notice in accordance with FL Statute 770.01.

**You published:**

> …He then attempted to create two entire anonymous websites dedicated to <u>defaming</u> Oxebridge, although accidentally registered them under his name. Before Oxebridge could launch its Federal defamation suit against him, Levinson filed a defamation suit in the State of Florida.

I am not going to confirm or deny outside of legal discovery whether I had control of Oxebridge.biz, Osteinfo.com, or any similar Web site. Suppose for the sake of argument, though, that I controlled them all. Why do you think you have the right to use the Internet to harm others, but others don't have the right to use the Internet to defend themselves against you?[1] I saw nothing on any of these sites that defamed you, although Osteinfo.com hosted material that defamed me because it came from your LinkedIn account. You are on notice pursuant to FL Statute 770.01 regarding the above accusation that I defamed (lied about) you.

**You published:**

---

[1] You also think you have the right to complain when, after Daryl Guberman catches you threatening his client on the phone, he posts a recording (made in CT, not FL) for all your O-Fans and prospective clients to hear. Had you not threatened his client, that recording would not be online.

Levinson claim that Paris' position that <u>Levinson's political articles — some of which appeared on the KKK website The Daily Stormer — were racist was somehow defamatory</u>, and that Paris' review of Levinson's book on risk-based thinking was "malicious."

I did an extensive Google search for my name on both of these Web sites, and did not find myself mentioned on The Daily Stormer. Stormfront re-published, without permission, my American Thinker article that condemned the 2008 Obama campaign's Web site for welcoming "hate speech <u>even worse than what one might find at the Stormfront White Nationalist Community</u>" (including depiction of African-American Hillary Clinton supporters as "house n*****s" and the anti-Semitic dog whistle "Israel lobby"—that last one from a moderator). I not only did not express racist views, I condemned unequivocally the racist and anti-Semitic views expressed by Obama campaign supporters and Stormfront. Your statement that the racist material was mine is therefore libelous, and you are on notice pursuant to FL Statute 770.01.[2]

You not only wrote a malicious review of my book with reckless disregard for its actual contact, you threw in material unrelated to the book including allegations that I was under police investigation. That material is in your own court filing.

**You published**:

> The case is still working its way through the Florida court, and Oxebridge has not yet filed its Federal case against Levinson. Both ASQ and Quality Digest have thrown their tacit support behind Levinson.

Truth is an absolute defense against any kind of defamation complaint. To recap:

1. Your bankruptcy filing, including the statement that Oxebridge had zero value, is a <u>public record</u> for which you cannot sue for defamation.
2. It is a <u>fact</u> that you engaged in illegal file sharing, aka copyright piracy.
3. It is a <u>fact</u> that you encouraged Brain Dump attendees to write off unrelated family and weekend lodging expenses as business expenses.

<u>In addition, almost all the harm to your reputation is self-inflicted</u> noting that you propagated all these allegations to a far wider, and targeted (i.e. your Web site visitors), audience than I or any of your other victims have ever done. You and not I keep reminding your audience that you filed

---

[2] A Google search on Stormfront and the Daily Stormer shows however that Mark Spittle's "queer" and "faggot" are very popular on both sites, so it appears that your views rather than mine align with those of Nazis and Klansmen. You therefore accuse me falsely yet again (<u>projection</u>) of what you do yourself.

bankruptcy, stole ISO's copyrighted intellectual property, and promoted illegal tax deductions. Your "Elsmar hacked my Web site and helps murder police officers" tirade destroyed your reputation on LinkedIn noting that, while it got about 7500 views, nothing you've published since has more than 200.

To recap, I did everything possible to de-escalate this situation and seek a mediated settlement with which we both could live. You repaid my restraint by attacking me on LinkedIn and your Web site while tweeting repeatedly to ASQ, QD, and UCI about me. I have accordingly sent my attorney everything he needs to answer your protective order and anti-SLAPP motions, along with material for more than a dozen additional claims, and I have made arrangements to participate in the scheduled December 7 hearing by teleconference if necessary.

William A. Levinson, and Levinson Productivity Systems PC by

William A. Levinson

# EXHIBIT 59

To: Christopher Mark Paris and Oxebridge
Quality Resources International LLC
1503 South US Highway 301
Suite 36
Tampa FL 33619 USA

From: William A. Levinson and Levinson
Productivity Systems PC
6 Lexington Court  Wilkes Barre PA 18702
570-824-1986

E-mail to **Defendants only**
7016 0910 0001 7798 5191

cc: Attorney Mark Tischhauser
6301 Memorial Highway  Suite 203
Tampa, Florida 33615 by fax

December 30, 2017

**Subject: Quality Digest Descends to New Lows, Flirts With Anti-Semitic Revisionism (Dec. 30 2017)** https://www.oxebridge.com/emma/quality-digest-descends-to-new-lows-flirts-with-anti-semitic-revisionism/

> "Levinson is spreading **false and defamatory** claims about Oxebridge such as we hacked our own website, we flouted ISO's copyright and openly engage in piracy, and that we told people to cheat on their taxes; "

We have already sent you objective evidence that shows that you (1) more likely than not fabricated the attack on your own Web site, (2) flouted ISO's copyright by giving away the ISO 9001:2015 Committee Draft online and (3) told attendees at your Brain Dump to bring their families, stay the weekend, and write everything off as a business expense.

> "Levinson has gone further, now suggesting my family doesn't exist either, after he misread the deed on my house (yes, Levinson went into creepy **stalker** mode and got a copy of the deed to my house.)"

Looking up a public record in response to your libelous accusation that I was complicit in vandalizing your house is not **stalking** (libelous statement). What did I misread about you being "a single man?"

> **"his articles get picked up and reposted on KKK websites like *The Daily Stormer* and *Stormfront*."**

You re-published this accusation after retracting and apologizing for your similar accusation on Twitter, and after it was pointed out to you by certified mail and E-mail that my article quoted by Stormfront condemned another organization for hosting hate speech even worse than what one might find on Stormfront. **This is proof beyond any doubt of actual malice—I'll let my attorney deal with that—that could conceivably be used against you in the evidentiary hearing in March.**

> "Levinson was still promoting the "birther conspiracy" as late as 2011,"

I denounced the birther conspiracy as a "false trail," which is apparent in the screenshot you posted.

> "Levinson, who "unapologetically" calls for the "extermination" of terrorist groups like Hamas, **then lumps in Jews he doesn't like into such categories.**"

You are seriously accusing me of calling for the extermination of Jews, even those whose actions I don't like???

> "Levinson's reputation is tied to Ford, not to the Holocaust, which is why Levinson casually accuses so many others of being Nazis, or **the ADL of being anti-Semitic Nazi enablers**."

I never accused anybody but Nazis of being Nazis, although I compared (accurately) terrorists like ISIS to Nazis for claiming and acting on the right to exterminate those they deem inferior including Muslims who don't share their ideology. I never said anything about the ADL enabling Nazis although, when Abraham Foxman was running it, ADL:

1. Issued a joint statement with Al Sharpton. See Tawana Brawley, Freddy's Fashion Mart, and the Crown Heights riots.
2. Opposed a Congressional resolution to recognize the 1915 genocide of Armenians: "The Turks and Armenians need to revisit their past. The Jewish community shouldn't be the arbiter of that history, nor should the U.S. Congress."
3. Gave John Kerry a pass for saying that Israel risks becoming an "apartheid state."

The Nazi medal that Ford accepted was for achievements in manufacturing, and not anti-Semitism. Ford told the *New York Times* when he accepted the award, "My acceptance of a medal from the German people does not, as some people seem to think, involve any sympathy on my part with Nazism. Those who have known me for many years realize that anything that breeds hate is repulsive to me." He added elsewhere that he thought the German people were "not in sympathy with their rulers in their anti-Jewish policies, which is the work of a few war-makers at the top." I also discovered that Ford advocated letting Jewish refugees from Germany enter the United States at roughly the same time the Roosevelt administration turned away the *Saint Louis*. Ford screwed up very badly with regard to The International Jew, but a lot of people back then (including Roosevelt, who also put Japanese-American citizens in concentration camps, and Neville Chamberlain, who let the Nazis get away with what they did) also screwed up very badly.

Re: "At the same time, Levinson was caught sending an email to an ASQ member repeating the same story **yet again** and claiming it as absolute, irrefutable fact…"

1. Mary Winch is among your Twitter followers whom you told I had advocated racism on Stormfront. If you had not published that accusation, I would not have started to go down the list of your Twitter followers to expose you as a flagrant liar. I stopped only because you published the retraction.
2. If you had not incited your O-Fans including your former clients to propagate your lies about me to ASQ and AQI earlier this year, I would not have contacted them earlier this year to expose you as a liar.
3. If you had not used your LinkedIn account to attack my reputation, I would not have contacted your LinkedIn followers earlier this year to expose you as a liar.

Takeaway, in case you have yet to figure it out; you reaped what you sowed.

William A. Levinson, and Levinson Productivity Systems PC by

*William A. Levinson*

Note: the fact we have not addressed all the garbage you published today does not mean we acknowledge any of it as being more than half-true, we just aren't going to bother making a legal issue of it at this time.

# EXHIBIT 60

INTRODUCTION | SUBMIT RFQ | BECOME A MEMBER | PARTNERS & RESOURCES | LINK TO AMSN | MANUFACTURING TERMS | CONTACT US



**MFGpartners.net**
American Manufacturers Network

Find Members By Keyword



**Click Here To Get Quotes**
From
Quality Certified Manufacturers
**BUY AMERICAN**

Become a **Member** Today!
Network With Other U.S. Manufacturers

## Featured & Certified U.S. Manufacturers

Cedar Industries, Inc. - Full service machine shop capable of systems integration, machine design and build.

JB Machine - CNC machining, production machining, one off jobs and prototyping as well as repair and maintenance capabilities.

# OXEBRIDGE SCAM NOTICE: Christopher Paris Investigated For Fraud, Copyright Theft, Certification Scams

**SCAM ALERTS!**

Please beware of Oxebridge Quality Resources International, an offshore enterprise operating a bogus certification and accreditation scheme. Oxebridge is owned by Christoper Paris, formerly of Florida now residing in Peru. Mr Paris and his web host has been reported to the Federal Trade Commission (FTC) for copyright infringement and the theft of personal photographs, logos, corporate certificates, and other copyrighted material stolen from various websites. Oxebridge.com is under investigation by the American Board of Accredited Certifications, and is on the Scam Alert List of IndustrialPR for telemarketing fraud. Reports show Attorney Generals in several states, including Florida, Connecticut and New York has received complaints about Christopher Paris and his fraudulent operation Oxebridge Quality Resources.

AMSN could not find a single client endorsement on the Oxebridge.com website, nor does it appear to have any customers or business references. In fact, it doesn't seem to be making any honest money at all. However, we did what seems like an endless number of complaints about Oxebridge Quality Resources International and Chris Paris all over the Internet. Simply Google "*Oxebridge complaints*" and you'll see complaint after complaint about the seedy company.

Mr. Paris, a white man, comes off as a very envious and disturbed individual in the articles he writes and publishes on his website. He often writes in a distasteful manner about Jews, African Americans, and woman in leadership roles. He has disgustingly accused a Jewish businessman of using his own mother's death to promote himself in effort to demeanor the man among his family, friends, and business associates. He has verbally attacked an African American woman for being "unqualified" for a leadership role. Christopher Paris has gone as far as contacting the employer of an Hispanic gentlemen in effort to get the man fired. The entire business model of Oxebridge.com seems to be attacking the reputation of successful business people, especially Jews, minorities, and woman. Would you do business with such a person?

## Main Menu
- Introduction
- Submit RFQ
- Become A Member
- Link To AMSN
- Partners & Resources
- Manufacturing Terms
- **Contact Us**

## U.S. Manufacturers Reports & Profiles
- National (USA) (1,433)
- Alabama Shops (12)
- Alaska Shops (5)
- Arizona Shops (16)
- Arkansas Shops (9)
- California Shops (124)
- Colorado Shops (17)
- Connecticut Shops (59)
- Delaware Shops (7)
- Florida Shops (42)
- Georgia Shops (32)
- Hawaii Shops (5)
- Idaho Shops (8)
- Illinois Shops (94)
- Indiana Shops (65)
- Iowa Shops (16)
- Kansas Shops (13)
- Kentucky Shops (11)
- Louisiana Shops (8)
- Maine Shops (7)

# EXHIBIT 61

## Accreditation Scam: Oxebridge, Chris Paris, Offshore ISO Certification Scams



**Accreditation Scams, Bogus Certification Bodies, Invalid ISO Certifications, and Oxebridge Warning**

The American Board of Accredited Certifications has received numerous complaints about a Chris Paris, owner of Oxebridge Quality Resources International pushing its bogus accreditation scheme. It's a siren's song that Chris Paris of Oxebridge sings. It's a melody of deceit and eventual destruction sang for the good of the puppet masters who would wish to keep the light of day from singeing their pallid faces; long obscured in the shadows of sordid scandal. It couldn't be more obvious, yet the sheeple sleep. Or, to continue the analogy, the masses, intoxicated by song on Paris' lips, sail their ships straight into the abyss of this puppet masters.

Who pulls his strings? The ISO/IAF/ANAB cartel, is who, this never-ending web of organizations contrived to maintain a triangle hold on the world's quality certification specialists and by extension, the international economy. How conveniently the slander Paris spits always stings the eyes of their enemies and never threatens their allies. How conveniently he sips past any legal repercussions or reprisals from his libelous remarks as if he were protected. How convenient it is that he has what seems to be an endless amount of time to meticulously cut down the enemies of his masters, one by one with his words.

Life in his Peruvian villa must be leisurely to have so much time to cry out from his platform of destruction. He can cry out at he likes, though. In the end, all the noise he could ever make won't drown out the voice of truth calling out the sins of his fathers.

If it weren't so obvious who was paying Chris Paris' bills, you'd think he had just made a hobby of trolling the quality world. Day after day, he pumps out half thought out, self-righteous drivel aimed at any and everyone who would ever question the validity of the ISO and its affiliates.

His favorite whipping post by far, though, is that of G-PMC CEO, Daryl Guberman, arguably the leading voice against the ISO's corrupt world monopoly (again, how convenient.) Guberman has, for a long time, been a lone voice of reason in the sector, pointing out the many glaring inconsistencies and obvious conflicts of interest within these organizations and in doing so has repeatedly suffered the ire of Chris Paris' virulent rants.

Randy Dougherty, Vice President of ANAB, denies any connection with Paris, In a correspondence with Guberman dating back to 2014, he described Paris' role in the accreditation community as "self-ordained," out went on to admit a great level of respect and admiration for him. "So we here at ANAB take very seriously any complaint that he files because we know it will be based on a good knowledge of the standards and requirements," he went on. It only makes sense, Doughtery take this position, Not only does he need to keep his distance from his mouthpiece; he also needs to ensure said mouthpiece maintains his credibility. Again, convenient.

But Guberman's voice is starting to cut through the noise. The monopoly will unravel. More than ever before, Dougherty and his cronies need Paris' shrill song to drown out the reason, to cover over their multitude of sins they are hoping go unnoticed. Particularly, Dougherty needs someone to distract the masses from the fact that he sat as Vice President of ANAB and President of the IAF simultaneously. How does one pull off that sort of double play in broad daylight? Perhaps, with a big enough bullhorn, you can distract from just about anything.

Chris Paris at Oxebridge Press and his siren song of destruction he bellows out from his Peruvian villa to distract from the endless scandal in which the Quality Cartel Monopoly has been entrenched. It's more than just the unbalanced power and obvious collusion between Paris and the establishment that he's trying to cover over, though. Those transgressions are barely the tip of the iceberg.

In the midst of all of this posturing and deception discussed in the previous post, the actual quality assurance from these organizations has become an absolute joke. This quality monopoly cartel is really just a string of organizations formed in such a way to confuse and confound the average business supplying to aerospace, medical, automotive, industrial & even service industries. Truly, confusion is the only thing at which this quality hierarchy is effective. Just consider the upcoming list of problems found with the latest generation of American fighter jets back to 2013.

When surveying the project, the Pentagon's Inspector General concluded that "prime contractor Lockheed Martin … did not follow disciplined AS9100 Quality Management System practices," citing 363 findings, which documented 719 issues that could adversely affect aircraft performance, reliability, maintainability, and ultimately cost."

Go back and read that again. 363 findings that documented 719 issues that could adversely affect our military defense. How is this connected? Well, remember who currently holds the monopoly on quality assurance in aerospace and related fields? You guessed it, the ISO/IAF/ANAB Cartel. Here's the best part: Lockheed Martin is actually a voting member of the IAF. That's right, the company that just botched up the latest generation of American fighter jets has a say in the quality control of companies around the world. But Lockheed's not going anywhere. No, not with the burden of money that dupes on Congress every year.

Speaking of Lockheed Martin's place with the IAF, you're going to want to stick around for this …

Guberman looked into the IAF's 2014 tax report and noticed something rather odd: two of the sitting board members were representatives from China and Vietnam, both communist countries, the former of which has been known to be repeatedly hacking into U.S. Government secrets. Not exactly the most trustworthy of nations to be in bed with in general, but when you consider the further implications, the situation becomes ominous. They're sitting on a board that is both connected with and oversees Lockheed Martin's supposed quality adherence.

China, the nation that is by far, our number one threat, a nation that has been known to hack into our systems and steal our secrets has access to our biggest defense contractor, the company that makes all of that amazing shit that keeps us secure. In fact, China hasn't just hacked into our defense systems; they've gone after Lockheed as well. Yet, Lockheed Martin sits comfortably within an organization that includes representatives from a hostile nation on their board. It's ok, though. As long as Chris Paris keeps screaming that siren song, no one will notice what's going on with the big man behind the curtain. Look away; pay no attention; Chris Paris is singing.

Obviously, the entire system promoted by Oxebridge-ANAB-IAF is a a disastrously mishandled situation or undertaking of a quagmire at best and a scandalous breach of our freedom and security at worst. If this is how the quality control industry currently works, it's no wonder Guberman has opted out and forged his own path. Someone has to be the voice of reason, a counter-balance to the glaring absurdities in this broken system. That someone is Guberman.



This post was written by ABAC.
Published …
Posted in: Main

Tagged: Accreditation Scams • Chris Paris • ISO Roots? • Oxebridge • Oxebridge Quality Resources

SEARCH FOR A SYSTEM CERTIFICATION

ABAC BOARD OF ADVISORS

RECOGNIZED WORLDWIDE

ABAC IN THE NEWS

**ABAC HEADQUARTERS:**
ABAC - American Board of Accredited Certifications
41 Madison Avenue, 31st Floor
Manhattan, New York, NY 10010-2202
info@abacworld.org

**MAP**
Click to open larger map

**PAGES**
- Home
- Contact Us
- Certifications
- Frequently Asked Questions
- Board of Advisors
- About ABAC
- Report Invalid Certificates
- Mission Statement
- Global Security Management - ISM 9001
- Disclaimer
- ABAC - Inter-American Accreditation Organization

**ABOUT ABAC**
ABAC oversees accreditation and certification bodies assuring integrity, competency, and fair competition in the quality community. We accredit certifications based on the fundamental principles of accountability, ethical conduct, and commitment to quality.

© 2018 ABAC - American Board of Accredited Certifications

# EXHIBIT 62

**Christopher Paris**

| | |
|---|---|
| **From:** | Barbara Boyce <BBoyce@pulsemedical.net> |
| **Sent:** | Thursday, August 31, 2017 7:58 AM |
| **To:** | Christopher Paris |
| **Subject:** | Fwd: Block Levinson emails on our server please asap. |

This is date I blocked his emails

Sent from my iPhone

Begin forwarded message:

> **From:** CJ Fig <caleb@dcs-support.com>
> **Date:** March 8, 2017 at 8:40:09 AM EST
> **To:** Barbara Boyce <BBoyce@pulsemedical.net>
> **Subject: Re: Block Levinson emails on our server please asap.**
>
> Done.  You will need to call TDS.
>
> On Tue, Mar 7, 2017 at 5:37 PM, Barbara Boyce <BBoyce@pulsemedical.net> wrote:
>
>> Caleb, Please make sure that all of Mr. Levinson's emails bounce back to him.  I do not want them getting through our server to me or Anyone any more.  He is stalking us we do not want to have anything to do with him. I do not want anyone here to accidently respond to him.  j Also,  I have to block his phone number as well. . . . Can you block him through our voice over IP or do I have to call our phone company?
>>
>> Barb
>>
>>  ̄
>>
>> **From:** William Levinson [mailto:william.levinson1@gmail.com]
>> **Sent:** Tuesday, March 07, 2017 4:59 PM
>> **To:** Barbara Boyce
>> **Subject:** More abuse from Mr. Paris/ Paris encourages illegal tax deductions
>>
>>  ̄
>>
>> Dear Ms. Boyce,
>>
>> Mr. Paris took down several of his Web pages that were directed at me. I don't know whether you told him to do this but, if he told you he took them all down, he did not tell you the truth. A Webinar provider for whom I work forwarded this material to me today. As Mr. Paris was responsible for it, please feel free to tell him that I replied not only that the material is false and malicious as shown by the attachment, but also that Mr. Paris' Web site encourages intellectual property theft (I shared that Web page with you as proof) and that his recent promotion that was forwarded to me encourages people to deduct personal travel expenses as business expenses. The purpose of all this is drive home the point that he is simply not credible and that nothing he says about me or anybody else is to be believed.

Here is what he told his prospective customers which, if they act on it, could get them into serious trouble with the IRS. Same with the "yay cloud" meme that encourages people to share ISO's single user-licensed material on the cloud in violation of the license, which could get them into DMCA trouble.

LOCATION: Hilton Cocoa Beach Oceanfront, Cocoa Beach FL. Literally a few seconds' walk to the gorgeous Atlantic Ocean, and just an hour away from Walt Disney World. Bring the family and ==write the entire weekend off as a business trip.== Smack dab in on the Space Coast, visit the Kennedy Visitor Center and Cape Canaveral. Watch real rockets launch... maybe.

(Received from webinar provider with whom I am working; the attached pdf file was included in my response to the webinar provider.)

Also, please see below comments received by us:

==Recently it was learned that a featured speaker at Compliance4All is involved in a serious controversy regarding racism and hate speech. William A. Levinson, currently scheduled to offer a number of seminars through Compliance4all, was discovered to have written hundreds of articles on multiple "alt-right" websites which promote racism, hate speech and violence against minorities. Mr. Levinson himself argued for the "justifiable homicide" of Blacks, and compared Muslims to feces. He has compared former President Obama with a cartoon monkey. His readers – with whom he casually interacts in the comments sections of his articles – then openly discuss the murder of immigrants and minorities, suggesting Blacks should be dragged from the back of trucks until dead.==

==Mr. Levinson's profile on Compliance4All can be found here:==

https://www.compliance4all.com/control/speakerprofile?speaker_id=41954

As a result of these revelations, Mr. Levinson was removed from a speaking slot at the upcoming ISO 9000 World Conference, after its CEO found his writings hateful, saying "I could not believe how extreme they were.  I was upset to my stomach." After Levinson began harassing reviewers of his book on Amazon, Amazon took the extraordinary step of removing his book entirely from the site, for abuse of their terms of service. The American Quality Institute, which published the book, has pulled all promotion for it. Meanwhile, the CEO of the American Society for Quality has indicated they are discussing the withdrawal of Mr. Levinson's "Fellow" status with ASQ, as a result of his writings.

You can read his writings firsthand here. Be sure to review the comments as well:

http://www.americanthinker.com/author/william_a_levinson/

NOTICE:  This email, including any attachments, contains information which may be confidential, privileged, and/or protected by state or federal law.  It is intended solely for the recipients identified above.  If you are not the intended recipient, your receipt of this email is the result of an inadvertent disclosure or unauthorized transmittal.  Be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited.  If you have received this email in error, immediately delete and destroy all copies of this email and its attachments, and notify the sender of your receipt of this email.  DO NOT review, copy or rely on in any way the contents of this email and its attachments.  NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION.  All rights of the sender for violations of the confidentiality and privileges applicable to this email are expressly reserved.

--


Caleb (CJ) Figueiredo
Email:  caleb@dcs-support.com
Phone:  954-505-2101
HelpDesk:  954-960-3002 Option 1
Web: www.dcs-support.com
Remote Support: www.dynamicremotesupport.com



Supporting South Florida Small Business



Ask me about software as a service that could benefit your business.

Click here to start a support chat.    To send files to me securely, please click here.
How did we do today?  Tell us by clicking here.

Email Compliance Disclaimer:
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

Please consider the environment before printing this email.

NOTICE:  This email, including any attachments, contains information which may be confidential, privileged, and/or protected by state or federal law.  It is intended solely for the recipients identified above.  If you are not the intended recipient, your receipt of this email is the result of an inadvertent disclosure or unauthorized transmittal.  Be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited.  If you have received this email in error, immediately delete and destroy all copies of this email and its attachments, and notify the sender of your receipt of this email.  DO NOT review, copy or rely on in any way the contents of this email and its attachments.  NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION.  All rights of the sender for violations of the confidentiality and privileges applicable to this email are expressly reserved.

# EXHIBIT 63

My name is Daryl Guberman, President of Guberman-PMC, LLC. I am a quality professional with over 30 years of experience in the aerospace, medical implants and materials, and printing fields. Throughout my career, I have saved companies millions of dollars in constructive productivity-enhancing suggestions. My skillful attributes include an unrivaled dedication to quality, maintaining constant communication with customers, and securing ISO-9001;2008, 13485, AS9100, and TS16949, as well as ISO-17025 and ISO-14000 compliance and certification. We assist you in all aspects of your QMS (quality management system) and will perform internal audits and management reviews saving you money in costly man hours that could be spent more productively and efficiently producing materials than taking your employees off their machines to perform audits. We will be there to represent your company at those customer audits as part of our value-added package.

Google me, "Daryl Guberman" to see articles about me in numerous magazines, newspapers, and videos to learn more about me, and the many companies I've helped in the manufacturing and quality arena save money, boost revenues and grow their bottom line. Visit my endorsements page to view testimonials from customers that have benefited from my broad range of services and expertise.

**PROFESSIONAL OVERVIEW**

- 2009 – PRESENT: Consultant – FDA, GMP-ISO-9001:2008 /AS-9100 /TS16949 /MEDICAL-ISO 13485; Medical Plastics, Composites/Plastic Stock Shapes; Metals: Non Ferrous, Aluminum and Titanium Alloys; Grinding: Blanchard and Surface; Gears (Plastic and Metal); Adhesives: Mechanical Fasteners; IBM, RTM, EBM, SBM Molding, Extrusion; Aerospace; Medical Implants-Materials; Printing: Flexo, Screen, Plate, Hotstamp, Gravure; Specialist in Sub-Straight and Label Technologies, including Adhesives. I am a US citizen, qualified to work for any employer (U.S. Gov. security clearance).

- QUALITY CONTROL DIRECTOR / Corporate Health and Safety Coordinator

**EXPERIENCE**:

- Modern Plastics, Bridgeport, CT, QUALITY CONTROL DIRECTOR 2000 to 2009: Implemented and certified ISO 9001:2000 in less than 8 months (DNV). I was the key manager responsible for Modern Plastics becoming the only Plastic Distribution Company in the United States to be certified as "GRADE A" (which meant supplying permanent implantable plastics) as attested to by Smith and Nephew in 2006.

- CCL LABEL INC., Shelton, CT, QUALITY CONTROL MANAGER 1998 to 2000: I contributed substantially to CCL Label passing Pfizer/Warner Lambert (pharmaceutical) audit within 1 year after being hired.

- DI SANTO TECHNOLOGIES, INC., Stamford, CT, QUALITY ASSURANCE INSPECTOR 1995 to 1997: Initiated and upgraded specifications for hip replacements, cups, knee, carpal tunnel elements

and shoulder, spine products. Interfaced with customers: DePuy-Johnson& Johnson, Whiteside Medical, Zimmer, Osteonics, Pfizer.

▪ UNITED TECHNOLOGIES CORP., SIKORSKY AIRCRAFT DIVISION, Stratford, CT, QUALITY ASSURANCE BLADE INSPECTOR "A" 1983 to 1995: Recognized for 35 Suggestion Awards and a Performance Award for a standard shortening Picatinney Arsenal processing time for titanium.

**PROFESSIONAL AFFILIATIONS/RECOGNITIONS**:

▪ American Society for Quality, American Society of Metals, International "Who's Who of Professional Management" (1999).

**EDUCATION:**

▪ 2008 – International Assoc. of Plastic Distributors, Boca Raton, FA — Certificate Level 1 and 2 in Plastics

▪ 2007 – Connstep, Inc., Rocky Hill, CT — Certificate in "Lean Awareness and Kaizen Training"

▪ 2005 – Materials Engineering Institute, Metals Park, OH — Diploma in Welding Metallurgy

▪ 2005 – Materials Engineering Institute, Metals Park, OH — Diploma in Applied General Metallurgy

▪ 2003 – Harcourt Learning, Scranton, PA — Certificate in Films, Sheets, Foams, and Laminates

▪ 2003 – Harcourt Learning, Scranton, PA — Certificate in Plastic Adhesives and Coatings

▪ 2002 – Harcourt Learning, Scranton, PA — Certificate in Industrial Plastics

▪ 2001 – Materials Engineering Institute, Metals Park, OH — Diploma in Testing and Inspection

▪ 1999 – Clean Harbors, Bristol, CT — Certificate in Hazardous Waste Management (40CFR 265.16&262.34), DOT (40 CFR 172.704 1 & 2)

▪ 1999 – Rensselaer Polytechnic Institute, Hartford Campus, CT — Certificate in Quality Management

▪ 1998 – Flexcon, Inc, Worcester, MA — Diploma (advanced) in UV-Cured and Water-Based Materials

▪ 1997 – Southeastern University, Washington, D.C. — Bachelor of Science in Business Management

▪ 1993 – Materials Engineering Institute, Metals Park, OH Diploma in Non-Ferrous Metallurgy

▪ 1990 – North Atlantic NDT, Branford, CT — Certified Level II Penetrant Inspection

- ▪ 1989 – Materials Engineering Institute, Metals Park, OH — Diploma in Composite Engineering Technology

- ▪ Materials Engineering Institute diplomas were comprised of the following certificate courses:
  - Aluminum and Its Alloys
  - Corrosion
  - Composites 1: The Basics
  - Composites 2: Material Selection and Application
  - Principles of Metallography
  - Titanium and its Alloys
  - Principles of Failure Analysis
  - Fundamentals of Non-Destructive Testing
  - Welding Inspection and Quality Control
  - Mechanical Testing of Metals

**QUALITY IS MY BUSINESS**

Do you have just 10 minutes to talk? I guarantee it will be the most productive conversation you had in a long time. Email or call me to set up a free consultation about ISO compliance or certification, ISO audting, process & management analysis, risk management or any other need you have. Probe my knowledge, experience, and capabilities to make you the industry leader. Remember, we offer much more than just ISO… a lot more! Our fees are very reasonable, and our service is unmatched.

Sincerely,

Daryl Guberman
GUBERMAN-PMC, LLC
daryltqrs@yahoo.com
203-556-1493

# EXHIBIT 64

  ReleaseWire

Services   Process   Newsroom   Help   About     Sign Up   Login

**IndustrialPR.net**  Email Alerts |  RSS

## In the World of ISO, He's It: Daryl Guberman Reveals Why 'Quality Is out of Control'

Daryl Guberman is bringing new life to manufacturers nationwide by exposing the disarray and anti-competitive monopoly that is strangling quality

  

Milwaukee, WI -- (ReleaseWire) -- 08/23/2012 --The manufacturing community across the country appears to be in the midst of an industrial revolution inside the quality arena. Some are even calling it an heroic story of 'David vs. Goliath.' In recent months, manufacturers have been flocking in droves to Guberman-PMC, LLC (http://dguberman.com) to acquire their fully-accredited ISO certificate issued by G-PMC, a stand alone registrar. During that period, the company's president Daryl Guberman and his spirited colleagues have been valiantly shaken up the world of ISO by revealing how quality is out of control, and publicly demanding changes been made.

In a recent interview published on YouTube, Guberman said he believes the ISO certification process was never intended to have all or most registration companies overseen by a single accreditation body, which he warns results in a monopoly. According to Guberman, there are no standards that he knows of by which a single certification body can define who can accredit whom, nor should such protectionism be legislated, whether it be directly or indirectly as a repugnant means to safeguard the profits and interests of a conglomerate.

"Companies are increasingly seeing ISO and the quality process as being distorted and financially driven, requiring an investment of a lot of money to gain acceptance and approval based on standardization procedures that is non-consistent, so you end up with something being a standard that is not clear, which only devalues the confidence people have in the standards setting process," said Guberman. He added, "The certification process as it stands today is flawed, and no better than the 'Fox Watching the Hen House.' In contrast, unlike nearly all registrars that are required to report to the same international accreditation body, G-PMC, LLC as a single entity and standalone registrar reports directly to the Industrial Leaders Group (ILG) which serves as its sole accrediting body. Guberman said although his registration company follows in spirit the principles and methodologies of ANSI-ASQ National Accreditation Board (ANAB®), the company is committed to remain independently accredited to bring an alternative choice to customers and maintain its competitive edge with emphasis on helping businesses achieve affordable, value-added certification.

Donald Labelle, CEO of the American Machine Shops Network (AMSN) consisting of 1,200+ members said he fully supports Daryl's courageous efforts to fix a broken quality system. Labelle is also the pioneer of the U.S. Manufacturing Movement (USMM), a grassroots campaign he established earlier this year to bring work back to American manufacturers. Other prominent supporters of Guberman include a number of other industry professionals, organizations and private businesses at http://dguberman.com/Endorsements.html

### About Guberman-PMC

Guberman-PMC is owned and operated by Daryl Guberman, a quality professional with over 30 years of experience in the aerospace, medical implants and materials, and printing fields. Throughout his career, Daryl has saved companies substantial amounts in constructive, productivity-enhancing suggestions utilizing special talents including an unrivaled dedication to quality, maintaining constant communication and feedback with customers, and securing ISO-9001;2008, 13485, AS9100, and TS16949, as well as ISO-17025 and ISO-14000 compliance and certification.

ANAB (TM) is a Trademark of ANSI-ASQ National Accreditation Board, Milwaukee, Wisconsin.

G-PMC, LLC is an independent and impartial standalone registration company.

Daryl Guberman
Phone: 203-556-1493
Email: daryltqrs@yahoo.com
Web: http://www.dguberman.com

Source: IndustrialPR.net
Posted Thursday, August 23, 2012 at 8:45 AM CDT · Permalink

### Media Relations Contact

Daryl Guberman
President
Guberman-PMC, LLC
203-556-1493

Email | Web | Profile

**Follow IndustrialPR.net**



### Related Images



"It is not the certificate that makes the company, it is the company that makes the certification." - Daryl Guberman

For information regarding the content of this press release please contact the media relations contact listed above directly.

Privacy Policy | Cookie Policy | Terms of Service | Report Abuse
Copyright © 2005 - 2016 ReleaseWire LLC
All Rights Reserved. Important Disclaimer

Try it now with
**OnDemand** 

    

# EXHIBIT 65



### Indecopi Exposed: Oxebridge Owner Chris Paris & Wife Behind Foreign Scam

GUBERMAN-PMC, LLC • 49 views • 3 months ago

Daryl Guberman- CEO - GUBERMAN-PMC, LLC, and Possible Senatorial Candidate 2022
http://www.darylguberman.com talks ...

# EXHIBIT 66

# SAINTPETERSBLOG

LIFE AND POLITICS FROM THE SUNSHINE STATE'S BEST CITY




SUNBURN

Receive Peter Schorsch's agenda-setting read of what's hot in Florida politics.

Email Address

SUBSCRIBE

PETER'S LATEST


The end for SaintPetersBlog


Takeaways from Tallahassee — FSU takes on campus names, markers


Sunburn — The

## Conservative businessman accuses Tampa rival of faking liberal outrage to steal business

— by Phil Ammann



CHRIS PARIS OWNS TAMPA-BASED OXEBRIDGE QUALITY RESOURCES INTERNATIONAL

Political trolling on social media is getting its day in Hillsborough County court.

A Pennsylvania quality control consultant is accusing one of his business rivals based in Tampa of faking liberal outrage as a bogus "social justice warrior" and using his political views to gain an unfair business advantage.

**William A. "Bill" Levinson** is a consultant and owner of the risk management firm **Levinson Productivity Systems, P.C.** in Wilkes-Barre, Pennsylvania.

Levinson Productivity helps clients follow **ISO 9001** standards, which outlines requirements an organization must uphold to maintain product quality.

Levinson, a self-described "pro-Israeli Jewish libertarian," has been outspoken on his conservative political beliefs. He has published **dozens of articles** on the American Thinker website with titles such as "Michelle Obama's Promotion of Misogyny and Date Rape," "The Jewish voter as the Democratic Party's battered spouse," and "Black Lives Matter Encourages Justifiable Homicide of Black People."

**Christopher Mark Paris**, the owner of **Oxebridge Quality Resources,** is one of Levinson's business rivals based in Florida. Oxebridge is at 1503 U.S. Hwy 301 S, Suite 36 in Tampa.

Although Levinson says he tries to keep his business and politics separate, a lawsuit filed April 25 in Hillsborough County Circuit Court accuses Paris of blasting his politics to get a competitive edge.



BILL LEVINSON OWNS PENNSYLVANIA-BASED LEVINSON PRODUCTIVITY SYSTEMS

Posting on the **Oxebridge blog** and **Facebook page** — as well as allegedly publishing articles under pseudonyms "Mark Spittle" and "Einstein Llewelyn" — Paris accused Levinson of espousing racism, sexism and Nazi-like attitudes toward Muslims and others.

Levinson calls Paris' viewpoints insincere and claims he is a "Social Justice Warrior" who only feigns moral superiority to achieve an unfair business advantage over his competitors.

In the suit, Levinson describes Social Justice Warriors (SJW) as "the false portrayal of deep-seated personal conviction for an issue or cause, and falsely attribute it all touristic intentions, as the primary motivating factors for the

individual's action and commentary, when the actual predominant motivating factor is personal benefit or protection.

These disingenuous social justice arguments are what Levinson calls exaggerated "virtue signaling," defined as a "psychological/sociological phenomenon where an individual's reaction and statements are intended primarily to convey a perception of righteousness or superior character."

Levinson says Paris not only committed libel but also deliberately sought to harm his business by, among other things, convincing conference organizers to cancel a scheduled speech by Levinson.

Levinson is not the only business rival complaining accusing Paris of political character assassination.

Connecticut-based consultant **Daryl Guberman** also leveled similar grievances against Paris, posting a lengthy warning about him on the **Guberman-PMC, LLC website**.





visual artist Margaret Juul and can be
reached at phil@floridapolitics.com and on
Twitter

Search...

All rights reserved. Extensive Enterprises, LLC.

HOME     ABOUT

# EXHIBIT 67





**SHARE**

Tweet

Like 4

G+

Share

Mix it!

| SUBMIT PRESS RELEASE | NEWS CATEGORIES | PRESS RELEASE DISTRIBUTION | FREE MAGAZINES | VIDEO TESTIMONIALS | ABOUT US |

# Oxebridge.com Owner Chris Paris Flees To Offshore Web Host After Receiving Over 50 Complaints of Copyright Violations

*Oxebridge.com flees to a web host offshore away from U.S. jurisdiction after numerous copyright complaints from photographers, artists and other copyright owners*

New York, NY - Sources are reporting Christopher M. Paris, 52, formerly known as Chris Erwin, owner of the one person operation Oxebridge Quality Resources has fled to an offshore Web host after receiving over 50 DMCA notices on behalf of photographers, graphic artists, and other copyright owners. Sources say Paris stole photographs of individuals, logos and other artwork and is using the material without permission.

The electronic images are alleged to be taken from LinkedIn and other social media sites, as well as the American Society for Quality (ASQ) and the American Board of Accredited Certifications (ABAC). Other artwork was taken recently from G-PMC Group, LLC, an internationally accredited certification body owned by Daryl Guberman and Donald LaBelle, co-founders of the only independent accreditation body in the United States.

Records show New York-based Digital Ocean, the former web host of Oxebridge.com received over 50 copyright complaints citing numerous violations of the Digital Millennium Copyright Act (DMCA), a United States copyright law that implements two 1996 treaties of the World Intellectual Property Organization (WIPO). Many of the photographs alleged to have been stolen are being used in smear campaigns against members of the non-profit organization TAG 176.

According to an ABAC spokesperson, a petition is being drafted calling for the search engines Google and Yahoo to delist Oxebridge.com for multiple DMCA violations. The petition cites Chris Paris, owner of Oxebridge.com fled overnight with his website to an offshore website to avoid U.S. jurisdiction. The petition states Mr. Paris is using a seedy foreign web host known for ignoring DMCA takedown notices, and therefore, leaving copyright owners with no recourse to protect their copyrighted material from Oxebridge.com.

Offshore web hosts are commonly used by questionable businesses and individuals involved in illegal activities such as copyright infringers, white supremacist, terrorist sympathizers, illegal pharmacies, pornography sites and other shady businesses. Legitimate U.S. businesses offering legal products and services and paying taxes as required usually have no need for offshore protection from a seedy foreign web host such as the one hosting Oxebridge.com.

Tagged as: Chris Paris, Christopher Paris, Oxebridge, Oxebridge.com

Comments Off

| Comments (0) | Truckbacks (0) | ( subscribe to comments on this post ) |

Sorry, the comment form is closed at this time.

Electro-Mech's SW45023 Exit Door Lamp Switch Approved By Airbus »

« Beyond 3D Podcast Explores Trends, Business Opportunities and Real-World Stories in Manufacturing and Engineering

**Main Menu**

Submit Press Release

News Categories

Press Release Distribution

Free Magazines

Video Testimonials

About Us

**Featured News**

ELECTRO-MECH'S SERIES 900-SMT PB SWITCH OFFERS LED ARRAY BACKLIGHTING

ProAmpac Wins Two Innovation Awards for PepsiCo Mexico Foods' Doritos E-Z SnackPak Design

Historic Manufacturer STIMPSON Celebrates 165 Years of Industry Leadership With A Digital and Brand Modernization

Fibox Optic Sensor Manufacturer Micronor Inc. obtains ISO 9001:2015 Certification

Electro-Mech Announces Daylight Readable SW48090 PB Switch for General Aviation Market

Humidity and Temperature Transmitter With Interchangeable Probes

Fibox Optic Loader Optec Announces New Website Launch

Tech Soft 3D Optimizes HOOPS Platforms for Native and Web 3D Engineering Applications

Tetra4D 3D PDF Products Now Support 3D Printing Workflow, Enhances App-like Functionality of PDF

HOOPS Publish 2017 Extends the Reach of Engineering Data

Copyright © 2016 IndustrialPR - Manufacturing & Engineering News

Go to top ^

# EXHIBIT 68



Posts

Find Members By Keyword

# OXEBRIDGE SCAM NOTICE: Christopher Paris Investigated For Fraud, Copyright Theft, Certification Scams



SCAM ALERTS!

Please beware of Oxebridge Quality Resources International, an offshore enterprise operating a bogus certification and accreditation scheme. Oxebridge is owned by Christoper Paris, formerly of Florida now residing in Peru. Mr Paris and his web host has been reported to the Federal Trade Commission (FTC) for copyright infringement and the theft of personal photographs, logos, corporate certificates, and other copyrighted material stolen from various websites. Oxebridge.com is under investigation by the American Board of Accredited Certifications, and is on the Scam Alert List of IndustrialPR for telemarketing fraud. Reports show Attorney Generals in several states, including Florida, Connecticut and New York has received complaints about Christopher Paris and his fraudulent operation Oxebridge Quality Resources.

AMSN could not find a single client endorsement on the Oxebridge.com website, nor does it appear to have any customers or business references. In fact, it doesn't seem to be making any honest money at all. However, we did what seems like an endless number of complaints about Oxebridge Quality Resources International and Chris Paris all over the Internet. Simply Google "Oxebridge complaints" and you'll see complaint after complaint about the seedy company.

Mr. Paris, a white man, comes off as a very envious and disturbed individual in the articles he writes and publishes on his website. He often writes in a distasteful manner about Jews, African Americans, and woman in leadership roles. He has disgustingly accused a Jewish businessman of using his own mother's death to promote himself in effort to demeanor the man among his family, friends, and business associates. He has verbally attacked an African American woman for being "unqualified" for a leadership role. Christopher Paris has gone as far as contacting the employer of an Hispanic gentlemen in effort to get the man fired. The entire business model of Oxebridge.com seems to be attacking the reputation of successful business people, especially Jews, minorities, and woman. Would you do business with such a person?

## Left sidebar

**Click Here To Get Quotes** From Quality Certified Manufacturers **BUY AMERICAN**



Become a Member Today!

Network With Other U.S. Manufacturers

### Featured & Certified U.S. Manufacturers

Cedar Industries, Inc. - Full service machine shop capable of systems integration, machine design and build.

IB Machine - CNC machining, production machining, one off jobs and prototyping as well as repair and maintenance capabilities.

EX-Factory Metal - Online Dealer Of New and Used Metalworking & Fabricating Machines and Equipment.

APEXCO-PPSI - Advanced Polymer Extrusion & Compression Plastics Products Solutions International.

CMS Tool & Die Inc. - Full Service Precision CNC Machine Shop.

Focus: HOPE Industries, Inc. - CNC Machining, Development, and Engineering Services.

Peak Manufacturing - Machining, milling, Swiss screw, turning, CNC Machine.

Northern Machining - CNC Turning, CNC Milling, Super Finishing, Welding and Fabrication, Grinding, Inspecting...

Laurel Wire Company - Wire Straightening and Cutting Services For Various Industries

Lincoln Tool and Machine Corp. - Precision CNC Machining Specialists.

Ad Mackay, Inc. - Distributor of High Purity Metals, Non-Ferrous, Precious, Specialty, Alkali and Refractory Metals.

B&D Precision Machine -Machining Job Shop, CNC and Manual Milling, CNC & Manual Lathe Work.

Gentec Manufacturing, Inc. - Full service ISO 9001:2008 Certified CNC Precision Machine Shop.

## Right sidebar

**Main Menu**
Introduction
Submit RFQ
Become A Member
Link To AMSN
Partners & Resources
Manufacturing Terms
Contact Us

**U.S. Manufacturers Reports & Profiles**

National (USA) (1,433)
Alabama Shops (12)
Alaska Shops (5)
Arizona Shops (16)
Arkansas Shops (9)
California Shops (124)
Colorado Shops (17)
Connecticut Shops (39)
Delaware Shops (7)
Florida Shops (42)
Georgia Shops (32)
Hawaii Shops (5)
Idaho Shops (8)
Illinois Shops (94)
Indiana Shops (65)
Iowa Shops (16)
Kansas Shops (13)
Kentucky Shops (11)
Louisiana Shops (8)
Maine Shops (7)
Maryland Shops (16)
Massachusetts Shops (68)
Michigan Shops (50)
Minnesota Shops (58)
Mississippi Shops (3)
Missouri Shops (17)
Montana Shops (5)
Nebraska Shops (10)
Nevada Shops (8)
New Hampshire Shops (18)
New Jersey Shops (55)
New Mexico Shops (4)
New York Shops (79)
North Carolina Shops (36)
North Dakota Shops (6)
Ohio Shops (129)
Oklahoma Shops (12)
Oregon Shops (15)
Pennsylvania Shops (98)
Rhode Island Shops (14)
South Carolina Shops (23)
South Dakota Shops (6)
Tennessee Shops (14)
Texas Shops (55)
Utah Shops (11)
Vermont Shops (6)
Virginia Shops (14)
Washington Shops (13)
West Virginia Shops (6)
Wisconsin Shops (65)
Wyoming Shops (5)
Documents & Articles (191)
Scam Alerts (2)

© 2018 MFGpartners.net

# EXHIBIT 69



**Google**   site:oxebridgequalitylawsuits.com *.*

All   Maps   Books   Images   News   More          Settings   Tools

About 86 results (0.20 seconds)

**Oxebridge Quality Resources Lawsuits**
www.oxebridgequalitylawsuits.com/ ▼
(Or... How Chris Paris makes himself look Stupid (Again, and Again)). Mr. Christopher Mark Paris (dba
Oxebridge Quality Resources LLC) has only filed 1 ...

**Marc Timothy Smith - Accolades - Elsmar Cove**
www.oxebridgequalitylawsuits.com/level2/accolades.html ▼
Accolades. Many People Tell Me How They Feel About the Elsmar Cove and my work. Don't think I don't
appreciate the kind comments! My Sincere Thanks To ...

**Specifications - Elsmar Cove**
www.oxebridgequalitylawsuits.com/level2/specs.html ▼
This is a partial listing of specifications I have worked with in years past.

**Bullshit Bingo! - Elsmar Cove**
www.oxebridgequalitylawsuits.com/level2/Bingo.html ▼
This is the infamous BullShit Bingo matrix. Useful for all management meetings.

**Marc T Smith - Lead Auditor Certificate - Elsmar Cove**
www.oxebridgequalitylawsuits.com/level2/la_cert.html ▼
QMS Auditor Certificates (scanned)

**Oxebridge Fundrazr - Christopher Mark Paris**
oxebridgequalitylawsuits.com/Oxebridge-Fundrazr-lies.html ▼
This is knowingly false. Oxebridge has not filed any lawsuit(s) other than the one filed in January of
2015 against Marc Smith which was, for all intents and ...

**Christopher Mark Paris 2016 Bankruptcy - Oxebridge (Christopher ...**
www.oxebridgequalitylawsuits.com/Christopher.../gov.uscourts.flmb.1206603.4.0.pdf
The filing of the case imposed an automatic stay against most collection activities. This means that
creditors generally may not take action to collect debts from ...

[PDF] **Christopher Mark Paris 2016 Bankruptcy - Oxebridge Quality ...**
www.oxebridgequalitylawsuits.com/Christopher.../gov.uscourts.flmb.1206603.11.0.p... ▼
I CERTIFY that on August 22, 2016, at 12:50 o'clock PM PDT, Christopher Paris completed a course on
personal financial management given by internet by.

**Bankruptcy Forms - PlainSite**
www.oxebridgequalitylawsuits.com/.../gov.uscourts.flmb.1206603.1.0%20%281%29.pd... ▼
Voluntary Petition for Individuals Filing for Bankruptcy. 12/15. The bankruptcy forms use you and
Debtor 1 to refer to a debtor filing alone. A married couple may ...

[PDF] **Oxebridge 8 15-cv-00011 Docket Document 105_0 - Judge agrees ...**
www.oxebridgequalitylawsuits.com/.../Oxebridge-8-15-cv-00011-Docket-Document-... ▼
ORDER ADOPTING REPORT & RECOMMENDATION. This cause comes before the Court pursuant to the
Report and Recommendation. (Doc. No. 99) (the ...

**Google** ›
1   2   Next

● Unknown · Use precise location · Learn more

Help   Send feedback   Privacy   Terms

# EXHIBIT 70



# EXHIBIT 71

This is Google's cache of https://elsmar.com/level2/accolades.html. It is a snapshot of the page as it appeared on Dec 15, 2018 16:02:22 GMT. The current page could have changed in the meantime. Learn more

Full version · Text-only version · View source

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.



Search

## Accolades

Many People Tell Me How They Feel About the Elsmar Cove and my work.
Don't think I don't appreciate the kind comments!
My Sincere Thanks To Everyone!



It is hard to express my thanks to every individual soul at Motorola de Mexico in Guadalajara.
They are undoubtedly some of the finest folks I have every worked with!
I will always remember with fondness their friendship. And the Tequila Factory!
A special thanks to Gerry Keller and Carlos Rodriguez.

And to all of the Guadalajara employees - you were all wonderful!





Subject: Congratulations!
Date: Thu, 02 Dec 1999 13:11:38 -0600
From: Raul Guevara
Organization: Comercialziadora Valsa
To: Marc Smith

Dear Marc:

My name is Erasmo A. Gonzalez. I work for a Rep Company named Adelsa in Mexico City as a Customer Service / Inside Sales Mgr. Sir, with no doubt this is the best quality-related site I have ever seen (and I am an experienced user !) Once upon a time, I attended an Internet Marketing Strategies Seminarium in Mexico and the speaker told something about success in websites: the key issue was that he said that those sites who are kind and able enough to give or offer something of their expertise for free on the internet will increase their opportunities to grow the business by 6!

Thanks so much for your effort. It is very pleasing to see people that in some way or other try to recover or turn back to Internet basics: to offer information, just for the desire of communicating.

I am very impressed with your site.

With my best regards,

Erasmo A. Gonzalez
Customer Service / Inside Sales Mgr
Adelsa Mexico
Ph. (525) 822-89-61
Fax. (209) 391-39-42

---

Subject: Thanks
Date: Wed, 19 May 1999 10:16:09 EDT
From: RDooley
To: Marc Smith

I would like to thank you all for your support. We were able to pass our QS9000 Third Edition through your page. The information contained within your system is a true text book on Quality Systems and Management. Again thanks for the page.

Ron Dooley
Ranco Controls North America
8115 U.S. Route 42 N
Plain City, Ohio

---

--> Subject: Results?
--> Date: Thu, 24 Jun 1999 16:29:21 -0500
--> From: Anaren
--> To: Marc Smith
-->
--> Well, as you anticipated, we "passed" with relatively few problems.
--> We had only 7 isolated non-conformities across 5 elements. Details
--> are in the attached file. The auditor said that this was a very
--> good result when compared to other registration audits he has
--> performed. All I can say is I am glad it was successful and Marty
--> said that she was happy to finally win! Once again, thanks for the
--> help. You're advice was extremely important. Especially important,
--> at least in my opinion, was your help in determining where we did
--> not need to document every last thing (by using training, etc.). I
--> think that without this input, we would have spent a lot more time
--> writing things that we did not need and wasted a lot of peoples'
--> time. We were able to get the audit done in a year while we are
--> achieving record sales and profits. Who can argue with that?

**Anaren**

Eric Britt
Anaren Microwave Inc.
6635 Kirkville Road
E. Syracuse, New York 13057

Mr. Marc Smith
8024 Timbertree Way
West Chester, Ohio 45069-1608

Dear Marc,

Please accept this small token of appreciation on behalf of everyone here at Anaren Microwave Inc.. I hope it conveys our sincere gratitude for the direction you provided us in achieving our goal of ISO certification this past year. We could not have done it without you. We at Anaren wish you the very best in the future and I hope we have the opportunity to work together again someday.

Sincerely,

Eric Britt
Mgr. Process Engineering / Quality Systems
Anaren Microwave Inc.

Gert Thygesen
V.P. Operations
Anaren Microwave Inc.

Anaren Microwave, Inc. 6635 Kirkville Road East Syracuse, NY 13057  Phone: 315 432 8909  Fax: 315 432 9121  www.anaren.com

ANAREN MICROWAVE INC.

NOTE: I want to thank Anaren for their kindness!
They did all the work!

```
--> Subject: It's over!
--> Date: Fri., 23 Apr 1999 6:38:03 -0500
--> From: XXXX
--> To: Marc Smith
-->
--> The audit just finished and everything went reasonably well. They
--> found several minor non-conformities and had several comments but there
--> was nothing that was really a major problem. There were no problems with
--> the cal lab itself (they did find some equipment in the machine shop
--> overdue for cal by three years) and went so far to say that he was
--> very impressed with the cal lab. He did not ask anything about
--> linearity or any of that sort of stuff. I think the biggest
--> challenge between now and the registration audit will be to maintain
--> momentum.
-->
--> Your assessment of us as being ready was on the mark. As I discussed
--> various items with the auditor, I made mention where your input was
--> used to develop our procedures. In all cases, he agreed with your
--> interpretations and made the comment that he felt that the money we
--> paid for you appeared to be well spent. Thanks!
```

Subject: Hey!!!
Date: Tue, 06 Apr 1999 20:45:17 -0700
From: Wanda Sumler
To: Marc Smith

I haven't had time to visit "The Cove" recently, but I had to let you know that with the input I received there and from you directly and our assessors the system I built in our other facility received 0 findings on their pre-assessment and 0 findings on their assessment and have been recommended for QS 9000 certification. Great team there. I am going to attend a PPAP seminar sponsored by Delphi on Friday in Warren, I will start visiting "the Cove" when I get back and recuperate. Again thank you for this forum. I think I got the hang of this QS thing now (watch they'll go and change it again to throw me off balance again) haha. Talk to you soon Wanda

waberens
posted 03-25-99 09:44 AM

Marc, I also want to say thanks for this site. I visit almost daily. Only recently have I been stirred to enough to post. I value the reports and evaluations of various software, consulting, and registrars. It does not mean I am going to use or not use them, we have our own evaluations to make. But the open sharing of knowledge and experiences is invaluable. Thanks to all who contribute!

Bill

Tom Goetzinger - Contributor
posted 03-25-99 11:44 AM

I have to agree with Bill. This site is the best organized source of information concerning QS9000 and Tooling and Equipment supplement that I have found. I welcomed the information concerning Powerway, and do not see it as a conflict with the principles of the site; the sharing of experience and knowledge is what this site is all about. One of the choice I must make soon is how to handle document control and I have looked at a couple of the packages. Demos can be misleading, and I am about to initiate a new thread looking for experiences and options on compliance software packages.
------------------ Tom Goetzinger

Subject: Your Web Site
Date: Fri. 5 Mar 1999 21:30:59 EST
From: StatMan4U@xxxx
To: Marc Smith

Marc,

This is the best web site I have seen for information on quality systems! Thanks for all this info, it's absolutely fantastic ... exactly what I've been looking for. If there's anyway I can help, please let me know.

-Art Mawson

Subject: Hello!
Date: Tue, 26 Jan 1999 22:01:51 -0800
From: Wanda Sumler
To: Marc Smith

I haven't been to the cove in months, just wanted to say hi. I'm in the process of setting up QS 9000 in our North Carolina facility and have found ways to make it simple and understandable with your help and a cooperative assessor who has realistic interpretations as they relate to our business. Just wanted to drop a line and say thanks. I perform our PPAP's and one of our customers says that they are the best they have ever seen thanks to the you, the people who come here and my bosses trust.

Thanks Again!

Wanda Sumler

Subject: great page
Date: Wed. 27 Jan 1999 08:30:08 -0500
From: Micaela Barnhill <xxxxx@pop800.gsfc.nasa.gov>
Organization: Computer Sciences Corporation
To: Marc Smith

Good morning:

Just a note to say you have developed a great web site. Lots of info in a friendly format with *useful* graphics. Thanks.

Mike

Subject: ISO 9000 your web site !
Date: Tue, 21 Jul 1998 19:20:32 EDT
From: GFT1005@xxxx
To: Marc Smith

DAMN ! It's like I died and went to heaven, I can't be happier then to finally reach people that have the same intelligence to understand what the real world is all about, and not all that bureaucratic crap that some consultants

used to feed me. I am the Quality Manager at Gillette Machine, and we were registered since November of 1997, but for the process, but getting admittance for the surveillance audits . Thanks Again !

George F. Trybulski.

Subject: Comment
Date: Tue, 17 Mar 1998 20:34:57 -0500
From: Karen Messana
To: Marc Smith

Dear Sir,

I am a safety professional with no ISO experience, but I did work at Abbott Labs and understood the Quality Systems aspect. I have been asked to work with a Fortune 500 company to help them rewrite and format their safety procedures to be consistent with the company's goal to attain ISO certification. They gave me a template to use and soon I was presumed to be an expert in documents by their corporate office due to a miscommunication. Meanwhile, I began to realize what I was getting into.

My point is that I have been surfing the web on the QS9000 and ISO9000 concepts to get a feel for what it is all about and I have found this site to be by far the most valuable to me at this point. I beginning to feel like an "expert" (NO JUST KIDDING) Anyway, THANKS for putting this out there for me and others to find.

Karen Messana, CSP kranny@xxxxx

---

Subject: Web Site
Date: Thu, 05 Mar 1998 15:28:11 -0600
From: Roy Blackwell
To: Marc Smith

In addition to the subject content of this site, the site itself is outstanding!!! I have never seen such an artistic use of color and font to convey a message and not get in the way of that message. Well done.

---

Subject: Thanks alot
Date: Sat, 10 Jan 1998 12:29:22 -0500
From: Harold L
To: Marc Smith

It is hard sometimes to show your appreciation for a service provided to you. When you go to a restaurant and someone(the waitress, owner or hostess) makes you feel at ease and is friendly you notice and perhaps you reflect that in your gratuity. I don't own a business or control accounts or anything remotely. But you have helped me so much (and many others) perhaps without realizing the actual scope. I took your advice "Take a breeze through the powerpoint files online here" and the other responses that you and other people provided over the months that I have visited your site and it has made a tremendous difference in my life. I am now an internal auditor at my place of employment. The only way I can show my gratitude for now is to recommend your site, (I have done that from day one) and to let you know when I find errors in spelling and grammar in your Web Site. This is not a criticism but if you are in the business of quality systems you should have "zero defects" in your Web Site. :) I havent noticed many but I am always using you services, and when I find them I will drop you a quick line.

Thanks again: Harold LaMarche

(My Note: Yuppers - spelling errors do pop up from time to time...)

---

Subject: Thank you!
Date: Thu, 20 Nov 1997 10:07:58 -0700
From: "Vicki M Horner"
To: Marc Smith

Marc -

This is just a quick note to thank you for creating and maintaining your QS-9000 website.

As we prepared for our QS-9000 registration audit, I spent some time at your website reading and downloading information. By looking at your examples of Quality Manuals I was able to write ours without "reinventing the wheel". In several instances I was able to spot and resolve "holes" in our procedures and documentation by studying your examples. From your website I was able to download the latest IASG interpretations, and ensure that we were properly addressing QS-9000 requirements. It has also been helpful to check the bulletin board and identify issues of current concern in the "QS-9000 world".

On November 7 our auditors recommended a "Pass" for FlipChip Technologies - on the first audit.

Without access to your website, I know that the process would have been more difficult and tedious for us. Thank you again for all your hard work - it is appreciated!

Warmest regards,

Vicki Horner - Quality System Administrator

---

**Course Attendees Have Their Say!**

"Eye Opening"
"More than in the book"
"Brings reality into play"
"Encouraged us to ask questions"
"Objective insight"



**ROM Quotation Form**

The Eleour Cove

# EXHIBIT 73

This is Google's cache of https://elsmar.com/level0/la_cert.html. It is a snapshot of the page as it appeared on Dec 11, 2018 21:53:20 GMT. The current page could have changed in the meantime. Learn more



Search

## QMS Card & Training Certificates









# EXHIBIT 74

This is Google's cache of https://elsmar.com/level2/specs.html. It is a snapshot of the page as it appeared on Dec 11, 2018 08:01:40 GMT. The current page could have changed in the meantime. Learn more

**Full version**

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.



Search

**The following is a PARTIAL listing of specifications.**
**As of 1997 I am no longer updating this listing as I work with too many specifications and standards.**

Rev levels and effectivity dates omitted for simplicity and space considerations.

| Specification | Title/Description |
|---|---|
| **Automotive & Commercial** | |
| Automotive Industry Action Group (AIAG) | CQI-1 - Industry Guideline for Quality Certification |
| | CQI-2 - Tooling and Equipment Suppliers Quality Assurance Manual |
| | PPAP - Production Part Approval Process |
| | Statistical Process Control Reference Manual |
| | APQP - Advanced Product Quality Planning |
| | QS 9000 Tooling & Equipment Supplement |
| | FMEA - Potential Failure Mode and Effects Analysis |
| | MSA - Measurement Systems Analysis |
| ANSI/IPC-S-815A | General Requirements for Soldering Electronic Interconnections |
| ANSI Y14.5M | Dimensioning and Tolerancing - Engineering Drawings and Related Documentation Practices. |
| ANSI/IPC-S-804B | Solderability Tests for Printed Boards - INTERIM FINAL |
| ANSI/NCSL Z540-1-1994 | Calibration Laboratories and Measuring and Test Equipment - General Requirements |
| British Standards Institute | Lead Auditor Course |
| BMW | VDA 6 based Supplier Requirements |
| Chrysler SQA Manual | Guide to Quality Systems Requirements |
| QS-9000 | Chrysler Ford General Motors - Quality System Standard |
| QS 9000 | Semiconductor Supplement |
| FORD Q-101 | Quality System Standard |
| FORD Q1 | Preferred Quality Award for Suppliers to FORD Motor Company |
| FORD | Total Quality Excellence Award Program Orientation Guide |
| FORD PCD-1012 | Surface Mounted Device Workmanship Manual |
| General Motors | Targets for Excellence |
| GM 9000 | GM's Remaining Active GPs (From the old Targets) |
| IPC-CM-770A | Guidelines for Printed Circuit Component Mounting - IPC |
| IPC-D-275 | Design Standard for Rigid Printed Wiring Boards and Rigid Printed Board Assemblies - Proposal |
| IPC-PC-90 | General Requirements for Implementation of SPC 2nd Interim Final DRAFT circulated January 1990 |
| IPC-SM-782 | Surface Mount Land Patterns (Configurations and Design Rules) |
| ISO 8402 | Quality - Vocabulary International Standard |
| ISO 9000-1 : 1994 | Quality Management and Quality Assurance Standards - Quality Systems - Guidelines for Selection and Use |
| ISO/DIS 9000-2 (Pre-Release Draft) | Quality Management and Quality Assurance Standards - Part 2 |
| ISO 9000-2 : 1991 | Quality Management and Quality Assurance Standards - Generic Guidelines for the Application of ISO 9001, ISO 9002, and ISO 9003 |
| ISO 9000-3 : 1991 | Quality Management and Quality Assurance Standards - Guidelines for the Application of ISO 9000 to the Development, Supply, and Maintenance of Software |
| ISO 9001 : 1994 | Quality Systems - Model for Quality Assurance in Design/Development, Production, Installation and Servicing |
| ISO 9002 : 1994 | Quality Systems - Model for Quality Assurance in Production, Installation and Servicing |
| ISO 9003 : 1994 | Quality Systems - Model for Quality Assurance in Final Inspection and Test |
| ISO 9004 -1: 1994 | Quality Management and Quality System Elements (Guidelines) |
| ISO 10011-1 : 1990 | Guidelines for Auditing Quality Systems - Part 1 (Auditing) |
| ISO 10011-2 : 1991 | Guidelines for Auditing Quality Systems - Part 2 (Qualification Criteria for Quality Systems Auditors) |
| ISO 10011-3 : 1991 | Guidelines for Auditing Quality Systems - Part 3 (Management of Audit Programmes) |
| ISO 10012-1 : 1993 | Quality Assurance Requirements for Measuring Equipment - Part 1 (Metrological Confirmation System for Measuring Equipment) |
| ISO 10013-1995 | Guidelines for Developing Quality Manuals |
| ISO 14000 Series | Environmental Management Systems |
| FORD's 'The Linkages' | Quality Planning and Control |
| FORD's | Statistical Process Control Course |
| FORD's QDF | Quality Function Deployment |
| FORD's MMSA | Materials Management System Assessment |
| FORD's QSA-S | Quality System Assessment for Service Organizations |
| FORD's QSA-W | Quality System Assessment for Warehouses and Distribution Facilities |
| Morton International | Supplier Quality Manual |

| | |
|---|---|
| Motorola QSR | Quality System Review Guidelines |
| Navistar QA 70 | Quality Standard for Navistar Suppliers |
| RADC-TR-82-87 | Stress Screening of Electronic Hardware - Hughes Aircraft Co. Rome Air Development Center |
| Toyota | Supplier Requirements Manual |
| TRW Safety Systems QPS-0100 | Supplier Development Systems - Inflatable Restraint Systems |
| Valeo 1000 | Supplier Quality Assurance |
| **Government & Military** | |
| AMC-R 702-25 | AMC Environmental Stress Screening Program - Product Assurance AMC Regulation No. 702-25 |
| CFR Title 47 Telecommunications | Parts 0 to 19 |
| CFR Title 47 Telecommunications | Parts 40 to 69 |
| CFR Part 8.2 (FR Vols 41/43) | Good Manufacturing Practices (GMPs) |
| DI-ENVR-80859 | Environmental Management Plan AMSC Number F4761 |
| DI-ENVR-80860 | Life Cycle Environment Profile AMSC Number F4762 |
| DI-ENVR-80863 | Environmental Test Report AMSC Number F4765 |
| DOD-D-1000 | Drawings, Engineering and Associated Lists |
| DOD-HDBK-263 | ESD Control Handbook for Protection of Electrical and Electronic Parts, Assemblies, and Equipment |
| DOD-HDBK-XXX(17) | Environmental Stress Screening of Electronic Equipment - Rome Air Development Center |
| DOD-Std-100 | Engineering Drawing Practices |
| DOD-Std-1686 | ESD Control Program for Protection of Electrical and Electronic Parts, Assemblies, and Equipment |
| DOD-Std-1866 | Soldering Process General (Non-Electrical) |
| DOD-Std-2000-1 | Soldering Technology, High Quality/High Reliability |
| DOD-Std-2000-2 | Part and Component Mounting for High Quality/High Reliability Soldered Electrical and Electronic Assemblies |
| DOD-Std-2000-3 | Criteria for High Quality/High Reliability Soldering Technology |
| DOD-Std-2000-4 | General Purpose Soldering Requirements for Electrical and Electronic Equipment |
| DOD-STD-2167 | Defense System Software Development |
| Mil-C-28809 | Circuit Card Assemblies, Rigid, Flexible, and Rigid-Flex |
| Mil-E-5400 | Electronic Equipment, Airborne, General Specification for |
| Mil-F-14256 | Flux, Soldering, Liquid (Rosin Base) |
| Mil-G-45204 | Gold Plating, Electro-deposited |
| Mil-HDBK-217 | Reliability Prediction of Electronic Equipment, High Reliability |
| MIL-HDBK-52 | Evaluation of Contractor's Calibration System |
| Mil-I-45208 | Inspection System Requirements |
| Mil-M-38510 | Microcircuits, General Specifications for |
| MIL-M-63036 | Manuals, Technical: Operators, Preparation of - AMSC A4831 |
| Mil-P-55110 | Printed Wiring Boards, Specifications for |
| Mil-Q-9858 | Quality Program Requirements |
| Mil-S-901 | Shock tests, H.I.(High Impact); Shipboard Machinery, Equipment, and Systems, Requirements for |
| Mil-Std-105 | Sampling Procedures and Tables for Inspection by Attribute |
| Mil-Std-120 | Gage Inspection |
| Mil-Std-130 | Identification Marking of US Military Property |
| Mil-Std-202 | Test Methods for Electronic and Electrical Component Parts |
| Mil-Std-331 | Fuze and Fuze Components, Environmental and Performance Tests for |
| Mil-Std-454 | Standard General Requirements for Electronic Equipment |
| Mil-Std-470 | Maintainability Program for Systems and Equipment |
| Mil-Std-480 | Configuration Control - Engineering Changes, Deviations and Waivers - AMSC N4478 |
| Mil-Std-483 | Configuration Management Practices for Systems, Equipment, Munitions, & Computer Programs |
| Mil-Std-721 | Definitions of Terms for Reliability and Maintainability |
| Mil-Std-753 | Corrosion Resistant Steel Parts; Sampling, Inspection, and Testing for Surface Passivation |
| Mil-Std-781 | Reliability Design Qualification and Production Acceptance Tests; Exponential Distribution |
| Mil-Std-790 | Reliability Assurance Program for Electronic Parts Specifications |
| Mil-Std-810 | Environmental Test Methods and Engineering Guidelines |
| Mil-Std-831 | Test Reports, Preparation of |
| Mil-Std-883 | Test Methods and Procedures for Microelectronics |
| Mil-Std-1344 | Test Methods for Electrical Connectors |
| Mil-Std-1520 | Corrective Action and Disposition System for Non-conforming Material |
| Mil-Std-1521 | Technical Reviews & Audits for Equipment & Computer Software |
| Mil-Std-1535 | Supplier Quality Assurance Program Requirements |
| Mil-Std-1576 | Electroplosive Sub-System Safety Requirements and Test Methods for Space Systems |
| Mil-Std-2000 | Standard Requirements for Soldered Electrical and Electronic Assemblies |
| Mil-Std-2164 | Environmental Stress Screening Process for Electronic Equipment |
| Mil-Std-45662 | Calibration Systems Requirements |
| Mil-T-5422 | Testing, Environmental, Airborne Electronic |

The Elinor Cove

# EXHIBIT 75

**From:** Admin [mailto:admin@lorenzolawfirm.com]
**Sent:** Wednesday, August 23, 2017 11:26 AM
**To:** chris@oxebridge.com
**Subject:** RE: Oxebridge v Elsmar update



Re:   Follow up

Mr. Paris – Our forensic investigator has been "investigating" and sometimes the investigation does not go without being detected.  That is not important.  What is important is that we have enough information that forensically proves Mr. Smith being the author of the information as far as the being the person who had posted the posts – despite having the site hosted in Denmark.

Once the write up is finished, we will file an addendum to the court to supplement our filing. We will underscore our request for contempt.

If you are pleased with that our forensic investigator can peer into the other case you have. Please note the about 60% of the retainer is used for forensics to bolster the case representation.

If you needed that service, the fee is $4,000.  URLs will be needed as well aliases used by the plaintiff in that other case.

Regards.

*p.p. JB Lorenzo*

*Administrative Services*

**Lorenzo Law Firm, P.A.**

2040 Delta Way
Tallahassee, FL 32303
855.757.2757 tf
850.405.6525 o
www.lorenzolawfirm.com

*Internet Law* | *Data Security Law* | *Intellectual Property Law*

**Florida** | **D.C.**

**Confidentiality note:** This cyber transmission and its contents, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material and may be legally privileged.   Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited and will be construed as a violation of the attorney-client privilege.  Hence, this email is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510, et seq.  If you are not the intended recipient (or responsible for delivery of the message to such person), you may not use, copy, distribute or deliver to anyone this message (or any part of its contents) or take any action in reliance on it.  In such case, this message should be deleted from your system and the sender must be notified by separate email or by telephone immediately.  **Caveat:**  Though all reasonable measures have been taken to ensure no viruses are present in this electronic transmission, the sender does not guarantee that upon receipt this email is free of any viruses, and cannot accept liability in the event of it being corrupted made to contain viruses in the course of transmission.  As the sender cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments, antivirus checking procedures are expected to be used prior to access of this electronic transmission.   Hence the sender is not responsible for losses incurred from receiving this email or its attachments as it may have been affected through the course of cyber transmission.

# EXHIBIT 76

# Oxebridge Quality (Christopher Mark Paris) Lawsuits
## Case 8:19-cv-00423-WFJ-SPF Document 4-2 Filed 02/19/19 Page 64 of 171 PageID 337
(Or... How Chris Paris makes himself look Stupid (Again, and Again))

Mr. Christopher Mark Paris (dba Oxebridge Quality Resources LLC) has only filed 1 lawsuit against any person or company... Two lawsuits have been filed *against* Mr. Paris.

First of all, Christopher Paris, a one person "company" (aka Oxebridge) has only 3 lawsuits which we could find.

*NOTE: Documents posted here are publicly accessible - They are not "sealed", Mr. Christopher "Oxebridge" Paris has at various times claimed that various legal documents about his lawsuit(s) posted around the internet are "sealed" or other some such crap - They are not. They are available to anyone, anywhere, in the US's PACER system and elsewhere.*

To clarify, court documents posted herein are publicly available on PACER (Public Access to Court Electronic Records), but they do charge to access documents. You can get them for **free** from Court Listener. For a while, some documents were sealed, including the Mediation Settlement Agreement. All were eventually unsealed, in part because Mr. William "Bill" Wohlsifer threw his client Mr. Paris "under the bus" by agreeing when the Federal Magistrate Judge asked if he had any objection during a telephone "hearing", as we understand the circumstances.

1. **AGAINST** OXEBRIDGE - **July 2014** - G31000 North America, Inc. et al v. Paris et al, 1:14-cv-03885-VEC - Case 1:14-cv-03885-VEC - Filed 07/10/14. This lawsuit against Mr. "Oxebridge" Paris was dismissed solely for Lack of Jurisdiction. The lawsuit never went to trial.

2. **BY** OXEBRIDGE - **January 2015** - Christopher Mark Paris sued Marc Smith, personally, *(not "Elsmar")* in January of 2015. Case: 8:cv-00011-EAK-TBM - A Federal **Civil** Lawsuit filed in the Middle District of Florida. The lawsuit did **not** go to trial. The lawsuit was **settled out of court prior to a trial** and the lawsuit was terminated by the Judge **"with prejudice"**.

Although Christopher Mark Paris has claimed that his lawsuit against "Elsmar" was "successful". *Paris never sued Elsmar, Elsmar.com or any such rubbish.* Paris sued Marc Smith, *personally,* as well as a long defunct DBA Mr. Smith ceased to use in 2001. Mr. Paris and his lawyer Mr. William Wohlsifer put together a really stupid, outdated lawsuit considering they were stupid enough to file against a nonexistent DBA. *Other than for the Mediation Settlement meeting, where Smith needed a good contract attorney, Mr. Smith was a "per se" defendant who did all his own legal work that saved him tens of thousands of dollars!*

This, of course, made Paris' "lawyer" (essentially an ambulance chaser who caught Mr. Paris) Mr. Wohlsifer look like a poor attorney, we opine that he is. And, in fact, the Judge commented about Mr. William "Bill" Wohlsifer's motions: "...The pleadings filed in this case are not at a level appropriate for federal court. This applies equally to the Defendant, who is proceeding pro se, and the Plaintiffs, who are not."- See the bottom of page 10. It's understandable that Mr. Smith's pleadings are *"...not at a level appropriate for federal court."* Mr. Smith had (well, now he has some...) absolutely no background in law, and as such can not be expected to be knowledgeable in law, but as to Mr. Wohlsifer, a licensed, practicing attorney (Ha!) who has a "federal court level" approval to plead in, shows Mr. Wohlsifer to be a total joke.

Technically *the lawsuit was settled out of court* (too expensive to continue, we assume) on 5 June 2015. In early July of 2015 the court accepted the settlement and dismissed the lawsuit *With Prejudice* so it **CAN NEVER** be reopened.

In the end, Mr. Paris actually lost money in the lawsuit, and of course the final blow after the "Violation of Stipulation on Injunction" hearing of March 2016, Paris (aka Oxebridge) declared bankruptcy.

If you have followed Christopher Paris' posts on his website, Twitter, Linkedin and such, you will notice that, as stated above, Mr. Paris refers to the lawsuit against Marc Smith as a lawsuit against Elsmar which is knowingly false. Elsmar has never been sued by anyone or any company. Why does Mr. Paris keep referring to Elsmar? We'll explain in detail soon on another page (court case documents 122 and 123 explain Smith's position), but it started as an attempt by Mr. Paris trying to hide the lawsuit from the public. Much to his surprise, the world would soon know about every aspect of the lawsuit. Karma.

The lawsuit face page:



14. Elsmar.com is not a passive website nor is it merely interactive, because it requires original input each and every time Elsmar.com and the requesting parties engage in industry-specific consultation. Further, "premium file access" can be purchased where editable Master Data File Sets are transmitted to "premium members", some of which in the State of Florida.

15. SMITH and CAYMAN's clients within the State of Florida use Elsmar.com to access training manuals and materials essential to Defendants' services.

Page 3 of 21
William R. Wohlsifer, PA
1100 E Park Ave, Ste B, Tallahassee, FL 32301-2651 (850) 219-8888 · FAX (866) 829-8174

Chris Paris believes there should not be competition...
When someone complains like this, they obviously provide
inferior products and/or services.

16. SMITH's actual interactions establish a physical presence within the State of Florida. The commercial quality and interaction with businesses and individuals within the State of Florida of Elsmar.com establish a "plus" factor to establish sufficient minimum contacts. *Cf.* Roblor Mktg. Group, Inc. v. Gps Indus., Inc., 645 F. Supp. 2d 1130 (S.D. Fla. 2009)

17. This action seeks to collect an amount exceeding $75,000 and there is complete diversity between the parties; jurisdiction is proper under 28 U.S.C. §1332.

18. This Court has original jurisdiction over Plaintiffs' Federal Unfair Competition Claim, pursuant to 28 U.S.C. § 1121, and supplemental jurisdiction over Plaintiffs' state law claims, pursuant to 28 U.S.C. 1367.

standards consulting services to potential paying clients, of which SMITH derives income.

13. Many Florida businesses and individuals have requested and received assistance for industry standards in place of normally paid consulting services from Elsmar.com for example;

Fighting against free information on the internet, in this day and age, is just outright stupid.

3. **AGAINST** OXEBRIDGE and Mr. Christopher Paris personally - **April 2017** - William Levinson sued Christopher Mark Paris (and Oxebridge, Paris' company, as well) for libel in 2017 in the Florida State court system, in Hillsborough County court, (Case: 17-CA-003804 or Florida's "Uniform Case Number" 292017CA003804A001HC). This lawsuit, claiming Libel, was filed in Florida state court so it is not available in PACER (a federal court documents system). You have to Search for it by Company in the Hillsborough County (Florida) Court records.

The status of the case as of **October 2018**: Paris (Oxebridge) countered with a SLAPP motion against Mr. Levinson's filing. The Judge in the case ruled that Levinson's lawsuit was not a SLAPP lawsuit. As of this writing, the Judge has not formally entered a Judgement against Christopher Paris, but Florida law is that when a SLAPP motion fails, the party which brought the SLAPP motion pays the other party's attorney fees to defend against the SLAPP motion (in this case Mr. Paris will owe Mr. Levinson's lawyer fees).

4. **BY** OXEBRIDGE - **TBD (2018, or just a threat?)** - None filed at this time, however Mr. Paris is threatening to sue the ASQ (American Society for Quality). It is doubtful that Mr. Paris will actually file a lawsuit, but this remains to be seen.

Christopher Paris has also threatened to file a federal lawsuit against Mr. Levinson, but it is beyond us what his grounds to do so would be. Not to mention the currently ongoing lawsuit against Paris/Oxebridge by Mr. Levinson. Paris has also threatened Daryl Guberman, who is also a bit nutty in our opinion, with a lawsuit, yet none has been filed. Mr. Paris' various and sundry threats over the years against so many people, organizations and companies are legendary.

And then there is the 2016 Christopher Mark Paris (Oxebridge) bankruptcy.
Easy access: Christopher Mark Paris Bankruptcy Documents.

Also: About Oxebridge's Fundrazr page - Collected, as of this writing, $4007.00 over an almost 3 year run.



**Fair Use Screen Capture of "Christopher Mark Paris" (or Erwin or whatever...)**

SpaceX?



**In Process - December 2018**

# EXHIBIT 77

Mr. Paris starts out:

> Oxebridge is a leading defender of the rights of ISO standards users. Help us fight back, **in court**, against the ISO incumbents, including certification bodies, standards publishers, consultants and corrupt self-accredited certificate mill operators.

This is knowingly false. Oxebridge has **not** filed **any** lawsuit(s) other than the one filed in January of 2015 against Marc Smith which was, for all intents and purposes, for "unfair competition."



Mr. Paris must be living in someone's basement. Elsmar.com is one of thousands with offer "free advice" on the internet. Mr. Smith's Elsmar.com has been helping people around the world since1996 - Approximately 22 years at this writing. Paris' one-man-show "Oxebridge" simply can not compete in today's world. Not to mention many people dislike Mr. Paris' personality, and many companies have found Mr. Paris to be controversial (to say the least) and thus avoid him.

Being a "catch all" lawsuit, claims of libel and such are included. Mr. Paris' intent was to stifle Mr. Smith's free speech to express his opinions. Mr. Paris had, and has, a personal dislike of Mr. Smith. As Mr. Smith presented to the court:



Oh, let us list the crap Paris claims:

1. Neither Paris nor his lawyer hired a forensics analyst. Mr. Paris speaks of "fevered dreams" - We do not for a minute doubt that Mr. Paris has such dreams. Notable is that Mr. Paris submitted no evidence with which to buttress his claims. If Mr. Paris actually did have said evidence, he surely would have presented it to the Court.

2. No evidence was submitted to the Court that Mr. Smith was behind "other sites". Had that been factual, had evidence been submitted, the Court surely would have sanctioned Mr. Smith.

3. No evidence was submitted to the Court that Mr. Smith was, or is, in any way "working with" Mr. Levinson. And what does "working with" Mr. Levinson mean?

4. Written in 2018, Mr. Paris fails to understand that the lawsuit was resolved in June of 2015 and that the case was dismissed With Prejudice in July of 2015.

5. What Mr. Paris is going on about is the "Violation of injunction" complaint which, it is quite obvious, the case Judge is tired of. *It got so stupid that the case Judge had docket documents 143 and 144 removed from the docket.* Not sealed, mind you, not that it would have done any good anyway, since they were by then long in the public domain. There was a hearing with regard to Mr. Paris' ongoing attempt to silence Mr. Smith through the use of a redundant set of filings accusing Mr. Smith of abrogating the injunction. The hearing was on 16 March 2016, about one month before Mr. Paris filed bankruptcy (Christopher Mark Paris Bankruptcy Documents). In short, Mr. Paris is saying that Mr. Smith lied during the March 2016 hearing. Read the hearing transcript. No lies, except, as you can imagine, a few by Mr. Paris. The Court has finally shut Mr. Paris down. The Court knows the entire lawsuit was a sham, as is Mr. Paris' life.

Moving on, Mr. Paris writes:

> Fraud and Corruption in the ISO Certificate Scheme is Costing Real Lives Oxebridge Quality Resources and its outspoken founder Christopher Paris have worked for over 15 years to improve the trust and value of ISO 9001 and related management systems certifications. Chris has volunteered thousands of hours working to ensure such certificates are issued in accordance with international rules and laws, as well as to ensure the standards themselves are written with the input of a broad spectrum of industry representatives.
>
> At heart is the growing evidence that ISO certification schemes are inherently flawed, causing real-world risks to public safety, such as we have seen in the Takata airbag scandal, Deepwater Horizon oil spill disaster, and VW emissions scandal. ISO certifications are the connective tissue that connect these incidents, and many others, and yet the various players remain misinvestigated (sic), unquestioned, and -- worst of all -- unregulated.
>
> Oxebridge is fighting to improve this situation and have the appropriate parties investigated. However, the industry is dominated by Certification Body registrars (CBs) who violate the rules, and sometimes the *law*, in order to issue certificates to any company that asks, even those that produce products that kill. The Accreditation Bodies, tasked with overseeing the scheme, are paid by the CBs, so refuse to carry out their obligations. Standards bodies, such as ISO itself, stuff their companies full of CB reps and consultants, denying American companies the ability to participate in development of their standards. Worse still, a host of unaccredited (sic) "certificate mill operators" issue fraudulent certificates to anyone who can pay, putting the public at risk of injury, illness or death.
>
> These players have used a variety of dirty tricks and tactics to crush those, like Oxebridge, who try to enforce the rules. Harassment, death threats, intimidation are all daily occurrences. Multiple sites have opened up defaming Oxebridge and supporters of its industry-wide reform efforts. They accuse innocent people of crimes, engage in "doxing" of private information, all while hiding behind fake names and anonymous websites.

As is normal for Mr. Paris, he bloviates without any facts to back up his assertions. The Takata airbag scandal, Deepwater Horizon oil spill disaster, and VW emissions scandal are not related to ISO 9001. The failures in these cases were due to companies not following/complying with federal and/or national and/or international regulations - NOT any "standard" such as ISO 9001.

Mr. Paris claims he has "volunteered thousands of hours working to ensure such certificates are issued in accordance with international rules and law, as well as to ensure the standards themselves are written with the input of a broad spectrum of industry representatives". The reality is, Mr. Paris runs a weird Complaint/Fake News website in which he, posing as journalist, complains about various companies, organizations and various standards (not federal, state, national or international regulations). As Mr. Paris libels more and more people, companies, organizations, it is understandable that his consulting services are shunned giving him a lot of free time to write the crap he writes. At one time Mr. Paris had some clients, or he claimed at one time. Some were apparently real, some appear to be false. We have confirmed that SpaceX is one company which demanded that Mr. Paris remove their name from his website Clients list. Paris' "Clients List" page is long gone...

Continuing on:

> But defending US businesses and standards users isn't cheap. Oxebridge needs the help of the stakeholders it protects, including automotive, aerospace, IT, and manufacturing firms. Oxebridge needs the breathing space to continue to push and ensure compliance with accreditation rules and international law. Now it's time to risk for help. If your company has even a benefit (to risk) the work done by Oxebridge, or if you are fed up with the bullying tactics of registrars and these authors, now you can help take action. Help Oxebridge on two fronts: First, to prosecute class action lawsuits on behalf of industry, to force the incumbent authorities into compliance. Second, to help Oxebridge and ISO standards users defend themselves against the frivolous lawsuits the incumbents use to harass those who would hold them accountable. Consider giving what you can to the ISO Standards Users Legal Defense Fund. All funds go towards the stated objectives above, and cannot be used for any other purpose.

The reality is few people believe Paris has a sincere cause. While the page says $4007 over 2 years, we have screen captures with the start date. In fact it has taken Paris almost 3 years to collect pennies considering typically lawsuit costs run from $100,000 (a cheap one) to $1,000,000 or more. Knowing that Mr. Paris declared bankruptcy in April 2018, and his lack of business, Mr. Paris has no money to start a lawsuit. And no attorney would touch a lawsuit such as Mr. Paris proposes on a contingency basis.

Think about it - Mr. Paris wants to start Class Action lawsuit(s) against "industries" including automotive, aerospace, IT, and manufacturing firms. As if these industries can not stand up for themselves.



**Fair Use Screen Capture of Christopher Mark Paris from Oxebridge.com**
Obvious Emphasis Added :)

Always the "Victim"... Always...

Yes - We still think this is "stupid".
Oxebridge's "Brain Dead Brain Dump" says: "Dominate your Registrar"



**NOTE: This website uses publicly available information and graphics, and does not claim any copyright on its content, graphics or text. You are free to copy and republish anything here.**

# EXHIBIT 78

| **Plainville Police Department** | | | **Supplement Report** | | | **2017010031** |
|---|---|---|---|---|---|---|

| Report Date:<br>08/07/2017 | Occurred On or After:<br>06/22/2017  10:38 | And Before: | IncidentType:<br>HARASSMENT BY PHONE/EMAIL/INTERNET | | | |
|---|---|---|---|---|---|---|

| Total Value Property Lost/Stolen: | | $0.00 | | Total Value Property Found/Recovered: | | $0.00 |
|---|---|---|---|---|---|---|

| Street #:<br>19 | Street Name<br>NEAL CT | | Apt/Flr: | OR Cross Street: | Investigating Officer:<br>D'Amore,Matthew 464 |
|---|---|---|---|---|---|

| | | | | | Supervisor:<br>Roper,Clifford,725 |
|---|---|---|---|---|---|

## INVOLVED PERSONS

| Status | Name (L,F,M) / Street# Apt StreetName; City, State Zip | DOB | S | R | E | Home / Cell | Business |
|---|---|---|---|---|---|---|---|
| O | **Rak, Kelly J** | 09/27/1965 | F | W | N | | ~o |
| | 3 TOWN LINE RD; Plainville, CT  06062 | | | | | | |
| | **Offenses:** | | | | | | |
| O | **Guberman, Daryl W** | 11/02/1962 | M | W | N | | |
| | 1538 West Broad Street; Stratford, CT  06615 | | | | | | |
| | **Offenses:** | | | | | | |
| C | **Paris, Christopher** | 05/03/1964 | M | | | | |
| | 1025 West Lake Hamilton Drive; Winter Haven, FL  33881 | | | | | | |
| | **Offenses:** | | | | | | |

Person Status Codes: A-Adult Arrest I-Infraction Issued B-Business C-Complainant J-Juvenile Arrest O-Other S-Suspect V-Victim W-Witness

## ACTION TAKEN

Christopher Paris contacted Chief Catania with additional details and clarification on this case. As such, I am re-opening the case for further investigation.

A COLLECT and III check showed no criminal history for Daryl Guberman.

On 8-8-2017 and 8-16-2017, I left a voicemail for Christopher Paris to email me a copy of the audio recording (or a link to the Youtube Video) and to email me a copy of the email he received from Kelly Rak.

On 8-16-2017, I sent Christopher Paris an email. He responded and provided me a link to the voice recordings allegedly made by Daryl Guberman. I preserved a copy of the recording in the case file.

On 9-7-2017, I called Laurel Wire at 860-846-2197 and was told Kelly Rak was on vacation and would return next week. When I called, there was a recording at the beginning of the phone call stating, "This call may be recorded…"

On 9-15-2017, I went to Laurel Wire and interviewed Kelly Rak, President of Laurel Wire. Rak stated the following: She used Daryl Guberman and his company G-PMC, LLC in 2013 to obtain ISO certification for

Investigating Officer:

D'Amore,Matthew, ID # 464

Page(s)
**1 of 3**

Reviewed, Subscribed and Sworn to before me on this:

day of _____

Shift Supervisor   10/6/17

**Plainville Police Department** **Supplement Report** **2017010031**

her business. She paid about $6,000 to Guberman and an additional $3,000 every 3 years for renewal. She was referred from a friend. On the day in question, Rak was at Laurel Wire and received a phone call from a man stating he was Christopher Paris. Paris mentioned his concerns about Daryl Guberman. Guberman happened to be in the office at the time, so Rak put the phone on speaker to allow Guberman to engage Paris in conversation, which he ultimately did. I played part of the recording for Rak. She confirmed the recording was only made after the phone was put on speaker phone.

Rak stated she does not want Paris to have any further communication with her. Rak stated they have one phone number (860-846-2197) that does have a message stating the call may be recorded. They have another phone number (860-747-2978) that does not have the warning and goes directly to their main phone lines.

I made email contact with Christopher Paris. He reported that he called the number 860-747-2978. Therefore, no message that the call may be recorded was heard.

On 9-18-2017, Daryl Guberman came to the Plainville Police Department for an interview and stated the following: On 6-20-2017, he was at Laurel Wire in Plainville speaking with the President, Kelly Rak. Rak received a phone call from Christopher Paris, who Guberman has been feuding with. Rak put the phone on speaker phone. After placing the call on speaker, Guberman began recording the conversation with his phone. Guberman stated he put the phone on the table and looked at Rak, so he thought she knew he was recording. He never actually told her he was recording the call though. Guberman began to have a conversation with Christopher Paris.

Guberman has a company called Guberman PMC,LLC. He conducts certification and consulting in aerospace, plastic distribution and other areas. He charges a fee for certifications including ISO 9001:2015, which is what Laurel Wire paid him for. His company is overseen by ABAC (American Board Accredited Certifications), which Guberman is on the board of advisors for. Guberman is trying to show people that there is a scam with quality certifications, so he has a competing company to issue the certifications. According to Guberman, Christopher Paris is not happy about that.

I determined that Daryl Guberman was in fact a part of the phone conversation when he began recording it. Kelly Rak confirmed she put the phone on speaker phone to allow Guberman to be a part of the conversation. Based on the fact that Guberman was aware the phone call was being recorded and that he was a part of the conversation, there is no violation of CT wiretapping (54-41 and 53a-187) or eavesdropping (53a-189) laws. To violate either law, it would require that none of the people involved in the conversation were aware of the recording. Guberman did not commit a criminal act by recording the conversation.

It does appear Guberman violated a civil law by recording the conversation without all parties consent (52-570d). This is only a civil and not a criminal violation.

On 10-5-2017, I updated Daryl Guberman and Christopher Paris via telephone that this is a civil matter. They both understood. The case will be closed.

<center>END REPORT</center>

| Investigating Officer: | | Reviewed, Subscribed and Sworn to before me on this: |
|---|---|---|
| | | day of _____ , _____ |
| D'Amore,Matthew, ID # 464 | Page(s)<br>2 of 3 | Shift Supervisor |

| **Plainville Police Department** | | | **Supplement Report** | | | **2017010031** |

| Report Date: | Occurred On or After: | And Before: | IncidentType: |
|---|---|---|---|
| **11/17/2017** | **06/22/2017  10:38** | | **HARASSMENT BY PHONE/EMAIL/INTERNET** |

| Total Value Property Lost/Stolen: | **$0.00** | Total Value Property Found/Recovered: | **$0.00** |

| Street #: | Street Name | Apt/Flr: | OR Cross Street: | Investigating Officer: |
|---|---|---|---|---|
| **19** | **NEAL CT** | | | **D'Amore,Matthew 464** |
| | | | | Supervisor:  **Roper,Clifford,725** |

### INVOLVED PERSONS

| Status | Name (L,F,M) / Street# Apt StreetName; City, State Zip | DOB | S | R | E | Home / Cell | Business |
|---|---|---|---|---|---|---|---|
| O | **Rak, Kelly J** | 09/27/1965 | F | W | N | | (860) 747-2978 |
| | 3  TOWN LINE RD; Plainville, CT   06062 | | | | | (860) 384-1200 | |
| | **Offenses:** | | | | | | |
| O | **Guberman, Daryl W** | 11/02/1962 | M | W | N | | |
| | 1538  West Broad Street; Stratford, CT   06615 | | | | | (203) 556-1493 | |
| | **Offenses:** | | | | | | |
| C | **Paris, Christopher** | 05/03/1964 | M | | | | |
| | 1025  West Lake Hamilton Drive; Winter Haven, FL   33881 | | | | | (863) 651-3750 | |
| | **Offenses:** | | | | | | |

Person Status Codes: A-Adult Arrest I-Infraction Issued B-Business C-Complainant J-Juvenile Arrest O-Other S-Suspect V-Victim W-Witness

### ACTION TAKEN

The criminal law concerning wiretapping (53a-187 and 53a-189) requires that a person must record a conversation without the consent of either the sender or receiver. The law states:

Sec. 53a-187. Definitions. Applicability. (a) The following definitions are applicable to sections 53a-188 and 53a-189: (1) "Wiretapping" means the intentional overhearing or recording of a telephonic or telegraphic communication or a communication made by cellular radio telephone by a person other than a sender or receiver thereof, without the consent of either the sender or receiver, by means of any instrument, device or equipment. The normal operation of a telephone or telegraph corporation and the normal use of the services and facilities furnished by such corporation pursuant to its tariffs shall not be deemed "wiretapping". (2) "Mechanical overhearing of a conversation" means the intentional overhearing or recording of a conversation or discussion, without the consent of at least one party thereto, by a person not present thereat, by means of any instrument, device or equipment. (3) "Unlawfully" means not specifically authorized by law. For purposes of this section, "cellular radio telephone" means a wireless telephone authorized by the Federal Communications Commission to operate in the frequency bandwidth reserved for cellular radio telephones.

Sec. 53a-189. Eavesdropping: Class D felony. (a) A person is guilty of eavesdropping when he unlawfully engages in wiretapping or mechanical overhearing of a conversation.

| Investigating Officer: | | Reviewed, Subscribed and Sworn to before me on this: |
|---|---|---|
| | | day of |
| D'Amore,Matthew, ID # 464 | Page(s)  **1 of 2** | Shift Supervisor |

**Plainville Police Department**     **Supplement Report**     **2017010031**

(b) Eavesdropping is a class D felony.

In this particular case, the moment that Kelly Rak placed the call on speakerphone with the intent to include Daryl Guberman in the conversation, Guberman became a receiver of the conversation. The phone call in question did not begin to be recorded until Rak put the phone onto speaker allowing and intending for Guberman to listen in and speak during the conversation. Therefore, Guberman did not begin recording the conversation until after he had become a receiver of the conversation. As such, there is no violation of criminal law.

There is case law to support this conclusion. In the Connecticut case of Washington V. Meachum, the Connecticut Supreme Court reaffirmed that legislative intent is a factor in interpreting the law. In this particular case, they determined the legislative intent was that, "the wiretapping statutes were intended to apply only to monitoring and recording done without the knowledge of EITHER party to the conversion." It also stated that the wiretapping and eavesdropping statutes were intended to apply only to "surreptitious (secret) monitoring." This case law clearly states that when at least one party of the conversation is aware of the monitoring, no law is violated and it would not be considered surreptitious monitoring.

In this particular case, it is clear that one of the parties to the conversion (Rak) was aware that the phone call was being monitored by a third person (Guberman). After he began monitoring the conversation with Rak's knowledge and consent, Guberman began recording the conversation. Since Guberman was legally monitoring the phone call prior to starting the recording, this is not a violation of criminal law.

The civil law concerning illegal recording of private phone calls (52-570d) requires that all parties to the communication must be aware of the recording. It is clear that all parties of the conversation were not aware of the recording Guberman made at the time he made it. Both Kelly Rak and Christopher Paris stated they were not aware the phone call was being recorded by Guberman at the time it was recorded. As such, this case is a clear civil violation.

Therefore, there is no violation of criminal law in this case. There is only a violation of civil law.

<div align="center">END REPORT</div>

Case Status   Active: ☐   Inactive: ☒   Closed: ☐   Warrant Applied For: ☐   Transferred to DD: ☐
Forward Copy to: _____

Investigating Officer:

D'Amore,Matthew, ID # 464

Page(s)
**2 of 2**

Reviewed, Subscribed and Sworn to before me on this:

_____ day of _____, _____

_____
Shift Supervisor

# EXHIBIT 79

**From:** "WILLIAM LEVINSON" <wlevinson@verizon.net>
**To:** "Barbara Boyce" BBoyce@pulsemedical.net
**Date**: February 10, 2017
**Subject: Complaint Regarding your Employee/Consultant Christopher Mark Paris**

Dear Mr. and Ms. Boyce,

Please see the attachment regarding Mr. Paris' online statements about me on his Web site and in social media postings.

--Bill Levinson

William A. Levinson, P.E.
Levinson Productivity Systems, P.C.
6 Lexington Court
Wilkes-Barre PA 18702
570-824-1986

wlevinson@verizon.net or TheBoss@ct-yankee.com

William A. Levinson, P.E.
Levinson Productivity Systems PC
6 Lexington Court, Wilkes-Barre PA 18702
570-824-1986 wlevinson@verizon.net

To: Mr. Gordy Boyce
Pulse Medical
1130 Ada St, Blue Ridge, GA 30513
c/o: bboyce@pulsemedical.net

10 February 2017

**Subject: Complaint Regarding your Employee/Consultant Christopher Mark Paris**

Dear Mr. Boyce and Ms. Boyce,

I am writing to complain about the recent campaign by Christopher Mark Paris to damage my reputation as a quality management professional. He lists your firm as a reference on his company Web page, Oxebridge.com, and I believe that you currently employ him or his company.



William A. Levinson, P.E.
Levinson Productivity Systems PC
6 Lexington Court, Wilkes-Barre PA 18702
570-824-1986 wlevinson@verizon.net

## Contents

Statements About Me ............................................................................. 2

Statements About Others ....................................................................... 3

Prior History ........................................................................................ 3

Conclusion and Requested Action ....................................................... 6

**Statements About Me**

https://www.oxebridge.com/emma/iso-9000-conference-speaker-asq-fellow-once-argued-for-justifiable-homicide-of-blacks/ The original title was "justifiable murder of Blacks" as proven by:

Ugly. @ASQ Fellow argued for... - Oxebridge Quality Resources ...
https://www.facebook.com/oxebridge.qualityresources/posts/1241977065883633 ▾
@ASQ Fellow argued for "justifiable murder" of Blacks, compared Obama to a ... ISO 9000
Conference Speaker, ASQ Fellow Once Argued for "Justifiable ...

This is not a false accusation of a crime or of being unfit to practice a profession but, as I am directing your attention to the item on this page that I do regard as defamatory, some explanation is required.

What I actually said in the *American Thinker* article was that irresponsible incitement by Black Lives Matter, specifically to (1) initiate violent confrontations on the street, (2) commit arson, and (3) try to drag people from cars could indeed lead to deadly use of force situations, and I added that the same thing could happen if the KKK similarly threatened an armed Black person—the African-American could be justified in shooting the Klansmen for putting him or her in reasonable fear for his life. The bottom line is however that he willfully misreported what I actually wrote with the intention of damaging me and also the American Quality Institute's upcoming conference, which he has had in his sights for some time as can be determined independently from other material on his Web site.

Re: I "claimed First Lady Michelle Obama promoted 'date rape' because she likes rap music," the issue wasn't "liking rap music"—there are plenty of rap artists with clean and wholesome lyrics. The issue was the invitation to the White House of rap artists who use degrading and sexually explicit lyrics including a song about putting molly (Ecstasy, a well-known date rape drug) into a woman's drink.

William A. Levinson, P.E.
Levinson Productivity Systems PC
6 Lexington Court, Wilkes-Barre PA 18702
570-824-1986 wlevinson@verizon.net

Again, the issue is not whether you agree or disagree with my assessment of these rap artists and their presence at the White House, but rather Mr. Paris' misrepresentation of my words. He also misreported my condemnations of what Hamas, ISIS, and other terrorists call Islam as attacks on all Muslims. Now, however, we get to the part I do construe as a false accusation of not being qualified to perform my job. Highlighting is mine.

"Meet Bill Levinson. You might know him as the ASQ Fellow and recent author of a book on ISO 9001's "risk based thinking," and who is most famous (visually, at least) for continuing to use his college photo some 1,000 years later. **Levinson has no verifiable credentials in risk management**, and instead was an engineer at Fairchild back in the 90's, with a (verifiable) expertise in statistical process control."

I am an ASQ Certified Quality Engineer (https://asq.org/cert/quality-engineer) "Will have basic knowledge of reliability, maintainability, and **risk management**, including key terms and definitions, modeling, systems design, assessment tools and reporting." I am also an ASQ Certified Reliability Engineer (https://asq.org/cert/reliability-engineer) "Will use **risk analysis tools and techniques** to evaluate product and system safety issues." I am therefore treating this as an explicit false accusation that I am not competent in an aspect of my capacity as a quality management professional.

**Statements About Others**

As but one of many examples of what Mr. Paris says about others, and some of it is worse than what he has said about me, this page from his own Web site blames certification bodies for various problems and refers to ISO, the IAF and CASCO, as a "whackjob troika."

https://webcache.googleusercontent.com/search?q=cache:wx2lIT5Cdw4J:https://www.oxebridge.com/emma/iso-certification-bodies-must-be-held-accountable-for-their-clients-disasters/

**Prior History**

This public lawsuit record reinforces my belief that Mr. Paris is maliciously trying to harm my reputation.
https://www.plainsite.org/dockets/download.html?id=167580833&z=9ca38f27

34. Paris made it clear to Dali that he was out to harm Plaintiffs in stating via email

"Your comments to me were very expensive. You are just not bright enough to

realize it".

William A. Levinson, P.E.
Levinson Productivity Systems PC
6 Lexington Court, Wilkes-Barre PA 18702
570-824-1986 wlevinson@verizon.net

35. Paris was bolder in another email by stating "I intend on making sure this costs you money."

36. Paris even gleefully followed with specifics such as "I have advised my aerospace client to seek Risk Management training from another provider. That just cost your, by my estimate, $67,500 in in-house training."

William A. Levinson, P.E.
Levinson Productivity Systems PC
6 Lexington Court, Wilkes-Barre PA 18702
570-824-1986 wlevinson@verizon.net

**Paris' efforts to damage Plaintiffs by targeting**

**corporate sponsorships and conferences attendance**

52. As part of their campaign, Defendants have directly and indirectly contacted Plaintiffs' customers, sponsors, affiliates, employees, potential customers, potential sponsors, potential affiliates, and potential employees to spread false and defamatory information about Plaintiffs.

53. In fact, all the libel and inference has caused Plaintiffs' many program presenters to refuse to present in fear of harassment from Paris.

54. A further collateral result of Defendants' attacks have been the participants of Plaintiffs' conferences who are concerned with signing up for fear of being targeted personally. Many conference attendees are public and government officials that are justifiably cautious to the potential for reputational harm that can be caused by Defendants simply for attending a conference presented by G31000. Plaintiffs have thus lost hundreds of thousands of dollars from a drop in conference attendance and sponsorship.

55. Currently, Plaintiffs are concerned with publicizing the names of conference speakers and partners for a conference in New York in July 2014, in order to protect them from Paris' propensity for unwarranted *ad hominem* attacks. At least four of the July 2014 conference speakers have withdrawn or have failed to commit because of a fear of reprisal from Paris.

The lawsuit was apparently dismissed not for lack of merit but for lack of jurisdiction. It reads from bottom to top at https://www.plainsite.org/dockets/2an9k2v36/new-york-southern-district-court/g31000-north-america-inc-et-al-v-paris-et-al/dockets.

William A. Levinson, P.E.
Levinson Productivity Systems PC
6 Lexington Court, Wilkes-Barre PA 18702
570-824-1986 wlevinson@verizon.net

**Conclusion and Requested Action**

I have already written by certified mail to the employer of another individual who followed Mr. Paris' lead by posting on a professional social media site that my credentials might be "risky" with regard to an upcoming conference at which I am a speaker. The employer replied that the employee removed the posting and agreed to never post anything like it again. I request similarly that you ask Mr. Paris to desist from similar conduct toward me on his Web site, LinkedIn, Facebook, Twitter, and other social media postings.

Regards,

William A. Levinson

**From:** WILLIAM LEVINSON <wlevinson@verizon.net>
**Date:** February 11, 2017 at 12:14:08 PM EST
**To:** <bboyce@pulsemedical.net>
**Subject: Christopher Paris badmouths SGS and UKAS while using Pulse Medical as a reference**

Dear Mr. and Ms. Boyce,

I mentioned in my letter to you (you will be getting a hard copy by certified mail) that your consultant, Mr. Paris, made an implied accusation that SpaceX's certification body was somehow responsible for the loss of a rocket. https://webcache.googleusercontent.com/search? q=cache:wx2lIT5Cdw4J:https://www.oxebridge.com/emma/iso-certification-bodies-must-be-held-accountable-for-their-clients-disasters/ "But SpaceX is AS9100 certified. Why does their certification body get a free pass?"

He therefore published, while touting his role as SpaceX's consultant who implemented SpaceX's AS9100 system, material that blames SpaceX's certification body for SpaceX's first "major disaster." To this he adds, while referring to certification bodies in general, "I know from first hand experience — witnessing audits with my own eyes, reading over audit reports, seeing the horrid performance of the near-criminally incompetent auditors — that there is a direct responsibility to be had by certification bodies."

I learned this morning that he has published similar remarks about Pulse Medical's own certification body SGS and accreditation body UKAS while using his relationship with Pulse Medical to promote his credentials as shown in my previous letter.

> <!--[if !supportLists]-->•   <!--[endif]-->https://www.oxebridge.com/emma/complaint-filed-against-sgs-alleging-invalid-iso-90012008-finding/ Note that Mr. Paris even identifies his client's external auditor by name.
> <!--[if !supportLists]-->•   <!--[endif]-->https://www.oxebridge.com/emma/complaint-against-sgs-escalated-to-anab-cites-11-accreditation-violations/
> <!--[if !supportLists]-->•   <!--[endif]--

>https://www.oxebridge.com/emma/sgs-refuses-oxebridge-complaint-calls-it-an-inquisition/

<!--[if !supportLists]-->●    <!--[endif]-->
>https://www.oxebridge.com/emma/new-as-rules-cant-fire-your-registrar-for-bogus-audit-findings/ "Having already moved on, he refused to accept the official minutes because they were not presented on time — despite the fact that he was already auditing a day early, in violation of his schedule and contract with the customer."

<!--[if !supportLists]-->●    <!--[endif]-->and, if you do a search on Oxebridge.com and SGS, there is even more. Given the nature of the other material I showed you yesterday, it is necessary to question seriously whether these accusations are even accurate. Mr. Paris has already proven himself capable of providing misinformation to visitors to his Web site and to peers at LinkedIn.

He also badmouths UKAS at

<!--[if !supportLists]-->●    <!--[endif]-->
> https://www.oxebridge.com/emma/complaint-against-ukas-now-with-european-co-operation-for-accreditation/ "Quick update. As you may know. Oxebridge filed a fairly damning complaint against the UK accreditation body UKAS, alleging not only violations of ISO 17011 and other accreditation rules, but also UK law."

<!--[if !supportLists]-->●    <!--[endif]-->
>https://www.oxebridge.com/emma/another-blow-for-integrity-iaf-uses-ukas-marketing-department/ "So if the IAF is utilizing the UKAS marketing department — including their equipment, salaried staff (such as Murthy) and other assets — it goes without saying that IAF and UKAS have a special relationship that reeks of conflict of interest."

<!--[if !supportLists]-->●    <!--[endif]-->
>https://www.oxebridge.com/emma/iaf-clears-ukas-in-response-to-allegations-of-gross-misconduct-accreditation-violations-2/ "IAF Clears UKAS in Response to Allegations of Gross Misconduct, Accreditation Violations"

(I requested delivery and read receipts because some E-mail systems may reject this many hyperlinks.)

--Bill Levinson

NOTICE:  This email, including any attachments, contains information which may be confidential, privileged, and/or protected by state or federal law. It is intended solely for the recipients identified above.  If you are not the intended recipient, your receipt of this email is the result of an inadvertent disclosure or unauthorized transmittal.  Be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited.  If you have received this email in error, immediately delete and destroy all copies of this email and its attachments, and notify the sender

**From:** WILLIAM LEVINSON <wlevinson@verizon.net>
**Date:** February 12, 2017 at 1:48:04 PM EST
**To:** <bboyce@pulsemedical.net>
**Subject: Veracity of Mr. Paris' statements about me and about others**

Dear Mr. and Ms. Boyce,

Mr. Paris has been working for you for years and he has probably been doing a good job. All you know about me is that he and I are in some kind of quarrel. Rather than ask, "Who do you believe, me or your own eyes?" I am going to ask you to believe your own eyes by providing objective evidence in the context of the U.S. Military Academy's Honor Code rather than ISO 9001:2015. "Cadets violate the Honor Code by lying if they deliberately deceive another by stating an untruth or by any direct form of communication to <mark>include the telling of a partial truth and the vague or ambiguous use of information or language with the intent to deceive or mislead</mark>."

**(1)** Here is what Mr. Paris told visitors to his Web site (and apparently his contacts on LinkedIn, Twitter, and Facebook) about me versus the objective evidence.
https://www.oxebridge.com/emma/iso-9000-conference-speaker-asq-fellow-once-argued-for-justifiable-homicide-of-blacks/ (the original title was "justifiable murder" of Blacks).

> **Ugly. @ASQ Fellow argued for... - Oxebridge Quality Resources ...**
> https://www.facebook.com/oxebridge.qualityresources/posts/1241977065883633 ▾
> @ASQ Fellow argued for "justifiable murder" of Blacks, compared Obama to a ... ISO 9000
> Conference Speaker, ASQ Fellow Once Argued for "Justifiable

> Levinson argues that American Black protesters can be "justifiably" killed for their actions. Despite claiming that he's not a lawyer, <mark>he then nevertheless suggests it is legal to kill someone merely for saying "give me your wallet," an obvious attempt to conflate legitimate exercise of First Amendment rights with muggings.</mark> (And, no, you can't kill someone if they only say "give me your wallet," since that in and of itself does not threaten your life.) The overall argument is tortured, but it comes down to a position that Black people wouldn't be killed if they'd just stop <mark>protesting</mark> against being killed. It's a fairly overt piece intended to have Black people silenced upon threat of death, and to thus shut off public discourse of issues Levinson doesn't like.

Here is what I actually wrote in *American Thinker*. The issue is not whether you agree with my views, but rather Mr. Paris' veracity.
http://www.americanthinker.com/articles/2016/08/black_lives_matter_encourages_justifiable_homicide_of_black_people.html

> It is very easy to cross the line at which the law's hypothetical reasonable person believes his or her life to be in danger. The aggressor needs to do exactly two simple things to step over this line to be legally shot dead, or put in the hospital, on the spot. <mark>The first is to make a verbal or visual threat</mark> ("I'm going to kill you!," "Give me your wallet!," or

menace another person with a deadly weapon), <mark>and the second is to display a credible means of putting that threat into effect.</mark>

(This is based on what I learned in three armed self-defense courses taught by professional firearm instructors and law enforcement professionals.)

**(2)** Mr. Paris' Web page continues,

"He claimed First Lady Michelle Obama promoted "date rape" <mark>because she likes rap music.</mark>"

What I actually said:
http://www.americanthinker.com/blog/2016/10/michelle_obamas_promotion_of_misogyny_and_date_rape.html

"Michelle and Barack Obama have openly promoted rap artists <mark>who glorify misogyny, sexual objectification of women, and even date rape</mark>."

One of the rappers in question, Rick Ross, has a song whose lyrics include, "Put molly [Ecstasy, a date rape drug] all in her champagne/ She ain't even know it / I took her home and I enjoyed that/ She ain't even know it." The other rap artists involved also use sexually explicit and degrading lyrics that you can verify through the link shown above.

**(3)** Mr. Paris' Web page adds,

Another AQI participant, and also an ASQ Fellow, is Duke Okes, who defended the use of the term "bitch" in an article published by ASQ, insisting it isn't a "sexist obscenity." Women the world over can now breathe a sigh of relief the next time Okes calls them "bitches."

In this case, Mr. Paris' other Web page https://www.oxebridge.com/emma/asq-reaches-new-lows-adult-language/ provides the objective evidence of "telling of a partial truth and the vague or ambiguous use of information or language with the intent to deceive or mislead."



**Duke Okes** Christopher, you there is a difference between ASQ and the Audit Division of ASQ. Different purpose, different people, different policies. And I expect most publishers try to publish information they believe will help raise the profession, rather then try to destroy it. And there is no sexist obscenity ... bitching is a common slang term for complaining ... you should know that well! (note I have a 1984 dictionary that provides this as a definition)

Mr. Okes is correct because the verb (http://www.dictionary.com/browse/bitching) has no application to women.

**(4)** Mr. Paris' Web page: https://www.oxebridge.com/emma/bridge-too-far-in-2-am-facebook-storm-aqis-levinson-compares-oxebridge-to-nazi-ss/

> "Levinson then file a complaint with internet domain registrar Web.com against the Oxebridge site, presumably to have it shut down, saying, "[Oxebridge.com] levies a very wide array of accusations that range from professional misconduct (acting as certificate mills, the counterpart of diploma mills, plagiarism, conflicts of interest, incompetence, resume padding) to accusations of crimes." The complaint is as hilarious as it is ironic: nearly everything he accuses me of doing, he himself does in the very complaint.  He even quotes a rule against "publicizing the personal information or likeness of a person without that person's consent," the exact thing he did when he posted a copy of my personal finances!"

It is correct that we got into a quarrel on Facebook (initiated by his personal attacks on me) in which I confronted him the zero-asset status of Oxebridge (per his bankruptcy filing) and added a remark that his habit of badmouthing just about everybody and everything in the quality management profession might have something to do with it.
The issue at hand is, however, "the telling of a partial truth and the vague or ambiguous use of information or language with the intent to deceive or mislead." http://legalbeagle.com/6825965-do-court-records-bankruptcy-florida.html

> "Bankruptcy court records are public records that are available for anyone to inspect. Bankruptcy courts in Florida make their court cases available electronically for online review and download."

**(5)** https://www.oxebridge.com/emma/irs-confirms-tax-investigation-into-asq-over-us-tag-176-donations/ (and note the use of the IRS logo on the Web page)

> "The US Internal Revenue Service (IRS), the nation's tax collections body, has confirmed an investigation is underway against the American Society for Quality (ASQ) over whether an ASQ-managed donation program for the US TAG to TC 176 violated US tax law… The IRS, in a letter dated December 22, could only confirm the investigation, and does not reveal the status or results of it citing taxpayer confidentiality."

The heading "Form 13909 Response from IRS" is mine, I redacted the name of the organization, and the red box also is mine:

## Form 13909 Response from IRS

This is in response to your request of August 9, 2003.  Thank you for the information pertaining to ██████████████████

The Internal Revenue Service has an ongoing program of examining exempt organizations to ensure compliance with the applicable provisions of the Internal Revenue Code.  The information you submitted will be considered in this program.

The disclosure of the status of an investigation is prohibited by section 6103(b)(2)(A) of the Internal Revenue Code.

Thank you for your interest in this matter.


**Respect and Disrespect for Women**

While Mr. Paris claims to champion women's rights as shown in item 3, however, here is how he talks about women on his other Web pages.

https://www.oxebridge.com/emma/us-tag-176-consultant-doesnt-care-what-iso-9001-users-want/ for his photomanipulation of an obscene gesture onto an identifiable woman's picture, which I doubt Mr. Paris has her permission to use. He certainly did not have permission to use mine.

https://www.oxebridge.com/emma/2013-robitaille-article-the-fat-lady-sung/ for despicable remarks about the physical appearance of a female quality management professional.

> "Entitled (with complete lack of self awareness) "It Ain't Over til the Fat Lady Sings," the article attempts to defuse the growing concerns ISO 9001 end users had about the then-developing standard." Mr. Paris then goes on to suggest that the target of this statement eat "less carbs."

Weight is an issue that affects most Americans, although my own standing desk is helping me with that—I'm down to almost what I weighed when I was taking karate 3 times a week in my mid-30s.

**Requested Action**

Again, as I stated in my previous E-mail (hard copy en route by certified mail), I request that Mr. Paris desist from these activities while he is on your time and while he is using your company as a reference.

Regards,

--Bill Levinson


William A. Levinson

6 Lexington Court
Wilkes-Barre PA 18702
570-824-1986
wlevinson@verizon.net

**From:** WILLIAM LEVINSON <wlevinson@verizon.net>
**Date:** February 15, 2017 at 2:09:52 AM EST
**To:** <bboyce@pulsemedical.net>
**Cc:** Sermin Vanderbilt <iso9000conference@gmail.com>
**Subject: Chris Paris' photomanipulations, false accusations on LinkedIn**


Dear Mr. and Mrs. Boyce,

You should have received my certified letter on Tuesday. Here is the kind of thing Mr. Paris posts on his Web site. I edited out the woman's face but you can see the whole thing here. https://www.oxebridge.com/emma/us-tag-176-consultant-doesnt-care-what-iso-9001-users-want/



This also exemplifies the kind of material Mr. Paris posts on his corporate Web site: https://www.oxebridge.com/emma/tuv-threatens-nonconformities-if-you-dont-adopt-their-approach-to-risk-based-thinking/ (TUV is an internationally recognized certification body).

His Web site meanwhile levels false accusations against professional colleagues whom I know personally such as Jack West, Charles Cianfrani, Denise Robitaille (whose physical appearance your consultant belittles here https://www.oxebridge.com/emma/2013-robitaille-article-the-fat-lady-sung/),* Lorri Hunt, Charli Hoialmen, Dan Reid, Lisa Uhrig, Alan Daniels, and AQI leader Sermin Vanderbilt whom I have copied on this E-mail. He also attacks other quality management professionals along with ANSI, ASQ, ANAB, and other organizations.

I just learned that he has levied the following false accusations against me on LinkedIn. The first two come across as bordering on false accusations of crimes. I have meanwhile sent all of this to abuse at LinkedIn, and a hard copy to LinkedIn by certified mail to reinforce the need to enforce LinkedIn's Terms of Service.

> **Christopher Paris** Pretty sure there isn't a preponderance of ISO 9001 speakers who have publicly ==incited racist violence==. You dilute the horror of his writing by suggesting it's no different than what "anyone might have done in their past." Clearly that's not the case here.

> ==Hint: calling for the murder of other people isn't acceptable professional behavior in any setting.==

(The pink box contains my comment on what I sent to LinkedIn.)

## ISO 9000 Conference May Not Have Dropped Controversial Speaker Levinson After All

Still investigating, but it seems the American Quality Institute (AQI) may not have dropped controversial "risk based thinking" speaker William A. Levinson after all. If you recall, Levinson was dropped from the speaker roster of the upcoming ISO 9000 World Conference after it was discovered he had written years of political writings that were inciting comments of racist violence against non-white people. His articles advocated for the "justifiable" murder of Blacks, and compared Muslims to feces and Blacks to apes, resulting in his readers openly discussing racist murder.

I did compare ISIS, Hamas, and Al Qaida to excrement—if Mr. Paris wants to call terrorists Muslims, that's up to him. I have no editorial control over what universally anonymous visitors post on the site—we get them at my local newspaper's Web site too.

AQI pulled Levinson's name from the roster and replaced the ad for his book with a statement about diversity, but now they have left his former speaker slot open with an announcement that the actual speaker "will be announced." One source tells me that AQI still intends to have Levinson speak, but that they simply pulled his name off the website because of the racist backlash.

Oxebridge called for a boycott of the ISO 9000 World Conference

Murder is never justifiable. and these are the actual words to which Mr. Paris refers.

"…It is very easy to cross the line at which the law's hypothetical reasonable person believes his or her life to be in danger.  The aggressor needs to do exactly two simple things to step over this line to be legally shot dead, or put in the hospital, on the spot.  The first is to make a verbal or visual threat ("I'm going to kill you!," "Give me your wallet!," or menace another person with a deadly weapon), and the second is to display a credible means of putting that threat into effect."

which is pretty much what Georgia law says. http://law.justia.com/codes/georgia/2010/title-16/chapter-3/article-2/16-3-21

"A person is justified in threatening or using force against another when and to the extent that he or she reasonably believes that such threat or force is necessary to defend himself or herself or a third person against such other's imminent use of unlawful force; however,

except as provided in Code Section 16-3-23, a person is justified in using force which is intended or likely to cause death or great bodily harm only if he or she reasonably believes that <mark>such force is necessary to prevent death or great bodily injury to himself or herself or a third person</mark> or to prevent the commission of a forcible felony."

and also my state (Pennsylvania) https://lawofselfdefense.com/statute/pa-%C2%A7-505-use-of-force-in-self-protection/

The use of deadly force is not justifiable under this section <mark>unless the actor believes that such force is necessary to protect himself against death, serious bodily injury, kidnapping or sexual intercourse compelled by force or threat</mark>; nor is it justifiable if:

(i)  the actor, with the intent of causing death or serious bodily injury, provoked the use of force against himself in the same encounter; or

(ii)  the actor knows that he can avoid the necessity of using such force <mark>with complete safety</mark> by retreating, except the actor is not obliged to retreat from his dwelling or place of work, unless he was the initial aggressor or is assailed in his place of work by another person whose place of work the actor knows it to be.

so the bottom line is that Mr. Paris lied to peers on LinkedIn and lied to his Web site's visitors, and this is but one of several examples. Again, I would appreciate it if Mr. Paris would discontinue this conduct toward me (and I recommend that he terminate it toward others) as long as he is on your time and using your company's name as a reference.

Regards,

--Bill Levinson

William A. Levinson
6 Lexington Court
Wilkes-Barre PA 18702
570-824-1986
wlevinson@verizon.net

* I need to lose about 10 to 15 pounds myself, and my variable height desk is helping. I am actually standing right now while I work, and it really increases my productivity.

**From:** WILLIAM LEVINSON <wlevinson@verizon.net>
**Date:** February 16, 2017 at 5:16:53 PM EST
**To:** <bboyce@pulsemedical.net>
**Subject: Ripoff Report | Pulse Medical Inc Complaint Review Blue Ridge, Georgia: 1096809**

Dear Mr. and Ms. Boyce,

I found this while searching for Oxebridge and Ripoff Report on Google.

  (1) I did NOT write this.
  (2) I do NOT know who wrote it. (It was written more than 3 years before I ever heard of Mr. Paris)
  (3) I do NOT agree with it.
  (4) However, Mr. Paris clearly provoked the individual who did write it into blaming Pulse Medical
      for Mr. Paris' actions.

http://www.ripoffreport.com/reports/pulse-medical-inc/blue-ridge-georgia-30513/pulse-medical-inc-pulse-medical-inc-hires-anti-semitic-leftist-communist-boombat-chr-1096809

As far as I can tell from Mr. Paris' Web site, he is competent to implement ISO 9001 systems. I even
downloaded his implementation template kit, and I was impressed by one that discusses management of
change (MOC). This means that, whenever you change anything (Manpower, Method, Material,
Machine, Measurement, or Environment), there is a risk of unintended consequences to your system.
Noting that a false accusation of incompetence in a profession is automatically libel ("Business Law
101"), this could even conceivably expose the author to legal action by Mr. Paris just as I am consulting
a law firm about some of the things he has published about me. Even were legal action not on the table,
though, two wrongs do not make a right.

In addition, while I know Mr. Paris to be a liar and have proven him to be a liar, I have no objective
evidence whatsoever that he is a bigot, racist, or anti-Semite; these accusations seem just as groundless
as those he has directed at me and at others. It is illegal in many states to claim to be an engineer unless
one is a registered Professional Engineer but, if he was working as an employee under the industrial
exemption (in many states), the employer is free to call him an engineer. *Falsus in uno, falsus in
omnibus* (false in one thing, false in all) should probably alienate whoever reads this review.

Mr. Paris nonetheless did something to antagonize somebody into blaming your company unjustly for
his actions toward that person.


--Bill Levinson

William A. Levinson.
Levinson Productivity Systems, P.C.
6 Lexington Court
Wilkes-Barre PA 18702
570-824-1986
wlevinson@verizon.net or TheBoss@ct-yankee.com

**Date:** February 17, 2017 at 12:40:30 PM EST
**To:** <bboyce@pulsemedical.net>
**Cc:** Sermin Vanderbilt <iso9000conference@gmail.com>
**Subject: Oxebridge defamation still online**


Dear Mr. and Ms. Boyce, cc: American Quality Institute

I don't know if you told Mr. Paris to take the disparaging material off his Web page, but it is still there even though it is not directly accessible from his home page.

https://www.oxebridge.com/emma/iso-9000-conference-president-says-levinson-writings-were-hate-messages-but-blames-backlash-on-oxebridge-anyway/

https://www.oxebridge.com/emma/aqi-asq-and-quality-digest-do-nothing-while-levinson-compares-muslims-to-feces/ (and others)

and the disparaging material directed at others, including the one where he says an SGS auditor demanded sex in exchange for not writing nonconformities, is there as well.

https://www.oxebridge.com/emma/auditor-incompetence-plagues-industry-industry-yawns/

Yes, this is my business because he is directing this at me while using you as a reference and using his association with his company to promote himself. It is also the American Quality Institute's business for the same reason.


--Bill Levinson

William A. Levinson
Levinson Productivity Systems, P.C.
6 Lexington Court
Wilkes-Barre PA 18702
570-824-1986
wlevinson@verizon.net or TheBoss@ct-yankee.com

**From:** WILLIAM LEVINSON <<wlevinson@verizon.net>>
**Date:** February 21, 2017 at 1:46:07 AM EST
**To:** <<bboyce@pulsemedical.net>>
**Cc:** Sermin Vanderbilt <<iso9000conference@gmail.com>>
**Subject: Oxebride still hosts attack pages/ How Chris Paris talks about SpaceX's certification body**

Dear Mr. and Ms. Boyce, cc: American Quality Institute

If Mr. Paris told you he removed the disparaging material from his company Web site, he did not tell you the truth. This material is still online as of tonight although it is not directly accessible through the navigation links.

- https://www.oxebridge.com/emma/iso-9000-conference-president-says-levinson-writings-were-hate-messages-but-blames-backlash-on-oxebridge-anyway/

- https://www.oxebridge.com/emma/aqi-asq-and-quality-digest-do-nothing-while-levinson-compares-muslims-to-feces/ (and others)

- https://www.oxebridge.com/emma/auditor-incompetence-plagues-industry-industry-yawns/ (accuses your certification body's auditor of demanding sex in exchange for not writing a bad audit.

Mr. Paris meanwhile took down the attached Web page (.pdf format here) because I think he realized that bashing SpaceX's AS9100 certification body for loss of a Falcon rocket did not make him look good. The yellow highlighting in the attachment is mine. This is apparently (does not constitute engineering or consulting advice from me) what Mr. Paris is blaming on his client's AS9100 certification body. http://www.space.com/29994-spacex-rocket-explosion-cause-faulty-strut.html

"It's not something that should have ever failed at this force level," he said. The strut "would appear to be incorrectly made, but there was no visible way of telling that from the outside."

SpaceX sources these struts from an outside company and will probably change suppliers now, Musk added. In addition, SpaceX plans to individually test and certify every strut that will fly, to ensure that no faulty ones make it on board, he said.

**The verb "bitch" is sexist unless Chris Paris uses it.**

Here is a page (also available in case he told you he took it down) where he attacks another ASQ Fellow for defending the verb "bitch" (to gripe or complain, it has no sexist meaning). https://www.oxebridge.com/emma/asq-reaches-new-lows-adult-language/

To which ASQ Fellow Duke Okes — the guy who argued that no one has a right to criticize ISO 9001 once its published, and that anyone who disagrees with risk-based thinking shouldn't be working in the profession at all  — didn't hesitate to use the word outright, and chimed in to say "bitch" is a perfectly innocent word, because his 1984 dictionary told him so:

To which Mr. Paris adds this to attack Mr. Okes:

Mr. Paris, however, uses the same verb himself on two of his other Web pages, which underscores the dishonesty of his attack on Mr. Okes.

https://www.oxebridge.com/emma/achc-proves-a-model-for-complaints-handling-registrars-should-listen/

"First, the script says, never record anything. Make a phone call and try to resolve (or just bitch about) the complaint without any record. Tell Oxebridge it's being tossed in the trash bin. Make sure nothing is recorded. The intent here is to leave no audit trail that ANAB could find out about, but of course this almost always results in Oxebridge escalating ot to ANAB, forcing ANAB to ask "why wasn't this written down?" — making matters worse for the registrar."

https://www.oxebridge.com/emma/exclusive-iso-9001-certificate-mills-tried-to-literally-certify-cement-life-jackets/

"In addition, the mills engage in very noisy, and nearly always libelous, attacks on ANAB, the IAF and others involved in accreditation, while simultaneously claiming their operations comply with the same international standards they bitch about."

Here is what he posted about me on LinkedIn. I have forwarded this not only to LinkedIn's abuse department but to LinkedIn's legal department (by certified mail) as a user agreement violation.

**From:** WILLIAM LEVINSON <wlevinson@verizon.net>
**Date:** February 22, 2017 at 1:12:21 PM EST
**To:** <bboyce@pulsemedical.net>
**Subject: Pulse Medical Employee: "Christopher Paris: Risk-Based Debunker at Oxebridge Quality Resources International LLC. "**


Dear Mr. and Ms. Boyce,

I am not sure how LinkedIn shows employees of companies—that is, did Pulse Medical list him in this manner, or did he list himself as a Pulse Medical employee with the accompanying description? If so, is he supposed to advertise himself as "Risk-Based Debunker at Oxebridge Quality Resources International LLC" while also representing himself as your employee?


Pulse Medical | LinkedIn
https://www.linkedin.com/company/pulse-medical
Christopher Paris. Christopher Paris: Risk-Based Debunker at Oxebridge Quality Resources
International LLC. Natalia Pierog, BSN, RN · Natalia Pierog, BSN ...


--Bill Levinson

**From:** WILLIAM LEVINSON <wlevinson@verizon.net>
**Date:** February 27, 2017 at 1:39:29 PM EST
**To:** <bboyce@pulsemedical.net>
**Subject: Is Chris Paris a member of ASQ, Senior or otherwise?**

Mr. and Ms. Boyce,

The Oxebridge Web site accuses another quality management professional, by name, of exaggerating his credentials. You might want to call the American Society for Quality (800-248-1946) to check whether this statement on the Oxebridge site is still true, although I think Mr. Paris was indeed a member at one time.

https://www.oxebridge.com/emma/auditor-incompetence-plagues-industry-industry-yawns/

> "Christopher Paris is founder and VP Operations for Oxebridge Quality Resources International. He is a former member of the US TAG to TC 176, a Senior Member of ASQ, and has personally implemented over one hundred ISO 9001 and AS9100 systems over a 22 year career."

Meanwhile, Mr. Paris spends the first 10 or so minutes of this presentation (https://youtu.be/Q8CajmYqTRw) depicting ISO as a vanity press and people who help write its standards as authors whose work is so bad they have to pay to get it published. That's quite a statement from somebody whose books are published by "Oxebridge Quality Press" (see upper right corner of the image). https://www.oxebridge.com/emma/last-chance-to-get-surviving-iso-9001-before-amazon-price-increase/



William A. Levinson
Levinson Productivity Systems, P.C.
6 Lexington Court
Wilkes-Barre PA 18702
570-824-1986
wlevinson@verizon.net or TheBoss@ct-yankee.com

**From:** WILLIAM LEVINSON <wlevinson@verizon.net>
**Date:** February 27, 2017 at 3:16:42 PM EST
**To:** <bboyce@pulsemedical.net>
**Subject: Chris Paris' Web site (Oxebridge) seems to encourage intellectual property theft**

He has actually been in trouble with ISO over intellectual property before.
http://www.clm.com/docs/yir2013.pdf "On behalf of the International Organization for Standardization (ISO), we successfully stopped trademark and copyright infringement at oxebridge.com."

https://www.oxebridge.com/emma/7318-2/



For a while, these "Yay, cloud" Microsoft ads ran on TV, and ISO's ridiculous digital rights management rules fell right into our lap at the time.

https://www.iso.org/terms-conditions-licence-agreement.html#Electronic-copies

4. Electronic copies

You may download copies of the electronic copy(ies) of ISO publication(s) you've purchased on all your personal devices (desktop computer, laptop, tablet, e-reader, smartphone, etc.) Printing is permitted for your personal use only. ==Sharing or posting the ISO publication(s) on your company's intranet is not permitted under this Licence Agreement==, so please contact us or your ISO Member if you would like to.

William A. Levinson,
Levinson Productivity Systems, P.C.
6 Lexington Court
Wilkes-Barre PA 18702
570-824-1986
wlevinson@verizon.net or TheBoss@ct-yankee.com

**From:** WILLIAM LEVINSON <wlevinson@verizon.net>
**Date:** March 1, 2017 at 11:03:50 AM EST
**To:** <bboyce@pulsemedical.net>
**Subject: Recommend making sure CP hasn't shared illegal copies of ISO standards at Pulse Medical**

Dear Mr. and Mrs. Boyce,

I was going over Christopher Paris' Web site again yesterday and I found a letter from Attorney Scott Sisun who represented ISO. https://www.oxebridge.com/downloads/candd.pdf This letter alleges credibly that Mr. Paris shared ISO's copyrighted material illegally. I don't know if he is still working for you and it's not my business either way—my business is limited to his unprovoked and malicious attacks on me. It's your business if he is doing something behind your backs that could get your company into potential legal trouble for copyright infringement.

(Yes, he posted this on his own company Web site and it is still there this morning.)

We were seriously concerned to learn of your intentional and willful infringement of our clients' intellectual property on your website http://www.oxebridge.com/ ("Website"). You are clearly well aware of our client's rights in the ISO Copyrights and ISO Marks as you were instructed on May 10, 2013 by Holger Gehring of ISO to take-down the following material from your Website, which you promptly did:
http://www.oxebridge.com/downloads/ISO90012015CD.pdf ("Infringing Material"). However, to our client's surprise, after notice of your infringing activities, you have now re-posted our client's standards and continue to use ISO Marks throughout your website without permission. This letter shall serve as notice that you and your Website have been infringing our clients' copyrights and trademarks.

and this Web page (http://www.ifsqn.com/forum/index.php/topic/20679-draft-of-iso-90012015-has-been-published-for-consultation/ , which I downloaded in case it is ever needed as proof) indicates that Oxebridge did in fact once host ISO's intellectual property.

Posted 10 July 2013 - 06:34 PM

Available here http://www.oxebridge.com/emma/?p=1416

This is emphatically not an accusation that Mr. Paris is doing the same thing at Pulse Medical—I do not even know if he is still employed with you in any capacity, or whether he finished his work for you some time ago. As shown by the "Yay, cloud" item I shared with you previously, and also Attorney Sisun's letter, he is however ethically capable of hosting single-user licensed copies of ISO standards on your computers (or the cloud) behind your backs while telling your employees that the copies are legal—somebody who lies to his Web site visitors, and lies to his peers on social media,* is ethically capable of lying to his client or employer regardless of the potential consequences. And again, please feel free to confront him with anything I send you because, if I'm not willing to say it to his face, I should not say it behind his back.

If I come across as Captain Ahab with Chris Paris as Moby Dick, please remember that (1) Ahab was the initial aggressor—the whale took his leg off only after Ahab stuck a harpoon in him and (2) Ahab continued the quarrel after the whale went his own way. Mr. Paris, in contrast, attacked me without provocation on a very wide front—LinkedIn, Facebook, Twitter, and also his Web site—and the attack material against not only me but others is still hosted on his Web site. Even were this not the case, though, it is your business (not mine) as to whether he might be doing something to put your company at risk.

William A. Levinson
Levinson Productivity Systems, P.C.
6 Lexington Court
Wilkes-Barre PA 18702
570-824-1986
wlevinson@verizon.net

* One person who acted on his fake news by joining his attacks on me on LinkedIn, with his/her employer's name on the attack, got into serious trouble as a result. That is, the individual trusted Mr. Paris' fake news and attacked my reputation in a major LinkedIn professional group, ignored my private message and also my posted objections, and compelled me to contact that employer's ethics hotline by E-mail and certified mail. The takeaway is therefore that Mr. Paris does not care what happens to people or organizations who act on his falsified information, and this is a good case study as to why the U.S. Military Academy washes out people like him on the spot. False information about, for example, the readiness of equipment or personnel can lose battles and lives.

**From:** William Levinson <william.levinson1@gmail.com>
**Date:** March 7, 2017 at 4:59:00 PM EST
**To:** bboyce@pulsemedical.net
**Subject: More abuse from Mr. Paris/ Paris encourages illegal tax deductions**

Dear Ms. Boyce,

Mr. Paris took down several of his Web pages that were directed at me. I don't know whether you told him to do this but, if he told you he took them all down, he did not tell you the truth. A Webinar provider for whom I work forwarded this material to me today. As Mr. Paris was responsible for it, please feel free to tell him that I replied not only that the material is false and malicious as shown by the attachment, but also that Mr. Paris' Web site encourages intellectual property theft (I shared that Web page with you as proof) and that his recent promotion that was forwarded to me encourages people to deduct personal travel expenses as business expenses. The purpose of all this is drive home the point that he is simply not credible and that nothing he says about me or anybody else is to be believed.

Here is what he told his prospective customers which, if they act on it, could get them into serious trouble with the IRS. Same with the "yay cloud" meme that encourages people to share ISO's single user-licensed material on the cloud in violation of the license, which could get them into DMCA trouble.

LOCATION: Hilton Cocoa Beach Oceanfront, Cocoa Beach FL. Literally a

few seconds' walk to the gorgeous Atlantic Ocean, and just an hour away

from Walt Disney World. Bring the family and ==write the entire weekend==

==off as a business trip==. Smack dab in on the Space Coast, visit the

Kennedy Visitor Center and Cape Canaveral. Watch real rockets launch...

maybe.

(Received from webinar provider with whom I am working; the attached pdf file was included in my response to the webinar provider.)

Also, please see below comments received by us:

==Recently it was learned that a featured speaker at Compliance4All is involved in a serious controversy regarding racism and hate speech. William A. Levinson, currently scheduled to offer a number of seminars through Compliance4all, was discovered to have written hundreds of articles on multiple "alt-right" websites which promote racism, hate speech and violence against minorities. Mr. Levinson himself argued for the "justifiable homicide" of Blacks, and compared Muslims to feces. He has compared former President Obama with a cartoon monkey. His readers – with whom he casually interacts in the comments sections of his articles – then openly discuss the murder of immigrants and minorities, suggesting Blacks should be dragged from the back of trucks until dead.==

Mr. Levinson's profile on Compliance4All can be found here:

https://www.compliance4all.com/control/speakerprofile?speaker_id=41954

As a result of these revelations, Mr. Levinson was removed from a speaking slot at the upcoming ISO 9000 World Conference, after its CEO found his writings hateful, saying "I could not believe how extreme they were.  I was upset to my stomach." After Levinson began harassing reviewers of his book on Amazon, Amazon took the extraordinary step of removing his book entirely from the site, for abuse of their terms of service. The American Quality Institute, which published the book, has pulled all promotion for it. Meanwhile, the CEO of the American Society for Quality has indicated they are discussing the withdrawal of Mr. Levinson's "Fellow" status with ASQ, as a result of his writings.

You can read his writings firsthand here. Be sure to review the comments as well:

http://www.americanthinker.com/author/william_a_levinson/

## The Christopher Paris/ Oxebridge Quality Resources International LLC Fake News Controversy



"Cadets violate the Honor Code by lying if they deliberately deceive another by stating an untruth or by any direct form of communication to include the telling of a partial truth and the vague or ambiguous use of information or language with the intent to deceive or mislead."

U.S. Government photo, public domain

This document's purpose is to correct the misinformation that Christopher Mark Paris has been distributing on his corporate Web site and through E-mail, LinkedIn, Facebook, and Twitter for the express purpose of damaging a 2017 professional conference the way he (as alleged in the complaint in New York Southern District Court Case No. 1:14-cv-03885-VEC G31000 North America, Inc. et al v. Paris et al, specific complaint) damaged another after threatening the conference organizers.

Mr. Paris has specifically published the following fake news (Oxebridge Web site as of Feb. 13 2017, and the pages have been downloaded as evidence in case of deletion.). We have not included details simply because we don't want to name the targets of this material even for the purpose of condemning Mr. Paris' attacks on them.

1. Reckless allegations of unprofessional conduct and even crimes against identifiable quality management professionals, certification bodies, and professional societies
2. Reckless allegations of dishonesty and misconduct against his own clients' certification and accreditation bodies, while using those clients as references
3. Blames his former client's AS9100 certification body for an economic loss under the AS9100 system that he himself says he implemented. He took the Web page down after it came to that client's attention, along with all his other pages that mention that client.

Paris has also circulated accusations of this nature on LinkedIn, Twitter, and Facebook. One of his Web pages also hints that visitors can violate ISO's intellectual property rights by sharing single user-licensed documents. "ISO says I can't put their standards on my server. Yay, cloud." http://www1.villanova.edu/villanova/unit/policies/AcceptableUse/copyright.html (See "illegal file sharing" and the potential legal consequences for acting on this.)

<mark>These malicious and reckless accusations have all been brought to the attention of the dozens of relevant interested parties for which contact information could be found to facilitate appropriate legal action against Christopher Paris and Oxebridge Quality Resources International LLC.</mark>

"Cadets violate the Honor Code by lying if they deliberately deceive another by stating an untruth or by any direct form of communication to include the telling of a partial truth and the vague or ambiguous use of information or language with the intent to deceive or mislead."

| Christopher Paris' Statement | The Truth |
|---|---|
| Accuses the author of a political opinion piece of advocating the "justifiable murder" of Black people for protesting, for the express purpose of portraying a professional conference as a host for racism. | The opinion piece said that Black people who act on incitement to violence (not protest) could create a lawful use of deadly force situation, and the same for white supremacists who put an armed Black person in reasonable fear for his or her life. |
| Accuses a writer of saying Michelle Obama promotes date rape because "she likes rap music," for the same purpose. | The article said the Obamas invited to the White House rap artists whose sexually degrading and misogynist lyrics include a song about putting molly (Ecstasy, a date rape drug) into a woman's drink. |
| Says the Internal Revenue Service <mark>confirmed</mark> that it is investigating a person or organization. | Form 13909 response from IRS: "The disclosure of the status of an investigation is prohibited by section 6103(b)(2)(A) of the Internal Revenue Code." |
| Accuses a writer of attacking Islam. | The article condemned the depraved ideology that ISIS, Hamas, Al Qaida and other terrorist groups call Islam. Those who follow this ideology are as dangerous to peaceful Muslims as they are to Jews, Christians, Hindus, women, and LGBT people. |

| Accuses a named person of misogyny for saying "bitching" is not sexist, and with the express purpose of damaging the reputation of a major professional organization. | The verb means to gripe or complain, and has no application to women. In addition, two of Mr. Paris' own Web pages use the same verb in the same context (to gripe or complain). |
|---|---|
| "NASA blew up the Colombia shuttle while certified to AS9100, which included the ISO 9001 requirements for improvement. Their 'corrective action' was to launch the shuttle, have it roll over for a visual inspection of tiles at the ISS, presumably ==so if any tiles were found missing the astronauts had time to alert their wives that they would be burning to death upon re-entry==." | http://www.dailymail.co.uk/sciencetech/article-1389407/Space-shuttle-undergoes-inflight-inspection-photos-reveal-damage-heat-shield-tiles.html "==NASA can repair damaged tiles== using a souped-up version of a caulking gun during a spacewalk." |

Fake news (yellow journalism) is how we got the Spanish-American War. Boris Brasol's delivery of fake news (Protocols of the Elders of Zion) to Henry Ford is how we got *The International Jew*. ==Christopher Mark Paris is simply one more purveyor of fake news, and he has proven himself ethically capable of lying to his customers, clients, and other interested parties.==

> Somebody who is ethically capable of lying about others, and lying to others, is ethically capable of lying to and about you.

**From:** William Levinson <william.levinson1@gmail.com>
**Date:** March 8, 2017 at 1:34:42 AM EST
**To:** bboyce@pulsemedical.net
**Subject: Certified letter to you regarding Mr. Paris' activities**

Ms. Boyce,

This will go out in tomorrow's mail and should reach you Friday or Saturday. I have also informed AQI of Mr. Paris' latest actions, which seem to involve a distortion of a statement by Dr. Vanderbilt similar to what looks like a photomanipulated LinkedIn posting on his Web site--it has a completely out of context sentence at the end. The latter was directed at another person and not at me, but it underscores this individual's lack of credibility and ethics. Mr. Paris did however stipulate (by letting the statement stand on his Web site) that he did indeed threaten Dr. Vanderbilt's conference.

The webinar provider to whom he sent the E-mail in question came across as satisfied that Mr. Paris lied to him and abused his trust.

The issue is again that Mr. Paris is doing this on Pulse Medical's time (assuming he is still employed there) and while using Pulse Medical as a reference. Thank you for your attention, and thank you for telling him to remove the Web pages he posted against me if this is in fact why he removed five of them recently. If he told you he removed them all, however, he lied to you as well.


--Bill Levinson

Levinson Productivity Systems PC
6 Lexington Court, Wilkes-Barre PA 18702
570-824-1986 wlevinson@verizon.net

To: Ms. Barbara Boyce
Pulse Medical
1130 Ada St, Blue Ridge, GA 30513
Certified Mail 7015 1520 0001 4993 9466

8 March 2017

**Subject: Chris Paris continues attacks on me, and promotes intellectual property theft and questionable tax deductions**

Dear Ms. Boyce,

A Webinar provider with which I have a close business relationship forwarded to me the following E-mail sent to it by your ISO 9001 consultant or employee Christopher Mark Paris, or by somebody acting on his behalf.

> Recently it was learned that a featured speaker at Compliance4All is involved in a serious controversy regarding racism and hate speech. William A. Levinson, currently scheduled to offer a number of seminars through Compliance4all, was discovered to have written hundreds of articles on multiple "alt-right" websites which promote racism, hate speech and violence against minorities. Mr. Levinson himself argued for the "justifiable homicide" of Blacks, and compared Muslims to feces. He has compared former President Obama with a cartoon monkey. His readers – with whom he casually interacts in the comments sections of his articles – then openly discuss the murder of immigrants and minorities, suggesting Blacks should be dragged from the back of trucks until dead.

> Mr. Levinson's profile on Compliance4All can be found here:

> https://www.compliance4all.com/control/speakerprofile?speaker_id=41954

> As a result of these revelations, Mr. Levinson was removed from a speaking slot at the upcoming ISO 9000 World Conference, after its CEO found his writings hateful, saying "I could not believe how extreme they were.  I was upset to my stomach." After Levinson began harassing reviewers of his book on Amazon, Amazon took the extraordinary step of removing his book entirely from the site, for abuse of their terms of service. The American Quality Institute, which published the book, has pulled all promotion for it. Meanwhile, the CEO of the American Society for Quality has indicated they are discussing the withdrawal of Mr. Levinson's "Fellow" status with ASQ, as a result of his writings.

> You can read his writings firsthand here. Be sure to review the comments as well:

> http://www.americanthinker.com/author/william_a_levinson/

Page **1** of **5**

Levinson Productivity Systems PC
6 Lexington Court, Wilkes-Barre PA 18702
570-824-1986 wlevinson@verizon.net

With regard to "I could not believe how extreme they were.  I was upset to my stomach," Dr. Sermin Vanderbilt at AQI told me quite differently—she made it abundantly clear that she regards Mr. Paris' material as malicious and false. This is not surprising because Mr. Paris has been attacking her and other AQI members for far longer than he has been attacking me. This suggests that Mr. Paris falsified part of her letter, although he let stand her statement that he threatened her and her organization. In other words, he stipulated as follows that he made the threat in question—a threat entirely consistent with those he was credibly alleged to have made in G31000's lawsuit against him.

> 8) Mr. Paris wrote a threatening email to me saying he is in discussions with the American-Islamic Relations Organization claiming that AQI is Islamophobic. He is contacting the local Moslem organizations in Nashville for a boycott.

My contact at the webinar provider is now fully confident that Mr. Paris lied to him and abused his trust. The same goes for other people to whom Mr. Paris has propagated his malicious falsehoods about me and about others—several of them are now my friends and first-level contacts on LinkedIn.

I don't think he is going to get much of a hearing at ASQ because of the derogatory and defamatory material he has published about other ASQ members, identifiable ASQ staff members, ISO, ANAB, ANSI, and ASQ itself, but I digress. Mr. Paris lists you as a reference on his Web site and touts his association with Pulse Medical on LinkedIn. You have every right to know about the manner in which he conducts himself while he uses your name and Pulse Medical's name. In addition, if he told you he removed his attack pages against me, he lied to you. The pages where he attacks others also are still online even though he removed the direct navigation links to them.

I have also informed you by E-mail about the manner in which he talks about your certification body SGS on his Web site. This includes but is hardly limited to the reckless, false, and malicious accusation (similar to what you see above about me) that one of its auditors demanded sex from a female quality manager in exchange for not writing a bad audit.

**Encouragement of Intellectual Property Theft**

https://www.oxebridge.com/emma/7318-2/

Levinson Productivity Systems PC
6 Lexington Court, Wilkes-Barre PA 18702
570-824-1986 wlevinson@verizon.net



For a while, these "Yay, cloud" Microsoft ads ran on TV, and ISO's ridiculous digital rights management rules fell right into our lap at the time.

Here are ISO's "ridiculous digital rights management rules" along with the potential consequences for infringing them.

https://www.iso.org/terms-conditions-licence-agreement.html#Electronic-copies

> 4. Electronic copies
>
> You may download copies of the electronic copy(ies) of ISO publication(s) you've purchased on all your personal devices (desktop computer, laptop, tablet, e-reader, smartphone, etc.) Printing is permitted for your personal use only. Sharing or posting the ISO publication(s) on your company's intranet is not permitted under this Licence Agreement, so please contact us or your ISO Member if you would like to.

http://www1.villanova.edu/villanova/unit/policies/AcceptableUse/copyright.html Here are the potential legal consequences for anybody who acts on "Yay, cloud":

> For "willful" infringement, a court may award up to $150,000 per work infringed. A court can, in its discretion, also assess costs and attorneys' fees. For details, see Title 17, United States Code, Sections 504, 505.
> Willful copyright infringement can also result in criminal penalties, including imprisonment of up to five years and fines of up to $250,000 per offense.

https://www.oxebridge.com/downloads/candd.pdf  This letter alleges credibly that Mr. Paris shared ISO's copyrighted material illegally not once but twice.

We were seriously concerned to learn of your intentional and willful infringement of our clients' intellectual property on your website http://www.oxebridge.com/ ("Website").  You are clearly well aware of our client's rights in the ISO Copyrights and ISO Marks as you were instructed on May 10, 2013 by Holger Gehring of ISO to take-down the following material from your Website, which you promptly did:
http://www.oxebridge.com/downloads/ISO90012015CD.pdf  ("Infringing Material").  However, to our client's surprise, after notice of your infringing activities, you have now re-posted our client's standards and continue to use ISO Marks throughout your website without permission. This letter shall serve as notice that you and your Website have been infringing our clients' copyrights and trademarks.

http://www.clm.com/docs/yir2013.pdf adds, "On behalf of the International Organization for Standardization (ISO), we successfully stopped trademark and copyright infringement at oxebridge.com."

**Promotion of Illegitimate Tax Deductions**

https://www.oxebridge.com/emma/register-for-as9100-two-day-braindump-cocoa-beach-may-2017/ encourages his prospective customers to deduct vacation costs as a business expense. "Bring the family and write the entire weekend off as a business trip." (His seminar, May 18 and 19, is emphatically not on the weekend.)

> **LOCATION:** Hilton Cocoa Beach Oceanfront, Cocoa Beach FL. Literally a few seconds' walk to the gorgeous Atlantic Ocean, and just an hour away from Walt Disney World. Bring the family and write the entire weekend off as a business trip. Smack dab in on the Space Coast, visit the Kennedy Visitor Center and Cape Canaveral.

I cannot give legal or tax advice but here is what the Internal Revenue Service has to say about this. irs.gov/publications/p463/ch01.html#en_US_2016_publink100033773

> **Example.**
>
> Jerry drives to Chicago on business and takes his wife, Linda, with him. Linda isn't Jerry's employee. Linda occasionally types notes, performs similar services, and accompanies Jerry to luncheons and dinners. The performance of these services doesn't establish that her presence on the trip is necessary to the conduct of Jerry's business. Her expenses aren't deductible.
>
> Jerry pays $199 a day for a double room. A single room costs $149 a day. He can deduct the total cost of driving his car to and from Chicago, but only $149 a day for his hotel room. If he uses public transportation, he can deduct only his fare.

**Conclusion and Requested Action**

Mr. Paris has gotten people who have trusted and acted on his fake news into trouble. I am referring to the individual I had to report to his/her employer for repeating what he said about me in social media with the employer's name attached. The individual was not

Levinson Productivity Systems PC
6 Lexington Court, Wilkes-Barre PA 18702
570-824-1986 wlevinson@verizon.net

fired but was definitely read the riot act. (As disciplinary action is confidential, I am not going to name the person or employer, and I deliberately used "his/her" for the same reason.)

As shown above, anybody who acts on his implied suggestion—if it's a joke, it's a grossly irresponsible one—to engage in illegal file sharing of ISO's intellectual property could easily be fired, sued, and/or prosecuted criminally. Anybody who tries to write off a vacation as a tax deductible business expenses can similarly expect consequences from the IRS.

Whether you want to trust this individual with your company's quality management system is not my business. My business is limited to the kind of material that Mr. Paris circulates about me while he is working on Pulse Medical's time and using Pulse Medical as a reference. If he told you he removed the abusive Web pages in question, the abusive material is still online in his O-Forum and not all the Web pages have been removed.

Regards,

William A. Levinson

William A. Levinson

2/8/2017 Amazon.com: CHRISTO...'s review of RISK BASED THINKING HANDBOOK: Perfect Compan...

Case 8:19-cv-00423-WFJ-SPF   Document 4-2   Filed 02/19/19   Page 112 of 171 PageID 385



Try Prime

Kindle Store ▾

Hello, CHRISTOPH...
Account & Lists ▾          Orders      Try Prime ▾          1
Cart

Departments ▾          Browsing History ▾      CHRISTO...'s Amazon.com

Buy a Kindle      Kindle eBooks      Kindle Unlimited      NEW! Prime Reading      Advanced Search      Kindle Book Deals      Free Reading Apps      Kindle Singles

# Customer Review

0 of 2 people found the following review helpful

★☆☆☆☆   Agonizing slog offering little practical advice, February 2, 2017

By Chris Paris

[Edit review]  [Delete review]

Verified Purchase (What's this?)

This review is from: RISK BASED THINKING HANDBOOK: Perfect Companion for ISO 9001:2015 (Kindle Edition)

The book is an agonizing slog into the personal and dated interests of its author, framed as a book on ISO 9001, but which offers little useful advice for users, instead treading in exhausted and debunked concepts of risk management as peddled by someone who seems to know little about the subject. To be clear: like so many of his ISO 9001 consultant peers, Levinson has no formal degree in risk management, and no demonstrable evidence of having worked in a professional risk management capacity (e.g., as a RM department staffer or manager) in his previous employment history. He has worked as an engineer for IBM and Fairchild, according to his LinkedIn profile, and then as a private consultant since the early 2000's. So he comes to the risk game late, but this is a truism in which he is joined by the authors of ISO 9001 itself, none of whom have any such experience either.

The book starts off with one dramatic flaw, making one wonder if the author did any "risk-based thinking" in its preparation. Levinson claims the ISO 9001: 2015 definition of risk is "the effect of uncertainty on an expected result," but Levinson's definition comes, instead, from the early "DIS" draft of ISO 9001, circulated in 2014 and later revised -- twice -- before publication of the final version. This means Levinson's book is based on a version of ISO 9001 that was never even published. It's not confidence inspiring if the author gets the definition of his key concept wrong right at the start.

Levinson then conflates the implementation of Failure Mode Effects Analysis (FMEA) with his faulty definition, by placing them next to each other in the same paragraph. He uses this to say that "risk is essentially the product of likelihood and the consequences," invoking the FMEA mathematical calculation that is not adopted universally within the risk management profession, and which was soundly debunked. FMEA fails because it is based on a mathematical fallacy: it relies on applying multiplication to concepts ranked by ordinal-scale data, when the process requires ratio-scale data in order to get the math to actually work. Mathematician Dennis Wheeler famously wrote, in Quality Digest, "This is why any attempt to use [risk priority number] values is an exercise in absurdity. Their use in the same room with a mathematician will tend to produce a spontaneous explosion. They are utter and complete nonsense." As I wrote in my book, RPN is simply the assignment of numbers to Tarot cards, in order to give divination the appearance of science. Yet Levinson bases his entire concept of Risk-Based Thinking on RPN, occasionally quoting a US Army handbook in order to justify it.

It gets worse. Levinson continues to borrow the worst memes and oft-repeated clunkers of the profession. He literally writes, "'Say what you do, and do what you say.' This is the foundation of ISO 9001," invoking the ancient -- and utterly derided -- quote that led so many to criticize ISO 9001 in the 1990's. It was this false meme that led to the mythology that said ISO 9001 certified companies could manufacture "cement life vests" and which led to the dramatic reboot that ISO 9001 underwent in its 2000 edition. In truth, it's always been "ISO says what to do, and you do it." Those -- like Levinson -- repeating the meme only display a gross misunderstanding of how standards work.

If you manage a national military organization, like an army, you might get value from this book. Levinson's obsession with military applications, military hardware and quoting military officials is on full display. He quotes Sun Tzu, General Patton, and includes photos of weapons, as if every user of ISO 9001 is involved in some great imaginary war effort funded by war bonds. He quotes the Army's risk management document ATP 5-19 quite a lot, and helps spread the erroneous claim that ATP 5-19 is "synergistic with ISO 31000," ISO's standard on risk management. The truth is that ATP 5-19 actually and totally contradicts ISO 31000, and never actually mentions it once. The myth that ATP 5-19 is somehow a cousin of ISO 31000 has been spread by many ISO 31000 consultants, who seek to reassure their clients by misleading them into thinking the Army has embraced the ISO standard; one such consultant is even quoted in Levinson's book a few times.

Next, despite ISO 9001 clearly titling it's clause on risk-based thinking "Actions to Address Risks and Opportunities," Levinson misses the latter half nearly entirely. "Opportunity" under RBT is the opposite side of the coin: the pursuit of potentially beneficial effects of uncertainty. In Levinson's book, opportunity is simply a reframing of negative risk, the occasional side effect of reducing a risk, such as the reduction of waste (muda). Levinson discusses not at all the pursuit of pure opportunities, unrelated to negative risk, such as pursuing new contracts, expanding business

## Review Details

### Item

RISK BASED THINKING HANDBOOK: Perfect Companion for ISO 9001:2015

★★☆☆☆ (3 customer reviews)

5 star          33%
4 star          0%
3 star          0%
2 star          0%
1 star          67%

$24.95

[Add to Wish List]

### Reviewer

Chris Paris

Top Reviewer Ranking: 28,517,870

See all 4 reviews

into new markets, pursuing customer referrals. The term "opportunity" appears only occasionally in the book, and nearly always framed as a means of reducing the negative risk of muda. He, like so many other sudden risk-based thinking experts, is stuck in a reactive mode, scrambling to find ways to reduce scrap, while ignoring an entire constellation of possibilities under the pursuit of "pure opportunity." It's the natural environment for a low level engineer, but it alienates utterly any upper manager that might read the book.

The most egregious sin Levinson commits, however is his unending and often exhausting tendency to quote people and invoke historical scenarios that nearly never have anything to do with the subject. It's clear that Levinson likes military history, and wants you to know he's a student of this subject. However, many of his quotes appear lifted from Bartlett's or Google, since they aren't accompanied by any personal or deep interpretation, and they nearly never provide a useful context for his target audience, the users of ISO 9001. He also name-drops, incessantly, his chief obsession, Henry Ford. The book, therefore, appears to have been written in some time-twisted era between 1900 and 1950, but might equally be useful for anyone still struggling with the same problems faced by widget-makers during the Industrial Revolution. We're supposed to think Ford is still relevant, and that somehow when ISO 9001's authors invented "risk based thinking" over a weekend in 2013, they were invoking Ford. That's ludicrous.

This egotistical self-satisfying approach results in a book that is decidedly backwards-facing, constantly invoking an ancient past, without providing meaning or context for those living in a post-1950 world. It's thus not useful for those of us in the 21st century, facing a reality that is far different than what Levinson sees on The History Channel on Sunday afternoons.

In short, the book is an agonizing slog through the particular and limited interests of the author, using "risk-based thinking" as a means to an end to discuss those interests, but failing entirely to address the subject named on the cover. Worse, when RBT is discussed, it's done so in an overly complicated manner that is utterly out of context with what could be useful to a modern ISO 9001 user, and is mired in off-topic military history. For the average machine shop, this will make ISO 9001 look like advanced particle physics combined with science fiction rocketry; for the average service provider who doesn't do manufacturing at all, the book offers nothing at all in the way of advice.

If you run an army, though, you might get some use out of it.

Why no voting buttons? We don't let customers vote     Permalink
on their own reviews, so the voting buttons appear
only when you look at reviews submitted by others.

[Add a comment]

## Comments

You are tracking comments on your reviews  Cancel
Tracked by 1 customer

| Showing 1-1 of 1 posts in this discussion | Sort: Oldest first \| Newest first |
| --- | --- |

Initial post: Feb 8, 2017, 8:45:30 AM PST
Last edited by the author 5 minutes ago

**William A. Levinson** says:

This is a malicious review by Christopher Mark Paris, who is engaged in a defamation campaign against not only me but dozens of other quality management professionals, numerous registrars, ISO, ANSI, and the American Society for Quality. As long as it stays online (and Amazon did not remove the other malicious review that Mr. Paris solicited--I have the LinkedIn screenshot to prove it) then so will this response.

A Google search on "Christopher Mark Paris" will show him to be a bankrupt loser, and he is a bankrupt loser because he posts items like the review shown above (note its personal attacks on me as well as a dishonest review of the book) and also false accusations of crimes and unprofessional conduct against dozens of quality professionals and also organizations like major registrars, ANSI, ANAB, ISO, and the American Society for Quality. Who wants to hire somebody like that?

Re: "Blaming me for this, he has since launched a disturbing "doxing" campaign in which he released my personal finances online, and is harassing me on my personal Facebook and other social medial platforms." No, when you initiate a conflict on social media platforms by defaming another person and using his picture without permission--by the way, did FB give you a time out for that one?--he is not "harassing" you when he answers you with truth for lies, just as the kid you hit on the school playground did not "assault" you when he hit you back. And no, bankruptcy proceedings are not your "personal finances," they are public records by law. And yes, I do blame you because you posted a threat of reputational harm to me on FB , and I have the screenshot.

As for "I am at the center of a controversy regarding the author, who was

discovered publishing some controversial "alt right" political pieces that resulted in his losing a key speaker slot at a convention." Yes, Mr. Paris' previous (alleged in the G31000 lawsuit against him) sabotage of another organization's conference forced the organizers to de-list me for fear of similar disruption, but that is a very minor inconvenience. (I have some webinars lined up where I can use my presentation.) Mr. Paris' "achievement" may (based on the sudden disappearance of all his SpaceX related pages) have cost him his relationship with SpaceX.

Permalink | Report abuse | Ignore this customer
Do you think this post adds to the discussion?    Yes   No

Reply to this post

‹ Previous   1   Next ›

Back to top

## Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

## Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books |
| BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items |
| Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| | | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

2/8/2017    Amazon.com: Chris Paris' review of RISK BASED THINKING HANDBOOK: Perfect Comp...

Case 8:19-cv-00423-WFJ-SPF   Document 4-2   Filed 02/19/19   Page 115 of 171 PageID 388

Try Prime

Kindle Store

Hello, CHRISTOPH…                    1
Account & Lists ▾    Orders    Try Prime ▾      Cart

Departments ▾      Browsing History ▾      CHRISTO…'s Amazon.com

Buy a Kindle    Kindle eBooks    Kindle Unlimited    NEW! Prime Reading    Advanced Search    Kindle Book Deals    Free Reading Apps    Kindle Singles

# Customer Review

0 of 2 people found the following review helpful

⭐☆☆☆☆    Agonizing slog offering little practical advice, February 2, 2017

By Chris Paris

[Edit review]  [Delete review]

Verified Purchase  (What's this?)

This review is from: RISK BASED THINKING HANDBOOK: Perfect Companion for ISO 9001:2015 (Kindle Edition)

The book is an agonizing slog into the personal and dated interests of its author, framed as a book on ISO 9001, but which offers little useful advice for users, instead treading in exhausted and debunked concepts of risk management as peddled by someone who seems to know little about the subject. To be clear: like so many of his ISO 9001 consultant peers, Levinson has no formal degree in risk management, and no demonstrable evidence of having worked in a professional risk management capacity (e.g., as a RM department staffer or manager) in his previous employment history. He has worked as an engineer for IBM and Fairchild, according to his LinkedIn profile, and then as a private consultant since the early 2000's. So he comes to the risk game late, but this is a truism in which he is joined by the authors of ISO 9001 itself, none of whom have any such experience either.

The book starts off with one dramatic flaw, making one wonder if the author did any "risk-based thinking" in its preparation. Levinson claims the ISO 9001: 2015 definition of risk is "the effect of uncertainty on an expected result," but Levinson's definition comes, instead, from the early "DIS" draft of ISO 9001, circulated in 2014 and later revised -- twice -- before publication of the final version. This means Levinson's book is based on a version of ISO 9001 that was never even published. It's not confidence inspiring if the author gets the definition of his key concept wrong right at the start.

Levinson then conflates the implementation of Failure Mode Effects Analysis (FMEA) with his faulty definition, by placing them next to each other in the same paragraph. He uses this to say that "risk is essentially the product of likelihood and the consequences," invoking the FMEA mathematical calculation that is not adopted universally within the risk management profession, and which was soundly debunked. FMEA fails because it is based on a mathematical fallacy: it relies on applying multiplication to concepts ranked by ordinal-scale data, when the process requires ratio-scale data in order to get the math to actually work. Mathematician Dennis Wheeler famously wrote, in Quality Digest, "This is why any attempt to use [risk priority number] values is an exercise in absurdity. Their use in the same room with a mathematician will tend to produce a spontaneous explosion. They are utter and complete nonsense." As I wrote in my book, RPN is simply the assignment of numbers to Tarot cards, in order to give divination the appearance of science. Yet Levinson bases his entire concept of Risk-Based Thinking on RPN, occasionally quoting a US Army handbook in order to justify it.

It gets worse. Levinson continues to borrow the worst memes and oft-repeated clunkers of the profession. He literally writes, "'Say what you do, and do what you say.' This is the foundation of ISO 9001," invoking the ancient -- and utterly derided -- quote that led so many to criticize ISO 9001 in the 1990's. It was this false meme that led to the mythology that said ISO 9001 certified companies could manufacture "cement life vests" and which led to the dramatic reboot that ISO 9001 underwent in its 2000 edition. In truth, it's always been "ISO says what to do, and you do it." Those -- like Levinson -- repeating the meme only display a gross misunderstanding of how standards work.

If you manage a national military organization, like an army, you might get value from this book. Levinson's obsession with military applications, military hardware and quoting military officials is on full display. He quotes Sun Tzu, General Patton, and includes photos of weapons, as if every user of ISO 9001 is involved in some great imaginary war effort funded by war bonds. He quotes the Army's risk management document ATP 5-19 quite a lot, and helps spread the erroneous claim that ATP 5-19 is "synergistic with ISO 31000," ISO's standard on risk management. The truth is that ATP 5-19 actually and totally contradicts ISO 31000, and never actually mentions it once. The myth that ATP 5-19 is somehow a cousin of ISO 31000 has been spread by many ISO 31000 consultants, who seek to reassure their clients by misleading them into thinking the Army has embraced the ISO standard; one such consultant is even quoted in Levinson's book a few times.

Next, despite ISO 9001 clearly titling it's clause on risk-based thinking "Actions to Address Risks and Opportunities," Levinson misses the latter half nearly entirely. "Opportunity" under RBT is the opposite side of the coin: the pursuit of potentially beneficial effects of uncertainty. In Levinson's book, opportunity is simply a reframing of negative risk, the occasional side effect of reducing a risk, such as the reduction of waste (muda). Levinson discusses not at all the pursuit of pure opportunities, unrelated to negative risk, such as pursuing new contracts, expanding business

## Review Details

### Item

RISK BASED THINKING HANDBOOK: Perfect Companion for ISO 9001:2015

⭐⭐☆☆☆ (3 customer reviews)

| 5 star | 33% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 67% |

$24.95

[Add to Wish List]

### Reviewer

Chris Paris

Top Reviewer Ranking: 28,517,870

See all 4 reviews

into new markets, pursuing customer referrals. The term "opportunity" appears only occasionally in the book, and nearly always framed as a means of reducing the negative risk of muda. He, like so many other sudden risk-based experts, is stuck in a reactive mode, scrambling to find ways to reduce scrap, while ignoring an entire constellation of possibilities under the pursuit of "pure opportunity." It's the natural environment for a low level engineer, but it alienates utterly any upper manager that might read the book.

The most egregious sin Levinson commits, however is his unending and often exhausting tendency to quote people and invoke historical scenarios that nearly never have anything to do with the subject. It's clear that Levinson likes military history, and wants you to know he's a student of this subject. However, many of his quotes appear lifted from Bartlett's or Google, since they aren't accompanied by any personal or deep interpretation, and they nearly never provide a useful context for his target audience, the users of ISO 9001. He also name-drops, incessantly, his chief obsession, Henry Ford. The book, therefore, appears to have been written in some time-twisted era between 1900 and 1950, but might equally be useful for anyone still struggling with the same problems faced by widget-makers during the Industrial Revolution. We're supposed to think Ford is still relevant, and that somehow when ISO 9001's authors invented "risk based thinking" over a weekend in 2013, they were invoking Ford. That's ludicrous.

This egotistical self-satisfying approach results in a book that is decidedly backwards-facing, constantly invoking an ancient past, without providing meaning or context for those living in a post-1950 world. It's thus not useful for those of us in the 21st century, facing a reality that is far different than what Levinson sees on The History Channel on Sunday afternoons.

In short, the book is an agonizing slog through the particular and limited interests of the author, using "risk-based thinking" as a means to an end to discuss those interests, but failing entirely to address the subject named on the cover. Worse, when RBT is discussed, it's done so in an overly complicated manner that is utterly out of context with what could be useful to a modern ISO 9001 user, and is mired in off-topic military history. For the average machine shop, this will make ISO 9001 look like advanced particle physics combined with science fiction rocketry; for the average service provider who doesn't do manufacturing at all, the book offers nothing at all in the way of advice.

If you run an army, though, you might get some use out of it.

Why no voting buttons? We don't let customers vote on their own reviews, so the voting buttons appear only when you look at reviews submitted by others. | Permalink

Add a comment

## Comments

You are tracking comments on your reviews Cancel

Tracked by 1 customer

Showing 1-1 of 1 posts in this discussion | Sort: Oldest first | Newest first

Initial post: Feb 8, 2017, 9:48:24 AM PST
Last edited by the author 48 minutes ago

William A. Levinson says:

This is a malicious review by Christopher Mark Paris, who is engaged in a defamation campaign against not only me but dozens of other quality management professionals, numerous registrars, ISO, ANSI, and the American Society for Quality. As long as it stays online (and Amazon did not remove the other malicious review that Mr. Paris solicited--I have the LinkedIn screenshot to prove it) then so will this response.

With regard to the merits of Mr. Paris' actual review, by the way, "The truth is that ATP 5-19 actually and totally contradicts ISO 31000, and never actually mentions it once" shows that he never read ATP 5-19. It does not mention ISO 31000, but its structure is very similar, and it emphatically does not contradict it. This underscores Mr. Paris' status as a liar, along with his accusation that somebody or something is under investigation by the IRS because the IRS does not disclose this information. Somebody who is ethically capable of lying to Amazon readers and to the audience of his Web site is ethically capable of lying to customers, peers, and clients, which is probably why few people will hire this individual after they see his Web and social media postings.

A Google search on "Christopher Mark Paris" is highly informative. Mr. Paris is a loser precisely because of what he has done here and because of the content of his Web site, which is the most undignified and unprofessional one I have ever seen. It includes false accusations of crimes and professional misconduct directed at dozens of quality professionals as well as certification bodies and organizations like ANSI, ANAB, ISO, and the American Society for Quality. It also includes the addition of a four letter word to a prominent company's logo, similar to what a teenager in Mommy's basement playing with Photoshop might do. When you go around badmouthing dozens of other quality

management professionals along with ASQ, ISO, ANSI, ANAB, IAQG, and others too countless to name, it comes as no surprise that nobody wants to hire you even if you are W. Edwards Deming, .oseph Juran, Henry Ford, and Taiichi Ohno rolled into one, which Christopher Paris is not--nobody is. Oxebridge might in fact be deemed the Westboro Baptist Church ("God hates everybody but the Phelps family") of the ISO 9001 community, where self-proclaimed "Quality Supergod" (his words, not mine) Chris Paris hates everybody but himself.

By the way, Chris, you can delete your post to get rid of mine all you want, and then re-post your review, but then I will re-post what I said here.

Reply to this post

Permalink | Report abuse | Ignore this customer
Do you think this post adds to the discussion? Yes No

‹ Previous 1 Next ›

Back to top

## Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

## Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Free Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Woot!
Deals and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

2/9/2017　　　　　　　　　Amazon.com: CHRISTOPHER Paris's review of RISK BASED THINKING HANDBOOK: Perfect Comp...

Case 8:19-cv-00423-WFJ-SPF Document 4-2 Filed 02/19/19 Page 118 of 171 PageID 391



### Customer Review

0 of 4 people found the following review helpful

⭐☆☆☆☆  Awful, January 25, 2017

By Amazon Customer

This review is from: RISK BASED THINKING HANDBOOK: Perfect Companion for ISO 9001:2015 (Kindle Edition)

How can people like you live in this century?
You are disgusting

| Help other customers find the most helpful reviews | Report abuse | Permalink |

Was this review helpful to you?  Yes  No

Add a comment

### Review Details

**Item**



RISK BASED THINKING
HANDBOOK: Perfect
Companion for ISO
9001:2015

⭐⭐☆☆☆ (3 customer reviews)

| 5 star | 33% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 67% |

$24.95

Add to Wish List

**Reviewer**

Amazon Customer

Top Reviewer Ranking: 46,988,020

See all 4 reviews

## Comments

Track comments by e-mail

Tracked by 2 customers

| Showing 1-1 of 1 posts in this discussion | Sort: Oldest first \| Newest first |

Initial post: Jan 27, 2017, 7:14:24 PM PST
Last edited by the author on Feb 7, 2017, 11:24:00 PM PST

William A. Levinson says:

This malicous review was solicited by Christopher Mark Paris at LinkedIn, and I have the screen shot to prove it. Christopher Mark Paris is apparently now persona non grata at SpaceX (my educated speculation) because of his juvenile (and much worse) postings on his corporate Web site. In case Mr. Paris takes down his own review to get rid of my response to it, here it is for the record.

This is a malicious review by Christopher Mark Paris, who is engaged in a defamation campaign against not only me but dozens of other quality management professionals, numerous registrars, ISO, ANSI, and the American Society for Quality. As long as it stays online (and Amazon did not remove the other malicious review that Mr. Paris solicited--I have the LinkedIn screenshot to prove it) then so will this response.

A Google search on "Christopher Mark Paris" is highly informative. Mr. Paris is a loser precisely because of what he has done here and because of the content of his Web site, which is the most undignified and unprofessional one I have ever seen. It includes false accusations of crimes and professional misconduct directed at dozens of quality professionals as well as certification bodies and organizations like ANSI, ANAB, ISO, and the American Society for Quality. It also includes the addition of a four letter word to a prominent company's logo, similar to what a teenager in Mommy's basement playing with Photoshop might do. When you go around badmouthing dozens of other quality management professionals along with ASQ, ISO, ANSI, ANAB, IAQG, and others too countless to name, it comes as no surprise that nobody wants to hire you even if you are W. Edwards Deming, Joseph Juran, Henry Ford, and Taiichi Ohno rolled into one, which Christopher Paris is not--nobody is. Oxbridge might in fact be deemed the Westboro Baptist Church ("God hates everybody but the Phelps family") of the ISO 9001 community, where self-proclaimed "Quality Supergod" (his words, not mine) Chris Paris hates everybody but himself.

Nor is he as smart as he thinks he is. One of his tirades blamed auditors, with language implying incompetence or worse, for a SpaceX rocket failure. "ISO Certification Bodies Must Be Held Accountable for Their Clients' Disasters" says "But SpaceX is AS9100 certified. Why does their certification body get a free pass?" and then "Christopher Paris implemented ISO 9001 at SpaceX in 2006,

and later AS9100 in 2011. He was AS9100 Specialist in residence for most of 2013, and led internal QMS audits during that period." Res ipsa loquitur, the thing speaks for itself.

Somebody at SpaceX must have come across this Web page during the past couple of days and read Chrissy the riot act because he took the page down today along with EVERY ONE of his other SpaceX pages. I can only speculate that he is now persona non grata at SpaceX, and with excellent reason--posting an article that blames others for a problem is not something with which any client wants to associate its name. Anybody who wants to see Mr. Paris emulate Constable "Forget not that I am an ass" Dogberry from Much Ado About Nothing can however Google on "ISO Certification Bodies Must Be Held Accountable for Their Clients' Disasters" to find the page in question in Google cache.

Re: "Blaming me for this, he has since launched a disturbing "doxing" campaign in which he released my personal finances online, and is harassing me on my personal Facebook and other social medial platforms." No, Chrissy, when you initiate a conflict on social media platforms by defaming another person and using his picture without permission--by the way, did FB give you a time out for that one?--he is not "harassing" you when he answers you with truth for lies, just as the kid you hit on the school playground did not "assault" you when he hit you back. And no, bankruptcy proceedings are not your "personal finances," they are public records by law. And yes, I do blame you because you posted a threat of reputational harm to me on FB , and I have the screenshot.

As for "I am at the center of a controversy regarding the author, who was discovered publishing some controversial "alt right" political pieces that resulted in his losing a key speaker slot at a convention." Yes, Mr. Paris' previous (alleged in the G31000 lawsuit against him) sabotage of another organization's conference forced the organizers to de-list me for fear of similar disruption, but that is a very minor inconvenience. (I have some webinars lined up where I can use my presentation.) Mr. Paris' "achievement" may (based on the sudden disappearance of all his SpaceX related pages) have cost him his relationship with SpaceX. If that is indeed what happened, this line from King Henry V comes to mind this evening, and I liked both Sir Laurence Olivier and Kenneth Branagh in that role.

So get you hence in peace; and tell the Dauphin
His jest will savour but of shallow wit,
When thousands weep more than did laugh at it.

Reply to this post

Permalink | Report abuse | Ignore this customer
Do you think this post adds to the discussion? Yes No

‹ Previous 1 Next ›

Back to top

Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**Christopher Paris**

| | |
|---|---|
| **From:** | Amazon.com Customer Service <community-help@amazon.com> |
| **Sent:** | Tuesday, February 14, 2017 3:59 AM |
| **To:** | chris@oxebridge.com |
| **Subject:** | Your Amazon.com Communities Inquiry |

                                              Your Account │ Amazon.com

## Message From Customer Service

Hello,

This is Nicolene from the Communities team here at Amazon.com. I hope this email finds you well.

I've reviewed the comment by William A. Levinson on your review titled "Agonizing slog offering little practical advice"  and confirmed it's outside our posted guidelines. This will be removed shortly.

If you see a post that appears to violate our guidelines, please click the "Report abuse" link on the post. You also have the option to vote "No" if you feel the post doesn't contribute to the discussion. Here's a link to our guidelines for reference:

http://www.amazon.com/help/customer-reviews-guidelines

I hope this helps. We look forward to seeing you again soon.

We'd appreciate your feedback. Please use the links below to tell us about your experience today.

Best regards,
Nicolene

---

**Thank you for your inquiry. Did I solve your problem?**
Yes  No

---

Your feedback is helping us build Earth's Most Customer-Centric Company.

Thank you.

**Amazon.com**



Home 11 Notifications Messages Search Twitter Tweet

Tweets 55 Followers 1 Follow

# Oxebridge Watch

@Oxebridge_Watch

The Other Sides of the Stories Told by OQR

Joined August 2017

Tweet to Message

12 Photos and videos

Tweets | Tweets & replies | Media

**Oxebridge Watch** @Oxebridge_Watch · Mar 5
Wisconsin Consumer Protection Bureau given heads-up re: #oxebridge abuse of DICWP to threaten others with sanctions. Extensive detail provided to Bureau about CP's abusive activities.

**Oxebridge Watch** @Oxebridge_Watch · Mar 4
comicskingdom.com/katzenjammer-k... "Free" lemonade!

**Katzenjammer Kids Comic Strip for March 08**
The Katzenjammer Kids is the longest-running strip in history and stars two twin boys, Hans and Fritz, who misbehave and rebel against any sort of a...
comicskingdom.com

**Oxebridge Watch** @Oxebridge_Watch · Mar 3
#oxebridge's latest: "ISO 9001 Verified," "Testing, analysis, and evaluation of QUALITY MANAGEMENT SYSTEMS for the purpose of certification and re-certification" REALLY add-on to ISO 9001 instead. He says, we don't believe.

Show this thread

**Oxebridge Watch** @Oxebridge_Watch · Feb 24
comicskingdom.com/katzenjammer-k... Der Kapitan at der end of der rainbow.
Translate from Danish

**Oxebridge Watch** @Oxebridge_Watch · Feb 23    ∨
If use of child soldiers a war crime, what is Hamas' use of child suicide bombers?

Show this thread

**Oxebridge Watch** @Oxebridge_Watch · Feb 22    ∨
Laugh for the day urbandictionary.com/define.php?ter... 😆😆😆😆😆

**Oxebridge Watch** @Oxebridge_Watch · Feb 19    ∨
There are no depths to which #oxebridge won't stoop to smear ISO CBs. Blames one (14/02/18) for not catching the drug traffickers, and another (18/02/18) for not catching the safety problems of a company's trucks.

**Oxebridge Watch** @Oxebridge_Watch · Feb 18    ∨
Does @DoD_IG know #oxebridge's Chris Paris, not a Federal employee, is telling ppl he is covered by DICWP & threatening DICWP sanctions vs non-Federal entities? Who do I contact to report formally? oxebridge.com/emma/oxebridge...

**Oxebridge Watch** @Oxebridge_Watch · Feb 17    ∨

♡   ⟲   ♡   ✉

**Oxebridge Watch** @Oxebridge_Watch · Feb 14                    ⌄
#Oxebridge 14/02/18 says "…  that should then begin the conversation of making the unaccredited certificate mills illegal."  trademarkia.com/iso-9001-verif…
update at osteinfo.net/certificate_mi…

💬 1   ⟲   ♡   ✉

Show this thread

**Oxebridge Watch** @Oxebridge_Watch · Feb 13                    ⌄
comicskingdom.com/katzenjammer-k…   Katzenjammer Kids, latest

🌐 Translate from German

💬   ⟲   ♡   ✉

**Oxebridge Watch** @Oxebridge_Watch · Feb 3                     ⌄
comicskingdom.com/katzenjammer-k…   Der Kapitan asks for too much table service.

💬　　⇄　　♡　　✉

**Oxebridge Watch** @Oxebridge_Watch · Feb 2　　　　⌄
Classic Katzenjammer Kids, just like original

💬　　⇄　　♡　　✉

**Oxebridge Watch** @Oxebridge_Watch · Jan 23　　　　⌄
#oxebridge interviews Chris Paris, live on YouTube! youtu.be/NB2CNr692RE?t=...
"The nasty, tricksy, ISO scheme operators and certificate mills stole the Preciousss
from us!" 😆😆😆😆😆 (CP, as OQR, often interviews himself online.)

💬　　⇄　　♡　　✉

**Oxebridge Watch** @Oxebridge_Watch · Jan 20　　　　⌄
Tax time on der tropical island!



💬    ⇄    ♡    ✉

**Oxebridge Watch** @Oxebridge_Watch · Jan 19                                          ⌄

stopbullying.gov/what-is-bullyi... and there are "men" in their mid-50s who have
not outgrown this. "Telling other children not to be friends with someone [or
else]." (threatening others' clients/advertisers) "Spreading rumors about
someone." "Embarrassing someone in public."

💬    ⇄    ♡    ✉

**Oxebridge Watch** @Oxebridge_Watch · Jan 19                                          ⌄

sociopathicstyle.com/psychopathic-t... Pathological lying, feels free to harm
others, failure to accept responsibility for own actions, lack of remorse & guilt,
grandiose self-image (delusions of godhood), these ppl need pro. mental health
assistance.

💬    ⇄    ♡    ✉

**Oxebridge Watch** @Oxebridge_Watch · Jan 17                                          ⌄

Primary def. of c word--to women what N is to Black people



Reply

This was sent to us by another CP victim but
no reason to doubt its authenticity.

Show this thread

**Oxebridge Watch** @Oxebridge_Watch · Jan 13
comicskingdom.com/katzenjammer-k... Still a classic.

**Oxebridge Watch** @Oxebridge_Watch · Jan 12
Our opinion on why #oxebridge had to take down its SpaceX pages in early 2017.
Also dguberman.com/warning-about-... Update: Jan. 8, 2017: "SpaceX slams
Oxebridge owner Chris Paris."

### Accountable for Their Clients' Disasters

by Christopher Paris | Jul 15, 2015 | Best Of, Opinion |

· · ·

Now they have their first major disaster, and while no one was hurt, those thoughts are on
everyone's mind since a crewed Dragon is coming, and they recently announced the first
team of astronauts who will board it.

So much scrutiny will be placed on the design team, production processes, etc. As there
should be.

But SpaceX is AS9100 certified. Why does their certification body get a free pass?

But Chris (see below) says he implemented AS 9100 at
SpaceX. Why does he get a pass?

3 major standards
and quality orgs.

The next thing is the official marketing spin. The whackjob troika of ▆▆▆▆▆▆▆▆
have created a single, monolithic script that insists such certifications "do not guarantee
product quality." In fact, they say, they don't even guarantee the QMS they certified is
particularly good, but just that it seemed okay during the "sample" time spent by an
auditor, who was on site for a few days once. They've even hardcoded this "get out of jail
free card" into the various standardss, such as ISO 17021-1.

CP seems to think everybody but himself is whackjob,
he's the only sane one involved.

The problem is that the resulting certificates don't actually include any such disclaimers.
Instead, they boldly declare the entire QMS "meets the requirements of ISO 9001" without
any caveats or wiggle words. The words "it was just a sample" don't appear anywhere on
the certificates, which are what face the supply chain, and the public. Buyers add suppliers

Everyone in quality knows audits are samples,
not 100% inspection!



## Who to follow ·

Refresh · View all

Followed by BowlEcho and others

**Tea Pain ...** ×

Follow

Followed by Austin Fuller

**Christal H...** ×

Follow

Followed by West Volusia Beacon and others

**Quality Q...** ×

Follow

Find people you know

## Trends for you ·

Change

**Champions**
188K Tweets

**Swedish PM**
3,012 Tweets

**#PsgRealMadrid**
10.2K Tweets

**Kellyanne Conway**
91.6K Tweets

**#NationalOreoDay**
22.8K Tweets

**#ThingsIAlwaysAvoid**
3,976 Tweets

**Ready Player One**
7,868 Tweets

**Christopher Robin**
14K Tweets

**#OneDirectionBestFans**
2.62M Tweets

**#BackInTimefortea**
1,807 Tweets

© 2018 Twitter About
Help Center Terms
Privacy policy Cookies
Ads info

# Christopher Paris/ Oxebridge Quality Resources International LLC  Fake News Warning

| This Page | Fake news is no joke |
|---|---|

**This Page**

[Site Mission](#)

[Site Policy](#):
We do not
name victims

[Examples](#) of
this entity's
commercial
disparagement
and
defamation

[Expert
witness](#)
against you in
court?

[Alternatives](#) to
Gourmetours
Peru

Other
Pages

Promotion of
[illegal file
sharing and
illegitimate
tax
deductions](#).
Don't be that
guy!

[Disruption of
professional
conferences](#)

[How this
individual
uses LinkedIn](#)
and other
social media
platforms

Previous
clients have
apparently
[disowned](#) him

Denounces as
scams and
schemes the
[very standards](#)
(ISO 9001 and
AS9100) he
helps
companies
implement

Reputable
AS9100
Rev. D
Training
Providers

All these
reputable
alternatives to
"Braindump

## Site Mission and Introduction

NOTICE: This Web site does NOT belong to OQR LLC
We do not, in contrast to the individual under discussion here, effectively sign other people's names to statements created by himself. [Black propaganda](#) (signing somebody else's name to your statement) is inherently dishonest regardless of the merits of the argument. We are not that guy so hence the disclosure--this is emphatically NOT his Web site and he did not create ANY of its content.

This Web site's purpose is to defend the targets of Christopher Mark Paris' commercial disparagement campaign by exposing the falsity of his statements and his proven dishonesty. He has been distributing fake news on his corporate Web site and through E-mail, LinkedIn, Facebook, and Twitter for the express purpose of damaging his potential competitors (including the owner of this site) and a 2017 professional conference the way he (as alleged in the complaint in New York Southern District Court Case No. 1:14-cv-03885-VEC [G31000 North America, Inc. et al v. Paris et al](#), [specific complaint](#) lines 33 and following) damaged another after threatening the conference organizers.

Site Policy: Victims will not be named explicitly.

This individual has published the following fake news (Oxebridge Web site as of Feb. 13 2017, and the pages have been downloaded as evidence in case of deletion.). We have not included details simply because we won't identify the targets of this material even for the purpose of condemning his attacks on them. Joe McCarthy was reputed to smear his enemies by saying "I don't believe So-and-So is a Communist," thus raising the previously nonexistent question as to whether So-and-So is a Communist. We will similarly not post anything to the effect, "Chris Paris is lying about So-and-So doing such and such" because this statement, even for the purpose of condemnation, raises the previously nonexistent question as to whether So-and-So is doing such-and-such. Visitors to this individual's Web site may have seen the false and malicious accusations, but we will not repeat them here. People who have seen accusations on his site and then visit this one, however, will learn quickly how this individual has abused their trust. We will publish enough detail here so anybody who has seen those allegations from ihs site will recognize them, but not enough for anybody who has not seen  his allegations to recognize his victims.

Here is the kind of fake news you may have seen on the Web site in question:

1.  Reckless accusations that other quality management professionals put false information on their resumes and use the ISO standards as a source of profit.
2.  A reckless accusation that a major certification body's quality auditor demanded sex from a female quality manager in exchange for not writing nonconformances.
3.  Reckless accusations and imputations of crimes, including statements that identifiable people might go to jail, statements that he has filed criminal complaints against organizations, and use of the word "felony" with regard to specific people and organizations.
4.  Disparagement of his own clients' ISO 9001 and AS9100 certification bodies, including reckless allegations that may be libelous.
5.  A false allegation that our Internal Revenue Service confirmed that it is investigating somebody or something. It is against the IRS's regulations to disclose this.

**Ripoff**Report

(/)

(fireport)

Company Name or Report #

New Latest Reports (reports/latest-reports)    Advanced Search (reports/advanced)    Browse Categories (categories)

Latest Reports (reports/latest-reports)      Advanced Search (reports/advanced)

---

Report: #062892

## Complaint Review:    Oxebridge Quality Resources

Submitted: Fri, June 28, 2013    Updated: Fri, June 28, 2013    **Reported By:** Brian McDougle — Miami Florida

**Oxebridge Quality Resources**
1503 South US Highway 301 Suite 36
Tampa, Florida
USA
Phone:
Web: http://)
**Category:** Business Consulting (http://www.ripoffreport.com/reports/services/business-consulting/)



/www.google.com/maps/place/1503+South+US+Highway+301+Suite+36%2CT      ampa%2CFlorida%2C33619%2CUSA)

### Oxebridge Quality Resources AKA Certificate Mill,Chris Paris,Christopher Paris,Oxbridge, Oxbridge Quality      ,S D D Fraud!Chris Paris of Oxebridge T      ampa Florida

**\*General Comment:** I don't agree with most of this review, but Oxebridge has real problems

Like 0    G+    Tweet

---

BUTT   AL BOX" | Respond to this Report! | Recomment/B | Consumer Comment (/comment/B    ?

Repair your reputation the right way **Corporate Advocacy Program** (corporate-advocacy-program/change-report-from-negative-to-positive) ? (corporate-advocacy-program/change-report-from-negative-to-positive)

Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (http://www.ripoffreport.com/file/comment/1062892)    ?

File New Report (file-report)    ?

WARNING!! Chris Paris (Oxebridge Quality Resources) is operating a fraud quality management company backed by Mary Winch, an RABQSA Certified QMS Lead Auditor- ISO9001:2008, ISO 17025 Lab Quality Manager, TL9000 V4 at Motorola Enterprise Mobility. These two people (Chris Paris and Mary Winch) are both sociopaths. Just look at the attack articles on the Oxebridge website and the material Mary Winch published on Linkedin.

CHRIS PARIS / OXEBRIDGE (SO Shyster of the Decade!!)

*Christopher Paris (owner of Oxebridge) claims to be a chemical process engineer on his website. T   o call oneself as an engineer, one has to be academically qualified.

Paris is a NOT an engineer... he is a liar!! Don't get any ISO from this crook.

*Christopher Paris (owner of Oxebridge) has no experience in the aviation industry and yet is acting as consultant for aviation companies. [continued below]...

**Report Attachments:**


(1024x768/docs/r1062892-
2u266x-
gwcjvynfsf.png)

..... THESE COMPANIES BEING CONSULTED BY CHRIS PARIS SHOULD BE FINED for not researching the qualifications of theis shyster Chris Paris! I'm looking now into all the companies Paris works for and will let them know he is a fraud!

*Christopher Paris (owner of Oxebridge) first degree is in English and Film from Long Island University C.W . Yet is states on his website, he worked for 3M & Pure Tech, as Chemical Process Engineer. Both 3M and Pure Tech should be sued for this!

*On the linkedin page of Christopher Paris (owner of Oxebridge) he claims to be working for ` Pulse Medical` since 2004, whereas, Pulse Medical is one of his customers. This is a lie!

Christopher Paris (owner of Oxebridge) is mostly consulting for AS projects. What makes him competent, to consult them without even a single day of working experience in aviation industry? All this crook has is a degree in English/Film. I guess his acting skills are really good because he sure is fooling companies in the Aerospace Industry!! This is not only pathetic... it's utterly dangerous!

Christopher Paris (owner of Oxebridge) of `fers on his ` Rapid ISO 9001 Implementation with a promise of implementation in 40 days and company ready for certification. In my over over 30 years of professional life, I came across many Consultants, Org.'s and CB's, but I am short of word to express my disgust, after reading the Rapid 40-Days Implementation. In detailed information the rapid implementation period of 40 days is linked with number of employees as per given table. It's not impossible for a management system development and implementation to be done in 40 days (100 hours as stated by Chris Paris) Further this guy is a crook!

## Is this **R**ipoff **R**eport About you?

## **R**ipoff **R**eport A business' first line of defense on the **I**nternet.

If your business is willing to make a commitment to customer satisfaction Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)

Does your business have a bad reputation? Fix it the right way. Corporate Advocacy Program™ (/corporateadvocacyprogram/whycorporateadvocacy)

Set the record straight: Arbitration Program (/arbitration)

SEO Reputation Management at its best! (/reputation)

This report was posted on Ripoff Report (http://www.ripoffreport.com) on 06/28/2013 01:05 PM and is a permanent record located here: http://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 (/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www_edmagedson.com/did-you-know/)

Click Here to read other Ripoff Reports on Oxebridge Quality Resources (reports/specific_search/Oxebridge Quality Resources)

**S**earch **f**or additional reports
If you would like to see more Reports on this company/Individual, search here:

Oxebridge Quality Resources

| Search |

## **R**eport & **R**ebuttal

**R**espond to this report!

| File a Rebuttal |

**Also a victim?**

| File a Report | ? |
|---|---|

**Repair Your Reputation!**

| Get Started | ? |
|---|---|

## Updates & Rebuttals

REBUTTALS & REPLIES:

| 0 | 1 | 0 |
|---|---|---|
| Author | Consumer | Employee/Owner |

**#** General Comment

# I dont agree with most of this review, but Oxebridge has real problems

AUTHOR: **Oxebridge**T      argt -  (USA)

SUBMITTED: Tuesday, February 21, 2017

I have a lot of problems with Chris Paris and Oxebridge Quality Resources International LLC, but I would not have brought his associate or his clients into this. First, RABQSA does not hand out the Certified QMS Lead Auditor credential like a prize in a Cracker Jack box; it has to be earned. Second, Mr . Paris' clients are innocent neutral third parties that have earned ISO 9001 registration from impartial certification bodies. This may be because of Mr. Paris' work or in spite of it, but the bottom line is that they met the requirements. Third, I have seen no evidence that Christopher Paris himself lacks technical qualifications to implement ISO 9001, and he probably did a good job for both clients. I was, on the contrary, favorably impressed by the technical material I saw on the Oxebridge site. I would normally be inclined to write Chris Paris a good recommendation based solely on what I have seen of his technical competence, but his ethics make that impossible.

On a side note, the industrial exemption in many states allows an employer to call anybody an engineer so, as long as Mr . Paris was working as an employee, he is allowed to say that this was his job title. This assumes that the employer is a manufacturer and not an engineering consulting firm--in the latter case, "engineers" must be licensed professional engineers in most or all states. Does not constitute legal advice, I am not a lawyer.)

The issue therefore has nothing to do with Christopher Paris' competence and everything to do with his character. The Oxebridge site serves as a fake news platform from which he attacks the reputations of other people and other organizations. He has published false and reckless accusations of unprofessional conduct and even crimes against literally dozens of people and organizations. He has published numerous willful falsehoods about me and about many people I know. He has even disparaged his own clients' ISO 9001 and AS9100 certification bodies along with the very standards he helps his clients implement.

Nor has Christopher Paris limited this conduct to his Oxebridge site. He has published similar fake news on LinkedIn, Facebook, and Twitter with reckless indifference as to what might happen to the careers of others who believe and act on his fake news. As an example, somebody could get into very serious trouble with his or her employer for propagating Chris Paris' falsehoods with the employer's name on it, but Mr. Paris nonetheless circulated this misinformation to LinkedIn's very large ISO 9001 group (of which he is the moderator, which means there is nobody to whom to complain)

https://www.plainsite.org/dockets/download.html?id=167580833&z=9ca38f27 https://www .plainsite.org/dockets/download.html?id=167580833&z=9ca38f27) lines 34 and following are a complaint in a lawsuit that accuse him of threatening an organization and then damaging a professional conference. This complaint is consistent with what I have seen of his conduct toward me and toward others. The suit was dismissed not for lack of merit but for lack of jurisdiction as shown here. https://www.plainsite.org/dockets/2an9k2v36/new-york-southern-district-court/g31000-north-america-inc-et-al-v-paris-et-al/ https://www .plainsite.org/dockets/2an9k2v36/new-york-southern-district-court/g31000-north-america-inc-et-al-v-paris-et-al/)

 I also caught him badmouthing me to two other people whom he was badmouthing behind their backs on his Web site. This stopped as soon as I told them what he was saying about them. The bottom line is that somebody, regardless of his technical qualifications, is ethically capable of lying about me or somebody else to you as Christopher Paris has done, is ethically capable of lying to and/or about you.

**Report Attachments:**

(1024x768/docs/r1062892-
okv5q-
g2qjlrsgdb.png)

---

**Respond to this report!**

| File a Rebuttal | ? |
|---|---|

Featured Ripoff Reports (reports/featured-reports)

downloadinstant.com MinuteDownload.com Microsoft Office rip off Washington District of Columbia (/reports/downloadinstantcom/washington-district-of-columbia-20008/downloadinstantcom-minutedownloadcom-microsoft-office-rip-off-washington-district-of-col-1415096)

Online Payment to New York and Wisconsin Thieves WILO RENE AND MARK JOHNSON MARK JOHNSON WILO RENE AND Fake Drugs Manufacturers and Suppliers in New... (/reports/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson/appleton-wisconsin-54915/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson-mark-johnson-1415089)

**Ripoff Report** (/)

(fereport)

Company Name or Report #

New Latest Reports (reports/latest-reports)    Advanced Search (reports/advanced)    Browse Categories (categories)

Latest Reports (reports/latest-reports)    Advanced Search (reports/advanced)

Report:  #041805

Complaint Review:    Chris Paris Quality' Resources

Submitted: Mon, April 08, 2013    Updated: Mon, April 29, 2013    Reported By:  Richard Kennedy — **Atlanta Georgia**

Chris Paris Quality' Resources
1503 South US Highway 301 Suite 36
Tampa, Florida
United States of America
**Phone:** (863)651-3750
**Web:** http:// )
**Category:**  Business Consulting (http://www .ripoffreport.com/reports/services/business-consulting)

Chris Paris **"Quality"** Resources Christopher Paris, Chris Paris Florida, Quality Resources International
WARNING! Don't Get ISO From Chris Paris Oxebridge (Tampa, FL) Tampa, Florida

*General Comment: Christopher Paris and Oxebridge were sued for defamation

*General Comment: The issue with Oxebridge is not competence but character.

*General Comment: Oxebridge's unprofessional Web site

*REBUTTAL Individual responds: 40-Day ISO 9001 is Proven; Critics, Not So Much

*Author of original report: More on Christopher Paris, Owner of Oxebridge Quality Resources, Tampa, FL

Like 0    G+    Tweet

REBUTTAL BOX™ |    Respond to this Report!    Recomment/108    |    Consumer Comment Recomment/108    ?

Repair your reputation the right way
Corporate Advocacy Program (corporate-advocacy-program/change-report-from-negative-to-positive)  ? (corporate-advocacy-program/change-report-from-negative-to-positive)
Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (http://www .ripoffreport.com/file/comment/1041805)    ?

File New Report (file-report)    ?

Oxebridge Quality Resources, International in Tampa, FL is a SCAM! Their so-called Rapid ISO and ASQ implementation    is a joke and RIPOFF!!. I thought
these clowns went away 9 years ago but apparently they are back once again pushing their useless service to businesses. This company was exped backin 0    by
the Web's leading quality systems management forum at http://elsmar.com/Forums/showthread.php?t=8692 http://elsmar .com/Forums/showthread.php?t=8692)
Unfortunately, it looks like Oxebridge is at it again trying to scam companies to pay for its bogus ISO service.  Click the previous link to see the complaints about
Oxebridge Quality Resources    . Better yet, here is a example of the complaints against Christopher Paris, owner of Oxebridge published in the above forum, among
other sites all over the Web...

"My first reaction is "Oh God, what an idiot". Obviously he (Chris Paris / Oxebridge) doesn't have enough to do, and is bored and trying to stir up something from nothing.
He wins first prize for DA of the month"

"Wow! Just imagine if you had urinated on Chris's shoe! I think he'd probably want you up for capital punishment. I'm surprised old legal eagle Chris hasn't quite figured
out the difference between slander and libel. "Religious slurs"?  I do note you have been particularly bigoted toward us Huguenots. Nothing new - we  survived St
Bartholomew's Day Massacre; we can take anything.]

"I was briefly lost for words there... when I saw Christopher Paris Registered 4 Days Ago. I found this yesterday, and wondered why on earth he registered. Obviously

not to take part in the contest. I didn't think he wanted to have anything to do with us? Now I realize what he was up to.... I have little knowledge of U.S. law, but I know one thing: I know a personal vendetta when I see one. Tragic....

"I am at a complete loss. Does he (Chris Paris of Oxebridge Quality) think we are some covert terrorism sponsor??? Does he think that people from other countries ...Maybe he just does not think he could write a good enough article. The next thing you know he will say that people are soliciting when they tell us about their fund raising for cancer or other causes. Surely the power that be in Ohio have far better things to occupy their time. Does Mr Paris live in Ohio?? I hope he puts the same efforts into trying to close down the Pornography and Spams sites around America."

"Chris Paris, in his complaint, states "...many individuals..." are banned. Mr . Paris himself registered in the forums recently and Mr. Paris - Oxebridge - knows no one is banned from the site. Mr. Paris is
aware that Jim Wade can register again and participate if he apologises and explains why he did what he did. Mr. Paris is outright lying and knowingly gave false testimony to the Ohio Attorney General's office in his complaint."

"I do believe that the issue of the 40 day wonder is moot, and Chrissy has done himself more damage than we could ever do (as if we ever wanted to) Would you let this guy into YOUR plant, to talk to YOUR employees and set up YOUR system? I think not. He ought to provide some mustard
along with this baloney."

"...I was wrong.... Christopher Paris Street Address and telephone number is public information in the complaint. I have removed them from this post. Winter Haven, FL 33881 (same address as Oxebridge Quality)

"Given he used an Oxebridge email address, his employer is implicated. Is this guy a senior exec at Oxebridge? Can a phone call to the Pres. there resolve the matter, possibly have the individual terminated for this obnoxious behavior?" (or fortunately the little weasel Chris Paris is the owner of Oxebridge)

"Good point, but I'll leave it to Chris Paris to deal with his employer - if he has one. As far as I know Chris Paris is Oxebridge. I haven't investigated what his position is there. Personally I consider his
complaint silly. I think Chris 'shot himself in the foot' by filing the complaint. I don't particularly want Chris 'terminated' but I do want to ensure the public knows of the complaint and its content. Once I hear back from the Ohio Attorney General's office I will post my reply to them here and in the quality NG."

"This guy Paris is, in my personal opinion, a whiny, cowardly, nut who apparently cannot stand criticism, so he shamelessly wastes vauable government resources to pursue a baseless and trivial personal vendetta. I'm sure you're reading this, Paris, so let me say this to you directly: Grow up. Grow a spine while you are at it. Complain to Mommy if you want about how unfair you think life is, but stop wasting the taxpayer's money on frivolous things like this. There are people out there with legitimate and serious claims who are waiting longer to get justice because of idiots like you."

"The "blah"s Chris Paris entered stood out and I looked and lo and behold it was Chris Paris. I went to his user record in the control panel and replaced the "blah"s with what I felt more appropriate. His company is Oxebridge (or Oxbridge?) for example. I put "rival" in that slot because - well, I thought it fit. So I take the blame for changing the entry from "blah" to "rival" - which I did because he thinks he is."

"Why does this guy go out of his way to try to attack anyone whom he considers superior to himself? (One possibility after being at hooto is a little man with small man complex) . You'd think any potential customer/employer who did a Google search and came up with this kinda stuff would put lots of distance between themselves and Chris. And I hope that is exactly what happens."

"Chris Paris (the real and only brain and voice behind Oxebridge) is quite an enigma... On the other hand, he is a Don Quixote personality , picking "fights" with ISO , accrediting bodies, registrars, etc. Somehow, he imagines himself the "defender" of all quality folk everywhere, seeing conspiracies against us quality professionals everywhere. Along the way, he has managed to convince enough companies to pay him money to keep the game going." READ THAT AGAIN

"... So if you do business with Oxebridge and Chris Paris, you are a fool."

THERE ARE HUNDREDS OF OTHER COMMENTS ABOUT THE SCAMMER CHRIS PARIS (AKA Chrissy the Sissy) and his bogus company Oxebridge "No-Quality ." Google it. Everything posted here has been found on other websites from many different people complaining about Chrissy the Sissy Paris .

## Is this Ripoff Report About you?

## Ripoff Report A business' first line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)

| | |
|---|---|
| Does your business have a bad reputation? Fix it the right way. Corporate Advocacy Program™ (/corporateadvocacyprogramwhycorporateadvocacy) | |

| |
|---|
| Set the record straight: Arbitration Program (//arbitration) |

| |
|---|
| SEO Reputation Management at its best! (/reputation) |

This report was posted on Ripoff Report. http://www .ripoffreport.com) on 04/08/2013 11:02 PM and is a permanent record located here: http://www.ripoffreport.com/reports/chris-paris-quality-resources/tampa-florida-33619 /reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805 /reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805) . The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www .edmagedson.com/did-you-know/)

Click Here to read other Ripoff Reports on Chris Paris "Quality" Resources (reports/specific_search/Chris Paris%22Quality%22Resources)

## Search for additional reports

If you would like to see more reports on this company/individual, search here:

Chris Paris

Search

## Report & Rebuttal

Respond to this report!

File a Rebuttal

⑦

Also a victim?

File a Report

⑦

Repair Your Reputation!

Get Started

⑦

## Updates & Rebuttals

REBUTTALS & REPLIES:

| 1 | 3 | 1 |
|---|---|---|
| Author | Consumer | Employee/Owner |

#️⃣ General Comment

# Christopher Paris and Oxebridge were sued for defamation

AUTHOR: Oxebridge T - (United Argt - (USA)

SUBMITTED: Wednesday, February 22, 2017

I am emphatically not supporting the content of the original report, because I have zero evidence that Oxebridge Quality Resources International LLC and Christopher Mark Paris provide anything but competent ISO 9001 implementation services. From what I have seen of the Oxebridge Web site, the quality of the company's services cannot be honestly described.

This does not change the fact that Oxebridge and Chris Paris conduct themselves in a grossly unethical and unprofessional manner by posting fake news about individual quality management practitioners, certification bodies (including those of Oxebridge's own clients) and professional societies. This fake news extends to reckless and false accusations of crimes. The bottom line is that somebody who is ethically capable of lying to Web site visitors and to peers on social media is ethically capable of lying to a client or a customer, regardless of his technical qualifications.

plainsite.org/dockets/download.html?id=167580833&z=9ca38f2 https://www .plainsite.org/dockets/download.html?id=167580833&z=9ca38f27) 7 lines 34 and following are a complaint in a lawsuit that accuse Oxebridge of threatening an organization and damaging a professional conference. This complaint is consistent with what I have seen of his conduct toward me and toward others. The suit was dismissed not for lack of merit but for lack of jurisdiction as shown here. plainsite.org/dockets/2an9k2v36/new-york-southern-district-court/g31000-north-america-inc-et-al-v-paris-et-al/

The only reason I don't sign my real name to this is, by the way, that it would give "legs" to the material Mr. Paris is circulating about me and about others. That is, I am not going to give his garbage any more visibility, in contrast to his idiotic practice of re-posting others' accusations about him on his own company Web site. Constable Dogberry from *Much Ado About Nothing* comes to mind here.)I have signed my real name in discussion about him, and added that those to whom I was complaining were free to show him what I said. If I won't say it to his face, I shouldn't say it behind his back (in contrast to him badmouthing me to two people whom he was badmouthing behind their backs on the Oxebridge Web site) In this case, the public document linked above speaks for itself.

Report Attachments:

(1024x768/docs/r1041805-
hi3tjz-
q5qpdqttqo.png)

Respond to this report!    File a Rebuttal    ⑦

👤 General Comment

# The issue with Oxebridge is not competence but character.

Case 8:19-cv-00423-WFJ-SPF   Document 4-2   Filed 02/19/19   Page 135 of 171 PageID 408

AUTHOR: DabridgeT    argt -   (USA)
SUBMITTED: Thursday, February 16, 2017

A company might be able to implement ISO 9001 from scratch in 40 days with competent guidance and enough time and effort by the necessary people. A small shop might be able to implement a system in even less time. From what I can see from the technical material on the Oxebridge web site, it is impossible to honestly challenge Mr. Paris' claim that he can do what he says--implement a functioning ISO 9001 quality system in 40 days.

Oxebridge Quality Resources International LLC also offers under a Creative Commons license an ISO template kit that might make a from-scratch implementation easier. I have looked at only a few of the forms and records but I don't see anything wrong with them. I might even be able to learn some new ideas from Mr. Paris' material myself (and I downloaded it for this express purpose) so it saddens me that he has chosen to make it impossible for his peers to trust him in any kind of professional or collegial relationship. Had he chosen differently, I would have probably enjoyed exchanging ideas with him.

Chris Paris' corporate Web site at Oxebridge Quality Resources International LLC serves as a platform for fake news similar to the kind (yellow journalism) that started the Spanish-American War, and similar to the *Protocols of the Elders of Zion* that led to the publication of *The International Jew*. Recent examples of fake news involve allegations that the Twin Towers were destroyed by the United States, Barack Obama was born in Kenya, and that the United States created the AIDS virus. Christopher Mark Paris' fake news includes reckless accusations of professional misconduct and incompetence, and even implications of crimes, directed at quality management professionals, certification bodies, and major professional organizations.

I am not going to quote the specifics here, not because I haven't downloaded and backed up every single Web page in question in case they are ever needed as evidence, but rather because I don't want to repeat Mr. Paris' irresponsible allegations even for the purpose of condemnation. Anybody who is familiar with his Web site can see plenty of objective evidence.

Oxebridge is even on record as badmouthing the certification bodies of its own clients. Christopher Paris' "journalism" includes the distortion of other people's statements, or even out of context reporting of those statements, to make them look bad. He has also used LinkedIn, Twitter, and Facebook to propagate his fake news to peers in the quality management profession with total disregard for the possible professional consequences to them for acting on it. Many employers have strict policies about the use of social media when the employer's name is attached to what the employee publishes.

I personally caught Christopher Paris badmouthing me to two other people on Twitter and LinkedIn. I let those people know that Mr. Paris was meanwhile saying about them behind their backs on his Oxebridge Web site. Somebody who is capable of lying about somebody else to your face is ethically capable of lying about you behind your back, which Mr. Paris has been proven to have done.

For all I know, Christopher Paris and Oxebridge may do adequate work, good work, or even outstanding work. The U.S. Military Academy will however expel the cadet at the top of his or her class for lying just as quickly as it will expel the cadet at the bottom of the class for lying. I find it very sad that somebody with Mr . Paris' apparent technical competence found it necessary to disqualify himself from any position of trust or responsibility with this kind of dishonest and dishonorable conduct.

---

**Respond to this report!**    File a Rebuttal   

**#**   General Comment

## Oxebridge's unprofessional W eb site

AUTHOR: DabridgeT    argt -   (USA)
SUBMITTED: Thursday, January 26, 2017

I know nothing, whether good or bad, about the quality of Christopher Mark Paris' consulting services. All I know is that he operates a grossly unprofessional Web site that includes:

(1) Unauthorized display of other business' trademarks and logos, including derisive and scatalogical photomanipulations of same, along with screenshots of brochures that do not belong to him.

(2) Disparaging and almost certainly defamatory statements about individual quality professionals, businesses, and organizations.

(3) Unauthorized use of photographs of other people (not public figures) generally lifted from other W eb sites that are authorized to use them.

I have NEVER seen a Web site this juvenile, immature, and defamatory for any other quality-related consulting firm, business, or organization, or indeed any business at all. Mr. Paris has also indulged this behavior on Twitter and LinkedIn, which doubtlessly alienates countless potential customers and clients on first sight.

---

**Respond to this report!**    File a Rebuttal   

**#**   REBUTTAL Individual responds

## 40 Day ISO is Proven; Critics, Not So Much

AUTHOR: Christopher Paris -   |
SUBMITTED: Monday, April 29, 2013

The reports herein come on the heels of reporting by Oxebridge on the unaccredited ISO 9001 registrars, or "certificate mills." Oxebridge is a running a series of articles on these organizations, which print fake ISO 9001 certificates in contradiction to international accreditation rules. Client companies using such fake certificates are later shocked to discover that their customers, such as those in automotive or aerospace, do not recognize the certificate, and they are then forced to obtain a new certificate with an accredited registrar.

The reporting can be found here (http://www .oxebridge.com/emma/?tag=indefensibles).

Oxebridge has offered Rapid 40-Day ISO 9001 Implementation for over a decade, and does so by adopting a compressing traditional consulting techniques into a shorter time period, and utilizing new approaches to challenge typical client work back to the Implementation Specialist. Traditional consultants instead rely on long-term contracts, with many month-long pauses built into the contract, often in order to extend the contract length, and thus the fee. Oxebridge eliminates these pauses and reduces the

overall contract length.

For example, Oxebridge also does not waste time on training clients how to write documents, but instead writes custom procedures and manuals based on in depth interviews. No "boilerplate" documents are used. Even graphics and illustrations are custom-made.  Traditional consultants train clients on how to write, and then come back over and over, over a period of months, to advise the client on how to edit the document. We view this as wasteful.

Next, we "live" at the company for the 40-day period, often working 10 - 12 hour days.

There are 400 hours available in a 40-day (2 month) period of time. One must ask why a consulting firm cannot implement ISO 9001 with 400 man-hours available to them.

The program has been confirmed over and over by actual clients. For example, Tech Source achieved ISO 9001 http://www .oxebridge.com/emma/?p=943) in the 40-day period. As did OakTree Solutions http://www .oxebridge.com/emma/?p=887). Another firm, SaiTech http://www .oxebridge.com/emma/?p=276), underwent a dramatic 30-day program, requiring Oxebridge to stress its implementation methods even further.

All cases may be confirmed directly with the client organizations themselves.

In all cases, the clients were registered by accredited ISO 9001 certification bodies who, themselves, are accredited by an IAF signatory, according to official ISO standards and rules. Oxebridge does not partner with any certification body, and makes no recommendations to clients as to which registrar to use. It does, however, refuse to work with any client that uses an unaccredited "certificate mill" printing service.

40-Day implementation requires, however, 40-day payment of fees. And so often clients will elect, at their own discretion, to expand the

Controversy over Oxebridge is nothing new. Since the 1990's a handful of traditional consultants have complained against the company, and the quotes given are mostly from such companies. There are no complaints issued by actual clients of Oxebridge, and none of the quotes are from any present or former client. Simply clicking on the links of the complaints will show that they are, instead, from a handful of individuals who see themselves as competitors.

The reporting done by Oxebridge on its website seeks to improve ISO 9001 by exposing certificate mills, improper behavior of certification body auditors, problems within ISO itself, and other issues which aim to hurt the value and validity of accredited certifications. As a result, Oxebridge is the frequent target of threats, complaints, nuisance calls, and other forms of intimidation by all sorts of stakeholders within the ISO community, including registrars, auditors, accrediting body representatives, etc. However, there is one group that has never filed a single complaint against Oxebridge in its entire history: the clients of Rapid ISO 9001 Implementation.

Readers are asked to verify Oxebridge's abilities and services with its clients, directly, and to judge the merits of any "complaints" such as this by asking where they come from (whether by anonymous parties, discredited certificate mills, or competitors) to make an informed decision on their own.

For a list of clients with which to verify Oxebridge's marketing, contact OQR@ebridge.com    (mailto:OQR@ebridge.com )    or call 863-651-3750.
▶ (consumers-say-thank-you/ripof f-report-in-the-media)  𝐟 (https://www .facebook.com/RORSocialMedia/)  🐦 (https://twitter .com/ripoffreport)

For more about Rapid ISO 9001, including a table that shows the typical implementation times by employee count, click here http://www .oxebridge.com/emma/?page_id=3).

---

Respond to this report!    | File a Rebuttal |  ❓

🔒 Author of original report

# More on Christopher Paris, Owner of Oxebridge Quality Resources, Tampa, E        ampa, E

**AUTHOR:** Richard Kennedy -    ┃

SUBMITTED: Monday, April 15, 2013

Here is some more information on Christopher Paris (Chris Paris) owner of the scam ISO consultancy firm known as Oxebridge Quality Resources at
http://theautonomist.wordpress.com/2006/08/23/christopher-paris-owner-of-oxebridge-quality-resources-aka-mark-spittle-the-case-of-the-wrecked-mailbox/
http://theautonomist.wordpress.com/2006/08/23/christopher-paris-owner-of-oxebridge-quality-resources-aka-mark-spittle-the-case-of-the-wrecked-mailbox/ )

Yesterday, struggling ISO consultant, Disney Haunted Mansion afficianado, leftist moonbat and former Communist Party member Christopher Paris (also known as Mark Spittle
and the superhero, Blackstar ) accused me of being responsible for (get this) the destruction of the mailbox in front of his house in  Florida! Y ou cant make this stuff up.

From Pariss Spittle and Ink weblog:

So I guess now it starts. Thanks to Rocco DiPippo posting a bounty for my personal information,
Ive now had the pleasure of having to clean up this mess on my front lawn. It seems some patriotic American good-old boy thought he would send me an appropriate message of terror by tearing up my lawn, smashing apart my mailbox including the wooden post used to anchor it and
demolishing my city garbage container.

Gee, it was Paris who chose to reveal his real identity and list his real address on his Spittle and Ink
siteas if anyone really cares that he did. And perhaps there are other potential suspects in the case of the mysteriously nuked mailbox:

According to a post on his site, Paris recently chased down and harassed the driver of a construction truck who allegedly cut him off while he was driving. Then he wrote a predictably nasty article on the
Florida-based contracting company that owned the vehicle, publishing it on his Spittle and Ink website.

Now I know from experience that men in the construction business dont take kindly to nasty, freaky man-children like the Disney-worshiping Paris. Still, the contractors that Paris abused probably had nothing to do with wrecking the mailboxone of Floridas numerous octagenarian drivers probably did.

Nevertheless, when you delight in **tormenting**, **harrassing** and **abusing** people like Christopher Paris, owner of **Oxbridge Quality Resources in Florida** , **el: $5.** paranoia must play a large role in your day-to-day existence. No doubt, Christopher Paris a/k/a Mark Spittle has many enemies, most notably his self. T alk about a rat chewing on its own tail. . .)

As a compassionate Conservative, I hope that Mr. Paris finds inner peaceperhaps hell find comfort from the latest rightwing plot to terrorize him by traveling to Disney World and collapsing into the

warm embraces of Mickey Mouse, Snow White, Goofy and the friendly ghosts at the Haunted Mansion, as he so often does. Well, maybe the not-so-friendly ghosts...

Last year, Paris was injured while playing at his beloved Haunted Mansion when someone dressed up as the Headless Horseman hurled a prop pumpkin at him, striking him in the chest. (**I did**
**not make this up.**)Could the Mossad have been involved? Has it now plotted with neocons in the Bush Administration to wreck Pariss mailbox? Whats next in the rightwing plot to neutralize him?a
night-time raid to salt his front lawn with grubworms?

Christopher Paris a/k/a Mark Spittle, and owner of Oxbridge Quality Resources now joins the illustrious Kurt Nimmo and Justin Raimondo on the list of impotent, semiliterate clowns and crackpots we joyously mock.

---

**Respond to this report!**     File a Rebuttal   

---

Featured Ripoff Reports (reports/featured-reports)

 downloadinstant.com MinuteDownload.com Microsoft Office rip off Washington District of Columbia (//reports/downloadinstantcom/washington-district-of-col-1415096) minutedownloadcom-microsoft-office-rip-off-washington-district-of-col-1415096)

 Online Payment to New York and Wisconsin Thieves WILO RENE and MARK JOHNSON MARK JOHNSON WILO RENE and Fake Drugs Manufacturers and Suppliers in New... (//reports/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson/appleton-wisconsin-54915/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson-mark-johnson-1415089)

 ShopBitmain Market Never Shipped 3 Antminer S9 for Bitcoin Mining Order. Phone Out of Service. Emails go Unanswered. Can not log into back office Hung... (//reports/shopbitmainmarket/hung-hom-kowloon-city/shopbitmainmarket-never-shipped-3-antminer-s9-for-bitcoin-mining-order-phone-out-of-ser-1415041)

 TechnologyBillionaires.com. Derrick Walker Silicon Coast 2017 siliconcoast2017.com secure.siliconcoast.events/event/Silicon-Coast-2017Derrick Walker... (//reports/technologybillionairescom-derrick-walker/irvine-california/technologybillionairescom-derrick-walker-silicon-coast-2017-siliconcoast2017com-secure-1408958)

 Facebook.com Mark Zuckerberg Founder, Chairman and CEO. Facebook Marc Andreessen Co-founder and General Partner. Andreessen Horowitz Susan... (//reports/facebookcom/menlo-park-california-94025/facebookcom-mark-zuckerberg-founder-chairman-and-ceo-facebook-marc-andreessen-1415003)

 Fun Bike Store Tiey took out 159.00 out of my checking and never got product or email confirmation. Tried to get hold of the Co. with no luck cant believe... (//reports/fun-bike-store/nationwide/fun-bike-store-tiey-took-out-15900-out-of-my-checking-and-never-got-product-or-email-con-1414968)

 NLOP National League of Poker Cafrino I do not have the $75.00 I won or answers why I do not have $75.00 I won. Costa Mesa California (//reports/nlop/costa-mesa-california-92626/nlop-national-league-of-poker-cafrino-i-do-not-have-the-7500-i-won-or-answers-why-i-1414961)

 Wetter Solutions Hd Cameras USA Roger DP Enterprises, INc Paid For One Thing, Was Provided Something Else Orlando Florida (//reports/wetter-solutions/orlando-florida-32826/wetter-solutions-hd-cameras-usaroger-dp-enterprises-inc-paid-for-one-thing-was-provid-1414939)

Michael P. Goldowsky Gold Medical Technologies, Inc. GMT Heart, Inc. Gold Medical Technologies Heart, Inc. Perpetrated a pre-meditated fraud in order... (//reports/michael-p-goldowsky-gold-medical-technologies-incgmt-heart-incgold-medical-techno-1414851)

 Ellys World Ripped me off Internet (//reports/ellys-world/internet/ellys-world-ripped-me-off-internet-1414901)

 I Love Jewelry I Love Jewelry Auctions Shop I Love Jewelry Facebook's #1 Online Site I Love Jewelry AuctionsShop I Love JewelryFacebook's #1... (//reports/i-love-jewelry/florida/i-love-jewelry-auctionsshop-i-love-jewelryfacebooks-1-online-site-i-1414899)

Sale Guru They failed to provide product and/or return money Internet (//reports/sale-guru/internet/sale-guru-they-failed-to-provide-product-andor-return-money-internet-1414871)

Michael P Hicks Mike Hicks Took a substantial deposit of 4k for roofing work and did not complete the work and did not provide a refund Matawan New J... (//reports/michael-p-hicks/matawan-new-jersey-07747/michael-p-hicks-mike-hicks-took-a-substantial-deposit-of-4k-for-roofing-work-and-did-not-1414825)

12/5/2019                    Ripoff Report | Oxebridge Quality Resources International LLC Complaint Review 355981 | Complaint Review 355981 | PageID 411

Case 8:19-cv-00423-WFJ-SPF   Document 4-2   Filed 02/19/19   Page 138 of 171   PageID 411



## Ripoff Report
(/)

(flereport)

Company Name or Report #

New Latest Reports   (reports/latest-reports)    Advanced Search   (reports/advanced)    Browse Categories   (categories)

Latest Reports (reports/latest-reports)          Advanced Search (reports/advanced)

**Report:**   #355981

### Complaint Review:        Oxebridge Quality Resources International LLC

**Submitted:**   Tue, February 14, 2017   **Updated:** Tue, February 14, 2017   **Reported By:**   Oxebridge_Target — (Possible retaliation target)   USA

**Oxebridge Quality Resources International LLC**
1503 South US Highway 301 Suite 36
Tampa, Florida
USA
**Phone:**
**Web:**  http://)
**Category:**   Manufacturers (http://www .ripoffreport.com/reports/services/manufacturers)

(/www .google.com/maps/place/1503+South+US+Highway+301+Suite+36%2CT         ampa%2CFlorida%2C+33619%2C+USA)

### Oxebridge Quality Resources International LLC Christopher Mark Paris Publishes fake news to attack other people, businesses, and professional societies T   ampa Forida

*Consumer Comment: Oxb ridge Owner Chris Paris is Broke!

*General Comment: It only takes a little investigation. ...

Like 0        G+        Tweet

BUTT      AL BOX        Respond to this Report!    (Recomment (18)    |    Consumer Comment (Recomment (18)         ?

Repair your reputation the right way
**Corporate Advocacy Program**     (corporate-advocacy-program/change-report-from-negative-to-positive)     ?  (corporate-advocacy-program/change-

report-from-negative-to-positive)
Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (http://www .ripoffreport.com/file/comment/1355981)      ?

File New Report (file-report)      ?



I will start this complaint by stating emphatically that I cannot say anything good or bad about the actual quality of Christopher Mark Paris' consulting services because I know nothing about it. I can however see, and anybody else can see it as well, the **fake news** that propagates on his Web site and through LinkedIn, Facebook, and Twitter. This material consists of reckless and baseless allegations, half-truths, distortions, and out of context statements that he directs at quality management professionals, certification bodies, and professional societies. To put this in perspective, the U.S. Military Academy's Honor Code (https://en.wikipedia.org/wiki/Cadet_Honor_Code#Definitions_of_the_tenets_of_the_Honor_Code ) defines a lie not only as a flat-out falsehood but **"the telling of a partial truth and the age or ambiguous use of information or langage with the intent to deceive or mislead** ."

I will not give two of Mr. Paris' specific false accusations any more "legs" than they already have by quoting them here. The following examples, however, exemplify those two allegations while having the Westboro Baptist Church and a generic white power music group represent the entities that Mr. Paris' target actually criticized in online opinion columns. Mr. Paris then distorted what his target actually said to define it as hate speech against an entire religion and a public figure.

- **Fake news distortion:** "The writer equates Christians to excrement."
- **Actual statement:** "The Westboro Baptist Church's hate speech under color of Christianity is excrement." [If you want a real laugh, take a look at WBC's Web site which counts "people whom God has cast into hell since you loaded this page."]
- **Fake news distortion:** "The writer accused public figure X of promoting racism because X likes rock music."
- **Actual statement:** "Public figure X promoted racism by inviting a white power band to a public function."

The next one is an actual quote from Oxebridge Quality Resources International LLC.

- **Chris Paris:** "[NASA's] 'corrective action' was to launch the shuttle, have it roll over for a visual inspection of tiles at the ISS, presumably so if any tiles were found missing the astronauts had time to alert their wives that they would be burning to death upon re-entry."
- **Facts:** http://www.space.com/4234-nasa-heat-shield-repair-required-shuttle-endeavour.html [NASA: No Heat Shield Repair Required for Shuttle Endeavour by Tariq Malik, Space.com Managing Editor | August 16, 2007 11:18pm ET] describes how astronauts can repair damaged tiles that are discovered by the inspection. Other genuine news articles back this up.

This is but the tip of the iceberg, noting that Oxebridge Quality Resources International LLC has published false, disparaging, derogatory, and quite possibly defamatory allegations about numerous quality management professionals, certification bodies, accreditation bodies, and professional societies. These include not only reckless allegations of unprofessional conduct but also crimes. Mr. Paris even disparages his own clients' certification bodies while touting his association with the same clients and using them as references. "ISO Certification Bodies Must Be Held Accountable for Their Clients' Disasters" [he took down the Web page but it is available in Google cache as of Feb. 14 2017] says if his client's economic loss, "Why does their certification body get a free pass?"

Christopher Mark Paris' technical work might be adequate, good, or even world class, but remember this. The USMA will expel a cadet with a 4.0 average for lying just as quickly as it will expel a cadet at the bottom of his or her class for lying. Somebody who is ethically capable of lying to visitors to his Web site and lying to peers in social media is ethically capable of lying to you.

## Is this Ripoff Report About you?

## Ripoff Report A business' first line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)

---

Does your business have a bad reputation? Fix it the right way. Corporate Advocacy Program™ (/corporateadvocacyprogram/whycorporateadvocacy)

---

Set the record straight: Arbitration Program (/arbitration)

---

SEO Reputation Management at its best! (/reputation)

---

This report was posted on Ripoff Report http://www.ripoffreport.com) on 02/14/2017 10:00 AM and is a permanent record located here: http://www.ripoffreport.com/reports/oxebridge-quality-resources-international-llc/tampa-florida-33619/oxebridge-quality-resources-international-llc-christopher-mark-paris-publishes-fake-news-1355981 /reports/oxebridge-quality-resources-international-llc/tampa-florida-33619/oxebridge-quality-resources-international-llc-christopher-mark-paris-publishes-fake-news-1355981). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content http://www.edmagedson.com/did-you-know/)

Click Here to read other Ripoff Reports on Oxebridge Quality Resources International LLC (reports/specific_search/Oxebridge%20Quality%20Resources%20International%20LLC)

---

### Search for additional reports

If you would like to see more Reports on this company/individual, search here:

| Oxebridge Quality Resources International LLC |
|---|
| Search |

---

### Report & Rebuttal

**Respond to this report!**

| File a Rebuttal | ? |
|---|---|

**Also a victim?**

| File a Report | ? |
|---|---|

**Repair Your Reputation!**

| Get Started | ? |
|---|---|

Updates & Rebuttals

REBUTTALS & REPLIES:

| 0 | 2 | 0 |
|---|---|---|
| Author | Consumer | Employee/Owner |

\# Consumer Comment

## Oxebridge Owner Chris Paris is Broke!

AUTHOR: Harold - (USA)

SUBMITTED: Friday, March 17, 2017

It's laughable how Chris Paris writes on his blog as if he actually has an audience. In reality, he has no known customers or even a single testimonial after 20 years in business! The guy is a real nut case. The innocent people he attacks in his numerous smear campaigns should ban together and sue him in a class action lawsuit. A court order and financial settlement is the only way to get rid of this dirtbag. I doubt little Chrissy wants to violate a court order and find himself in the arms of his new husband -- behind bars!

Paris is bankrupt (Chapter 7) and you can get any money out of the scum bag. However , you can get a court order to garnish is income.. when he gets one! He may still be empoyed by or work for Pulse Medical, Inc. in Georgia.

Paris screwed creditors out of $600,000! It's unfortunate that people supporting Paris will be brought into this mess, but that's exactly how Paris operates. He goes after family members, employers and business associates of every one of his defamation targets. His objective is to destroy careers, get people fired from jobs, embarrass people to their families that search them online, and destroy the reputation of competitors so he can take their customers. However, he has failed at every level. As they say, the only difference between stupidity and genuis, is genuis has its limits.

Paris is a classic narcissist... just read any one of his fake news articles on his Oxebridge blog and you'll see he has all the symptons of narcissism. Chris clearly has an excessive need for admiration, disregard for others' feelings and livelihood. And most of all Christopher Mark Paris has proven over and over again he has an inability to handle any criticism, while having a bizzare sense of entitlement.

I feel bad for the current wife of Christopher Mark Paris. The poor Peruvian woman probably has no idea she married a complete whack job. She most likely does not speak or read English, because any decent woman that sees his ongoing attempts to destroy families will run away as fast as she can. know immediately she neither acts or thinks like a grown man. Paris is a feminine character, a little man and weak minded. No decent woman would ever defend or support such a scum bag.

Respond to this report!    | File a Rebuttal |    

✎ General Comment

## It only takes a little investigation..

AUTHOR: argt - ()

SUBMITTED: Tuesday, February 28, 2017

Mr Paris seems to specialize in taking a few words out of context and respinning them with an inflammatory title to attack individuals. His website is full of them. It has been interesting to see websites like www.oxebridge.co spring up to refute him and to debunk some of his "stories", the majority of which he really has no personal knowledge of. This is hardly how a credible defender would operate. His demise seems to be drawing near.

Respond to this report!    | File a Rebuttal |    

Featured Ripoff Reports (reports/featured-reports)


downloadinstant.com MinuteDownload.com Microsoft Office rip off Washington District of Columbia (/reports/downloadinstantcom/washington-district-of-columbia-20008/downloadinstantcom-minutedownload-microsoft-office-rip-off-washington-district-of-col-1415096)


Online Payment to New York and Wisconsin Thieves WILO RENE AND MARK JOHNSON MARK JOHNSON WILO RENE AND Fake Drugs Manufacturers and Suppliers in New... (/reports/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson/appleton-wisconsin-54915/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson-1415089)

ShopBitmain.Market Never Shipped 3 Antminer S9 for Bitcoin Mining Order. Phone Out of Service. Emails go Unanswered. Can not log into back office Hung... (/reports/shopbitmainmarket/hung-hom-kowloon-city/shopbitmainmarket-never-shipped-3-antminer-s9-for-bitcoin-mining-order-phone-out-of-set-1415041)

12/5/2016                RipoffReport: Oxebridge / Christopher Paris | Oxebridge Quality Resources International ...

Case 8:19-cv-00423-WFJ-SPF   Document 4-2   Filed 02/19/19   Page 141 of 171 PageID 414



BB2         GOBB2              LOGN  GOLOGN

(flereport)

New Latest Reports    (reports/latest-reports)   Advanced Search    (reports/advanced)   Browse Categories    (categories)

Latest Reports (reports/latest-reports)                                Advanced Search (reports/advanced)

Report:   #335453

## Complaint Review:     Oxebridge /Christopher Paris

Submitted:   Fri, October 28, 2016    Updated:  Fri, October 28, 2016    Reported By:   Gregory Shea — California   USA

**Oxebridge /Christopher Paris**
1503 South US Highway 301. Suite 36
Tampa, Florida
USA
**Phone:**
**Web:**  http://)
**Category:**  Business Consulting (http://www .ripoffreport.com/reports/services/business-consulting)



(/www .google.com/maps/place/1503South+US+Highway+301.Suite+36%2CT        ampa%2CFlorida%2C33619%2CUSA)

### Oxebridge /Christopher Paris Oxebridge Quality Resources International Oxebridge,
### Bankruptcy , Chapter 7, Christopher Paris T    ampa Florida

*General Comment: Chris Paris and Oxebridge promote intellectual property misuse and illegal tax deductions

*General Comment: Paris told court his company was worthless

*Consumer Comment: It must be cold ....

*REBUTTAL Indiv dual responds: Chris Mark Paris of Oxebridge

[Like 0]    [G+]    [Tweet]

BUTT    AL BOX    | Respond to this Report!    (recomment/15)    | Consumer Comment (recomment/15    ?



(corporate-advocacy-program/change-report-from-negative-to-positive)   ? (corporate-advocacy-program/change-report-from-negative-to-positive)

Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (http://www .ripoffreport.com/file/comment/1335453)   ?

File New Report (file-report)   ?

## Oxebridge Owner Christopher Paris files for Chapter 7 Bankruptcy

The Owner of Oxebridge Quality Resources International, Christopher Mark Paris has filed for the embarrasing Chapter 7 bankruptcy (See http://www.plainsite.org/dockets/30qwjh5k/florida-middle-bankruptcy-court/christopher-mark-paris/ (http://www.plainsite.org/dockets/30qwjh5k/florida-middle-bankruptcy-court/christopher-mark-paris/) )

**CHAPTER 7 BANKRUPTCY**
**Christopher Mark Paris**
**Oxebridge Quality Resources**
**United States Bankruptcy Court Middle District of Florida Case number: 88k6N2)**

Although Chris Paris, the owner of Florida-based Oxebridge Quality Resources wants people to believe his business is a success. In reality, he is bankrupt! Chris Paris filed for Chapter 7 on August 2016 to find relief and protection from creditors that trusted Paris to pay them as agreed. Chapter 7, also known as liqudation bankruptcy, is commonly used by shady individuals to shed there debt, in other words, screw creditors.

In the filing, the Oxebridge owner listed assets to be from over $100,000 and liabilities to be a whopping 628,652.00. His current monthly income is listed at just $3,500 in the Chapter 7 filing... quit pathetic for someone owing nearly $1 million dollars. Court records indicate Mr. Paris has 100% ownership of Oxebridge Quality Resources International, LLC, so he is the sole debtor.

Chapter 7 filings are commonly used by shady busines people like Chris Paris to eliminate their legal obligation to pay a debt that is discharged. Most, but not all, types of debts under Chapter 7 are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankrupt)

It appears Paris really screwed his creditors. Court records show the filing of the case may have imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect the money he owes, or his property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect

from him. Creditors cannot even demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. Basically, Chris Paris is what creditors indicate as a "deadbeat debtor."

Ironically, on August 22, 2016, Christopher Paris was required by the courts as terms of his Chapter 7 filing to complete an online course on personal financial management given by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Florida. This is comical because Chris Paris, as the owner of Oxebridge Quality Resources is supposedly in the business of giving financial ans management advice as a quality consultant. And yet, the guy can't even pay his bills, and still he's teaching others about quality? You can't make this stuff up! Any idiot stupid enough to take advice from this bankrupted consultant may as well file Chapter 7 themselves. Hey, maybe dear old Chris will now offer a new certificatiom program on his website Oxebridge.com on how to file Chapter 7 and screw creditors! What a dirtbag.

Many agree Chris got what he deserved going bankrupt, so nobody will be shedding a tear over his Chapter 7 filing. After all, as they say, Karma is a bi*! It must be sweet revenge for the many people and businesses Chris Paris has attempted to destroy. For years Mr. Paris has been publishing defamatory content targeting hard working members of ASQ (American Society For Quality) as well as quality consultants, registrars, and anyone he sees as a competitor.

Think about it. How many so-called businesses turn out to be profitable by engaging in constant attacks on their competitors? I'll tell you how many... NONE! The owner of Oxebridge Quality Resources International going Bankrupted is a perfect example of how NOT to run a business. But will he learn? Of course.... "The difference between stupidity and genius is that genius has its limits." - Albert Einstein.

## Is this Ripoff Report About you?

### Ripoff Report A business' first line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)

Does your business have a bad reputation? Fix it the right way. Corporate Advocacy Program™ (/corporateadvocacyprogram/whycorporateadvocacy)

Set the record straight: Arbitration Program (/arbitration)

SEO Reputation Management at its best! (/reputation)

This report was posted on Ripoff Report http://www.ripoffreport.com) on 10/28/2016 09:23 AM and is a permanent record located here: http://www.ripoffreport.com/reports/oxebridge-christopher-paris/tampa-florida-33619/oxebridge-christopher-paris-oxebridge-quality-resources-international-oxebridge-bankru-1335453 (reports/oxebridge-christopher-paris-oxebridge-quality-resources-international-oxebridge-bankru-1335453). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content http://www.edmagedson.com/did-you-know/)

12/5/2019 Ripoff Report | Oxebridge Christopher Q... Paris Review Complaints Bringi...

Case 8:19-cv-00423-WFJ-SPF Document 42 Filed 02/19/19 Page 143 of 171 PageID 416

Click Here to read other Ripoff Reports on Oxebridge / Christopher Paris (reports/specific_search/Oxebridge%2FChristopher Paris)

---

**Search for additional reports**

If you would like to see more Reports on this company/individual, search here:

| Oxebridge / Christopher Paris |

| Search |

---

**Report & Rebuttal**

**Respond to this report!**

| File a Rebuttal | ⑦ |

**Also a victim?**

| File a Report | ⑦ |

**Repair Your Reputation!**

| Get Started | ⑦ |

---

**Updates & Rebuttals**

REBUTTALS & REPLIES:

| 0 | 3 | 1 |
| Author | Consumer | Employee/Owner |

---

⌗ General Comment

# Chris Paris and Oxebridge promote intellectual property misuse and illegal tax deductions

AUTHOR: Oxebridge Target - (USA)

SUBMITTED: Tuesday, March 07, 2017

Anybody who even begins to believe the fake news that is propagated by Christopher Mark Paris and Oxebridge Quality Resources LLC needs to realize that Chris Paris has recklessly endangered the professional careers and even the legal well-being of his own "O-Fans" as he calls them . As but one example, somebody who propagated his fake news on social media apparently got into trouble with his/her employer because the employer's name was attached to the posting. Chris Paris simply does not care how his actions affect others, even his "O-Fans," as shown by his apparent promotion of intellectual property misuse and illegitimate tax deductions.

**Oxebridge's Ecouragemant of Intellectual Property Misuse**

A meme near the bottom of the Oxebridge Web page, "Looking Back at Some of Oxebridge's Humor Graphics [Adult Language]" comes across as encouraging intellectual property theft. Even if Mr. Paris means this as a joke, it's a very irresponsible one because anybody who acts on it could get into very serious civil and perhaps even criminal trouble. The meme (online as of March 7 2017, and we've downloaded the entire Oxebridge Web site in case it is ever needed to prove any of this in court) says,

"ISO says I can't put their standards on my server. Yay, cloud." "For a while, these Yay, cloud "Microsoft ads ran on TV , and ISO's ridiculous digital rights management rules fell right into our lap at the time."

This page has been reported to ISO's copyright department for encouraging people to violate the licensing terms for single-user electronic copies and, as shown below, Christopher Mark Paris' name is well known to ISO's attorneys. iso.org/terms-conditions-licence-agreement.html#Electronic-copies https://www .iso.org/terms-conditions-licence-agreement.html#Electronic-copies) for what Mr. Paris calls ISO's "ridiculous digital rights management rules."

4. Electronic copies

Printing is permitted for your personal use only. Sharing or posting the ISO publication(s) on your company's intranet is not permitted under this Licence Agreement, so please contact us or your ISO Member if you would like to.

villanova.edu/villanova/unit/policies/AcceptableUse/copyright.html http://www1.villanova.edu/villanova/unit/policies/AcceptableUse/copyright.html) Here are the potential legal consequences for anybody who acts on Yay, cloud."

For willful "infringement, a court may award up to $150,000 per work infringed . A court can, in its discretion, also assess attorneys' fees. For details, see Title 17, United States Code, Sections 504, 505.

Willful copyright infringement can also result in criminal penalties, including imprisonment of up to five years and fines of up to $250,000 per offense.

The latter warning also appears on every movie DVD we buy in stores. "Yay, cloud" is simply promotion of similar illegal file sharing. (its.yale.edu/secure-computing/security-standards-and-guidance/data-and-application-security/illegal-file-sharing https://its.yale.edu/secure-computing/security-standards-and-guidance/data-and-application-security/illegal-file-sharing) If it's a joke, it's a very irresponsible and reckless one. People have gotten into very serious trouble for sharing music, let alone copies of ISO standards, on file sharing networks.

12/5/2019          Ripoff Report | Oxebridge Christopher Paris Oxebridge Quality Reviews Complaint Revi...

Case 8:19-cv-00423-WFJ-SPF   Document 4-2   Filed 02/19/19   Page 144 of 171 PageID 417

In addition, Mr. Paris hosted on his own Oxebridge site a letter from Carter, Ledyard and Milburn LLP dated July 12 2013 that says "We were seriously concerned to learn of your intentional and willful infringement of our clients' intellectual property on your Web site." The letter adds that Mr. Paris had in fact been warned about this before, and had taken down the allegedly infringing material, but then put it back online. The letter adds what looks like a Digital Millennium Copyright Act takedown notice because it includes a signature under penalty of perjury that the sender has the right to represent the owner of the intellectual property in question.

We don't want to post any links to his fake news site, but here is another publication by a law firm about Chris Paris' habits. http://www.clm.com/docs/yir2013.pdf

       On behalf of the International Organization for Standardization (ISO) we successfully stopped trademark and copyright infringement at oxebridge…"

Any of Chris Paris' "O-Fans" who are even thinking of acting on "Yay, cloud" need to recognize that doing so could get them fired on the spot by any responsible employer, sued, and/or prosecuted criminally.

**Christopher Mark Paris and Oxebridge Promote Illegitimate Tax Deduction**

Oxebridge's Web site advertises (March 7 2017) a AS9100 "Brain Dump" event in Cocoa Beach was forwarded to us with the introduction, "a remarkable 2-day 'Braindump Course' implementing the new AS9100 Revision D standard without driving yourself insane or ruining your company's QMS in the process."

Here is what Chris Paris and Oxebridge tout as a bonus even though any of his customers or O-Fans—the people who trust him enough to pay to hear him speak—who acts on this could get hit with back taxes, penalties, and maybe even worse. This underscores Mr. Paris' habit of publishing not only fake news but also reckless advice that could get his readers into very serious legal trouble for misuse of intellectual property and taking illegitimate tax deductions.

       LOCATION: Hilton Cocoa Beach Oceanfront, Cocoa Beach FL. Literally a few seconds' walk to the gorgeous Atlantic Ocean, and just an hour away from Walt Disney World. Bring the family and write the entire weekend off as a business trip.

We are not tax professionals and cannot give legal or tax advice, but here is what the Internal Revenue Service says about mixing business and pleasure. irs.gov/publications/p463/ch01.html#en_US_2016_publink100033773  (https://www.irs.gov/publications/p463/ch01.html#en_US_2016_publink100033773)

       Jerry drives to Chicago on business and takes his wife, Linda, with him. Linda isnt Jerry's employee. Linda occasionally types notes, performs similar services, and accompanies Jerry to luncheons and dinners. The performance of these services doesnt establish that her presence on the trip is necessary to the conduct of Jerry's business. Her expenses arent deductible.

       Jerry pays $199 a day for a double room. A single room costs $149 a day. He can deduct the total cost of driving his car to and from Chicago, but only $149 a day for his hotel room. If he uses public transportation, he can deduct only his fare.

**Reputable Alternates**

There are reputable and internationally recognized AS9100 training providers that do not engage in commercial disparagement and defamation of their competitors and their own clients' ISO 9001 and AS9100 certification bodies, publication of fake news, promotion (even as a joke, if Mr. Paris means it as a joke) of intellectual property theft, and promotion of illegal tax deductions. SAI Global and Bureau Veritas will offer AS9100 training for the latest revision (D) in Orlando Florida during the next few months, and SAE International and BSI also offer AS9100 Rev. D training. Other reputable and mainstream organizations also offer training in this area.

**Report Attachments:**



(1024x768/docs/r1335453-
gg10hh-
hd8vg9tklo.png)

---

**Respond to this report!** | File a Rebuttal | ⊘

✎  General Comment

# Paris told court his company was worthless

AUTHOR: Oxebridge Truth Squad - (USA)

SUBMITTED: Wednesday, January 25, 2017

plainsite.org/dockets/download.html?id=238383951&z=07d0ef0a (https://www.plainsite.org/dockets/download.html?id=238383951&z=07d0ef0a) (This is a PUBLIC RECORD, not private information)

Official Form 106A/B Schedule A/B: Property on page 13 of 46

Name of entity: % of ownership:
Oxebridge Quality Resources International, LLC 100% % 0

so, if he wants to sue anybody for defaming Oxebridge by saying it had zero assets, he should start by suing himself.

---

**Respond to this report!** | File a Rebuttal | ⊘

✎  Consumer Comment

# It must be cold .

AUTHOR: argt #  - ii

SUBMITTED: Tuesday, January 03, 2017

I see that he is now using his website claiming there is no such bankruptcy. I'm not sure why one would do that when the facts are a matter of public record and easily verified. Having one's own website DOES make it easy to control that part of the dialogue. His attacks against others take place in this manner too. We should all be cautious to fully research anyone we contact online about entering into a business arrangement. A fragile ego and bullying behaviors when coupled with disregard for the truth and attempts at self-promotion may not be what you really want. Do your homework.

**Respond to this report!** | File a Rebuttal | 

\# REBUTTAL Individual responds

## Chris Mark Paris of Oxebridge

**AUTHOR:** Mark Smith - (USA)

SUBMITTED: Thursday, December 22, 2016

This made my Christmas! Chris Paris is a piece of garbage. It's so funny to read the scum is bankrupt! No suprise though, I seen him speak at an ASQ meeting in Alabama a few months ago and he is a complete fraud! Now that he filed bankrupty it goes to show you he's a FRAUD!! Happy Holidays Chris! LOL!

**Respond to this report!** | File a Rebuttal | 

---

**Featured Ripoff Reports (reports/featured-reports)**

 downloadinstant.com MinuteDownload.com Microsoft Office rip off Washington District of Columbia (/reports/downloadinstantcom/washington-district-of-columbia-20008/downloadinstantcom-minutedownload-com-microsoft-office-rip-off-washington-district-of-col-1415096)

 Online Payment to New York and Wisconsin Thieves WILO RENE AND MARK JOHNSON MARK JOHNSON WILO RENE AND Fake Drugs Manufacturers and Suppliers in New... (/reports/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson/appleton-wisconsin-54915/online-payment-to-new-york-and-wisconsin-thieves-wilo-rene-and-mark-johnson-mark-johnson-1415089)

 ShopBitmain.Market Never Shipped 3 Antminer S9 for Bitcoin Mining Order. Phone Out of Service. Emails go Unanswered. Can not log into back office Hung... (/reports/shopbitmainmarket/hung-hom-kowloon-city/shopbitmainmarket-never-shipped-3-antminer-s9-for-bitcoin-mining-order-phone-out-of-ser-1415041)

 Technologybillionaires.com, Derrick Walker Silicon Coast 2017 siliconcoast2017.com secure.siliconcoast.events/event/Silicon-Coast-2017Derrick Walker... (/reports/technologybillionairescom-derrick-walker/irvine-california/technologybillionairescom-derrick-walker-silicon-coast-2017-siliconcoast2017com-secure-1408958)

Facebook.com Mark Zuckerberg Founder, Chairman and CEO, Facebook Marc Andreessen Co-founder and General Partner, Andreessen Horowitz Susan... (/reports/facebookcom/menlo-park-california-94025/facebookcom-mark-zuckerberg-founder-chairman-and-ceo-facebook-marc-andreessen-1415003)

Fun Bike Store Tjey took out 159.00 out of my checking and never got product or email confirmation. Tried to get hold of the Co. with no luck cant believe... (/reports/fun-bike-store/nationwide/fun-bike-store-tjey-took-out-15900-out-of-my-checking-and-never-got-product-or-email-con-1414968)

 NLOP National League of Poker Cafrino I do not have the $75.00 I won or answers why I do not have $75.00 I won. Costa Mesa California (/reports/nlop/costa-mesa-california-92626/nlop-national-league-of-poker-cafrino-i-do-not-have-the-7500-i-won-or-answers-why-i-1414961)

 Wetter Solutions Hd Cameras USA Roger DP Enterprises, INc Paid For One Thing, Was Provided Something Else Orlando Florida (/reports/wetter-solutions/orlando-florida-32826/wetter-solutions-hd-cameras-usaroger-dp-enterprises-inc-paid-for-one-thing-was-provid-1414939)

Michael P. Goldowsky Gold Medical Technologies, Inc. GMT Heart, Inc. Gold Medical Technologies Heart, Inc. Perpetrated a pre-meditated fraud in order... (/reports/michael-p-goldowsky/myrtle-beach-south-carolina-29579/michael-p-goldowsky-gold-medical-technologies-incgmt-heart-incgold-medical-techno-1414851)

 Ellys World Ripped me off Internet (/reports/ellys-world/internet/ellys-world-ripped-me-off-internet-1414901)

 I Love Jewelry I Love Jewelry Auctions Shop I Love Jewelry Facebook's #1 Online Site I Love Jewelry AuctionsShop I Love JewelryFacebook's #1... (/reports/i-love-jewelry/florida/i-love-jewelry-i-love-jewelry-auctionsshop-i-love-jewelryfacebooks-1-online-site-i-1414899)

 Sale Guru They failed to provide product and/or return money Internet (/reports/sale-guru/internet/sale-guru-they-failed-to-provide-product-andor-return-money-internet-1414871)

 Michael P Hicks Mike Hicks Took a substantial deposit of 4k for roofing work and did not complete the work and did not provide a refund Matawan New J... (/reports/michael-p-hicks/matawan-new-jersey-07747/michael-p-hicks-mike-hicks-took-a-substantial-deposit-of-4k-for-roofing-work-and-did-not-1414825)

∧



Repair your reputation the right way
**Corporate Advocacy Program** (corporate-advocacy-program/change-report-from-negative-to-positive) ? (corporate-advocacy-program/change-report-from-negative-to-positive)

Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (http://www .ripoffreport.com/file/comment/1368478) ?

File New Report (file-report) ?



The former President of the fake news website Oxebridge.com, believed to have fled Florida after numerous complaints against her company Oxebridge Quality Resources, has been found in Robbinsville, North Carolina. Susan Hicks, formerly Susan J. Paris, the ex-wife of Christopher Paris (http://osteinfo.com,http://osteinfo.com.au), the current President/Company Officer of Florida-based Oxebridge Quality Resources, served in leadership roles of the company for several years before fleeing out of state to North Carolina.

Oxebridge Quality Resources is being investigated for engaging in numerous defamation charges, character assassination campaigns against

12/5/2018 Ripoff Report | Susan Hicks Complaint Review Internet Internet: 04...

Case 8:19-cv-00423-WFJ-SPF Document 4-2 Filed 02/19/19 Page 147 of 171 PageID 420

business owners, publishing racially-motivated material against Jews and other minorities, as well as copyright violations, and most recently publishing fake news to harm business competitors involved in ISO certification. [continued below]...

**R**eport Attachments:

(1024x768/docs/r1368478-7dskmc-



ris Paris        Susan Hicks

upjwyzbxig.png)

.....

It is not yet known if Mrs. Hicks was aware of her ex-husband's activities. However, as the President of the company during the time Oxebridge Quality Resources is being accused of these activities, she is responsible along with her ex-husband for publishing fake news, slander, defamation, and copyright infringement. In the summer of last year, Oxebridge.com
fled to numerous web hosts after receiving dozens of complaints against for stealing copyrighted material.

Chris Paris (aka Christoper Erwin) the founder and current owner of Oxebridge Quality    Resources filed for Chapter 7 Bankruptcy with Susan Hicks to wipe out a $600,000 debt owed to creditors. He currently utilizes Oxebridge.com and his linkedin account to continue his character assassination campaigns against his business competitors. Anybody that does a quick Google search for the word "Oxebridge" can find dozens of complaints against the company and its owner Christoper Mark Paris.

Susan Hicks (https://www.meetup.com/Robbinsville-Meditation-Meetup/members/146176022 (https://www .meetup.com/Robbinsville-Meditation-Meetup/members/146176022))was  born in 1973. Susan currently lives in Robbinsville. Before that, she lived in Winter Haven, FL from 2000 to 2012. Ms. Hicks attended Gainesville High School in Gainesville,
FL and graduated class of 1991.

This Ripoff Report was posted to inform all of those under attack by Chris Paris to be informed that his ex-wife, a former Officer of Oxebridge Quality Resources International, and possibly a profiteer of the Oxebride scheme, should also be held responsible for his activities since she served as President of Oxebridge during much of the company's fake news attacks on innocent, law abiding business people, Jews, Veterans and others that have been defamed by Christpoher Mark Paris in effort to promote himself.

## Is this **R**ipo**ff R**eport About you?

**R**ipo**ff R**eport A business' first line of defense on the **I**nternet**.**

If your business is willing to make a commitment to customer satisfaction Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)

Does your business have a bad reputation? Fix it the right way. **Corporate Advocacy Program™**    (corporateadvocacyprogram/whycorporateadvocacy)

Set the record straight: Arbitration Program (/arbitration)

SEO Reputation Management at its best! (/reputation)

This report was posted on Ripoff Report http://www .ripoffreport.com) on 04/19/2017 08:03 AM and is a permanent record located here: http://www.ripoffreport.com/reports/susan-hicks/winter-haven-florida-33881/oxebridge-resources-president-susan-hicks-susan-paris-susan-ean-hicks-susan-jparis-r-1368478 /reports/susan-hicks/winter-haven-florida-33881/oxebridge-resources-president-susan-hicks-susan-paris-susan-ean-hicks-susan-jparis-r-1368478) . The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www .edmagedson.com/did-you-know/)

Click Here to read other Ripoff Reports on Susan Hicks (reports/specific_search/SusanHicks)

**S**earch **f**or additional reports
**I**f you would like to see more **R**ep**o**rts on this company/individual, search here:

Susan Hicks

Search

## FundRazr

☰

View as **Owner** | Public ⚙

Christopher, this is your campaign admin panel. Tell me more · Where's my campaign?

**Messages (7)** ▾   Tools ▾

| | |
|---|---|
| 👤 Our coaches will help you | 📌 · ☐ |
| 📋 Like this milestone: We have 25 contributors! | ☐ |
| ⚠ Your campaign needs you! | ☐ |
| ⚠ Add a video for your campaign | ☐ |
| 📋 Ask friends & family first | ☐ |

Show more





Oxebridge ISO Standar ds Users Legal Defense Fund

$4,005
Raised

30
Contributors

2
Years running

**Contribute**

by **Oxebridge Quality Resources International LLC**
Organization campaign · *Keep it all* · Tampa, FL, US

Oxebridge is a leading defender of the rights of ISO standards users. Help us fight back, in court, against the ISO incumbents,

including certification bodies, standards publishers, consultants and corrupt self-accredited certificate mill operators.

| f Share | 🐦 Tweet | in Share | ✉ Email | 🔗 Link | ＋ More |

Like  4    ✔ Following

**Story**   **Updates**   **Activity**

Write a comment …

☑ Post to Facebook

Quality in Action Inc  contributed $20
Mar 2

Go get 'em Christopher!

👍 Like    💬 Comment    💳 Contribute    ➦ Share    🗑 Delete    ♡ Send thanks

Prince Dakkar
Feb 15

This Fundrazr page is not honest with prospective donors. To begin: "Multiple sites have opened up defaming Oxebridge and supporters of its industry-wide reform efforts. They accuse innocent people of crimes..."

A Google search on the site: oxebridge.com and "jail", "crime", "criminal" and "felony" reveal that Oxebridge is the one that does this. Chris Paris and Oxebridge also accuse people and organizations of doing or being accomplices of crimes such as (1) vandalizing Paris' home, (2) hacking their website, and (3) filing false reports with the Justice Department to get Paris investigated. False accusations of crimes are defamatory.

He was sued for disrupting a professional conference by driving away speakers and also trying to get one of the organizers out of his job. Here's the link, start on line 33.

 PLAINSITE

Read this on plainsite.org >

Outcome at

 PLAINSITE

Read this on plainsite.org >

👍 Like · 💬 Comment · 🖼 Contribute · ➡ Share · 🗑 Delete

👤 **Prince Dakkar** · Mar 5

The DICWP Claim

"Oxebridge has begun the process to secure protection under US Federal Whistleblower Protection laws, and more specifically those administered by the US. Dept of Defense (DoD) under the Defense Intelligence Community Whistleblower Protection

(DICWP). Oxebridge is under increased harassment, ..." and Oxebridge Twitter: '#Oxebridge secures whisteblower protections ..."

http://www.dodhotline.dodig.mi... DICWP protects Federal employees from retaliation by Federal employers. Chris Paris is not a Federal employee.

👍 Like · 🗑 Delete

**Prince Dakkar** · Mar 7

The Vandalism Claim

Chris Paris told you (Oxebridge Report) his home was vandalized. Said elsewhere house was vandalized 4 times. Winter Haven police and Polk Co. Sheriff have no vandal complaints from him on file. You can verify yourself.

👍 Like · 🗑 Delete

**Prince Dakkar** · Mar 7

The Computer Hacking Claim (2015)
http://www.archive.org/downloa... line 13
http://www.archive.org/downloa... Exhibit H and L (corrected--should have been Document 122-1, not 123-1)

Evidence also that May 2017 hack was fabricated to blame others and ask for money. Two people could access the Oxberbridge web pages while the site was reportedly down and Paris subsequently told dubious stories about the incident. If site was hacked, why could people access home page that said it was hacked?

👍 Like · 🗑 Delete

Write a comment ...

**Rick Pepper** contributed $125

Jan 12

Keep it up, Chris.

👍 Like   💬 Comment   📷 Contribute   ➤ Share   🗑 Delete   ♡ Send thanks

Anonymous contributed $50

Jan 2

👍 Like   💬 Comment   📷 Contribute   ➤ Share   ♡ Send thanks

**Prince Dakkar**

Jan 1

Why Oxbridge REALLY needs money for lawyers:

 PLAINSITE

**Read this on plainsite.org >**

starting on line 33, and see especially line 38. Damaging other people's professional conferences and trying to get their employers to sack them. The latter Chris Paris has done to many people, doing it even now. This lawsuit was not rejected as junk, as Oxbridge claims, but for "lack of personal jurisdiction."

PLAINSITE

Read this on plainsite.org >

Also accuses quality forum (2015, 2017) and others (2017) of sabotaging the Oxebridge Web site.





line 13 and


ARCHIVE



line 16 suggest fabrication in 2015. Oxebridge Twitter follower says he accessed site with no trouble during May 2017 "attack."

👍 Like · 💬 Comment · 📷 Contribute · ➤ Share · 🗑 Delete

**Kamal Haddad** contributed $10
Sep 16, 2017

Good Luck

👍 Like · 💬 Comment · 📷 Contribute · ➤ Share · 🗑 Delete · ♡ Send thanks

**Gordon Nelson** contributed $50
Sep 8, 2017

👍 Like · 💬 Comment · 📷 Contribute · ➤ Share · ♡ Send thanks

**rick@ammetal.com** contributed $1,000
Aug 14, 2017

Keep up the fight!

👍 Like · 💬 Comment · 📷 Contribute · ➤ Share · 🗑 Delete · ♡ Send thanks



Anonymous contributed
Jun 24, 2017

👍 Like · 💬 Comment · 🖾 Contribute · ➦ Share · ✏ Edit

Anonymous contributed
May 31, 2017

Best of luck

👍 Like · 💬 Comment · 🖾 Contribute · ➦ Share · 🗑 Delete · 🤍 Send thanks

Anonymous contributed
May 31, 2017

👍 Like · 💬 Comment · 🖾 Contribute · ➦ Share · 🤍 Send thanks

MB  Margarethe B. contributed $200
May 26, 2017

Hoping the U.S.A. court will do justice! Good Luck !

👍 Like · 💬 Comment · 🖾 Contribute · ➦ Share · 🗑 Delete · 🤍 Send thanks



**Josef Slany** contributed $20

May 24, 2017

Good Luck!

👍 Like · 💬 Comment · 🖼 Contribute · ➤ Share · 🗑 Delete · ♡ Send thanks

Anonymous contributed

May 24, 2017

I wish you success at the courts. Identify the root cause for the persecution and pursue the corrective action accordingly.

👍 Like · 💬 Comment · 🖼 Contribute · ➤ Share · 🗑 Delete · ♡ Send thanks

Anonymous contributed $100

May 23, 2017

👍 Like · 💬 Comment · 🖼 Contribute · ➤ Share · ♡ Send thanks

**David Sanchez** contributed $10

May 19, 2017

Your a good man Chris. wish I can give more!!!

👍 Like · 💬 Comment · 🖼 Contribute · ➤ Share · 🗑 Delete · ♡ Send thanks



Anonymous contributed
May 16, 2017

don't let the bastards grind you down

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · 🗑 Delete · ♡ Send thanks

Anonymous contributed
May 16, 2017

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · ♡ Send thanks

Christine Sigler contributed
May 15, 2017

you are amazing.

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · 🗑 Delete · ♡ Send thanks

Anonymous contributed
May 13, 2017

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · ♡ Send thanks



Anonymous contributed $100
May 12, 2017

Hang in there!

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · 🗑 Delete · 🤍 Send thanks

Anonymous contributed
May 12, 2017

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · 🤍 Send thanks

DW   Donald Wood contributed $10
May 12, 2017

Keep it up, Chris!

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · 🗑 Delete · 🤍 Send thanks

Mary Winch contributed $100
May 11, 2017

I will share the threatening voice mails left by the racist supported by ISO promoter organizations as yet unnamed - but not for long.

👍 Like · 💬 Comment · 📷 Contribute · ➡ Share · 🗑 Delete · 🤍 Send thanks

**Rick Pepper** contributed $200

Aug 17, 2016

👍 Like · 💬 Comment · 💳 Contribute · ➡ Share · 🤍 Send thanks

Show more



## People just like you

People just like you have raised $119,000,000+ for causes they and their friends care about.

Start your own campaign

## Fund anything

Personal Fundraising

Nonprofit Crowdfunding

Business and CSR

Sports Fundraising

School Fundraising

I want to donate

## Learn more

Platform Tour

Success Stories

Pricing and Fees

FAQ

Blog

Support

## Company info

About FundRazr

Contact Us

Countries and Currencies

Media Coverage

Press Kit

## Partners

PayPal

Chase-WePay

Facebook Fundraising

Partner Sign Up

Request a Demo

Follow us!

     

Like | Bare | Mary Winch and 126K others like this.



Contact this campaign     Support     Terms of service     Privacy policy

Copyright ©2009-2018 ConnectionPoint Systems Inc. (CPSI) · FundRazr™ and the FundRazr™ logo are trademarks of CPSI.

3/23/2019    Illegal File Sharing? Don't Be That Guy! | LinkedIn

Case 8:19-cv-00423-WFJ-SPF    Document 4-2    Filed 02/19/19    Page 166 of 171 PageID 439



The current page could have changed in the meantime. Learn more

Full version    Text-only version    View source                Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Sign in    Join now

# Illegal File Sharing? Don't Be That Guy!

Published on March 14, 2017



**William Levinson** | Follow
Principal Consultant at Levinson Productivity Systems

It is quite frankly astounding that these issues should even have to be discussed among mature quality management professionals, noting that almost all college students get explicit warnings against illegal file sharing (generally related to movies and music). I saw, however, several posts in the LinkedIn ISO 9001 group that reference a CORPORATE Web site that disparages ISO's digital rights license terms as "ridiculous," and adds "Yay, cloud" as a recommendation for the site's visitors to share electronic ISO standards that are licensed for single users.

https://www.iso.org/terms-conditions-licence-agreement.html. Electronic-copies for ISO's licensing terms.

DON'T . E THAT **G**UY. Intellectual property theft is cause for dismissal from any job because no employer wants to be held accountable for tens of thousands of dollars (if not more) in damages for copyright infringement. Anybody who acts on this Web site's advice can also be sued personally or even prosecuted criminally as warned by the notice on every movie DVD we buy in stores. Any sharing must be in accordance with the terms of the license.

As but one example of the possible consequences for acting on "Yay, cloud," http://abcnews.go.com/Business/story?id=8226751 **"Ju**rors ordered Tenenbaum to pay **$22,5**00 for each incident of copyright infringement**,** effectively finding that his actions were willful.**"** This related to illegal sharing of music, but the same could easily apply to anybody who illegally shares electronic ISO standards on a company server or in the cloud. Acting on "Yay, cloud" could indeed provide proof of willfulness, which increases the possible civil penalties.

The same corporate Web site advertises an AS9100 training event that encourages attendees to bring their families, stay on the weekend after the training event, and write the entire trip off as a business expense. This company is again advising its prospective customers to do something that can get them into very serious trouble. I would encourage people very strongly to seek reputable and internationally recognized alternatives, of which many are available.

3/23/2019 Illegal File Sharing? Don't Be That Guy | LinkedIn

Case 8:19-cv-00423-WFJ-SPF   Document 4-2   Filed 02/19/19   Page 167 of 171 PageID 440



**William Levinson**
Principal Consultant at Levinson Productivity Systems
3 articles

Sign in   Join now

Follow

---

## Looking for more of the latest headlines on LinkedIn?

Discover more stories

Sign up | Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | SlideShare | Online Learning

LinkedIn Updates | LinkedIn Influencers | Search Jobs | Directories | Members | Jobs | Pulse | Topics | Companies | Groups | Universities | Titles | ProFinder

© 2017 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe



Website Monitoring        Website Firewall        Website Backups

Support 

Product Support | FAQ



---

Site down - error 502
Closed

Ticket ID: 14954770172804

---

**You**                                                    22 May 2017
Site: oxebridge.com (Firewall active)
Site hosting IP: 185.145.128.190

 My site at Oxebridge.com website is down and reporting the following:

Error Code: HTTP 502
Error Message: Backend or gateway connection timeout.
Origin server might be down
Sucuri Network blocked by Origin Firewall

I use Sucuri for my wordpress installation.

I'm not sure if the site is intermittent or fully down. I have opened a ticket
with my host as well, just in case.

Please advise, and thanks.

---

Ticket has been moved to the Website Firewall Support department

**Ponti D.**                                              22 May 2017

Thanks, I am requesting a copy of that email. I'm also reinitiating the firewall.
We were waiting for the site to finalize on the new host. I will also look into
the 2FA protection, thanks.

This whole thing has been very troubling.

**Jarret C.**                                                          26 May 2017

Alright, sounds good. If you have any other questions or issues in the future
please let us know.

Ticket already closed. Please open a new ticket if you're still experiencing issues.

Questions? **Ask Support**          |          

© 2018 Sucuri Inc. All rights reserved.      Terms      Privacy

This is Google's cache of https://elsmar.com/level2/accolades.html. It is a snapshot of the page as it appeared on Dec 15, 2018 16:02:22 GMT. The current page could have changed in the meantime. Learn more

Full version   Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.



Search

## Accolades

**Many People Tell Me How They Feel About the Elsmar Cove and my work.
Don't think I don't appreciate the kind comments!
My Sincere Thanks To Everyone!**



**It is hard to express my thanks to every individual soul at Motorola de Mexico in Guadalajara.
They are undoubtedly some of the finest folks I have every worked with!
I will always remember with fondness their friendship. And the Tequila Factory!
A special thanks to Gerry Keller and Carlos Rodriguez.**

**And to all of the Guadalajara employees - you were all wonderful!**





December 13, 2000

Mr. Marc T. Smith
Cayman Systems
8566 Loudonville West Chester Road
West Chester, OH 45069

Dear Marc:

What a thrill! It has been a grueling six months but, with your expertise and guidance, Federal Warranty is now going to be ISO 9002 certified. We even endured a tough, play it by the book, Registrar who even had the RAB auditor looking over his shoulder!

I just wanted to extend my personal thanks for being so patient during our efforts to learn and apply the ISO standards to our servicing organization. It was a pleasure to work with you throughout this entire project during which you provided your wealth of knowledge, and a lot of coaching to help us succeed.

In recognition of passing our registration on the first attempt, Assurant and Federal Warranty senior management have identified the core team members who contributed to the success of this major quality project. I sincerely want one of these key members and, therefore, have enclosed a personal plaque for you which acknowledges how much we appreciated your contribution to reaching this important accomplishment for our company.

I wish you all the best in your ISO consulting endeavors and feel free to use me in the future for any professional and personal references.

Sincerely,

Martin F. Berk, AIS
Process Improvement Manager

Enclosure

This is Google's cache of https://elsmar.com/level2/la_cert.html. It is a snapshot of the page as it appeared on Dec 11, 2018 21:53:29 GMT. The current page could have changed in the meantime. Learn more



Search

## QMS Card & Training Certificates









The Elsmar Cove