AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, a Pennsylvania Corporation, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. CASE # 8:19-cv-00423 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WILLIAM LEVINSON
6 Lexington Court Wilkes Barre
Luzerne PA 18702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shrayer Law Firm, LLC.
Glen H. Shrayer, Esq.
912 South Andrews Avenue,
Fort Lauderdale, FL 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT 

Date: Feb 20, 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, a Pennsylvania Corporation, et al. <br><br> *Defendant(s)* | Civil Action No. CASE # 8:19-cv-00423 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEVINSON PRODUCTIVITY SYSTEMS, P.C.
6 Lexington Court Wilkes Barre
Luzerne PA 18702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shrayer Law Firm, LLC.
Glen H. Shrayer, Esq.
912 South Andrews Avenue,
Fort Lauderdale, FL 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT 

Date: **Feb 20, 2019**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, a Pennsylvania Corporation, et al. <br> *Defendant(s)* | Civil Action No. CASE # 8:19-cv-00423 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Marc Smith
8466 Lesourdsville-West Chester Road
West Chester OH 45069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shrayer Law Firm, LLC.
Glen H. Shrayer, Esq.
912 South Andrews Avenue,
Fort Lauderdale, FL 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



*KatieMeyer*

Date: **Feb 20, 2019**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, a Pennsylvania Corporation, et al. <br><br> *Defendant(s)* | Civil Action No. CASE # 8:19-cv-00423 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daryl Guberman
1538 West Broad Street
Stratford CT 06615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shrayer Law Firm, LLC.
Glen H. Shrayer, Esq.
912 South Andrews Avenue,
Fort Lauderdale, FL 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*KatieMeyer*

Date: **Feb 20, 2019**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, a Pennsylvania Corporation, et al. <br> *Defendant(s)* | Civil Action No. CASE # 8:19-cv-00423 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GUBERMAN-PMC, LLC
1538 WEST BROAD ST,
STRATFORD, CT, 06615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shrayer Law Firm, LLC.
Glen H. Shrayer, Esq.
912 South Andrews Avenue,
Fort Lauderdale, FL 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   *KatieMeyer*

Date: __Feb 20, 2019__   _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, a Pennsylvania Corporation, et al. <br><br> *Defendant(s)* | Civil Action No. CASE # 8:19-cv-00423 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DONALD LABELLE
44 Howarth Rd.
OXFORD, MA 01540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Glen Shrayer, Esq.
912 South Andrews Avenue,
Fort Lauderdale, FL 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*KatieMeyer*

Date: **Feb 20, 2019**

_____
*Signature of Clerk or Deputy Clerk*