FILED

# CASE #: 8:19-cv-00423

2019 APR -4 PM 4: 05

| PETITIONER:<br>CHRISTOPHER MARK PARIS, and<br>OXEBRIDGE QUALITY RESOURCES<br>INTERNATIONAL, LLC | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA |
|---|---|
| DEFENDANT:<br><br>WILLIAM LEVINSON,<br>LEVINSON PRODUCTIVITY SYSTEM, PC<br>a Pennsylvania Corporation. | JUDICIAL DISTRICT:<br><br>United States Courthouse and Federal Building<br>2110 First Street, Room 2-194<br>Fort Myers, FL 33901 |

## SUMMONS IN CIVIL ACTION
### RESPONSE FROM:
Daryl Guberman
Guberman-PMC, LLC
1538 West Broad Street
Stratford, CT 06615

I, Daryl Guberman, President of Guberman-PMC, LLC which has been named in a lawsuit filed against defendant William Levinson is hereby providing the courts with my response. Please note the Petitioner (Christopher Mark Paris) sent me the alleged "SUMMONS IN CIVIL ACTION" which may have been unlawfully produced and/or served by the Petitioner using a photocopy of the Clerk's signature stamp. For the court's records, I have included a copy of the "Summons" served to me by the Petitioner and/or his attorney along with a copy of the complaint which consists of hundreds of pages. Also attached is the first "Summons" sent to me by the Petitioner regarding the same lawsuit. The first "Summons" was improperly served because it lacked a complaint and Clerk signature and Clerk Seal as required per Federal Rules of Civil Procedure › TITLE II. COMMENCING AN ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS › Rule 4. Summons.

## MOTION TO DISMISS WITH PREJUDICE

I, Daryl Guberman, hereby move the Court to dismiss the Petitioner's complaint on the following grounds:

1. The complaint I received from the Plaintiff (Petitioner) Christopher Mark Paris contains hundreds of pages of unnecessary information unrelated to me. For the record, I have provided the courts with a copy of the lengthy complaint, including hundreds of additional pages indicated as "Exhibits" I received from the plaintiff. These "Exhibits" includes copies of emails, letters,

reports, charts, websites and other material unrelated to me. I move to dismiss as prolix and against the rules for a short plain statement of the claim.

2. The complaint contains allegations regarding several defendants unknown to me. Therefore, it is impossible for me to answer allegations made about multiple defendants in multiples states representing multiple companies in which I have no business or professional relationship. I motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1).

3. In attempt to gain jurisdiction over me, the Petitioner is falsely claiming I "illegally" recorded a conversation of him. I deny all allegations of illegally recording the plaintiff at any time as per 18 U.S.C. 2511(2)(d).

4. In attempt to gain jurisdiction over me, the Petitioner is falsely claiming a number of Florida businesses as my clients. I deny such claims. The Florida businesses alleged to be my clients in the complaint are unknown to me, and I have no property in Florida or business operations. I motion to dismiss for lack of jurisdiction.

5. The Plaintiff is falsely claiming I posted defamatory content about him on my websites and/or third-party entities online. I deny such claims. I've never posted or said anything that was untruthful about the Plaintiff or would be considered defamatory and/or libel. I deny all claims in the complaint of publishing, posting or sharing any defamatory or libel material about the Plaintiff.

6. The Plaintiff is falsely claiming I harassed his Florida clients. To the best of my knowledge, I do not believe the Plaintiff has any clients. I deny all claims of harassing his alleged clients.

7. All allegations made by the Petitioner in his complaint are denied. I Motion to Dismiss with Prejudice.

## MOTION TO SEAL ALL DOCUMENTS

The Petitioner (Christopher Mark Paris) has been on a smear campaign against me and my business Guberman-PMC, LLC for over 7 years in which he writes and posts defamatory information on his website Oxebridge.com and on social media (Twitter) about me and my business and business associates. Enclosed is information providing the courts substantial information showing years of the Plaintiff's activities as evidence of his ongoing smear campaign against me. Therefore, I have reason to believe he will use this frivolous lawsuit as a means to harm my good name and the solid reputation of my company. In addition to my motion to dismiss with prejudice, I motion to seal all documents in this case.

| Signature: Daryl Guberman | 4/1/2019 |
|---|---|
|  | Date |

| NAYAN PARIKH<br>NOTARY PUBLIC<br>My Comm. Exp. Sept. 30, 2020 | 4/1/2019 |
|---|---|
| NOTARY Signature | Date |