**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CHRISTOPHER PARIS and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC,

    Plaintiffs,

v.                                              CASE NO.  8:19-cv-423-T-02SPF

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY SYSTEM, PC,
MARC TIMOTHY SMITH,
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, DARYL GUBERMAN,
and DONALD LABELLE,

    Defendants.
_____/

## **O R D E R**

Defendant Guberman PMC is put on notice that as a corporate entity it cannot proceed *pro se* but must be represented by counsel authorized to practice before this Court.  *See* Local Rule 2.03(e) (providing that "[a] corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02.").  Accordingly, Defendant's *pro se* Motion to Dismiss and Motion to Seal at docket 8 is stricken as to the corporate Defendant only.  It remains pending as to Defendant Daryl Guberman.  The corporate

Defendant shall obtain counsel and said counsel shall file a notice of appearance and response to the complaint within sixty (60) days, failing which the corporate Defendant may be subject to a default upon appropriate motion.

**DONE AND ORDERED** at Tampa, Florida, on April 4, 2019.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Defendant Guberman-PMC