**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTOPHER MARK PARIS, and,
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

    Plaintiffs,   Case No. 8:19-cv-00423

vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an individual, DONAL LABELLE, an
individual

    Defendants.
_____

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I HEREBY DISCLOSE the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case.

   **William Levinson as owner of Levinson Productivity System, P.C.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings;

   **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors in bankruptcy cases:

   **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None.**

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the Florida Middle District CM/ECF filing portal to Glen H. Shrayer, Esq., ghs@shrayerlaw.com Shrayer Law Firm, LLC, 912 South Andrews Avenue, Fort Lauderdale, FL 33316 on this 10th day of April, 2019.

BAUMANN, GANT & KEELEY, P.A.
Attorneys for Defendant,
*William Levinson*
1000 N. Ashley Drive, Suite 270
Tampa, FL  33602
(813) 252-5353 phone
(813) 252-6097 fax

BY:   /s/ *Amara B. Rodriguez*
MATTHEW D. MILLER
FLA BAR NO.: 177547
AMARA B. RODRIGUEZ
FLA BAR NO.: 1011232