**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTOPHER MARK PARIS, and,
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

       Plaintiffs,                                 Case No. 8:19-cv-00423

vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
 GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an individual, DONAL LABELLE, an
individual

       Defendants.
_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

       In accordance with Local Rule 1.04(d), I certify that the instant action:


___X___       IS       related to pending or closed civil or criminal case(s) previously
                              Filed in this Court, or any other Federal or State Court, or administrative
                              agency as indicated below:

_____

_____

_____

_____


___X___  IS NOT      related to any pending or closed civil or criminal case filed with this Court
                              or any other Federal or State Court, or administrative agency.

*Certificate of Service to Follow on Next Page*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the Florida Middle District CM/ECF filing portal to Glen H. Shrayer, Esq., ghs@shrayerlaw.com Shrayer Law Firm, LLC, 912 South Andrews Avenue, Fort Lauderdale, FL 33316 on this 10th day of April, 2019.

BAUMANN, GANT & KEELEY, P.A.
Attorneys for Defendant,
*William Levinson*
1000 N. Ashley Drive, Suite 270
Tampa, FL  33602
(813) 252-5353 phone
(813) 252-6097 fax

BY:   /s/ *Amara B. Rodriguez*
MATTHEW D. MILLER
FLA BAR NO.: 177547
AMARA B. RODRIGUEZ
FLA BAR NO.: 1011232