7016 1370 0002 4079 3727

**Marc Smith - C/O Lien Holder**
**8466 Lesourdsville West Chester Road**
**West Chester, Ohio 45069-1929**

 

1000          33602

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND HEIGHTS, KY
41076
APR 09, 19
AMOUNT

**$5.10**

R2305M148292-10

SCREENED
By USMS

Case: M.D.Fla._8_19-cv-00423-WFJ-SPF

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Office of the Clerk
Sam M. Gibbons
U.S. Courthouse

801 North Florida Avenue
Tampa, Florida 33602

# First Class Mail
# First Class Mail

Documents enclosed:

1 Motion to Dismiss
2 Notice of Related Cases - Pendency of Other Actions
3 Interested Parties and Coporate Disclosure
4 Statement of Pro Se Defense
5 Electronic Filing Request
6 Affidavit of Residency and Principal Place of Business