# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

CHRISTOPHER PARIS and OXEBRIDGE
QUALITY RESOURCES INTERNATIONAL,
LLC,

    Plaintiffs,

v.                                                                          Case No: 8:19-cv-423-T-02SPF

WILLIAM LEVINSON, LEVINSON
PRODUCTIVITY SYSTEMS, P.C., MARC
TIMOTHY SMITH, GUBERMAN PMC, LLC,
DARYL GUBERMAN and DONALD
LABELLLE,

    Defendants.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**X**    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    *Case number: 8:15-cv-00011-T-17TBM*
    *Federal Court, Middle District of Florida, Tampa Division*

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

*Marc Smith (Pro Se), C/O Lien Holder, 8466 Lesourdsville West Chester Road, West Chester, Ohio 45069*
*513 341-6272*

_____
Counsel of Record or *Pro Se* Party
[Address and Telephone]