


IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually.

Plaintiffs,

                              Case Number: M.D.Fla._8_19-cv-00423-WFJ-SPF
                              Case Number: 8:19-cv-423-T-02SPF
                              Judge William F. Jung
                              Magistrate Judge Sean P. Flynn

Vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an Individual, DONALD LABELLE, an Individual



Defendants.

---

SMITH'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT DEFENDANT, MARC SMITH pursuant to Rule 7.1, Federal Rules of Civil Procedure discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case: **None.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **None.**

4. The name of each victim (individual or corporate) of civil conduct alleged to be wrongful, including every person who may be entitled to restitution: **Oxebridge Quality International LLC / Christopher Paris personally.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

> I declare under penalty of perjury that the forgoing is true and correct.
>
> Dated and respectfully submitted by mail using the US Postal Service this 8 day of April, 2019.

Marc Smith (Defendant pro se)

By: *Marc Smith*

C/O Property Manager

8466 Lesourdsville-West Chester Road

West Chester, Ohio 45069-1929

Tel: 513 341-6272

Email: elsmarmarc@icloud.com

I certify that a copy of this MOTION is being furnished by mail on the same date to the clerk of courts in the Middle District of Florida for entry into the case docket where it can be obtained by the Attorney for Plaintiff (Glen H. Shrayer, Esq.) through the Federal Judiciary's Case Management/Electronic Case Files (CM/ECF) system.

*Marc Smith*

Defendant