

IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually.

Plaintiffs,

          Case Number: M.D.Fla._8_19-cv-00423-WFJ-SPF

          Case Number: 8:19-cv-423-T-02SPF

          Judge William F. Jung

          Magistrate Judge Sean P. Flynn

Vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an Individual, DONALD LABELLE, an Individual

Defendants.

---

## I - PRO SE DEFENSE NOTIFICATION

NOTICE OF APPEARANCE

I hereby notify the clerk that I am appearing pro se as the Defendant in this case. You will please enter my appearance of record Pro Se as Defendant in the above styled cause. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the court clerk in writing of my new address.

Further, I certify: All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on this notice.

I declare under penalty of perjury that the forgoing is true and correct.

Dated and respectfully submitted by mail using the US Postal Service this __8__ day of April 2019.

Marc Smith (Defendant pro se)

By: _Marc Smith_

C/O Property Lien Owner

8466 Lesourdsville West Chester Road

West Chester, Ohio 45069-1929

Tel: 513 341-6272

Email: elsmarmarc@icloud.com

I certify that a copy of this MOTION is being furnished by mail on the same date to the clerk of courts in the Middle District of Florida for entry into the case docket where it can be obtained by the Attorney for Plaintiff (Glen H. Shrayer, Esq.) through the Federal Judiciary's Case Management/Electronic Case Files (CM/ECF) system.