## AFFIDAVIT OF RESIDENCY AND PRINCIPAL PLACE OF BUSINESS

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually.

Plaintiffs,

                              Case Number: M.D.Fla._8_19-cv-00423-WFJ-SPF
                              Case Number: 8:19-cv-423-T-02SPF
                              Judge William F. Jung
                              Magistrate Judge Sean P. Flynn

Vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation,
MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation,
DARYL GUBERMAN,
an Individual, DONALD LABELLE, an Individual

Defendants,

Personally appeared before me, the undersigned Marc T Smith and says:

1. I am the person named in the lawsuit styled Case number: M.D.Fla._8_19-cv-00423-WFJ-SPF

2. I am representing myself Pro Se and can be reached at 513 341-6272.

3. I am older than eighteen (18) years of age and a citizen of the United States.

4. I make this Affidavit for the purpose to showing that I my "permanent" address is outside the jurisdiction of the District Court for the Middle District of Florida.

Page 1 of 2

5. I am retired and travel, however never near or in the state of Florida, however I do maintain a residence for tax and related purposes. I have no "Principal Place of Business".

6 I have presented my true and correct Ohio drivers license to the Notary Public signing this below as proof of my residency.

7. I have maintained a residence in Ohio since 1984.

8. I am not a resident in the Middle District of Florida, or any other part of the state of Florida.

9. I do not consent to personal jurisdiction in the Middle District of Florida, or any other part of the state of Florida.

10. I was not in, near or visiting Middle District of Florida, or any other part of the state of Florida at any time material to the Plaintiff's complaint.

11. I declare all of the aforementioned statements to be true under penalty of perjury.

FURTHER AFFIANT SAYEH NAUGHT.

_____
Marc T. Smith

The foregoing Affidavit of Residency was acknowledged before me this ___ day of _____, 2019, by an individual who has produced a current Ohio Driver License.

_____
Notary Public, State of ___Ohio___.

Atorey Salihu
Notary Public
State of Ohio
Commissions Expires July 15,2023

Page 2 of 2