

IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

Name: Marc Timothy Smith

Address: C/O Lien Holder, 8466 Lesourdsville West Chester Road

West Chester, Ohio 45069-1929

Phone: 513 341-6272

Email Address: elsmarmarc@icloud.com

*Pro Se*

                              Case Number: M.D.Fla._8_19-cv-00423-WFJ-SPF

                              Case Number: 8:19-cv-423-T-02SPF

                              Judge William F. Jung

                              Magistrate Judge Sean P. Flynn

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING (PACER SUBMISSION ACCESS)**

OXEBRIDGE QUALITY RESOURCES

INTERNATIONAL, LLC, and

CHRISTOPHER PARIS, individually.



Plaintiffs,

Vs.

WILLIAM LEVINSON,

LEVINSON PRODUCTIVITY

SYSTEM, PC, a Pennsylvania

Corporation,

GUBERMAN PMC, a Connecticut
Corporation,

DARYL GUBERMAN,
an Individual,

DONALD LABELLE, an Individual

MARC TIMOTHY SMITH, individually,
and d/b/a/ CAYMAN BUSINESS SYSTEMS

Pro Se Defendant.

---

Court: Florida Middle District Court
Office: Tampa Office
County: Hillsborough

---

### Case number: M.D.Fla._8_19-cv-00423-WFJ-SPF

As (the Defendant Pro Se) Marc Timothy Smith in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I have been allowed to e-file in Case M.D.Fla._8-15-cv-00011.
3. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
4. I have regular access to the technical requirements necessary to e-file successfully:
    a. A computer with internet access;

b. An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
c. A scanner to convert documents that are only in paper format into electronic files;
d. A printer or copier to create required paper copies such as chambers copies;
e. A word-processing program to create documents; and
f. A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

I declare under penalty of perjury that the forgoing is true and correct.

Dated and respectfully submitted using the US Postal Service Certified Mail this __8__ day of __April__ 2019.

Marc Timothy Smith (Defendant pro se)

By: _Marc Smith_

C/O: Property Lien Holder
8466 Lesourdsville West Chester Road
West Chester, Ohio 45069-1929
Tel: 513 341-6272
Email: elsmarmarc@icloud.com
Date: __8__ day of __April__, 2019