# EXHIBIT "B"

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, and,
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

    Plaintiffs,

vs.

Case No. 8:19-cv-00423

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an individual, DONAL LABELLE, an
individual

    Defendants.

## AFFIDAVIT OF WILLIAM LEVINSON, IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

BEFORE ME personally appeared William Levinson who, after being duly sworn, deposes and says:

1. My name is William Levinson, and I am over the age of 21 years old and otherwise *sui juris*.

2. I have personal knowledge concerning the facts contained in this Affidavit.

3. I am a resident of the State of Pennsylvania and have been so since 1993.

4. I am the President of Levinson Productivity Systems PC and have held that position since December of 2001.

5. I do not own, hold, or possess a license to conduct business in the State of Florida.

6. I do not operate, conduct, engage in, or carry on, a business venture in Florida.

7. I do not operate any facilities, offices, or conduct any of my business within the State of Florida.

8. I have not owned, managed or operated any business within the State of Florida.

9. I do not own, hold, possess, or lease any real estate within the State of Florida.

10. I do not have any contracts with businesses in the State of Florida.

11. I have not maintained any telephone listings within the State of Florida.

12. I have not maintained any bank accounts or business records within the State of Florida.

13. I do not maintain or employ any business agents, sales representatives, or employees within the State of Florida, nor have any of my principals or officers held residency within the State of Florida.

14. I do not, and have not, offered products or services via websites specifically targeting potential customers in Florida.

15. I do not target any advertisements to the State of Florida.

16. I have not performed consulting services for any individual or business in the State of Florida.

17. Since 2007, my physical presence in the State of Florida is limited to three occasions.

18. I was physically present in the State of Florida in 2016 to attend a technical conference as an unpaid speaker.

19. Prior to 2016 I did not know of the existence of Christopher Mark Paris or Oxebridge Quality Resources International, LLC.

20. I was physically present in the State of Florida for two court appearances on behalf of myself and Levinson Productivity Systems PC in the matter 17-CA-003804 in Hillsborough County.

21. Matter 17-CA-003804 in Hillsborough County, Florida is unrelated to, and arises from a separate nucleus of operative fact as, the case at hand.

22. In 2017 I promoted AS9100 training seminars offered in Florida by SAE International, Bureau Veritas, BSI and SAI Global on my website.

23. I did not receive any compensation or endorsements from SAE International, Bureau Veritas, BSI or SAI Global for promoting the seminars these companies hosted in Florida.

24. I do not have any financial interest in, nor am in any way affiliated with, SAE International, Bureau Veritas, BSI or SAI Global.

_____
William Levinson

STATE OF PENNSYLVANIA   )
COUNTY OF Luzerne       )

BEFORE ME, the undersigned authority, William Levinson, personally appeared, who is personally known to me, or who provided proper identification and who, upon being first duly sworn according to law, deposes and says that he executed the foregoing Affidavit and it is true and correct to the best of his knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affix the seal of my office in the County and State last aforementioned this 25th day of March, 2019.

Commonwealth of Pennsylvania · Notary Seal
JOANNE T. SHEETS, Notary Public
Luzerne County
My Commission Expires January 11, 2023
Commission Number 1343650

_____
NOTARY PUBLIC, State of Pennsylvania
Printed Name:
Commission Number:
Commission Expires: