UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER PARIS and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC,

      Plaintiffs,

v.                                                  Case No: 8:19-cv-423-T-02SPF

WILLIAM LEVINSON, LEVINSON
PRODUCTIVITY SYSTEMS, P.C.,
MARC TIMOTHY SMITH, GUBERMAN
PMC, LLC, DARYL GUBERMAN and
DONALD LABELLLE,

      Defendants.
_____/

## **ORDER**

Upon due consideration of Plaintiff Marc Timothy Smith's Motion for Permission for Electronic Case Filing (Pacer Submission Access) (Doc. 19), the Court grants the motion and directs Plaintiff to contact the Clerk's office to schedule any necessary training and obtain a CM/ECF account (login and password). Plaintiff is cautioned that he must comply with the Local Rules of Civil Procedure, and the Administrative Procedures for Electronic Filing. The Court directs Plaintiff to review these rules prior to filing any document on CM/ECF, which are available on the Court's website at https://www.flmd.uscourts.gov/.

1

Plaintiff's permission to file electronically will be rescinded at the conclusion of this case and his password terminated.

**DONE AND ORDERED** at Tampa, Florida, on April 16, 2019.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

**COPIES FURNISHED TO:**
Counsel of Record
Plaintiff, *pro se*