UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC | Case No. 8:19-cv-00423 |
| | Judge William F. Jung |
| | Magistrate Judge Sean P. Flynn |
| Plaintiffs | |
| v. | |
| WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, a Pennsylvania Corporation, MARC TIMOTHY SMITH, individually, and d/b/a CAYMAN BUSINESS SYSTEMS, GUBERMAN PMC, a Connecticut Corporation, DARYL GUBERMAN, an Individual, DONALD LABELLE, an Individual | |
| Defendants | |

_____/

**MOTION FOR EXTENSION OF TIME TO FILE
REPLIES TO MOTIONS TO DISMISS**

COMES NOW the Plaintiffs, Christopher Mark Paris and Oxebridge Quality Resources International, LLC, through undersigned counsel, (collectively herein referred to as "Plaintiffs") and files for a fourteen day motion for an extension of time to file replies to the Motions to Dismiss filed by William Levinson, Marc Timothy Smith, Daryl Guberman, and Donald LaBelle, thus making the responses for Daryl Guberman due on May 2, 2019, Donald Labelle due on May 2, 2019, William Levinson due on May 10, 2019, and Marc Timothy Smith due May 10, 2019. Counsel for William Levinson agrees with extension request, Marc Timothy Smith

1

objects to the request, Daryl Guberman has not articulated a definitive response at the time of this filing, and Donald Labelle was non-responsive to the extension requests.

WHEREFORE, it is hereby requested that the responses to the Motions to Dismiss for Daryl Guberman is now due on May 2, 2019, Donald Labelle is now due on May 2, 2019, William Levinson is now due on May 10, 2019, and Marc Timothy Smith is now due on May 10, 2019.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of this document was electronically filed with the clerk of courts in Middle District of Florida on the 17th day of April 2019.

Respectfully submitted,

Shrayer Law Firm, LLC.
912 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel.   (954) 601-3732
Email: ghs@shrayerlaw.com

**/s/Glen H. Shrayer**

Glen H. Shrayer, Esq.
Fl Bar No. 57253