UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, and,
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

    Plaintiffs,

vs.

Case No. 8:19-cv-00423

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEMS, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an individual, DONALD LABELLE, an
individual

    Defendants.

---

### DEFENDANT, LEVINSON PRODUCTIVITY SYSTEMS, PC' S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I HEREBY DISCLOSE the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case.

    **William Levinson as sole owner of Levinson Productivity Systems, PC.**

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings.

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

**None.**

I HEREBY CERTIFY that except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge or the magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

        Mark Tischhauser, Esq,
        For the Tischhauser Law Group
        Attorneys for Defendant,
        *Levinson Productivity Systems, PC*
        6301 Memorial Hwy
        Suite 203
        Tampa, FL  33615
        (813) 243-9233 phone
        (813) 24-9234 fax
        E-mail: Service@tischhauserlaw.com

BY:   */s/ Mark Tischhauser*
           Mark Tischhauser, Esq.
           FLA BAR NO.: 870676

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 18th day of April, 2019, a true and correct copy of the foregoing was served via electronic mail pursuant to Florida Rule of Judicial Administration 2.516 using Florida Court's E-Filing Portal, or by U.S. Mail for those parties not subject to e-mail or electronic service to: **Glen H. Shrayer, Esq.**, Shrayer Law Firm, LLC, *Counsel for Plaintiffs,* ghs@shrayerlaw.com; and **Matthew D. Miller, Esq.** at mmiller@baumanlegal.com **and Amara B. Rodriguez, Esq.** Bauman, Gant, Keeley, P.A.; **Marc Timothy Smith**, 8466 Lesourdesville West Chester Road, West Chester, OH, 45069-1929; **Daryl Guberman**, 1538 West Broad Street, Stratford, CT 06615, and **Donald LaBelle**, 44 Howarth Road, Oxford, MA 01540.

        Mark Tischhauser, Esq,
        For the Tischhauser Law Group
        Attorneys for Defendant,
        *William Levinson*
        6301 Memorial Hwy
        Suite 203
        Tampa, FL 33615
        (813) 243-9233 phone
        (813) 24-9234 fax
        E-mail: Service@tischhauserlaw.com

BY:   */s/ Mark Tischhauser*
        Mark Tischhauser, Esq.
        FLA BAR NO.: 870676