# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHRISTOPHER MARK PARIS, and,
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

       Plaintiffs,

vs.

Case No. 8:19-cv-00423

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEMS, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an individual, DONALD LABELLE, an
individual

       Defendants.

---

## DEFENDANT, LEVINSON PRODUCTIVITY SYSTEMS, PC' S, NOTICE OF PENDENCY OF OTHER ACTIONS

IN ACCORDANCE WITH, Local Rule 1.04(d), I certify that the instant action:


___ **IS** related to a pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

_____

_____

_X_ **IS NOT** related to a pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 18th day of April, 2019, a true and correct copy of the foregoing was served via electronic mail pursuant to Florida Rule of Judicial Administration 2.516 using Florida Middle District CM/ECF Court's E-Filing Portal, or by U.S. Mail for those parties not subject to e-mail or electronic service to: **Glen H. Shrayer, Esq.,** Shrayer Law Firm, LLC, *Counsel for Plaintiffs,* ghs@shrayerlaw.com; and **Matthew D. Miller, Esq.** at mmiller@baumanlegal.com **and Amara B. Rodriguez, Esq.** Bauman, Gant, Keeley, P.A.; **Marc Timothy Smith,** 8466 Lesourdesville West Chester Road, West Chester, OH, 45069-1929; **Daryl Guberman,** 1538 West Broad Street, Stratford, CT 06615, and **Donald LaBelle,** 44 Howarth Road, Oxford, MA 01540.

Mark Tischhauser, Esq,
For the Tischhauser Law Group
Attorneys for Defendant,
*William Levinson*
6301 Memorial Hwy
Suite 203
Tampa, FL 33615
(813) 243-9233 phone
(813) 24-9234 fax
E-mail: Service@tischhauserlaw.com

BY:  /s/ *Mark Tischhauser*
Mark Tischhauser, Esq.
FLA BAR NO.: 870676