IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually.

Plaintiffs,

                                                  Case Number: M.D.Fla._8_19-cv-00423-WFJ-SPF
                                                            Case Number: 8:19-cv-423-T-02SPF
                                                                         Judge William F. Jung
                                                       Magistrate Judge Sean P. Flynn

Vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an Individual, DONALD LABELLE, an Individual

Defendants.

---

SMITH'S 15 April 2019 **CORRECTED** CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT DEFENDANT, MARC SMITH pursuant to Rule 7.1, Federal Rules of Civil Procedure discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations,

publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case: **Marc Timothy Smith.**

***NOTE: Although the lawsuit filed includes "d/b/a Cayman Business Systems", there has been no such "dba" since 2001.***

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **None.**

4. The name of each victim (individual or corporate) of civil conduct alleged to be wrongful, including every person who may be entitled to restitution: **None.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

I declare under penalty of perjury that the forgoing is true and correct.

Dated and respectfully submitted by mail using the US Postal Service this __15__ day of __April__, 2019.

Marc Smith (Defendant pro se)

By: _____

C/O Property Manager
8466 Lesourdsville-West Chester Road
West Chester, Ohio 45069-1929
Tel: 513 341-6272
Email: elsmarmarc@icloud.com

I certify that a copy of this MOTION is being furnished by mail on the same date to the clerk of courts in the Middle District of Florida for entry into the case docket where it can be obtained by the Attorney for Plaintiff (Glen H. Shrayer, Esq.) through the Federal Judiciary's Case Management/Electronic Case Files (CM/ECF) system.

_____
Defendant

MARC SMITH
C/O LIEN HOLDER (FWD: 22487-LCL; AND LDC)
8466 LESOURDSVILLE-WEST CHESTER RD
WEST CHESTER, OHIO 45069-1929



Case: M.D.Fla._8_19-cv-00423-WFJ-SPF

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Office of the Clerk
Sam M. Gibbons
U.S. Courthouse

801 North Florida Avenue
Tampa, Florida 33602

Documents enclosed:

1 Properly Dated Notice of Related Cases - Pendency of Other Actions
2 Revised/Corrected Interested Parties and Coporate Disclosure