IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually.

Plaintiffs,

                                  Case Number: M.D.Fla._8_19-cv-00423-WFJ-SPF
                                  Case Number: 8:19-cv-423-T-02SPF
                                  Judge: Honorable William F. Jung
                                  Magistrate Judge: Honorable Sean P. Flynn

Vs.

MARC TIMOTHY SMITH

Defendant.

---

COMPLAINT(S) FOR: COUNT I: DEFAMATION/LIBEL, COUNT II: TORTIOUS INTERFERENCE WITH A BUSINESS INTEREST, COUNT III: COUNT III -- FEDERAL ANTI-CYBERSQUATTING (ANTI-CYBERPIRACY) (15 U.S.C. § 1125(D)(1)(A)), COUNT IV - TRADEMARK INFRINGEMENT (15 U.S.C. § 1114), COUNT V FLORIDA UNFAIR COMPETITION, COUNT VI MISREPRESENTATION OF COPYRIGHT CLAIMS UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") 17 U.S.C. § 512, COUNT VII: ABUSE OF PROCESS, COUNT VIII: WIRETAPPING, VIOLATION OF FLORIDA STAUTE 934.03, COUNT IX - INTERCEPTION OF ELECTRONIC COMMUNICATIONS IN VIOLATION OF THE WIRETAP ACT, 18 U.S.C. § 2511(1)(A), COUNT X: FOR DISCLOSURE OF INTERCEPTED ELECTRONIC COMMUNICATIONS IN VIOLATION OF THE WIRETAP ACT, 18 U.S.C. § 2511(1)(C), COUNT XI (INVASION OF PRIVACY-INTRUSION UPON SECLUSION), and COUNT XII: CIVIL CONSPIRACY.

# I

## MOTION FOR ENLARGEMENT OF TIME

I, the above named defendant(s), do hereby request an enlargement of time to respond and file the answer to the complaint filed in this case.

I request that the court grant an additional THIRTY (30) days to file the answer appropriate for filing in Federal Court.

I need this time because the Plaintiff's complaint spans an extensive 64 pages and contains 334 line items. In addition, Plaintiff's "Exhibits" is a massive 371 total pages, the last approximately 98 pages of which are a jumble of various screen captures and other "documents", many of which are duplicates of actual identified (by number) exhibits, the purpose of which are not clear.

In addition, as a Pro Se defendant it will require much more research of applicable laws which a professional lawyer would not require.

WHEREFORE, Defendant requests this court grant Defendant's motion for enlargement of time.

> I declare under penalty of perjury that the forgoing is true and correct.
>
> Dated and respectfully submitted by US mail using the US Postal Service this 17th day of April, 2019.
>
> Marc Smith (Defendant pro se)
>
> By: _Marc Smith_
>
> C/O Property Lien Holder
> 8466 Lesourdsville-West Chester Road
> West Chester, Ohio 45069-1929
> Tel: 513 341-6272
> Email: elsmarmarc@icloud.com

Exhibit "A" — List of Complaint Exhibits

| Page | Evidence # | Comment |
|---|---|---|
| 1 | 1. | Oxebridge Trademark 21 Dec, 2017 |
| 4 | 2. | Oxebridge Levinson Domain Dispute |
| 11 | 3. | Levinson Twitter |
| 13 | 4. | Levinson Amazon Feud |
| 17 | 5. | Levinson Amazon Feud |
| 21 | 6. | Levinson Amazon Feud |
| 25 | 7. | Levinson Amazon Feud |
| 27 | 8. | Levinson Oxebridge Watch Twitter |
| 29 | 9. | Levinson Oxebridge Watch Twitter |
| 31 | 10. | Levinson Twitter |
| 33 | 11. | Levinson Oxebridge Watch Twitter |
| 41 | 12. | Levinson Email to vforge.com |
| 46 | 13. | Email to Paris from EuroAvionics Sarasota - Forewarded Levinson Email |
| 50 | 14. | Levinson email forewarded to Paris by Young |
| 54 | 15. | misc.industry.quality posting by Levinson |
| 56 | 16. | Levinson Website Page |
| 60 | 17. | Levinson Website Page |
| 64 | 18. | Levinson Website Page |
| 68 | 19. | Levinson Website Page |
| 71 | 20. | Levinson - TBD |
| 73 | 21. | Levinson osteinfo.net |
| 75 | 22. | Levinson - G31000 lawsuit info |
| 80 | 23. | Levinson - Oxebridge false claims and Mark Spittle and O-forum |
| 84 | 24. | Ripoff Report - 28 June 2013 |
| 88 | 25. | "Talk Radio"thing |
| 90 | 26. | Ripoff Report 8 April 2013 |
| 97 | 27. | Ripoff Report 14 February 2017 |
| 101 | 28. | Ripoff Report 28 October 2016 |
| 107 | 29. | Ripoff Report 19 April 2017 Susan Hicks |
| 110 | 30. | Paris' Fundrazr Control Panel and Plainsite.org with ammetal $1000 donation and Winch |
| 129 | 31. | Levinson Linkedin article 14 March 2017 Copyright infringement |
| 132 | 32. | Whois oxfake.com |
| 135 | 33. | Spreadsheet of Guberman etc domains and links |
| 141 | 34. | Digital Ocean email to Paris - DMCA by Guberman |
| 144 | 35. | Digital Ocean email to Paris - DMCA by Guberman |
| 147 | 36. | Digital Ocean email to Paris - DMCA by Guberman |
| 150 | 37. | DMCA by LaBelle |
| 153 | 38. | Linkedin Slideshare |
| 155 | 39. | "ISO Watch"- References osteinfo.com |
| 158 | 40. | "ISO Watch" thing w/pics of Paris & Susan Hicks |
| 161 | 41. | Email to Paris from his lawyer Stohlman & LaBelle email to Paris - Bankruptcy court letter |
| 164 | 42. | Chickenman capture of oxebridge.co |
| 166 | 43. | Chickenman capture of oxebridge.co on Scribd |
| 168 | 44. | Phone screenshot offering,Paris "help" |
| 170 | 45. | Guberman something |
| 172 | 46. | Guberman Industrialpr.net offering help |
| 174 | 47. | Guberman website page showing youtube links  NOTE: Guberman falsely references Elsmar |
| 182 | 48. | Oxebridge Quality Lawsuits screen capture October 2018 |
| 186 | 49. | Pulse Medical email - Block Levinson |
| 188 | 50. | Pulse Medical email - Block Levinson |
| 190 | 51. | Pulse Medical email - Levinson email |
| 192 | 52. | Oxebridge Watch -Twitter |
| 194 | 53. | Oxebridge Watch -Twitter |
| 196 | 54. | Linkedin? - Mike Miller, Digital Ocean, Levinson |
| 198 | 55. | Levinson email to abuse@web.com |
| **Exhibits - Document 4-2** | | |
| 1 | 56. | Sucuri - Paris' firewall problem |
| 7 | 57. | Pulse Medical email to Paris about Guberman phone call |
| 9 | 58. | Levinson pre-suit notice to Paris 13 November 2017 |
| 17 | 59. | Levinson pre-suit notice to Paris 30 December 2017 |
| 21 | 60. | MFGPartners.net screen capture - Guberman |
| 23 | 61. | ABOAC Screen Capture - Guberman |
| 25 | 62. | Pulse Medical Block Levinson 31 August 2017 and Levinson email to Pulse |
| 30 | 63. | Guberman Resume |
| 34 | 64. | ReleaseWire screen capture - Guberman |
| 36 | 65. | Guberman - Capture from somewhere Indecopi Exposed thing |
| 38 | 66. | St. Petersberg Blog screen capture |
| 42 | 67. | IndustrialPR screen capture - Guberman |
| 44 | 68. | MFGpartners screen capture - Guberman |
| 46 | 69. | Google search for oxebridgequalitylawsuits.com showing elsmar pages |
| 48 | 70. | Google search for oxebridgequalitylawsuits.com showing elsmar pages |
| 50 | 71. | oxebridgequalitylawsuits.com elsmar page screen capture |
|  | 72. | NO EXHIBIT - Skips from Exhibit 71 to Exhibit 73 |
| 55 | 73. | oxebridgequalitylawsuits.com elsmar page screen capture |
| 57 | 74. | oxebridgequalitylawsuits.com elsmar page screen capture |
| 61 | 75. | Lorenzo "forensics investigator" statement (What a hoot -Totally Wrong) |
| 63 | 76. | oxebridgequalitylawsuits.com screen capture - Dec 2018 |
| 66 | 77. | oxebridgequalitylawsuits.com screen capture - Sept 2018 |
| 68 | 78. | Plainville police re: Guberman posting audio |
| 73 | 79. | *Levinson complaints to Pulse and Amazon argument captures and twitter stuff 79 is LONG! IncludesmRipoffReport stuff Page 73 through 171* |



Motion for Enlargement of Time

MARC SMITH
C/O LIEN HOLDER (FWD: 22487-LCL: AND LDC)
8466 LESOURDSVILLE-WEST CHESTER ROAD
WEST CHESTER, OHIO 45069-1929

CINCINNATI OH 452
17 APR 2019 PM 2 L

Case: M.D.Fla._8_19-cv-00423-WFJ-SPF

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Office of the Clerk
Sam M. Gibbons
U.S. Courthouse

801 North Florida Avenue
Tampa, Florida 33602

33602-384999