# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

Plaintiffs

v.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an Individual, DONALD LABELLE, an Individual

Defendants

_____/

Case No. 8:19-cv-00423

Judge William F. Jung
Magistrate Judge Sean P. Flynn

### DECLARATION OF CHRIS PARIS

The undersigned, Chris Paris, hereby swears and attests under penalty of perjury as follows:

1. My name is Chris Paris. I am the managing member of Oxebridge Quality Resources, LLC ("Oxebridge").

2. My main address is located in Tampa, Florida.

3. Since 1999 I have run Oxebridge, which offers training for the ISO 9000, a family of quality management systems, which helps companies obtain certifications necessary for third party audits within particular industries. In addition, I run a popular blog and news site related to the ISO 9000.

1

4. Daryl Guberman and Donald Labelle view themselves as competitors of mine and have made it part of their life's mission to destroy my business.

5. Daryl Guberman and Donald Labelle, according to their public statements and marketing, co-manage the company Guberman PMC LLC, and Donald LaBelle operates the company Industrial PR.Net a/k/a Manufacturing Partners.

6. Daryl Guberman and Donald Labelle have both systematically targeted my business operations in an attempt to put me out of business, and to permanently shut down my company's website.

7. For instance, on June 22 2017, I was conducting research into Board members of the Guberman PMC and their various entities, as it had been uncovered that many such Board members did not exist. In many instances, they posted photos of deceased US veterans or photos taken of commercial models used to represent fictional persons.

8. In conducting research for a news article, I called Kelly Rak, who was listed by Guberman as a Board member of his company, and asked her for comment. Guberman was in the room with Rak at the time, unknown to me, and recorded the call without my knowledge or permission, while I was located in Florida.

9. Guberman and Labelle then published the recording, without permission of either myself or Rak, all over the world wide web, including the sites operated by Guberman PMC LLC, and through press releases issued by Industrial PR.Net.

10. Since this complaint was filed, Guberman has republished this illegal recording on his You Tube Channel multiple times; by my estimate, the recording has appeared some 10 times on his YouTube channel; one example is the Guberman video entitled

"Oxebridge Shyster, China-led IAF Propagandist Chris Paris vs. Pro-American Movement" which can be found at this link: https://www.youtube.com/watch?v=K2FlCkuzbSk

11. In addition to the covert recording being an illegal act in itself, it defamed me by falsely alleging that my company was bankrupt when this was untrue; at no time has Oxebridge ever filed bankruptcy. This illegal recording has been accessed by my clients in Florida and has damaged my professional reputation.

12. In addition, Guberman and Labelle falsely submitted at least 50 DMCA claims against me when they had no reasonable basis to do so, since they did not own and were not agents for any of the copyrights in question.

13. The single goal of submitting the DMCA claims was to shut down my website, since my website hosting company responded to the claims by removing the content from my websites and threatening to shut down the entire site until the conflicts were resolved.

14. Guberman and Labelle both have substantial contacts with Florida.

15. Guberman has stated that he has clients all over Florida, which can be seen at this link: https://www.youtube.com/watch?v=S_j6e-V4N5Q

16. The Guberman PMC LLC website features "customer testimonials" including one from Melvyn Steinberg of Vero Beach FL, at http://dguberman.com/endorsements/.

17. Guberman and Labelle have targeted, specifically, my clients in Florida with the purposes of causing me to lose those clients and/or to gain them for themselves. In one such video (found at https://www.youtube.com/watch?v=_ha4v6DSI6k ) Guberman

3

attacks my client AM Metals in Orlando FL. On these links he repeats the attacks, https://www.guberman-quality.com/is-a-m-metal-finishing-a-victim-of-con-artist-chris-paris-oxebridge/, http://www.scamion.com/a-m-metal-finishing-inc-f8.

18. These videos and claims boasting about their Florida contacts are then repeated through the press release network managed by Labelle.

19. The company Industrial PR.net, operated by LaBelle, republishes and distributes the defamatory material made by Guberman. That company actively operates its press release business in Florida, marketing itself to Florida Clients. Here are examples of some of the Florida companies which purchased press release distribution services offered by Labelle:

   a. Stimpson, Pompano Beach FL http://industrialpr.net/historic-manufacturer-stimpson-celebrates-165-years-of-industry-leadership-with-a-digital-and-brand-modernization/

   b. Precision Resistor, Largo FL : http://industrialpr.net/the-precision-resistor-company-is-proud-to-announce-a-new-improved-series-of-ultra-precision-printed-circuit-wire-wound-direct-current-electrical-resistors/

   c. Thermablock, Tampa FL: http://www.industrialpr.net/news/classified.php?listing=5202

   d. Acoustiblok, Tampa FL: http://www.industrialpr.net/news/classified.php?listing=5114

20. LaBelle also partners with Florida based media organizations which later carry his press releases, including Orlando Sentinel, South Florida Sun Sentinel, and Tampa Tribune. Per: http://www.industrialpr.net/editors_newspapers.html

21. LaBelle and Guberman operate the company Guberman-PMC LLC together, and it is believed that they each have a financial interest in each other's activities.

I hereby swear under penalty of perjury, on this 2nd day of April, 2019, that the information set forth in this Declaration is true and accurate.

                                                **CHRIS PARIS**
                                                **OXEBRIDGE QUALITY RESOURCES, LLC**