UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

Plaintiffs

v.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an Individual, DONALD LABELLE, an Individual

Defendants

_____/

Case No. 8:19-cv-00423

Judge William F. Jung
Magistrate Judge Sean P. Flynn

**MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO
MOTION TO DISMISS OF LEVINSON PRODUCTIVITY SYSTEM, PC**

COMES NOW the Plaintiffs, Christopher Mark Paris and Oxebridge Quality Resources International, LLC, through undersigned counsel, (collectively herein referred to as "Plaintiffs") and files for a Motion for Extension of time to reply to LEVINSON PRODUCTIVITY SYSTEM, PC. Currently, William Levinson's reply is due on May 10, 2019. Plaintiff proposes to file a reply for LEVINSON PRODUCTIVITY SYSTEM, PC on the same day, since the Defendants have the same principal, being William Levinson. Counsel for LEVINSON PRODUCTIVITY SYSTEM, PC has no objection to the extension request.

1

WHEREFORE, it is hereby requested that the response to the Motions to Dismiss for LEVINSON PRODUCTIVITY SYSTEM, PC is now due on May 10, 2019.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of this document was electronically filed with the clerk of courts in Middle District of Florida on the 8th day of May 2019.

Respectfully submitted,

Shrayer Law Firm, LLC.
912 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel.   (954) 601-3732
Email: ghs@shrayerlaw.com

**/s/Glen H. Shrayer**

Glen H. Shrayer, Esq.
Fl Bar No. 57253