UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

Plaintiffs

v.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an Individual, DONALD LABELLE, an Individual

Defendants

Case No. 8:19-cv-00423

Judge William F. Jung
Magistrate Judge Sean P. Flynn

_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)(i) AGAINST MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS**

COMES NOW the Plaintiffs, Christopher Mark Paris and Oxebridge Quality Resources

International, LLC, and hereby files this voluntary dismissal against Defendant MARC

TIMOTHY SMITH, individually, and d/b/a CAYMAN BUSINESS SYSTEMS ("Defendants")

under Fed. R. Civ. P. 41(a)(1)(A)(i).

1. Such dismissal is without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(B).

2. In connection with this voluntary dismissal, it is requested that the names of the

   aforementioned party hereafter shall be removed from the caption of this proceeding.

1

3.   Although the claims are meritorious, Plaintiffs will instead seek enforcement of an

injunction against Smith in Case 8:15-cv-00011.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and complete copy of this document was
electronically filed with the clerk of courts in Middle District of Florida on the 10th day of May
2019.

Respectfully submitted,

Shrayer Law Firm, LLC.
912 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel.   (954) 601-3732
Email: ghs@shrayerlaw.com


**/s/Glen H. Shrayer**

 Glen H. Shrayer, Esq.
 Fl Bar No. 57253