# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC<br><br>Plaintiffs<br><br>v.<br><br>WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, a Pennsylvania Corporation, MARC TIMOTHY SMITH, individually, and d/b/a CAYMAN BUSINESS SYSTEMS, GUBERMAN PMC, a Connecticut Corporation, DARYL GUBERMAN, an Individual, DONALD LABELLE, an Individual<br><br>Defendants | Case No. 8:19-cv-00423<br><br>Judge William F. Jung<br>Magistrate Judge Sean P. Flynn |

_____/

## **DECLARATION OF CHRIS PARIS**

The undersigned, Chris Paris, hereby swears and attests under penalty of perjury as follows:

1. My name is Chris Paris. I am the managing member of Oxebridge Quality Resources, LLC ("Oxebridge").

2. My main business address is located in Tampa, Florida.

3. Since 1999 I have run Oxebridge, which offers training for the ISO 9000, a family of quality management systems, which helps companies obtain certifications necessary for third party audits within particular industries. In addition, I run a popular blog and news site related to the ISO 9000.

1

4. William Levinson is Levinson Productivity System, PC and will herein be referred to interchangeably. There is no distinction as he has no employees and there are no other officers, etc.

5. Levinson has many ties with Florida and has misrepresented his relationship with the state in his signed Affidavit of William Levinson, In Support of Motion to Dismiss for Lack of Personal Jurisdiction (Docket 25-2) before this Court.

6. In the signed Affidavit, Levinson admitted that "I was physically present in the State of Florida in 2016 to attend a technical conference as an unpaid speaker." Levinson does not, however, define the event he attended and the pecuniary benefit he received, even if not cash.

7. In truth, the event was the 2016 ISO 9000 World Conference event held in Orlando FL, organized the American Quality Institute (AQI). The AQI marketing for the 2016 event prominently promoted Levinson and his company Levinson Productivity Systems (source: http://www.iso9000conference.com/resources/Documents/2016_BROCHURE_ISO.pdf ) This makes it clear that the event was intended for the promotion of his commercial services and LPS.



**Concurrent Session**
1:00 PM – 1:35 PM; Session #ISO-051
**Comprehensive Risk-Based Thinking**
William Levinson, P.E., Levinson Productivity Systems PC

ISO 9001:2015 Clause 6.1, "Actions to address risks and opportunities," is among the biggest changes to the standard, but it is far from specific as to the scope of the risks and opportunities an organization should consider. The current paradigm is that risks relate to negative outcomes such as poor quality, and many of ISO 9001:2008's provisions already cover those risks. This paradigm can blind an organization to the far greater risk of failure to identify and exploit an opportunity to (1) exploit or adapt to a new technology or (2) remove waste or "muda" from a supply chain. What we don't do right can therefore, be far costlier than what we do wrong.

8. Furthermore, AQI listed Levinson as a member of the AQI event "Technical Committee," which is presumably tasked with marketing the event for the financial benefit of the members and AQI, a commercial, for-profit entity.

9. The purpose of doing this speech in Florida was to solicit business in Florida. It cannot be known how many of the Orlando attendees then transitioned to become clients of Levinson.

10. In a lawsuit mounted by Levinson before the Hillsborough County Court, under case number 17-CA-003804, Levinson provided sworn statements indicating the exact same event, the 2017 ISO 9000 World Conference organized by ASQI and held in Nashville a year later, was a business event. He mentions this event at least 15 times in his signed statement, concluding that any interruption in the Nashville event amounted to "tortious interference in business." This negates Levinson's inference

that the exact same event when held in Florida was not intended for business purposes.

11. Levinson then wrote an article specifically about his appearance at the Orlando AQI event for the May 2016 edition of Quality Digest magazine. In that article, Levinson discussed his appearance at the Orlando event, calling it a "professional conference" and "networking opportunity." Source: https://www.qualitydigest.com/inside/innovation-column/050316-use-virtual-conferencing-eliminate-waste.html.

12. The entire Quality Digest article consists of Levinson analyzing the cost benefit analysis of attending business conferences in person vs. doing so virtually, and calls lost time at such events "business travel muda," using the Japanese word for "waste." The thrust of the article is how to maximize one's ability to profit at such events while reducing non-value activities such as travel and preparation. This negates Mr. Levinson's argument that his conference appearances were not for promotion of his services or marketing through networking, as his article was specifically about how to maximize the profitability of one's appearance at such events.

The value-adding *bang!* of a professional conference, such as ASQ's World Conference, consists solely of technical sessions and networking opportunities. The following modified Gantt chart, which illustrates actual activity times rather than planned project activity times, represents my experience with the recent ISO 9001 and Lean Six Sigma World Conferences in Orlando, Florida.



13. Next, Levinson was partially responsible for the promotion of the event as a member of the Technical Committee for American Quality Institute (AQI), the organizing company of the event. AQI was also the publisher of at least one book by Levinson, and AQI used the events to market and sell Levinson's book. (Source, same as above)

5

**EXECUTIVE COMMITTEE**
Lorri Hunt, Conference Chair, Lorri Hunt & Associates, Inc.
Sermin Vanderbilt, Ph.D., Conference Founder & President, AQI
John E. West, Conference Vice-Chair, and Past-Chair, US TAG-TC 176
Denise Robitaille, Program Chair, Robitaille Associates

**TECHNICAL COMMITTEE**
Mickey Christensen, TQM Systems
Charles A. Cianfrani, Green Lane Quality Management Services LLC
Brian Clark, Praxis 8, LLC
Alan W. Daniels, The Boeing Company
Charli Hoialmen, Diversified Management Systems
William Houser, Eagle Force, Inc.
William A. Levinson, Levinson Productivity Systems, P.C.
R. Dan Reid, Omnex
Lisa Uhrig, Uhrig Consulting, Inc.
Pervin Uren, Ch.E., MBA, AQI

**REGISTRATION COMMITTEE**
Jane Christensen, AQI
San West, AQI

14. AQI also published a training manual called LSS 6002 Lean Six Sigma Green Belt Training. Levinson is listed in this manual as a "key contributor." The material provided the basis for the training provided at the AQI events, which was a commercial endeavor. (See Exhibit 01)

15. AQI promoted Levinson's appearance at the Orlando event for at least four months prior to the event itself. AQI's reach is international, and includes considerable marketing within the State of Florida.

16. AQI likewise promoted Levinson's publications, which were published by AQI, in their Florida marketing.

17. In a March 2017 website page entitled "Oxebridge Promotes Illegal Tax Deductions," Levinson promoted four separate events in Florida related to ISO 9001 and AS9100 training, specifically to harm the attendance of a seminar I on that subject which was

conducting in Cocoa Beach at that time, called an Oxebridge "Braindump." In those publications, Levinson wrote, "All these reputable alternatives to the "Braindump Course" on AS9100 Revision D are internationally recognized and, unlike this individual, do not encourage their customers to take illegal tax deductions."



18. In promoting those events, Levinson made false claims about causing reputational injury and harm defaming me specifically to Florida based clients who may have attended the Cocoa Beach event.

19. Levinson furthermore targeted specific clients of mine with an email campaign intended to cause me to lose Florida clients. Over the course of approximately six months in 2017, Levinson targeted multiple Oxebridge clients located in Florida for his email campaign, including:

- TechSource Florida – Altamonte Springs FL
- Puch Manufacturing, Orlando FL

7

- Magnus Hi-Tech, Melbourne FL
- Allied Engineering, Deltona FL
- IGT/Gtech, Lakeland FL
- Euroavionics USA, Sarasota FL

20. Those emails included defamatory statements made about myself and Oxebridge, including repeated false accusations of crimes such as copyright infringement. See Exhibit 02 for one example.

21. In an official "pre-suit notice" sent to me on November 13, 2017, Levinson explained his rationale for the email campaign, writing, "I needed you to have fewer O-fans." (See Exhibit 03, Page 5.)

22. It is my belief the evidence shows Levinson intended to convince those clients to fire me, per his wish that I had "fewer O-fans" and to obtain those clients for himself.

23. Levinson then contacted a reporter for the Florida blog "St. Petersblog" and convinced them to run an article entitled "Conservative Businessman Accuses Tampa Rival of Faking Liberal Outrage to Steal Business." That was derogatory towards me, and repeated various false claims made by Levinson, while denying me the right to respond and provide my side of the story. (http://saintpetersblog.com/conservative-businessman-accuses-tampa-rival-faking-liberal-outrage-steal-business/ )

24. Levinson wrote on multiple occasions, on his various anti-Oxebridge defamation sites including Osteinfo.net, that he had repeatedly contacted

8

Florida police in order to research my home and related police reports. Levinson also admitted to researching the number of children I have in Florida, for unclear but frightening purposes.

25. Furthermore, Levinson currently has legal counsel in Florida as he chose to initiate a lawsuit against me in Florida. Levinson has filed suit against me in Hillsborough County in case number 17-CA-003804, in the same county that this court sits. He will not be prejudiced by having to defend this case here in Florida.

26. In addition, Levinson sells products in Florida. He maintains an interactive website that sell products all over the United States, inclusive of Florida, located at http://www.ct-yankee.com/products/.

27. I was able to access the site and purchase products from Levinson for delivery into Florida. While Levinson cancelled one such purchase before it could ship, another did go through and the product was shipped to my office in Tampa. (See Exhibit 04.)

28. Accordingly, it is clear that William Levinson and his alter ego Levinson Productivity, PC have availed themselves to jurisdiction in Tampa, Florida.

I hereby swear under penalty of perjury, on this 10th day of May, 2019, that the information set forth in this Declaration is true and accurate.

_____
CHRIS PARIS
OXEBRIDGE QUALITY RESOURCES, LLC