# EXHIBIT 1



Developed and Published by the
LEAN & SIX SIGMA WORLD ORGANIZATION

First Edition
2016-09-21

# LSS 6002-DIS-1



# Lean Six Sigma Green Belt Training
# D R A F T
# International Standard

ISBN: 978-0-9862150-6-3
Printed in U.S.A.
Reference Number: LSS 6002-DIS-1:2016
© Lean & Six Sigma World Organization 2016

## LSS 6002 Committee Chair

*Bonnie K. Stone, MBB, PMP*

## LSS 6002 Committee Co-Chair

*Ken Feldman, Ph.D., MBA, LSSMBB, BSIE, MSIE*

## Key Contributors

*Alka Bhave, MBB, PMP, SAFe Agilist*

*Kristine Nissen Bradley, MBB*

*Thomas Van Eimeren, BB*

*Ofelia C. Hodgins, MBB*

*Donald C. Johnston, MBB*

*William A. Levinson, P.E.*

*Marco A. Luzzatti, MBB, M.S. Ch.E.*

*Will McDade, MBA, LSSBB*

*Marilyn Monda, MA, MBB,*

*Loretta Townsley, MBB*

*Pauline Vanderbilt, Ch.E., MBA*

*Sermin Vanderbilt, Ph.D.*