# EXHIBIT 2

| | |
|---|---|
| **From:** | Herb Lustig |
| **To:** | Christopher Paris |
| **Subject:** | Fwd: Followup re: ISO Certification Bodies Must Be Held Accountable for Their Clients" Disasters by Christopher Paris (Oxebridge) |
| **Date:** | Wednesday, February 22, 2017 11:23:37 AM |

-----
**EuroAvionics USA**
2480 Fruitville Rd
Sarasota FL 34237

M 941.735.0245
W 941.214.1129
hlustig@euroavionicsusa.com

ISO9001:2008/AS9100C Certified Quality System; FAA Certified Repair Station #8EUR314C

*We look forward to seeing you at Heli-Expo*
*March 6 – 9, 2017 – Booth 8730 in Dallas TX*

SECURITY NOTICE: This communication, including any accompanying document(s) is meant for the sole use of the intended recipient and may be a communication privileged by law, subject to export control restrictions or may otherwise contain confidential information. The unauthorized use, distribution or disclosure, or any action taken or not taken relying on this communication, is prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by return e-mail or telephone and permanently delete or destroy all electronic and hard copies of this facsimile. Thank you for your cooperation.

> Begin forwarded message:
>
> **From:** "WILLIAM LEVINSON" <wlevinson@verizon.net>
> **Subject: Followup re: ISO Certification Bodies Must Be Held Accountable for Their Clients' Disasters by Christopher Paris (Oxebridge)**
> **Date:** February 22, 2017 at 3:14:37 PM GMT-5
> **To:** <hlustig@euroavionicsusa.com>
>
> Dear Mr. Lustig,
>
> I wrote to you originally to complain about what Mr. Paris is doing not only to me but to numerous other people, some of whom I know, while listing you as a reference. His actions include publication of fake news, extending to reckless and false accusations of unprofessional conduct and even crimes, against individuals, ISO 9001 and AS9100 certification bodies (including those of his own clients and/or employers), and professional societies. He has published this fake news not only on his Web site but also in LinkedIn, Facebook, and Twitter. I have sent a complaint by certified mail to LinkedIn.

I also shared with you a link to "ISO Certification Bodies Must Be Held Accountable for Their Clients' Disasters" in which he apparently blames his own client's AS9100 certification body for losing a Falcon rocket. The indicated Google cache of this Web page was scrubbed a few days after I wrote to you, but the information I gave you was accurate at the time. You can verify this because (1) the same material is on the Oxebridge blog as of today (link provided below) and (2) I can send you the downloaded Web page (from Google cache) as a pdf file upon request.

http://www.oxebridge.com/emma/the-o-forum/as9100-qms-for-aviation-space-and-defense/iso-certification-bodies-must-be-held-accountable-for-their-clients-disasters/

> Now they have their first major disaster, and while no one was hurt, those thoughts are on everyone's mind since a crewed Dragon is coming, and they recently announced the first team of astronauts who will board it.
>
> So much scrutiny will be placed on the design team, production processes, etc. As there should be.
>
> But SpaceX is AS9100 certified. Why does their certification body get a free pass?
>
> …The next thing is the official marketing spin. The whackjob troika of ISO, the IAF and CASCO have created a single, monolithic script that insists such certifications "do not guarantee product quality." In fact, they say, they don't even guarantee the QMS they certified is particularly good, but just that it seemed okay during the "sample" time spent by an auditor, who was on site for a few days once. They've even hardcoded this "get out of jail free card" into the various standardss, such as ISO 17021-1.
>
> …I know from first hand experience — witnessing audits with my own eyes, reading over audit reports, seeing the horrid performance of the near-criminally incompetent auditors — that there is a direct responsibility to be had by certification bodies. Furthermore, questions must be asked as to why the Federal government can continue, with any seriousness, to require ANAB-accredited ISO certifications if the end result is just a shuffling of taxpayer or customer money through two conduits — the client and the registrar — up to ANAB, and having stuff blow up anyway. Why pay ANAB at all?
>
> *…Christopher Paris implemented ISO 9001 at SpaceX in 2006, and later AS9100 in 2011. He was AS9100 Specialist in residence for most of 2013, and led internal QMS audits during that period.*

This is apparently (does not constitute engineering or consulting advice from me) what Mr. Paris blamed on his client's AS9100 certification body.
http://www.space.com/29994-spacex-rocket-explosion-cause-faulty-strut.html

> "It's not something that should have ever failed at this force level," he [Elon Musk] said. The strut "would appear to be incorrectly made, but there was no visible way of telling that from the outside."
>
> SpaceX sources these struts from an outside company and will probably change suppliers now, Musk added. In addition, SpaceX plans to individually test and certify every strut that will fly, to ensure that no faulty ones make it on board, he said.

Regards,

Bill Levinson