# EXHIBIT 4

# Christopher Paris

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Thursday, April 25, 2019 7:15 PM |
| **To:** | Christopher Paris |
| **Subject:** | Receipt for Your Payment to Levinson Productivity Systems P.C. |



Apr 25, 2019 16:14:50 PDT

*Transaction ID:* **0TS983341M071302R**

**Hello Oxebridge Quality Resources International LLC,**

**You sent a payment of $85.00 USD to Levinson Productivity Systems P.C. (TheBoss@ct-yankee.com)**

It may take a few moments for this transaction to appear in your account.

**Merchant**

Levinson Productivity Systems P.C.

TheBoss@ct-yankee.com

570-824-1986

**Instructions to merchant**

You haven't entered any instructions.

**Shipping address -** confirmed

Oxebridge Quality Resources International LLC

1503 South US Highway 301

Suite 36

Tampa, FL 33619

United States

**Shipping details**

The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| ISO 9000: Use it proactively | $85.00 USD | 1 | $85.00 USD |