## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHRISTOPHER MARK PARIS, and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

    Plaintiffs,                                                                Case No. 8:19-cv-00423

vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an individual, DONALD LABELLE, an
individual,

    Defendants.

_____

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: LEVINSON PRODUCTIVITY SYSTEM, PC, a Pennsylvania Corporation.

Date: May 14, 2019

                                         /s/ *Mark Tischhauser*
                                         Mark Tischhauser, Esquire
                                         Florida Bar No.: 870676
                                         The Tischhauser Law Group
                                         6301 Memorial Highway, Suite 203
                                         Tampa, FL  33615
                                         E-mail: Service@tischhauserlaw.com
                                         Tele: (813) 243-9233
                                         Fax: (813) 243-9234
                                         Attorneys for Defendant, Levinson Productivity
                                         System, PC