UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, and,
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

      Plaintiffs,

vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an individual, DONAL LABELLE, an
individual

      Defendants.

Case No. 8:19-cv-00423

---

**DEFENDANT, LEVINSON PRODUCTIVITY SYSTEMS, PC,  AFFIDAVIT IN REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

BEFORE ME personally appeared, the Defendant, WILLIAM LEVINSON, on behalf of the Defendant, LEVINSON PRODUCTIVITY SYSTEMS, PC, who after being duly sworn, deposes and says:

1. My name is WILLIAM LEVINSON, and I am over the age of 21 and otherwise *sui juris*.

2. I have personal knowledge of the facts contained in this affidavit.

3. I am the President of the Defendant, LEVINSON PRODUCTIVITY SYSTEMS, PC and have held that position since 2001. I am duly authorized to testify on behalf of and for the Defendant, LEVINSON PRODUCTIVITY SYSTEMS, P.C. hereinafter referred to as "LPS"

4. LPS does not own nor hold any license to do business in the State of Florida.

EXHIBIT "A"

5. LPS does not operate, conduct or engage in business operations in the State of Florida, maintains no employees, business agents nor corporate personnel in the State of Florida nor does LPS own, operate, nor maintain, any offices or facilities in the State of Florida.

6. LPS does not target advertisements nor other marketing efforts to the State of Florida nor does LPS specifically offer products or services for sale over the internet or other digital media targeting potential customers in the State of Florida.

7. On April 18, 2019, I was contacted by Mario Vittone, and behalf of Lifesaving Systems Corp. claiming to have found me through prior articles on the Quality Digest website, inquiring as to whether I could provide professional "assistance" to them. The 813 area code contact information, made me suspicious that this was a "set-up", possibly perpetrated by the Plaintiffs to support false claims that LPS or myself were engaged in business in Florida. I was then able to determine that Lifesaving Systems Corp., is a Florida customer of the Plaintiffs, in Hillsborough County, Florida. Neither I nor LPS engaged in any business transaction with that entity or individual. *See attachment consisting of the email correspondence from Lifesaving Systems from April 18, 2019.*

8. On April 25, 2019, The Plaintiff, OXEBRIDGE QUALITY RESOURCES, LLC., attempted to purchase a "training package" from LPS using an automated online system. This order was rejected, the charges were refunded, the transaction cancelled, and no delivery of products or services was ever made to Florida. *See attachment consisting of the Paypal Transaction Details for April 25, 2019.*

9. At no point has LPS, or myself, ever done business with either of the Plaintiffs and the attempted transaction by the Plaintiff, OXEBRIDGE QUALITY RESOURCES, LLC., is the first ever to my knowledge.

_____

William Levinson

STATE OF PENNSYLVANIA          )
COUNTY OF _Luzerne_            )

     BEFORE ME, the undersigned authority, William Levinson, personally appeared, who is personally known to me, or who provided proper identification and who, upon being first duly sworn according to law, deposes and says that he executed the foregoing Affidavit and it is true and correct to the best of his knowledge and belief.

     IN WITNESS WHEREOF, I have hereunto set my hand and affix the seal of my office in the County and State last aforementioned this _24th_ day of _May_____, 2019.

_____
NOTARY PUBLIC, State of Pennsylvania
Printed Name:
Commission Number:

Commission Expires:

> Commonwealth of Pennsylvania · Notary Seal
> RALPH KONDERCHEK, Notary Public
> Columbia County
> My Commission Expires December 05, 2020
> Commission Number 1302364

5/15/2019 5:37 PM  FROM: Fax   TO: 1-813-243-9234   PAGE: 002 OF 005

From one of Chris Paris' and Oxebridge's clients, addressed to my company

## ISO-9001 / Lean Manufacturing

Mario Vittone <m.vittone@lifesavingsystems.com>

Ⓧ You forwarded this message on 4/19/2019 4:09 PM.

Sent:  Thu 4/18/2019 10:17 AM
To:    theboss@ct-yankee.com

Mr. Levinson:

I ran across some of your articles on the Quality Digest website.  My company manufactures rescue equipment for the U.S. Military (and others around the world).

While we have not had escapes to customers - my rework / non-conforming materials rates are, well, ridiculous.  Our QA team catches them, but I'm thinking I need some outside opinions on where the cause of my rework rates might be.

Anyway, we are good, but we aren't lean.  I think I'm losing about 400K per year to rework and inefficiencies.  Can your firm assist?

**Mario Vittone**
General Manager
**Lifesaving Systems Corp.**
Ph: 813-645-2748 Ext. 213
ISO 9001 / AS9100
m.vittone@lifesavingsystems.com

Order online at:
www.LifesavingSystems.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. All technical drawings are the exclusive property of Lifesaving Systems Corp. and as such may not be forwarded, copied , or stored without written permission from Lifesaving Systems Corp. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

5/15/2019 5:37 PM   FROM: Fax   TO: 1-813-243-9234   PAGE: 003 OF 003

https://www.facebook.com/pg/oxebridge/community/?ref=page_internal



Oxebridge Quality Resources was mentioned in a post.

 Lifesaving Systems Corp. 
September 4, 2017 · 🌐

Quality matters: We've upgraded our quality cert to AS 9100 D. Thanks Kevin and also Chris at Oxebridge Quality Resources

**Oxebridge Quality Resources**
@oxebridge

Home

Reviews

Photos

Posts

About

Community

Subscribe to the Oxebri...

[Create a Page]



**ADVANTAGE** ™
INTERNATIONAL REGISTRAR

## AS 9100 D / ISO 9001:2015
### CERTIFICATE OF REGISTRATION

This is to certify that

## LIFESAVING SYSTEMS CORP.

220 Elsberry Rd
Apollo Beach, FL 33572 USA

having been audited in accordance with the requirements
of AS 9104/1 dated 2012-01, has successfully been assessed and
found to conform with the AS 9100 D and ISO 9001:2015
quality management system standards.

The scope of this registration includes:

**Design, development, manufacture, distribute, service and
repair of marine and aviation rescue and survival equipment**

Date of Registration:        September 21, 2017
Date of Expiration:          September 20, 2020
Date Issued/revised :        September 1, 2017

Registered Since:  December 2011

Certificate No.        A-ISH-AS
Certification Structure:  Single-site

Steve Barfoot, President
Advantage International Registrar, Inc

5/15/2019 5:07 PM   FROM: Fax   TO: 1-813-243-9234   PAGE: 002 OF 002

## Transaction details

April 25, 2019 at 7:16:50 PM PDT  |  Transaction ID: 3NE53711HA122313S

**Payment sent** to Oxebridge Quality Resources International LLC

Payment Status: Completed

Gross amount

−$85.00 USD

We have no postal address on file

| Transaction Activity | | Gross amount | Fee amount | Net amount |
|---|---|---|---|---|
| Apr 25, 2019 | Payment from Oxebridge Quality Resources International LLC | $85.00 USD | −$2.77 USD | $82.23 USD |
| Apr 25, 2019 | PayPal fee reversal | $2.47 USD | $0.00 USD | $2.47 USD |

### Payment details

| | |
|---|---|
| Gross Amount | −$85.00 USD |
| PayPal Fee | −$2.47 USD |
| Net Amount | −$82.53 USD |

| | |
|---|---|
| Contact info | Oxebridge Quality Resources International LLC |
| | The receiver of this payment is **Verified** |
| | http://www.oxebridge.com |
| | chris@oxebridge.com |
| Payment Sent to | Mercury@ct-yankee.com |

| | |
|---|---|
| Note to Oxebridge Quality Resources International LLC | Order rejected. |

| | |
|---|---|
| Funding details | Funding Type: PayPal Balance |
| | Funding Source: −$85.00 USD − PayPal Account |

### Need help?

Go to the Resolution Center for help with this transaction, to settle a dispute or to open a claim.

| | |
|---|---|
| Memo | Order rejected. |