**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CHRISTOPHER MARK PARIS, and,
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

    Plaintiffs,                                               Case No. 8:19-cv-00423

vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, MARC TIMOTHY
SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS,
GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an individual, DONAL LABELLE, an
individual

    Defendants.
_____

## **DEFENDANT, WILLIAM LEVINSON'S, NOTICE OF FILING**

**COMES NOW**, the Defendant, WILLIAM LEVINSON, by and through the undersigned attorney, hereby files the Paypal Transaction Details for April 25, 2019, as incorporated for reference to the Affidavit of William Levinson (Docket No. 44, Composite Exhibit "A')  in support of Defendant, WILLIAM LEVINSON'S Reply to Plaintiffs' Response and Memorandum of Law in Opposition to the Motion to Dismiss for Lack of Personal Jurisdiction

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the Florida Middle District CM/ECF filing portal to Glen H. Shrayer, Esq., Shrayer Law Firm, LLC, ghs@shrayerlaw.com; Mark Tischhauser, Esq., Tischhauser Law Group, service@tischhauserlaw.com; Daryl Guberman, 1538 West Broad St., Stratford, CT 06615, and

Donald Labelle, 44 Howarth Road, Oxford, MA 01540, on this 24th day of May, 2019.

                                              BAUMANN, GANT & KEELEY, P.A.
                                              Attorneys for Defendant,
                                              *William Levinson*
                                              1000 N. Ashley Drive, Suite 270
                                              Tampa, FL  33602
                                              (813) 252-5353 phone
                                              (813) 252-6097 fax

BY:    /s/ *Amara B. Rodriguez*
                                              MATTHEW D. MILLER
                                              FLA BAR NO.: 177547
                                              AMARA B. RODRIGUEZ
                                              FLA BAR NO.: 1011232