## Transaction details

April 25, 2019 at 7:16:50 PM PDT   |   Transaction ID: 3NE53711HA122313S

**Payment sent** to Oxebridge Quality Resources International LLC

Gross amount

Payment Status: Completed

−$85.00 USD

We have no postal address on file

| Transaction Activity | | Gross amount | Fee amount | Net amount |
|---|---|---|---|---|
| Apr 25, 2019 | Payment from Oxebridge Quality Resources International LLC | $85.00 USD | −$2.77 USD | $82.23 USD |
| Apr 25, 2019 | PayPal fee reversal | $2.47 USD | $0.00 USD | $2.47 USD |

**Payment details**

| | |
|---|---|
| Gross Amount | −$85.00 USD |
| PayPal Fee | −$2.47 USD |
| Net Amount | −$82.53 USD |

| | |
|---|---|
| Contact info | Oxebridge Quality Resources International LLC<br>The receiver of this payment is **Verified**<br>http://www.oxebridge.com<br>chris@oxebridge.com |
| Payment Sent to | Mercury@ct−yankee.com |
| Note to Oxebridge Quality Resources International LLC | Order rejected. |
| Funding details | Funding Type: PayPal Balance<br>Funding Source: −$85.00 USD − PayPal Account |

**Need help?**

Go to the Resolution Center for help with this transaction, to settle a dispute or to open a claim.

| | |
|---|---|
| Memo | Order rejected. |