**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:   8:19-cv-423-T-02SPF** | **DATE:**   May 31, 2019 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **CHRISTOPHER PARIS, ET AL.**<br><br>        **Plaintiffs,**<br><br>v.<br><br>**WILLIAM LEVINSON, et al.,**<br><br>        **Defendants.** | **PLAINTIFF COUNSEL**<br>Glen H. Shrayer (telephonic)<br><br><br><br>**DEFENDANT COUNSEL**<br>Amara Y. Benitez Rodriguez<br>Mark Tischhauser | |
| **COURT REPORTER:**  Nikki Peters | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:**  8:57 AM – 9:52 AM<br>**TOTAL:**  55 minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**   MOTION HEARING re MOTION to Dismiss Complaint by Daryl Guberman and Guberman, PMC, LLC [8]; MOTION to Dismiss Complaint by Donald LaBelle [9]; First MOTION to dismiss for lack of jurisdiction *personal* by William Levinson [20]; and MOTION to Dismiss complaint by Levinson Productivity Systems, P.C. [25]

Daryl Guberman and Donald LaBelle were not present.

Marc Timothy Smith briefly participated by telephone. The Court advised Mr. Smith that he had been voluntarily dismissed, without prejudice, from this case. The Court will enter an order reflecting the same.

The Court heard argument from Ms. Benitez Rodriguez and Mr. Tischhauser; response by Mr. Shrayer; rebuttal by Ms. Benitez Rodriguez and Mr. Tischhauser; and follow-up by Mr. Shrayer.

The Court will take the motions under advisement and enter an order at a later date.

Should any of the parties communicate with Mr. Guberman, he should be informed that he has until early June in which to retain counsel for Guberman PMC, LLC.