Daryl Guberman (Case # 8:19-cv-00422
6/19/19

GUBERMAN PMC LLC
1538 WEST BROAD ST
STRATFORD, CT 06615

[Postmark: 2019 JUN 20 AM 11:12 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS FLORIDA]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Attention: Shameeka Olden Courtroom Deputy
Honorable William F. Jung   US District
United States Courthouse and Federal Building
Street, Room 2-194
Fort Myers, FL 33901

PRESS FIRMLY TO SEAL

2019 JUN 20 AM 11:12

U.S. POSTAGE PAID
PME 1-Day
STRATFORD, CT
06614
JUN 19, 19
AMOUNT
$25.70
R2304N117764-2

1007
33901

UNITED STATES POSTAL SERVICE ®

PRIORITY MAIL EXPRESS®

FOR DOMESTIC AND INTERNATIONAL USE
PLACE MAILING LABEL HERE

EJ 043 384 325 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( ) (Case 8:19-cv-0423)
Daryl Gibermon
1538 West Broad St
Stratford, CT 06615

**DELIVERY OPTIONS** (Customer Use Only)

☒ SIGNATURE REQUIRED

TO: (PLEASE PRINT) PHONE ( )
US District Court
Middle District of FlA
Att: Shameeka Olden c/o horn dept
To: Honorable William F Jung US District Judge
in custody of Federal Bldg
ZIP+4 2110 First Street Room 2-194
Ft My-cv-F133901

**PAYMENT BY ACCOUNT** (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 06614
Date Accepted (MM/DD/YY): 6-19-19
Time Accepted: 209 ☐AM ☒PM
Weight: 1 lbs 6 ozs
Scheduled Delivery Date: 6-20
Scheduled Delivery Time: ☒3:00 PM

Total Postage & Fees: $ 25.70

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

PEEL FROM THIS CORNER

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Attention: Shameeka Olden Courtroom Deputy Clerk To
Honorable William F. Jung   US District Judge
United States Courthouse and Federal Building 2110 First
Street, Room 2-194
Fort Myers, FL 33901

Attention →