UNITED STATES DISTRICT COURT
MIDDLE DISRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

Plaintiffs

v.                                          CASE 8:19-cv-00423-WFS-SPF

WILLIAM LEVINSON and LEVINSON
PRODUCTIVITY SYSTEM, PC, a
Pennsylvania Corporation; MARK
TIMOTHY SMITH, individually, and
d/b/a CAYMAN BUSINESS SYSTEMS;
GUBERMAN PMC, a Connecticut
LLC; Daryl Guberman, individually;
DONALD LABELLE, individually,

Defendants.

NOTICE OF COMPLIANCE WITH ORDER TO RETAIN
COUNSEL TO REPRESENT GUBERMAN PMC, LLC

PLEASE TAKE NOTICE that undersigned plaintiff Daryl Guberman, pro se has complied with this court's order dated June 20, 2019 (Dkt. 51) to retain counsel for Guberman PMC, LLC.

Defendant Guberman has retained attorney Bruce Alexander Minnick, Florida Bar No. 250295, on June 28, 2019. Mr. Minnick was admitted to The Florida Bar in 1978 and admitted to the bar of this honorable court in 1981. However, it appears that the rules of admission have changed over the last 35 years resulting in Mr. Minnick's membership to lapse.

Accordingly, Mr. Minnick has communicated with the Clerk of this court and as instructed is completing the court forms and related papers and paying the admission fee required to re-instate his membership today, July 1, 2019. Since Mr. Minnick lives and practices law in Tallahassee, he has requested and hopes to be sworn in telephonically at the next telephonic swearing-in ceremony.

Respectfully submitted,

Daryl Guberman, pro se
(203) 556-1493

Cc: Bruce Alexander Minnick
   bammab1@gmail.com
   (850) 893 6091

RECEIVED

2019 JUL -2  AM 11: 07

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA