**GUBERMAN, PMC LLC**
QUALITY & MANUFACTURING CONSULTANTS
203-656-1493
1538 West Broad St
Stratford, CT 06615
SUMMONS IN CIVIL ACTION
CASE #: 8:19-cv-00423
RESPONSE FROM:
Daryl Guberman

**Attention : Shameeka Olden**

**Courtroom Deputy Clerk To Honorable William F. Jung   US District Judge**

**Tampa Division Middle/ District Of Florida**

801 North Florida Avenue

Tampa, Florida 33602