UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER PARIS and OXEBRIDGE
QUALITY RESOURCES
INTERNATIONAL, LLC,

    Plaintiffs,

v.                                            Case No: 8:19-cv-423-T-02SPF

WILLIAM LEVINSON, LEVINSON
PRODUCTIVITY SYSTEMS, P.C., MARC
TIMOTHY SMITH, GUBERMAN PMC,
LLC, DARYL GUBERMAN and DONALD
LABELLE,

    Defendants.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **GUBERMAN PMC, LLC** in Tampa, Florida on the 11th day of July, 2019.

                                        ELIZABETH M. WARREN, CLERK

                                        s/KM, Deputy Clerk

Copies furnished to:

Counsel of Record