UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

        Plaintiffs,

vs.

WILLIAM LEVINSON, LEVINSON
PRODUCTIVITY SYSTEMS, P.C.,
MARC TIMOTHY SMITH,
GUBERMAN PMC, LLC, DARYL
GUBERMAN and DONALD
LABELLE,

        Defendant,

_____/

CASE NO:    8:19-CV-423-T-02SPF

## **DEFENDANT, LEVINSON PRODUCITIVITY SYSTEM, P.C.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW, Defendant, LEVINSON PRODUCTIVITY SYSTEMS, P.C. , (hereinafter "LPS") by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(a), hereby files his Answer and Affirmative Defenses to Plaintiffs, CHRISTOPHER MARK PARIS and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC's, Complaint, and in support thereof states as follows:

### **JURISDICTION AND VENUE**

1. Denied.

2. Denied.

3. Denied as to LPS; otherwise, without knowledge therefore denied.

4. Denied.

5. Without knowledge therefore denied.

6. Admitted that the case law cited speaks for itself.

7. Denied.

8. Denied.

9. Denied as to LPS; otherwise, without knowledge therefore denied.

10. Without knowledge therefore denied.

11. Without knowledge therefore denied.

12. Without knowledge therefore denied.

13. Denied.

14. Admitted.

15. Admitted.

16. Denied.

17. Denied.

18. Denied as phrased.

19. Denied as phrased.

20. Without knowledge therefore denied.

21. Without knowledge therefore denied.

22. Without knowledge therefore denied.

23. Without knowledge therefore denied.

24. Without knowledge therefore denied.

25. Without knowledge therefore denied.

26. Without knowledge therefore denied.

27. Without knowledge therefore denied.

28. Without knowledge therefore denied.

29. Without knowledge therefore denied.

30. Without knowledge therefore denied.

31. Without knowledge therefore denied.

32. Without knowledge therefore denied.

33. Without knowledge therefore denied.

34. Without knowledge therefore denied.

35. Without knowledge therefore denied.

36. Without knowledge therefore denied.

37. Without knowledge therefore denied.

     i.    Without knowledge therefore denied.

     ii.    Without knowledge therefore denied.

     iii.    Without knowledge therefore denied.

     iv.    Without knowledge therefore denied.

     v.    Without knowledge therefore denied.

     vi.    Without knowledge therefore denied.

38. Without knowledge therefore denied.

39. Without knowledge therefore denied.

40. Without knowledge therefore denied.

41. Without knowledge therefore denied.

42. Denied.

43. Denied.

44. Without knowledge therefore denied.

## **FACTUAL ALLEGATIONS**

## I.    CHRISTOPHER PARIS AND OXEBRIDGE QUALITY RESOURCES, LLC

45. Without knowledge therefore denied.

46. Admitted as to an over generalized characterization of ISO 9000 standards and implementation.

47. Without knowledge therefore denied.

48. Without knowledge therefore denied.

49. Without knowledge therefore denied.

50. Without knowledge therefore denied.

51. Without knowledge therefore denied.

52. Without knowledge therefore denied.

53. Without knowledge therefore denied.

54. Without knowledge therefore denied.

55. Without knowledge therefore denied.

56. Without knowledge therefore denied.

57. Without knowledge therefore denied.

58. Without knowledge therefore denied.

## II.    WILLIAM LEVINSON AND LEVINSON PRODUCTIVITY SYSTEMS

59. Denied.

60. Denied as phrased.

61. Denied.

62. Denied.

63. Denied as phrased.

64. Denied as phrased.

65. Denied as phrased.

66. Denied as phrased.

67. Denied as phrased.

68. Denied as phrased.

69. Denied as phrased.

70. Denied as phrased.

71. Denied as phrased.

72. Denied as phrased.

73. Denied.

74. Denied as phrased.

75. Denied.

76. Denied as to all subparts

    i.    Denied.

    ii.    Denied.

    iii.    Denied.

    iv.    Denied.

    v.    Denied.

    vi.    Denied.

    vii.    Denied.

77. Denied.

78. Denied.

79. Denied.

## **LEVINSON'S DEFAMATORY TWEETS**

80. Denied as phrased.

81. Denied as phrased.

82. Denied as phrased.

83. Denied as phrased.

84. Denied as phrased.

85. Denied as phrased.

86. Denied as phrased.

87. Denied as phrased.

## LEVINSON'S MULTIPLE INSTANCES OF DEFAMATION ON AMAZON.COM

88. Without knowledge, therefore denied.

89. Without knowledge, therefore denied.

90. Denied as phrased.

91. Denied as phrased.

92. Denied as phrased.

93. Denied as phrased.

94. Admitted.

95. Without knowledge, therefore denied.

96. Denied as phrased.

97. Denied.

## LEVINSON'S TORTIOUS INTERFERENCE WITH OXEBRIDGE'S CLIENTS

98. Denied.

99. Denied as phrased.

100.    Denied.

101.   Denied as phrased.

102.   Denied as phrased.

103.   Denied.

104.   Denied as phrased.

105.   Denied as phrased.

106.   Denied.

107.   Denied as phrased.

## TORTIOUS INTERFERENCE BY LEVINSON WITH PARIS' EMPLOYER

108.   Denied as phrased.

109.   Denied as phrased.

110.   Denied as phrased.

111.   Denied.

112.   Denied as phrased.

113.   Denied as phrased.

## LEVINSON CREATES INFRINGING WEBSITES TO DISPARAGE OXEBRIDGE

114.   Denied.

115.   Denied as phrased.

116.   Denied as phrased.

    i.   Denied as phrased.

    ii.   Denied as phrased.

    iii.   Denied as phrased.

    iv.   Denied as phrased.

    v.   Denied as phrased.

117.    Denied as phrased.

118.    Denied as phrased.

119.    Denied as phrased.

120.    Denied as phrased.

121.    Denied as phrased.

122.    Denied as phrased.

123.    Denied as phrased.

124.    Denied as phrased.

125.    Denied as phrased.

126.    Denied as phrased.

127.    Denied as phrased.

128.    Denied as phrased.

129.    Denied as phrased.

    i.    Denied as phrased.

    ii.    Denied as phrased.

    iii.    Denied as phrased.

    iv.    Denied as phrased.

130.    Denied as phrased.

131.    Denied as phrased.

132.    Denied as phrased.

133.    Denied as phrased.

134.    Denied as phrased.

135.    Denied as phrased.

136.   Denied.

137.   Denied.

138.   Denied as phrased.

139.   Denied.

## III.   DARYL GUBERMAN, DONALD LABELLE, & GUBERMAN-PMC,LLC

140.   Defendant incorporates paragraphs 1-139 as though fully set forth herein; otherwise denied as to all.

   a.   Without knowledge; therefore, denied.

   b.   Without knowledge; therefore, denied.

   c.   Without knowledge; therefore, denied.

   d.   Without knowledge; therefore, denied.

   e.   Without knowledge; therefore, denied.

   f.   Without knowledge; therefore, denied.

   g.   Without knowledge; therefore, denied.

   h.   Without knowledge; therefore, denied.

   i.   Without knowledge; therefore, denied.

   j.   Without knowledge; therefore, denied.

141.   Without knowledge; therefore, denied.

142.   Without knowledge; therefore, denied.

143.   Without knowledge; therefore, denied.

144.   Denied.

145.   Denied.

146.   Without knowledge; therefore, denied.

147.   Denied.

148.   Denied.

149.   Without knowledge; therefore, denied.

150.   Without knowledge; therefore, denied.

151.   Without knowledge; therefore, denied.

152.   Without knowledge; therefore, denied.

153.   Without knowledge; therefore, denied.

154.   Without knowledge; therefore, denied.

155.   Without knowledge; therefore, denied.

156.   Without knowledge; therefore, denied.

157.   Without knowledge; therefore, denied.

158.   Without knowledge; therefore, denied.

159.   Without knowledge; therefore, denied.

160.   Without knowledge; therefore, denied.

    a.   Without knowledge; therefore, denied.

    b.   Without knowledge; therefore, denied.

    c.   Without knowledge; therefore, denied.

    d.   Without knowledge; therefore, denied.

    e.   Without knowledge; therefore, denied.

    f.   Without knowledge; therefore, denied.

    g.   Without knowledge; therefore, denied.

    h.   Without knowledge; therefore, denied.

    i.   Without knowledge; therefore, denied.

j.  Without knowledge; therefore, denied.

k.  Without knowledge; therefore, denied.

l.  Without knowledge; therefore, denied.

m.  Without knowledge; therefore, denied.

n.  Without knowledge; therefore, denied.

o.  Without knowledge; therefore, denied.

p.  Without knowledge; therefore, denied.

161.  Denied.

a.  Denied.

b.  Denied.

c.  Denied.

d.  Denied.

e.  Denied.

f.  Denied.

g.  Denied.

h.  Denied.

i.  Denied.

j.  Denied.

k.  Denied.

162.  Without knowledge; therefore, denied.

163.  Without knowledge; therefore, denied.

164.  Without knowledge; therefore, denied.

165.  Without knowledge; therefore, denied.

166.   Without knowledge; therefore, denied.

167.   Without knowledge; therefore, denied.

168.   Without knowledge; therefore, denied.

169.   Without knowledge; therefore, denied.

170.   Without knowledge; therefore, denied.

171.   Without knowledge; therefore, denied.

172.   Without knowledge; therefore, denied.

173.   Without knowledge; therefore, denied.

174.   Without knowledge; therefore, denied.

175.   Without knowledge; therefore, denied.

176.   Without knowledge; therefore, denied.

177.   Without knowledge; therefore, denied.

178.   Without knowledge; therefore, denied.

179.   Without knowledge; therefore, denied.

180.   Without knowledge; therefore, denied.

181.   Without knowledge; therefore, denied.

182.   Without knowledge; therefore, denied.

183.   Without knowledge; therefore, denied.

184.   Without knowledge; therefore, denied.

185.   Without knowledge; therefore, denied.

186.   Without knowledge; therefore, denied.

187.   Without knowledge; therefore, denied.

(a) Without knowledge; therefore, denied.

188. Without knowledge; therefore, denied.

189. Without knowledge; therefore, denied.

190. Without knowledge; therefore, denied.

191. Without knowledge; therefore, denied.

192. Denied as phrased.

193. Without knowledge; therefore, denied.

194. Without knowledge; therefore, denied.

   (a) Without knowledge; therefore, denied.

195. Without knowledge; therefore, denied.

196. Without knowledge; therefore, denied.

197. Without knowledge; therefore, denied.

198. Without knowledge; therefore, denied.

## IV.   MARC SMITH AND CAYMAN BUSINESS SYSTEMS

199. Without knowledge; therefore, denied.

200. Without knowledge; therefore, denied.

201. Without knowledge; therefore, denied.

202. Without knowledge; therefore, denied.

203. Without knowledge; therefore, denied.

204. Without knowledge; therefore, denied.

205. Without knowledge; therefore, denied.

206. Without knowledge; therefore, denied.

207. Without knowledge; therefore, denied.

208. Without knowledge; therefore, denied.

209. Without knowledge; therefore, denied.

210. Denied.

211. Without knowledge; therefore, denied.

212. Without knowledge; therefore, denied.

213. Without knowledge; therefore, denied.

214. Without knowledge; therefore, denied.

215. Without knowledge; therefore, denied.

216. Without knowledge; therefore, denied.

217. Without knowledge; therefore, denied.

218. Without knowledge; therefore, denied.

219. Without knowledge; therefore, denied.

220. Without knowledge; therefore, denied.

    a. Without knowledge; therefore, denied.

    b. Without knowledge; therefore, denied.

    c. Without knowledge; therefore, denied.

    d. Without knowledge; therefore, denied.

    e. Without knowledge; therefore, denied.

    f. Without knowledge; therefore, denied.

221. Without knowledge; therefore, denied.

222. Without knowledge; therefore, denied.

223. Without knowledge; therefore, denied.

224. Without knowledge; therefore, denied.

225. Without knowledge; therefore, denied.

226.   Without knowledge; therefore, denied.

227.   Without knowledge; therefore, denied.

## COUNT I – DEFAMATAION / LIBEL AGAINST WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEMS, PC, MARC SMITH, DARYL GUBERMAN, GUBERMAN PMS, AND DONALD LABELLE

228. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise, denied as to all.

229. Denied.

230. Denied.

231. Denied.

232. Denied.

233. Denied.

234. Denied.

235. Denied.

236. LPS  hereby denies and moves to strike all damages prayed for in any "WHEREFORE" clause following paragraph 236 of Plaintiff's Complaint, including but not limited to pre and post judgement interest, costs, and attorney's fees, and demands strict proof thereof.

## COUNT II – TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP AGAINST WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, MARC SMITH, DARYL GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE

237. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise, denied as to all.

238. Without knowledge therefore denied.

239. Denied.

240. Denied.

241. Denied.

242. Denied.

243. LPS hereby denies and moves to strike all damages prayed for in any
"WHEREFORE" clause following paragraph 242 of Plaintiff's Complaint, including
but not limited to pre and post judgement interest, costs, and attorney's fees, and
demands strict proof thereof.

## COUNT III – FEDERAL ANTI-CYBERSQUATTING (ANTI-CYBERPIRACY) (15 U.S.C. § 115(D)(1)(A)) AGAINST LEVINSON AND SMITH

244. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise,
denied as to all.

245. Denied.

246. Without knowledge therefore denied.

247. Without knowledge therefore denied.

248. Denied.

249. Denied as phrased.

250. Denied.

251. Denied as phrased.

252. Denied as phrased.

253. LPS hereby denies and moves to strike all damages prayed for in any
"WHEREFORE" clause following paragraph 252 of Plaintiff's Complaint, including

but not limited to pre and post judgement interest, costs, and attorney's fees, and demands strict proof thereof.

## COUNT IV – TRADEMARK INFRINGEMENT (15 U.S.C. § 114) AGAINST LEVINSON AND SMITH

254. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise, denied as to all.

255. Without knowledge therefore denied.

256. Denied.

257. Denied.

258. Denied.

259. Denied.

260. LPS hereby denied and moves to strike all damages prayed for in any "WHEREFORE" clause following paragraph 259 of Plaintiff's Complaint, including but not limited to pre and post judgement interest, costs, and attorney's fees, and demands strict proof thereof.

## COUNT V – FLORIDA UNFAIR COMPETITION – TRADEMARK INFRINGEMENT AGAINST LEVINSON AND SMITH

261. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise, denied as to all.

262. Denied as phrased.

263. Without knowledge therefore denied.

264. Denied.

265. Denied as phrased.

266. Denied.

267. Denied.

268. Denied.

269. Denied.

270. LPS hereby denied and moves to strike all damages prayed for in any

"WHEREFORE" clause following paragraph 269 of Plaintiff's Complaint, including

but not limited to pre and post judgement interest, costs, and attorney's fees, and

demands strict proof thereof.

## COUNT VI – MISREPRESENTATION OF COPYRIGHT CLAIMS UNDER THE

## DIGITAL MILLENIUM COPYRIGHT ACT ("DMCA") 17 U.S.C. §512 AGAINST

## DARYL GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE

271. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise,

denied as to all.

272. Without knowledge; therefore, denied.

273. Without knowledge; therefore, denied.

274. Without knowledge; therefore, denied.

275. Without knowledge; therefore, denied.

276. Without knowledge; therefore, denied.

277. Without knowledge; therefore, denied.

278. Without knowledge; therefore, denied.

279. Without knowledge; therefore, denied.

280. Without knowledge; therefore, denied.

281. Without knowledge; therefore, denied.

282. Without knowledge; therefore, denied.

283. Without knowledge; therefore, denied.

284. Without knowledge; therefore, denied.

285. Without knowledge; therefore, denied.

286. Without knowledge; therefore, denied.

287. Without knowledge; therefore, denied.

288. Without knowledge; therefore, denied.

289. Without knowledge; therefore, denied.

290. Without knowledge; therefore, denied.

## COUNT VII: ABUSE OF PROCESS AGAINST DARYL GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE

291. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise, denied as to all.

292. Without knowledge; therefore, denied.

293. Without knowledge; therefore, denied.

294. Without knowledge; therefore, denied.

295. Without knowledge; therefore, denied.

296. Without knowledge; therefore, denied.

297. Without knowledge; therefore, denied.

298. Without knowledge; therefore, denied.

## COUNT VIII: WIRETAPPING, VIOLATION OF FLORIDA STATUTE 934.03, AGAINST DARYL GUBERMAN

299. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise, denied as to all.

300. Without knowledge; therefore, denied.

301. Without knowledge; therefore, denied.

302. Without knowledge; therefore, denied.

303. Without knowledge; therefore, denied.

304. Without knowledge; therefore, denied.

305. Without knowledge; therefore, denied.

306. Without knowledge; therefore, denied.

307. Without knowledge; therefore, denied.

308. Without knowledge; therefore, denied.

## COUNT IX: INTERCEPTION OF ELECTRONIC COMMUNICATIONS IN VIOLATION OF THE WIRETAP ACT, 18 U.S.C. §2511(1)(A) AGAINST DEFENDANT GUBERMAN

309. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise, denied as to all.

310. Without knowledge; therefore, denied.

311. Without knowledge; therefore, denied.

312. Without knowledge; therefore, denied.

313. Without knowledge; therefore, denied.

## COUNT X: FOR DISCLOSURE OF INTERCEPTED ELECTRONIC COMMUNICATIONS IN VIOLATION OF THE WIRETAP ACT, 18 U.S.C. § 2511(1)(C) AGAINST DEFENDANTS GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE

313. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise, denied as to all.

314. Without knowledge; therefore, denied.

315. Without knowledge; therefore, denied.

316. Without knowledge; therefore, denied.

317. Without knowledge; therefore, denied.

## COUNT XI: (INVASION OF PROVACY-INTRUSION UPON SECLUSION) AGAINST DEFENDANTS GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE

318. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise, denied as to all.

319. Without knowledge; therefore, denied.

320. Without knowledge; therefore, denied.

321. Without knowledge; therefore, denied.

322. Without knowledge; therefore, denied.

323. Without knowledge; therefore, denied.

324. Without knowledge; therefore, denied.

325. Without knowledge; therefore, denied.

326. Without knowledge; therefore, denied.

## COUNT XII: CIVIL CONSPIRACY AGAINST WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEMS, PC, MARC SMITH, DARYL GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE

327. Defendant incorporates paragraphs 1-227 as though fully set forth herein; otherwise, denied as to all.

328. Admitted.

329. Admitted.

330. Denied.

331. Denied.

332. Denied.

333. Denied.

334. LPS hereby denies and moves to strike all damages prayed for in any "WHEREFORE" clause following paragraph 333 of Plaintiff's Complaint, including but not limited to pre and post judgement interest, costs, and attorney's fees, and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

1. Defendant, LPS, states that the statements Plaintiff has alleged to be defamatory / libelous are true.

2. Defendant, LPS, states that the statements Plaintiff has alleged to be defamatory / libelous are statements of opinion.

3. Defendant, LPS, states that the statements Plaintiff has alleged to be defamatory / libelous are statements of fair comment.

4. Defendant, LPS, states that the actions of WILLIAM LEVINSON, or other defedants, were not that of the Defendant, LPS, and that LPS is not vicariously liable for the individual actions allegedly attributed to WILLIAM LEVINSON, or other defendants, by the Plaintiff.

5. Defendant, LPS, states that the statements Plaintiff has alleged to be defamatory / libelous are subject to a qualified privilege pursuant to reputational self-defense and to warn other about harm or danger to their reputations.

6.  Defendant, LPS states that Plaintiff's action for any allegedly defamatory / libelous statements made before February 18, 2017, are outside of the statute of limitations.

7.  Defendant, LPS, stated that Plaintiff has failed to mitigate his damages and therefore, the Plaintiff is barred from recovery against this Defendant as a matter of law.

8.  Defendant, LPS, states that any damages allegedly sustained by Plaintiff were the result of Plaintiff's own actions and fault, and, as such, no act by Defendant resulted in damage to Plaintiff.

9.  Defendant, LPS, stated that any statements allegedly made on its behalf are protected by the First Amendment of the United States Constitution.

10. Defendant, LPS, states that this Court lacks Personal Jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

11. Defendant, LPS, states that if the Plaintiff was injured as alleged, Plaintiff proximately caused or contributed to his own injury or harm, and therefore, the Plaintiff is barred from recovery, or in the alternative, any reward rendered to Plaintiff should be reduced by the amount of his own negligence.

12. The Defendant, LPS, would state that it is entitled to a set-off of all collateral source payments made or payable to the Plaintiff pursuant to both Florida Statutes and case law.

13. Defendant, LPS,  alleges that at this time, based on limited discovery, the injuries and damages complained of were the result of the sole negligence of third parties, as Fabre entities. As discovery proceeds, Defendant hereby reserves its right to set forth the names and/or identities of any Fabre non-parties who may be wholly or partially responsible for Plaintiff's alleged injuries.

14. Defendant, LPS, states Plaintiff has failed to state a claim which recovery can be made and is barred from any and all recovery.

## **DEMAND FOR JURY TRIAL**

Defendant, LPS, demands a trial by jury for all issues so triable.

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on July 31, 2019, a true and correct copy of the foregoing was served via electronic mail pursuant to Florida Rule of Judicial Administration 2.516 using Florida Middle District CM/ECF Court's E-Filing Portal, or by Regular U.S. Mail for those parties not subject to e-mail or electronic service to: *Glen H. Shrayer, Esq.*, Shrayer Law Firm, LLC, Counsel for Plaintiffs, ghs@shrayerlaw.com; *Matthew D. Miller, Esq.*, mmiller@baumanlegal.com and *Amara B. Rodriguez, Esq.*, Baumann, Gant, & Keeley, P.A.; *Daryl Guberman*, 1538 West Broad Street, Stratford, CT 06615; and *Donald LaBelle*, 44 Howarth Road, Oxford, MA 01540.

/s/ *Mark Tischhauser*
_____
Mark Tischhauser, Esquire
Florida Bar No.: 870676
The Tischhauser Law Group
6301 Memorial Highway, Suite 203
Tampa, FL 33615
Tele: (813) 243-9233
Fax: (813) 243-9234
E-mail: Service@tischhauserlaw.com
*Attorney for Defendant, Levinson Productivity System, P.C.*