UNITED STATES DISTRICT COURT
MIDDLE DISRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC
Plaintiffs
v.                                                                        CASE 8:19-cv-00423-WFS-SPF
WILLIAM LEVINSON and LEVINSON
PRODUCTIVITY SYSTEM, PC, a
Pennsylvania Corporation; MARK
TIMOTHY SMITH, individually, and
d/b/a CAYMAN BUSINESS SYSTEMS;
GUBERMAN PMC, a Connecticut
LLC; Daryl Guberman, individually;
DONALD LABELLE, individually,
Defendants.

NOTICE OF APPEARANCE OF COUNSEL
FOR CORPORATE DEFENDANT GUBERMAN PMC, LLC

PLEASE TAKE NOTICE of the appearance of Bruce Alexander Minnick as counsel for corporate defendant GUBERMAN PMC, LLC.

Please mark your records to reflect Mr. Minnick's appearance in this cause to be sure he receives copies of all documents filed.

Respectfully submitted,
/s/ *Bruce Alexander Minnick*

Bruce Alexander Minnick
Florida Bar No. 250295
3810 Buck Lake Road, Unit 607
Tallahassee, FL 32308
Telephone 850.893.6091
Email bammab1@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice of appearance has been served electronically on all counsel appearing in this cause and served by U.S. mail to all parties not represented by counsel on this 1st day of August 2019.

/s/ *Bruce Alexander Minnick*