UNITED STATES DISTRICT COURT
MIDDLE DISRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC,

Plaintiffs,

v.                                                                                  CASE 8:19-cv-00423-WFS-SPF

WILLIAM LEVINSON and LEVINSON
PRODUCTIVITY SYSTEM, PC, a
Pennsylvania Corporation; MARK
TIMOTHY SMITH, individually, and
d/b/a CAYMAN BUSINESS SYSTEMS;
GUBERMAN PMC, a Connecticut
LLC; Daryl Guberman, individually;
DONALD LABELLE, individually,

Defendants.

**ANSWER, DEFENSES AND AFFIRMATIVE DEFENSES
OF CORPORATE DEFENDANT GUBERMAN PMC, LLC**

Defendant Guberman PMC, LLC, appearing through its undersigned attorney hereby files its initial Answer, Defenses and Affirmative Defenses and states the following facts and affirmative averments to each paragraph in the Verified Complaint *in seriatim*.

**JURISDICTION AND VENUE**

1. Denied.
2. Denied.
3. Denied.
4. Denied.
5. Denied.
6. Admit.

1

7. Denied.

8. Denied.

9. Denied.

10. Without knowledge.

11. Denied.

12. Without knowledge.

13. Without knowledge.

14. Without knowledge.

15. Without knowledge.

16. Without knowledge.

17. Without knowledge.

18. Without knowledge.

19. Denied.

20. Admit.

21. Denied.

22. Denied.

23. Without knowledge.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Without knowledge.

29. Without knowledge.

30. Without knowledge.

31. Without knowledge.

32. Without knowledge.

33. Without knowledge.

34. Without knowledge.

35. Without knowledge.

36. Without knowledge.

37. Without knowledge.

38. Without knowledge.

39. Without knowledge.

40. Without knowledge.

41. Without knowledge.

42. Denied.

43. Denied.

44. Without knowledge.

## FACTUAL ALLEGATIONS

I.  CHRISTOPHER PARIS AND OXBRIDGE QUALITY RESOURCES, LLC

45. Without knowledge.

46. Without knowledge.

47. Without knowledge.

48. Without knowledge.

49. Without knowledge.

50. Without knowledge.

51. Without knowledge.

52. Without knowledge.

53. Without knowledge.

54. Without knowledge.

55. Without knowledge.

56. Without knowledge.

57. Without knowledge.

58. Without knowledge.

**II.	WILLIAM LEVINSON AND LEVINSON PRODUCTIVITY SYSTEM, PC**

59. Without knowledge.

60. Without knowledge.

61. Without knowledge.

62. Without knowledge.

63. Without knowledge.

64. Without knowledge.

65. Without knowledge.

66. Without knowledge.

67. Without knowledge.

68. Without knowledge.

69. Without knowledge.

70. Without knowledge.

71. Without knowledge.

72. Without knowledge.

73. Without knowledge.

74. Without knowledge.

75. Without knowledge.

76. Without knowledge.

77. Without knowledge.

78. Without knowledge.

79. Without knowledge.

80. Without knowledge.

## LEVINSON'S DEFAMATORY TWEETS

81. Without knowledge.

82. Without knowledge.

83. Without knowledge.

84. Without knowledge.

85. Without knowledge.

86. Without knowledge.

87. Without knowledge.

## LEVINSON'S MULTIPLE INSTANCES OF DEFAMATION ON AMAZON.COM

88. Without knowledge.

89. Without knowledge.

90. Without knowledge.

91. Without knowledge.

92. Without knowledge.

93. Without knowledge.

94. Without knowledge.

95. Without knowledge.

96. Without knowledge.

97. Without knowledge.

### LEVINSON'S TORTIOUS INTERFERENCE WITH OXBRIDGE'S CLIENTS

98. Without knowledge.

99. Without knowledge.

100.   Without knowledge.

101.   Without knowledge.

102.   Without knowledge.

103.   Without knowledge.

104.   Without knowledge.

105.   Without knowledge.

106.   Without knowledge.

107.   Without knowledge.

### TORTIOUS INTERFERENCE BY LEVINSON WITH PARIS' EMPLOYER

108.   Without knowledge.

109.   Without knowledge.

110.   Without knowledge.

111.   Without knowledge.

112.   Without knowledge.

113. Without knowledge.

**LEVINSON CREATES INFRINGING WEBSITES TO DISPARAGE OXEBRIDGE**

114. Without knowledge.

115. Without knowledge.

116. Without knowledge.

117. Without knowledge.

118. Without knowledge.

119. Without knowledge.

120. Without knowledge.

121. Without knowledge.

122. Without knowledge.

123. Without knowledge.

124. Without knowledge.

125. Without knowledge.

126. Without knowledge.

127. Without knowledge.

128. Without knowledge.

129. Without knowledge.

130. Without knowledge.

131. Without knowledge.

132. Without knowledge.

133. Without knowledge.

134. Without knowledge.

135. Without knowledge.

136. Without knowledge.

137. Denied.

138. Denied.

139. Without knowledge.

140. Without knowledge.

### III. DARYL GUBERMAN, DONALD LABELLE & GUBERMAN PMC, LLC

141. Denied.

142. Denied.

143. Denied.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

156. Denied.

157. Denied.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

162. Denied.

163. Denied.

164. Denied.

165. Denied.

166. Denied.

167. Denied.

168. Denied.

169. Denied.

170. Denied.

171. Denied.

172. Denied.

173. Denied.

174. Denied.

175. Denied.

176. Denied.

177. Denied.

178. Denied.

179. Denied.

180. Denied.

181. Denied.

182. Denied.

183. Denied.

184. Denied.

185. Denied.

186. Denied.

187. Denied.

188. Denied.

189. Denied.

190. Denied.

191. Denied.

192. Denied.

193. Denied.

194. Denied.

195. Denied.

196. Denied.

197. Denied.

198. Denied.

199. Denied.

### IV.   MARC SMITH AND CAYMEN BUSINESS SYSTEMS

200. Without knowledge.

201. Without knowledge.

202. Without knowledge.

203. Without knowledge.

204. Without knowledge.

205. Without knowledge.

206. Without knowledge.

207. Without knowledge.

208. Without knowledge.

209. Without knowledge.

210. Without knowledge.

211. Without knowledge.

212. Without knowledge.

213. Without knowledge.

214. Without knowledge.

215. Without knowledge.

216. Without knowledge.

217. Without knowledge.

218. Without knowledge.

219. Without knowledge.

220. Without knowledge.

221. Without knowledge.

222. Without knowledge.

223. Without knowledge.

224. Without knowledge.

225. Without knowledge.

226. Without knowledge.

227. Without knowledge.

**COUNT I—DEFAMATION / LIBEL AGAINST WILLIAM LEVENSON, LEVINSON PRODUCTIVITY SYSTEM, PC, MARC SMITH, DARYL GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE**

228. Defendant Guberman PMC, LLC incorporates its responses tp paragraphs 1-227.

229. Denied.

230. Denied.

231. Denied.

232. Denied.

233. Denied.

234. Denied.

235. Denied.

236. Denied.

**COUNT II—TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP AGAINST WILLIAM LEVENSON, LEVINSON PRODUCTIVITY SYSTEM, PC, MARC SMITH, DARYL GUBERMAN, GUBERMAN PMC, LLC AND DONALD LABELLE**

237. Defendant Guberman PMC, LLC incorporates its responses to paragraphs 1-227.

238. Denied.

239. Denied.

240. Denied.

241. Denied.

242. Denied.

243. Denied.

## COUNT III—FEDERAL ANTI-CYBERSQUATTING (ANTI-CYBERCONSPIRACY) (15 U.S.C. § 1125(D)(I)(A) AGAINST LEVINSON AND SMITH

244. Defendant Guberman PMC, LLC incorporates its responses to paragraphs 1-227.

245. Denied.

246. Denied.

247. Denied.

248. Denied.

249. Denied.

250. Denied.

251. Denied.

252. Denied.

253. Denied.

## COUNT IV—TRADEMARK INFRINGEMENT (15 U.S.C. § 1114) AGAINST LEVINSON AND SMITH

254. Defendant Guberman PMC, LLC incorporates its responses to paragraphs 1-227.

255. Denied.

256. Denied.

257. Denied.

258. Denied.

259. Denied.

260. Denied.

## COUNT V—FLORIDA UNFAIR COMPETITION—TRADEMARK INFRINGEMENT AGAINST LEVINSON AND SMITH

261. Defendant Guberman PMC, LLC incorporates its responses paragraphs 1-227.

262. Denied.

263.   Denied.

264.   Denied.

265.   Denied.

266.   Denied.

267.   Denied.

268.   Denied.

269.   Denied.

270.   Denied.

**COUNT VI—MISREPRESENTATION OF COPYRIGHT CLAIMS UNDER THE DIGITAL MILLENIUM COPYRIGHT ACT ("DMCA") 17 U.S.C § 512 AGAINST DARYL GUBERMAN, GUBERMAN PMC, LLC, AND DONALD LABELLE**.

271.   Defendant Guberman PMC, LLC incorporates its responses to paragraphs 1-227.

272.   Denied.

273.   Denied.

274.   Denied.

275.   Denied.

276.   Denied.

277.   Denied.

278.   Denied.

279.   Denied.

280.   Denied.

281.   Denied.

282.   Denied.

283.   Denied.

284. Denied.

285. Denied.

286. Denied.

287. Denied.

288. Denied.

289. Denied.

290. Denied.

### COUNT VII—ABUSE OF PROCESS AGAINST DARYL GUBERMAN, GUBERMAN PMC, LLC AND DONALD LABELLE

291. Defendant Guberman PMC, LLC incorporates its responses to paragraphs 1-227.

292. Denied.

293. Denied.

294. Denied.

295. Denied.

296. Denied.

297. Denied.

298. Denied

### COUNT VIII—WIRETAPPING, VIOLATION OF FLORIDA STATUTE 934.03, AGAINST DARYL GUBERMAN

299. Defendant Guberman PMC, LLC incorporates its responses to paragraphs 1-227.

300. Denied.

301. Denied.

302. Denied.

303. Denied.

304. Denied.

305. Denied.

306. Denied.

307. Denied.

308. Denied.

**COUNT IX—INTERCEPTION OF ELECTRONIC COMMUNICATIONS IN VIOLATION OF THE WIRETAP ACT, 18 U.S.C. § 2511(1)(A) AGAINST DEFENDANT GUBERMAN**

309. Defendant Guberman PMC, LLC incorporates its responses to paragraphs 1-227.

310. Denied.

311. Denied.

312. Denied.

**COUNT X—DISCLOSURE OF INTERCEPTED ELECTRONIC COMMUNICATIONS IN VIOLATION OF THE WIRETAP ACT, 18 U.S.C. §2511(1)(C) AGAINST DEFENDANTS GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE**

313. Defendant Guberman PMC, LLC incorporates its responses to paragraphs 1-227.

314. Denied.

315. Denied.

316. Denied.

317. Denied.

**COUNT XI—INVASION OF PRIVACY-INTRUSION UPON SELECTION AGAINST DEFENDANTS GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE**

318. Defendant Guberman PMC, LLC incorporates its responses to paragraphs 1-227.

319. Denied.

320. Denied.

321. Denied.

322. Denied.

323. Denied.

324. Denied.

325. Denied.

326. Denied.

### COUNT XII—CIVIL CONSPIRACY AGAINST WILLIAM LEVENSON, LEVINSON PRODUCTIVITY, PC, MARC SMITH, DARYL GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE

327. Defendant Guberman PMC, LLC incorporates its responses to paragraphs 1-227.

328. Denied.

329. Denied.

330. Denied.

331. Denied.

332. Denied.

333. Denied.

334. Denied.

### DEFENSES AND AFFIRMATIVE DEFENSES

1. Defendant Guberman PMC, LLC affirmatively avers that the Honorable Court lacks personal jurisdiction pursuant to Rule 12(b)(1), Federal Rules of Civil Procedure.

2. Defendant Guberman PMC, LLC affirmatively avers that Plaintiff has failed to state a legal claim upon which relief can be awarded and is barred from all recovery in this action.

3. Defendant Guberman PMC, LLC affirmatively avers that Plaintiff has failed to mitigate his alleged damages and is barred from recovery against Defendant Guberman PMC, LLC.

4. Defendant Guberman PMC, LLC affirmatively avers that any alleged damages suffered by Plaintiff were the direct or indirect result of his own actions, non-actions and fault, and accordingly no act by Defendant Guberman PMC, LLC caused any damages.

5. Defendant Guberman PMC, LLC affirmatively avers that if Plaintiff suffered any injury as alleged, Plaintiff caused or contributed to his injury and is therefore barred from all recovery; or alternatively, any award should be reduced because of his own negligence.

6. Defendant Guberman PMC, LLC affirmatively avers that Defendant's alleged defamatory or libelous acts taken before February 18, 2017 are barred by the statute of limitations.

7. Defendant Guberman PMC, LLC affirmatively avers that all statements Plaintiff has alleged as defamatory or libelous are true statements made by other defendants.

8. Defendant Guberman PMC, LLC affirmatively avers that all statements Plaintiff has alleged as defamatory or libelous are statements of opinion made by other defendants.

9. Defendant Guberman PMC, LLC affirmatively avers that all statements Plaintiff has alleged as defamatory or libelous are statements of fair comment made by other defendants.

10. Defendant Guberman PMC, LLC affirmatively avers that none of the statements or actions of Daryl Guberman or any other defendant were statements or actions of Defendant Guberman PMC, LLC, and further avers that Defendant Guberman PMC, LLC cannot be held vicariously liable for any statements or actions of any of the individual defendants.

11. Defendant Guberman PMC, LLC affirmatively avers that all statements alleged to be defamatory or libelous are protected by a qualified privilege pursuant to reputational self-defense and to warn other persons about danger or harm to their reputation.

12. Defendant Guberman PMC, LLC affirmatively avers that Defendant Guberman PMC, LLC is entitled to a monetary setoff of all payments received by Plaintiff from all other collateral sources-including insurance proceeds-pursuant to Florida law.

13. Defendant Guberman PMC, LLC affirmatively avers that-at this very early stage of these proceedings-it appears very likely that the alleged injury and resulting damages were caused-at least in substantial part-by the negligence of unidentified third parties the identity of which may be revealed during the discovery phase. Defendant reserves all related rights.

**WHEREFORE,** Defendant Guberman PMC, LLC now having answered all 334 paragraphs of allegations set forth under 12 separate counts with collectively comprise the Plaintiff's 64 page Verified Complaint; and now having set forth its initial Answer, Defenses and Affirmative defenses to each allegation and each count, respectfully suggests that this Honorable Court should consider and then deny each and every count presented, and also award Defendant Guberman PMC, LLC its attorney fees and costs of litigation.

## DEMAND FOR JURY TRIAL

Defendant Guberman PMC, LLC demands a trial by Jury for all appropriate issues.

Respectfully submitted,

*/s/ Bruce Alexander Minnick*

Bruce Alexander Minnick, Esq.
Fla. Bar No.: 250295
3810 Buck Lake Road, F-607
Tallahassee, Florida 32308
Telephone (850) 893 6091
E-mail bammab1@gmail.com
Counsel for Defendant Guberman PMC, LLC.

CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing document and all attachments, if any, was served via electronic service to Glen H. Shrayer, Esq., Shrayer Law Firm LLC, counsel for plaintiffs, ghs@shrayer.com and to all counsel for other parties-defendant via electronic mail pursuant to Florida Rule of Judicial Administration 2.516; and by U.S. Mail to the unrepresented parties including Mr. Daryl Guberman, 1538 West Broad Street, Stratford, CT 06615 and Mr. Donald LaBelle, 44 Howarth Road, Oxford MA 01540 on August 3, 2019.

/s/ Bruce Alexander Minnick