## UNITED STATES DISTRICT COURT
## MIDDLE DISRICT OF FLORIDA
## TAMPA DIVISION

CHRISTOPHER MARK PARIS and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC,

Plaintiffs,

v.                                                    **CASE 8:19-cv-00423-WFS-SPF**

WILLIAM LEVINSON and LEVINSON
PRODUCTIVITY SYSTEM, PC, a
Pennsylvania Corporation; MARK
TIMOTHY SMITH, individually, and
d/b/a CAYMAN BUSINESS SYSTEMS;
GUBERMAN PMC, a Connecticut
LLC; Daryl Guberman, individually;
DONALD LABELLE, individually,

Defendants.

## ANSWER AND AFFIRMATIVE DEFENSES OF
## DEFENDANT DARYL GUBERMAN

The Defendant Daryl Guberman appearing individually through myself files Answer and

Affirmative Defenses, stating the following facts and affirmative averments:

## JURISDICTION AND VENUE

1. Denied

2. Denied

3. Denied

4. Denied

5. Denied

6. Without Knowledge

7. Denied

8. Denied

9. Denied

10. Without Knowledge

11. Denied

12. Without Knowledge

13. Without Knowledge

14. Without Knowledge

15. Without Knowledge

16. Without Knowledge

17. Without Knowledge

18. Without Knowledge

19. Denied

20. Admit

21. Denied

22. Denied

23. Admit

24. Denied

25. Denied

26. Denied

27. Denied

28. Without Knowledge

29. Without Knowledge

30. Without Knowledge

31. Without Knowledge

32. Without Knowledge

33. Without Knowledge

34. Without Knowledge

35. Without Knowledge

36. Without Knowledge

37. Without Knowledge

38. Without Knowledge

39. Without Knowledge

40. Without Knowledge

41. Without Knowledge

42. Denied

43. Denied

44. Denied

## FACTUAL ALLEGATIONS

### I.      CHRISTOPHER PARIS AND OXEBRIDGE QUALITY RESOURCES, LLC

45. Without Knowledge

46. Without Knowledge

47. Without Knowledge

48. Without Knowledge

49. Without Knowledge

50. Without Knowledge

51. Without Knowledge

52. Without Knowledge

53. Without Knowledge

54. Without Knowledge

55. Without Knowledge

56. Without Knowledge

57. Without Knowledge

58. Without Knowledge

### II.     WILLIAM LEVINSON AND LEVINSON PRODUCTIVITY SYSTEM, PC.

59. Without Knowledge

60. Without Knowledge

61. Without Knowledge

62. Without Knowledge

63. Without Knowledge

64. Without Knowledge

65. Without Knowledge

66. Without Knowledge

67. Without Knowledge

68. Without Knowledge

69. Without Knowledge

70. Without Knowledge

71. Without Knowledge

72. Without Knowledge

73. Without Knowledge

74. Without Knowledge

75. Without Knowledge

76. Without Knowledge

77. Without Knowledge

78. Without Knowledge

79. Without Knowledge

## LEVINSON'S DEFAMATORY TWEETS

80. Without Knowledge

81. Without Knowledge

82. Without Knowledge

83. Without Knowledge

84. Without Knowledge

85. Without Knowledge

86. Without Knowledge

87. Without Knowledge

## LEVINSON'S MULTIPLE INSTANCES OF DEFAMATION ON AMAZON.COM

88. Without Knowledge

89. Without Knowledge

90. Without Knowledge

91. Without Knowledge

92. Without Knowledge

93. Without Knowledge

94. Without Knowledge

95. Without Knowledge

96. Without Knowledge

97. Without Knowledge

## LEVINSON'S TORTIOUS INTERFERENCE WITH OXEBRIDGE'S CLIENTS

98. Without Knowledge

99. Without Knowledge

100. Without Knowledge

101. Without Knowledge

102. Without Knowledge

103. Without Knowledge

104. Without Knowledge

105. Without Knowledge

106. Without Knowledge

107. Without Knowledge

## TORTIOUS INTERFERENCE BY LEVINSON WITH PARIS' EMPLOYER

108. Without Knowledge

109. Without Knowledge

110. Without Knowledge

111. Without Knowledge

112. Without Knowledge

113. Without Knowledge

**LEVINSON CREATES INFRINGING WEBSITES TO DISPARAGE OXEBRIDGE**

114. Without Knowledge

115. Without Knowledge

116. Without Knowledge

117. Without Knowledge

118. Without Knowledge

119. Without Knowledge

120. Without Knowledge

121. Without Knowledge

122. Without Knowledge

123. Without Knowledge

124. Without Knowledge

125. Without Knowledge

126. Without Knowledge

127. Without Knowledge

128. Denied

129. Without Knowledge

130. Without Knowledge

131. Without Knowledge

132. Without Knowledge

133. Without Knowledge

134. Without Knowledge

135. Without Knowledge

136. Without Knowledge

137. Without Knowledge

138. Without Knowledge

139. Without Knowledge

### III.   DARYL GUBERMAN, DONALD LABELLE, & GUBERMAN-PMC, LLC

140. Denied

141. Denied

142. Denied

143. Denied

144. Denied

145. Denied

146. Denied

147. Denied

148. Denied

149. Denied

150. Denied

151. Denied

152. Denied

153. Denied

154. Denied

155. Denied

156. Denied

157. Denied

158. Denied

159. Denied

160. Denied

161. Denied

162. Denied

163. Denied

164. Without Knowledge

165. Denied

166. Denied

167. Denied

168. Denied

169. Denied

170. Denied

171. Denied

172. Denied

173. Denied

174. Denied

175. Denied

176. Denied

177. Denied

178. Without Knowledge

179. Denied

180. Denied

181. Denied

182. Denied

183. Denied

184. Denied

185. Without Knowledge

186. Denied

187. Denied

188. Denied

189. Denied

190. Denied

191. Denied

192. Denied

193. Denied

194. Denied

195. Denied

196. Without Knowledge

197. Denied

198. Denied

## IV.    MARC SMITH AND CAYMAN BUSINESS SYSTEMS

199. Without Knowledge

200. Without Knowledge

201. Without Knowledge

202. Without Knowledge

203. Without Knowledge

204. Without Knowledge

205. Without Knowledge

206. Without Knowledge

207. Without Knowledge

208. Without Knowledge

209. Without Knowledge

210. Denied

211. Without Knowledge

212. Without Knowledge

213. Without Knowledge

214. Without Knowledge

215. Without Knowledge

216. Without Knowledge

217. Without Knowledge

218. Without Knowledge

219. Without Knowledge

220. Without Knowledge

221. Without Knowledge

222. Without Knowledge

223. Without Knowledge

224. Without Knowledge

225. Without Knowledge

226. Without Knowledge

227. Without Knowledge


**COUNT I – DEFAMANTION / LIBEL AGAINST WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, MARC SMITH, DARYL GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE.**

228. Denied

229. Denied

230. Denied

231. Denied

232. Denied

233. Denied

234. Denied

235. Denied

236. Denied

## COUNT II – TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP

## AGAINST WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, MARC

## SMITH, DARYL GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE

237. Denied

238. Without Knowledge

238. Denied

240. Denied

241. Denied

242. Denied

243. Denied

## COUNT III -- FEDERAL ANTI-CYBERSQUATTING (ANTI-CYBERPIRACY) (15

## U.S.C. § 1125(D)(1)(A)) AGAINST LEVINSON AND SMITH

244. Without Knowledge

245. Without Knowledge

246. Without Knowledge

247. Without Knowledge

248. Without Knowledge

249. Without Knowledge

250. Without Knowledge

251. Without Knowledge

252. Without Knowledge

253. Without Knowledge

## COUNT IV - TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)

## AGAINST LEVINSON AND SMITH

254. Without Knowledge

255. Without Knowledge

256. Without Knowledge

257. Without Knowledge

258. Without Knowledge

259. Without Knowledge

260. Without Knowledge

## COUNT V –FLORIDA UNFAIR COMPETITION –

## TRADEMARK INFRINGEMENT AGAINST LEVINSON AND SMITH

261. Without Knowledge

262. Without Knowledge

263. Without Knowledge

264. Without Knowledge

265. Without Knowledge

266. Without Knowledge

267. Without Knowledge

268. Without Knowledge

269. Without Knowledge

270. Without Knowledge

## COUNT VI -- MISREPRESENTATION OF COPYRIGHT CLAIMS UNDER THE

## DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") 17 U.S.C. § 512  AGAINST

## DARYL GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE

271. Denied

272. Denied

273. Denied

274. Denied

275. Denied

276. Denied

277. Denied

278. Denied

279. Denied

280. Denied

281. Denied

282. Denied

283. Denied

284. Denied

285. Denied

286. Denied

287. Denied

288. Denied

289. Denied

290. Denied

## COUNT VII: ABUSE OF PROCESS AGAINST DARYL GUBERMAN,

## GUBERMAN PMC, AND DONALD LABELLE

291. Denied

292. Denied

293. Denied

294. Denied

295. Denied

296. Denied

297. Denied

298. Denied

## COUNT VIII: WIRETAPPING, VIOLATION OF FLORIDA STAUTE 934.03,

## AGAINST DARYL GUBERMAN

299. Denied

300. Denied

301. Denied

302. Denied

303. Denied

304. Denied

305. Denied

306. Denied

307. Denied

308. Denied

## COUNT IX: INTERCEPTION OF ELECTRONIC COMMUNICATIONS IN

## VIOLATION OF THE WIRETAP ACT, 18 U.S.C. § 2511(1)(A) AGAINST DEFENDANT

## GUBERMAN

309. Denied

310. Denied

311. Denied

312. Denied

## COUNT X: FOR DISCLOSURE OF INTERCEPTED ELECTRONIC

## COMMUNICATIONS IN VIOLATION OF THE WIRETAP ACT, 18 U.S.C. § 2511(1)(C)

## AGAINST DEFENDANTS GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE

313. Denied

314. Denied

315. Denied

316. Denied

317. Denied

## COUNT XI: (INVASION OF PRIVACY-INTRUSION UPON SECLUSION) AGAINST

## DEFENDANTS GUBERMAN, GUBERMAN PMC, AND DONALD LABELLE

318. Denied

319. Denied

320. Denied

321. Denied

322. Denied

323. Denied

324. Denied

325. Denied

326. Denied

## COUNT XII: CIVIL CONSPIRACY AGAINST WILLIAM LEVINSON, LEVINSON

## PRODUCTIVITY SYSTEM, PC, MARC SMITH, DARYL GUBERMAN, GUBERMAN

## PMC, AND DONALD LABELLE

327. Denied

328. Denied

329. Denied

330. Denied

331. Denied

332. Denied

333. Denied

334. Denied

**VERIFCATION:**

Under penalty of perjury, I declare that I have read the foregoing, and the facts alleged therein

are true and correct to the best of my knowledge and belief.

_____  August 2, 2019

**Daryl Guberman**- CEO

CEO GUBERMAN-PMC, LLC

**NOTARY**

Print Name: _____Danny Casiano_____

Signature: _____Danny Casiano_____

Date: _____08/02/2019_____

Notary Stamp

DANNY CASIANO
Notary Public
Connecticut
My Commission Expires Nov 30, 2023