UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

CASE NO:    8:19-CV-423-T-02SPF

    Plaintiffs,

vs.

WILLIAM LEVINSON, LEVINSON
PRODUCTIVITY SYSTEMS, P.C.,
MARC TIMOTHY SMITH,
GUBERMAN PMC, LLC, DARYL
GUBERMAN and DONALD
LABELLE,

    Defendant,
_____/

**JOINT STIPULATION AND MOTION
FOR DISMISSAL WITH PREJUDICE**

Defendants, WILLIAM LEVINSON ("LEVINSON") and LEVINSON PRODUCTIVITY SYTEMS, P.C. ("LPC")(collectively referred to as "Defendants") and Plaintiffs, CHRISTOPHER MARK PARIS and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC (collectively referred to as "Plaintiffs"), acting through their respective counsels, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree and request a Court Order declaring as follows:

1. Plaintiff, CHRISTOPHER MARK PARIS ("PARIS") and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC's ("OXEBRIDGE") claims against WILLIAM LEVINSON ("LEVINSON") and LEVINSON PRODUCTIVITY SYSTEMS, P.C. ("LPC") shall be dismissed with prejudice, including all claims, counterclaims, and affirmative defenses with each party to bear its own attorneys' fees and costs.

2. The following postings/ articles were authored by LEVINSON and both parties agree should be removed from third-party websites and/or removed from third-party, web-based, search engine indexes as set forth in paragraph 2.3 b.vi. of the confidential settlement agreement between the parties, including but not limited to the search engines known as Google.com, Bing.com, Yahoo.com, and the like, including but not limited to:

   (a) Comments and/or postings made on the website known as "Ripoff Report," which are located at the following internet URLs:

      i. https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892#comment_1  "Proven lie from Oxebridge Quality Resources International LLC"

      ii. https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892#comment_3 "Chris Paris: The Jeff Rense of Quality Management"

      iii. https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892#comment_5 "Oxebridge and DICWP, and how we know his home was not vandalized"

      iv. https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892#comment_7 "Oxebridge ISO Standards Users Legal Defense Fund; Questionable Solicitation"

      v. https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892#comment_9 " I don't agree with most of this review, but Oxebridge has real problems"

      vi. https://www.ripoffreport.com/reports/oxebridge-quality-resources-international-llc/tampa-florida-33619/oxebridge-quality-resources-international-llc-christopher-mark-paris-publishes-fake-news-1355981 "Oxebridge Quality Resources International LLC /Christopher Mark Paris

          Publishes fake news to attack other people, businesses, and professional societies"

    vii. https://www.ripoffreport.com/reports/oxebridge-christopher-paris/tampa-florida-33619/oxebridge-christopher-paris-oxebridge-quality-resources-international-oxebridge-bankru-1335453#comment_1 "Chris Paris and Oxebridge promote intellectual property misuse and illegal tax deductions"

    viii. https://www.ripoffreport.com/reports/oxebridge-christopher-paris/tampa-florida-33619/oxebridge-christopher-paris-oxebridge-quality-resources-international-oxebridge-bankru-1335453#comment_3 "Paris told court his company was worthless"

    ix. https://www.ripoffreport.com/reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805#comment_1 "Christopher Paris and Oxebridge were sued for defamation"

    x. https://www.ripoffreport.com/reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805#comment_3 "The issue with Oxebridge is not competence but character."

    xi. [https://www.ripoffreport.com/reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805#comment_5](https://www.ripoffreport.com/reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805#comment_5) "Oxebridge's unprofessional Web site"

(b) Postings made on the website known as "Pissed Consumer," which are located at the following internet URLs:

    i. https://gourmetours-peru.pissedconsumer.com/review.html

    ii. https://oxebridge-quality-resources.pissedconsumer.com/review.html

(c) Postings made on the website known as "Complaints Board," which are located at the following internet URLs:

    i. https://www.complaintsboard.com/complaints/gourmetours-peru-division-of-oxebridge-quality-pricing-c948303.html

      ii. https://www.complaintsboard.com/complaints/oxebridge-quality-resources-international-llc-oxebridge-website-and-social-media-c970286.html

  (d) The posting made on February 15, 2017, on the website known as "Scamion," located at the following internet URL:

      i. http://www.scamion.com/oxebridge-quality-resources-10

3. The parties request that this Court adopt the terms of the Settlement Agreement between the Plaintiffs and Defendants and that this Court retains jurisdiction to enforce the terms of the Settlement Agreement, which is incorporated herein but remains confidential between the parties and will be produced by the parties upon request by the Court. A proposed order accompanies this Stipulation.

WHEREFORE, Plaintiffs and Defendants, by and through their undersigned counsel, hereby jointly stipulate and move for entry of an Order:

1. DISMISSING all of Plaintiffs' claims against the Defendants with prejudice;
2. ORDERING the links listed in paragraph 2, subparagraphs (a), (b), (c), and (d), be removed from third-party websites and/or removed from third-party, web-based, search engine indexes;
3. ADOPTING the terms of the Settlement Agreement between the Plaintiffs and Defendants; and
4. DECLARING this Court will retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and Defendants and entering dismissal with prejudice in accordance with the Settlement Agreement terms.

Respectfully submitted on this 4th day of September, 2019.

/s/ *Matthew D. Miller*  
**Matthew D. Miller, Esq.**  
Florida Bar No. 177547  
BAUMANN, GANT, & KEELEY, P.A.  
1000 North Ashley Drive, Suite 270  
Tampa, FL 33602  
Tel: (813) 252-5353  
mmiller@baumannlegal.com  
ddeboliac@baumannlegal.com  
misaac@baumannlegal.com  
*Counsel for William Levinson*

/s/ *Glen H. Shrayer*  
**Glen H. Shrayer, Esq.**  
Shrayer Law Firm, LLC  
912 South Andrews Avenue  
Ft. Lauderdale, FL 33316  
Tel: (954) 601-3732  
ghs@shrayerlaw.com  
*Counsel for Plaintiffs*

and

/s/ *Mark Tischhauser*  
**Mark Tischhauser, Esq.**  
Tischhauser Law Group  
2005 Pan Am Circle, Suite 200  
Tampa, FL 33601  
Tel: (813) 877-6442  
service@tischhauserlaw.com  
*Counsel for Levinson Productivity Systems, P.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the Florida Middle District CM/ECF filing portal to Glen H. Shrayer, Esq., Shrayer Law Firm, LLC, ghs@shrayerlaw.com, *Counsel for Plaintiff*; Mark Tischhauser, Esq., Tischhauser Law Group, service@tischhauswerlaw.com, *Counsel for Levinson Productivity Systems, P.C.*; Daryl Guberman, 1538 West Broad St., Stratford, CT 06615; and Donald Labelle, 44 Howarth Road, Oxford, MA 01540, on this 4th day of September, 2019.

**BAUMANN, GANT & KEELEY, P.A.**  
Counsel for Defendant,  
*WILLIAM LEVINSON*  
1000 N. Ashley Dr., Suite 270  
Tampa, FL 33602  
Telephone: (813) 252-5353  
Facsimile: (813) 252-6097

By: /s/ *Matthew D. Miller*  
 **Matthew D. Miller, Esq.**  
 Florida Bar No. 177547