UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, *et al.*,

    Plaintiffs,

v.                                                                    CASE NO.  8:19-cv-423-T-02SPF

WILLIAM LEVINSON, *et al.*,

    Defendants.

_____/

**O R D E R**

Upon due consideration of the Plaintiffs' Notice of Voluntary Dismissal

without prejudice against Marc Timothy Smith, individually and d/b/a Cayman

Business Systems (Dkt. 36), Defendant Marc Timothy Smith, individually and

d/b/a Cayman Business Systems, is hereby dismissed without prejudice from this

case.

    **DONE AND ORDERED** at Tampa, Florida, on September 5, 2019.


                s/*William F. Jung*
                **WILLIAM F. JUNG**
                **UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record and unrepresented parties