UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

Plaintiffs

v.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, GUBERMAN PMC, a
Connecticut Corporation, DARYL
GUBERMAN, an Individual,
DONALD LABELLE, an
Individual
_____/

Case No. 8:19-cv-00423

Judge William F. Jung
Magistrate Judge Sean P. Flynn

**JOINT MOTION OF WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC & CHRISTOPHER MARK PARIS AND OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC TO SEAL CONFIDENTIAL SETTLEMENT AGREEMENT**

COMES NOW Christopher Mark Paris, Oxebridge Quality Resources International, LLC and WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC (collectively herein referred to as the "parties"), through undersigned counsel and and hereby files this Motion to Seal the Settlement Agreement entered between the parties, and states in support thereof as follows:

1. On September 11, 2019, the Court held a hearing to discuss the Joint Stipulation of Dismissal (Doc. 66) entered by Levinson Productivity System, PC and William Levinson (collectively referred to as "Levinson") and the Plaintiffs.

2. The Joint Stipulation incorporated by reference a settlement agreement entered between the Plaintiffs and Levinson, which the Court had not yet reviewed. Accordingly, counsel

1

were directed by the Court to submit a Motion to seal in reference to the settlement agreement and to submit to the Court for an in camera inspection.

3. Accordingly, attached hereto as Exhibit "A" is the referenced settlement agreement, which is being sent to chambers directly and is not being electronically filed.

WHEREFORE, the parties pray that the Court enters an order dismissing Levinson per the terms of the joint stipulation, enters the settlement agreement into the record, sealing the content of the Confidential Settlement Agreement, and that the Court retains jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted this 13th day of September, 2019.

| | |
|---|---|
| /s/ *Matthew D. Miller* | /s/ *Glen H. Shrayer* |
| **Matthew D. Miller, Esq.** | **Glen H. Shrayer, Esq.** |
| Florida Bar No. 177547 | Shrayer Law Firm, LLC |
| BAUMANN, GANT, & KEELEY, P.A. | 912 South Andrews Avenue |
| 1000 North Ashley Drive, Suite 270 | Ft. Lauderdale, FL 33316 |
| Tampa, FL 33602 | Tel: (954) 601-3732 |
| Tel: (813) 252-5353 | ghs@shrayerlaw.com |
| mmiller@baumannlegal.com | *Counsel for Plaintiffs* |
| ddeboliac@baumannlegal.com | |
| misaac@baumannlegal.com | |
| *Counsel for William Levinson* | |

and

/s/ *Mark Tischhauser*
**Mark Tischhauser, Esq.**
Tischhauser Law Group
2005 Pan Am Circle, Suite 200
Tampa, FL 33601
Tel: (813) 877-6442
service@tischhauserlaw.com
*Counsel for Levinson Productivity Systems, P.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of this document was electronically filed with the clerk of courts in Middle District of Florida on the 13th day of September 2019.

        Respectfully submitted,

        Shrayer Law Firm, LLC.
        912 South Andrews Avenue
        Fort Lauderdale, FL 33316
        Tel.   (954) 601-3732
        Email: ghs@shrayerlaw.com

        **/s/Glen H. Shrayer**

        Glen H. Shrayer, Esq.
        Fl Bar No. 57253