UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

CASE NO:    8:19-CV-423-T-02SPF

Plaintiffs,

vs.

WILLIAM LEVINSON, LEVINSON
PRODUCTIVITY SYSTEMS, P.C.,
MARC TIMOTHY SMITH,
GUBERMAN PMC, LLC, DARYL
GUBERMAN and DONALD
LABELLE,

Defendant,

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE coming on to be heard on the foregoing Joint Stipulation and Motion for

Dismissal with Prejudice, and the Court being fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that the above-entitled action and the same is hereby

dismissed with prejudice as to Defendants, WILLIAM LEVINSON and LEVINSON

PRODUCTIVITY SYSTEMS, P.C., only, each party to bear its own costs and attorney's fees,

this action shall continue against the remaining Defendants.

**ORDERED AND ADJUDGED** that the following internet links shall be removed from

third-party websites and/or removed from third-party web-based, search engine indexes, known

as Google.com, Bing.com, Yahoo.com, and the like:

1.  Comments and/or postings made on the website known as "Ripoff Report," which are

    located at the following internet URLs:

    (a) https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-
        33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-

paris-oxebrid-1062892#comment_1 "Proven lie from Oxebridge Quality Resources International LLC"

(b) https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892#comment_3 "Chris Paris: The Jeff Rense of Quality Management"

(c) https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892#comment_5 "Oxebridge and DICWP, and how we know his home was not vandalized"

(d) https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892#comment_7 "Oxebridge ISO Standards Users Legal Defense Fund; Questionable Solicitation"

(e) https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892#comment_9 " I don't agree with most of this review, but Oxebridge has real problems"

(f) https://www.ripoffreport.com/reports/oxebridge-quality-resources-international-llc/tampa-florida-33619/oxebridge-quality-resources-international-llc-christopher-mark-paris-publishes-fake-news-1355981 "Oxebridge Quality Resources International LLC /Christopher Mark Paris Publishes fake news to attack other people, businesses, and professional societies"

(g) https://www.ripoffreport.com/reports/oxebridge-christopher-paris/tampa-florida-33619/oxebridge-christopher-paris-oxebridge-quality-resources-international-oxebridge-bankru-1335453#comment_1 "Chris Paris and Oxebridge promote intellectual property misuse and illegal tax deductions"

(h) https://www.ripoffreport.com/reports/oxebridge-christopher-paris/tampa-florida-33619/oxebridge-christopher-paris-oxebridge-quality-resources-international-oxebridge-bankru-1335453#comment_3 "Paris told court his company was worthless"

(i) https://www.ripoffreport.com/reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805#comment_1 "Christopher Paris and Oxebridge were sued for defamation"

(j) https://www.ripoffreport.com/reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805#comment_3 "The issue with Oxebridge is not competence but character."

(k) https://www.ripoffreport.com/reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805#comment_5 "Oxebridge's unprofessional Web site"

2. Postings made on the website known as "Pissed Consumer," which are located at the following internet URLs:

(a) https://gourmetours-peru.pissedconsumer.com/review.html

(b) https://oxebridge-quality-resources.pissedconsumer.com/review.html

3. Postings made on the website known as "Complaints Board," which are located at the following internet URLs:

(a) https://www.complaintsboard.com/complaints/gourmetours-peru-division-of-oxebridge-quality-pricing-c948303.html

(b) https://www.complaintsboard.com/complaints/oxebridge-quality-resources-international-llc-oxebridge-website-and-social-media-c970286.html

4. Postings made on February 15, 2017, on the website known as "Scamion," located at the following internet URL:

(a) http://www.scamion.com/oxebridge-quality-resources-10

**ORDER AND ADJUDGED** that the terms of the confidential Settlement Agreement between the Plaintiffs and the Defendants, WILLIAM LEVINSON and LEVINSON PRODUCTIVITY SYSTEMS, P.C., are hereby adopted and incorporated herein by reference for the purposes of enforcement.

**ORDERED AND ADJUDGED** that this Court will retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and Defendants and dismissal with prejudice as to

Defendants, WILLIAM LEVINSON and LEVINSON PRODUCTIVITY SYSTEMS, P.C., is

hereby entered in accordance with the confidential Settlement Agreement terms.

DONE AND ORDERED at Tampa, Florida, on _____9/13_____, 2019.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies Furnished To:**
Counsel of Record
Pro se parties