**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:19-cv-423-T-02SPF | DATE: | September 11, 2019 |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **CHRISTOPHER PARIS, et al.,**  Plaintiffs,  v.  **WILLIAM LEVINSON, et al.,**  Defendants. | **PLAINTIFF COUNSEL**  Glen H. Shrayer  **DEFENDANT COUNSEL**  Bruce Alexander Minnick (Guberman, LLC)  Mark Tischhauser (Levinson Productivity Systems)  Matthew Daniel Miller (William Levinson)  Daryl Guberman, Pro Se | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:** 8:20 AM - 8:36 PM  **TOTAL:** 16 minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**   TELEPHONIC MOTION HEARING re Joint Stipulation and Motion for Dismissal With Prejudice [66]

The Court and Counsel address the proposed order and the web entries on pages 1-3 of the order that the parties want removed from the web.  The Court advised the parties that any web host has a right to be heard in court before being ordered to act.

The parties were directed to submit the confidential settlement agreement to chambers, if they wanted the language stating that the confidential settlement agreement is adopted and incorporated by reference to remain in the order. Plaintiff should email a two-page motion to seal the settlement agreement to chambers.

The Court will sign the order of dismissal with prejudice. If the content is not removed from the web, and the parties later ask the Court to compel the web hosts, the Court will give them an opportunity to respond and be heard by the Court.