# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# (TAMPA DIVISION)

CHRISTOPHER MARK PARIS, and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

Plaintiffs,                                    Case No. 8:19-cv-00423

vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, and Individual
Daryl Guberman
_____/

## MOTION TO UNSEAL RECORDS

STATE OF FLORIDA           /

COUNTY OF HILLSBOROUGH   /

   COMES NOW, I Daryl Guberman, a pro se defendant moves that the court unseal FILE S-75 in the above captioned cause for the purpose to obtain discovery in preparation of my persons defense, and for obtaining certified copies of the documents from the file. The court is hereby reminded the confidential settlement agreement between plaintiff CHRISTOPHER MARK PARIS and defendant WILLIAM LEVINSON consisted of allegations in the complaint directed toward my persons, DARYL GUBERMAN in which I ask the court for full disclosure.

WHERFORE, PREMISES, CONSIDERED, I, pro se defendant Daryl Guberman prays that upon hearing hereof the Court allow FILE S-75 to be unsealed for the purpose to obtain discovery in preparation of my persons defense, and for obtaining certified copies of the documents from the file.

Dated at Stratford, Connecticut this 6th day of December, 2019.

Daryl Guberman

Signature: *[signature]*

Notary: Mariah Purify

Name: Mariah Purify

Signature: *[signature]*

Date: December 6, 2019

Notary seal or signature

MARIAH CANDICE PURIFOY
Notary Public
Connecticut
My Commission Expires Oct 31, 2020