UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC | Case No. 8:19-cv-00423 |
| | Judge William F. Jung |
| | Magistrate Judge Sean P. Flynn |
| Plaintiffs | |
| v. | |
| WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC, a Pennsylvania Corporation, GUBERMAN PMC, a Connecticut Corporation, DARYL GUBERMAN, an Individual, DONALD LABELLE, an Individual _____/ | |

## CHRIS PARIS AND OXEBRIDGE QUALITY RESOURCES, LLC RESPONSE TO THE MOTION TO UNSEAL CONFIDENTIAL SETTLEMENT AGREEEMENT BY DARYL GUBERMAN

COMES NOW Christopher Mark Paris, Oxebridge Quality Resources International, LLC through undersigned counsel and hereby files this Response to the Motion to Unseal the Settlement Agreement entered between WILLIAM LEVINSON, LEVINSON PRODUCTIVITY SYSTEM, PC LLC and Christopher Mark Paris, Oxebridge Quality Resources International, LLC (collectively "the parties") and states in support thereof as follows:

1. Daryl Guberman ("Guberman") has petitioned the Court to unseal the settlement agreement (Docket. 75), to which he was not a party.

2. Guberman has cited no applicable case law or statute that would force the settlement agreement to be unsealed.

3. The settlement agreement was a bilateral agreement between the parties. William Levinson, via counsel, has reiterated that he does not want the document to be unsealed.

4. Accordingly, since it is a valid agreement, the Plaintiffs cannot violate the terms of the Agreement by consenting to the relief sought by Guberman.

WHEREFORE, the Plaintiffs pray that the Court enters an order denying the Motion to unseal the settlement agreement (Docket. 75).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of this document was electronically filed with the clerk of courts in Middle District of Florida on the 17th day of December 2019.

Respectfully submitted,

Shrayer Law Firm, LLC.
912 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel.   (954) 601-3732
Email: ghs@shrayerlaw.com

**/s/Glen H. Shrayer**

Glen H. Shrayer, Esq.
Fl Bar No. 57253