UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

Plaintiffs,                                    Case No. 8:19-cv-00423-T-WFJSPF

vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation

Defendants
_____/

## DEFENDANT'S MOTION TO CHALLENGE PERSONAL AND SUBJECT MATTER JURISDICTION WHICH MUST BE PROVEN BEFORE DEFENDANT CAN PROCEED

Donald LaBelle, pro se defendant hereby challenges personal and subject matter jurisdiction which must be proven before defendant can proceed. The moving party has the burden of proof of demonstrating that the court has subject matter and personal jurisdiction over the matters and parties before it. Once the court has knowledge that jurisdiction is lacking, the court has no discretion but to dismiss the action. Failure to dismiss the action results in the court proceeding in clear absence of all jurisdiction.

The plaintiff clearly failed to demonstrate personal and subject matter jurisdiction. Therefore, jurisdiction must be proven before I (Donald Labelle) can proceed. Further, if jurisdiction is claimed, proof of jurisdiction must appear on records of the Court.

WHEREFORE, I ask the Court for remedy to accept my plea for Motion to Dismiss with prejudice for lack of personal and subject matter jurisdiction.

Respectfully submitted

Donald LaBelle