

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHRISTOPHER MARK PARIS, and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

Plaintiffs,                                    Case No. 8:19-cv-00423

vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation, and Daryl Guberman,
an Individual

Defendants
_____/

### DEFENDANT DARYL GUBERMAN'S MOTION TO DISMISS
### FOR LACK OF SUBJECT MATTER AND PERSONAL JURISDICTION
### AND PLAINTIFF'S FALSE AND MISLEADING ALLEGATIONS

I, Daryl Guberman, pro se defendant hereby challenges personal and subject matter jurisdiction. The plaintiff's complaint consisted of false and misleading allegations directed toward my persons, particularly a bogus claim of defendants (Guberman and LaBelle) posting alleged defamatory articles on the website Ripoffreport.com.

Defendant (William Levinson) has agreed to taking the responsibility of removing/deleting Ripoffreport.com articles as per terms of a settlement agreement between the plaintiff and defendant Levinson. The articles were initially alleged under certainty by the Plaintiff to have been posted by defendants "Guberman and LaBelle" (See Page 44 of Claim #192). By wrongly accusing defendants Guberman and LaBelle, it clearly demonstrates the plaintiff's lack of truth and personal knowledge in his claim.

The complaint itself is a "shotgun approach" by the plaintiff to "see what sticks" and consists of multiple statements that are misleading, confusing and contradicting. Further, the allegations are primarily directed toward groups (multiple defendants) rather than persons (individuals) which denies defendants due process. The Court itself indicated

the claim to contain "many confusing citations and allegations."

## STATEMENT OF FACTS REGARDING THE PLAINTIFF'S ACTIVITIES

I have reason to believe the claim is in retaliation of my outspoken criticism toward organizations in which the plaintiff has direct ties, particularly the ANSI-ANAB National Accreditation Board (ANAB) and the International Accreditation Forum (IAF). The plaintiff has long been a "mouth piece" and propagandist for both organizations, and a self-proclaimed "over-seer" in the ISO certification marketplace. Both organizations (ANAB and IAF) have been widely promoted/covered on the plaintiff's website Oxebridge.com. As a critic of both ANAB and IAF, which is *under the* leadership of Communist Xiao Jianhua in China, the *plaintiff has* been attempting to silence my views and efforts for calling out Anti-Democratic organizations *and for* supporting President Trump's 'America First" movement.

## PLAINTIFF'S CLAIM LACKS FACTUAL AND LEGAL SUFFICIENCY

The plaintiff's claim fails to demonstrate personal jurisdiction, and lacks factual and legal sufficiency based on primarily statements of opinions, without foundation, and does not demonstrate personal knowledge or show competency, and presents "alternative facts" to confuse, burden, and mislead defendants, and the court. Therefore, any attempts by the plaintiff to pursue or seek litigation against my own will while subjecting me to unnecessary burden and legal expenses will be considered an act of *"coercing me and/or other remaining defendant(s) into settling a merit-less claim."*

WHEREOF, I, defendant Daryl Guberman moves to dismiss Plaintiff's Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction and for containing factual and legal insufficiencies. Jurisdiction must be proven before I can proceed.

Respectfully submitted

Dated at Stratford, Connecticut this 16th day of December 2019.

Daryl Guberman

Signature: *[signature]*

Notary:

Name: Dhruvangi Parikh

Signature: *[signature]*

Date: December 16, 2019

Notary seal

DHRUVANGI N PARIKH
NOTARY PUBLIC
My Comm. Exp. July 31, 2024

*[embossed notary seal: DHRUVANGI PARIKH, NOTARY PUBLIC, CONNECTICUT]*