UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES　　　　　　　　　CASE 8:15-cv-00011
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, Individually

　Plaintiffs v.

MARC SMITH,
individually, and d/b/a
CAYMAN BUSINESS
SYSTEMS

Defendants
_____/

**DECLARATION OF GLEN H. SHRAYER, ESQ.**

　　I, GLEN H. SHRAYER, am over eighteen years of age and of sound state and mind, declare the following facts under penalty of perjury.

1. I represent Plaintiffs Oxebridge Quality Resources and Chris Paris.

2. I am an attorney, licensed to practice law in Florida, Massachusetts, and New York.

3. I have been licensed in Florida since 2008.

4. My hourly charge is $350 an hour.

**5.** Three hours were spent preparing the MOTION FOR CONTEMPT AND ORDER TO SHOW CAUSE AGAINST GUBERMAN PMC, DARYL GUBERMAN, AND DONALD LABELLE

6. Additional time will likely be spent on this matter as well if the Court sets the Motion for a Hearing to Show Cause.

7. Accordingly, Plaintiffs requests that $1,050.00, plus travel time, hearing time and hearing prep, are awarded to Plaintiffs on this Motion. It is also requested that $500 daily fine is awarded against all Defendants until they come into compliance with doc. 56 and doc. 76.

2

**This statement is true and is signed under the penalty of perjury.**

**/S/ Glen H. Shrayer**

**GLEN H. SHRAYER, ESQ.**