**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

CASE NO.   8:19-cv-423-T-02SPF         DATE:   January 7, 2020

HONORABLE: Sean P. Flynn, U.S. Magistrate Judge

CHRISTOPHER PARIS et al          Glen Shrayer
                                 Attorney for Plaintiff

v.

WILLIAM LEVINSON et al           Bruce Minnick
                                 Attorney for Defendant

COURTROOM DEPUTY: Eric Calderon       COURTROOM: 11 B

INTERPRETER / LANGUAGE: N/A

TIME: 10:06 – 10:23        TOTAL: 0:17     COURT RPTR: Digital

PROCEEDINGS: Show Cause Hearing

Plaintiff's counsel Glen Shrayer and Defense attorney Bruce Minnick appeared via telephone.

Defendant Daryl Guberman and Defendant Donald LaBelle did not appear in person or telephonically.

Court directs plaintiff's counsel to file a Notice informing the court of the selected Mediator and the date and time mediation has been scheduled.

The Court will schedule a Show Cause Hearing after Mediation.

Court Order to follow.