UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC<br><br>Plaintiffs<br><br>v.<br><br>GUBERMAN PMC, a Connecticut Corporation, DARYL GUBERMAN, an Individual, DONALD LABELLE, an Individual<br>_____/ | Case No. 8:19-cv-00423<br><br>Judge William F. Jung<br>Magistrate Judge Sean P. Flynn |

**NOTICE OF MEDIATOR SELECTION**

COMES NOW Plaintiffs, through undersigned counsel, and hereby files this Notice of Mediator Selection in accordance with the instructions during the January 7th, 2019 hearing date and Doc. 89. Defendants Daryl Guberman and Donald Labelle are invited to contact the undersigned counsel should any questions or concerns arise regarding the mediator selection.

**PLACE:** Barker & Cook, P.A., 501 E. Kennedy Boulevard, Suite 1040 Tampa, FL 33602 Telephone: (813) 489-1001

**MEDIATOR:** Chris A. Barker, Esq.

**TIME:** January 27, 2020 at 11am.

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and complete copy of this document was electronically filed with the clerk of courts in Middle District of Florida on the 7th day of January 2020.

Respectfully submitted,

Shrayer Law Firm, LLC.
912 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel.   (954) 601-3732
Email: ghs@shrayerlaw.com


**/s/Glen H. Shrayer**

Glen H. Shrayer, Esq.
Fl Bar No. 57253