**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CHRISTOPHER PARIS and OXEBRIDGE
QUALITY RESOURCES
INTERNATIONAL, LLC,

    Plaintiffs,

v.                                                Case No: 8:19-cv-423-T-02SPF

GUBERMAN PMC, LLC, DARYL
GUBERMAN and DONALD LABELLE,

    Defendants.
_____/

**ORDER APPOINTING MEDIATOR
AND SCHEDULING MEDIATION**

Pursuant to the Notice of Mediation (Dkt. 91), and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED AND ADJUDGED**:

The following individual is hereby appointed by the Court to serve as Mediator in this action, and said mediation shall not be canceled or continued without leave of Court:

|  |  |
|---|---|
| **Name of Mediator:** | Chris A. Barker |
| **Date/Time of Mediation:** | January 27, 2020<br>11:00 AM |
| **Place of Mediation:** | Barker & Cook, P.A.<br>501 E. Kennedy Boulevard, Suite 1040<br>Tampa, Florida 33602 |

The Mediator shall file a written report within **five (5) days** following the mediation conference as to the outcome.

**DONE AND ORDERED** at Tampa, Florida, on January 7, 2020.

                                                           *s/William F. Jung*
                                                           **WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE**

**COPIES TO:**   MEDIATOR
                    COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY