UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC | Case No. 8:19-cv-00423 |
| | Judge William F. Jung |
| | Magistrate Judge Sean P. Flynn |
| Plaintiffs | |
| v. | |
| GUBERMAN PMC, a Connecticut Corporation, DARYL GUBERMAN, an Individual, DONALD LABELLE, an Individual _____/ | |

## NOTICE OF FILING DARYL GUBERMAN & DONALD LABELLE EMAILS

COMES NOW the Plaintiffs, Christopher Mark Paris and Oxebridge Quality Resources International, LLC, through undersigned counsel, and files this notice of filing emails from Defendants Donald Labelle and Daryl Guberman, which demonstrate their willful disregard of the Honorable Court's Order (Doc. 92).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of this document was electronically filed with the clerk of courts in Middle District of Florida on the 11th day of January 2020.

                                           Respectfully submitted,

                                           Shrayer Law Firm, LLC.
                                           912 South Andrews Avenue
                                           Fort Lauderdale, FL 33316
                                           Tel.   (954) 601-3732
                                           Email: ghs@shrayerlaw.com

                                           **/s/Glen H. Shrayer**

                                           Glen H. Shrayer, Esq.
                                           Fl Bar No. 57253



| | |
|---|---|
| Subject | **RE: Mediation denied** |
| From | Chris Barker <Chris@barkercook.com> |
| To | Daryl Guberman-CEO <ceo@dguberman.com> |
| Cc | fillings@shrayerlaw.com <fillings@shrayerlaw.com>, Glen Shrayer <ghs@shrayerlaw.com>, Bruce Minnick <bammab1@gmail.com>, don@mfgpartners.net <don@mfgpartners.net> |
| Date | 2020-01-10 18:23 |

Mr. Guberman:

I wanted to acknowledge receipt of your correspondence and attached pleading.

As you know, I have been ordered by the Court to convene a mediation at my office on September 27, 2020 at 11:00 am EST. I have agreed to do so without charging for a set minimum number of hours, and charging my normal rate for multiple party cases, and that rate is $150 per hour/ per party for all time expended, as well as reimbursement for any costs or expenses which are actually advanced, if any.

The decision of whether you choose to attend the mediation is up to you. I cannot, by law and rule, provide legal advice to any party regarding the case or with respect to any of the Court's orders. I have been appointed as a neutral mediator. I am not a judge, and I have no power to require nor compel your attendance at mediation.

Thank you for your time and attention to this matter. Should you decide to appear, I wanted to disclose the financial terms of the mediation and will see you on September 27. If not, I wanted to confirm that I received your objection and am aware of your position.

A Good weekend to all.

Chris A. Barker, Esq.
Barker & Cook, P.A.
501 E. Kennedy Boulevard, Suite 1040
Tampa, FL 33602
Telephone: (813) 489-1001
Fax: (813) 489-1008
chris@barkercook.com<mailto:chris@barkercook.com>


From: Daryl Guberman-CEO <ceo@dguberman.com>
Sent: Wednesday, January 08, 2020 11:18 AM
To: Chris Barker <Chris@barkercook.com>
Cc: fillings@shrayerlaw.com; Glen Shrayer <ghs@shrayerlaw.com>; chambers_flmd_jung@flmd.uscourts.gov; chambers_flmd_flynn@flmd.uscourts.gov; Bruce Minnick <bammab1@gmail.com>; don@mfgpartners.net; Natalia Reyna-Pimiento <natalia_reyna-pimiento@flmd.uscourts.gov>
Subject: Mediation denied

Mr. Barker,
My choice is to not mediate based on a merit-less claim and on false and misleading allegations, therefore I do not approve of you or any other mediator now or anytime in the future without jurisdiction proven. Jurisdiction has been challenged, I cannot proceed till jurisdiction is proven. However, if there is a law on record that forces me into mediating against my will please provide. The law if it exists, needs to be a Federal Law because I am not subject to Florida jurisdiction.

Sincerely,

Daryl Guberman

 CC – Glenn Shrayer
         Bruce Minnick
         Judge Flynn
         Judge Jung
      Natalia Reyna-Pimiento
Other Defendant - Donald Labelle

This e-mail and any attachments are for the intended recipient(s) only and may contain proprietary, confidential material. If you are not the intended recipient, (even if the email address above is yours) do not use, retain, copy or disclose any part of this communication or any attachment as it is strictly prohibited and may be unlawful. If you believe that you have received this e-mail in error, please notify the sender immediately and permanently delete. This email may be a personal communication from the sender and as such does not represent the views of the company.



Mail     Contacts     Settings

Back   Compose   Reply   Reply a   Forwar   Delete   Move   Print   Mark   More

| | |
|---|---|
| **Inbox** | 58470 |
| Drafts | |
| Sent | |
| Junk | |
| Trash | |
| Archive | |
| Junk | |

**Re: Mediation denied**     Message 26 of 58835

From: Don LaBelle
To: Chris Barker, Daryl Gubermam
Cc: fillings@shrayerlaw.com, Glen Shrayer, Bruce Minnick, Don LaBelle / Manufacturing Partners
Date: Fri 18:57

Gentleman,

Why am I attached to this group mail?. Did I give written or electronic permission to be contacted in this manner?

Who is Chris Barker? It appears he is a mediator of some kind. Where and when did I approve of a mediator?

Am I being forced to mediate against my wishes?

Let me be as clear as I can... I will NOTmediate with a con man Christopher Mark Paris. I informed all parties herein multiple times I will not mediate based on a claim that is false and misleading.

You have no right to email me without my permission. It's a violation of federal law. If you wish to contact me you are herby ordered to send all correspondence by way of regular mail.

Please do not email me with my approval. I receive enough of junk mail that has no bearing on my life

Thanks,
Don LaBelle
Massachusetts Citizen

Sent via [BlackBerry Hub+ Inbox for Android](#)

**From:** Chris@barkercook.com
**Sent:** January 10, 2020 8:23 PM
**To:** ceo@dguberman.com
**Cc:** fillings@shrayerlaw.com; ghs@shrayerlaw.com; bammab1@gmail.com; don@mfgpartners.net
**Subject:** RE: Mediation denied

Mr. Guberman:

I wanted to acknowledge receipt of your correspondence and attached pleading.



Mail   Contacts   Settings

Back   Compose   Reply   Reply a   Forwar   Delete   Move   Print   Mark   More

| Inbox | 58470 |
|---|---|
| Drafts | |
| Sent | |
| Junk | |
| Trash | |
| Archive | |
| Junk | |

**Re: Mediation denied**   Message 23 of 58835

From   Daryl Guberman-CEO
To   chris@barkercook.com
   fillings@shrayerlaw.com , Glen Shrayer ,
   chambers_flmd_jung@flmd.uscourts.gov ,
Cc   chambers_flmd_flynn@flmd.uscourts.gov ,
   Bruce Minnick , don@mfgpartners.net ,
Mr. Barker   Natalia Reyna-Pimiento
Date   Fri 19:46

I agree with Labelle and demand the same right as a Jewish business owner independent of Florida jurisdiction. If you wish to contact me it needs to be done so by way of United States Postal Service which is the only legally recognized mail.

Let it be known from here on forward ANY future emails will be considered spam and in violation of law as noted by another Accused.thank you. If you believe you can get me in Florida come and get me.

I believe this will be a landmark decision in favor of the accused. If you wanna violate my rights you will have to take my last breath!


Daryl Guberman



http://darylguberman.com/

Daryl Guberman-CEO

Guberman-PMC, LLC

203-556-1493

www.dguberman.com

ceo@dguberman.com

Endorsements: www.dguberman.com/endorsements


""It is not the certificate that makes the company, it is the company that makes the

certification."


-Daryl Guberman-

"One of the saddest lessons of history is this: If we've been bamboozled long enough, we

tend to reject any evidence of the bamboozle. We're no longer interested in finding out the

truth. The bamboozle has captured us. It's simply too painful to acknowledge, even to