UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTOPHER PARIS and OXEBRIDGE
QUALITY RESOURCES
INTERNATIONAL, LLC,**

    **PLAINTIFFS,**

v.                                                                    Case No.    8:19-cv-423-T-02SPF

**GUBERMAN PMC, LLC, DARYL
GUBERMAN and DONALD LABELLE,**

    **DEFENDANTS.**
_____/

## MEDIATION REPORT

The undersigned hereby reports to the Court the following:

1. As directed by this Court's Order (Dkt. 92), the undersigned convened mediation at 11:00 am, EST, on January 27, 2020;

2. The Plaintiffs, Christopher Paris and Oxebridge Quality Resources International, LLC, appeared in person, and the Plaintiffs' counsel, Glen H. Shrayer, appeared in person;

3. No Defendants appeared in person or via telephone. Defendants positions have previously been provided to the Court by a filing from the Plaintiffs (Dkt. 95);

4. Counsel for Defendant, Guberman-PMC, LLC, Bruce A. Minnick, appeared via telephone and advised of the limitation placed on his authority as described in the correspondence dated January 20, 2020, attached hereto as Exhibit A;

5. No settlement was reached.

RESPECTFULLY SUBMITTED this 27th day of January, 2020.

/s/ Chris A. Barker
Chris A. Barker, Esquire
Florida Bar Number:   885568
Mediator Number:   17813 R
Barker & Cook, P.A.
501 East Kennedy Blvd., Suite 1040
Tampa, Florida 33602
Telephone:   813/489-1001
Facsimile:   813/489-1008
chris@barkercook.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties registered to receive it.

/s/ Chris A. Barker
Chris A. Barker, Esquire