**Formal Notice**

January 20, 2020

Daryl Guberman
1538 West Broad Street
Stratford, CT 06615

Barker & Cook, P.A.
501 E. Kennedy Boulevard, Suite 1040
Tampa, Florida 33602

Dear Mr. Barker:

This is a formal notice that the council for GUBERMAN-PMC, LLC Mr. Bruce Minnick, if he appears (January 27th, 2020) has no authority to make any decisions of any kind of settlement terms or anything else to do with GUBERMAN-PMC, LLC.

I am not agreeing to any mediation fees, if it's to be charged to GUBERMAN-PMC, LLC. Whether the fees are charge through my council or GUBERMAN-PMC, LLC. or my persons.

If there are attempts to charge GUBERMAN-PMC, LLC or myself any fees for the mediation or any other reason will be considered fraudulent and robust legal action will be taken for fraud.

Sincerely,

Daryl Guberman

cc. Bruce Minnick