# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. 8:19-cv-423-T-02SPF              DATE:     January 28, 2020

HONORABLE: Sean P. Flynn, U.S. Magistrate Judge

CHRISTOPHER PARIS et al                   Glen Shrayer
                                          Attorney for Plaintiff

v.

WILLIAM LEVINSON et al                    Not Present
                                          Attorney for Defendant

COURTROOM DEPUTY: Eric Calderon           COURTROOM: 11 B

INTERPRETER / LANGUAGE: N/A

TIME: 10:13 – 10:18         TOTAL: 0:05   COURT RPTR: Digital

PROCEEDINGS: Show Cause Hearing

Plaintiff Christopher Paris and his counsel Glen Shrayer are present.

Defendant Daryl Guberman and Defendant Donald LaBelle did not appear.

Defense attorney Bruce Minnick representing Guberman PMC, LLC did not appear.

Defendants failed to appear and are in contempt of court.

Court Order to follow.