UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

Plaintiffs,                                                         Case No. 8:19-cv-00423

vs.

WILLIAM LEVINSON,
LEVINSON PRODUCTIVITY
SYSTEM, PC, a Pennsylvania
Corporation

Defendants
_____/

## NOTICE TO SHOW CAUSE FOR PROCEEDING WITHOUT PROOF OF JURISDICTION

COMES NOW This Show Cause is directed to Magistrate Sean Patrick Flynn whereas you are to respond as to what authority you made in rulings using STATUES to overrule the Constitution on the following unconstitutional order (Doc 93).

### DEFENDANT IS NOT SUBJECT TO FLORIDA STATUES

The United States is a Republican form of government which means we are a Nation of Law governed by a Constitution, NOT STATUES! Our Constitution was written by "We the People," not by Congress, and certainly not by the State of Florida. Congress cannot legislate beyond what We the People vested or the Common Law would permit, and, since neither the People nor the Law can permit, FLORIDA'S LONG ARM STATUE is null and void in its entirety along with any other statute or act that constructs upon it. Magistrates in courts of record are expected to know the law and their proper role. Ignorance of the law, which everyone is bound to know, excuses no man. Gross negligence is equivalent to fraud and the failure to exercise ordinary care and ensure fair play finds a person culpable.

When a magistrate or a judge forces jurisdictions upon the People foreign to the Constitution under threats of fines and incarceration as in this matter, it is nothing less than lawless violence. These federal district courts are to be "Courts' of Justice" constitutionally described as "Article III Courts", which are Courts of Record any legislation or rule to the contrary notwithstanding. There is a lawful statute written for elected, appointed and employed government servants preventing said servants form changing jurisdiction that states: 28 U.S. Code § 132 *Creation and composition of district courts (a) There shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district. Courts of record proceed under the jurisdiction of common law.*

The Federal Rules Civil Procedure Page V. Authority for Promulgation of Rules Title 28 USC §2042 Power to prescribe: The federal rules Title by the use of the word "civil"12 unconstitutionally creates a statutory court under civil law being repugnant to the common law, thereby null and void as per common law and the lawful statute §2042. Title 28 USC §2042 (a)13 90 gave the Supreme Court power to prescribe general rules of practice and procedure and rules of evidence for cases in the United States district courts. It did not give the judiciary authority, nor could it, to change our Common Law to statutory law. And, At Law proceeds according to Common Law. No Officer of the court has power or authority to deny Common Law.

Title 28 USC §2042 (b) states that such rules shall not abridge, enlarge or modify any substantive right. Clearly the rules are in conflict with the Law of the Land and therefore have no force or effect. The Accused accepts only rules that are LAWFUL and demand that this court do the same.

The system of federal rules began with the Rules Enabling Act of 1934 whereas Congress gave the Supreme Court the "*power to prescribe general rules of practice and procedure and rules of evidence*" under 28, USC § 207215. Congress did not give, nor can they give, power to create courts foreign to our Constitution, write law under the color of law, or abrogate Common Law that proceeds according to the rules of the common law and secured by the 7th Amendment. The jurisdiction for the federal rules of civil procedure is found in its title "civil". Civil law17110 , a/k/a Roman law, is NOT the Law of Nature, a/k/a Common Law, as prescribed in the Declaration of Independence and secured by the Constitution. Therefore, the said rules are for civil cases and not Common Law cases. Which clearly means any rule that would violate the Accused "unalienable rights" is "null and void".

"*All laws, rules and practices which are repugnant to the Constitution are null and void.*" - Marbury v. Madison, 5th US (2 Cranch) 137, 174, 176,(1803).

Congress was clear when it said under 28, USC § 2072(b), "*Such rules shall not abridge, enlarge or modify any substantive right. All laws in conflict with such rules shall be of no further force or effect.*" Therefore, "*…where rights secured by the Constitution are involved, there can be no rule making or legislation 120 which would abrogate them.*" Miranda v. Arizona, 384 U.S. 436, 491.

Magistrate Sean Patrick Flynn nor and any other Magistrate or Judge cannot deny the Accused unalienable right of due process in an Article III Court. The Supreme Court did not have the authority to legislate civil and criminal courts via rules.

Magistrate Flynn's unconstitutional order dated January 7, 2020 denying the Accused the right to NOT PROCEED WITHOUT PROOF OF JURISDICTION claiming authority under FLORIDA'S LONG ARM STATUE is grounds for immediate dismissal as per jurisdiction rulings...

"*There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights.*" - Sherar v. Cullen, 481 F. 2d 946 (1973).

"*The assertion of federal rights, when plainly and reasonably made, are not to be defeated under the name of local practice.*" - Davis v. Wechler, 263 U.S. 22, 24; 185 Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449.

## THE COURT IS AGAIN DIRECTED TO TAKE JUDICIAL NOTICE

"Due course of law, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice.

"By the law of the land is more clearly intended the general law, a law which hears before it condemns; which proceeds upon inquiry and renders judgment only after trial."

The Law of the Land consists of the Declaration of Independence, US Constitution, Bill of Rights, Granted legislative powers, Common Law, and the "rules of the common law", "…anything in the Constitution or laws of any State to the contrary notwithstanding.

"Law in its regular course of administration through courts of justice a/k/a courts of common law is due process. In Brown v. Levese Com'rs, "it is said that these constitutional provisions do not mean the general body of the law as it was at the time the Constitution took effect; but they refer to certain fundamental rights which the system of jurisprudence of which ours is derivative has always been recognized; if any

of these are disregarded in the proceedings by which the system of jurisprudence of which ours is derivative has always been recognized; if any of these are disregarded in the proceedings by which a person is condemned to the loss of liberty, etc., then the deprivation has not been by due process of law, and it has been held that the state cannot deprive a person of his property without due process of law through an act of legislature."

The Miranda Decision: Ernesto A. Miranda v. State of Arizona, United States Supreme Court, decided June 13, 1966. "*Where rights secured by the Constitution are involved, there can be no rule-making or legislation which would abrogate them.*" The United States Supreme Court stated further that all rights and safe guards contained in the first eight amendments to the federal constitution are equally applicable in every State "*…because a denial of them would be a denial of due process of law*".

As to the construction, with reference to Common Law, an important cannon of construction is that constitutions must be construed to reference to the Common Law." The Common Law, so permitted destruction of the abatement of nuisances by summary proceedings and it was never supposed that a constitutional provision was intended to interfere with this established principle. Although there is no common law of the United States in a sense of a national customary law as distinguished from the common law of England, adopted in the several states. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It has been said that without reference to the common law, the language of the Federal Constitution could not be understood." - 16Am Jur 2d., Sec. 114:

WHEREFORE, Magistrate Sean Patrick Flynn's "ORDER" for the Accused to appear 1,300 miles from his home in a Court that lacks jurisdiction, places the Constitution subservient to statutes, which is an act of war against the Constitution. Magistrate Flynn is in error and is directed to rescind all ORDERS in this matter or show cause within five (5) days of receipt of THIS NOTICE and indicate "What Constitutional Authority" he has to order the Accused to appear in a Florida court. No judge or magistrate has the authority to deny any person(s) their unalienable right of due process in an Article III Court of Justice a/k/a Court of Record that proceeds according to the rules of Common Law. Magistrate Flynn must be obedient to the Supreme Law of the Land or recuse himself from this matter. Further, Judge William Jung must rescind his Order To Show Cause dated January 30, 2020 due to the order being in response of Magistrate Flynn violating due process of the Accused by claiming defendant's is subject to FLORIDA STATUES, and thus, over-ruling the Constitution.

This court is put on further notice, the Accused, by law of the land, cannot be held accountable or threatened with fines and incarceration for exercising his Constitutional

rights by not appearing in a court that lacks jurisdiction.

WHEREOF, this Court has failed to prove jurisdiction, and failed to answer the Defendant's motion to challenge jurisdiction (Document 97). Let it be known the court failed to answer and thus, ignored defendant's motion "TO COMPEL DISCOVERY AND DEMAND PROOF OF JURISDICTION" (Document 97) by failing to answer the motion, and prove jurisdiction, this Court is proceeding outside of the law.

"The law provides that once State and Federal Jurisdiction has been challenged, it must be proven." Main v. Thiboutot, 100 S. Ct. 2502 (1980). The Accused in this matter puts the Court on notice that he has challenged jurisdiction and DEMANDS PROOF of jurisdiction. "Where there is absence of PROOF of jurisdiction (as in this matter) all administrative and judicial proceedings are a nullity, and confer no right, offer no protection, and afford no justification, and may be rejected upon direct collateral attack." Thompson v Tolmie, 2 Pet. 157, 7 L. Ed. 381; and Griffith v. Frazier, 8 Cr. 9, 3 L. Ed. 471.

The Accused herewith reserves the right to have jurisdiction PROVEN, and if properly demonstrated, to have it presented on the record of the administrative agency and all administrative proceedings, which thus to the best of my knowlege does not appear to be shown in this Court. The law requires proof of jurisdiction to appear on the record of the administrative agency and ALL administrative proceedings. Hagans v. Lavine, 415 U. S. 533. This Court has failed to show proof of jurisdiction on the record.

This matter is to be dismissed with prejudice or brought to a higher court to ensure all Motions/Notices/Affidavits, etc from the Accused are answered with either a nay or yay and not ignored, and to ensure jurisdiction is proven by this Court, and therefore, ensure proof of jurisdiction is on record of all administrative proceedings as required by law.

Submitted, On 2/7/2020

with explicit reservation of all my unalienable rights

and without prejudice to any of my unalienable rights,

Donald Labelle