UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARK PARIS, and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC

   Plaintiffs

v.

GUBERMAN PMC, a Connecticut
Corporation, DARYL GUBERMAN,
an Individual, DONALD LABELLE,
an Individual

   Defendants

Case No. 8:19-cv-00423

Judge William F. Jung
Magistrate Judge Sean P. Flynn

_____/

## DECLARATION OF CHRISTOPHER PARIS

1. I, Christopher Paris, am the Plaintiff in the case before this Court.

2. I am sole Managing Director of the company Oxebridge Quality Resources International LLC, which is also a Plaintiff in this case. The company operates out of Tampa, Florida.

3. I filed a lawsuit against the Defendants GUBERMAN PMC, a Connecticut Corporation, DARYL GUBERMAN, and DONALD LABELLE.

4. In order to calculate possible damages caused by the wanton defamation published globally against me by the Defendants, I have analyzed lost business for the years 2018 and 2019. In prior years, Oxebridge routinely won over 50% of the bids it submitted to potential clients. Since the publication of the defamatory posts and corruption of the search engine results for Oxebridge, that has been reduced to 10%.

5. I have also lost numerous contracts as a result of the extensive defamatory per se conduct of the Defendants.

6. The tables below present the bids submitted to potential clients for 2018 and 2019 which were not awarded to Oxebridge. I estimate the total for this lost business comes to $1,614,350.

**This statement is true and is signed under the penalty of perjury.**

_____  
**CHRISTOPHER PARIS**

April 22, 2020  
_____  
**DATE**

| 2018 | | | 2019 | | |
|---|---|---|---|---|---|
| **Date** | **Company** | **Amount** | **Date** | **Company** | **Amount** |
| 1/4/2018 | Diken Machine | $ 23,250.00 | 12/9/2019 | Additive Polymers | $ 19,500.00 |
| 1/9/2018 | Soft Story Brace | $ 23,500.00 | 1/29/2019 | aery Aviation | $ 23,500.00 |
| 1/12/2018 | Flight Data Inc. | $ 1,700.00 | 2/4/2019 | PWI Trade | $ 3,000.00 |
| 1/19/2018 | Huron Automatic Screw | $ 18,750.00 | 2/5/2019 | Crystal Instruments | $ 24,500.00 |
| 2/1/2018 | Push Plastic Co | $ 19,125.00 | 2/6/2019 | Fraser Earthworks | $ 38,500.00 |
| 2/15/2018 | KMI Processing | $ 26,250.00 | 2/7/2019 | Inst. Of Buildings & Surveyors | $ 10,000.00 |
| 2/15/2018 | SGL Automotive Carbon Fibers | $ 21,750.00 | 2/18/2019 | CoorsTek | $ 8,500.00 |
| 3/5/2019 | CommercialJet | $ 1,800.00 | 2/27/2019 | Natl Board of Safety Engineers | $ 19,500.00 |
| 3/6/2018 | 1Source | $ 4,100.00 | 3/5/2019 | Advanced Rubber Molding | $ 25,500.00 |
| 3/12/2018 | HMS Federal | $ 18,750.00 | 3/11/2019 | Leigh Fibers | $ 17,750.00 |
| 3/16/2018 | GLE Precision | $ 20,250.00 | 3/18/2019 | Polymeric | $ 21,000.00 |
| 3/16/2018 | Olympic | $ 18,750.00 | 3/18/2019 | Pacific Aerotech | $ 34,875.00 |
| 3/16/2018 | CoorsTek | $ 20,250.00 | 3/18/2019 | Trinity Turbine | $ 27,500.00 |
| 3/30/3018 | Sherburn Electronics | $ 15,750.00 | 3/20/2019 | Ohio Capital Assets | $ 20,500.00 |
| 4/5/4018 | HydroJet | $ 18,750.00 | 3/27/2019 | Kingsway Instruments | $ 20,750.00 |
| 4/6/2018 | Pulse Medical | $ 24,000.00 | 4/2/2019 | MBI Construction Svcs | $ 20,750.00 |
| 4/8/2018 | Triad RF Systems | $ 22,000.00 | 4/8/2019 | PD Tech | $ 3,600.00 |
| 4/18/2018 | Biotrans LLC | $ 22,250.00 | 4/15/2019 | Eco Absorb | $ 20,250.00 |
| 4/26/2018 | Pinson Valley Heat Treat | $ 15,250.00 | 5/15/2019 | Streamline Industries | $ 21,750.00 |
| 4/30/2018 | Olympic Steel | $ 18,750.00 | 8/13/2019 | Plouse Machine | $ 24,500.00 |
| 5/10/2018 | American Governor Co | $ 25,250.00 | 8/13/2019 | Strox Systems | $ 19,250.00 |
| 5/18/2018 | Ignite Products | $ 6,000.00 | 8/21/2019 | JG Smith Associates | $ 20,000.00 |
| 6/1/2018 | Rotating Composite | $ | 8/21/2019 | API Florida | $ |

| Date | Vendor | Amount | | Date | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Technologies | 22,500.00 | | | | 19,250.00 |
| 6/4/2018 | Alliance Pointe LLC | $ 19,250.00 | | 8/21/2019 | N&N Machine | $ 21,250.00 |
| 6/14/2018 | Ashing Machine | $ 20,750.00 | | 8/28/2019 | NetVu Ltd. | $ 36,500.00 |
| 6/14/2018 | Geneva Software | $ 25,750.00 | | 9/9/2019 | ElectroLab II | $ 24,250.00 |
| 7/11/2018 | Innovative | $ 19,750.00 | | 9/12/2019 | Clinical Dynamics | $ 22,500.00 |
| 7/26/2018 | 3D Aerostructures | $ 21,000.00 | | 9/12/2019 | Odyssey Engines | $ 33,750.00 |
| 7/26/2018 | Optimoz Inc | $ 19,250.00 | | 9/12/2019 | LG-TEK | $ 2,300.00 |
| 8/7/2018 | Decavo LLC | $ 27,500.00 | | 10/18/2019 | Machining LLC | $ 19,750.00 |
| 8/10/2018 | ABC Pakistan | $ 3,200.00 | | 10/24/2019 | Carr Tool Co. | $ 19,750.00 |
| 8/14/2018 | Aztec Machine | $ 18,750.00 | | 10/24/2019 | Precise Standards | $ 20,500.00 |
| 8/21/2018 | Burbank Machine | $ 12,250.00 | | 10/30/3019 | Technical Plating | $ 10,500.00 |
| 9/26/2018 | FOWLCO Marine | $ 23,250.00 | | 11/6/2019 | Critical Frequency Design | $ 21,000.00 |
| 9/28/2018 | AM Metal | $ 4,800.00 | | 12/4/2019 | Crystal Group | $ 15,450.00 |
| 10/1/2018 | Worldwide Tech | $ 18,750.00 | | 12/6/2019 | XDS Solutions | $ 34,500.00 |
| 10/1/2018 | Robins Air Force Base | $ 37,250.00 | | 12/9/2019 | Hawaii Aero | $ 2,400.00 |
| 10/12/2018 | Avyon Parts | $ 20,500.00 | | | **TOTAL** | **$ 748,625.00** |
| 10/19/2018 | Craftech | $ 16,000.00 | | | | |
| 10/31/2018 | Training Port Net | $ 24,750.00 | | | | |
| 10/31/2018 | Ametek MRO Florida | $ 26,750.00 | | | | |
| 11/6/2018 | JB Tool Inc. | $ 17,000.00 | | | | |
| 11/14/2018 | IOMAX USA | $ 24,750.00 | | | | |
| 12/8/2018 | Vanguard EMS | $ 25,000.00 | | | | |
| 12/8/2018 | Vanguard EMS | $ 12,500.00 | | | | |
| 12/12/2018 | United Oil | $ 18,250.00 | | | | |

5

| | | | | | |
|---|---|---|---|---|---|
| | **TOTAL** | **$ 865,725.00** | | | |