# EXHIBIT B

Additional Infringing URLS by Defendants:

1. https://youtu.be/Bse2JtC5XzQ
2. https://youtu.be/8R9j-YwAqW4
3. https://youtu.be/HkIem7pKsEI
4. https://youtu.be/A9t63rAq5Zg
5. https://youtu.be/KXnViuIDW9A
6. https://youtu.be/VTLY6SKRUIo
7. https://youtu.be/EJ-7nnfso_M
8. https://youtu.be/zFrs1i7-l1c
9. https://youtu.be/OK6mc3H4pCE
10. https://youtu.be/rVUSz0kWT2o
11. https://youtu.be/TOthN9CBhXI
12. https://youtu.be/IyUFBDelOKM
13. https://youtu.be/kvdhJtoM5kw
14. https://www.youtube.com/watch?v=LJMoa8McX_c
15. https://menafn.com/1099919173/Coronavirus-Masks-Donation-Drive-Help-Hospitals-Get-Much-Needed-Masks-and-Save-lives
16. https://www.marketwatch.com/press-release/coronavirus-masks-donation-drive-help-hospitals-get-much-needed-masks-and-save-lives-2020-03-26
17. http://dguberman.com/warning-about-oxebridge-quality-resources-and-its-owner-chris-paris/
18. Did Trump-Appointed Judge William Jung Crown Himself 'King of USA?'- #1 https://youtu.be/Bse2JtC5XzQ
19. Did Trump-Appointed Judge William Jung Crown Himself 'King of USA?'- #2 https://youtu.be/8R9j-YwAqW4
20. Did Trump-Appointed Judge William Jung Crown Himself 'King of USA?'- #3 https://youtu.be/HkIem7pKsEI
21. Did Trump-Appointed Judge William Jung Crown Himself 'King of USA?'- #4 https://youtu.be/A9t63rAq5Zg
22. Did Trump-Appointed Judge William Jung Crown Himself 'King of USA?'- #5 https://youtu.be/KXnViuIDW9A
23. Did Trump-Appointed Judge William Jung Crown Himself 'King of USA?'- #6 https://youtu.be/VTLY6SKRUIo
24. Nazi-like Judge William Jung Orders Jew To Laborious Work Without Pay https://youtu.be/EJ-7nnfso_M
25. Trump-Appointed Judge William Jung America's First "King" DEF Atty States No Median-Court is CHARADE https://youtu.be/zFrs1i7-l1c
26. Trump-Appointed Judge William Jung America's First "King"  "Defendants Prove NO Jurisdiction" https://youtu.be/OK6mc3H4pCE

27. Congress Asked To Impeach Tyrant Judge William Jung For Unconstitutional Acts & Violations Of Oath
    https://youtu.be/rVUSz0kWT2o
28. Trump-Appointed Judge William Jung America's First "King" DEFs Prove NO DEF- Part-1" Plaintiff Lied
    https://youtu.be/TOthN9CBhXI
29. Trump-Appointed Judge William Jung America's First "King" DEFs Prove NO DEF- Part-2" Plaintiff Lied
    https://youtu.be/IyUFBDelOKM
30. Unconstitutional Ruling Forces Writ Mandamus On Trump Appointed "Federal Judge William Frederic Jung"
    https://youtu.be/kvdhJtoM5kw
31. Trump-Appointed Judge Reminded Of His Oath After Unconstitutional Bias Judgment
    https://www.youtube.com/watch?v=LJMoa8McX_c