# EXHIBIT C



Glen Shrayer <shrayerlaw@gmail.com>

## 8:19-cv-00423-WFJ-SPF Contempt of Court

**Glen Shrayer** <ghs@shrayerlaw.com>  Wed, Jun 24, 2020 at 3:30 PM
To: don@mfgpartners.net, "CEO@Dguberman.com" <ceo@dguberman.com>

Dear Mr. Guberman and Mr. Labelle,

Plaintiffs in this case plan on filing a motion for contempt against the parties for failing to remove all the links specified in Doc. 111 (attached). Please advise by noon tomorrow if you plan on removing those links. Should I not receive a response by that time I will construe the silence as a refusal and I will apprise the court of our communication.

Best Regards,

Glen H. Shrayer, Esq.
Managing Partner



*Licensed in FL, MI, MA, and NY*
*Super Lawyers, 2016, 2017 & 2018*
*Avvo - Superb Rating*

| | | |
|---|---|---|
| Address : | 912 South Andrews Avenue, Ft. Lauderdale, FL 33316 | |
| Phone : | (954) 601 3732, ext. 10 (Direct) | |
| Cell: | (617) 686 1659 | |
| Email : | ghs@shrayerlaw.com   \|   Web : | http://shrayerlaw.com/ |

This message contains confidential information and is intended solely for the named recipient.  It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or contain viruses. The sender therefore does not accept liability for any virus, errors or omissions in the contents of this message.

**2 attachments**


**Doc 111.pdf**
57K


**Doc 111-1.pdf**
113K



Glen Shrayer <shrayerlaw@gmail.com>

## 8:19-cv-00423-WFJ-SPF Contempt of Court

**Daryl Guberman-CEO** <ceo@dguberman.com>  Thu, Jun 25, 2020 at 7:17 AM
To: Glen Shrayer <ghs@shrayerlaw.com>

Shrayer,

You are attempting to convince me to remove copyrighted content I neither own or have permission to access. Neither I or you, or any court has the authority to infringe on the freedom of speech of others. As a lawyer I assume you are aware of a something called the First Amendment. Or did you miss that class?

Further, *do you realize you are threatening me into committing a federal crime* by stealing and deleting copyrighted material owned by various authors, bloggers, activists, journalist and other content owners and publishers exercising their freedom of speech and freedom of expression.

Since I neither own, nor have I written or posted the said material, it appears you are demanding I illegally hack these websites? Are you suggesting I violate copyright laws provided to the creator and/owner of said material and illegally take ownership for the sole purpose of removal?

You are now on notice, your suggestion to steal and illegally remove copyrighted material in which I have no rights to utilize is in direct violation of your oath to support the Constitution of the United States and the Constitution of the State of Florida per admission to obey all laws or be subject to willful violation to which disbarment may be had.

Consider this a final warning I reject your threats to violate the copyright laws of others and hereby put you on notice any further attempts to coerce me into committing such crimes will result in you being reported to proper authorities.

Respect withheld,

*Daryl Guberman*

Daryl Guberman-CEO

Guberman-PMC, LLC

203-556-1493

www.dguberman.com

ceo@dguberman.com

Endorsements: www.dguberman.com/endorsements

""It is not the certificate that makes the company, it is the company that makes the certification."

**-Daryl Guberman-**

"It's better to be a lion for a day than a sheep all your life."

— **Elizabeth Kenny**

Power does not come from your mind, power comes from your heart - **Alfred Sheehan**

This e-mail and any attachments are for the intended recipient(s) only and may contain proprietary, confidential material. If you are not the intended recipient, (even if the email address above is yours) do not use, retain, copy or disclose any part of this communication or any attachment as it is strictly prohibited and may be unlawful. If you believe that you have received this e-mail in error, please notify the sender immediately and permanently delete. This email may be a personal communication from the sender and as such does not represent the views of the company.

On 6/24/2020 4:05:09 PM, Glen Shrayer <ghs@shrayerlaw.com> wrote:

Dear Mr. Guberman and Mr. Labelle,

Plaintiffs in this case plan on filing a motion for contempt against the parties for failing to remove all the links specified in Doc. 111 (attached). Please advise by noon tomorrow if you plan on removing those links. Should I not receive a response by that time I will construe the silence as a refusal and I will apprise the court of our communication.

Best Regards,

Glen H. Shrayer, Esq.
Managing Partner

*Licensed in FL, MI, MA, and NY*
*Super Lawyers, 2016, 2017 & 2018*
*Avvo - Superb Rating*

| | |
|---|---|
| Address : | 912 South Andrews Avenue, Ft. Lauderdale, FL 33316 |
| Phone : | (954) 601 3732, ext. 10 (Direct) |
| Cell : | (617) 686 1659 |
| Email : | ghs@shrayerlaw.com   |   Web :   http://shrayerlaw.com/ |

This message contains confidential information and is intended solely for the named recipient.  It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or contain viruses. The sender therefore does not accept liability for any virus, errors or omissions in the contents of this message.

   Glen Shrayer <shrayerlaw@gmail.com>

## 8:19-cv-00423-WFJ-SPF Contempt of Court

**Don LaBelle / Manufacturing Partners** <mfgpartners.net@gmail.com>   Wed, Jun 24, 2020 at 9:19 PM
Reply-To: Don LaBelle / Manufacturing Partners <don@mfgpartners.net>
To: Glen Shrayer <ghs@shrayerlaw.com>, "CEO@Dguberman.com" <ceo@dguberman.com>

Mr Shrayer,

I don't open attachments from un-trusted parties so I'm not able to examine the alleged links you are demanding to be removed. However, it appears you are attempting to coerce me into forced labor without compensation. I do not understand your demands?

Are you not aware the 13th amendment abolished slavery in the United States and provides that "*Neither slavery nor involuntary servitude, except as a punishment for a crime whereof the party shall have been duly convicted, shall exist within the United States*?

If I'm mistaken, please provide evidence that slavery was not abolished in the state of your jurisdiction -Florida? Otherwise, you may come forward with evidence of a crime committed in which a party has been convicted by a jury trial of his/her peers. Let it be known, your demand is a violation of my due process rights, and frankly, outright harassment.

Remove me from your e-mail list. You have no permission to contact, nor do you have the right to harass me with your illegal attempts to violate my rights. Any further attempts to coerce me into forced labor will hold you liable for crimes against humanity. Consider this a polite and final warning to cease and desist.

Don LaBelle

> ----- Original Message -----
> **From:** Glen Shrayer
> **To:** don@mfgpartners.net ; CEO@Dguberman.com
> **Sent:** Wednesday, June 24, 2020 3:30 PM
> **Subject:** 8:19-cv-00423-WFJ-SPF Contempt of Court
>
> Dear Mr. Guberman and Mr. Labelle,
>
> Plaintiffs in this case plan on filing a motion for contempt against the parties for failing to remove all the links specified in Doc. 111 (attached). Please advise by noon tomorrow if you plan on removing those links. Should I not receive a response by that time I will construe the silence as a refusal and I will apprise the court of our communication.
>
> Best Regards,
>
> Glen H. Shrayer, Esq.
> Managing Partner
>
> 

*Licensed in FL, MI, MA, and NY*
*Super Lawyers, 2016, 2017 & 2018*
*Avvo - Superb Rating*

| | |
|---|---|
| Address : | 912 South Andrews Avenue, Ft. Lauderdale, FL 33316 |
| Phone : | (954) 601 3732, ext. 10 (Direct) |
| Cell: | (617) 686 1659 |
| Email : | ghs@shrayerlaw.com   \|   Web :   http://shrayerlaw.com/ |

This message contains confidential information and is intended solely for the named recipient. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or contain viruses. The sender therefore does not accept liability for any virus, errors or omissions in the contents of this message.

 Glen Shrayer <shrayerlaw@gmail.com>

## Guberman PMC

**Bruce Minnick** <bammab1@gmail.com>   Wed, Jun 10, 2020 at 11:39 AM
To: Glen Shrayer <ghs@shrayerlaw.com>

Hello Glen,
1. Yes, I am still counsel of record for Guberman PMC LLC.
2. As a courtesy to you--and to Mr. Guberman, who as you know owns my corporate client--I will inform him (Mr. Guberman) of this new development.
3. Please know that my corporate client--to the best of my knowledge--and I am unaware of the recent actions you relate regarding Mr. Guberman and YouTube.
4. As a courtesy to you I will also tell Mr. Guberman that you have asked me to "advise him to remove this content or face additional sanctions by the Court."

Thanks,
Bruce Alexander Minnick
    Attorney at Law
[3810 Buck Lake Road
      Unit F](#)-607
Tallahassee, FL 32317
  Tele. 850 893 6091
  Cell  850 491 0015

[Quoted text hidden]