UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTOPHER MARK PARIS, and<br>OXEBRIDGE QUALITY RESOURCES<br>INTERNATIONAL, LLC<br><br>    Plaintiffs<br><br>    v.<br><br>GUBERMAN PMC, a Connecticut<br>Corporation, DARYL<br>GUBERMAN, an Individual,<br>DONALD LABELLE, an<br>Individual<br><br>    Defendants<br>_____/ | Case No. 8:19-cv-00423<br><br>Judge William F. Jung<br>Magistrate Judge Sean P. Flynn |

**PLAINTIFFS' MOTION FOR ORDER DIRECTING
DEFENDANTS TO COMPLETE FACT INFORMATION SHEET**

Pursuant to Fed. R. Civ. P. 69(a)(2) and Fla. R. Civ. P. 1.560(b), Plaintiffs move for an order instructing timely return to Plaintiffs a completed Florida Civil Procedure Form 1.977(a) ("Fact Information Sheet"), and in support thereof states:

1. This Court entered a Judgment against Defendants on May 19, 2020, in the amount of $1,614,350.00, together with post-judgment interest ("the Judgment"), which also bears interest in accordance with 28 U.S.C. § 1961. (Dkt. 112.)

2. To date, the Judgment is unsatisfied.

3. Pursuant to Florida Rule of Civil Procedure 1.560(b), which Federal Rule of Civil Procedure 69(a) makes applicable to this proceeding, Plaintiffs request the Court to order Defendant to complete and return to Plaintiff a Fact Information Sheet.

4. A copy of the Fact Information Sheets are attached hereto as Exhibit "A."

## Memorandum of Law

Federal Rule of Civil Procedure 69(a)(2) provides the following: "In aid of the judgment or execution, the judgment creditor . . . may obtain discovery from any person—including the judgment debtor—as provided in these rules or by the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(2) (2018) (emphasis added). Thus, Rule 69 affords Plaintiffs, as judgment creditors, with "the choice of federal or state discovery procedures to conduct post-judgment discovery." *In re Clerici*, 481 F.3d 1324, 1337 (11th Cir. 2007) ("Rule 69(a) itself does not prescribe a practice and procedure for gathering evidence, but gives the judgment creditor the choice of federal or state discovery rules.").

Under Florida Rule of Civil Procedure 1.560(b), upon a judgment creditor's request, the Court "shall order the judgment debtor . . . to complete form 1.977, including all required attachments, within 45 days of the order" and the judgment debtor's "[f]ailure to obey the order may be considered contempt of court." Fla. R. Civ. P. 1.560(b).

By means of this motion, Plaintiffs choose the discovery procedures of the State of Florida, including the application of Florida Rule of Civil Procedure 1.560(b), and Plaintiffs are entitled to the relief provided therein. *See, e.g., Quincy Bioscience LLC v. Stein*, 2018 U.S. Dist. LEXIS 31338, at *2 (M.D. Fla. Feb. 27, 2018) (granting judgment creditor's motion to order defendant to complete fact information sheet under Fla. R. Civ. P. 1.560(b)); *see also PNC Bank, N.A. v. Starlight Properties &Holdings, LLC*, No. 6:13-CV-408-ORL, 2014 WL 2574040, at *2 (M.D. Fla. June 9, 2014) (entering default judgment and requiring the judgment debtors to complete Form 1.977).

WHEREFORE, Plaintiffs respectfully request that this Court order Defendants to complete the Fact Information Sheet attached hereto and return them to Plaintiffs within forty-

five (45) days of the Court's Order, or such other reasonable time as determined by this Court, and for any further relief this Court deems just and proper.

## GOOD FAITH CERTIFICATE

Pursuant to Florida Middle District local rule 3.01(g), the undersigned counsel conferred with counsel for Guberman PMC, Bruce Minnick, on June 10, 2020, and with Mr. Guberman and Mr. Labelle on June 24, 2020, but was unable to resolve matters.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of this document was electronically filed with the clerk of courts in Broward County, Florida on the 7th day of July, 2020.

Respectfully submitted,

Shrayer Law Firm, LLC.
912 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel.   (954) 601-3732
Email: ghs@shrayerlaw.com


 /s/Glen H. Shrayer

 Glen H. Shrayer, Esq.
 Fl Bar No. 57253