# EXHIBIT A

## FACT INFORMATION SHEET – BUSINESS ENTITY

Name/ Title of Person filling out this form:_____

_____

Address:_____

Telephone Number: (Home)_____ (Business)_____

Address of Business Entity:_____

Type of Entity: (check one) ☐ Corporation   ☐Partnership   ☐Limited Partnership ☐Sole Proprietorship

☐Limited Liability Corporation (LLC)   ☐Professional Association (PA)   ☐Other (Please Explain):

_____

Does Business Entity own/have interest in any other business entity: If so, please explain:_____

_____

Gross/Taxable income reported for Federal Income Tax purposes last three years:

$_____ $_____ $_____

Taxpayer Identification Number:_____

List Partners (General or Limited and Designate Percentage of Ownership):_____

_____

Average No. of Employees/Month: _____

Names of Officers and Directors: _____

_____

Checking Account at: _____Account #_____

Savings Account at:_____Account #_____

Does the Business Entity own any vehicles: _____

Years/Makes/Models:_____Color:_____

_____

Vehicle ID Nos.:_____

Tag Nos.:_____

Loans Outstanding:_____

_____

Does the Business own any real property:       YES_____       NO_____

If Yes: Address:_____

Please check if the business entity owns the following:

___ Boat   ___ Camper   ___ Stocks/Bonds   ___ Other Real Property   ___ Other Personal Property

___ Intangible Property

Fact Info-Business

Please attach copies of the following:

1. All tax returns for the past 3 years, including but not limited to state and federal income tax returns and tangible personal property tax returns.
2. All bank, savings and loan, and other account books or statements for accounts in institutions in which the defendant had any legal or equitable interest for the past 3 years.
3. All canceled checks for the 12 months immediately preceding the date of this judgment for accounts in which the defendant held any legal or equitable interest.
4. All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date of this judgment.
5. Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the defendant within the 12 months immediately preceding the date of filing this lawsuit. Any transfer of property within the last year other than ordinary course of business transactions.
6. Motor vehicle documents, including titles and registrations relating to any motor vehicles owned by the defendant alone or with others.
7. Financial statements and any other business records, including but not limited to accounts payable and accounts receivable ledgers, as to the defendant's assets and liabilities prepared within the 12 months immediately preceding the date of this judgment.
8. Copies of articles, by-laws, partnership agreement, operating agreement, and any other governing documents, and minutes of all meetings of the defendant's shareholders, board of directors, or members held within 2 years of the date of this judgment.
9. Resolutions of the shareholders, board of directors, or members passed within 2 years of the date of this judgment.
10. A list or schedule of all inventory and equipment.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Defendant's Designated Representative
Title: _____

The foregoing instrument was acknowledged before me on _____,_____
by _____, as the defendant's duly authorized representative, who is personally known to me or who produced _____, as identification and who \_did/ _____did not take an oath.

WITNESS my hand and official seal, on _____

_____
Notary Public,

My Commission expires: _____

MAIL OR DELIVER THE COMPLETED FORM TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY.

**FACT INFORMATION SHEET – INDIVIDUAL**

Full Legal Name:_____

Nicknames or Aliases:_____

Residence Address:_____

Mailing Address (if different):_____

Telephone Numbers: (Home)_____ (Business)_____

Name of Employer:_____

Address of Employer:_____

Position or Job Description:_____

Rate of Pay: _____ per: _____ Average Paycheck: $_____ Per: _____

Average Commissions or Bonuses: $_____ per:_____Commissions or bonuses
    are based on _____

Other Personal Income: $_____ from _____
    (Explain details on the back of this sheet or an additional sheet if necessary)

Social Security Number: _____ Birth date: _____

Driver's License Number: _____

Marital Status: _____ Spouse's Name: _____

Spouse's Address (if different): _____

Spouse's Social Security Number: _____Birth date:_____

Spouse's Employer: _____

Spouse's Average Paycheck or Income: $_____ per:_____

Other Family Income: $_____ per:_____ (Explain details on back of this sheet or
    an additional sheet if necessary.)

Names and Ages of All Your Children (and address if not living with you):
_____
_____

Child Support or Alimony Paid: $_____ per_____

Names of Others You Live With:_____
_____

Who is Head of Your Household? ____You ____Spouse ____Other Person

Checking Account at: _____Account #_____

Savings Account at:_____Account #_____
    (Describe all other accounts or investments you may have, including stocks, mutual funds, savings
    bonds, or annuities, on the back of this sheet or an additional sheet if necessary.)

For Real Estate (land) You Own or Are Buying:

Address:_____

All Names on Title:_____

Mortgage Owed to: _____

Fact Info Sheet-Ind

Balance Owed: _____

Monthly Payment: $_____
    (Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)

For All Motor Vehicles You Own or Are Buying:

Year/Make/Model:_____Color:_____

Vehicle ID#:_____ Tag No.:_____Mileage:_____

Names on Title:_____Present Value:_____

Loan Owed to:_____

Balance on Loan:$_____ Monthly Payment: $_____
    (List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? _____ If your answer if "yes", describe the property and sale price, and give the name and address of the person who received the property. _____
_____

Does anyone owe you money? _____ Amount Owed: $_____

Name and Address of Person Owing Money: _____

Reason money is owed: _____

Please attach copies of the following:
    1. Your last pay stub
    2. Your last 3 statements for each bank, savings, credit union, or other financial account
    3. Your motor vehicle registrations and titles
    4. Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

                                                                                     _____
                                                                                            Judgment Debtor

The foregoing instrument was acknowledged before me on_____,

by _____who is ___personally known to me or

___who produced _____, as identification and who

___did/___did not take an oath.

WITNESS my hand and official seal, on _____.

                                                                 _____
                                                                 Notary Public,

My Commission expires: _____.

MAIL OR DELIVER THE COMPLETED FORM TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY.

Fact Info Sheet-Ind