UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTOPHER MARK PARIS, OXEBRIDGE QUALITY RESOURCES INT'L, LLC, <br> *Plaintiffs*, <br><br> v. <br><br> GUBERMAN PMC, LLC, DARYL GUBERMAN, DONALD LABELLE, <br> *Defendants*. | Case No. 8:19-cv-00423-WFJ-SPF <br><br> Hon. William F. Jung <br><br> Magistrate Judge Sean P. Flynn |

**PLAINTIFFS' MOTION FOR ORDER DIRECTING
DEFENDANTS TO COMPLETE FACT INFORMATION SHEET**

Pursuant to Fed. R. Civ. P. 60(a), Plaintiffs move for an order amending the judgment to include the injunctive relief ordered by the Court, and in support thereof states:

1. On May 18, 2020, the Court issued an opinion and order, which ordered the following injunctive relief:

> It is therefore **ORDERED AND ADJUDGED**:
>
> 1) Defendants shall remove any recording of the intercepted communication of June 22, 2017 from the world wide web.
>
> 2) Defendants shall remove the defaming posts listed at docket 110-1 and attached as an appendix to this Order.
>
> 3) The Clerk is directed to enter final default judgment in favor of Plaintiffs and against Defendants Daryl Guberman, Guberman PMC, LLC, and Donald LaBelle in the amount of $1,614,350.00 as compensatory damages, together with post-judgment interest.
>
> 4) The Clerk is directed to close the case.
>
> **DONE AND ORDERED** at Tampa, Florida, on May 18, 2020.

(Dkt. 111, Pg ID # 1121.)

2. That same day, the clerk entered a separate and final judgment, which did not include the injunctive relief:

> **JUDGMENT IN A CIVIL CASE**
>
> **Decision by Court.** This action came before the Court and a decision has been rendered.
>
> **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendants Daryl Guberman, Guberman PMC, LLC, and Donald LaBelle in the amount of $1,614,350.00 as compensatory damages, together with post-judgment interest.
>
> ELIZABETH M. WARREN,
> CLERK
>
> s/CR, Deputy Clerk

(Dkt. 112.)

3. Pursuant to Fed. R. Civ. P. 60(a), Plaintiffs request that the Court amend the judgment to include the injunctive relief.

## Memorandum of Law

Federal Rule of Civil Procedure 60(a) permits a court to amend a judgment to correct a clerical mistake or oversight. *See* Fed. R. Civ. P. 60(a). "[A] correction authorized by Rule 60(a) may be made at any time—even years after the original judgment . . . ." *Shuffle Tech Int'l, LLC v. Wolff Gaming, Inc.*, 757 F.3d 708, 711 (7th Cir. 2014).

Here, the omission of injunctive relief in the final judgment was a clerical oversight correctable by Rule 60(a). *See, e.g., Neurogenx, Inc. v. Med-I-Fit Enterprises, LLC*, No. 1:16-CV-1187, 2017 WL 7370987, at *1 (W.D. Mich. Nov. 8, 2017) ("The omission of the injunctive relief in the judgment was a clerical oversight and correction of the oversight would be appropriate under Rule 60(a)."); *Shred-it USA, Inc. v. Mobile Data Shred, Inc.*, 248 F. Supp. 2d 302, 303 (S.D.N.Y. 2003) (amending judgment under Rule 60(a) to reflect injunction that was previously ordered).

WHEREFORE, Plaintiffs respectfully request that this Court amend the judgment to include the injunctive relief ordered by the Court.

## GOOD FAITH CERTIFICATE

Pursuant to Florida Middle District local rule 3.01(g), the undersigned counsel conferred with counsel for Guberman PMC, Bruce Minnick, on June 10, 2020, and with Mr. Guberman and Mr. Labelle on June 24, 2020, but was unable to resolve matters.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of this document was electronically filed with the clerk of courts in Broward County, Florida on the 7th day of July, 2020.

Respectfully submitted,

Shrayer Law Firm, LLC.
912 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel.   (954) 601-3732
Email: ghs@shrayerlaw.com


 /s/Glen H. Shrayer

 Glen H. Shrayer, Esq.
 Fl Bar No. 57253